# Exhibit A

**APPENDIX 1\***

*ACLU Illustrative Full Senate Map*



\*   In this and following Senate map figures, district lines appear brown, and blue shading indicates the concentration of the Black Voting Age Population (BVAP), with darker shades indicating a higher BVAP percentage. District numbers are in black boxes.

## *Baton Rouge Area Districts of ACLU Illustrative Senate Map*



## *New Orleans Area Districts of ACLU Illustrative Senate Map*



3

## *Shreveport Area Districts of ACLU Illustrative Senate Map*



4