# Exhibit B



**March 15 Senate**

**Districts by BVAP**





March 15 Senate
Districts by BVAP



March 15 Senate
Districts by BVAP