# Exhibit C

**APPENDIX 2***

## *ACLU Illustrative Full House Map*



\* In this and following House map figures, district lines appear brown, and green shading indicates the concentration of the Black Voting Age Population (BVAP), with darker shades indicating a higher BVAP percentage. District numbers are in black boxes.

## *Baton Rouge Area Districts of ACLU Illustrative House Map*



## *New Orleans Area Districts of ACLU Illustrative House Map*



3

## *Lake Charles Area Districts of ACLU Illustrative House Map*



4