# Exhibit D



**March 11 House**

**Districts by BVAP**





