## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, | Civil Action No. 3:22-cv-00178 |
| | Judge: Shelly D. Dick |
| *Plaintiff,* | |
| | Magistrate Judge: Scott D. Johnson |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | |
| *Defendants.* | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83(b)(8), Megan Snider, a member of the bar of this court, hereby moves for the admission of Nora Ahmed to appear *pro hac vice* in the above-captioned matter, as co-counsel in the matter of *Nairne et al v. Ardoin,* case no. 3:22-cv-00178. In consideration of this motion, the following facts support her application:

Ms. Ahmed is a graduate of McGill University's Faculty of Law and is a licensed attorney admitted to practice in the State of New York. She is a member in good standing of the Bar of the State of New York. She recently relocated to New Orleans after accepting a position with the American Civil Liberties Union Foundation of Louisiana and intends to sit for the Louisiana Bar Examination in February 2023, the first sitting for which she is eligible now that she has completed the necessary academic requirements at Loyola University of New Orleans, College of Law.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Ahmed is attached

here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against her. Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing is attached as Exhibit B.

Ms. Ahmed's contact information is as follows: Nora Ahmed, The ACLU of Louisiana, 1340 Poydras Street, Suite 2160, New Orleans LA 70112; Phone: (504) 522-0628 x. 125; Fax: (504) 613-6511; Email: nahmed@laaclu.org.

The undersigned local counsel understands that she will be responsible to the Court at all stages of the proceedings and that she must co-sign all documents filed in this matter.

Dated: March 15, 2022                              Respectfully submitted,

                                                    */s/ Megan Snider*
                                                    Megan Snider, LA Bar No. 33382
                                                    ACLU FOUNDATION OF LOUISIANA
                                                    1340 Poydras St., Suite 2160
                                                    New Orleans, LA 70156
                                                    (504) 522-0628
                                                    msnider@laaclu.org

                                                    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

                                                     /s/ Megan Snider
                                                    Megan Snider