**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, | Civil Action No. 3:22-cv-00178 |
| | Judge: Shelly D. Dick |
| *Plaintiff,* | |
| | Magistrate Judge: Scott D. Johnson |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | |
| *Defendants.* | |

**DECLARATION OF NORA AHMED IN SUPPORT OF**
**EX PARTE MOTION FOR ADMISSION *PRO HAC VICE***

I, Nora Ahmed, of New Orleans, LA, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. I am currently a member in good standing of the New York bar (NY Bar No. 5092374) and am admitted to practice before the Supreme Court of the State of New York, Appellate Division, Third Judicial Department.

4. A Certificate of Good Standing from the Supreme Court of the State of New York, Appellate Division, Third Judicial Department is attached to this declaration as an exhibit.

5. I declare under penalty of perjury that the foregoing is true and correct. Furthermore, I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly

and according to law; and that I will support the Constitution of the United States.

Executed on March 15, 2022

/s/ Nora Ahmed
Nora Ahmed, NY Bar No. 5092374
ACLU FOUNDATION OF LOUISIANA
1340 Poydras Street, Suite 2160
New Orleans, LA 70112
PH: (504) 522-0628 x. 125
nahmed@laaclu.org