# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, *Plaintiff,* v. R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, *Defendants.* | Civil Action No. 3:22-cv-00178 Judge: Shelly D. Dick Magistrate Judge: Scott D. Johnson |

# **ORDER**

Considering the foregoing *Ex Parte Motion for Admission Pro Hac Vice,*

**ITS IS HEREBY ORDERED** that attorney Nora Ahmed be enrolled as counsel of record for the Plaintiff in the above captioned matter.

_____             _____
Date                                                                                    United Stated District Judge