AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-178

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kyle Ardoin__
was received by me on *(date)* __3/15/2022__

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I left the summons with Steve Hawkland, an employee with the Secretary of State office, where he indicated that he was able to accept service on behalf of Kyle Ardoin.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/16/2022__

_____emma_____
Server's signature

__EMMA LESSLEY__
Printed name and title

__3110 Canal St. New Orleans, LA 70119__
Server's address

Additional information regarding attempted service, etc: