IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178-SDD-SDJ |

**DECLARATION OF ALORA THOMAS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Alora Thomas, of New York, New York, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. A Certificate of Good Standing from the State of New York dated February 5, 2022 is attached to this Declaration as Exhibit 1. The Certificate states that Alora Thomas, was duly admitted to practice in New York on April 12, 2010, and is in good standing as a member of the bar of said court.

Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution

1

of the United States. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2022                                      /s/ Alora Thomas
                                                           Alora Thomas