IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>                    *Plaintiffs*,<br><br>    v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>                    *Defendant*. | CIVIL ACTION NO. 3:22-cv-00178-SDD-SDJ |

### *EX PARTE* MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with Local Civil Rule 83(b)(8) governing visiting attorneys to the United States District Court for the Middle District of Louisiana, the undersigned John Adcock, counsel of record for Plaintiffs, respectfully requests that this Court permit attorney Samantha Osaki to appear and participate *pro hac vice* as counsel on behalf of Plaintiffs.

1.      Ms. Osaki is a licensed attorney admitted to practice in the State of New York. She is a member in good standing of the Bar of the State of New York.

2.      Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Osaki is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against her.  That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

1

3.      Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from

the State of New York is attached to Ms. Osaki's declaration.

WHEREFORE, John Adcock, member of the bar of this Court in good standing, pray that

this court enter an order permitting Samantha Osaki to appear *pro hac vice* for Plaintiffs in the

above-captioned matter.

Respectfully submitted,

 /s/ John Adcock
JOHN ADCOCK
Louisiana Bar No. 30372
P.O. Box 750621
New Orleans, LA 70175
Tel: (504) 233-3125
Fax: (504) 308-1266
Email: jnadcock@gmail.com