IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, <br><br>  *Plaintiffs*, <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant*. | CIVIL ACTION NO. 3:22-cv-00178-SDD-SDJ |

### *EX PARTE* MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with Local Civil Rule 83(b)(8) governing visiting attorneys to the United States District Court for the Middle District of Louisiana, the undersigned John Adcock, counsel of record for Plaintiffs, respectfully requests that this Court permit attorney Sarah E. Brannon to appear and participate *pro hac vice* as counsel on behalf of Plaintiffs.

1. Ms. Brannon is a licensed attorney admitted to practice in Maryland. She is a member in good standing of the Bar of the State of Maryland.

2. Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Brannon is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against her. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

3.     Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the State of Maryland is attached to Ms. Brannon's declaration.

WHEREFORE, John Adcock, member of the bar of this Court in good standing, pray that this court enter an order permitting Sarah Brannon to appear *pro hac vice* for Plaintiffs in the above-captioned matter.

                                                Respectfully submitted,

                                                */s/ John Adcock*
                                                JOHN ADCOCK
                                                Louisiana Bar No. 30372
                                                P.O. Box 750621
                                                New Orleans, LA 70175
                                                Tel: (504) 233-3125
                                                Fax: (504) 308-1266
                                                Email: jnadcock@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 28th, 2022, a copy of Plaintiff's *Ex Parte Motion for Admission Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                    */s/John Adcock*
                                    John Adcock