IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178-SDD-SDJ |

**DECLARATION OF SARAH E. BRANNON IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Sarah E. Brannon, of Washington, DC, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. A Certificate of Good Standing from the State of Maryland dated February 16, 2022, is attached to this Declaration as Exhibit 1. The Certificate states that Sarah E. Brannon was duly admitted to practice in Maryland on December 14, 1999 and is in good standing as a member of the bar of said court.

Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution

1

of the United States. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2022                                         /s/ Sarah Brannon
                                                              Sarah Brannon