IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, *Plaintiffs*, v. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, *Defendant*. | Case No. 3:22-cv-00178 Chief Judge Shelly D. Dick Magistrate Judge Scott D. Johnson |

## [PROPOSED] ORDER

Upon consideration of the Speaker of the Louisiana House of Representatives, Clay Schexnayder, and President of the Louisiana Senate, Patrick Page Cortez, in their official capacities (collectively, the "Proposed Intervenors"), motion to intervene, and considering the grounds presented, it is hereby

ORDERED that the motion is GRANTED; and further

ORDERED that the Proposed Intervenors are permitted to participate in the above captioned matter as Intervenor-Defendants;

SO ORDERED.

This ____ day of _____ 2022.          _____
                                            United States District Judge