IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant*. | Case No. 3:22-cv-00178 <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

## *EX PARTE* MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with Local Civil Rule 83(b)(8) governing visiting attorneys to the United States District Court for the Middle District of Louisiana, the undersigned, counsel of record for Clay Schexnayder, in his official capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his official capacity as President of the Louisiana Senate ("Proposed Intervenors"), respectfully requests that this Court permit attorney **Katherine L. McKnight** (hereafter "Applicant") to appear and participate *pro hac vice* as counsel on behalf of Proposed Intervenors.

1. Applicant is a member in good standing of the bar of a court of the United States or of the highest court of a state, specifically: **District of Columbia Court of Appeals**. *See* Local Civ. R. 83(b)(8)(A).

2. Applicant is not a member of the bar of this Court. *See id*.

3. Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Applicant is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against Applicant. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

4.      Attached to the Applicant's declaration that is attached to this Motion is a certificate from the presiding Judge or Clerk of the highest court of the state, or court of the United States, issued within six months of the filing of this Motion, where Applicant has been so admitted to practice, showing that that Applicant has been so admitted in such court, and that Applicant is in good standing.  *See* Local Civ. R. 83(b)(8)(B); Ex. A.

WHEREFORE, the undersigned, a member of the bar of this Court in good standing, respectfully requests that this Court enter an order permitting Applicant to appear *pro hac vice* for Proposed Intervenors in the above-captioned matter.

Date: April 8, 2022

Respectfully submitted,

*/s/Michael W. Mengis*
Michael W. Mengis (La. Bar No. 17994)
BAKER & HOSTETLER, LLP
811 Main St., Ste 1100
Houston, TX 77002
Phone: 713.646.1330
Fax: 713.751.1717
mmengis@bakerlaw.com

*Counsel for Proposed Intervenors, Clay Schexnayder, in his official capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his official capacity as President of the Louisiana Senate*

## CERTIFICATE OF SERVICE

I do hereby certify that on April 8, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System, which will transmit a copy to all counsel of record.

> */s/Michael W. Mengis*
> Michael W. Mengis
> Bar Roll No. 17994
> mmengis@bakerlaw.com