# Exhibit A

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, *et al.*,

    *Plaintiffs*,

v.

KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,

    *Defendant*.

Case No. 3:22-cv-00178

Chief Judge Shelly D. Dick

Magistrate Judge Scott D. Johnson

**DECLARATION OF PATRICK T. LEWIS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

    I, **Patrick T. Lewis**, declare the following:

    1.    I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

    2.    No disciplinary proceedings or criminal charges have been instituted against me.

    3.    A Certificate of Good Standing from the **Supreme Court of Ohio** ("Certificate"), issued within the past six months of the filing of the associated motion for admission *pro hac vice*, is attached to this Declaration as Exhibit 1. The Certificate shows that I have been admitted to that court, and that I am in good standing of that court.

    Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

    I declare under the penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2022

    Respectfully submitted,

    */s/Patrick T. Lewis*
    Patrick T. Lewis

# Exhibit 1

# Exhibit 1



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Patrick Thomas Lewis**
Attorney Registration No. **78314**

was admitted to the practice of law in Ohio on November 8, 2004; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 13th day of December, 2021.

GINA WHITE PALMER
*Director, Attorney Services Division*

Bradley J. Martinez
*Attorney Services Counsel*

No. 2021-12-13-1
Verify by email at GoodStandingRequests@sc.ohio.gov