IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant*. | Case No. 3:22-cv-00178 <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

## [PROPOSED] ORDER

Upon consideration of the Proposed Intervenors' *ex parte* motion for the *pro hac vice* admission of **Patrick T. Lewis**, and considering the grounds presented, it is hereby

ORDERED that the motion is GRANTED; and further

ORDERED that **Patrick T. Lewis** shall be admitted *pro hac vice* in the above-captioned matter.

SO ORDERED.

This ____ day of _____ 2022.              _____
                                                United States District Judge