## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, *et al*.,

        *Plaintiffs*,

v.

KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana,

        *Defendant*.

Case No. 3:22-cv-00178

Chief Judge Shelly D. Dick

Magistrate Judge Scott D. Johnson

## [PROPOSED] ORDER

Upon consideration of the Proposed Intervenors' *ex parte* motion for the *pro hac vice*

admission of **Erika D. Prouty**, and considering the grounds presented, it is hereby

ORDERED that the motion is GRANTED; and further

ORDERED that **Erika D. Prouty** shall be admitted *pro hac vice* in the above-captioned

matter.

SO ORDERED.

This _____ day of _____ 2022.

                             _____
                             United States District Judge