# **EXHIBIT B**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>  *Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>  *Defendant.* | Civil Action No. 3:22-cv-00178<br><br>Judge: Shelly D. Dick<br><br>Magistrate Judge: Scott D. Johnson |

## DECLARATION OF KATHRYN C. SADASIVAN

Pursuant to Local Rule 83(b)(8)(C), I, Kathryn C. Sadasivan, declare the following:

1. I am a member in good standing and am eligible to practice before the courts of the State of New York.

2. I am not currently, nor have I ever been, sanctioned, disciplined, or suspended in any jurisdiction in which I have been admitted. I have never been the subject of disciplinary actions or grievances by the bar or courts of any jurisdiction. No criminal charges have been instituted against me.

3. A Certificate of Good Standing issued by the Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, is attached to the Motion for Admission Pro Hac Vice as an exhibit.

4. I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2022

*/s/ Kathryn C. Sadasivan*
Kathryn C. Sadasivan
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
Fax: (212) 226-7592
ksadasivan@naacpldf.org