## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>*Defendant.* | Civil Action No. 3:22-cv-00178<br><br>Judge: Shelly D. Dick<br><br>Magistrate Judge: Scott D. Johnson |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83(b)(8), John Adcock, a member of the bar of this Court, hereby moves for the admission of Victoria Wenger of the NAACP Legal Defense and Educational Fund, Inc. to appear *pro hac vice* in the above-captioned matter as counsel for the Plaintiffs.

Pursuant to Local Rule 83(b)(8)(B), attached as Exhibit A is a Certificate of Good Standing issued by the Clerk of the Appellate Division of the Supreme Court of the State of New York, showing that Ms. Wenger has been admitted and is in good standing in the state of New York.

Pursuant to Local Rule 83(b)(8)(C), attached as Exhibit B is a declaration under oath by Ms. Wenger swearing that no disciplinary proceedings or criminal charges have been instituted against her.

Ms. Wenger's contact information is as follows: Victoria Wenger, NAACP Legal Defense and Educational Fund, Inc., 40 Rector Street, 5th Floor, New York, NY 10006; Phone: (212) 965-2200; Fax: (212) 226-7592; Email: vwenger@naacpldf.org.

The undersigned local counsel understands that he will be responsible to the Court at all stages of the proceedings and that he must co-sign all documents filed in this matter.

Dated: April 8, 2022                                        Respectfully submitted,

                                                            /s/ John Adcock
                                                            John Adcock
                                                            ADCOCK LAW LLC
                                                            Louisiana Bar No. 30372
                                                            3110 Canal Street
                                                            New Orleans, LA 70119
                                                            Tel.: (504) 233-3125
                                                            Fax: (504) 308-1266
                                                            jnadcock@gmail.com

                                                            *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, I electronically filed the foregoing *Motion for Admission Pro Hac Vice* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record who are registered with the Court's CM/ECF system.

*/s/ John Adcock*
John Adcock (La. Bar No. 30372)

*Attorney for Plaintiffs*