UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DOROTHY NAIRNE, ET AL.** | CIVIL ACTION |
| VERSUS | |
| R. KYLE ARDOIN, ET AL | NO. 22-178-SDD-SDJ |
| AND | |
| **PRESS ROBINSON, ET AL** | CIVIL ACTION |
| VERSUS | |
| KYLE ARDOIN, ET AL. | NO. 22-211-SDD-RLB |
| AND | |
| **EDWARD GALMON, SR.** | CIVIL ACTION |
| VERSUS | |
| KYLE R. ARDOIN, ET AL. | NO. 22-214-BAJ-RLB |

## ORDER

Considering that the above titled actions involve common questions of law and fact, and further that judicial efficiency will be achieved;

**IT IS HEREBY ORDERED** that Civil Action No. 22-211-SDD-RLB and Civil Action No. 22-214-BAJ-RLB shall be reassigned to Chief Judge Shelly D. Dick and Magistrate Judge Scott D. Johnson for all further proceedings.

Signed in Baton Rouge, Louisiana, on this 12th day of April, 2022.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**