# Exhibit A

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, *Plaintiffs,* v. R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ  Chief Judge Shelly D. Dick  Magistrate Judge Scott D. Johnson |

### DECLARATION OF JOHN E. BRANCH III IN SUPPORT OF
### EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

I, John E. Branch, III of Raleigh, North Carolina, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. I am currently a member in good standing of the North Carolina State Bar (NC Bar No. 32598) and am admitted to practice before the Supreme Court of the State of North Carolina.

4. A Certificate of Good Standing from the North Carolina Supreme Court is attached to this declaration as an exhibit.

5. I declare under penalty of perjury that the foregoing is true and correct. Furthermore, I do solemnly swear that I will conduct myself as an attorney and counselor of this

Court, uprightly, and according to law; and that I will support the Constitution of the United States.

Executed on April 12, 2022

    /s/ John E. Branch, III
John E. Branch, III, NC Bar No. 32598
Nelson Mullins Riley & Scarborough LLP
4140 Parklake Avenue, Suite 200
Raleigh, North Carolina  27612
PH:  (919) 329-3800
john.branch@nelsonmullins.com