## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, *Plaintiffs,* v. R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ  Chief Judge Shelly D. Dick  Magistrate Judge Scott D. Johnson |

## **ORDER**

Considering the foregoing *Ex Parte Motion for Admission Pro Hac Vice*,

**IT IS HEREBY ORDERED** that attorney John E. Branch, III be enrolled as counsel of record for Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana in the above-captioned matter.

_____    _____
Date                                                               United States District Judge