## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, *Plaintiffs,* v. R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ  Judge: Shelly D. Dick  Magistrate Judge: Scott D. Johnson |

## **MOTION FOR *PRO HAC VICE* ADMISSION OF THOMAS A. FARR**

Pursuant to Local Rule 83(b)(8), John C. Walsh, counsel for R. Kyle Ardoin, in his official capacity as Secretary of the State of Louisiana, hereby moves for the admission of Thomas A. Farr to appear *pro hac vice* in the above-captioned matter, as co-counsel in the matter of Nairne, et al. v. Ardoin, case no. 3:22-cv-00178. In consideration of this motion, the following facts support his application:

Mr. Farr is a graduate of the Emory University School of Law and is a licensed attorney admitted to practice in the State of North Carolina. He is a member in good standing of the State Bar of North Carolina.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Mr. Farr is attached hereto as **Exhibit A**, swearing that no disciplinary proceedings or criminal charges have been instituted against him. Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing is attached hereto as **Exhibit B**.

Mr. Farr's contact information for the applicants is as follows:  Thomas A. Farr, Nelson Mullins Riley & Scarborough LLP, 4140 Parklake Avenue, Suite 200, Raleigh, NC  27612; Phone: 919-329-3800; Fax:  919-329-3799.

The undersigned local counsel understands that he will be responsible to the Court at all stages of the proceedings and that he must co-sign all documents filed in this matter.

Dated:  April 12, 2022                    Respectfully submitted,

/s/  John C. Walsh
John C. Walsh, LA Bar 'Roll No. 24903
Shows, Call & Walsh, L.L.P.
P. O. Box 4046
Baton Rouge, LA  70821
Ph:  (225) 346-1461
Fax:  (225) 346-5561

*Counsel for Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

                                           /s/ John C. Walsh
                                               John C. Walsh