# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |
| *Plaintiffs,* | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | |
| *Defendant.* | |

## **ORDER**

Considering the foregoing *Ex Parte Motion for Admission Pro Hac Vice*,

**IT IS HEREBY ORDERED** that attorney Thomas A. Farr be enrolled as counsel of record for Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana in the above-captioned matter.

_____    _____
Date                                                                  United States District Judge