## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

## **ORDER**

Considering the foregoing *Ex Parte Motion for Admission Pro Hac Vice*,

**IT IS HEREBY ORDERED** that attorney Cassie A. Holt be enrolled as counsel of record for Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana in the above-captioned matter.

_____        _____

Date                                                                                                   United States District Judge