UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

## MOTION TO CONVENE THREE-JUDGE COURT OR, IN THE ALTERNATIVE, TO CERTIFY AN INTERLOCUTORY APPEAL

NOW COMES Defendant R. Kyle Ardoin, in his official capacity as Secretary of State for the State of Louisiana, by and through undersigned counsel, and pursuant to 28 U.S.C. § 2284, respectfully moves this Court to convene a three-judge district court. In the alternative, Defendant moves this Court to certify the issue for interlocutory appeal pursuant to 28 U.S.C. § 1292 and stay the matter pending appeal.

In support of this Motion, Defendant concurrently files a Memorandum in Support detailing the reasons why this relief should be granted.

Respectfully submitted, this the 22 day of April, 2022.

/s/ *Phillip J. Strach*
Phillip J. Strach, *pro hac vice*
phillip.strach@nelsonmullins.com
   *Lead Counsel
Thomas A. Farr, *pro hac vice*
tom.farr@nelsonmullins.com
John E. Branch, III, *pro hac vice*
john.branch@nelsonmullins.com
Alyssa M. Riggins, *pro hac vice*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt, *pro hac vice*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Ph: (919) 329-3800

/s/ *John C. Walsh*
John C. Walsh, LA Bar 'Roll No. 24903
SHOWS, CALL & WALSH, L.L.P
Batton Rouge, LA 70821
Ph: (225) 383-1461
Fax: (225) 346-5561

*Counsel for Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22 day of April, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

                                        /s/ *Phillip J. Strach*
                                             Phillip J. Strach