# **<u>EXHIBIT B</u>**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>*Defendant.* | Civil Action No. 3:22-cv-00178<br><br>Judge: Shelly D. Dick<br><br>Magistrate Judge: Scott D. Johnson |

## DECLARATION OF JARED EVANS

Pursuant to Local Rule 83(b)(8)(C), I, Jared Evans, declare the following:

1. I am a member in good standing and am eligible to practice before the courts of the District of Columbia.

2. I am not currently, nor have I ever been, sanctioned, disciplined, or suspended in any jurisdiction in which I have been admitted. I have never been the subject of disciplinary actions or grievances by the bar or courts of any jurisdiction. No criminal charges have been instituted against me.

3. A Certificate of Good Standing issued by the Clerk of the District Court of Columbia Court of Appeals is attached to the Motion for Admission Pro Hac Vice as an exhibit.

4. I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2022                    */s/ Jared Evans*
                                                        Jared Evans
                                                       NAACP LEGAL DEFENSE &
                                                       EDUCATIONAL FUND, INC.
                                                       700 14th Street NW, Suite 600
                                                       Washington, DC 20005
                                                       Tel.: (202) 682-1300
                                                       Fax: (202) 682-1312
                                                       jevans@naacpldf.org