UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>*Defendant.* | Civil Action No. 3:22-cv-00178<br><br>Judge: Shelly D. Dick<br><br>Magistrate Judge: Scott D. Johnson |

## PROPOSED ORDER

Considering the foregoing *Motion for Admission Pro Hac Vice*,

IT IS HEREBY ORDERED that attorney Jared Evans be enrolled as counsel of record for Plaintiffs in the above-captioned matter.

_____     _____
Date                                                              HONORABLE SCOTT D. JOHNSON
                                                                          UNITED STATES MAGISTRATE JUDGE