UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>*Defendant.* | Civil Action No. 3:22-cv-00178<br><br>Judge: Shelly D. Dick<br><br>Magistrate Judge: Scott D. Johnson |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83(b)(8), John Adcock, a member of the bar of this Court, hereby moves for the admission of Sara Rohani of the NAACP Legal Defense and Educational Fund, Inc. to appear *pro hac vice* in the above-captioned matter as counsel for the Plaintiffs.

Pursuant to Local Rule 83(b)(8)(B), attached as Exhibit A is a Certificate of Good Standing issued by the Clerk of the Supreme Court of California, showing that Ms. Rohani has been admitted and is in good standing in the state of California.

Pursuant to Local Rule 83(b)(8)(C), attached as Exhibit B is a declaration under oath by Ms. Rohani swearing that no disciplinary proceedings or criminal charges have been instituted against her.

Ms. Rohani's contact information is as follows: Sara Rohani, NAACP Legal Defense and Educational Fund, Inc., 700 14th Street NW, Suite 600, Washington, DC, 20005; Phone: (202) 682-1300; Fax: (202) 682-1312; Email: srohani@naacpldf.org.

The undersigned local counsel understands that he will be responsible to the Court at all stages of the proceedings and that he must co-sign all documents filed in this matter.

Dated: April 25, 2022                             Respectfully submitted,

/s/ *John Adcock*
John Adcock
ADCOCK LAW LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
Tel.: (504) 233-3125
Fax: (504) 308-1266
jnadcock@gmail.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2022, I electronically filed the foregoing *Motion for Admission Pro Hac Vice* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record who are registered with the Court's CM/ECF system.

*/s/ John Adcock*
John Adcock (La. Bar No. 30372)

*Attorney for Plaintiffs*