**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, AND DR. ROSE THOMPSON, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178 <br><br> Judge: Shelly D. Dick <br><br> Magistrate Judge: Scott D. Johnson |

**PROPOSED ORDER**

Considering the foregoing *Motion for Admission Pro Hac Vice*,

IT IS HEREBY ORDERED that attorney Sara Rohani be enrolled as counsel of record for

Plaintiffs in the above-captioned matter.

_____
Date

_____
HONORABLE SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE