UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

NAIRNE, *et al.*,

        Plaintiffs,

v.

ARDOIN, *et al.*,

        Defendants.

Docket No. 3:22-cv-00178-SDD-SDJ

## ORDER

Upon consideration of Defendants' motion to convene a three-judge panel or, in the alternative, to certify an interlocutory appeal, and considering the grounds presented, it is hereby ORDERED that the motion is DENIED. **SO ORDERED.**

This ____ day of _____ 2022.

_____
United States District Judge