UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| NAIRNE, *et al*,<br><br>            Plaintiffs,<br>v.<br><br><br>ARDOIN, *et al*.<br><br>            Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 3:22-cv-0178-SDD-SDJ |

**MOTION TO MOVE THE SCHEDULING
CONFERENCE TO AN EARLIER DATE IN
ORDER TO PREVENT A SITUATION IN WHICH FINAL
JUDGMENT COMES TOO CLOSE TO THE ELECTION DEADLINES**

COME NOW, Plaintiffs, by and through undersigned counsel, who respectfully request this Honorable Court move the date for the June 23 scheduling conference to the week of May 23 or May 31 and waive the 21 days deadline for holding the Rule 26(f) conference for the parties.

The reasons for granting this motion are more fully laid out in the attached memorandum of law.

For the foregoing reasons, Plaintiffs respectfully request that this Court (1) move the Scheduling Conference to the week of May 23 or May 31 and (2) waive the requirement that the Rule 26(f) conference be held within 21 days of the scheduling conference.

Respectfully submitted,

1