**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| NAIRNE, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Docket No. 3:22-cv-0178-SDD-SDJ |
| | ) | |
| ARDOIN, *et al*. | ) | |
| | ) | |
| Defendants, | ) | |

**ORDER**

Upon Consideration of the Foregoing Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Court waives the requirement that the Rule 26(f) conference be held within 21 days of the scheduling conference with the Court;

IT IS FURTHER ORDERED that the Scheduling Conference set for June 23, 2022 at 10am is not set for the _____ day of May, 2022 at _____.

Done this _____ day of May, 2022 in Baton Rouge, Louisiana.

_____
**HON. SCOTT JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

1