# Exhibit A



John Adcock &lt;jnadcock@gmail.com&gt;

## Nairne scheduling
30 messages

**John Adcock** &lt;jnadcock@gmail.com&gt;  Tue, Apr 26, 2022 at 10:12 PM
To: phil.strach@nelsonmullins.com, tom.farr@nelsonmullins.com, karie.rankine@nelsonmullins.com, john.branch@nelsonmullins.com, cassie.holt@nelsonmullins.com, alyssa.riggins@nelsonmullins.com
Cc: "Jones, Carey" &lt;JonesCar@ag.louisiana.gov&gt;, "Freel, Angelique" &lt;FreelA@ag.louisiana.gov&gt;, "Boutte, Michelle" &lt;BoutteM@ag.louisiana.gov&gt;, jamesm@ag.state.la.us, "Murrill, Elizabeth" &lt;murrille@ag.louisiana.gov&gt;, barbalichl@ag.louisiana.gov, "Prouty, Erika Dackin" &lt;eprouty@bakerlaw.com&gt;, "Wale, Jeffrey M." &lt;walej@ag.louisiana.gov&gt;, williamsm@ag.louisiana.gov, john@scwllp.com, kimk@scwllp.com, Kathryn Sadasivan &lt;ksadasivan@naacpldf.org&gt;, Leah Aden &lt;LAden@naacpldf.org&gt;, "de Leeuw, Michael" &lt;MdeLeeuw@cozen.com&gt;, nmerle@naacpldf.org, rrozos@naacpldf.org, mmengis@bakerlaw.com, csauceda@bakerlaw.com, kmcknight@bakerlaw.com, mbraden@bakerlaw.com, rraile@bakerlaw.com, mkocak@laaclu.org, Megan Snider &lt;msnider@laaclu.org&gt;, Nora Ahmed &lt;Nahmed@laaclu.org&gt;, plewis@bkerlaw.com, Ron Wilson &lt;cabral2@aol.com&gt;, sullivates@aol.com, Samantha Osaki &lt;sosaki@aclu.org&gt;, Sarah Brannon &lt;sbrannon@aclu.org&gt;, Sophia LIn Lakin &lt;slakin@aclu.org&gt;, Brett Schratz &lt;bschratz@aclu.org&gt;, Stuart Naifeh &lt;snaifeh@naacpldf.org&gt;, Alora Thomas &lt;athomas@aclu.org&gt;, Victoria Wenger &lt;vwenger@naacpldf.org&gt;

Counsel:

Because we want to avoid the Purcell problems raised by litigating this case on a regular schedule, we would like to submit a status report to the court that has us trying this case in January 2023. To that end, attached is our draft status report. Do you have time later this week or next for our Rule 26(f) conference?

For the same reasons, we would like your consent to our motion to move the status conference forward from June 23 to the week of May 23 or 31. Please advise as to your position.

The attached draft includes a trial date of January 17, 2023, a fact and expert discovery period from June 1 to October 1 and an October 7 deadline for summary judgment motions.

I look forward to hearing from you.

Best,

John.

 **2022.04.26 Status Report Draft.docx**
45K

**Mail Delivery Subsystem** &lt;mailer-daemon@googlemail.com&gt;  Tue, Apr 26, 2022 at 10:12 PM
To: jnadcock@gmail.com



### Address not found

Your message wasn't delivered to **plewis@bkerlaw.com** because the domain bkerlaw.com couldn't be found. Check for typos or unnecessary spaces and try again.

