UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| NAIRNE, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Docket No. 3:22-cv-0178-SDD-SDJ |
| ) | |
| ) | |
| ARDOIN, *et al*. ) | |
| ) | |
| Defendants, ) | |

## MOTION FOR EXPEDITED CONSIDERATION

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs to request expedited consideration of their *Motion to Move the Scheduling Conference to an Earlier Date in Order to Prevent a Situation in Which Final Judgment Comes Too Close to the Election Deadlines.* ("Motion")

The Motion requests an order move forward the scheduling conference to late May 2022. The elections that are the subject of this litigation fall on the latter half of the 2023 calendar. In order to reach a final judgment before those deadlines in time to avoid the risk of potentially coming up against the deadlines, trial would ideally begin early 2023 to allow plenty of time for the appellate process to run its course during the spring and summer of 2023.

In order to move this case forward, Plaintiffs filed a motion to move up scheduling conference with an eye towards expediting this case more generally.

The motion will not be considered until June 6 at the earliest. Therefore, the current timeline does not accommodate the scheduling adjustment requested in the motion. Hence, the need for expedited consideration.

WHEREFORE, for these reasons and any other others apparent to this Court, Plaintiffs request that their motion be heard on an expedited basis.

DATED: May 18, 2022

          Respectfully submitted,

          */s/ John Adcock*
          JOHN ADCOCK
          Adcock Law LLC
          Louisiana Bar No. 30372
          3110 Canal Street
          New Orleans, LA 701119
          Tel: (504) 233-3125
          Fax: (504) 308-1266
          Email: jnadcock@gmail.com


          */s/ Ron Wilson*
          Louisiana Bar No. 13575
          701 Poydras Street, Ste. 4100,
          New Orleans, LA 70139
          Tel: (504) 525-4361
          Fax: (504) 525-4380
          Email: cabral2@aol.com

          */s/ Sarah Brannon*
          Sarah Brannon*
          American Civil Liberties Union Foundation
          915 15th St., NW
          Washington, DC 20005
          sbrannon@aclu.org


          Sophia Lin Lakin*
          T. Alora Thomas*
          Samantha Osaki*
          American Civil Liberties Union Foundation

125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
athomas@aclu.org
sosaki@aclu.org

/s/ *Nora Ahmed*
Nora Ahmed*
N.Y. Bar. No. 5092374
Megan E. Snider
LA. Bar No. 33392
ACLU Foundation of Louisiana
1340 Poydras St.
St. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
msnider@laaclu.org
NAhmed@laaclu.org

*/s/ Leah Aden*
Leah Aden*
Stuart Naifeh*
Victoria Wenger*
NAACP LEGAL DEFENSE &.
EDUCATIONAL FUND, INC.
40 Rector Street
5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

R. Jared Evans (admitted pro hac vice)
Sara Rohani (admitted pro hac vice)
NAACP Legal Defense and
Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

/s/ *Michael de Leeuw*
Michael de Leeuw***
Amanda Giglio***
Jacqueline Green**
Cozen O'Connor
3 WTC, 175 Greenwich St.
55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com
JGreen@cozen.com

Andrew H. Stanko***
Daniel Brobst***
Cozen O'Connor
Liberty Place, 1650 Market St.
Suite 2800
Philadelphia, PA 19103
AStanko@cozen.com
DBrobst@cozen.com

3

**Attorneys for Plaintiffs**

Janette Louard*
Anthony Ashton*
Anna Kathryn Barnes*
NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF COLORED PEOPLE (NAACP)
4805 Mount Hope Drive
 Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org


aashton@naacpnet.org
barnes@naacpnet.org

**Attorneys for Plaintiff Louisiana State Conference of the NAACP**

*Admitted Pro hac vice
**Bar admission forthcoming
*** Pro hac vice motion forthcoming