## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| NAIRNE, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Docket No. 3:22-cv-0178-SDD-SDJ |
| ) | |
| ARDOIN, *et al*. ) | |
| ) | |
| Defendants, ) | |

## **ORDER**

UPON CONSIDERATION of Plaintiff's *Motion for Expedited Consideration* ("Motion") of their *Motion to Move the Scheduling Conference to an Earlier Date in Order to Prevent a Situation in Which Final Judgment Comes Too Close to the Election Deadlines*;

IT IS ORDERED that the Motion is GRANTED.

The *Motion to Move the Scheduling Conference to an Earlier Date in Order to Prevent a Situation in Which Final Judgment Comes Too Close to the Election Deadlines* shall be considered on an expedited basis.

IT IS FURTHER ORDERED that Defendants will file their opposition to this Motion no later than May ____, 2022.

Done in New Orleans, Louisiana this ____ day of May, 2022.

_____
**HON. SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**