# Exhibit A

# Exhibit A

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, | |
| *Plaintiffs*, | Case No. 3:22-cv-00178 |
| v. | Chief Judge Shelly D. Dick |
| KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | Magistrate Judge Scott D. Johnson |
| *Defendant*. | |

### DECLARATION OF E. MARK BRADEN IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

I, **Efrem Mark Braden**, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. A Certificate of Good Standing from the **District of Columbia Court of Appeals** ("Certificate"), issued within the past six months of the filing of the associated motion for admission *pro hac vice*, is attached to this Declaration as Exhibit 1. The Certificate shows that I have been admitted to that court, and that I am in good standing of that court.

Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2022

Respectfully submitted,

*/s/E. Mark Braden*
E. Mark Braden

# Exhibit 1

# Exhibit 1



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *E Mark Braden*

was duly qualified and admitted on August 21, 1989 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 1, 2022.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.