## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, | Case No. 3:22-cv-00178 |
| *Plaintiffs*, | |
| v. | Chief Judge Shelly D. Dick |
| KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | Magistrate Judge Scott D. Johnson |
| *Defendant*. | |

## **[PROPOSED] ORDER**

Upon consideration of the Legislative Intervenors' *ex parte* motion for the *pro hac vice* admission of **Efrem Mark Braden**, and considering the grounds presented, it is hereby

ORDERED that the motion is GRANTED; and further

ORDERED that **Efrem Mark Braden** shall be admitted *pro hac vice* in the above-captioned matter.

SO ORDERED.

This _____ day of _____ 2022.          _____
                                                  United States District Judge