**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al*, <br><br> *Plaintiff*, <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant*. | Civil Action No. 3:22-cv-178-SDD-SDJ |

**MOTION TO SUBSTITUTE COUNSEL**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully move this Honorable Court to grant permission for undersigned counsel to withdraw Megan E. Snider and to enroll Stephanie Willis as counsel of record in the above-captioned action.

Undersigned counsel, ACLU Foundation of Louisiana Staff Attorney Megan E. Snider (Louisiana Bar No. 33382), is concluding her employment with the ACLU and therefore respectfully requests that she be allowed to withdraw and Ms. Willis (Louisiana Bar No. 31834) be allowed to substitute her. Other enrolled counsel shall remain the same.

WHEREFORE, Plaintiffs respectfully requests that their Motion to Substitute Counsel be granted, that Stephanie Willis be enrolled as additional counsel of record for Plaintiffs, and that Megan E. Snider be permitted to withdraw in the above-captioned action.

| | |
|---|---|
| Dated: June 3, 2022 | Respectfully Submitted, |
| */s/ Stephanie L. Willis* | */s/Megan E. Snider* |
| Stephanie Willis, La. Bar No. 31834 <br> ACLU FOUNDATION OF LOUISIANA <br> 1340 Poydras St., Suite 2160 <br> New Orleans, LA 70112 <br> Telephone: (504) 522-0628 <br> Facsimile: (504) 613-5611 <br> swillis@laaclu.org | Megan E. Snider, La. Bar No. 33382 <br> ACLU FOUNDATION OF LOUISIANA <br> 1340 Poydras St., Suite 2160 <br> New Orleans, LA 70112 <br> Telephone: (504) 522-0628 <br> Facsimile: (504) 613-5611 <br> msnider@laaclu.org |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of June 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

      */s/ Megan E. Snider*
      Megan E. Snider