## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al*, <br><br> *Plaintiff*, <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant*. | Civil Action No. 3:22-cv-178-SDD-SDJ |

## **ORDER**

Considering the foregoing Motion to Substitute Counsel,

IT IS HEREBY ORDERED that Stephanie Willis of the ACLU of Louisiana shall be entered into the record of this Court as counsel for Plaintiffs.

IT IS HEREBY ORDERED that Megan E. Snider be removed as counsel of record herein on behalf of Plaintiffs.

_____, Louisiana, this _____ day of June 2022.

_____
U.S. Magistrate Judge