IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, JARRETT
LOFTON, REV. CLEE EARNEST LOWE, DR.
ALICE WASHINGTON, STEVEN HARRIS,
ALEXIS CALHOUN, BLACK VOTERS
MATTER CAPACITY BUILDING
INSTITUTE, and THE LOUISIANA STATE
CONFERENCE OF THE NAACP,

                    *Plaintiffs*,

    v.

R. KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana

                    *Defendant*.

CIVIL ACTION NO. 3:22-cv-00178
SDD-SDJ

## DECLARATION OF MICHAEL B. DE LEEUW IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Michael B. de Leeuw, of New York, New York, declare the following:

1.      I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2.      No disciplinary proceedings or criminal charges have been instituted against me.

3.      A Certificate of Good Standing from the State of New York dated June 14, 2022 is attached to this Declaration as Exhibit 1.  The Certificate states that I was duly admitted to practice in New York on November 18, 1997, and am in good standing as a member of the bar of New York.

Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law, and that I will support the Constitution of the United States.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2022                              /s/Michael B. de Leeuw
                                                  Michael B. de Leeuw