IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ<br><br>**EX PARTE MOTION TO ADMIT COUNSEL PRO HAC VICE** |

**EX PARTE MOTION TO ADMIT COUNSEL PRO HAC VICE**

In accordance with Local Civil Rule 83(b)(8) governing visiting attorneys to the United States District Court for the Middle District of Louisiana, the undersigned John Adcock, counsel of record for Plaintiffs, respectfully requests that this Court permit attorney Amanda Giglio to appear and participate *pro hac vice* as counsel on behalf of Plaintiffs.

1. Ms. Giglio is a licensed attorney admitted to practice in the State of New York. She is a member in good standing of the Bar of the State of New York.

2. Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Giglio is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against her. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

3. Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the State of New York is attached to Ms. Giglio's declaration.

2

WHEREFORE, John Adcock, a member of the bar of this Court in good standing, pray that this Court enter an order permitting Amanda Giglio to appear *pro hac vice* for Plaintiffs in the above-captioned matter.

Dated: June 22, 2022

                               */s/ John Adcock*
                               JOHN ADCOCK
                               Adcock Law LLC
                               Louisiana Bar No. 30372
                               P.O. Box 750621
                               New Orleans, LA 70175
                               Tel: (504) 233-3125
                               Fax: (504) 308-1266
                               Email: jnadcock@gmail.com