IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>           *Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>           *Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

## DECLARATION OF AMANDA GIGLIO IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

I, Amanda Giglio, of New York, New York, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. A Certificate of Good Standing from the State of New York dated June 14, 2022 is attached to this Declaration as Exhibit 1. The Certificate states that I was duly admitted to practice in New York on April 29, 2015, and am in good standing as a member of the bar of New York.

Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law, and that I will support the Constitution of the United States. I declare under penalty of perjury that the foregoing is true and correct.

2

Dated: June 22, 2022                                         /s/Amanda Giglio
                                                             Amanda Giglio