IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

## ORDER

The Court, after reviewing the *ex parte* motion of counsel of record John Adcock and considering the grounds therefore, does hereby grant permission for attorney Amanda Giglio to appear *pro hac vice* in the above-captioned matter, as follows: ORDERED AND ADJUDGED that Plaintiffs' *pro hac vice* motion is GRANTED.

DONE AND ORDERED in Louisiana this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA