## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Dorothy Nairne, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Kyle Ardoin, in his official capacity as Secretary of State for Louisiana,<br><br>    Defendant. | Civil Action: 3:22-cv-00178 |

## MOTION FOR *PRO HAC VICE* ADMISSION

MAY IT PLEASE THE COURT:

In accordance with Local Rule 83 governing Visiting Attorneys of the United States District Court for the Middle District of Louisiana, the undersigned, Angelique Freel, counsel for the Proposed Intervenor Defendant, Jeff Landry, in his official capacity as Attorney General of Louisiana and the State of Louisiana, and a member of the Bar of the State of Louisiana in good standing and of this court, respectfully requests this Court to permit Jason B. Torchinsky to appear and participate *pro hac vice* as additional counsel on behalf of the Attorney General and State of Louisiana in the above captioned action.

1.

Mr. Torchinsky is a licensed attorney admitted to practice in the District of Columbia. Mr. Torchinsky's practice is located at 2300 N Street NW, Suite 643A, Washington, DC 20037. Mr. Torchinsky is a member in good standing with the District of Columbia Bar.

2.

Pursuant to Local Rule 83, the Affidavit of Jason B. Torchinsky is attached hereto in support of this motion as Exhibit "A". The affidavit states that Jason B. Torchinsky is a member in good standing with the Virginia State Bar and District of Columbia Bar and am admitted to practice before the U.S. Supreme Court, Supreme Court of Virginia, U.S. District Court for the District of Columbia, U.S. District Court for the Eastern District of Arkansas, U.S. District Court of the District of Colorado, U.S. District Court of the Northern District of Florida, U.S. District Court for the Eastern District of Wisconsin, U.S. District Court for the Western, District of Michigan, U.S. Court of Appeals for the D.C. Circuit, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Fifth Circuit, and United States Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Eight Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals Eleventh Circuit

3.

Also, Pursuant to Local Rule 83, a Certificate of Good Standing from the District of Columbia is attached to Mr. Torchinsky's Affidavit verifying that Jason B. Torchinsky is admitted to practice in that Court and is in good standing therein.

WHEREFORE, Angelique Freel, counsel of record for Proposed Intervenor, The State of Louisiana, in this case and a member in good standing, prays that this court enter an Order permitting Jason B. Torchinsky to appear pro hac vice as counsel on behalf of The State of Louisiana, in the above captioned matters.

Dated: June 30, 2022

                                               Respectfully submitted,

                                               /s/ Angelique Duhon Freel
                                               Angelique Duhon Freel (La. Bar Roll No. 28561)

        Carey Tom Jones (La. Bar Roll No. 07474)
        Jeffrey M. Wale (La. Bar Roll No. 36070)
        Assistant Attorneys General
        Louisiana Department of Justice
        Civil Division
        P. O. BOX 94005
        Baton Rouge, Louisiana 70804-9005
        Telephone: (225) 326-6060
        Facsimile: (225) 326-6098
        Email: walej@ag.state.la.us
             freela@ag.louisiana.gov
           jonescar@ag.louisiana.gov

        Jason Torchinsky (DC 976033)*
        Phillip M. Gordon (DC 1531277)*
        Andrew B. Pardue (VSB 95926)*
        HOLTZMAN VOGEL BARAN
        TORCHINSKY & JOSEFIAK PLLC
        2300 N Street NW, Suite 643A
        Washington, DC 20037
        Telephone: (540) 341-8808
        Facsimile: (540) 341-8809
        Email: jtorchinsky@holtzmanvogel.com
           pgordon@holtzmanvogel.com
          dholt@holtzmanvogel.com
        **pro hac vice* motions forthcoming*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of June 2022, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

        */s/ Angelique Duhon Freel*
        Angelique Duhon Freel