UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

Dorothy Nairne, *et al*.,

    Plaintiffs,

v.                                                                                                  Civil Action 3:22-cv-00178

Kyle Ardoin, in his official capacity as
Secretary of State for Louisiana,

    Defendant.

## **AFFIDAVIT OF JASON BRETT TORCHINSKY**

BEFORE ME, the undersigned authority, personally came and appeared, JASON B. TORCHINSKY, who being duly first sworn, did depose and say;

1. That I practice law at 15405 John Marshall Hwy, Haymarket, VA 20169. That I am a member in good standing with the Virginia State Bar and District of Columbia Bar and am admitted to practice before the U.S. Supreme Court, Supreme Court of Virginia, U.S. District Court for the District of Columbia, U.S. District Court for the Eastern District of Arkansas, U.S. District Court of the District of Colorado, U.S. District Court of the Northern District of Florida, U.S. District Court for the Eastern District of Wisconsin, U.S. District Court for the Western, District of Michigan, U.S. Court of Appeals for the D.C. Circuit, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Fifth Circuit, and United States Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Eight Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals Eleventh Circuit. That there have been no disciplinary proceedings or criminal charges instituted against me in any jurisdiction.

2. That I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States. I do formally swear that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; Federal Rules of Evidence; and the Local Rules of the United States District Court for the Middle District of Louisiana, and I am fully prepared to use and abide by them in my practice before this Court.

3. That the matters set forth in this Affidavit are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on June 30, 2022

_____
Jason B. Torchinsky