UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

Dorothy Nairne, *et al*.,

    Plaintiffs,

v.                                                                              Civil Action 3:22-cv-00178

Kyle Ardoin, in his official capacity as
Secretary of State for Louisiana,

    Defendant.

## MOTION FOR *PRO HAC VICE* ADMISSION

MAY IT PLEASE THE COURT:

In accordance with Local Rule 83 governing Visiting Attorneys of the United States District Court for the Middle District of Louisiana, the undersigned, Angelique Freel, counsel for the Proposed Intervenor Defendant, Jeff Landry, in his official capacity as Attorney General of Louisiana and the State of Louisiana, and a member of the Bar of the State of Louisiana in good standing and of this court, respectfully requests this Court to permit Phillip M. Gordon to appear and participate *pro hac vice* as additional counsel on behalf of the Attorney General and the State of Louisiana in the above captioned action.

1.

Mr. Gordon is a licensed attorney admitted to practice in the District of Columbia. Mr. Gordon's practice is located at 15405 John Marshall Hwy, Haymarket, VA 20169. Mr. Gordon is a member in good standing with the District of Columbia Bar.

2.

Pursuant to Local Rule 83, the Affidavit of Phillip M. Gordon is attached hereto in support

1

of this motion as Exhibit "A". The affidavit states that Phillip M. Gordon is a member in good standing with the State Bar of Texas, the District of Columbia Bar, and Virginia State Bar, and I am admitted to practice before the Supreme Court of Texas, the U.S. Supreme Court, U.S. District Court of District of Columbia, the U.S. District Court Eastern District of Michigan, the U.S. District Court Northern District of Texas, U.S. District Court Eastern District of Virginia, DC Circuit Court, the U.S. Court of Appeals for the District of Columbia, and the United States Courts of Appeals for the Second, Fifth, Sixth, and Eleventh Circuits.

3.

Also, Pursuant to Local Rule 83, a Certificate of Good Standing from the Supreme Court of Texas is attached to Mr. Gordon's Affidavit verifying that Phillip M. Gordon is admitted to practice in that Court and is in good standing therein.

WHEREFORE, Angelique Freel, counsel of record for Defendant, Attorney General of the State, in this case and a member in good standing, prays that this court enter an Order permitting Phillip M. Gordon to appear *pro hac vice* as counsel on behalf of Defendant, Attorney General of the State, in the above captioned matter.

Dated: June 30, 2022

Respectfully submitted,

/s/ Angelique Duhon Freel
Angelique Duhon Freel (La. Bar Roll No. 28561)
Carey Tom Jones (La. Bar Roll No. 07474)
Jeffrey M. Wale (La. Bar Roll No. 36070)
Assistant Attorneys General
Louisiana Department of Justice
Civil Division
P. O. BOX 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6060
Facsimile: (225) 326-6098
Email: walej@ag.state.la.us

freela@ag.louisiana.gov
jonescar@ag.louisiana.gov

Jason Torchinsky (VSB 47481) *
Phillip M. Gordon (TX 24096085)*
Andrew B. Pardue (VSB95926)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: jtorchinsky@holtzmanvogel.com
pgordon@holtzmanvogel.com
apardue@holtzmanvogel.com
**pro hac vice* motions forthcoming

*Counsel for the Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of June 2022, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

/s/ Angelique Duhon Freel