UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

Dorothy Nairne, *et al.*,

    Plaintiffs,

v.                                                                                     Civil Action 3:22-cv-00178

Kyle Ardoin, in his official capacity as
Secretary of State for Louisiana,

    Defendant.

## AFFIDAVIT OF PHILLIP MICHAEL GORDON

BEFORE ME, the undersigned authority, personally came and appeared, PHILLIP M. GORDON, who being duly first sworn, did depose and say;

1. That I practice law at 15405 John Marshall Hwy, Haymarket, VA 20169. That I am a member of good standing with the State Bar of Texas, the District of Columbia Bar, and Virginia State Bar, and I am admitted to practice before the Supreme Court of Texas, the U.S. Supreme Court, U.S. District Court of the District of Columbia, the U.S. District Court Eastern District of Michigan, the U.S. District Court Northern District of Texas, U.S. District Court Eastern District of Virginia, U.S. Court of Appeals for the District of Columbia and the United States Courts of Appeals for the Second, Fifth, Sixth, and Eleventh Circuits. That there have been no disciplinary proceedings or criminal charges instituted against me in any jurisdiction.

2. That I DO SOLEMNLY SWEAR that I will support the constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do formally swear that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; Federal Rules of Evidence, 28 U.S.C.; and the Local Rules of the United States

District Court for the Middle District of Louisiana, and I am fully prepared to use and abide by them in my practice before this Court.

3. That the matters set forth in this Affidavit are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on June 30, 2022

_____
Phillip M. Gordon