UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

Dorothy Nairne, *et al.*,

    Plaintiffs,

v.                                                                                                    Civil Action 3:22-cv-00178

Kyle Ardoin, in his official capacity as
Secretary of State for Louisiana,

    Defendant.

## MOTION FOR *PRO HAC VICE* ADMISSION

MAY IT PLEASE THE COURT:

In accordance with Local Rule 83 governing Visiting Attorneys of the United States District Court for the Middle District of Louisiana, the undersigned, Angelique Freel, counsel for the Proposed Intervenor Defendant, Jeff Landry, in his official capacity as Attorney General of Louisiana and the State of Louisiana, and a member of the Bar of the State of Louisiana in good standing and of this court, respectfully requests this Court to permit Andrew B. Pardue to appear and participate *pro hac vice* as additional counsel on behalf of the Attorney General and the State of Louisiana in the above captioned action.

1.

Mr. Pardue is a licensed attorney admitted to practice in the Commonwealth of Virginia. Mr. Pardue's practice is located at 15405 John Marshall Hwy, Haymarket, VA 20169. Mr. Pardue is a member in good standing with the Bar of the Commonwealth of Virginia.

2.

Pursuant to Local Rule 83, the Affidavit of Andrew B. Pardue is attached hereto in support of this motion as Exhibit "A". The affidavit states that Andrew B. Pardue is a member in good standing with the Virginia State Bar.

3.

Also, Pursuant to Local Rule 83, a Certificate of Good Standing from the Virginia State Bar is attached to Mr. Pardue's Affidavit verifying that he is admitted to practice in that Court and is in good standing therein.

WHEREFORE, Angelique Freel, counsel of record for Defendant, Attorney General of the State, in this case and a member in good standing, prays that this court enter an Order permitting Andrew B. Pardue to appear *pro hac vice* as counsel on behalf of Defendant, Attorney General of the State, in the above captioned matter.

Dated: June 30, 2022

    Respectfully submitted,

/s/ Angelique Duhon Freel
Angelique Duhon Freel (La. Bar Roll No. 28561)
Carey Tom Jones (La. Bar Roll No. 07474)
Jeffrey M. Wale (La. Bar Roll No. 36070)
Assistant Attorneys General
Louisiana Department of Justice
Civil Division
P. O. BOX 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6060
Facsimile: (225) 326-6098
Email: walej@ag.state.la.us
    freela@ag.louisiana.gov
    jonescar@ag.louisiana.gov

Jason Torchinsky (VSB 47481)*
Phillip M. Gordon (TX 24096085)*
Andrew B. Pardue (VSB 95926)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: jtorchinsky@holtzmanvogel.com
    pgordon@holtzmanvogel.com
    apardue@holtzmanvogel.com
    *pro hac vice motions forthcoming

*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 30th day of June 2022, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

/s/ Angelique Duhon Freel

3