**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

Dorothy Nairne, *et al.*,

    Plaintiffs,

v.                                                           Civil Action 3:22-cv-00178

Kyle Ardoin, in his official capacity as
Secretary of State for Louisiana,

    Defendant.

## AFFIDAVIT OF ANDREW B. PARDUE

BEFORE ME, the undersigned authority, personally came and appeared, ANDREW B. PARDUE, who being duly first sworn, did depose and say;

1. That I practice law at 15405 John Marshall Hwy, Haymarket, VA 20169. That I am a member of good standing with the Virginia State Bar, and I am admitted to practice before the U.S. District Court for the Eastern District of Virginia and U.S. Court of Appeals for the Fifth Circuit. That there have been no disciplinary proceedings or criminal charges instituted against me in any jurisdiction.

2. That I DO SOLEMNLY SWEAR that I will support the constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do formally swear that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; Federal Rules of Evidence, 28 U.S.C.; and the Local Rules of the United States District Court for the Middle District of Louisiana, and I am fully prepared to use and abide by them in my practice before this Court.

3. That the matters set forth in this Affidavit are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2022

_____
Andrew B. Pardue