# VIRGINIA STATE BAR

## *CERTIFICATE OF GOOD STANDING*

THIS IS TO CERTIFY THAT **ANDREW BRYAN PARDUE** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **MR. PARDUE** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2020,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

*Issued June 2, 2022*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER