**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Dorothy Nairne, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kyle Ardoin, in his official capacity as Secretary of State for Louisiana, <br><br> Defendant. | Civil Action: 3:22-cv-00178 |

### ORDER

CONSIDERING the foregoing Motion for Admission *Pro Hac Vice:*

IT IS ORDERED that the Motion is GRANTED, and Andrew B. Pardue is hereby enrolled as additional counsel for the Proposed Intervenor Defendant, Jeff Landry, in his official capacity as Attorney General of Louisiana and the State of Louisiana, in the above captioned matter.

READ SIGNED AND DATED this _____ day of _____, 2022, in Baton Rouge, Louisiana.

_____
United States District Court, Middle District of Louisiana

1