**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

Dorothy Nairne, *et al.*,

    Plaintiffs,

v.                                                                                                    Civil Action 3:22-cv-00178

Kyle Ardoin, in his official capacity as
Secretary of State for Louisiana,

    Defendant.

## ORDER

CONSIDERING the foregoing Motion for Admission *Pro Hac Vice:*

IT IS ORDERED that the Motion is GRANTED, and Jason B. Torchinsky is hereby enrolled as additional counsel for the Proposed Intervenor Defendant, Jeff Landry, in his official capacity as Attorney General of Louisiana and the State of Louisiana, in the above captioned matter

READ SIGNED AND DATED this _____ day of _____, 2022 in Baton Rouge, Louisiana.

_____
United States District Court, Middle District of Louisiana

1