# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br>         Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his capacity as Secretary of State of Louisiana,<br><br>         Defendant. | Case No. 3:22-cv-00178-SDD-SDJ |

## [PROPOSED] ORDER GRANTING MOTION TO STAY

Before the Court is the Defendant's Motion to Stay. After considering the Motion, the Court is of the opinion it should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion for Stay is GRANTED. All actions are stayed pending the United States Supreme Court's decision in *Merrill v. Milligan*, No. 21-1086 (U.S., Feb. 7, 2022).

DATE: _____

_____
UNITED STATES DISTRICT JUDGE
Shelly D. Dick