IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiffs*, <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana <br><br> *Defendant*. | CIVIL ACTION NO. 3:22-cv-00178-SDD-SDJ |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, through undersigned counsel, come Plaintiffs Dorothy Nairne, Jarrett Lofton, Clee Earnest Lowe, Alice Washington, Steven Harris, Alexis Calhoun, Black Voters Matter Capacity Building Institute, National Association for the Advancement of Colored People Louisiana State Conference, (collectively, the "Nairne Plaintiffs") who respectfully submit this motion to withdraw Samantha Osaki as counsel of record for the Nairne Plaintiffs.

Samantha Osaki is currently an attorney with the American Civil Liberties Union ("ACLU"), counsel for the Nairne Plaintiffs in this matter. Ms. Osaki is withdrawing as counsel because she is leaving the employment of the ACLU. The ACLU will continue to represent the Nairne Plaintiffs in this matter.

WHEREFORE, the Nairne Plaintiffs pray that their motion be granted and that Samantha Osaki be withdrawn as counsel of record for the Nairne Plaintiffs in the above-captioned matter.

DATED: July 29, 2022

Respectfully Submitted

/s/ *John Adcock*
John Adcock
Adcock Law LLC
L.A. Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
Fax: (504) 308-1266
jnadcock@gmail.com

/s/ *Samantha Osaki*
Samantha Irene Osaki, NY Bar No. 5842646
American Civil Liberties Union
125 Broad St.
New York, NY 10004
sosaki@aclu.org

## Certificate of Service

I hereby certify that on July 29, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all non-CM/ECF participants.

July 29, 2022

/s/ *John Adcock*
John Adcock
Adcock Law LLC
L.A. Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
Fax: (504) 308-1266
