UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178-SDD-SDJ |

**ORDER**

CONSIDERING THE ABOVE AND FOREGOING:

IT IS ORDERED that Samantha Osaki is withdrawn as counsel of record for Dorothy Nairne, Jarrett Lofton, Clee Earnest Lowe, Alice Washington, Steven Harris, Alexis Calhoun, Black Voters Matter Capacity Building Institute, and the National Association for the Advancement of Colored People Louisiana State Conference.

Baton Rouge, Louisiana, this _____ day of ___, 2022

_____
UNITED STATES DISTRICT JUDGE