IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiffs*, <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana <br><br> *Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

**ORDER**

Upon consideration of Defendants' Motion to Stay Proceedings and considering the grounds presented, it is hereby ORDERED that the motion is DENIED. SO ORDERED.

This _____ day of_____2022.

_____
United States District Judge