# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, <br><br>*Plaintiffs*, <br><br>v. <br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana <br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

**EXHIBIT LIST TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS (ECF NO. 64)**

| Exhibit Name | Description |
|---|---|
| Exhibit A | Defendant's Objections and Responses to Plaintiffs' First Set of Interrogatories of The Secretary of State |
| Proposed Order | Proposed Order to Deny Defendants' Motion to Stay Proceedings |

Dated: August 10, 2022                               Respectfully submitted,

                                                                      */s/ John Adcock*
                                                                      JOHN ADCOCK
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street,
New Orleans, LA 701119
Tel: (504) 233-3125
Fax: (504) 308-1266
Email: jnadcock@gmail.com

*/s/ Ron Wilson*
Louisiana Bar No. 13575
701 Poydras Street, Ste. 4100,
New Orleans, LA 70139
Tel: (504) 525-4361
Fax: (504) 525-4380
Email: cabral2@aol.com

*/s/ T. Alora Thomas-Lundborg*
Sophia Lin Lakin*
T. Alora Thomas*
Samantha Osaki*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
athomas@aclu.org
sosaki@aclu.org

Sarah Brannon*
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org

| | |
|---|---|
| */s/ Nora Ahmed* | */s/ Michael de Leeuw* |
| Nora Ahmed* | Michael de Leeuw* |
| N.Y. Bar. No. 5092374 | Amanda Giglio* |
| ACLU Foundation of Louisiana | Cozen O'Connor |
| 1340 Poydras St. | 3 WTC, 175 Greenwich St. |
| Suite 2160 | 55th Floor |
| New Orleans, LA 70112 | New York, NY 10007 |
| Tel: (504) 522-0628 | MdeLeeuw@cozen.com |
| NAhmed@laaclu.org | AGiglio@cozen.com |

2

| | |
|---|---|
| */s/ Leah Aden* <br> Leah Aden\* <br> Stuart Naifeh\*\* <br> Victoria Wenger\* <br> NAACP LEGAL DEFENSE &. <br> EDUCATIONAL FUND, INC. <br> 40 Rector Street <br> 5th Floor <br> New York, NY 10006 <br> (212) 965-2200 <br> laden@naacpldf.org <br> snaifeh@naacpldf.org <br> vwenger@naacpldf.org | Andrew H. Stanko\*\* <br> Daniel Brobst\*\* <br> Cozen O'Connor <br> Liberty Place, 1650 Market St. <br> Suite 2800 <br> Philadelphia, PA 19103 <br> AStanko@cozen.com <br> DBrobst@cozen.com <br><br><br> \*Admitted *Pro Hac Vice* <br> \*\**Pro Hac Vice* Forthcoming |

***Attorneys for Plaintiffs***