IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>     *Plaintiffs*,<br><br> v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>     *Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

NOW INTO COURT, through undersigned counsel, come Plaintiffs Dr. Dorothy Nairne, Jarrett Lofton, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Alexis Calhoun, Black Voters Matter Capacity Building Institute, and the Louisiana State Conference of the NAACP (collectively, "Plaintiffs"), who respectfully request that the Court issue an Order setting a status conference as soon as possible for the purpose of discussing issues between Plaintiffs and Defendant-Intervenors Clay Schexnayder and Patrick Page Cortez (collectively, the "Legislative Intervenors") related to discovery, which are more fully set forth in the Memorandum of Law in Support of this Motion. A status conference would greatly benefit both Plaintiffs and the Legislative Intervenors by allowing them to conduct and complete discovery having resolved these issues with the Court's guidance.

Counsel for Plaintiffs and the Legislative Intervenors has conferred and is available to attend a status conference with the Court on Thursday, August 11, 2022 between 11:00 a.m. and

2:30 p.m. CT and on Friday, August 12, 2022 between 11:00 a.m. and 12:00 p.m. CT and after 1:00 p.m. CT.

Dated: August 11, 2022

                                      Respectfully submitted,

                                      */s/ John Adcock*
                                      JOHN ADCOCK
                                      Adcock Law LLC
                                      Louisiana Bar No. 30372
                                      3110 Canal Street, New Orleans, LA 701119
                                      Tel: (504) 233-3125
                                      Fax: (504) 308-1266
                                      Email: jnadcock@gmail.com

                                      */s/ Ron Wilson*
                                      Louisiana Bar No. 13575
                                      701 Poydras Street, Ste. 4100, New Orleans, LA 70139
                                      Tel: (504) 525-4361
                                      Fax: (504) 525-4380
                                      Email: cabral2@aol.com

                                      */s/ T. Alora Thomas-Lundborg*
                                      Sophia Lin Lakin*
                                      T. Alora Thomas*
                                      Samantha Osaki*
                                      American Civil Liberties Union Foundation
                                      125 Broad Street, 18th Floor
                                      New York, NY 10004
                                      slakin@aclu.org
                                      athomas@aclu.org
                                      sosaki@aclu.org

                                      Sarah Brannon*
                                      American Civil Liberties Union Foundation
                                      915 15th St., NW
                                      Washington, DC 20005
                                      sbrannon@aclu.org

| */s/ Nora Ahmed* | */s/ Michael de Leeuw* |
|---|---|
| Nora Ahmed* | Michael de Leeuw* |

N.Y. Bar. No. 5092374
ACLU Foundation of Louisiana
1340 Poydras St.
Suite 2160
New Orleans, LA 70112
Tel: (504) 522-0628
NAhmed@laaclu.org

*/s/ Leah Aden*
Leah Aden*
Stuart Naifeh**
Victoria Wenger*
NAACP LEGAL DEFENSE &.
EDUCATIONAL FUND, INC.
40 Rector Street
5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

Amanda Giglio*
Cozen O'Connor
3 WTC, 175 Greenwich St.
55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Andrew H. Stanko**
Daniel Brobst**
Cozen O'Connor
Liberty Place, 1650 Market St.
Suite 2800
Philadelphia, PA 19103
AStanko@cozen.com
DBrobst@cozen.com

*Admitted *Pro Hac Vice*
***Pro Hac Vice* Forthcoming

*Attorneys for Plaintiffs*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 10, 2022, I sent counsel for the Defendant-Intervenors Clay Schexnayder and Patrick Page Cortez correspondence indicating that Plaintiffs intended to move for the relief requested above. Later that same day, counsel for the Defendant-Intervenors Clay Schexnayder and Patrick Page Cortez responded to provide their availability for a status conference with the Court.

/s/ Amanda Giglio
Amanda Giglio

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record through a Notice of Electronic Filing generated by the Court's CM/ECF system on August 11, 2022.

/s/ John Adcock
John Adcock