## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

## PROPOSED ORDER

Considering Plaintiffs' Motion for Status Conference, the Court finds the relief requested to be justified and GRANTS the Motion.

ACCORDINGLY, IT IS HEREBY ORDERED that the Court will hold a status conference in this matter at _____ a.m./p.m. on the _____ day of _____, 2022 to discuss the issues identified in Plaintiffs' motion. Should it become necessary, the Court will issue further instructions to the parties regarding this conference.

Baton Rouge, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE