# Exhibit A

# Prouty, Erika Dackin

| | |
|---|---|
| **From:** | Prouty, Erika Dackin |
| **Sent:** | Friday, July 8, 2022 4:17 PM |
| **To:** | Alyssa Riggins; Giglio, Amanda; McKnight, Katherine L.; Jones, Carey; Phil Strach; Tom Farr; Cassie Holt; Boutte, Michelle; James, Margaret; Murrill, Elizabeth; Barbalich, Lauren; Wale, Jeffrey M.; Williams, Monick; john@scwllp.com; Freel, Angelique; kimk@scwllp.com; Kathryn Sadasivan; Leah Aden; nmerle@naacpldf.org; Rick Rozos; Mengis, Michael W.; Sauceda, Carol; Braden, E. Mark; Raile, Richard; Meral Kocak; Megan Snider; Nora Ahmed; Ron Wilson; Sullivates@aol.com; Samantha Osaki; Sarah Brannon; Sophia Lakin; Brett Schratz; Stuart Naifeh; Alora Thomas; Victoria Wenger; Lewis, Patrick T.; de Leeuw, Michael |
| **Subject:** | RE: Nairne - ESI Protocol |

Counsel,

Thank you for sending over the revised ESI protocol and proposed search terms. We agree with counsel for the Secretary of State on the revision to paragraph II(C)(4) in the ESI protocol.

Below is Legislative Intervenors' position on the search terms and custodians, as well as on the timing of our written responses and productions.

**Search Terms and Custodians**
Our proposed custodians are Speaker Clay Schexnayder and President Page Cortez, and we will have their legislative email accounts searched. We believe that the relevant time period should end on February 18, 2022, the day the Legislature passed House Bill 14 and Senate Bill 1, and will be using that date as the cutoff for our searches.

After receiving your proposed search terms last Friday evening, we have been working to evaluate the feasibility and burden of running your proposed search terms and date range across our clients' legislative email accounts. We want to alert you to an issue that will impact our ESI productions. The Clerk of the House of Representatives and the Secretary of the Senate, who are the custodians of records for their respective bodies, follow a certain procedure for requests for emails of members of the Legislature that is applicable to our clients' legislative email accounts here. This procedure is as follows:

> Our procedure relative to requests for emails is to task our computer staff with segregating the mailboxes of the persons for those email communications that you requested. The computer staff segregates the members' mailboxes, runs the search inquiries using the terms you supplied covering the request period and provides those search results to us. The computer searches are run by a joint (House and Senate) computer staff and can only be run one-at-a-time and in the order received.
>
> Following the computer staff's segregation of emails, we then must review the emails located within the mailboxes which are identified using the search terms you provided to: (1) remove all non-public records, i.e. e-mails that have nothing to do with conducting the public's business, and (2) identify the emails that are protected speech under our constitutional privilege contained in LA Constitution Art. III, § 8. After identification of any privileged e-mails, if any, we discuss each privileged record with the member to ascertain whether that member will waive or assert the privilege on each identified record. If the member asserts this privilege, we must then remove those from the documents from other records that could be produced. This process results in a set of e-mails which is then made available for inspection and copying.

We have asked that your proposed search terms be applied against the President's and the Speaker's legislative email accounts and will update you on the results of those searches. But in light of this complex and time-consuming process,

we suggest that Plaintiffs prioritize specific search terms and time frames that are likely to result in the responsive, non-privileged documents you seek. Our initial concern is that the term "district," even when combined with other terms (for example, "House AND district" or "Baton Rouge AND district") is likely to result in a high number of irrelevant documents (e.g., where the word "district" appears in signature lines), but we are working to confirm the exact results of all the proposed search terms and will update you as information becomes available.

Finally, any agreement we reach on behalf of Legislative Intervenors to search terms, custodians, or date ranges should not be construed as an agreement by any other Defendant to those search parameters, nor are Legislative Intervenors bound by any agreement reached between other Defendants and Plaintiffs on any search parameters. Finally, to state the obvious to avoid confusion: Legislative Intervenors do not have the ability to waive legislative privilege on behalf of other members of the legislative body.

**Timing**
As agreed during our June 30 meet and confer, we will serve our written responses to Plaintiffs' Interrogatories and Requests for Production of Documents by July 18. We also will work to produce non-ESI documents on this date. However, due to the complex and time-consuming process outlined above for searching and producing emails from the Legislative Intervenors' legislative email accounts, we anticipate that we will not be able to complete our ESI production by July 18. We will update you once we have the results of the searches.

Sincerely,

**Erika Prouty**
Associate

**BakerHostetler**

200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4710

eprouty@bakerlaw.com
bakerlaw.com



---

**From:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
**Sent:** Friday, July 8, 2022 3:53 PM
**To:** Giglio, Amanda <AGiglio@cozen.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sarah Brannon <sbrannon@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; Lewis, Patrick T. <plewis@bakerlaw.com>; de Leeuw, Michael <MdeLeeuw@cozen.com>
**Subject:** RE: Nairne - ESI Protocol

[External Email: Use caution when clicking on links or opening attachments.]

