# Exhibit B

## Prouty, Erika Dackin

| | |
|---|---|
| **From:** | Prouty, Erika Dackin |
| **Sent:** | Thursday, August 11, 2022 3:16 PM |
| **To:** | Giglio, Amanda; Sarah Brannon; Wale, Jeffrey M.; Alyssa Riggins; Phil Strach; Tom Farr; Cassie Holt; Boutte, Michelle; James, Margaret; Murrill, Elizabeth; Barbalich, Lauren; Williams, Monick; john@scwllp.com; Freel, Angelique; kimk@scwllp.com; Kathryn Sadasivan; Leah Aden; nmerle@naacpldf.org; Rick Rozos; Meral Kocak; Megan Snider; Nora Ahmed; Ron Wilson; Sullivates@aol.com; Samantha Osaki; Sophia Lakin; Brett Schratz; Stuart Naifeh; Alora Thomas; Victoria Wenger; de Leeuw, Michael; External - John Adcock |
| **Cc:** | Lewis, Patrick T.; Mengis, Michael W.; Braden, E. Mark; Raile, Richard; McKnight, Katherine L. |
| **Subject:** | RE: Nairne - Topics for Meet & Confer 8.1.2022 |

Counsel,

As promised, we are sharing the following message we just received from the Clerk of the House of Representatives regarding the searches conducted on Speaker Schexnayder's legislative email accounts using the April 12, 2021 to February 18, 2022 date range:

> In addition to the records previously submitted to you, ten additional records were located using the original 28 search terms provided. With the revised search terms you provided, those ten records are no longer responsive as they do not contain the revised search terms. One additional record was located which contains privileged communications, and the member has invoked his legislative privilege relative to that record.

We are available to discuss further if you have any questions.

Sincerely,


**Erika Prouty**
Associate

BakerHostetler

200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4710

eprouty@bakerlaw.com
bakerlaw.com



---

**From:** Giglio, Amanda <AGiglio@cozen.com>
**Sent:** Thursday, August 11, 2022 9:31 AM
**To:** Prouty, Erika Dackin <eprouty@bakerlaw.com>; Sarah Brannon <sbrannon@aclu.org>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden

<laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Cc:** Lewis, Patrick T. <plewis@bakerlaw.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

Counsel –

Plaintiffs reached out to the Magistrate Judge's chambers to ask what the Magistrate Judge required from parties in order to schedule a status conference. Chambers requested that Plaintiffs file a motion requesting a status conference, which we will file later this morning and will reference the times that you provided below.

Thanks very much.

Best,
Amanda



**Amanda Giglio**
**Associate | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor **|** New York, NY 10007
P: 212-453-3984
Pronouns: She/Her/Hers
Email | Map | cozen.com

---

**From:** Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Sent:** Wednesday, August 10, 2022 8:55 PM
**To:** Giglio, Amanda <AGiglio@cozen.com>; Sarah Brannon <sbrannon@aclu.org>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Cc:** Lewis, Patrick T. <plewis@bakerlaw.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

**EXTERNAL SENDER**

Counsel,

Thank you for your correspondence. We understand Plaintiffs intend to file a motion seeking to schedule a status conference with Magistrate Judge Johnson. However, it was our understanding that Magistrate Judge Johnson preferred that we request a status conference before any motion practice, and we suggest jointly calling chambers first to determine whether the conference can be scheduled without a motion. We are happy to coordinate on making that call.

In any event, counsel for Legislative Intervenors are available at the following times this week for a status conference with Magistrate Judge Johnson:

1. Thursday, August 11 between 11am and 4pm CT
2. Friday, August 12 between 11am and 12pm CT or after 1pm CT

Sincerely,

**Erika Prouty**
Associate

**BakerHostetler**
200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4710

eprouty@bakerlaw.com
bakerlaw.com



---

**From:** Giglio, Amanda <AGiglio@cozen.com>
**Sent:** Wednesday, August 10, 2022 6:35 PM
**To:** Prouty, Erika Dackin <eprouty@bakerlaw.com>; Sarah Brannon <sbrannon@aclu.org>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Cc:** Lewis, Patrick T. <plewis@bakerlaw.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

Counsel –

Thank you the below. Please see the attached correspondence in response.

Best,
Amanda



**Amanda Giglio**
**Associate | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor | New York, NY 10007
P: 212-453-3984
Pronouns: She/Her/Hers
Email | Map | cozen.com

---

**From:** Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Sent:** Tuesday, August 9, 2022 8:57 PM
**To:** Giglio, Amanda <AGiglio@cozen.com>; Sarah Brannon <sbrannon@aclu.org>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Cc:** Lewis, Patrick T. <plewis@bakerlaw.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

**\*\*EXTERNAL SENDER\*\***

Counsel,

Please see the attached correspondence, as well as Legislative Intervenors' Supplemental Objections and Answers to Plaintiffs' Interrogatories Nos. 5 and 15.

