UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>    *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

## MOTION FOR LEAVE TO FILE REPLY

NOW INTO COURT, through undersigned counsel, comes Defendants, R. Kyle Ardoin, in his official capacity as Secretary of State, the State of Louisiana, and Clay Schexnayder and Patrick Page Cortez ("Legislative Intervenors") to respectfully move this Honorable Court for leave to file a joint reply to Plaintiffs' Opposition to Defendants' Joint Motion to Stay Proceeding, ECF No. 64, for the following non-exclusive reasons:

1.

The grant of leave to file this reply memorandum will not prejudice any party to this litigation or delay these proceedings.

2.

Because of the significance and prominence of this case, the public interest in its proper resolution, the risk of extreme waste of party and judicial resources, and the fact that Plaintiffs in their Opposition make numerous arguments that necessitate a response for clarification, the Opposition warrants a reply from Defendants.

3.

For the reasons articulated in Defendants' attached reply, Defendants believe a reply would aid the Court in its determination of the joint motion.

WHEREFORE, Defendants respectfully request that the Court grant leave to file the attached Reply in Support of Defendants' Joint Motion to Stay Proceedings.

Dated: August 15, 2022

RESPECTFULLY SUBMITTED,

JEFF LANDRY
ATTORNEY GENERAL

*/s/ Angelique Duhon Freel*
Jeffrey M. Landry (La. Bar Roll #29942)
Angelique D. Freel (La. Bar #28561)
Jeffrey Wale (La. Bar #36070)
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone No. 225-326-6766
Facsimile No. 225-326-6793
E-Mail Address:
landryj@ag.louisiana.gov
freela@ag.louisiana.gov
walej@ag.louisiana.gov

*Counsel for the State of Louisiana*

Jason B. Torchinsky *(admitted pro hac vice)*
Phillip Gordon *(admitted pro hac vice)*
Andrew B. Pardue *(admitted pro hac vice)*
HOLTZMAN VOGEL BARAN TORCHINSKY JOSEFIAK PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
E-Mail Address:
jtorchinsky@holtzmanvogel.com
pgordon@holtzmanvogel.com
apardue@holtzmanvogel.com

Michael W. Mengis (La. Bar #17994)
BAKERHOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone No.: 713-751-1600
Facsimile No.: 713-751-1717
mmengis@bakerlaw.com

E. Mark Braden *(admitted pro hac vice)*
Katherine McKnight *(admitted pro hac vice)*
Richard B. Raile *(admitted pro hac vice)*
BAKERHOSTETLER LLP
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
Telephone No.: 202-861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Patrick T. Lewis (*admitted pro hac vice*)
BAKERHOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone No.: 216-621-0200
plewis@bakerlaw.com

Erika Dackin Prouty (*admitted pro hac vice*)
BAKERHOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Telephone No.: 614-228-1541
eprouty@bakerlaw.com

*Counsel for Legislative Intervenors Clay Schexnayder, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page, Cortez, in his Official Capacity as President of the Louisiana Senate*

*/s/ Phillip J. Strach*
Phillip J. Strach (*admitted pro hac vice*)
Thomas A. Farr (*admitted pro hac vice*)
John E. Branch, III (*admitted pro hac vice*)
Alyssa M. Riggins (*admitted pro hac vice*)
Cassie A. Holt (*admitted pro hac vice*)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
4140 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
Telephone No.: 919-329-3800
Phillip.strach@nelsonmullins.com
Tom.farr@nelsonmullins.com
Alyssa.riggins@nelsonmullins.com
Cassie.holt@nelsonmullins.com

*/s/ John C. Walsh*
John C. Walsh (La. Bar # 24903)
SHOWS, CALI & WALSH, LLP
Baton Rouge, Louisiana 70821
Telephone No.: (225) 346-1461
Facsimile No.: (225) 346-5561

*Counsel for Defendant R. Kyle Ardoin, in his Official Capacity as Secretary of State of Louisiana*

## **CERTIFICATE OF SERVICE**

I CERTIFY I have served the foregoing was filed electronically and served on counsel for the parties by electronic notification by CM/ECF on August 15, 2022.

*/s/ Jason B. Torchinsky*
Jason Torchinsky