UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

# [PROPOSED] ORDER

Upon consideration of Defendants' motion for leave to file a reply in support of their Joint Motion to Stay Proceedings, the Court finds that the motion is well-founded and should be GRANTED.

IT IS THEREFORE ORDERED THAT Defendants are hereby granted leave to file their Reply in Support of the Joint Motion to Stay Proceedings, in the form attached to their motion, and that the same is hereby deemed filed.

Signed this _____ day of _____, 2022

_____
UNITED STATES DISTRICT JUDGE