UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DR. DOROTHY NAIRNE, et al.**  CIVIL ACTION

**VERSUS**  NO. 22-178-SDD-SDJ

**R. KYLE ARDOIN, IN HIS
OFFICIAL CAPACITY AS
SECRETARY OF STATE**

---

## ORDER

A telephone Status Conference was held on August 15, 2022, at 2:00 p.m. before United States Magistrate Judge Scott D. Johnson and included the following **participants**:

| | | | |
|---|---|---|---|
| **Alora Thomas** | **Alyssa Riggins** | **Kate McKnight** | **Tom Jones** |
| **Stuart Naifeh** | Counsel for Defendant | **Michael Mengis** | Counsel for Intervenor |
| **John Adcock** | | **Erika Prouty** | State of Louisiana |
| **Sarah Brannon** | | Counsel for Intervenors | |
| **Amanda Giglio** | | Louisiana Legislators | |
| **Sara Rohani** | | | |
| **Michael de Leeuw** | | | |
| Counsel for Plaintiffs | | | |

The Court, along with counsel for the parties, addressed the three discovery-related issues described in both Plaintiffs' Motion for Status Conference (R. Doc. 68) and the Response (R. Doc. 69) filed by the Legislative Intervenors, from whom the documents at issue were requested.

The Court gave the parties guidance, emphasizing the value of practical problem solving in the place of costly litigation of inflexible, adversarial positions. Counsel for the Legislative Intervenors assured the Court that its advice and guidance would be relayed not only to the Legislative Intervenors, but also to the Secretary of the Senate and the Clerk of the House of

Representatives, as well. The Court trusts that all parties involved will heed its guidance and hopes that motion practice will not be necessary to resolve these issues.

Signed in Baton Rouge, Louisiana, on August 16, 2022.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv32a; T: 00:44