IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

**CONSENT MOTION TO MODIFY THE SCHEDULING ORDER**

Plaintiffs hereby file this Consent Motion to Modify the Scheduling Order (Doc. 66). The Scheduling Order currently sets certain deadlines for disclosure of Rebuttal Reports and the completion of expert discovery. The Parties request the Scheduling Order as to these deadlines be modified as follows:

2. Discovery must be completed as follows:

    a.    Completing fact discovery and filing any fact discovery related motions: October 17, 2022.

    b.    Completing expert discovery and filing any expert discovery related motions: October 21, 2022.

    d.    Exchange of expert reports:

        Defendants: September 9, 2022.

        Plaintiffs Rebuttal: September 23, 2022.

        Defendants and Intervenors (Sur-Rebuttal): October 7, 2022.

The Parties have conferred and agree that these few small modifications to these deadlines would be helpful to all Parties in complying with the Court's deadlines. The Parties, therefore, respectfully request that Court grant this Consent Motion.

The Parties do not seek any additional changes to the current Scheduling Order.

A Proposed Order is attached.

DATED: August 19, 2022          Respectfully submitted,

   */s/ Sarah Brannon*
Sarah Brannon*
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org

Sophia Lin Lakin*
T. Alora Thomas*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
athomas@aclu.org

*/s/ John Adcock*
JOHN ADCOCK
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
Tel: (504) 233-3125
Fax: (504) 308-1266
Email: jnadcock@gmail.com

*/s/ Ron Wilson*
Louisiana Bar No. 13575
701 Poydras Street, Ste. 4100,
New Orleans, LA 70139
Tel: (504) 525-4361
Fax: (504) 525-4380
Email: cabral2@aol.com

| | |
|---|---|
| /s/ *Nora Ahmed* | /s/ *Michael de Leeuw* |
| Nora Ahmed* | Michael de Leeuw* |
| N.Y. Bar. No. 5092374 | Amanda Giglio* |
| Megan E. Snider | Jacqueline Green** |
| LA. Bar No. 33392 | Cozen O'Connor |
| ACLU Foundation of Louisiana | 3 WTC, 175 Greenwich St. |
| 1340 Poydras St. | 55th Floor |
| St. 2160 | New York, NY 10007 |
| New Orleans, LA 70112 | MdeLeeuw@cozen.com |
| Tel: (504) 522-0628 | AGiglio@cozen.com |
| msnider@laaclu.org | JGreen@cozen.com |
| NAhmed@laaclu.org | |
| | Andrew H. Stanko* |
| /s/ *Leah Aden* | Daniel Brobst* |
| Leah Aden* | Cozen O'Connor |
| Stuart Naifeh* | Liberty Place, 1650 Market St. |
| Victoria Wenger* | Suite 2800 |
| NAACP LEGAL DEFENSE &. | Philadelphia, PA 19103 |
| EDUCATIONAL FUND, INC. | AStanko@cozen.com |
| 40 Rector Street | DBrobst@cozen.com |
| 5th Floor | |
| New York, NY 10006 | |
| (212) 965-2200 | |
| laden@naacpldf.org | |
| snaifeh@naacpldf.org | |
| vwenger@naacpldf.org | |

**Attorneys for Plaintiffs**

Janette Louard*
Anthony Ashton*
Anna Kathryn Barnes*
NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF COLORED PEOPLE (NAACP)
4805 Mount Hope Drive
 Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
barnes@naacpnet.org

**Attorneys for Plaintiff Louisiana State Conference of the NAACP**

*Admitted Pro hac vice
**Bar admission forthcoming

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 19, 2022, a copy of Plaintiffs' Consent Motion to Modify the Scheduling Order was filed electronically with the Clerk of Court via the CM/ECF system, which gives notice of filing to all counsel of record.

              */s/ Sarah Brannon*
              Sarah Brannon