IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>     *Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>     *Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

**[PROPOSED] ORDER**

Upon consideration of Consent Motion to Modify the Scheduling Order, it is hereby ORDERED that the motion is GRANTED. IT IS ORDERED that:

Discovery must be completed as follows:

 a. Completing fact discovery and filing any fact discovery related motions: October 17, 2022.

 b. Completing expert discovery and filing any expert discovery related motions: October 21, 2022.

 c. Exchange of expert reports shall proceed as follows:

   Defendants: September 9, 2022.

   Plaintiffs Rebuttal: September 23, 2022.

   Defendants and Intervenors (Sur-Rebuttal): October 7, 2022.

This _____ day of _____ 2022

                _____
                United States Magistrate District Judge