UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DR. DOROTHY NAIRNE, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-178-SDD-SDJ** |
| **R. KYLE ARDOIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE** | |

## SCHEDULING ORDER

Before the Court is the parties' consent Motion to Modify (R. Doc. 75) certain expert-related deadlines set by the current Scheduling Order (R. Doc. 66). The requested modifications are minor, and the Court finds the parties have shown good cause as required by Rule 16(b)(4) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that the consent Motion to Modify (R. Doc. 75) is **GRANTED,** and the **deadlines** listed below, which were previously set by the Court's June 23, 2022 Scheduling Order (R. Doc. 66), are **modified** as follows:

| | |
|---|---|
| Completing **fact discovery** and filing any related motions: | **October 17, 2022** |
| Completing **expert discovery** and filing any related motions: | **October 21, 2022** |
| **Defendant** and **Intervenors'** Expert **Reports:** | **September 9, 2022** |
| **Plaintiffs' Rebuttal** Expert **Reports:** | **September 23, 2022** |

**Defendant** and **Intervenors' Sur-Rebuttal** Expert **Reports:**     October 7, 2022

Signed in Baton Rouge, Louisiana, on August 23, 2022.

 

*[signature: Scott Johnson]*

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**