## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

DOROTHY NAIRNE, *et al*

*versus*

R. KYLE ARDOIN, in his capacity
as Secretary of State of Louisiana

CIVIL ACTION

22-178-SDD-SDJ

### ORDER OF ADMINISTRATIVE CLOSURE

Considering the *Order*[1] staying this matter on August 30, 2022;

**IT IS ORDERED** that the bench trial set for January 17, 2023 and pretrial conference set for December 19, 2022, are CANCELLED.

**IT IS FURTHER ORDERED** that these proceedings are ADMINISTRATIVELY CLOSED, pending the stay of this matter.

**IT IS FURTHER ORDERED** that The Clerk of Court is to terminate any pending motions during the pendency of this stay. All motions shall be returned to pending status once the stay is lifted and the closure has ended.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana, on <u>August 31, 2022</u>.

*Shelly D. Dick*
_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 41.