**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**DOROTHY NAIRNE**, *et al*　　　　　　　　　　**CIVIL ACTION**

*Versus*

**R. KYLE ARDOIN**, in his capacity　　　　　　**22-178-SDD-SDJ**
as Secretary of State of Louisiana

## Notice of Change in Firm

Please take notice that I have relocated my practice from the American Civil Liberties Union (ACLU), Voting Rights Project to Election Law Clinic at Harvard Law School. My new address and contact information are below and have been updated on the Court's Electronic Filing System (PACER/ECF):

> T. Alora Thomas-Lundborg
> ELECTION LAW CLINIC
> HARVARD LAW SCHOOL
> 6 Everett Street, Ste. 4105
> Cambridge, MA 02138
> (617) 998-1582
> tthomaslundborg@law.harvard.edu

Representation of the Nairne Plaintiffs otherwise remains unchanged. I will continue to represent Nairne Plaintiffs in this matter, as will other counsel from the ACLU and co-counsel from the Legal Defense Fund and Cozen O'Conner.

Respectfully submitted,

s/ T. Alora Thomas-Lundborg

T. Alora Thomas-Lundborg
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
(617) 998-1582
tthomaslundborg@law.harvard.edu