IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**PLAINTIFFS' MOTION TO VACATE STAY**

Plaintiffs, Dr. Dorothy Nairne, Jarrett Lofton, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Alexis Calhoun, Black Voters Matter Capacity Building Institute, and the Louisiana State Conference of the NAACP, by and through undersigned counsel, move this court for an order vacating the stay of proceedings granted on August 30, 2022.

For the reasons stated in the accompanying memorandum in support, Plaintiffs respectfully request that this Court grant the motion to vacate the stay of proceedings. And for the reasons explained in Plaintiffs' simultaneously-filed motion for an expedited briefing schedule, Plaintiffs request that the Court resolve this motion on an expedited basis.

1

Date: June 9, 2023

Respectfully submitted,

/s/ Sarah Brannon

| | |
|---|---|
| John Adcock (La. Bar No. 30372)<br>Adcock Law LLC<br>Louisiana Bar No. 30372<br>3110 Canal Street<br>New Orleans, LA 701119<br>jnadcock@gmail.com | Sarah Brannon*<br>Megan C. Keenan**<br>American Civil Liberties Union Foundation<br>915 15th St. NW<br>Washington, DC 20005<br>sbrannon@aclu.org<br>mkeenan@aclu.org |
| Ron Wilson (La. Bar No. 13575)<br>701 Poydras Street, Suite 4100<br>New Orleans, LA 70139<br>cabral2@aol.com | Sophia Lin Lakin*<br>Dayton Campbell-Harris**<br>Luis Manuel Rico Román**<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>slakin@aclu.org<br>dcampbell-harris@aclu.org<br>lroman@aclu.org |
| Leah Aden*<br>Stuart Naifeh*<br>Victoria Wenger*<br>NAACP Legal Defense & Educational Fund<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>laden@naacpldf.org<br>snaifeh@naacpldf.org<br>vwenger@naacpldf.org | T. Alora Thomas-Lundborg*<br>Election Law Clinic<br>Harvard Law School<br>6 Everett Street, Ste. 4105<br>Cambridge, MA 02138<br>tthomaslundborg@law.harvard.edu |
| I. Sara Rohani*<br>NAACP Legal Defense & Educational Fund<br>700 14th Street, Suite 600<br>Washington, DC 20005<br>srohani@naacpldf.org | Nora Ahmed (N.Y. Bar. No. 5092374)<br>ACLU Foundation of Louisiana<br>1340 Poydras St., Suite 2160<br>New Orleans, LA 70112<br>NAhmed@laaclu.org |
| Michael de Leeuw*<br>Amanda Giglio*<br>Cozen O'Connor<br>3 WTC, 175 Greenwich St., 55th Floor<br>New York, NY 10007<br>MdeLeeuw@cozen.com<br>AGiglio@cozen.com | Josephine Bahn**<br>Cozen O'Connor<br>1200 19th Street NW<br>Washington, D.C. 20036<br>JBahn@cozen.com |

*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice
**Pro Hac Vice Motion Forthcoming

2