IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION TO VACATE STAY**

Plaintiffs, Dr. Dorothy Nairne, Jarrett Lofton, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Alexis Calhoun, Black Voters Matter Capacity Building Institute, and the Louisiana State Conference of the NAACP, by and through undersigned counsel, move this court for an order vacating the stay of proceedings granted on August 30, 2022. For the reasons explained further in Plaintiffs' simultaneously-filed motion for an expedited briefing schedule, Plaintiffs request that the Court resolve this motion on an expedited basis.

**BACKGROUND**

Plaintiffs filed the instant action on March 14, 2022, alleging that the 2022 redistricting plans for the Louisiana House of Representatives and Senate unlawfully

1

diluted their votes in violation of Section 2 of the Voting Rights Act of 1965, 52 U.S.C. § 10301. On August 30, 2022, this Court stayed all proceedings in this case, pending the Supreme Court's resolution of *Allen v. Milligan* (formerly "*Merrill v. Milligan*"). *See* Ruling on Stay Motion, ECF No. 79. This Court concluded that this proceeding's outcome was intertwined with *Allen*'s, and that the case could only proceed once the *Allen* case was decided. *Id.* at 4.

On June 8, 2023, the Supreme Court published its decision in *Allen v. Milligan*, No. 21-1086, 599 U.S. ___ (2023), affirming the preliminary injunction granted by the U.S. District Court for the Northern District of Alabama. No further grounds exist to prohibit this case from moving forward and being litigated. Accordingly, this Court should vacate the stay.

## ARGUMENT

The decision to stay a case "lies within the sound discretion of the District Court." *Francois v. City of Gretna*, No. CIV.A. 13-2640, 2014 WL 1118091, at *1 (E.D. La. Mar. 20, 2014) (citing *Campbell v. Eastland*, 307 F.2d 478, 487 (5th Cir. 1962). Discretion "calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936). However, *Landis* makes a stay improper if it is not "so framed in its inception that its force will be spent within reasonable limits…. When those limits have been reached, the fetters should fall off." *In re Papst Licensing GmbH*, No. CIV.A. 99-MD-1298, 2006 WL 4017753, at *2 (E.D. La. Oct. 23, 2006) (citing *Landis*, 299 U.S. at 257).

No further grounds remain to allow the stay to persist. Here, exercising its discretion, this Court stayed the present case stating that "once [*Allen*] is decided, this important case can be litigated." Ruling on Stay Motion at 4, ECF No. 79. Thus, this Court set the stay's end point as the issuance of the *Allen* decision, because *Allen* would guide this Court's reasoning in resolving this matter. Any prolongation of the stay is not necessary.

On balance, any furtherance of the stay does not advance judicial efficiency and risks damaging the fundamental voting rights of Louisianans. The rationale for the stay no longer exists, and this case should move forward.

Date: June 9, 2023                                          Respectfully submitted,

/s/ Sarah Brannon

| | |
|---|---|
| John Adcock (La. Bar No. 30372) | Sarah Brannon* |
| Adcock Law LLC | Megan C. Keenan** |
| Louisiana Bar No. 30372 | American Civil Liberties Union |
| 3110 Canal Street | Foundation |
| New Orleans, LA 701119 | 915 15th St. NW |
| jnadcock@gmail.com | Washington, DC 20005 |
| | sbrannon@aclu.org |
| Ron Wilson (La. Bar No. 13575) | mkeenan@aclu.org |
| 701 Poydras Street, Suite 4100 | |
| New Orleans, LA 70139 | Sophia Lin Lakin* |
| cabral2@aol.com | Dayton Campbell-Harris** |
| | Luis Manuel Rico Román** |
| Leah Aden* | American Civil Liberties Union |
| Stuart Naifeh* | Foundation |
| Victoria Wenger* | 125 Broad Street, 18th Floor |
| NAACP Legal Defense & Educational Fund | New York, NY 10004 |
| 40 Rector Street, 5th Floor | slakin@aclu.org |
| New York, NY 10006 | dcampbell-harris@aclu.org |
| laden@naacpldf.org | lroman@aclu.org |
| snaifeh@naacpldf.org | |
| vwenger@naacpldf.org | T. Alora Thomas-Lundborg* |
| | Election Law Clinic |

3

I. Sara Rohani*  
NAACP Legal Defense & Educational Fund  
700 14th Street, Suite 600  
Washington, DC 20005  
srohani@naacpldf.org  

Michael de Leeuw*  
Amanda Giglio*  
Cozen O'Connor  
3 WTC, 175 Greenwich St., 55th Floor  
New York, NY 10007  
MdeLeeuw@cozen.com  
AGiglio@cozen.com  

Harvard Law School  
6 Everett Street, Ste. 4105  
Cambridge, MA 02138  
tthomaslundborg@law.harvard.edu  

Nora Ahmed (N.Y. Bar. No. 5092374)  
ACLU Foundation of Louisiana  
1340 Poydras St., Suite 2160  
New Orleans, LA 70112  
NAhmed@laaclu.org  

Josephine Bahn**  
Cozen O'Connor  
1200 19th Street NW  
Washington, D.C. 20036  
JBahn@cozen.com  

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice  
**Pro Hac Vice Motion Forthcoming

4