# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, <br><br>*Plaintiffs*, <br><br>v. <br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br>*Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

## **PROPOSED ORDER**

Upon consideration, the Court GRANTS Plaintiffs' motion to vacate the stay of proceedings.

Date: _____

　　　　　　　　　　　　　　　　　　　　HON. SHELLY D. DICK
　　　　　　　　　　　　　　　　　　　　United States District Judge