IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING SCHEDULE**

Plaintiffs, Dr. Dorothy Nairne, Jarrett Lofton, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Alexis Calhoun, Black Voters Matter Capacity Building Institute, and the Louisiana State Conference of the NAACP, by and through undersigned counsel, move the Court for an expedited schedule for the resolution of a motion for a preliminary injunction that Plaintiffs anticipate filing on or before June 15, 2023.

For the reasons stated in the accompanying memorandum in support, Plaintiffs respectfully request that this Court order the following:

(i) Plaintiffs' motion for a preliminary injunction and supporting evidence shall be filed no later than June 15, 2023;

1

(ii) Defendant's and Intervenors' motions and supporting papers in opposition to Plaintiffs' motion for a preliminary injunction shall be filed no later than 14 days after Plaintiffs' motion is filed;

(iii) Plaintiffs' reply motion, if any, shall be filed no later than 5 days after oppositions are filed; and

(iv) A hearing on Plaintiffs' motion for a preliminary injunction, should the Court deem it necessary, shall begin on July 10, 2023, or as soon thereafter as Plaintiffs' motion may be heard.

Date: June 9, 2023                                                    Respectfully submitted,

/s/ Sarah Brannon

| | |
|---|---|
| John Adcock (La. Bar No. 30372) | Sarah Brannon* |
| Adcock Law LLC | Megan C. Keenan** |
| Louisiana Bar No. 30372 | American Civil Liberties Union |
| 3110 Canal Street | Foundation |
| New Orleans, LA 701119 | 915 15th St. NW |
| jnadcock@gmail.com | Washington, DC 20005 |
| | sbrannon@aclu.org |
| Ron Wilson (La. Bar No. 13575) | mkeenan@aclu.org |
| 701 Poydras Street, Suite 4100 | |
| New Orleans, LA 70139 | Sophia Lin Lakin* |
| cabral2@aol.com | Dayton Campbell-Harris** |
| | Luis Manuel Rico Román** |
| Leah Aden* | American Civil Liberties Union |
| Stuart Naifeh* | Foundation |
| Victoria Wenger* | 125 Broad Street, 18th Floor |
| NAACP Legal Defense & Educational Fund | New York, NY 10004 |
| | slakin@aclu.org |
| 40 Rector Street, 5th Floor | dcampbell-harris@aclu.org |
| New York, NY 10006 | lroman@aclu.org |
| laden@naacpldf.org | |
| snaifeh@naacpldf.org | T. Alora Thomas-Lundborg* |
| vwenger@naacpldf.org | Election Law Clinic |
| | Harvard Law School |
| | 6 Everett Street, Ste. 4105 |

2

I. Sara Rohani*
NAACP Legal Defense & Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
srohani@naacpldf.org

Michael de Leeuw*
Amanda Giglio*
Cozen O'Connor
3 WTC, 175 Greenwich St.,
55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Cambridge, MA 02138
tthomaslundborg@law.harvard.edu

Nora Ahmed (N.Y. Bar. No. 5092374)
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70112
NAhmed@laaclu.org

Josephine Bahn**
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice
**Pro Hac Vice Motion Forthcoming