## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, JARRETT
LOFTON, REV. CLEE EARNEST LOWE,
DR. ALICE WASHINGTON, STEVEN
HARRIS, ALEXIS CALHOUN, BLACK
VOTERS MATTER CAPACITY
BUILDING INSTITUTE, and THE
LOUISIANA STATE CONFERENCE OF
THE NAACP,

                      *Plaintiffs*,

v.

R. KYLE ARDOIN, in his official capacity
as Secretary of State of Louisiana,

                      *Defendant.*

Civil Action No. 3:22-cv-00178
SDD-SDJ

## PROPOSED ORDER

Upon consideration, Plaintiffs' motion for an expedited briefing schedule is
GRANTED. The Court hereby orders that:

(i) Plaintiffs' motion for a preliminary injunction and supporting evidence shall
be filed no later than June 15, 2023;

(ii) Defendant's and Intervenors' motions and supporting papers in opposition
to Plaintiffs' motion for a preliminary injunction shall be filed no later than 14 days
after Plaintiffs' motion is filed;

(iii) Plaintiffs' reply motion, if any, shall be filed no later than 5 days after
oppositions are filed; and

(iv) A hearing on Plaintiffs' motion for a preliminary injunction, should the Court deem it necessary, shall begin on July 10, 2023, or as soon thereafter as Plaintiffs' motion may be heard.

Date: _____

                                                  _____
HON. SHELLY D. DICK
United States District Judge