IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>     *Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>     *Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**PLAINTIFFS' MOTION FOR *PRO HAC VICE* ADMISSION OF DAYTON CAMPBELL-HARRIS**

  In accordance with Local Civil Rule 83(b)(8) governing visiting attorneys to the United States District Court for the Middle District of Louisiana, the undersigned John Adcock, counsel of record for Plaintiffs, respectfully requests that this Court permit attorney Dayton Campbell-Harris to appear and participate *pro hac vice* as counsel on behalf of Plaintiffs.

  1. Mr. Campbell-Harris is a licensed attorney admitted to practice in the State of Washington. He is a member in good standing of the Bar of the State of Washington.

  2. Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Mr. Campbell-Harris is attached here as Exhibit 1 swearing that no disciplinary

proceedings or criminal charges have been instituted against her. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

3. Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the State of Washington is attached here as Exhibit 2.

WHEREFORE, John Adcock, member of the bar of this Court in good standing, pray that this court enter an order permitting Dayton Campbell-Harris to appear *pro hac vice* for Plaintiffs in the above-captioned matter.

Date: June 12, 2023                                                      Respectfully submitted,

/s/ John Adcock
John Adcock (La. Bar No. 30372)
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com