IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, <br><br>*Plaintiffs*, <br><br>v. <br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br>*Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**DECLARATION OF MEGAN C. KEENAN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Megan C. Keenan, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. A Certificate of Good Standing from the State of New York dated June 1, 2023 is attached as Exhibit 2 to the accompanying motion for admission. The Certificate confirms that I, Megan Christine Keenan, was duly admitted to practice in all the courts of New York on July 17, 2019 and am in good standing as a member of the bar.

1

2

4.     Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 12, 2023                                    Respectfully submitted,

*/s/ Megan C. Keenan*
Megan C. Keenan
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
mkeenan@aclu.org