IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

## MOTION TO ENROLL COUNSEL

**NOW INTO COURT,** through undersigned counsel, comes Defendant, the State of Louisiana, through Attorney General Jeff Landry, who respectfully requests that the following attorney be enrolled as additional counsel of record in the above numbered and captioned matter:

>Amanda M. LaGroue
>(La. Bar Roll No. 35509)
>Assistant Attorney General
>Louisiana Department of Justice
>P. O. Box 94005
>Baton Rouge, LA 70804-9005
>Telephone: (225) 326-6000
>Fax:  (225) 326-6098
>LaGroueA@ag.louisiana.gov

Amanda M. LaGroue is an Assistant Attorney General licensed to practice in the State of Louisiana and in this Honorable Court.

WHEREFORE, the Defendant prays that the Motion to Enroll Counsel be GRANTED.

        Respectfully submitted,

        JEFF LANDRY
        ATTORNEY GENERAL

BY:   /s/ *Carey T. Jones*_____
        Elizabeth B. Murrill (La. Bar #20685)
        *Solicitor General* – Lead Counsel
        Angelique D. Freel (La. Bar #28561)
        Carey T. Jones (La. Bar #07474)
        Jeffrey Wale (La. Bar #36070)
        Assistant Attorneys General
        LOUISIANA DEPARTMENT OF JUSTICE
        1885 North Third Street
        Post Office Box 94005
        Baton Rouge, Louisiana 70804-9005
        Telephone No. 225-326-6766
        Facsimile No. 225-326-6793
        E-Mail Address:
        murrille@ag.louisiana.gov
        freela@ag.louisiana.gov
        jonescar@ag.louisiana.gov
        walej@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

**I CERTIFY** I have served the foregoing was filed electronically and served on counsel for the parties by electronic notification by CM/ECF.

        /s/ *Carey T. Jones*
      CAREY T. JONES (07474)