** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                REMOTE CSID            DURATION   PAGES   STATUS
June 20, 2023 at 1:14:09 PM PDT                     158        4       Received

Case 3:22-cv-00178-SDD-SDJ   Document 89   06/20/23  Page 1 of 4
06/20/2023  4:11:32 PM -0400 FAXCOM                                     PAGE 1    OF 4



A PROFESSIONAL CORPORATION
3 WTC, 175 GREENWICH STREET 55TH FLOOR    NEW YORK, NY 10007
212.509.9400    1.800.437.7040    212.509.9492 FAX    www.cozen.com

## FACSIMILE

| | | | |
|---|---|---|---|
| FROM: | Davi, Kathy | RECIPIENT: | Shelly Dick |
| SENDER'S FAX: | | RECIPIENT FAX: | 225.389.3641 |
| SENDER'S PHONE: | 212-453-3968 | | |

DATE: June 20, 2023
SUBJECT: Fax to Chief Judge Shelly D. Dick of the District Court for the Middle District of Louisiana
TOTAL PAGES   4

MESSAGE:
Good afternoon,

The attached fax is sent on behalf of Amanda Giglio.

Respectfully submitted,

Kathy Davi

[http://www.cozen.com/cozendocs/cozen-oconnor-logo.gif]

Kathy Davi
Legal Practice Assistant | Cozen O'Connor
3 WTC, 175 Greenwich Street 55th Floor | New York, NY 10007
P: 212-453-3968
Email<mailto:kdavi@cozen.com> |
Map<http://maps.apple.com/?q=3%20WTC%0D%0A175%20Greenwich%20Street%2055th%20Floor%2Cnew%20York%20NY> | cozen.com<http://www.cozen.com>

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL THE SENDER or 1.800.437.7040 IMMEDIATELY.



Voting Rights Project
ACLU National Legal Department

June 20, 2023

Chief Judge Shelly D. Dick
U.S. District Court
Middle District of Louisiana
777 Florida Street, Suite 301
Baton Rouge, LA 70801

Plaintiffs write to preview the possible schedules they intend to propose at the upcoming status conference on June 21, 2023. Plaintiffs have sent both of the schedules described below to the Defendant and Defendant-Intervenors, all of whom have indicated their opposition. Defendant and Defendant-Intervenors have also been served with a copy of this letter.

### Expedited Schedule to Resolve Plaintiffs' Preliminary Injunction Motion in Advance of the August 10 Filing Deadline

Plaintiffs stand on their motion for an expedited schedule for the resolution of a motion for a preliminary injunction. R. Doc. 83. If this Court lifts the stay at the June 21 status conference, Plaintiffs are prepared to file their motion by end of day, and would propose that the Court order the following schedule:

(i) Plaintiffs' motion for a preliminary injunction and supporting evidence shall be filed no later than June 21, 2023;
(ii) Defendant's and Intervenors' motions and supporting papers in opposition to Plaintiffs' motion for a preliminary injunction shall be filed no later than June 30, 2023;
(iii) Plaintiffs' reply motion, if any, shall be filed no later than July 5, 2023; and
(iv) A hearing on Plaintiffs' motion for a preliminary injunction, should the Court deem it necessary, shall begin on July 10, 2023, or as soon thereafter as Plaintiffs' motion may be heard.

This schedule would allow for a decision from this Court in time to enable the Legislature to pass new maps in an extraordinary session or, in the absence of legislative action, for the Court to hold a remedial proceeding in advance of the August 10, 2023 filing deadline for the upcoming elections.

125 Broad Street, Floor 18, New York, NY 10004 | sbrannon@aclu.org | 202-675-2337

<b>
</b>



### Alternative: Expedited Schedule for Trial to Accommodate Potential November 2024 Special Election

If the Court is not amenable to an expedited preliminary injunction schedule, Plaintiffs intend to seek an expedited trial schedule to allow for potential relief of a special election in November 2024 under new legislative maps if the current enacted maps are found unlawful. Such relief would be sought to prevent Plaintiffs and affected voters from enduring four years under an unrepresentative and unlawful map. Further, a November 2024 special election would impose minimal burden on the State, because federal elections will be held in Louisiana at the same time.

Courts within the Fifth Circuit have permitted special elections as a form of retroactive relief where Plaintiffs first seek pre-election relief and were denied, including where the pendency of a Supreme Court decision interferes with a plaintiff's ability to seek pre-election relief. *Clark v. Roemer*, 777 F. Supp. 471, 484-85 (M.D. La. 1991); *Williams v. City of Dallas*, 734 F. Supp. 1317, 1415 (N.D. Tex. 1990); *Tucker v. Buford,* 603 F. Supp. 276, 277-79 (N.D. Miss. 1985).

But for the August 2022 stay imposed by the Court during the pendency of *Allen v. Milligan*, Plaintiffs were on track to have their preliminary injunction motion resolved in time to obtain relief in advance of the 2023 general election—and indeed, Plaintiffs continue to seek to fast-track relief now that *Allen* has been decided. R. Doc. 82, 83. Absent an expedited schedule to resolve Plaintiffs' preliminary injunction motion in advance of the October 2023 election, however, a special election is the only practicable remedy available other than delaying relief for years after a judgment.

An expedited trial schedule is the only way to ensure that a special election can run concurrently with the regularly scheduled November 2024 election in Louisiana. Ordering such a schedule would ensure that there will be adequate time to put such a remedy in place consistent with the principles set forth in *Purcell v. Gonzalez*, 549 U.S. 1 (2006).

Plaintiffs would welcome an opportunity to further brief the need for an expedited trial schedule and special elections at the Court's request.

Sincerely,

*/s/ Sarah Brannon*
Sarah Brannon                                John Adcock (La. Bar No. 30372)
Megan C. Keenan                              Adcock Law LLC
                                             Louisiana Bar No. 30372

125 Broad Street, Floor 18, New York, NY 10004 | sbrannon@aclu.org | 202-675-2337



American Civil Liberties Union
Foundation
915 15th St. NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Sophia Lin Lakin
Dayton Campbell-Harris
Luis Manuel Rico Román
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org
lroman@aclu.org

T. Alora Thomas-Lundborg
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu

Nora Ahmed (N.Y. Bar. No. 5092374)
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70112
NAhmed@laaclu.org

Josephine Bahn
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com

Leah Aden
Stuart Naifeh
Victoria Wenger
NAACP Legal Defense &
Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

I. Sara Rohani
NAACP Legal Defense &
Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
srohani@naacpldf.org

Michael de Leeuw
Amanda Giglio
Cozen O'Connor
3 WTC, 175 Greenwich St.,
55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

*Attorneys for Plaintiffs*

125 Broad Street, Floor 18, New York, NY 10004 | sbrannon@aclu.org | 202-675-2337