## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JUNE 21, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

DOROTHY NAIRNE, et al

versus

R. KYLE ARDOIN, in his capacity
as Secretary of State of Louisiana

CIVIL ACTION

22-178-SDD-SDJ

This matter came on this day for a *Telephone Status Conference*.

PRESENT:   Sarah E. Brannon, Esq.
           Counsel for Plaintiffs

           Phillip J. Strach, Esq.
           Counsel for Defendants

The Court advised that the *Motion to Vacate Order on Motion to Stay*[1] will be granted and will set this for an expedited trial. The Court refers this matter to the Magistrate Judge for a scheduling order.

The Court and parties discussed potential trial dates. The parties shall confer and report back to the Court with the mutually agreed upon date.

\* \* \* \* \*

CV 38c; 15 mins.

---

[1] Rec. Doc. 82.