UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>      *Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>      *Defendant.* | Case No. 3:22-cv-00178-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

## **DEFENDANTS' JOINT NOTICE OF PROPOSED PRE-TRIAL SCHEDULE**

In advance of the June 29, 2023, telephone scheduling conference with the Court to discuss a scheduling order, Doc. 98, the parties met and conferred on a proposed pre-trial schedule in preparation for the trial set to commence on November 27, 2023. Doc. 97. While the parties met and conferred in good faith and were able to narrow their differences on many deadlines related to fact discovery and pre-trial filings, they were unable to reach a final agreement prior to this filing. The chart attached as Exhibit A sets forth the parties' respective proposals along with the deadlines in place before the Court stayed these proceedings on August 30, 2022, Doc. 79, and the differences in the parties' respective proposals.

Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana, and Intervenor-Defendants, the State of Louisiana through the Attorney General, and Legislative Intervenors Speaker of the House Clay Schexnayder; and President of the Senate Patrick Page Cortez (collectively, "Defendants") are prepared to discuss these proposals further with the Court

during the conference, but respectfully request that the Court enter the dates set forth in Exhibit A under "Defendants' 6/29 Proposal."

Respectfully submitted,

/s/ Michael W. Mengis
Michael W. Mengis, LA Bar No. 17994
**BAKERHOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Fax: (713) 751-1717
Email: mmengis@bakerlaw.com

E. Mark Braden*
Katherine L. McKnight*
Richard B. Raile*
**BAKERHOSTETLER LLP**
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Patrick T. Lewis*
**BAKERHOSTETLER LLP**
127 Public Square, Ste. 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com
* *Admitted pro hac vice*

/s/ Erika Dackin Prouty
Erika Dackin Prouty*
**BAKERHOSTETLER LLP**
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com

*Counsel for Legislative Intervenors, Clay Schexnayder, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his Official Capacity as President of the Louisiana Senate*

/s/ John C. Walsh
John C. Walsh (Louisiana Bar Roll No. 24903)
john@scwllp.com
**SHOWS, CALI & WALSH, L.L.P.**
P.O. Box 4046
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561

/s/ Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
John E. Branch, III*
john.branch@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**

2

<table>
<tr><td>

</td><td>

301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
\* *Admitted pro hac vice*

*Counsel for Defendant R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana*

**Jeff Landry**
**Louisiana Attorney General**

</td></tr>
<tr><td>

Jason B. Torchinsky (DC Bar No 976033)\*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com


Phillip M. Gordon (DC Bar No. 1531277)\*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: pgordon@holtzmanvogel.com
\**admitted pro hac vice*

</td><td>

*/s/ Angelique Duhon Freel*
Elizabeth B. Murrill (LSBA No. 20685)
Solicitor General
Shae McPhee (LSBA No. 38565)
Angelique Duhon Freel (LSBA No. 28561)
Carey Tom Jones (LSBA No. 07474)
Amanda M. LaGroue (LSBA No. 35509)
Jeffrey M. Wale (LSBA No. 36070)
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
mcphees@ag.louisiana.gov
freela@ag.louisiana.gov
jonescar@ag.louisiana.gov
lagrouea@ag.louisiana.gov
walej@ag.louisiana.gov

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I certify that on June 29, 2023, this document was filed electronically on the Court's electronic case filing system. Notice of the filing will be served on all counsel of record through the Court's system. Copies of the filing are available on the Court's system.

                                       */s/ Erika Dackin Prouty*
                                       Erika Dackin Prouty (admitted pro hac vice)
                                       **BAKERHOSTETLER LLP**

                                       *Counsel for Legislative Intervenors, Clay Schexnayder, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his Official Capacity as President of the Louisiana Senate*

# EXHIBIT A

| Event | Deadline Before Stay Issued | Time Between Events Before Stay Issued | Plaintiffs' 6/27 Proposal | Defendants' 6/29 Proposal | Time Between Events in Defendants' Proposal |
|---|---|---|---|---|---|
| Plaintiffs' Expert Reports | 7/22/2022 | | 6/30/2023 | 6/30/2023 | |
| Defendants Expert Disclosures | 9/2/2022 | 6 weeks after Plaintiffs' reports | 7/6/2023 | 8/4/2023 | 5 weeks after Plaintiffs' reports |
| Defendants Expert Reports | 9/9/2022 | 7 weeks after Plaintiffs' reports | 7/21/2023 | 8/11/2023 | 6 weeks after Plaintiffs' reports |
| Exchange Fact Witness Lists | No date set | | 8/10/2023 | 8/14/2023 | 3 weeks before fact discovery close |
| Plaintiffs' Rebuttal Expert Disclosures | No date set | | 7/25/2023 | 8/14/2023 | |
| Plaintiffs' Rebuttal Expert Reports | 9/23/2022 | 2 weeks after Defendants' reports | 8/4/2023 | 8/25/2023 | 2 weeks after Defendants' reports |
| Defendants' Sur-Rebuttal Expert Disclosure | No date set | | 8/8/2023 | 8/29/2023 | |
| Fact discovery close and file related motions | 10/17/2022 | | 8/31/2023 | 9/1/2023 | 3 weeks after fact witness list |
| Defendants' Sur-Rebuttal Expert Reports | 10/7/2022 | 2 weeks after Plaintiffs' reports | 8/11/2023 | 9/8/2023 | 2 weeks after Plaintiffs' reports |
| Exchange Expert Witness Lists | No date set | | | 9/8/2023 | 3 weeks before expert discovery close |
| Expert discovery close | 10/21/2022 | 2 weeks after surrebuttals | 9/22/2023 | 9/29/2023 | 3 weeks after surrebuttals |
| Dispositive & Daubert & Expert-related motions | 10/28/2022 | 1 week later | 9/29/2023 | 10/6/2023 | 1 week after expert discovery close |
| File pre-trial order | No date set | | 10/20/2023 | 10/20/2023 | Match Plaintiffs' Proposal |
| Proposed findings of fact & conclusions of law | 12/12/2022 | 5 weeks prior to trial | 10/27/2023 | 10/27/2023 | Match Plaintiffs' Proposal |
| Pre-trial conference | 12/19/2022 | 4 weeks prior to trial | 11/2/2023 | 11/2/2023 | Match Plaintiffs' Proposal |
| Trial briefs | 12/23/2022 | 3 weeks prior to trial | 11/13/2023 | 11/13/2023 | Match Plaintiffs' Proposal |
| Trial scheduled to begin | 1/17/2023 | | 11/27/2023 | 11/27/2023 | |