IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant.* | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**PLAINTIFFS' NOTICE OF PROPOSED PRE-TRIAL SCHEDULE**

Plaintiffs, Dr. Dorothy Nairne, Jarrett Lofton, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Alexis Calhoun, Black Voters Matter Capacity Building Institute, and the Louisiana State Conference of the NAACP, by and through undersigned counsel, respectfully submit their proposed discovery deadlines in the above-captioned action in advance of the status conference scheduled before Hon. Scott D. Johnson on June 29, 2023 at 3:00 p.m. CST.

As indicated in Defendants' corresponding submission, ECF No. 99, the parties met and conferred on a proposed pre-trial schedule in the above-captioned matter. Plaintiffs acknowledge that, while the parties met and conferred in good faith and were able to narrow their differences on many discovery deadlines, the parties were not able to reach a full agreement on certain deadlines (namely, the deadlines related to Defendants' expert reports and Plaintiffs' rebuttal expert reports). Plaintiffs also acknowledge that the parties were unable to reach agreement on the handling and use of data from upcoming elections in Louisiana scheduled for October and November 2023 in this case, which will not be available until *after* the agreed upon deadlines for fact discovery, September 1, 2023, and expert discovery, September 29, 2023, have passed.

Accordingly, Plaintiffs respectfully submit the chart attached as Exhibit A setting forth the parties' respective proposals, along with the deadlines in place before the Court stayed these proceedings on August 30, 2022, ECF No. 79, the time that remained for the parties to satisfy their respective discovery obligations prior to the Court's stay, and the time Plaintiffs' proposed deadlines would give the parties to satisfy those same discovery obligations.

Plaintiffs are prepared to discuss these proposals and issues with the Court during the status conference, but respectfully request that the Court enter the dates proposed by Plaintiffs under "Plaintiffs' Proposal" as set forth in Exhibit A.

Date: June 29, 2023                                             Respectfully submitted,

 Sarah Brannon*                                                 /s/ John Adcock

Megan C. Keenan**
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Sophia Lin Lakin*
Dayton Campbell-Harris**
Luis Manuel Rico Román**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org
lroman@aclu.org

T. Alora Thomas-Lundborg
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu

Nora Ahmed (N.Y. Bar. No. 5092374)
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70112
NAhmed@laaclu.org

Michael de Leeuw*
Amanda Giglio*
Cozen O'Connor
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

John Adcock (La. Bar No. 30372)
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Tel: (504) 525-4361
Fax: (504) 525-4380
cabral2@aol.com

Leah Aden*
Stuart Naifeh**
Victoria Wenger*
NAACP Legal Defense & Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

I. Sara Rohani*
NAACP Legal Defense & Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
(929) 536-3943
srohani@naacpldf.org

Josephine Bahn**
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice
**Pro Hac Vice Motion Forthcoming

Case 3:22-cv-00178-SDD-SDJ    Document 100    06/29/23    Page 5 of 5