# EXHIBIT A

| Event | Before Stay | Time Remaining Upon Issuance of Stay | Plaintiffs' Proposal | Time After Lifting of Stay | Defendants' Proposal | Plaintiffs' Position on Defendants' Proposal |
|---|---|---|---|---|---|---|
| Plaintiffs' Expert Reports | 7/22/2022 | Already Served | | | | |
| Plaintiffs' Supplemental Expert Reports | N/A | | 6/30/2023 | 10 days | 6/30/2023 | agreed |
| Defendants Expert Disclosures | 9/2/2022 | 2 days | 7/6/2023 | 15 days | 8/4/2023 | disputed |
| Defendants Expert Reports | 9/9/2022 | 9 days | 7/21/2023 | 30 days | 8/11/2023 | disputed |
| Plaintiffs' Rebuttal Expert Disclosures | No date set | | 7/25/2023 | 5 weeks | 8/14/2023 | disputed |
| Plaintiffs' Rebuttal Expert Reports | 9/23/2022 | 23 days | 8/4/2023 | 6 weeks | 8/25/2023 | disputed |
| Defendants' Sur-Rebuttal Expert Disclosure | No date set | | 8/8/2023 | 6 ½ weeks | 8/29/2023 | disputed |
| Exchange Fact Witness Lists | No date set | | 8/10/2023 | 7 weeks | 8/14/2023 | agreed |
| Defendants' Sur-Rebuttal Expert Reports | 10/7/2022 | 37 days | 8/11/2023 | 7 weeks | 9/8/2023 | disputed |
| Fact discovery close and file related motions | 10/17/2022 | 7 weeks | 8/31/2023 | 10 weeks | 9/1/2023 | agreed |
| Exchange Expert Witness Lists | No date set | | | | 9/8/2023 | agreed |
| Expert discovery close | 10/21/2022 | 7 ½ weeks | 9/22/2023 | 3 months | 9/29/2023 | agreed |
| Dispositive & Daubert & Expert-related motions | 10/28/2022 | 1 week after close of expert discovery | 9/29/2023 | 1 week after close of expert discovery | 10/6/2023 | agreed |
| File pre-trial order | No date set | | 10/20/2023 | 5 weeks prior to trial | 10/20/2023 | agreed |
| Proposed findings of fact & conclusions of law | 12/12/2022 | 5 weeks prior to trial | 10/27/2023 | 1 month prior to trial | 10/27/2023 | agreed |

| Event | Before Stay | Time Remaining Upon Issuance of Stay | Plaintiffs' Proposal | Time After Lifting of Stay | Defendants' Proposal | Plaintiffs' Position on Defendants' Proposal |
|---|---|---|---|---|---|---|
| Pre-trial conference | 12/19/2022 | 4 weeks prior to trial | 11/2/2023 | 3 ½ weeks prior to trial | 11/2/2023 | agreed |
| Trial briefs | 12/23/2022 | 3 weeks prior to trial | 11/13/2023 | 2 weeks prior to trial | 11/13/2023 | agreed |
| Trial scheduled to begin | 1/17/2023 | | 11/27/2023 | | 11/27/2023 | |