IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
**JOINT SUPPLEMENTAL NOTICE OF PROPOSED PRE-TRIAL SCHEDULE**

Plaintiffs, Dr. Dorothy Nairne, Jarrett Lofton, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Alexis Calhoun, Black Voters Matter Capacity Building Institute, and the Louisiana State Conference of the NAACP, by and through undersigned counsel, respectfully submit this brief response to *Defendants' Joint Supplemental Notice of Proposed Pre-trial Schedule*. (ECF 101).

As the Court is aware, prior to the status conference with Magistrate Johnson on Thursday, June 29, 2023, the parties were able to reach agreement on most of the deadlines in the proposed

pre-trial schedule. The parties, however, have not reached agreement on the date for disclosure of Defendants' Experts and Expert Reports, and the subsequent dates for rebuttal and surrebuttal expert disclosures and reports that follow. Defendants are seeking an additional six weeks to prepare and submit their expert reports, and Plaintiffs maintain this much additional time is not needed nor appropriate. For the Court's reference, attached here as Exhibit A is the portion of the proposed pre-trial schedule that the parties are still disputing.

Plaintiffs submit this opposition to address Defendants' assertion that Plaintiffs have provided entirely new expert reports and as such Defendants should be allowed an additional six weeks – in addition to the year that they have already had – to prepare export reports. The reports that Plaintiffs produced last Friday, June 30, 2023, are in fact substantially similar to the reports that Plaintiffs provided in July of 2022.

Plaintiffs' expert Bill Cooper provided as exhibits to his report detailed lists of the different House and Senate districts that changed between the 2022 illustrative maps and the new maps provided with the recent 2023 report.[1] In the Louisiana Legislature, there are 39 Senate Districts and 105 House Districts. Less than 18% of these many districts were changed between the July 2022 and June 2023 illustrative maps. Such changes are hardly extensive. Defendants note that the new maps reassign approximately 35,000 people in the Senate map and approximately 85,000 people in the House map. (ECF 101, at 3). In other words, the new maps reassign the equivalent of half a Senate district and less than two House districts. However, there are over 4.6 million people residing in Louisiana per the 2020 census. These changes involve a very small percentage

---

[1] Defendants assert that there is some inaccuracy in Mr. Cooper's report but they do not explain what the inaccuracy might be. But regardless, it is hard to understand what impact any inaccuracy in the descriptions in Mr. Cooper's report might have on the work of Defendants' experts. Mr. Cooper provided both shape files and block equivalency files to Defendants for both sets of illustrative maps, so Defendants have all the information they need to properly evaluate Mr. Coopers' actual maps.

of the overall population (0.76% for the Senate map and 1.8% for the House map). Moreover, the purpose of the illustrative maps is to show areas of the states where additional Black Majority Districts can be drawn. The specific areas of the state where new Black Majority Districts are drawn are exactly the same in both the July 2022 illustrative maps and the June 2023 illustrative maps. The changes to the individual districts are minor; far from the "substantial revisions and additions" Defendants describe. *Id*. at 2.

Additionally, Defendants are not correct when asserting that Dr. Handley's June 2023 report offers new opinions. While Dr. Handley's report does provide analysis of the new maps, the bulk of her report is the same analysis of the same 15 statewide elections and 19 state legislative elections that were addressed in her original report in July of 2022. Dr. Handley only looked at three new elections in addition to these 34 elections that she originally evaluated. Moreover these elections were all analyzed in seven specific areas of the state. Those seven areas are exactly the same in both reports provided by Dr. Handley. Additionally, Dr. Handley's process for this analysis, and all of her conclusions, are exactly the same as provided in her July 2022 report.

Finally, Dr. Colten's supplement is a short document with limited analysis. As noted, there are 39 Senate Districts and 105 House Districts. Dr. Colten's supplemental report addresses only 2 Senate Districts and 7 House Districts, and is only 1 and ½ pages long. This is not an extensive new analysis.

Defendants assert that Plaintiffs had close to a year to prepare their reports but equally the Defendants have had close to a year to prepare their reports. All of Plaintiffs' reports are prepared under the standards laid out long ago in *Thornburg v. Gingle*s, 478 U.S. 30 (1986). That long precedent was upheld completely in *Allen v. Milligan*, 143 S. Ct. 1487 (2023). Defendants have

had a year to prepare reports to address Plaintiffs' reports under that standard. There are no new or novel legal theories at issues in this case.

Given that the law has not changed and the limited differences between Plaintiffs' June 2022 and the July 2023 reports, the Court should deny Defendants' request for an additional six weeks to prepare expert reports in this matter. Plaintiffs respectfully request that the Court issue a scheduling order with the expert disclosure dates proposed by the Plaintiffs in the Exhibit A attachment provided here.

Date: July 4, 2023

Respectfully submitted,

/s/ John Adcock
John Adcock (La. Bar No. 30372)
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

Sarah Brannon*
Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Sophia Lin Lakin*
Dayton Campbell-Harris*
Luis Manuel Rico Román*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org
lroman@aclu.org

T. Alora Thomas-Lundborg
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu

Nora Ahmed (N.Y. Bar. No. 5092374)
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Tel: (504) 525-4361
Fax: (504) 525-4380
cabral2@aol.com

Leah Aden*
Stuart Naifeh*
Victoria Wenger*
NAACP Legal Defense & Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

I. Sara Rohani*
NAACP Legal Defense & Educational Fund
700 14th Street, Suite 600
Washington, DC 20005

| | |
|---|---|
| New Orleans, LA 70112<br>NAhmed@laaclu.org | (929) 536-3943<br>srohani@naacpldf.org |
| Michael de Leeuw*<br>Amanda Giglio*<br>Cozen O'Connor<br>3 WTC, 175 Greenwich St.,<br>55th Floor<br>New York, NY 10007<br>MdeLeeuw@cozen.com<br>AGiglio@cozen.com | Josephine Bahn**<br>Cozen O'Connor<br>1200 19th Street NW<br>Washington, D.C. 20036<br>JBahn@cozen.com |

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice
**Pro Hac Vice Motion Forthcoming

## CERTIFICATE OF SERVICE

I certify that on July 4, 2023 this document was filed electronically on the Court's electronic case filing system. Notice of the filing will be served on all counsel of record through the Court's system.

/s/ Sarah Brannon