# EXHIBIT A

| Event | Before Stay | Time Remaining Upon Issuance of Stay | Plaintiffs' Proposal | Time After Lifting of Stay | Defendants' Proposal |
|---|---|---|---|---|---|
| Defendants Expert Disclosures | 9/2/2022 | 2 days | **7/6/2023** | 15 days | 8/4/2023 |
| Defendants Expert Reports | 9/9/2022 | 9 days | **7/21/2023** | 30 days | 8/11/2023 |
| Plaintiffs' Rebuttal Expert Disclosures | No date set | | **7/25/2023** | 5 weeks | 8/14/2023 |
| Plaintiffs' Rebuttal Expert Reports | 9/23/2022 | 23 days | **8/4/2023** | 6 weeks | 8/25/2023 |
| Defendants' Sur-Rebuttal Expert Disclosure | No date set | | **8/8/2023** | 6 ½ weeks | 8/29/2023 |
| Defendants' Sur-Rebuttal Expert Reports | 10/7/2022 | 37 days | **8/11/2023** | 7 weeks | 9/8/2023 |