UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>      *Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, *et al.*<br><br>      *Defendants.* | Case No. 3:22-cv-00178-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

**DEFENDANTS' JOINT REPLY NOTICE TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT SUPPLEMENTAL NOTICE OF PROPOSED PRE-TRIAL SCHEDULE, AND REQUEST FOR SUPPLEMENTAL SCHEDULING CONFERENCE**

      Plaintiffs frame the pretrial schedule dispute as a fight over whether Defendants should have "six weeks" to prepare expert reports, Doc. 102 at 2, or three weeks, as Plaintiffs demand. Doc. 100-1 at 2. They do not contend six weeks would disrupt the trial schedule—they simply argue six weeks is "not needed nor appropriate" because Defendants allegedly already had a "year" to study Plaintiffs' July 22, 2022, expert reports. Doc. 102 at 2. But Plaintiffs no longer rely on their July 22, 2022, expert reports for four of their experts, and have served new reports that *replace* those July 22, 2022, reports and require Defendants' experts to re-do much of their analysis.

      Defendants respectfully request a supplemental scheduling conference to further address these points. Defendants will discuss at least the following points rebutting Plaintiffs' notice:

1. Plaintiffs did not comply with the schedule they proposed. Plaintiffs' proposed schedule emphasized that Plaintiffs served their "Expert Reports" on July 22, 2022, and that only "Supplemental Expert Reports" would be served on June 30, 2023. Doc. 100-1 at 2. Plaintiffs do not dispute that four of their five experts did not serve a "Supplemental Expert Report"—a separate document that supplements the original Expert Report—but instead served replacement expert reports that entirely supplant the original reports. Plaintiffs appear to try to erase the difference by attaching a revised proposed "schedule" to their Opposition, Doc. 102-1, that eliminates all dates prior to July 6, 2023, including the "Expert Reports" vs. "Supplemental Expert Reports" distinction in their original proposed schedule.

2. The scope of Mr. Cooper's changes to his illustrative plans are significant in both volume and import to the lawsuit. Plaintiffs' characterization of these changes as "minor" (Doc. 102 at 3) because 80% of the districts were allegedly unchanged, and because the number of people moved is small compared to the overall State's population, *id.*, is misleading.

For one thing, a change of 20% in the new illustrative plans requires significant time and effort by Defendants' experts to conduct new analysis. This reality is illustrated by the fact that Plaintiffs' own experts produced new expert analyses (*see, e.g.*, Dr. Handley's new analyses) with Mr. Cooper's new plans.

Moreover, the parts of Mr. Cooper's plans that he changed drive Plaintiffs' Section 2 claims. Over 40% of the population Mr. Cooper reassigned in his new illustrative plans were Any Part Black, and most of the districts Mr. Cooper identifies as changed are central to Plaintiffs' Section 2 claim (five of the seven Senate Districts Mr. Cooper identifies as changed were majority-minority (SD7, 14, 15, 17, and 19), as well as nine of 19 House districts (HD29, 57, 58, 60, 63,

2

65, 72, 96, and 101)). Plaintiffs' focus on the raw number of changed districts is misleading in that nearly all the changes to Mr. Cooper's plans are to districts and regions at issue in this lawsuit.

Given the change in Plaintiffs' position (submitting replacement rather than supplemental expert reports), Defendants respectfully ask the Court to schedule a supplemental telephonic status conference or simply enter Defendants' proposed schedule.

Respectfully submitted,

/s/ Michael W. Mengis
Michael W. Mengis, LA Bar No. 17994
**BAKERHOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Fax: (713) 751-1717
Email: mmengis@bakerlaw.com

E. Mark Braden*
Katherine L. McKnight*
Richard B. Raile*
**BAKERHOSTETLER LLP**
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Patrick T. Lewis*
**BAKERHOSTETLER LLP**
127 Public Square, Ste. 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com
* *Admitted pro hac vice*

/s/ Erika Dackin Prouty
Erika Dackin Prouty*
**BAKERHOSTETLER LLP**
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com

*Counsel for Legislative Intervenors, Clay Schexnayder, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his Official Capacity as President of the Louisiana Senate*

/s/ John C. Walsh
John C. Walsh (Louisiana Bar Roll No. 24903)
john@scwllp.com
**SHOWS, CALI & WALSH, L.L.P.**
P.O. Box 4046
Baton Rouge, LA 70821

/s/ Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
John E. Branch, III*
john.branch@nelsonmullins.com

3

| | |
|---|---|
| Telephone: (225) 346-1461 | Alyssa M. Riggins* |
| Facsimile: (225) 346-5561 | alyssa.riggins@nelsonmullins.com |
| | Cassie A. Holt* |
| | cassie.holt@nelsonmullins.com |
| | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| | 301 Hillsborough Street, Suite 1400 |
| | Raleigh, NC 27603 |
| | Telephone: (919) 329-3800 |
| | Facsimile: (919) 329-3799 |
| | * *Admitted pro hac vice* |

*Counsel for Defendant R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana*

**Jeff Landry**
**Louisiana Attorney General**

*/s/ Carey Tom Jones*

| | |
|---|---|
| Jason B. Torchinsky (DC Bar No 976033)* | Elizabeth B. Murrill (LSBA No. 20685) |
| HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC | Solicitor General |
| 2300 N Street, NW | Shae McPhee (LSBA No. 38565) |
| Suite 643A | Angelique Duhon Freel (LSBA No. 28561) |
| Washington, DC 20037 | Carey Tom Jones (LSBA No. 07474) |
| Tel: 202-737-8808 | Amanda M. LaGroue (LSBA No. 35509) |
| Email: jtorchinsky@holtzmanvogel.com | Jeffrey M. Wale (LSBA No. 36070) |
| | OFFICE OF THE ATTORNEY GENERAL |
| | LOUISIANA DEPARTMENT OF JUSTICE |
| | 1885 N. Third St. |
| Phillip M. Gordon (DC Bar No. 1531277)* | Baton Rouge, LA 70804 |
| HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC | (225) 326-6000 phone |
| 15405 John Marshall Hwy. | (225) 326-6098 fax |
| Haymarket, VA 20169 | murrille@ag.louisiana.gov |
| Telephone: (540) 341-8808 | mcphees@ag.louisiana.gov |
| Facsimile: (540) 341-8809 | freela@ag.louisiana.gov |
| Email: pgordon@holtzmanvogel.com | jonescar@ag.louisiana.gov |
| **admitted pro hac vice* | lagrouea@ag.louisiana.gov |
| | walej@ag.louisiana.gov |

## CERTIFICATE OF SERVICE

I certify that on July 5, 2023, this document was filed electronically on the Court's electronic case filing system. Notice of the filing will be served on all counsel of record through the Court's system. Copies of the filing are available on the Court's system.

*/s/ Erika Dackin Prouty*
Erika Dackin Prouty (admitted pro hac vice)
**BAKERHOSTETLER LLP**

*Counsel for Legislative Intervenors, Clay Schexnayder, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his Official Capacity as President of the Louisiana Senate*
