IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, <br><br>                Plaintiffs, <br><br>v. <br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br>                Defendant. | Civil Action No. 3:22-CV-00178-SDD-SDJ <br><br>Chief Judge Shelly D. Dick <br><br>Magistrate Judge Scott D. Johnson |

**NOTICE OF CHANGE OF ADDRESS**

NOW COME Phillip J. Strach, Thomas A. Farr, Alyssa M. Riggins, John E. Branch, III and Cassie A. Holt, of the law firm Nelson Mullins Riley & Scarborough LLP, as counsel for Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana, and hereby notify the Court and parties in this matter of their change of address as follows:

>Phillip J. Strach
>phil.strach@nelsonmullins.com
>Thomas A. Farr
>tom.farr@nelsonmullins.com
>John E. Branch, III
>john.branch@nelsonmullins.com
>Alyssa M. Riggins
>alyssa.riggins@nelsonmullins.com
>Cassie A. Holt
>cassie.holt@nelsonmullins.com
>**NELSON MULLINS RILEY & SCARBOROUGH LLP**
>301 Hillsborough Street, Suite 1400
>Raleigh, North Carolina 27603
>Ph: (919) 329-3800
>Fax: (919) 329-3799

The undersigned has submitted this information to the Court's electronic filing system and respectfully requests the Court, the Clerk of Court, and parties to make note of these changes.

Respectfully submitted, this the 7th day of July, 2023.

By: /s/ Phillip J. Strach
Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
John E. Branch, III*
john.branch@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
* *Pro Hac Vice*

By: /s/ John C. Walsh
John C. Walsh (Louisiana Bar Roll No. 24903)
john@scwllp.com
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467

*Counsel for Defendant R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana*
