IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>*Defendant*. | NO. 3:22-cv-00178- SDD-SDJ |

## EX PARTE MOTION TO ADMIT COUNSEL PRO HAC VICE

In accordance with Local Civil Rule 83(b)(8) governing visiting attorneys to the United States District Court for the Middle District of Louisiana, the undersigned John Adcock, counsel of record for Plaintiffs, respectfully requests that this Court permit attorney Josephine M. Bahn to appear and participate *pro hac vice* as counsel on behalf of Plaintiffs.

1. Ms. Bahn is a licensed attorney admitted to practice in the District of Columbia. She is a member in good standing of the Bar of the District of Columbia.

2. Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Bahn is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against him. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

3. Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the District of Columbia is attached to Ms. Bahn's declaration.

2

WHEREFORE, John Adcock, a member of the bar of this Court in good standing, pray that this Court enter an order permitting Josephine M. Bahn to appear *pro hac vice* for Plaintiffs in the above-captioned matter.

Dated: June 11, 2023

/s/ John Adcock
JOHN ADCOCK
Adcock Law LLC
Louisiana Bar No. 30372
P.O. Box 750621
New Orleans, LA 70175
Tel: (504) 233-3125
Fax: (504) 308-1266
Email: jnadcock@gmail.com