IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, <br><br>*Plaintiffs*, <br><br>v. <br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana <br><br>*Defendant*. | NO. 3:22-cv-00178- SDD-SDJ |

**DECLARATION OF JOSEPHINE M. BAHN IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

I, Josephine M. Bahn, of Washington, D.C., declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. A Certificate of Good Standing from the District of Columbia dated December 29, 2022 is attached to this Declaration as Exhibit 1. The Certificate states that I was duly admitted to practice in the District of Columbia on October 2, 2017, and am in good standing as a member of the bar of the District of Columbia.

2

Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law, and that I will support the Constitution of the United States.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 10, 2023                                              /s/  Josephine M. Bahn
                                                                                   Josephine M .Bahn