UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DR. DOROTHY NAIRNE, et al.**                                    CIVIL ACTION

**VERSUS**                                                        NO. 22-178-SDD-SDJ

**R. KYLE ARDOIN, IN HIS
OFFICIAL CAPACITY AS
SECRETARY OF STATE**

---

## SCHEDULING ORDER

---

Following the district judge's Order (R. Doc. 97) setting the trial for November 27, 2023, and referring this consolidation for a Scheduling Order, United States Magistrate Judge Scott D. Johnson held a Scheduling Conference on June 29, 2023, at 3:00 p.m. by phone. (R. Doc. 98). The following counsel of record **participated**:

| | | |
|---|---|---|
| **Alora Thomas** | **Phil Strach** | **Kate McKnight** |
| **Nora Ahmed** | Defendants' Counsel | **Michael Mengis** |
| **John Adcock** | | Intervenors' Counsel |
| **Sarah Brannon** | **Angelique Freel** | Louisiana Legislators |
| **Amanda Giglio** | Intervenor's Counsel | |
| **Stuart Naifeh** | State of Louisiana | |
| Plaintiffs' Counsel | | |

The Court heard from the parties on the two main issues outlined in their proposed Pre-Trial Schedules. (R. Docs. 99, 100). First, the parties addressed their disagreement on pre-trial deadlines, followed by the use at trial of data from the October and November 2023 elections. At the outset, the Court reiterates that whether any data from the October and November 2023

C:cv32a; T: 00:32

elections may be used at trial is an issue for the district judge to decide and this Order therefore does not address or otherwise resolve that issue.

As for pre-trial deadlines, the Court has considered the prior deadlines (R. Docs. 66, 78), the parties' submissions (R. Docs. 99, 100), as well as their positions, in formulating the deadlines established below. Given the issues in this consolidation, and the dates of the upcoming local elections, these deadlines are final and will not again be modified absent extreme circumstances.

And so, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the following **deadlines** are **established**:

1. Joining parties or otherwise amending pleadings: **Expired**

2. **Discovery** must be completed as follows:

    a. Exchanging Rule 26(a)(1) Initial Disclosures: **Completed**

    b. Completing **Fact** Discovery and related Motions: **September 1, 2023**

    c. Disclosure of **Identities** and **Resumés** of **Experts**:

    | | |
    |---|---|
    | Plaintiffs: | **Completed** |
    | Defendant/Intervenors: | **July 13, 2023** |
    | Plaintiffs (Rebuttal): | **August 1, 2023** |
    | Defendant/Intervenors (Sur-Rebuttal): | **August 15, 2023** |

    d. Submitting **Expert Reports**:

    | | |
    |---|---|
    | Plaintiffs (Supplemental): | **June 30, 2023** |
    | Defendant/Intervenors: | **July 28, 2023** |
    | Plaintiffs (Rebuttal): | **August 11, 2023** |
    | Defendant/Intervenors (Sur-Rebuttal): | **August 21, 2023** |

    e. Completing **Expert Discovery**: **September 29, 2023**

C:cv32a; T: 00:32

| | | |
|---|---|---|
| 3. | Exchanging **Fact Witness** Lists: | **August 14, 2023** |
| 4. | Exchanging **Expert Witness** Lists: | **September 8, 2023** |
| 5. | Filing **Dispositive**, *Daubert* or **Expert-Related** Motions: | **October 6, 2023** |
| 6. | Filing **Pre-Trial Order**:[1] | **October 20, 2023**[2] |
| 7. | Filing **Finding of Fact** and **Conclusions of Law**: | **October 27, 2023** |
| 8. | A **Pre-trial Conference** will be held at **2:30 p.m.** on: The Conference will be held in Judge Dick's Chambers. | **November 14, 2023** |
| 9. | Submitting **Trial Briefs** to the presiding judge: | **November 20, 2023** |
| 10. | A **7-day** bench **Trial** will begin at **9:30 a.m.** on: The trial will be held in Courtroom 3. | **November 27, 2023** |

Signed in Baton Rouge, Louisiana, on July 17, 2023.

*[signature: Scott Johnson]*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The information regarding the Honorable Shelly D. Dick's Pre-Trial Order may be found on the court's website at (http://www.lamd.uscourts.gov) under "Judges' Info."

[2] Prior to the filing of the Pre-Trial Order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.

C:cv32a; T: 00:32