## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant*. | Case No. 3:22-cv-00178 <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

### DECLARATION OF ROBERT J. TUCKER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, **Robert J. Tucker**, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. A Certificate of Good Standing from the **Supreme Court of Ohio** ("Certificate"), issued within the past six months of the filing of the associated motion for admission *pro hac vice*, is attached to this Declaration as Exhibit 1. The Certificate shows that I have been admitted to that court, and that I am in good standing of that court.

Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 19, 2023                                    Respectfully submitted,

                                                        /s/ *Robert J. Tucker*
                                                        Robert J. Tucker

**EXHIBIT A**