## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, | |
| *Plaintiffs*, | Case No. 3:22-cv-00178 |
| v. | Chief Judge Shelly D. Dick |
| KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | Magistrate Judge Scott D. Johnson |
| *Defendant*. | |

### [PROPOSED] ORDER

Upon consideration of the Legislative Intervenors' *ex parte* motion for the *pro hac vice* admission of **Robert J. Tucker**, and considering the grounds presented, it is hereby

ORDERED that the motion is GRANTED; and further

ORDERED that **Robert J. Tucker** shall be admitted *pro hac vice* in the above-captioned matter.

SO ORDERED.

This _____ day of July, 2023.

_____
United States District Judge