UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, *et al.*<br><br>*Defendants.* | Case No. 3:22-cv-00178-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

### INTERVENOR-DEFENDANT'S MOTION TO CONTINUE THE NOVEMBER 27, 2023, TRIAL DATE AND FOR MODIFICATION OF SCHEDULING ORDER

Intervenor-Defendant, the State of Louisiana, by and through Attorney General Jeff Landry, respectfully submits this Motion to Continue the Trial Date for the reasons expressed below and in the accompanying Memo in Support.

1.

Intervenor-Defendant respectfully requests this Court to continue the trial date for the reasons more fully expressed in Defendants' Joint Motion for Continuance of the November 27, 2023 Trial Date (R. Doc. 107).

2.

Intervenor-Defendant further requests a continuance of the trial date due to the compressed discovery and pre-trial schedule in this case made virtually impossible with the trial now scheduled

for October 3-5, 2023 in *Robinson v. Ardoin*, Civil Action No. 3:22-cv-00211 on the docket of this Court. The Court's Scheduling Order issued on July 17, 2023 (R. Doc. 110), which was itself issued in such haste that it contains retroactive deadlines.

3.

Defendant further requests a modification and continuance of all dates contained in the Schedule Order (R. Doc. 110), pursuant to F.R.C.P. 16(b)(4).

WHEREFORE, Defendant respectfully requests that this Court continue the trial date and the dates contained in the Scheduling Order to allow sufficient time for all parties to prepare for this case.

Respectfully submitted,

**Jeff Landry**
**Louisiana Attorney General**

*/s/ Angelique Duhon Freel*
Elizabeth B. Murrill (LSBA No. 20685)
Solicitor General
Shae McPhee (LSBA No. 38565)
Angelique Duhon Freel (LSBA No. 28561)
Carey Tom Jones (LSBA No. 07474)
Amanda M. LaGroue (LSBA No. 35509)
Jeffrey M. Wale (LSBA No. 36070)
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
mcphees@ag.louisiana.gov
freela@ag.louisiana.gov
jonescar@ag.louisiana.gov
lagrouea@ag.louisiana.gov
walej@ag.louisiana.gov

        Jason B. Torchinsky (DC Bar No 976033)*
        HOLTZMAN VOGEL BARAN
        TORCHINSKY & JOSEFIAK, PLLC
        2300 N Street, NW
        Suite 643A
        Washington, DC 20037
        Tel: 202-737-8808
        Email: jtorchinsky@holtzmanvogel.com

        Phillip M. Gordon (DC Bar No. 1531277)*
        HOLTZMAN VOGEL BARAN
        TORCHINSKY & JOSEFIAK, PLLC
        15405 John Marshall Hwy.
        Haymarket, VA 20169
        Telephone: (540) 341-8808
        Facsimile: (540) 341-8809
        Email: pgordon@holtzmanvogel.com
        *admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I certify that on July 19, 2023, this document was filed electronically on the Court's electronic case filing system. Notice of the filing will be served on all counsel of record through the Court's system. Copies of the filing are available on the Court's system.

        /s/ Angelique Duhon Freel
        Angelique Duhon Freel