# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

June 26, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Kyle Ardoin, Louisiana Secretary of State, et al.
v. Press Robinson, et al.
No. 21-1596
(Your No. 22-30333)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The writ of certiorari before judgment is dismissed as improvidently granted. The stay heretofore entered by the Court on June 28, 2022, is vacated. This will allow the matter to proceed before the Court of Appeals for the Fifth Circuit for review in the ordinary course and in advance of the 2024 congressional elections in Louisiana. See this Court's Rule 11.

Sincerely,

Scott S. Harris, Clerk