**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, *et al.* <br><br> *Defendants.* | Case No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

**[PROPOSED] ORDER**

CONSIDERING the foregoing Motion for Continuance of the November 27, 2023 Trial Date and Modification of the Scheduling Order:

IT IS ORDERED that the proposed Motion is GRANTED and that the November 27, 2023 trial date be continued and the scheduling order be modified.

READ SIGNED AND DATED this _____ day of _____, 2023, in Baton Rouge, Louisiana.

_____
United States District Court, Middle District of Louisiana