UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>   *Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, *et al.*<br><br>   *Defendants.* | Case No. 3:22-cv-00178-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>ORDER</u>**

Considering the foregoing motions to continue:

IT IS ORDERED that the motions to expedite consideration and accelerate the briefing schedule (R.Docs 107 and 112) are GRANTED and accordingly, the Court orders briefing on the following schedule:

 Plaintiffs response to the motions due by July 31, 2023;

 Defendants' and Intervenors' reply, if any, due by August 4, 2023.

SIGNED this _____ day of _____, 2023 at Baton Rouge, Louisiana.

               _____
               HONORABLE SHELLY D. DICK
               MIDDLE DISTRICT OF LOUISIANA