### CERTIFICATE OF THE CLERK OF THE SUPREME COURT
### OF THE
### STATE OF ARIZONA

*I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

### BRENNAN BOWEN

*was on the 7th day of May, 2021 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 13th day of July, 2023.*

TRACIE K. LINDEMAN, Clerk

By *(signature)*
Ana Ramirez
Deputy Clerk III



# Supreme Court

STATE OF ARIZONA
ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **BRENNAN BOWEN** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on May 7, 2021 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this JULY 07 2023.

Aaron Nash
Associate Disciplinary Clerk

OR

Kristina Tuba
Associate Disciplinary Clerk

## DISCIPLINARY HISTORY

It is hereby certified that as of July 7, 2023, there are no disciplinary charges[11] or complaints[12] pending, nor have any ever been filed, against **BRENNAN BOWEN,** an active member of the State Bar of Arizona with Bar No. 036639.

DATED this  JULY 0 7 2023

_____
Aaron Nash
Associate Disciplinary Clerk

Or

_____
Kristina Tuba
Associate Disciplinary Clerk

---

[1] "Charge means any allegation or other information of misconduct or incapacity brought to the attention of the State Bar. See Rule 46(f)4, Ariz. R. Sup. Ct.
[2] "Complaint" means a formal complaint prepared and filed with the disciplinary clerk. See Rule 46(f)7, Ariz. R. Sup. Ct.