UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

Dorothy Nairne, *et al.*,

    Plaintiffs,

v.                                                                        Civil Action 3:22-cv-00178

Kyle Ardoin, in his official capacity as
Secretary of State for Louisiana,

    Defendant.

## ORDER

CONSIDERING the foregoing Motion for Admission *Pro Hac Vice:*

IT IS ORDERED that the Motion is GRANTED, and Brennan Bowen is hereby enrolled as additional counsel for the Intervenor-Defendant, the State of Louisiana, by and through Attorney General Jeff Landry, in the above captioned matters.

READ SIGNED AND DATED this _____ day of _____, 2023, in Baton Rouge, Louisiana.

                                            _____
                                            UNITED STATES DISTRICT JUDGE