IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff National Association for the Advancement of Colored People Louisiana State Conference ("Louisiana NAACP"), through its attorneys, respectfully moves for the entry of a protective order on the grounds that the discovery sought is highly sensitive, and for other and further relief as the Court deems just and proper.

In response to discovery requests served by Defendants and Intervenor-Defendants (together "Defendants"), Plaintiff seeks to shield the personally identifiable information of members of its organization in order to protect the First Amendment rights of itself and its members. On July 25, 2023, Plaintiff timely objected to the requests on the grounds on which this protective order is being sought.

There exists good cause to support this motion. In support of the motion, Plaintiff submits the Memorandum of Law, the Declaration of Michael McClanahan, and the Declaration of I. Sara Rohani, which are being filed contemporaneously with this motion.

1

As detailed in the attached Declaration of I. Sara Rohani, the parties have met and conferred via an exchange of letters and emails in a good faith effort to resolve this dispute without court intervention, but were unable to resolve the issues in a timely manner. *See* Declaration of I. Sara Rohani (Aug. 9, 2023), attached hereto. Because the discovery deadline in this case is September 1, 2023, and because the Court has indicated that the deadline will not be extended, the Louisiana NAACP now seeks the Court's assistance in protecting the constitutional rights of its members.

DATED: August 9, 2023

Respectfully submitted,

/s/ I. Sara Rohani
I. Sara Rohani*
NAACP Legal Defense & Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
srohani@naacpldf.org

John Adcock (La. Bar No. 30372)
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

Leah Aden*
Stuart Naifeh*
Victoria Wenger*
NAACP Legal Defense & Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com

Nora Ahmed (N.Y. Bar. No. 5092374)
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70112
NAhmed@laaclu.org

Sophia Lin Lakin*
Dayton Campbell-Harris**
Luis Manuel Rico Román**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org
lroman@aclu.org

Sarah Brannon*
Megan C. Keenan**
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Michael de Leeuw*
Amanda Giglio*
Cozen O'Connor
3 WTC, 175 Greenwich St.,
55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

T. Alora Thomas-Lundborg*
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu

Josephine Bahn**
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice
**Pro Hac Vice Motion Forthcoming