# Exhibit 5

| | |
|---|---|
| **From:** | Alyssa Riggins |
| **To:** | Sara Rohani; Prouty, Erika Dackin |
| **Cc:** | Tom Farr; WaleJ@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Phil Strach; john@scwllp.com; FreelA@ag.louisiana.gov; kimk@scwllp.com; Jason Torchinsky; Andrew Pardue; Phil Gordon; Cassie Holt; Braden, E. Mark; Raile, Richard; Lewis, Patrick T.; Sauceda, Carol; Mengis, Michael W.; McKnight, Katherine L.; Tucker, Robert J.; Stuart Naifeh; Victoria Wenger; Sarah Brannon; Alora Thomas-Lundborg; Dayle Chung; Dayton Campbell-Harris; Jared Evans; John Adcock; Josephine Bahn; Luis M. Rico Roman; Megan Keenan; Michael De Leeuw; Noelle Engle-Hardy; Nora Ahmed; Ron Wilson; Greenwood, Ruth; Amanda Giglio |
| **Subject:** | RE: Nairne, et al. v. Ardoin, et al., No. 3:22-cv-178 - Protective Order |
| **Date:** | Wednesday, August 9, 2023 9:20:29 AM |
| **Attachments:** | image001.png |

[Caution: EXTERNAL EMAIL]

Sara,

I always believe in the underlying purpose of a meet and confer, and hope that in laying out our positions we will be able to resolve them or narrow the issues. We are in trial, and cannot make the meet and confer today. As I indicated yesterday evening, we will endeavor to get back to you in writing by Friday. I am happy to set something up for Monday in the way of a call. I do not want to commit to a call tomorrow that counsel may not be able to attend. As you know, juries are rather unpredictable in their timing.

To be clear, we agree with the Legislative-Intervenor's position that filing a motion for protective order on the issue of the member lists or any other item identified in the Secretary's deficiency letter is premature and does not comply with the meet and confer requirements.

Best,
Sara



**ALYSSA RIGGINS   SENIOR ASSOCIATE**
alyssa.riggins@nelsonmullins.com
**301 HILLSBOROUGH STREET | SUITE 1400**
**RALEIGH, NC 27603**
T **919.329.3810**   F **919.329.3799**
**NELSONMULLINS.COM**     **VCARD**   **VIEW BIO**

---

**From:** Sara Rohani <Srohani@naacpldf.org>
**Sent:** Wednesday, August 9, 2023 9:12 AM
**To:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Cc:** Tom Farr <tom.farr@nelsonmullins.com>; WaleJ@ag.louisiana.gov; JonesCar@ag.louisiana.gov;

Phil Strach <phil.strach@nelsonmullins.com>; john@scwllp.com; FreelA@ag.louisiana.gov; kimk@scwllp.com; Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Andrew Pardue <apardue@holtzmanvogel.com>; Phil Gordon <pgordon@holtzmanvogel.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Tucker, Robert J. <rtucker@bakerlaw.com>; Stuart Naifeh <snaifeh@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Sarah Brannon <sbrannon@aclu.org>; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; Dayle Chung <dchung@naacpldf.org>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>; Jared Evans <jevans@naacpldf.org>; John Adcock <jnadcock@gmail.com>; Josephine Bahn <jbahn@cozen.com>; Luis M. Rico Roman <LRoman@aclu.org>; Megan Keenan <MKeenan@aclu.org>; Michael De Leeuw <MdeLeeuw@cozen.com>; Noelle Engle-Hardy <NEngle-Hardy@cozen.com>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Amanda Giglio <AGiglio@cozen.com>
**Subject:** RE: Nairne, et al. v. Ardoin, et al., No. 3:22-cv-178 - Protective Order

Alyssa,

Do you believe the secretary's letter will obviate the need for us to seek court intervention to protect NAACP member information? Or do you think further meeting and conferring may resolve the issue?

