**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, et al.<br><br>      *Plaintiffs,*<br><br>  v.<br><br>R.  KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | CIVIL ACTION NO. 3:22 -cv-00178 SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**
**MOTION FOR PROTECTIVE ORDER**

This matter comes before the Court on Plaintiff NAACP Louisiana State Conference's motion for protective order limiting the scope of Defendants' discovery requests. Defendants served discovery requests seeking the names and other identifying information concerning NAACP members. Defendant seeks this information in order to test the NAACP's associational standing on behalf of its members. The Court finds that the personally identifiable information of the NAACP's members is protected from disclosure under the First Amendment. The Court holds that the NAACP need not disclose personally identifiable information of individual members, including names, to establish its associational standing on behalf of its members where other evidence establishes the existence of identifiable organizational members who would have standing in their own right. Having considered the NAACP's motion, the related briefing, and all other relevant materials, and for good cause shown, this Court GRANTS the motion for protective order and ORDERS that Defendants' discovery requests seeking information

1

concerning NAACP members be STRICKEN to the extent they seek NAACP members'

personally identifiable information. The court further ORDERS that personally identifiable

information of NAACP members contained in documents produced in response to Defendants'

requests for production may be redacted.

IT IS SO ORDERED

Signed in Baton Rouge, Louisiana the ___ day of _____, 2023.


_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA