# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>       *Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>       *Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

## **PLAINTIFFS' FACT WITNESS LIST**

Pursuant to Fed. R. Civ. P. 26(a)(3)(A) and the scheduling order entered by the Court on July 17, 2023, Plaintiffs hereby serve their fact witness list on Defendants. This list includes the names of fact witnesses who Plaintiffs expect to call and the names of witnesses who Plaintiffs may call if the need arises.

This list does not include the names of any rebuttal witnesses (including the people to be named on any other party's witness list, and the people named in any party's initial disclosures), nor does it include potential expert witnesses. Plaintiffs will provide the names of its expert witnesses on September 8, 2023, as required under the Court's schedule.

Plaintiffs reserve the right to call any witnesses who are called at trial by any party, named on any other party's witness list, or named in any party's initial disclosures. Because discovery is ongoing, Plaintiffs reserve the right to amend or supplement this list.

**Expect to call**:

Dr. Dorothy Nairne
*Dr. Nairne can be contacted through counsel using the following contact information:*
Megan C. Keenan
915 15th Street NW, Washington, DC, 20001
mkeenan@aclu.org
(740) 632-0671

Jarrett Lofton
*Mr. Lofton can be contacted through counsel using the following contact information:*
Megan C. Keenan
915 15th Street NW, Washington, DC, 20001
mkeenan@aclu.org
(740) 632-0671

Rev. Clee Earnest Lowe
*Rev. Lowe can be contacted through counsel using the following contact information:*
Megan C. Keenan
915 15th Street NW, Washington, DC, 20001
mkeenan@aclu.org
(740) 632-0671

Dr. Alice Washington
*Dr. Washington can be contacted through counsel using the following contact information:*
Megan C. Keenan
915 15th Street NW, Washington, DC, 20001
mkeenan@aclu.org
(740) 632-0671

Steven Harris
*Mr. Harris can be contacted through counsel using the following contact information:*
Megan C. Keenan
915 15th Street NW, Washington, DC, 20001
mkeenan@aclu.org
(740) 632-0671

Omari Ho-Sang
*Ms. Ho-Sang can be contacted through counsel using the following contact information:*
Megan C. Keenan
915 15th Street NW, Washington, DC, 20001
mkeenan@aclu.org
(740) 632-0671

Michael McClanahan
*Mr. McClanahan can be contacted through counsel using the following contact information:*

Megan C. Keenan
915 15th Street NW, Washington, DC, 20001
mkeenan@aclu.org
(740) 632-0671

**May call if the need arises**:

Rep. Cedric B. Glover
6409 Long Timbers Drive
Shreveport, LA 71119
(318) 780-2977

Date: August 14, 2023

Sarah Brannon*
Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Sophia Lin Lakin*
Dayton Campbell-Harris*
Luis Manuel Rico Román*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org
lroman@aclu.org

T. Alora Thomas-Lundborg
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu

Nora Ahmed (N.Y. Bar. No. 5092374)
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70112
NAhmed@laaclu.org

Michael de Leeuw*
Amanda Giglio*
Cozen O'Connor
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Respectfully submitted,

/s/ John Adcock
John Adcock (La. Bar No. 30372)
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Tel: (504) 525-4361
Fax: (504) 525-4380
cabral2@aol.com

Leah Aden*
Stuart Naifeh*
Victoria Wenger*
NAACP Legal Defense & Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

I. Sara Rohani*
NAACP Legal Defense & Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
(929) 536-3943
srohani@naacpldf.org

Josephine Bahn**
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice
**Pro Hac Vice Motion Pending