# **<u>Exhibit 2</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

[PROPOSED] **PROTECTIVE ORDER**

This matter comes before the Court on Plaintiff NAACP Louisiana State Conference's ("Louisiana NAACP") Motion for Protective Order, D.E. 119, in response to Defendant's First Set of Interrogatories and First Set of Requests for Production of Documents to the Organizational Plaintiffs, D.E. 119-3. Plaintiff Louisiana NAACP has asserted its First Amendment associational rights and argues that disclosure of its individual members' information, including names and addresses, will chill their associational rights. In consideration of the filings of the parties and arguments of counsel, this Court, in its discretion pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, hereby **ORDERS** that all evidence regarding Louisiana NAACP's members be excluded and **STRICKEN** from the record in this matter. The Court further **ORDERS** that all Plaintiffs, Defendant, and Intervenor-Defendants may not introduce any evidence regarding Louisiana NAACP's members or the purported harm that they suffered at trial.

    SO ORDERED.

1

This the ___ day of _____, 2023.

_____
MAGISTRATE JUDGE SCOTT D. JOHNSON