# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**DR. DOROTHY NAIRNE, ET AL**          **CIVIL ACTION**

**VERSUS**         **NO: 3:22-CV-00178**

**R. KYLE ARDOIN, in his official capacity**
**As Secretary of State of Louisiana**

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record for Defendant,

**IT IS ORDERED ,** that the motion is GRANTED enrolling JOHN C. CONINE, JR. (La. Bar Roll No. 36834) as additional counsel of record for Defendant, R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana.

**READ, SIGNED AND DATED** this _____ day of _____, 2023, in Baton Rouge, Louisiana.

_____
Judge, United States District Court