# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br><br> Chief Judge Shelly D. Dick <br><br><br> Magistrate Judge Scott D. Johnson |

## CONSENT MOTION FOR PROTECTIVE ORDER GOVERNING SOS_000948

NOW COMES Defendant R. Kyle Ardoin, in his official capacity as Secretary of State for the State of Louisiana, by and through undersigned counsel, and pursuant to Rule 26 of the Federal Rules of Civil Procedure, respectfully moves this Court to enter the Protective Order attached as **Exhibit 1**. The Protective Order will allow Defendant to mark an un-redacted copy of SOS_000948 as "CONFIDENTIAL" pursuant to the Order. Counsel for all parties consent to the Protective Order.

Respectfully submitted, this the 31st day of August, 2023.

/s/ Phillip J. Strach
Phillip J. Strach*
phil.strach@nelsonmullins.com
Lead Counsel
Thomas A. Farr*
tom.farr@nelsonmullins.com
John E. Branch, III*
john.branch@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**

301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800

/s/ John C. Walsh
John C. Walsh, LA Bar Roll No. 24903
john@scwllp.com
John C. Conine, Jr., LA Bar Roll No. 36834
coninej@scwllp.com
**SHOWS, CALL & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467

*Admitted pro hac vice*

Counsel for Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana
