IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, | Civil Action No. 3:22-cv-00178-SDD-SDJ |
| *Plaintiffs,* | |
| v. | Chief Judge Shelly D. Dick |
| R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | Magistrate Judge Scott D. Johnson |
| *Defendant.* | |

## DEFENDANT'S MOTION TO COMPEL

NOW COMES Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana ("Defendant"), by and through undersigned counsel, and pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, hereby moves this Court to compel Plaintiff NAACP Louisiana State Conference ("Louisiana NAACP") to supplement its response to a written interrogatory related to identification of certain membership information (Interrogatory No. 3). As of the date of this filing, Louisiana NAACP has failed to identify any personally identifiable membership information for members it intends to rely upon for associational standing at trial in this matter. In fact, Louisiana NAACP has refused to identify such members even under confidentiality designation. As set forth in the attached memorandum in support, Louisiana NAACP has an affirmative duty to prove associational standing and, as such, the membership information it seeks to rely on for standing is pertinent and necessary for Defendant to defend this case.

Pursuant to Fed. R. Civ. P. 37(a)(2)(B), Defendant certifies that attempts to resolve the issue were made, as detailed in the attached memorandum, including an additional meet and

1

confer on September 1, 2023, pursuant to D.E. 131. With regret, the parties are simply not able to reach an agreement on this issue.

For the reasons set forth in the attached memorandum in support, Defendant respectfully requests that this Court order Plaintiff Louisiana NAACP to complete Interrogatory No. 3 and properly identify the membership information requested therein. Defendant further respectfully requests consideration of this motion at the earliest possible date so as to not further disrupt the discovery schedule in this case, including the 30(b)(6) deposition of the Louisiana NAACP scheduled for September 8, 2023.

Respectfully submitted, this the 1st day of September, 2023.

/s/ Phillip J. Strach
Phillip J. Strach*
phil.strach@nelsonmullins.com
*Lead Counsel*
Thomas A. Farr*
tom.farr@nelsonmullins.com
John E. Branch, III*
john.branch@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800

/s/ *John C. Walsh*
John C. Walsh, LA Bar Roll No. 24903
**SHOWS, CALL & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467
Email: john@scwllp.com

*\*Admitted pro hac vice*

*Counsel for Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana*