# <u>Exhibit 1</u>

| | |
|---|---|
| **From:** | Stuart Naifeh <snaifeh@naacpldf.org> |
| **Sent:** | Tuesday, August 29, 2023 6:43 PM |
| **To:** | Prouty, Erika Dackin; Alyssa Riggins; Sarah Brannon; Megan Keenan; Jones, Carey; Amanda Giglio; Tucker, Robert J.; Cassie Holt; Tom Farr; Phil Strach; Wale, Jeffrey M.; john@scwllp.com; Freel, Angelique; kimk@scwllp.com; Jason Torchinsky; Andrew Pardue; Phil Gordon; Braden, E. Mark; Raile, Richard; Lewis, Patrick T.; Sauceda, Carol; Mengis, Michael W.; McKnight, Katherine L.; Alora Thomas-Lundborg; David Margulis; Dayle Chung; Dayton Campbell-Harris; Jared Evans; Josephine Bahn; Luis M. Rico Roman; Molly Garyantes; Michael De Leeuw; Nora Ahmed; Robert Clark; Ron Wilson; Ruth Greenwood; Sara Rohani; John Adcock; Victoria Wenger; John Conine |
| **Subject:** | Re: Meet and Confer |

**External Source/Sender notice**

Use caution responding or clicking links/attachments.

Plaintiffs are also available between 10 and Noon Eastern. We understand the Legislators and the Secretary are not amenable to the compromise we proposed, but we believe it may be possible to resolve the dispute with a modified version of your proposal. Legislative Intervenors and, as we understand it, the Secretary have previously expressed a willingness to stipulate that they would not seek any discovery about the identity of the Louisiana NAACP's members if the Louisiana NAACP would stipulate that it would not seek to submit any further evidence regarding its membership other than what is already stated in their interrogatory responses.

Plaintiffs propose supplementing their response to interrogatory number 3, and then would be willing to stipulate not to submit any other evidence than the supplemented interrogatory response to establish that their members would have standing in their own right for purposes of proving associational standing if the defendants and intervenors are willing to stipulate that a) the interrogatory responses can be admitted into evidence at trial without objection, and b) defendants and intervenors will not seek further discovery concerning the NAACP's members.

Our proposed supplemental response would be as follows:

**Supplemental Response to Interrogatory No. 3**

Subject to and without waiving the foregoing general and specific objections, Plaintiff responds:

(a) Based on a review of NAACP membership records, Plaintiff has identified at least one member who resides in each of the following Louisiana Senate Districts: 2, 5, 7, 8, 10, 14, 15, 17, 19, 31, 36, 38 and 39.

Based on a review of NAACP membership records, Plaintiff has identified at least one member who lives in each of the following Louisiana House Districts: 1, 2, 3, 4, 5, 6, 7, 8, 9, 13, 22, 25, 29, 34, 35, 36, 37, 47, 57, 58, 59, 60, 61, 62, 63, 65, 66, 67, 68, 69, 70, 81, 88, and 101.

Based on a review of NAACP membership records, Plaintiff has identified at least one member who would reside in each of the newly created majority-Black districts or the newly unpacked majority-Black districts in Mr. Cooper's June 2023 illustrative plans, including illustrative House Districts 1, 3, 4, 29, 34, 38, 57, 58, 60, 61, 63, 65, 68, 69, and 101, and illustrative Senate Districts 2, 7, 15, 17, 19, 38, 39.

We look forward to speaking with you further about this proposal.

**Stuart C. Naifeh** (he/him/él)
Manager, Redistricting Project



40 Rector Street, 5th Floor, New York, NY 10006
o: 212.217.1669  |  c: 917.574.5846  |  snaifeh@naacpldf.org
naacpldf.org

