# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

This matter comes before the Court on Defendant's Motion to Compel. Defendant asserts that Plaintiff NAACP Louisiana State Conference ("Louisiana NAACP") must identify certain personally identifiable information of the members it intends to rely on to assert associational standing in this matter. In consideration of the filings of the parties and arguments of counsel, this Court, in its discretion under Rule 37 of the Federal Rules of Civil Procedure, hereby ORDERS that Louisiana NAACP supplement its response to Interrogatory No. 3 in Defendant's First Set of Interrogatories and First Set of Requests for Production of Documents to the Organizational Plaintiffs, D.E. 119-3, on or before Wednesday, September 6, 2023 such that Defendant has an opportunity to review the supplementation before the Rule 30(b)(6) Deposition of Louisiana NAACP currently noticed for Friday, September 8, 2023.

SO ORDERED.

This the ____ day of _____, 2023.

_____