**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, *et al.*, | Civil Action No. 3:22-cv-00178 SDD-SDJ |
| *Plaintiffs*, | |
| v. | |
| R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | |
| *Defendants*. | |

**CONSENT MOTION TO DISMMIS PLAINTIFFS JARRETT LOFTON
AND ALEXIS CALHOUN**

Plaintiffs respectfully move this Court pursuant to Rules 21 and 41(a)(2) of the Federal Rules of Civil Procedure, to allow Mr. Jarrett Lofton and Ms. Alexis Calhoun to withdraw as plaintiffs in this action without prejudice. This motion is made *only* as to those two individual plaintiffs. A memorandum in support is provided.

Plaintiffs respectfully request that the Court enter an order dismissing Jarrett Lofton and Alexis Calhoun from this case pursuant to Rule 21 and/or 41(a)(2) without prejudice, and removing them from the caption of this case.

Date: September 1, 2023

John Adcock (La. Bar No. 30372)
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Tel: (504) 525-4361
Fax: (504) 525-4380
cabral2@aol.com

Leah Aden*
Stuart Naifeh*
Victoria Wenger*
NAACP Legal Defense &
Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

I. Sara Rohani*
NAACP Legal Defense &
Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
(929) 536-3943
srohani@naacpldf.org

Michael de Leeuw*
Amanda Giglio*
Cozen O'Connor
3 WTC, 175 Greenwich St.,

Respectfully submitted,

/s/ Sarah Brannon
Sarah Brannon*
Megan C. Keenan*
American Civil Liberties Union
Foundation
915 15th St. NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Sophia Lin Lakin*
Dayton Campbell-Harris*
Luis Manuel Rico Román*
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org
lroman@aclu.org

T. Alora Thomas-Lundborg
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu

Nora Ahmed (N.Y. Bar. No. 5092374)
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70112
NAhmed@laaclu.org

Josephine Bahn**
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036

2

55th Floor                                    JBahn@cozen.com
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

*Attorneys for Plaintiffs*

\*Admitted Pro Hac Vice
\*\*Pro Hac Vice Motion Pending

3

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I caused a true and correct copy of the foregoing Consent Motion to Dismiss Plaintiffs Jarrett Lofton and Alexis Calhoun to be served via electronic mail to all counsel of record.


Dated: September 1, 2023                                   */s/ Sarah Brannon*
                                                                Sarah Brannon