IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>   *Defendants*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

## [PROPOSED] ORDER

AND NOW, this ____ day of September, 2023, upon consideration of Plaintiffs' Motion to Drop Parties Jarrett Lofton and Alexis Calhoun and any responses thereto, it is hereby ORDERED that the Motion is GRANTED. Jarrett Lofton and Alexis Calhoun are hereby removed as Plaintiffs in this action, without prejudice.

               BY THE COURT

               _____
               Hon. Shelly D. Dick
               United States District Judge