IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

**PLAINTIFF NAACP LOUISIANA STATE CONFERENCE'S SUPPLEMENTAL RESPONSES & OBJECTIONS TO DEFENDANT ARDOIN'S FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE ORGANIZATIONAL PLAINTIFFS**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and Local Rules 26.1 and 33.1, the NAACP Louisiana State Conference ("Louisiana NAACP"), by and through its undersigned counsel, hereby submit these supplemental responses and objections (together as "Supplemental Responses") to interrogatories set forth in Defendant Kyle Ardoin, in his official capacity as Louisiana Secretary of State ("Defendant Ardoin"), First Set of Interrogatories, dated July 22, 2022, without waiving any defenses that Plaintiff Louisiana NAACP has or hereafter may assert in the above-captioned action.

**INTERROGATORY NO. 3**

*As to each Louisiana State House and State Senate District at issue in the Complaint, and for each Organizational Plaintiff, state the following identifying to which district the response relates:*

1

  (a) *Identify the members of your organization living in each challenged district;*

  (b) *For your organization, list events, presentations, or other programs that the Organizational Plaintiff has held in each challenged district since January 2008;*

  (c) *Identify all facts and all documents on which you intend to rely to support your organization's standing with respect to each challenged district; and*

  (d) *Identify and produce any and all communications between your organization and its members in each challenged district.*

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3**

Subject to and without waiving the general and specific objections to Interrogatory No. 3 asserted in Plaintiff NAACP Louisiana State Conference's Responses & Objections to Defendant Ardoin's First Set of Interrogatories and First Set of Requests for Production of Documents to the Organizational Plaintiffs, Plaintiff responds as follows:

(a) Plaintiff has identified at least one member who resides in, among others, each of the following Louisiana Senate Districts 2, 5, 7, 8, 10, 14, 15, 17, 19, 31, 36, 38 and 39.

Plaintiff has identified at least one member who lives in, among others, each of the following Louisiana House Districts: 1, 2, 3, 4, 5, 6, 7, 8, 9, 13, 22, 25, 29, 34, 35, 36, 37, 47, 57, 58, 59, 60, 61, 62, 63, 65, 66, 67, 68, 69, 70, 81, 88, and 101.

Plaintiff has identified at least one member who would reside in each of the newly created majority-Black districts or the newly unpacked majority-Black districts in Bill Cooper's June 2023 illustrative plans, including, among others, illustrative House Districts 1, 3, 4, 29, 34, 38, 57, 58, 60, 61, 63, 65, 68, 69, and 101, and illustrative Senate Districts 2, 7, 15, 17, 19, 38, 39.

DATED: September 1, 2023                    Respectfully submitted,

John Adcock (La. Bar No. 30372)             */s/ I. Sara Rohani*
Adcock Law LLC                              I. Sara Rohani*
Louisiana Bar No. 30372                     NAACP Legal Defense & Educational Fund
3110 Canal Street                           700 14th Street, Suite 600
New Orleans, LA 701119                      Washington, DC 20005
jnadcock@gmail.com                          srohani@naacpldf.org

Ron Wilson (La. Bar No. 13575)              Leah Aden*
701 Poydras Street, Suite 4100              Stuart Naifeh*
New Orleans, LA 70139                       Victoria Wenger*
cabral2@aol.com                             NAACP Legal Defense & Educational Fund
                                            40 Rector Street, 5th Floor
Nora Ahmed (N.Y. Bar. No. 5092374)          New York, NY 10006
ACLU Foundation of Louisiana                laden@naacpldf.org
1340 Poydras St., Suite 2160                snaifeh@naacpldf.org
New Orleans, LA 70112                       vwenger@naacpldf.org
NAhmed@laaclu.org
                                            Sophia Lin Lakin*
Sarah Brannon*                              Dayton Campbell-Harris**
Megan C. Keenan**                           Luis Manuel Rico Román**
American Civil Liberties Union Foundation   American Civil Liberties Union Foundation
915 15th St. NW                             125 Broad Street, 18th Floor
Washington, DC 20005                        New York, NY 10004
sbrannon@aclu.org                           slakin@aclu.org
mkeenan@aclu.org                            dcampbell-harris@aclu.org
                                            lroman@aclu.org
Michael de Leeuw*
Amanda Giglio*                              T. Alora Thomas-Lundborg*
Cozen O'Connor                              Election Law Clinic
3 WTC, 175 Greenwich St.,                   Harvard Law School
55th Floor                                  6 Everett Street, Ste. 4105
New York, NY 10007                          Cambridge, MA 02138
MdeLeeuw@cozen.com                          tthomaslundborg@law.harvard.edu
AGiglio@cozen.com

Josephine Bahn**
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice
**Pro Hac Vice Motion Forthcoming

3

## VERIFICATION OF MICHAEL MCCLANAHAN

I hereby state that the Louisiana NAACP's Supplemental Responses to Defendant Ardoin's First Set of Interrogatories and First Set of Requests for Production of Documents served on September 1, 2023, are true to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2023:

_____
Michael McClanahan