IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, et al.<br><br>    *Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant.* | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

**DECLARATION OF PRESIDENT MICHAEL W. MCCLANAHAN IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**

Pursuant to 28 U.S.C. § 1746, I, Michael W. McClanahan, declare as follows:

1. I am competent to make this declaration.

2. I serve as President of the Louisiana State Conference of the National Association for the Advancement of Colored People ("Louisiana NAACP") and have served in that capacity full-time since 2017. In my role, I am responsible for overseeing and supporting over 40 local branches and 16 youth and college chapters across the state.

3. The Louisiana NAACP is a nonprofit, nonpartisan organization whose work is devoted to pursuing the social, political, economic, and educational equity of Black people in this nation. The Louisiana NAACP works to eliminate racial discrimination, protect voting rights, and uphold fair political participation.

1

4. The Louisiana NAACP does not make its membership list publicly available because of the unique concerns of its members, and a well-documented history of harassment, intimidation, physical threats, economic retaliation, and racially motivated attacks and violence.

5. The Louisiana NAACP always seeks the consent of the member before disclosing the personally identifiable information of the member to anyone outside of the NAACP.

6. The Louisiana NAACP's members join the organization and support our advocacy efforts with the understanding and expectation that we will maintain the confidentiality of their affiliation.

7. Louisiana NAACP members fear intimidation from the government and other entities if their information is public, which is why members do not always choose to disclose their information publicly.

8. During my tenure as President of the Louisiana NAACP, I have, on numerous occasions, been harassed and threatened because of my known association with the NAACP. I have been sent hate mail and threatening letters because of my membership with the Louisiana NAACP.

9. As a result of this harassment and as a public-facing leader of the NAACP, I know that I am a target. Whenever I drive, fly, or move throughout the state, I always ensure that I travel alone so as to not put any of my members in harm's way.

10. The Louisiana NAACP regularly engages in voter registration and outreach efforts. There are areas of the state where I do not send members or volunteers to canvas, as I know those areas are not safe for our members.

11. The Louisiana NAACP routinely receives threats and hate mail because of actions the NAACP has taken. Often these letters are directed at our membership broadly and reflect a hatred of the NAACP as a racial justice organization, rather than being informed by any local action the Louisiana NAACP has taken. Our entire membership is implicated in these threats, and I consider anyone who is known to be a member to be a target. It is for reasons like this that the Louisiana NAACP makes it a priority to keep its members' personal information private.

12. Public disclosure of personally identifiable information of Louisiana NAACP members without their consent would impede the Louisiana NAACP's work, including advocacy efforts on sensitive issues. Disclosure could induce members to withdraw from the Louisiana NAACP and discourage others from joining.

13. There is a long, documented history of retaliation against NAACP members. Public disclosure of personally identifiable information of NAACP members without their consent could subject NAACP members to retaliation, threats, harassment, and reprisal included threats of physical coercion or bodily harm, economic harm or reprisal, loss of employment, and other public manifestations of hostility.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2023

_____

Michael W. McClanahan