IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>                          *Plaintiffs*,<br><br>   v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>                          *Defendant*. | NO. 3:22-cv-00178- SDD-SDJ |

## EX PARTE MOTION TO ADMIT COUNSEL PRO HAC VICE

In accordance with Local Civil Rule 83(b)(8) governing visiting attorneys to the United States District Court for the Middle District of Louisiana, the undersigned John Adcock, counsel of record for Plaintiffs, respectfully requests that this Court permit attorney Daniel J. Hessel to appear and participate *pro hac vice* as counsel on behalf of Plaintiffs.

1. Mr. Hessel is a licensed attorney admitted to practice in State of New York. He is a member in good standing of the Bar of the State of New York.

2. Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Mr. Hessel is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against him. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

3. Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the State of New York is attached to Mr. Hessel's declaration.

WHEREFORE, John Adcock, a member of the bar of this Court in good standing, prays that this Court enter an order permitting Daniel J. Hessel to appear *pro hac vice* for Plaintiffs in the above-captioned matter.

Filed: September 18, 2023

                                                Respectfully submitted,

                                                _s/_ *John Adcock*
                                                John Adcock
                                                Adcock Law LLC
                                                Louisiana Bar No. 30372
                                                3110 Canal Street
                                                New Orleans, LA 70119
                                                T: (504) 233-3125
                                                F: (504) 322-3843
                                                jnadcock@gmail.com

                                                *Attorney for Plaintiffs*