IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

## EX PARTE MOTION TO ADMIT COUNSEL PRO HAC VICE

In accordance with Local Civil Rule 83(b)(8) governing visiting attorneys to the United States District Court for the Middle District of Louisiana, the undersigned John Adcock, counsel of record for Plaintiffs, respectfully requests that this Court permit attorney Robert S. Clark to appear and participate *pro hac vice* as counsel on behalf of Plaintiffs.

1. Mr. Clark is a licensed attorney admitted to practice in the Commonwealth of Pennsylvania, State of New Jersey, and the United States District Court for the Eastern District of Pennsylvania.

2. Mr. Clark is a member in good standing of the Bars of the Commonwealth of Pennsylvania, State of New Jersey, and the United States District Court for the Eastern District of Pennsylvania.

3. Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Mr. Clark is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been

instituted against him. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

4.     Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the Commonwealth of Pennsylvania is attached to Mr. Clark's declaration.

WHEREFORE, John Adcock, a member of the bar of this Court in good standing, pray that this Court enter an order permitting Robert S. Clark to appear *pro hac vice* for Plaintiffs in the above-captioned matter.

Dated: September 18, 2023

> /s/ John Adcock
> JOHN ADCOCK
> Adcock Law LLC
> Louisiana Bar No. 30372
> 3110 Canal Street
> New Orleans, LA 70119
> T: (504) 233-3125
> F: (504) 308-1266
> Email: jnadcock@gmail.com