IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, JARRETT
LOFTON, REV. CLEE EARNEST LOWE, DR.
ALICE WASHINGTON, STEVEN HARRIS,
ALEXIS CALHOUN, BLACK VOTERS
MATTER CAPACITY BUILDING
INSTITUTE, and THE LOUISIANA STATE
CONFERENCE OF THE NAACP,

CIVIL ACTION NO. 3:22-cv-00178
SDD-SDJ

*Plaintiffs*,

v.

R. KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana

*Defendant*.

**DECLARATION OF ROBERT S. CLARK IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

I, Robert S. Clark, of Philadelphia, Pennsylvania, declare the following:

1.      I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2.      No disciplinary proceedings or criminal charges have been instituted against me.

3.      A Certificate of Good Standing from the Commonwealth of Pennsylvania dated August 29, 2023 is attached to this Declaration as Exhibit 1.  The Certificate states that I was duly admitted to the Bar of the Commonwealth of Pennsylvania on November 10, 2022, and am in good standing as a member of the Bar of the Commonwealth of Pennsylvania.

Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law, and that I will support the Constitution of the United States.  I declare under penalty of perjury that the foregoing is true and correct.


Dated: September 15, 2023                              _/s/  Robert S. Clark_____
                                                       Robert S. Clark