The response was:

```
DNS Error: DNS type 'mx' lookup of bkerlaw.com responded with code NXDOMAIN Domain name not found: bkerlaw.com
```

Final-Recipient: rfc822; plewis@bkerlaw.com
Action: failed
Status: 4.0.0
Diagnostic-Code: smtp; DNS Error: DNS type 'mx' lookup of bkerlaw.com responded with code NXDOMAIN Domain name not found: bkerlaw.com
Last-Attempt-Date: Tue, 26 Apr 2022 20:12:28 -0700 (PDT)

---------- Forwarded message ----------
From: John Adcock <jnadcock@gmail.com>
To: phil.strach@nelsonmullins.com, tom.farr@nelsonmullins.com, karie.rankine@nelsonmullins.com, john.branch@nelsonmullins.com, cassie.holt@nelsonmullins.com, alyssa.riggins@nelsonmullins.com
Cc: "Jones, Carey" <JonesCar@ag.louisiana.gov>, "Freel, Angelique" <FreelA@ag.louisiana.gov>, "Boutte, Michelle" <BoutteM@ag.louisiana.gov>, jamesm@ag.state.la.us, "Murrill, Elizabeth" <murrille@ag.louisiana.gov>, barbalichl@ag.louisiana.gov, "Prouty, Erika Dackin" <eprouty@bakerlaw.com>, "Wale, Jeffrey M." <walej@ag.louisiana.gov>, williamsm@ag.louisiana.gov, john@scwllp.com, kimk@scwllp.com, Kathryn Sadasivan <ksadasivan@naacpldf.org>, Leah Aden <LAden@naacpldf.org>, "de Leeuw, Michael" <MdeLeeuw@cozen.com>, nmerle@naacpldf.org, rrozos@naacpldf.org, mmengis@bakerlaw.com, csauceda@bakerlaw.com, kmcknight@bakerlaw.com, mbraden@bakerlaw.com, rraile@bakerlaw.com, mkocak@laaclu.org, Megan Snider <msnider@laaclu.org>, Nora Ahmed <Nahmed@laaclu.org>, plewis@bkerlaw.com, Ron Wilson <cabral2@aol.com>, sullivates@aol.com, Samantha Osaki <sosaki@aclu.org>, Sarah Brannon <sbrannon@aclu.org>, Sophia LIn Lakin <slakin@aclu.org>, Brett Schratz <bschratz@aclu.org>, Stuart Naifeh <snaifeh@naacpldf.org>, Alora Thomas <athomas@aclu.org>, Victoria Wenger <vwenger@naacpldf.org>
Bcc:
Date: Tue, 26 Apr 2022 22:12:15 -0500
Subject: Nairne scheduling
----- Message truncated -----

---

**John Adcock** <jnadcock@gmail.com>  Tue, May 3, 2022 at 1:41 PM
To: phil.strach@nelsonmullins.com, tom.farr@nelsonmullins.com, karie.rankine@nelsonmullins.com, john.branch@nelsonmullins.com, cassie.holt@nelsonmullins.com, alyssa.riggins@nelsonmullins.com
Cc: "Jones, Carey" <JonesCar@ag.louisiana.gov>, "Freel, Angelique" <FreelA@ag.louisiana.gov>, "Boutte, Michelle" <BoutteM@ag.louisiana.gov>, jamesm@ag.state.la.us, "Murrill, Elizabeth" <murrille@ag.louisiana.gov>, barbalichl@ag.louisiana.gov, "Prouty, Erika Dackin" <eprouty@bakerlaw.com>, "Wale, Jeffrey M." <walej@ag.louisiana.gov>, williamsm@ag.louisiana.gov, john@scwllp.com, kimk@scwllp.com, Kathryn Sadasivan <ksadasivan@naacpldf.org>, Leah Aden <LAden@naacpldf.org>, "de Leeuw, Michael" <MdeLeeuw@cozen.com>, nmerle@naacpldf.org, rrozos@naacpldf.org, mmengis@bakerlaw.com, csauceda@bakerlaw.com, kmcknight@bakerlaw.com, mbraden@bakerlaw.com, rraile@bakerlaw.com, mkocak@laaclu.org, Megan Snider <msnider@laaclu.org>, Nora Ahmed <Nahmed@laaclu.org>, Ron Wilson <cabral2@aol.com>, sullivates@aol.com, Samantha Osaki <sosaki@aclu.org>, Sarah Brannon <sbrannon@aclu.org>, Sophia LIn Lakin <slakin@aclu.org>, Brett Schratz <bschratz@aclu.org>, Stuart Naifeh <snaifeh@naacpldf.org>, Alora Thomas <athomas@aclu.org>, Victoria Wenger <vwenger@naacpldf.org>, plewis@bakerlaw.com

Counsel:

I have not received your response to this email request.  I know many of us are busy with Robinson; yet, I would like to address this soon so we are not jammed on time down the line.