Dear Counsel,

Defendants have discussed your proposed redlines to the ESI protocol. We can agree to all of your proposed changes, so long as we can make one minor edit to paragraph II(C)(4):

The current paragraph reads that "the Parties further agree that they do not need to produce privileged communications exchanged solely between the Parties and their attorneys, and/or experts or consultants retained by attorneys created before March 14, 2022." We are concerned that this leaves out staff and agents of the attorneys and law firms such as paralegals. We would propose adding in a caveat that is similar to the definition of "Parties" in the General Provisions that makes it clear that employees of the attorneys/law firms are covered under this provision as well. Please let us know your position on this.

Additionally, pursuant to our meet and confer next week, the Secretary of State provides the following information pertaining to Plaintiffs' proposed search terms and the Secretary of State's proposed custodians:
- The Secretary of State proposes Sherri Hadskey, the Commissioner of Elections as a custodian. We also propose to search the communications intake account where public comments to the Secretary of State's office are logged and stored. This casts the widest possible net in terms of public comments in a searchable fashion.
- In terms of Search Terms, we note that there was no date range accompanying the search terms. In the interest of moving this process along, we propose to run the searches across these custodians during the time frame of April 12, 2021- February 18, 2022.

If this is agreeable to you, please let us know so that we may run your proposed terms in accordance with the protocol across these custodians and date ranges. Once complete we will let you know if there are any issues with the hit count on the proposed search terms. We are hopeful that this will not be the case, but will certainly notify you as soon as we can if we believe we are getting a high number of false positives on any term.

I believe the Intervenor defendants will be responding today as well with their proposed custodians and positions on search terms.

Best,
Alyssa



**ALYSSA RIGGINS   SENIOR ASSOCIATE**
alyssa.riggins@nelsonmullins.com
**GLENLAKE ONE | SUITE 200**
**4140 PARKLAKE AVENUE | RALEIGH, NC 27612**
T **919.329.3810**   F **919.329.3799**
**NELSONMULLINS.COM**   **VCARD   VIEW BIO**

**From:** Giglio, Amanda <AGiglio@cozen.com>
**Sent:** Friday, July 1, 2022 4:55 PM
**To:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr

3

<tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sarah Brannon <sbrannon@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; Lewis, Patrick T. <plewis@bakerlaw.com>; de Leeuw, Michael <MdeLeeuw@cozen.com>
**Subject:** RE: Nairne - ESI Protocol

Counsel –

As promised during yesterday's meet and confer, attached please find:
- Plaintiffs' further revisions to the ESI Protocols, along with a blackline showing the changes made; and
- Plaintiffs' proposed search terms.

We look forward to hearing from you regarding proposed custodians and a proposed revised discovery schedule next week. Have a lovely weekend.

Best,
Amanda



**Amanda Giglio**
**Associate | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor | New York, NY 10007
P: 212-453-3984
Pronouns: She/Her/Hers
Email | Map | cozen.com

---

**From:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
**Sent:** Thursday, June 30, 2022 8:11 PM
**To:** Giglio, Amanda <AGiglio@cozen.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sarah Brannon <sbrannon@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; Lewis, Patrick T. <plewis@bakerlaw.com>; de Leeuw, Michael <MdeLeeuw@cozen.com>
**Subject:** Re: Nairne - ESI Protocol

**EXTERNAL SENDER**

Dear Counsel,

Following up on our call today, Defendants can provide proposed custodians next week.

We look forward to receiving your proposed changes to the ESI agreement and your proposed search terms.

Best
Alyssa

> On Jun 30, 2022, at 11:50 AM, Alyssa Riggins <alyssa.riggins@nelsonmullins.com> wrote:
>
> Dear Counsel,
>
> Please find attached Defendants proposed changes to the ESI protocol.
>
> Best,
> Alyssa



**ALYSSA RIGGINS   SENIOR ASSOCIATE**
alyssa.riggins@nelsonmullins.com
**GLENLAKE ONE | SUITE 200**
**4140 PARKLAKE AVENUE | RALEIGH, NC 27612**
T 919.329.3810   F 919.329.3799
**NELSONMULLINS.COM**   VCARD   VIEW BIO

**From:** Giglio, Amanda <AGiglio@cozen.com>
**Sent:** Tuesday, June 28, 2022 5:53 PM
**To:** McKnight, Katherine L. <kmcknight@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Karie Rankine <karie.rankine@nelsonmullins.com>; John Branch <john.branch@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <LAden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>;

5

Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sarah Brannon <sbrannon@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; Lewis, Patrick T. <plewis@bakerlaw.com>; de Leeuw, Michael <MdeLeeuw@cozen.com>
**Subject:** Nairne - ESI Protocol

◄**External Email**► - From: AGiglio@cozen.com

Counsel –

I write on behalf of Plaintiffs.

Attached please find a draft Stipulation and Order Regarding Discovery for your review.  Additionally, Plaintiffs are available to meet and confer this Thursday at 2:00 p.m. as you proposed.  We look forward to speaking then, and would appreciate you circulating a Teams link when possible.  Thank you.

Best,
Amanda Giglio



**Amanda Giglio**
**Associate | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor **|** New York, NY 10007
P: 212-453-3984
Pronouns: She/Her/Hers
Email | Map | cozen.com

***Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**