Sincerely,

**Erika Prouty**
Associate

BakerHostetler

200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4710

eprouty@bakerlaw.com
bakerlaw.com



**From:** Giglio, Amanda <AGiglio@cozen.com>
**Sent:** Saturday, August 6, 2022 12:41 PM
**To:** McKnight, Katherine L. <kmcknight@bakerlaw.com>; Sarah Brannon <sbrannon@aclu.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Cc:** Prouty, Erika Dackin <eprouty@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

Counsel,

Please see attached correspondence. As indicated in the attached, we look forward to receiving additional information from Legislative Intervenors on Tuesday, August 9, 2022. Thank you.

Best,
Amanda



**Amanda Giglio**
**Associate | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor | New York, NY 10007
P: 212-453-3984
Pronouns: She/Her/Hers
Email | Map | cozen.com

---

**From:** McKnight, Katherine L. <kmcknight@bakerlaw.com>
**Sent:** Thursday, August 4, 2022 12:57 PM
**To:** Giglio, Amanda <AGiglio@cozen.com>; Sarah Brannon <sbrannon@aclu.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Cc:** Prouty, Erika Dackin <eprouty@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

**\*\*EXTERNAL SENDER\*\***

Counsel,

Please see attached correspondence. Thank you again for your time yesterday.

Kate

**Katherine L. McKnight**
Partner
BakerHostetler

Washington Square
1050 Connecticut Ave, N.W. | Suite 1100
Washington, DC 20036-5403
T +1.202.861.1618

kmcknight@bakerlaw.com
bakerlaw.com



---

**From:** Giglio, Amanda <AGiglio@cozen.com>
**Sent:** Wednesday, August 3, 2022 8:14 PM
**To:** Prouty, Erika Dackin <eprouty@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>
**Cc:** Lewis, Patrick T. <plewis@bakerlaw.com>; Sarah Brannon <sbrannon@aclu.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

Counsel –

Plaintiffs write in response to one of the issues discussed during this afternoon's meet and confer. With respect to Plaintiffs' Interrogatory No. 5, we note that in your response you state that "Legislative staff provided technical and administrative assistance" to President Cortez and Speaker Schexnayder with respect to S.B. 1 and H.B. 14. Without waiving our right to receive the other information responsive to the request, with respect to legislative staff, Plaintiffs request that Legislative Intervenors provide the names and a brief description of the "technical" and/or "administrative assistance" provided by the staff members referenced in your response and any other staff members involved in the creation, development, or drawing of the enacted maps.

Thank you.

Best,
Amanda



**Amanda Giglio**
**Associate | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor | New York, NY 10007
P: 212-453-3984
Pronouns: She/Her/Hers
Email | Map | cozen.com

---

**From:** Giglio, Amanda
**Sent:** Tuesday, August 2, 2022 7:51 PM
**To:** 'Prouty, Erika Dackin' <eprouty@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>
**Cc:** Lewis, Patrick T. <plewis@bakerlaw.com>; Sarah Brannon <sbrannon@aclu.org>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique

6

<FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

Counsel –

Please see the attached correspondence in advance of Plaintiffs' meet and confer with counsel for the Legislative Intervenors tomorrow. Thank you.

Best,
Amanda



**Amanda Giglio**
**Associate | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor | New York, NY 10007
P: 212-453-3984
Pronouns: She/Her/Hers
Email | Map | cozen.com

---

**From:** Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Sent:** Monday, August 1, 2022 3:14 PM
**To:** Giglio, Amanda <AGiglio@cozen.com>; Jones, Carey <JonesCar@ag.louisiana.gov>
**Cc:** Lewis, Patrick T. <plewis@bakerlaw.com>; Sarah Brannon <sbrannon@aclu.org>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

**\*\*EXTERNAL SENDER\*\***

Amanda,

Thank you, that works for us.

Sincerely,

**Erika Prouty**
Associate

BakerHostetler

200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4710

eprouty@bakerlaw.com
bakerlaw.com



---

**From:** Giglio, Amanda <AGiglio@cozen.com>
**Sent:** Monday, August 1, 2022 2:55 PM
**To:** Jones, Carey <JonesCar@ag.louisiana.gov>; Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Cc:** Lewis, Patrick T. <plewis@bakerlaw.com>; Sarah Brannon <sbrannon@aclu.org>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

All –

Given respective availabilities, Plaintiffs propose hosting two separate meet and confers as follows:
- Tuesday, August 2 at 3:30 p.m. ET – Meet and Confer with Secretary of State and the Attorney General
- Wednesday, August 3 at 4:00 p.m. ET – Meet and Confer with Legislative Intervenors.