If so, we would like to add this issue to the agenda for the meet and confer scheduled for today regarding the subpoenas to the committee chairs, assuming counsel for the Secretary will be on that call. If that doesn't work, please let us know your availability this week. As you are aware, time for discovery in this case is short, and we need to resolve the issue among ourselves or seek the court's intervention no later than the end of this week. We are available at 4:30PM Eastern today, between 11:30 and 2:30PM Eastern on Thursday, or anytime Friday except 2-4PM Eastern.

Regards,
Sara

**From:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
**Sent:** Tuesday, August 8, 2023 6:33 PM
**To:** Sara Rohani <Srohani@naacpldf.org>; Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Cc:** Tom Farr <tom.farr@nelsonmullins.com>; WaleJ@ag.louisiana.gov; JonesCar@ag.louisiana.gov; Phil Strach <phil.strach@nelsonmullins.com>; john@scwllp.com; FreelA@ag.louisiana.gov; kimk@scwllp.com; Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Andrew Pardue <apardue@holtzmanvogel.com>; Phil Gordon <pgordon@holtzmanvogel.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Tucker, Robert J. <rtucker@bakerlaw.com>; Stuart Naifeh <snaifeh@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Sarah Brannon <sbrannon@aclu.org>; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; Dayle Chung

<dchung@naacpldf.org>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>; Jared Evans <jevans@naacpldf.org>; John Adcock <jnadcock@gmail.com>; Josephine Bahn <jbahn@cozen.com>; Luis M. Rico Roman <LRoman@aclu.org>; Megan Keenan <MKeenan@aclu.org>; Michael De Leeuw <MdeLeeuw@cozen.com>; Noelle Engle-Hardy <NEngle-Hardy@cozen.com>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Amanda Giglio <AGiglio@cozen.com>
**Subject:** RE: Nairne, et al. v. Ardoin, et al., No. 3:22-cv-178 - Protective Order

[Caution: EXTERNAL EMAIL]

Sara,

Thank you for your email. The secretary intends to respond to your letter. We apologize for the delay. Nearly all of us on the Nelson Mullins side have been engaged in a jury trial here in North Carolina that started last Monday and has run well past the anticipated time frame. It is my goal to get you a response on this issue by Friday, but certainly no later than Monday morning.

Best Regards,
Alysa



**ALYSSA RIGGINS   SENIOR ASSOCIATE**
alyssa.riggins@nelsonmullins.com
**301 HILLSBOROUGH STREET | SUITE 1400**
**RALEIGH, NC 27603**
T **919.329.3810**   F **919.329.3799**
**NELSONMULLINS.COM**   **VCARD**   **VIEW BIO**

**From:** Sara Rohani <Srohani@naacpldf.org>
**Sent:** Tuesday, August 8, 2023 6:05 PM
**To:** Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Cc:** Tom Farr <tom.farr@nelsonmullins.com>; WaleJ@ag.louisiana.gov; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; JonesCar@ag.louisiana.gov; Phil Strach <phil.strach@nelsonmullins.com>; john@scwllp.com; FreelA@ag.louisiana.gov; kimk@scwllp.com; Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Andrew Pardue <apardue@holtzmanvogel.com>; Phil Gordon <pgordon@holtzmanvogel.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Tucker, Robert J. <rtucker@bakerlaw.com>; Stuart Naifeh

<snaifeh@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Sarah Brannon <sbrannon@aclu.org>; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; Dayle Chung <dchung@naacpldf.org>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>; Jared Evans <jevans@naacpldf.org>; John Adcock <jnadcock@gmail.com>; Josephine Bahn <jbahn@cozen.com>; Luis M. Rico Roman <LRoman@aclu.org>; Megan Keenan <MKeenan@aclu.org>; Michael De Leeuw <MdeLeeuw@cozen.com>; Noelle Engle-Hardy <NEngle-Hardy@cozen.com>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Amanda Giglio <AGiglio@cozen.com>
**Subject:** RE: Nairne, et al. v. Ardoin, et al., No. 3:22-cv-178 - Protective Order

Counsel,

The parties have already engaged in an exchange of letters concerning the discovery requests at issue. Specifically, the Secretary of State sent a letter on July 20, asserting among other things that Plaintiff's failure to include the names of NAACP members in its discovery responses and the redaction of names from documents produced in response to discovery requests was improper. Plaintiffs responded to that letter with a letter of their own on July 25, reasserting the basis for withholding that information and offering to meet and confer. Counsel for all parties were copied on this exchange. Plaintiffs have received no response to that letter or the offer to meet and confer. We believe this exchange satisfies the obligation to meet and confer prior to seeking a protective order.