PRIVILEGE AND CONFIDENTIALITY NOTICE: This email and any attachments may contain privileged or confidential information and is/are for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Date:** Tuesday, August 29, 2023 at 5:33 PM
**To:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>, Sarah Brannon <sbrannon@aclu.org>, Megan Keenan <MKeenan@aclu.org>, Jones, Carey <JonesCar@ag.louisiana.gov>, Amanda Giglio <AGiglio@cozen.com>, Tucker, Robert J. <rtucker@bakerlaw.com>, Cassie Holt <cassie.holt@nelsonmullins.com>, Tom Farr <tom.farr@nelsonmullins.com>, Phil Strach <phil.strach@nelsonmullins.com>, Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>, john@scwllp.com <john@scwllp.com>, Freel, Angelique <FreelA@ag.louisiana.gov>, kimk@scwllp.com <kimk@scwllp.com>, Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>, Andrew Pardue <apardue@HoltzmanVogel.com>, Phil Gordon <pgordon@HoltzmanVogel.com>, Braden, E. Mark <MBraden@bakerlaw.com>, Raile, Richard <rraile@bakerlaw.com>, Lewis, Patrick T. <plewis@bakerlaw.com>, Sauceda, Carol <csauceda@bakerlaw.com>, Mengis, Michael W. <mmengis@bakerlaw.com>, McKnight, Katherine L. <kmcknight@bakerlaw.com>, Alora Thomas-Lundborg <tthomaslundborg@law.harvard.edu>, David Margulis <dmargulis@cozen.com>, Dayle Chung <dchung@naacpldf.org>, Dayton Campbell-Harris <DCampbell-Harris@aclu.org>, Jared Evans <jevans@naacpldf.org>, Josephine Bahn <jbahn@cozen.com>, Luis M. Rico Roman <LRoman@aclu.org>, Molly Garyantes <MGaryantes@aclu.org>, Michael De Leeuw <MdeLeeuw@cozen.com>, Nora Ahmed <Nahmed@laaclu.org>, Robert Clark <RobertClark@cozen.com>, Ron Wilson <cabral2@aol.com>, Ruth Greenwood <rgreenwood@law.harvard.edu>, Sara Rohani <Srohani@naacpldf.org>, Stuart Naifeh <snaifeh@naacpldf.org>, John Adcock <jnadcock@gmail.com>, Victoria Wenger <vwenger@naacpldf.org>, John Conine <coninej@scwllp.com>
**Subject:** RE: Meet and Confer

**[Caution: EXTERNAL EMAIL]**

Counsel for Legislative Intervenors are also available to meet and confer between 10am and 12pm ET tomorrow.

Sincerely,


**Erika Prouty**
Associate

**BakerHostetler**
200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4710

eprouty@bakerlaw.com
bakerlaw.com

---

**From:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>
**Sent:** Tuesday, August 29, 2023 4:27 PM
**To:** Sarah Brannon <sbrannon@aclu.org>; Megan Keenan <MKeenan@aclu.org>; Jones, Carey <JonesCar@ag.louisiana.gov>; Giglio, Amanda <agiglio@cozen.com>; Tucker, Robert J. <rtucker@bakerlaw.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Tom Farr <tom.farr@nelsonmullins.com>; Phil Strach <phil.strach@nelsonmullins.com>; Wale, Jeffrey M. <WaleJ@ag.louisiana.gov>; john@scwllp.com; Freel, Angelique <FreelA@ag.louisiana.gov>; kimk@scwllp.com; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Andrew Pardue <apardue@HoltzmanVogel.com>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; Phil Gordon <pgordon@HoltzmanVogel.com>; Braden, E. Mark <MBraden@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Sauceda, Carol <csauceda@bakerlaw.com>; Mengis, Michael W. <mmengis@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Thomas-Lundborg, Alora <tthomaslundborg@law.harvard.edu>; Margulis, David <dmargulis@cozen.com>; Dayle Chung <dchung@naacpldf.org>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>; Jared Evans <jevans@naacpldf.org>; Bahn, Josephine M. <jbahn@cozen.com>; Luis Manuel Rico Román <LRoman@aclu.org>; Molly Garyantes <MGaryantes@aclu.org>; mdeleeuw@cozen.com; Nora Ahmed <Nahmed@laaclu.org>; Robert Clark <RobertClark@cozen.com>; Ron Wilson <cabral2@aol.com>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Sara Rohani <srohani@naacpldf.org>; Stuart Naifeh <snaifeh@naacpldf.org>; John Adcock <jnadcock@gmail.com>; Victoria Wenger <vwenger@naacpldf.org>; John Conine <coninej@scwllp.com>
**Subject:** Meet and Confer

[External Email: Use caution when clicking on links or opening attachments.]

Dear Counsel,

We are writing pursuant to Judge Johnson's order this afternoon to see if you are available to meet and confer between 10:00-12:00 EST tomorrow morning.

With regard to the current dispute it is our understanding that the Louisiana NAACP still does not consent to the offers of compromise made by Legislative Intervenors or the Secretary. If your position has changed on that please let us know. Alternatively, if the Louisiana NAACP has an offer of compromise to resolve this dispute, please let us know and we are happy to discuss on a meet and confer.

Best,
Alyssa



**ALYSSA RIGGINS  SENIOR ASSOCIATE**
alyssa.riggins@nelsonmullins.com
**301 HILLSBOROUGH STREET | SUITE 1400**
**RALEIGH, NC 27603**

ᴛ 919.329.3810  ꜰ 919.329.3799

**NELSONMULLINS.COM**   **VCARD**  **VIEW BIO**

**Confidentiality Notice**

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.