I plan to file a motion before Thursday or Friday this week to request that (1) the Court move the scheduling conference up to late May and (2) waive the 21 day period between our Rule 26(f) conference and the scheduling conference.  Please provide me with (1) your position on the dates proposed in the attached status report or, if you are in disagreement, please propose alternative dates, (2) your position on moving up the scheduling conference and waiving the 21 day period, and (3) your availability for a Rule 26(f) conference later this week.

Sincerely yours,

John Adcock.

[Quoted text hidden]

 **2022.04.26 Status Report Draft.docx**
45K

---

**Tom Farr** <tom.farr@nelsonmullins.com>                                                  Tue, May 3, 2022 at 1:45 PM
To: John Adcock <jnadcock@gmail.com>, Phil Strach <phil.strach@nelsonmullins.com>, Karie Rankine <Karie.Rankine@nelsonmullins.com>, John Branch <john.branch@nelsonmullins.com>, Cassie Holt <cassie.holt@nelsonmullins.com>, Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
Cc: "Jones, Carey" <JonesCar@ag.louisiana.gov>, "Freel, Angelique" <FreelA@ag.louisiana.gov>, "Boutte, Michelle" <BoutteM@ag.louisiana.gov>, "jamesm@ag.state.la.us" <jamesm@ag.state.la.us>, "Murrill, Elizabeth" <murrille@ag.louisiana.gov>, "barbalichl@ag.louisiana.gov" <barbalichl@ag.louisiana.gov>, "Prouty, Erika Dackin" <eprouty@bakerlaw.com>, "Wale, Jeffrey M." <walej@ag.louisiana.gov>, "williamsm@ag.louisiana.gov" <williamsm@ag.louisiana.gov>, "john@scwllp.com" <john@scwllp.com>, "kimk@scwllp.com" <kimk@scwllp.com>, Kathryn Sadasivan <ksadasivan@naacpldf.org>, Leah Aden <LAden@naacpldf.org>, "de Leeuw, Michael" <MdeLeeuw@cozen.com>, "nmerle@naacpldf.org" <nmerle@naacpldf.org>, "rrozos@naacpldf.org" <rrozos@naacpldf.org>, "mmengis@bakerlaw.com" <mmengis@bakerlaw.com>, "csauceda@bakerlaw.com" <csauceda@bakerlaw.com>, "kmcknight@bakerlaw.com" <kmcknight@bakerlaw.com>, "mbraden@bakerlaw.com" <mbraden@bakerlaw.com>, "rraile@bakerlaw.com" <rraile@bakerlaw.com>, "mkocak@laaclu.org" <mkocak@laaclu.org>, Megan Snider <msnider@laaclu.org>, Nora Ahmed <Nahmed@laaclu.org>, Ron Wilson <cabral2@aol.com>, "sullivates@aol.com" <sullivates@aol.com>, Samantha Osaki <sosaki@aclu.org>, Sarah Brannon <sbrannon@aclu.org>, Sophia LIn Lakin <slakin@aclu.org>, Brett Schratz <bschratz@aclu.org>, Stuart Naifeh <snaifeh@naacpldf.org>, Alora Thomas <athomas@aclu.org>, Victoria Wenger <vwenger@naacpldf.org>, "plewis@bakerlaw.com" <plewis@bakerlaw.com>

John

Thank you for your email and I apologize for not responding earlier. Let us discuss with our clients and colleagues

Thank you.