Please confirm when possible, and I will circulate Zoom links and calendar invitations accordingly. Thanks very much.

Best,
Amanda



**Amanda Giglio**
**Associate | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor | New York, NY 10007
P: 212-453-3984
Pronouns: She/Her/Hers
Email | Map | cozen.com

**From:** Jones, Carey <JonesCar@ag.louisiana.gov>
**Sent:** Monday, August 1, 2022 2:02 PM
**To:** Prouty, Erika Dackin <eprouty@bakerlaw.com>; Giglio, Amanda <AGiglio@cozen.com>
**Cc:** Lewis, Patrick T. <plewis@bakerlaw.com>; Sarah Brannon <sbrannon@aclu.org>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

**\*\*EXTERNAL SENDER\*\***

The AG is good with whatever time you decide to have a conference on Tuesday (8/2) but we have depositions every day for the rest of the week so tomorrow is our only available day for this week.

**From:** Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Sent:** Monday, August 01, 2022 12:59 PM
**To:** Giglio, Amanda <AGiglio@cozen.com>
**Cc:** Lewis, Patrick T. <plewis@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Sarah Brannon <sbrannon@aclu.org>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

**CAUTION:** *This email originated outside of Louisiana Department of Justice. Do not click links or open attachments unless you recognize the sender and know the content is safe.*

Hi Amanda,

We are available to reschedule, but we are not available during those times tomorrow. We are available tomorrow before 10:30am ET or Wednesday at 4pm ET. If those times do not work, we can work with you to schedule a time later this week.

Sincerely,

**Erika Prouty**
Associate



200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4710

eprouty@bakerlaw.com
bakerlaw.com

---

**From:** Giglio, Amanda <AGiglio@cozen.com>
**Sent:** Monday, August 1, 2022 1:52 PM
**To:** Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Cc:** Lewis, Patrick T. <plewis@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Sarah Brannon <sbrannon@aclu.org>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

Erika –

Thank you for this. To give Plaintiffs a bit more time to digest your letter, we propose rescheduling our meet and confer to tomorrow afternoon. Plaintiffs' counsel is available between 11:30 a.m. ET and 1:00 p.m. ET, and then again between 3:30 p.m. ET and 4:30 p.m. ET. Once we confirm a time, I will resend the calendar invitation and Zoom link.

Best,
Amanda



**Amanda Giglio**
**Associate | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor | New York, NY 10007
P: 212-453-3984
Pronouns: She/Her/Hers
Email | Map | cozen.com

**From:** Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Sent:** Monday, August 1, 2022 1:33 PM
**To:** Giglio, Amanda <AGiglio@cozen.com>
**Cc:** Lewis, Patrick T. <plewis@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Sarah Brannon <sbrannon@aclu.org>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

**\*\*EXTERNAL SENDER\*\***

Counsel,

Please see the attached correspondence in advance of our meet and confer this afternoon. And my apologies if I missed it, but could you please forward the meeting link?

Sincerely,


**Erika Prouty**
Associate

BakerHostetler
200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4710

eprouty@bakerlaw.com
bakerlaw.com




**From:** Prouty, Erika Dackin
**Sent:** Friday, July 29, 2022 6:07 PM
**To:** Giglio, Amanda <AGiglio@cozen.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Sarah Brannon <sbrannon@aclu.org>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden

11

<laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Subject:** RE: Nairne - Topics for Meet & Confer 8.1.2022

Counsel,

Legislative Intervenors' third production of documents is available at the Kiteworks link below. These documents are marked as LEG000797 to LEG001051. This production is the beginning of Legislative Intervenors' ESI production that will continue on a rolling basis, and are the results of the searches conducted of President Cortez's legislative email accounts using Plaintiffs' original search terms and the April 12, 2021 to February 18, 2022 date range.

As previously discussed, we received these documents in PDF form from the Secretary of the Senate and divided the PDF into individual documents. We then ran a production of these documents in accordance with the ESI protocol – i.e., as single-page TIFFs with OCR extracted Text files for searchability. We are available to discuss further next week.

https://globalftp.bakerlaw.com/w/f-0b33f378-9fc1-42fd-9623-4460769d83f1

This link will expire on August 28, 2022.