That said, our email was intended as an invitation for further discussion if any party believed such discussion was warranted. How much time do you believe you need to consider the issue before you can provide a response or let us know if you would like to discuss the issue further?

Sincerely,
Sara Rohani

## Sara Rohani

Redistricting Fellow



700 14th Street N.W., Ste 600, Washington, DC 20005
c: 202.365.2154  |  srohani@naacpldf.org
naacpldf.org

```
PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or
confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized
use or disclosure of this communication is prohibited. If you believe that you have received this
email in error, please notify the sender immediately and delete it from your system.
```

**From:** Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Sent:** Tuesday, August 8, 2023 5:32 PM
**To:** Sara Rohani <Srohani@naacpldf.org>
**Cc:** Tom Farr <tom.farr@nelsonmullins.com>; WaleJ@ag.louisiana.gov; Alyssa Riggins

<alyssa.riggins@nelsonmullins.com>; JonesCar@ag.louisiana.gov; Phil Strach <phil.strach@nelsonmullins.com>; john@scwllp.com; FreelA@ag.louisiana.gov; kimk@scwllp.com; Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Andrew Pardue <apardue@holtzmanvogel.com>; Phil Gordon <pgordon@holtzmanvogel.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Tucker, Robert J. <rtucker@bakerlaw.com>; Stuart Naifeh <snaifeh@naacpldf.org>; Victoria Wenger <vwenger@naacpldf.org>; Sarah Brannon <sbrannon@aclu.org>; Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>; Dayle Chung <dchung@naacpldf.org>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>; Jared Evans <jevans@naacpldf.org>; John Adcock <jnadcock@gmail.com>; Josephine Bahn <jbahn@cozen.com>; Luis M. Rico Roman <LRoman@aclu.org>; Megan Keenan <MKeenan@aclu.org>; Michael De Leeuw <MdeLeeuw@cozen.com>; Noelle Engle-Hardy <NEngle-Hardy@cozen.com>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Amanda Giglio <AGiglio@cozen.com>
**Subject:** Re: Nairne, et al. v. Ardoin, et al., No. 3:22-cv-178 - Protective Order

[Caution: EXTERNAL EMAIL]

Counsel,

On behalf of Legislative Intervenors, your message does not offer to meet-and-confer and we have not had sufficient time to consider the issue before the deadline you imposed. We will not be able to provide a position prior to the filing you have represented you are about to make.

Sincerely,

Erika Prouty
Associate
Baker & Hostetler LLP

> On Aug 8, 2023, at 12:56 PM, Sara Rohani <SRohani@naacpldf.org> wrote:
>
> [External Email: Use caution when clicking on links or opening attachments.]
>
> Counsel,
>
> We intend to file a motion for a protective order to precluding discovery of the names and all other personal identifiable information of individual NAACP members, striking any pending discovery requests to the extent they seek such information, and allowing

the redaction of this information from documents produced in response to requests for production.

We plan to file the motion at approximately 5PM CT today Please let us know your position on the motion by 4:30PM CT today.

Best regards,
Sara Rohani

## Sara Rohani

Redistricting Fellow
<image001.png>

700 14th Street N.W., Ste 600, Washington, DC 20005
c: 202.365.2154 | srohani@naacpldf.org
naacpldf.org

```
PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain
privileged or confidential information and is/are for the sole use of the intended
recipient(s). Any unauthorized use or disclosure of this communication is prohibited.
If you believe that you have received this email in error, please notify the sender
immediately and delete it from your system.
```

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

**Confidentiality Notice**

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.