**THOMAS A. FARR**  **PARTNER**

tom.farr@nelsonmullins.com

**GLENLAKE ONE | SUITE 200**

**4140 PARKLAKE AVENUE | RALEIGH, NC 27612**

T 919.329.3803   M 919.593.6241   F 919.329.3799

**NELSONMULLINS.COM**   VCARD   VIEW BIO

---

**From:** John Adcock <jnadcock@gmail.com>
**Sent:** Tuesday, May 3, 2022 2:42 PM
**To:** Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Karie Rankine <karie.rankine@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
**Cc:** Jones, Carey <JonesCar@ag.louisiana.gov>; Freel, Angelique <FreelA@ag.louisiana.gov>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; jamesm@ag.state.la.us; Murrill, Elizabeth <murrille@ag.louisiana.gov>; barbalichl@ag.louisiana.gov; Prouty, Erika Dackin <eprouty@bakerlaw.com>; Wale, Jeffrey M. <walej@ag.louisiana.gov>; williamsm@ag.louisiana.gov; john@scwllp.com; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <LAden@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; nmerle@naacpldf.org; rrozos@naacpldf.org; mmengis@bakerlaw.com; csauceda@bakerlaw.com; kmcknight@bakerlaw.com; mbraden@bakerlaw.com; rraile@bakerlaw.com; mkocak@laaclu.org; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sarah Brannon <sbrannon@aclu.org>; Sophia LIn Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; plewis@bakerlaw.com
**Subject:** Re: Nairne scheduling

◄**External Email**► - From: jnadcock@gmail.com

[Quoted text hidden]

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

---

**Jones, Carey** <JonesCar@ag.louisiana.gov>   Tue, May 3, 2022 at 1:44 PM
To: John Adcock <jnadcock@gmail.com>, "phil.strach@nelsonmullins.com" <phil.strach@nelsonmullins.com>, "tom.farr@nelsonmullins.com" <tom.farr@nelsonmullins.com>, "karie.rankine@nelsonmullins.com" <karie.rankine@nelsonmullins.com>, "john.branch@nelsonmullins.com" <john.branch@nelsonmullins.com>,

"cassie.holt@nelsonmullins.com" <cassie.holt@nelsonmullins.com>, "alyssa.riggins@nelsonmullins.com" <alyssa.riggins@nelsonmullins.com>
Cc: "Freel, Angelique" <FreelA@ag.louisiana.gov>, "Boutte, Michelle" <BoutteM@ag.louisiana.gov>, "James, Margaret" <JamesM@ag.louisiana.gov>, "Murrill, Elizabeth" <MurrillE@ag.louisiana.gov>, "Barbalich, Lauren" <BarbalichL@ag.louisiana.gov>, "Prouty, Erika Dackin" <eprouty@bakerlaw.com>, "Wale, Jeffrey M." <WaleJ@ag.louisiana.gov>, "Williams, Monick" <WilliamsM@ag.louisiana.gov>, "john@scwllp.com" <john@scwllp.com>, "kimk@scwllp.com" <kimk@scwllp.com>, Kathryn Sadasivan <ksadasivan@naacpldf.org>, Leah Aden <LAden@naacpldf.org>, "de Leeuw, Michael" <MdeLeeuw@cozen.com>, "nmerle@naacpldf.org" <nmerle@naacpldf.org>, "rrozos@naacpldf.org" <rrozos@naacpldf.org>, "mmengis@bakerlaw.com" <mmengis@bakerlaw.com>, "csauceda@bakerlaw.com" <csauceda@bakerlaw.com>, "kmcknight@bakerlaw.com" <kmcknight@bakerlaw.com>, "mbraden@bakerlaw.com" <mbraden@bakerlaw.com>, "rraile@bakerlaw.com" <rraile@bakerlaw.com>, "mkocak@laaclu.org" <mkocak@laaclu.org>, Megan Snider <msnider@laaclu.org>, Nora Ahmed <Nahmed@laaclu.org>, Ron Wilson <cabral2@aol.com>, "sullivates@aol.com" <sullivates@aol.com>, Samantha Osaki <sosaki@aclu.org>, Sarah Brannon <sbrannon@aclu.org>, Sophia LIn Lakin <slakin@aclu.org>, Brett Schratz <bschratz@aclu.org>, Stuart Naifeh <snaifeh@naacpldf.org>, Alora Thomas <athomas@aclu.org>, Victoria Wenger <vwenger@naacpldf.org>, "plewis@bakerlaw.com" <plewis@bakerlaw.com>

From the AG's standpoint, we can't see a reason for altering the court's customary practices and deadlines. If there's a reason we're not aware of, let us know and we can consider it.