Sincerely,

**Erika Prouty**
Associate



200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4710

eprouty@bakerlaw.com
bakerlaw.com

---

**From:** Giglio, Amanda <AGiglio@cozen.com>
**Sent:** Friday, July 29, 2022 1:09 PM
**To:** Lewis, Patrick T. <plewis@bakerlaw.com>; Jones, Carey <JonesCar@ag.louisiana.gov>; Sarah Brannon <sbrannon@aclu.org>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Phil Strach <phil.strach@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Boutte, Michelle <BoutteM@ag.louisiana.gov>; James, Margaret <JamesM@ag.louisiana.gov>; Murrill, Elizabeth <MurrillE@ag.louisiana.gov>; Barbalich, Lauren <BarbalichL@ag.louisiana.gov>; Williams, Monick <WilliamsM@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Kathryn Sadasivan <ksadasivan@naacpldf.org>; Leah Aden <laden@naacpldf.org>; nmerle@naacpldf.org; Rick Rozos <rrozos@naacpldf.org>; Mengis, Michael W. <mmengis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Meral Kocak <mkocak@laaclu.org>; Megan Snider <msnider@laaclu.org>; Nora

Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Sullivates@aol.com; Samantha Osaki <sosaki@aclu.org>; Sophia Lakin <slakin@aclu.org>; Brett Schratz <bschratz@aclu.org>; Stuart Naifeh <snaifeh@naacpldf.org>; Alora Thomas <athomas@aclu.org>; Victoria Wenger <vwenger@naacpldf.org>; de Leeuw, Michael <MdeLeeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>
**Subject:** Nairne - Topics for Meet & Confer 8.1.2022


[External Email: Use caution when clicking on links or opening attachments.]

Counsel –

Thanks to all for spending the time making last Monday's meet and confer a productive one. Based on our conversation, we look forward to updates on the following:

**Legislative Intervenors**
- Circulation of the Louisiana legislature's policies with respect to document collection, review, and redaction.
- Circulation of details regarding the metadata that will be available through documents produced by the Legislative Intervenors (*e.g.*, to, from, cc, subject, authors, date, etc.), and whether those documents are otherwise searchable.
- Circulation of counsel's engagement letter.
- Responses to Plaintiffs' proposed custodians.
- Updates on whether Plaintiffs' proposed alternative search terms using the term "redistrict" are captured by the original search that Legislative Intervenors' counsel ran through documents.

As discussed, once Plaintiffs receive this information, we can internally confer and respond to the issues raised by Legislative Intervenors regarding the format of the productions, the proposals made regarding Plaintiffs' narrowed search terms, and Plaintiffs' proposed custodians. As it stands currently, Plaintiffs do *not* agree that the production of email correspondence and other collected documents in PDF format is acceptable under the Rules, and maintain that documents from the Legislative Intervenors should be collected, reviewed, and produced pursuant to the terms of the ESI Protocol.

Plaintiffs have also reviewed the discovery responses served by Defendants, and raise the following for discussion:
- **Attorney General**
    - The documents produced do *not* conform to the protocols that we have agreed upon. All documents were produced in two, combined PDFs and—because the documents in those PDFs appear to have been manually combined—contain no usable metadata. Plaintiffs accordingly ask that the Attorney General reproduce their documents in accordance with the ESI Protocol.
    - Plaintiffs would like to discuss your written discovery responses, particularly your responses to Plaintiffs' Interrogatories 2 and 10, and your response to Request 7 of Plaintiffs' document requests.
    - Plaintiffs would like to discuss your privilege log. Plaintiffs note that you are citing "work product" privilege for all documents listed, but are unclear on "work product" prepared given the limited information provided. Plaintiffs accordingly request additional justification for withholding the documents listed in the Attorney General's privilege log.
- **Secretary of State**

- - Certain documents produced in PROD0003 were produced in Zip files, and were not bates stamped. Plaintiffs ask that the Secretary of State reproduce these Zip files in accordance with the ESI Protocol.
  - Plaintiffs would like to discuss your written discovery responses, particularly your responses to Plaintiffs' Interrogatories 1-4 and 11-15.
- **Legislative Intervenors**
  - Plaintiffs would like to discuss your written discovery responses, particularly your responses to Plaintiffs' Interrogatories 5-10, 12, and 14-19.

Have a lovely weekend.

Best,
Amanda



**Amanda Giglio**
**Associate | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor **|** New York, NY 10007
P: 212-453-3984
Pronouns: She/Her/Hers
Email | Map | cozen.com

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the**

**intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to [postmaster@ag.state.la.us](mailto:postmaster@ag.state.la.us).


**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**


**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**


**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**


**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to**

*the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

**Notice:** *This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*