---

**From:** John Adcock <jnadcock@gmail.com>
**Sent:** Tuesday, May 03, 2022 1:42 PM
**To:** phil.strach@nelsonmullins.com; tom.farr@nelsonmullins.com; karie.rankine@nelsonmullins.com; john.branch@nelsonmullins.com; cassie.holt@nelsonmullins.com; alyssa.riggins@nelsonmullins.com
**Cc:** Jones, Carey <JonesCar@ag.louisiana.gov>; Freel, Angelique <FreelA@ag.louisiana.gov>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <LAden@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; nmerle@naacpldf.org; rrozos@naacpldf.org; mmengis@bakerlaw.com; csauceda@bakerlaw.com; kmcknight@bakerlaw.com; mbraden@bakerlaw.com; rraile@bakerlaw.com; mkocak@laaclu.org; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sarah Brannon <sbrannon@aclu.org>; Sophia LIn Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; plewis@bakerlaw.com
**Subject:** Re: Nairne scheduling

**CAUTION:** This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

---

**John Adcock** <jnadcock@gmail.com>                                Tue, May 3, 2022 at 1:55 PM
To: "Jones, Carey" <JonesCar@ag.louisiana.gov>

Cc: "phil.strach@nelsonmullins.com" <phil.strach@nelsonmullins.com>, "tom.farr@nelsonmullins.com" <tom.farr@nelsonmullins.com>, "karie.rankine@nelsonmullins.com" <karie.rankine@nelsonmullins.com>, "john.branch@nelsonmullins.com" <john.branch@nelsonmullins.com>, "cassie.holt@nelsonmullins.com" <cassie.holt@nelsonmullins.com>, "alyssa.riggins@nelsonmullins.com" <alyssa.riggins@nelsonmullins.com>, "Freel, Angelique" <FreelA@ag.louisiana.gov>, "Boutte, Michelle" <BoutteM@ag.louisiana.gov>, "James, Margaret" <JamesM@ag.louisiana.gov>, "Murrill, Elizabeth" <MurrillE@ag.louisiana.gov>, "Barbalich, Lauren" <BarbalichL@ag.louisiana.gov>, "Prouty, Erika Dackin" <eprouty@bakerlaw.com>, "Wale, Jeffrey M." <WaleJ@ag.louisiana.gov>, "Williams, Monick" <WilliamsM@ag.louisiana.gov>, "john@scwllp.com" <john@scwllp.com>, "kimk@scwllp.com" <kimk@scwllp.com>, Kathryn Sadasivan <ksadasivan@naacpldf.org>, Leah Aden <LAden@naacpldf.org>, "de Leeuw, Michael" <MdeLeeuw@cozen.com>, "nmerle@naacpldf.org" <nmerle@naacpldf.org>, "rrozos@naacpldf.org" <rrozos@naacpldf.org>, "mmengis@bakerlaw.com" <mmengis@bakerlaw.com>, "csauceda@bakerlaw.com" <csauceda@bakerlaw.com>, "kmcknight@bakerlaw.com" <kmcknight@bakerlaw.com>, "mbraden@bakerlaw.com" <mbraden@bakerlaw.com>, "rraile@bakerlaw.com" <rraile@bakerlaw.com>, "mkocak@laaclu.org" <mkocak@laaclu.org>, Megan Snider <msnider@laaclu.org>, Nora Ahmed <Nahmed@laaclu.org>, Ron Wilson <cabral2@aol.com>, "sullivates@aol.com" <sullivates@aol.com>, Samantha Osaki <sosaki@aclu.org>, Sarah Brannon <sbrannon@aclu.org>, Sophia LIn Lakin <slakin@aclu.org>, Brett Schratz <bschratz@aclu.org>, Stuart Naifeh <snaifeh@naacpldf.org>, Alora Thomas <athomas@aclu.org>, Victoria Wenger <vwenger@naacpldf.org>, "plewis@bakerlaw.com" <plewis@bakerlaw.com>

Thank you Mr. Farr.

Mr. Jones, I mentioned the reasons in my original email: a normal MDLa trial schedule and subsequent appeal to the 5th Circuit would, generously speaking, put us into late 2023, at the time of the elections at issue in this case. This timeline would potentially hinder any relief applicable to those elections according to Purcell v. Gonzalez, 549 U.S. 1 (2006). Hence, the reason I suggest an expedited schedule.

I look forward to hearing your thoughts further.

Best,

John.

[Quoted text hidden]

---

**Freel, Angelique** <FreelA@ag.louisiana.gov>                                Wed, May 4, 2022 at 8:54 AM
To: John Adcock <jnadcock@gmail.com>, "Jones, Carey" <JonesCar@ag.louisiana.gov>
Cc: "phil.strach@nelsonmullins.com" <phil.strach@nelsonmullins.com>, "tom.farr@nelsonmullins.com" <tom.farr@nelsonmullins.com>, "karie.rankine@nelsonmullins.com" <karie.rankine@nelsonmullins.com>, "john.branch@nelsonmullins.com" <john.branch@nelsonmullins.com>, "cassie.holt@nelsonmullins.com" <cassie.holt@nelsonmullins.com>, "alyssa.riggins@nelsonmullins.com" <alyssa.riggins@nelsonmullins.com>, "Boutte, Michelle" <BoutteM@ag.louisiana.gov>, "James, Margaret" <JamesM@ag.louisiana.gov>, "Murrill, Elizabeth" <MurrillE@ag.louisiana.gov>, "Barbalich, Lauren" <BarbalichL@ag.louisiana.gov>, "Prouty, Erika Dackin" <eprouty@bakerlaw.com>, "Wale, Jeffrey M." <WaleJ@ag.louisiana.gov>, "Williams, Monick" <WilliamsM@ag.louisiana.gov>, "john@scwllp.com" <john@scwllp.com>, "kimk@scwllp.com" <kimk@scwllp.com>, Kathryn Sadasivan <ksadasivan@naacpldf.org>, Leah Aden <LAden@naacpldf.org>, "de Leeuw, Michael" <MdeLeeuw@cozen.com>, "nmerle@naacpldf.org" <nmerle@naacpldf.org>, "rrozos@naacpldf.org" <rrozos@naacpldf.org>, "mmengis@bakerlaw.com" <mmengis@bakerlaw.com>, "csauceda@bakerlaw.com" <csauceda@bakerlaw.com>, "kmcknight@bakerlaw.com" <kmcknight@bakerlaw.com>, "mbraden@bakerlaw.com" <mbraden@bakerlaw.com>, "rraile@bakerlaw.com" <rraile@bakerlaw.com>, "mkocak@laaclu.org" <mkocak@laaclu.org>, Megan Snider <msnider@laaclu.org>, Nora Ahmed <Nahmed@laaclu.org>, Ron Wilson <cabral2@aol.com>, "sullivates@aol.com" <sullivates@aol.com>, Samantha Osaki <sosaki@aclu.org>, Sarah Brannon <sbrannon@aclu.org>, Sophia LIn Lakin <slakin@aclu.org>, Brett Schratz <bschratz@aclu.org>, Stuart Naifeh <snaifeh@naacpldf.org>, Alora Thomas <athomas@aclu.org>, Victoria Wenger <vwenger@naacpldf.org>, "plewis@bakerlaw.com" <plewis@bakerlaw.com>

John:

We plan to file a motion to stay pending Merrill. What is your position on the motion?

Sincerely,



**Angelique Freel**

Director Civil Division
Office of Attorney General Jeff Landry
Direct: 225-326-6001; Main: 225-326-6010; Fax: 225-326-6096

www.AGJeffLandry.com

   

[Quoted text hidden]
[Quoted text hidden]





Case 3:22-cv-00178-SDD-SDJ    Document 41-3    05/13/22   Page 10 of 20









Case 3:22-cv-00178-SDD-SDJ    Document 41-3    05/13/22   Page 15 of 20

[Quoted text hidden]

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■

■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■
■■■■■■■■■■
■■■■■■■■■■■■
■■■■■■■■
■■■■■■■
■■■■■■■■■■■■■■■■■■

■■■■■■■■

📄 ■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■      ■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■



[Quoted text hidden]

[Quoted text hidden]

**John Adcock** <jnadcock@gmail.com>  Wed, May 4, 2022 at 11:21 AM
To: "Freel, Angelique" <FreelA@ag.louisiana.gov>
Cc: "Jones, Carey" <JonesCar@ag.louisiana.gov>, "phil.strach@nelsonmullins.com" <phil.strach@nelsonmullins.com>, "tom.farr@nelsonmullins.com" <tom.farr@nelsonmullins.com>, "karie.rankine@nelsonmullins.com" <karie.rankine@nelsonmullins.com>, "john.branch@nelsonmullins.com" <john.branch@nelsonmullins.com>, "cassie.holt@nelsonmullins.com" <cassie.holt@nelsonmullins.com>, "alyssa.riggins@nelsonmullins.com" <alyssa.riggins@nelsonmullins.com>, "Boutte, Michelle" <BoutteM@ag.louisiana.gov>, "James, Margaret" <JamesM@ag.louisiana.gov>, "Murrill, Elizabeth" <MurrillE@ag.louisiana.gov>, "Barbalich, Lauren" <BarbalichL@ag.louisiana.gov>, "Prouty, Erika Dackin" <eprouty@bakerlaw.com>, "Wale, Jeffrey M." <WaleJ@ag.louisiana.gov>, "Williams, Monick" <WilliamsM@ag.louisiana.gov>, "john@scwllp.com" <john@scwllp.com>, "kimk@scwllp.com" <kimk@scwllp.com>, Kathryn Sadasivan <ksadasivan@naacpldf.org>, Leah Aden <LAden@naacpldf.org>, "de Leeuw, Michael" <MdeLeeuw@cozen.com>, "nmerle@naacpldf.org" <nmerle@naacpldf.org>, "rrozos@naacpldf.org" <rrozos@naacpldf.org>, "mmengis@bakerlaw.com" <mmengis@bakerlaw.com>, "csauceda@bakerlaw.com" <csauceda@bakerlaw.com>, "kmcknight@bakerlaw.com" <kmcknight@bakerlaw.com>, "mbraden@bakerlaw.com" <mbraden@bakerlaw.com>, "rraile@bakerlaw.com" <rraile@bakerlaw.com>, "mkocak@laaclu.org" <mkocak@laaclu.org>, Megan Snider <msnider@laaclu.org>, Nora Ahmed <Nahmed@laaclu.org>, Ron Wilson <cabral2@aol.com>, "sullivates@aol.com" <sullivates@aol.com>, Samantha Osaki <sosaki@aclu.org>, Sarah Brannon <sbrannon@aclu.org>, Sophia LIn Lakin <slakin@aclu.org>, Brett Schratz <bschratz@aclu.org>, Stuart Naifeh <snaifeh@naacpldf.org>, Alora Thomas <athomas@aclu.org>, Victoria Wenger <vwenger@naacpldf.org>, "plewis@bakerlaw.com" <plewis@bakerlaw.com>

Counsel:

Please clarify whether the Attorney General is requesting a stay on behalf of the State or the Secretary of State.

Your office's motion to intervene on behalf of the State has not been ruled on (and we have filed an opposition to the intervention). The State is not formally a party to the Nairne litigation. We intend to file a supplemental brief to our opposition to inform the court of your intent to seek a stay of proceedings as further evidence that the Attorney General is "obstructionist and an agent of delay". See Robinson et al v. Ardoin, 3:22-cv-211, ECF 108 at 23 n.10.

We oppose your request for a stay.

Best,

John.

[Quoted text hidden]





[Quoted text hidden]

---

**Freel, Angelique** <FreelA@ag.louisiana.gov>                                   Wed, May 4, 2022 at 12:59 PM
To: John Adcock <jnadcock@gmail.com>
Cc: "Jones, Carey" <JonesCar@ag.louisiana.gov>, "phil.strach@nelsonmullins.com" <phil.strach@nelsonmullins.com>, "tom.farr@nelsonmullins.com" <tom.farr@nelsonmullins.com>, "karie.rankine@nelsonmullins.com" <karie.rankine@nelsonmullins.com>, "john.branch@nelsonmullins.com" <john.branch@nelsonmullins.com>, "cassie.holt@nelsonmullins.com" <cassie.holt@nelsonmullins.com>, "alyssa.riggins@nelsonmullins.com" <alyssa.riggins@nelsonmullins.com>, "Boutte, Michelle" <BoutteM@ag.louisiana.gov>, "James, Margaret" <JamesM@ag.louisiana.gov>, "Murrill, Elizabeth" <MurrillE@ag.louisiana.gov>, "Barbalich, Lauren" <BarbalichL@ag.louisiana.gov>, "Prouty, Erika Dackin" <eprouty@bakerlaw.com>, "Wale, Jeffrey M." <WaleJ@ag.louisiana.gov>, "Williams, Monick" <WilliamsM@ag.louisiana.gov>, "john@scwllp.com" <john@scwllp.com>, "kimk@scwllp.com" <kimk@scwllp.com>, Kathryn Sadasivan <ksadasivan@naacpldf.org>, Leah Aden <LAden@naacpldf.org>, "de Leeuw, Michael" <MdeLeeuw@cozen.com>, "nmerle@naacpldf.org" <nmerle@naacpldf.org>, "rrozos@naacpldf.org" <rrozos@naacpldf.org>, "mmengis@bakerlaw.com" <mmengis@bakerlaw.com>, "csauceda@bakerlaw.com" <csauceda@bakerlaw.com>, "kmcknight@bakerlaw.com" <kmcknight@bakerlaw.com>, "mbraden@bakerlaw.com" <mbraden@bakerlaw.com>, "rraile@bakerlaw.com" <rraile@bakerlaw.com>, "mkocak@laaclu.org" <mkocak@laaclu.org>, Megan Snider <msnider@laaclu.org>, Nora Ahmed <Nahmed@laaclu.org>, Ron Wilson <cabral2@aol.com>, "sullivates@aol.com" <sullivates@aol.com>, Samantha Osaki <sosaki@aclu.org>, Sarah Brannon <sbrannon@aclu.org>, Sophia LIn Lakin <slakin@aclu.org>, Brett Schratz <bschratz@aclu.org>, Stuart Naifeh <snaifeh@naacpldf.org>, Alora Thomas <athomas@aclu.org>, Victoria Wenger <vwenger@naacpldf.org>, "plewis@bakerlaw.com" <plewis@bakerlaw.com>

John:

You do what you think you need to do.  If you think you need to threaten the attorneys for the State of Louisiana because we believe the United States Supreme Court is about to issue an opinion dealing with the Voting Rights Act that may impact the law you do that.

And when you oppose the State of Louisiana's intervention, and if it is denied by the District Court, we will seek an immediate review of the case by the Fifth Circuit.   We are not obstructionist, we have a right to put on a defense, and we have legitimate concerns as to the state of the law.

Further, do not preach to me about litigation tactics.  The State of Louisiana is still footing the bill for the frivolous lawsuit you filed in state court.

[Quoted text hidden]
[Quoted text hidden]