# **Exhibit 2**



# Transcript of Lisa Handley, Ph.D.

**Date:** September 26, 2023
**Case:** Nairne, et al. -v- Ardoin

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE MIDDLE DISTRICT OF LOUISIANA

3     ------------------------------ x

4     DR. DOROTHY NAIRNE et al.,        :

5              Plaintiffs              :

6        vs                           : Civil Action No.

7     R. KYLE ARDOIN, in his          : 3:22-cv-00178-SDD-SDJ

8     official capacity as Secretary :

9     of State of Louisiana,          :

10             Defendant              :

11    ------------------------------ x

12

13

14              Oral deposition of

15           LISA HANDLEY, Ph.D.

16

17           WASHINGTON, DC

18        TUESDAY, SEPTEMBER 26, 2023

19          10:16 a.m. EASTERN TIME

20

21

22

23    Job No.: 506246

24    Pages: 1 - 192

25    Reported by: Lisa V. Feissner, RDR, CRR, CLR

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                2

1

2

3              Oral deposition of LISA HANDLEY, Ph.D.,

4     held at the offices of:

5

6          NELSON MULLINS RILEY & SCARBOROUGH LLP

7          101 CONSTITUTION AVENUE, NW

8          SUITE 900

9          WASHINGTON, DC 20001

10         202.712.2800

11

12

13             Pursuant to Notice, before Lisa V.

14    Feissner, RDR, CRR, CLR, Notary Public.

15

16

17

18

19

20

21

22

23

24

25

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    3

```
1    A P P E A R A N C E S:

2    ON BEHALF OF PLAINTIFFS:

3        SARAH BRANNON, ESQUIRE

4        LUIS MANUEL RICO ROMAN, ESQUIRE (via Zoom)

5        DAYTON HARRIS-CAMPBELL, ESQUIRE (via Zoom)

6        GARRETT MUSCATE, ESQUIRE (via Zoom)

7        AMERICAN CIVIL LIBERTIES UNION

8        915 15th Street, NW

9        Washington, DC 20005

10       202.675.2337

11       sbrannon@aclu.org

12

13   ON BEHALF OF DEFENDANT:

14       ALYSSA RIGGINS, ESQUIRE

15       CASSIE HOLT, ESQUIRE (via Zoom)

16       NELSON MULLINS RILEY & SCARBOROUGH LLP

17       301 Hillsborough Street

18       Suite 1400

19       Raleigh, NC 27603

20       919.329.3810

21       alyssa.riggins@nelsonmullins.com

22

23

24

25
```

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    4

1    A L S O   P R E S E N T :

2        JACKSON SCHUELER, A/V Technician

3        KATE McKNIGHT, ESQUIRE - Baker Hostetler

4        SARA ROHANI, ESQUIRE - NAACP Legal Defense Fund

5        TORI WENGER, ESQUIRE - NAACP Legal Defense Fund

6        THOMAS JONES, ESQUIRE

7        TUMULESH K.S. SOLANKY, Ph.D.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                              13

1    case?
2        A    No.
3        Q    So you are just a Gingles 2 and 3 expert
4    in this case.
5             Is that right?
6        A    I am an expert in Gingles 1 and 2 -- 2
7    and 3 in this case.
8        Q    Okay.  Thank you.
9             And that means that you conducted a
10   racially polarized voting analysis, right?
11       A    Yes.
12       Q    If I use the term "RPV," will you know
13   what I mean?
14       A    Yes.
15       Q    Okay.  In order to conduct this RPV
16   analysis, you needed to build an aggregate level
17   database.
18            Is that right?
19       A    Correct.
20       Q    Can we turn to page 5 of your report.
21            Do you see about midway through the
22   page, there's a bold and italicized section that
23   starts with the word "Database"?
24       A    I do.
25       Q    Does this section generally discuss how

1    the database used in your analysis was built?

2        A    Yes.

3        Q    And I think it mentions that you

4    retrieved data for your database from the

5    Secretary of State's website.

6             Is that correct?

7        A    Some of it, yes.

8        Q    Did you personally collect that data

9    from the Secretary of State's website?

10       A    It depends on what data you're referring

11   to.  Certainly, I did collect some.

12       Q    Sure.  What data did you personally

13   collect from the Secretary of State's website?

14       A    I can't even remember off the top of my

15   head.  Certainly general things like vote totals,

16   early voting, total turnout.  I'm not going to

17   remember everything.  Quite a number of things.

18       Q    Sure.  Do you see in that first

19   paragraph by the Database header, the last

20   sentence that starts, The 2015 to 2022 election

21   results and turnout by race data?

22       A    Yes.

23       Q    Is that the data that you personally

24   retrieved from the Secretary of State's website?

25       A    It depends on what you mean.  Again, I

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                           15

1    looked at some of the information I got myself off

2    the website, yes.

3         Q    Let me ask it a different way.

4              Did anyone else assist you in pulling

5    down data from the Secretary of State's website

6    for you to then analyze?

7         A    Yes.

8         Q    Who did that?

9         A    I don't know.

10        Q    Did you receive the data from counsel?

11        A    I received the data from ACLU, counsel

12   or analytics division.

13        Q    Anyone in particular within the

14   analytics division?

15        A    No.

16        Q    And I believe that you mentioned

17   somewhere in this report that some of the

18   underlying data that you used was compiled for the

19   predecessor congressional case, the Press Robinson

20   matter.

21             Is that right?

22        A    I don't know the ordering of it, but

23   certainly some of the data was used in that case

24   and in this case.

25        Q    And did you personally yourself or the

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                              16

```
 1   ACL you get the data from the Secretary of State's
 2   website used in the database for that case, too?
 3       A    Yes, as far as I can recall.
 4       Q    And I see in footnote 5, you reference
 5   that election returns were also obtained from open
 6   elections.
 7            Is that right?
 8       A    That's correct.
 9       Q    What is open elections?
10       A    It is a conglomerate -- I believe it's
11   started by some newspaper reporters -- to gather
12   election returns and format them in a way that
13   could be easily obtained by anyone in the public,
14   including news reporters who wanted to use that
15   information.  I think it got, I don't know, a
16   Knight Foundation grant to do this.
17       Q    Okay.  Do you know where open elections
18   sources their data from?
19       A    Secretary of State's office for the most
20   part.  It depends on the state.
21       Q    So in Louisiana, it would be the
22   Secretary of State because he's the chief election
23   officer for the state.
24            Is that right?
25       A    I can't speak for open elections.  I
```

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    17

1    would assume so, but I don't really know.

2         Q    And do you know if there were any

3    conflicts in the data that you sourced from open

4    elections versus those retrieved directly from the

5    Secretary of State for Louisiana?

6         A    Any conflicts...

7         Q    So let me rephrase that.

8              Do you know if there were any

9    differences in the data, say if you got data for

10   the 2020 presidential election from the Secretary

11   of State directly and from open elections, do you

12   recall if there was any differences in what the

13   source -- those two sources reported?

14        A    There were most likely formatting

15   differences.

16        Q    But you don't recall any substantive

17   differences in the data?

18        A    I do not.

19        Q    And I also believe that for the purposes

20   of your analysis you required precinct level shape

21   files.

22             Is that correct?

23        A    Yes.

24        Q    Were those downloaded from the census

25   website?

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    18

```
 1        A      There are shape files on the census
 2    website.  Those are for VTDs.  So I guess it would
 3    depend on -- there are multiple sources for shape
 4    files.  I think that also precinct shape files
 5    were received I think from the Secretary of
 6    State's office, but I'm not sure.  I don't
 7    remember off the top of my head.
 8        Q      Sure.  Do you recall receiving shape
 9    files used in the building of your database from
10    any other source other than the census or the
11    Secretary of State?
12        A      It's possible that some shape files came
13    from VEST.  I'm not sure.  I don't recall off the
14    top of my head.
15        Q      And you said VEST.  Kind of like the
16    article of clothing?
17        A      An acronym, V-E-S-T.  Voting and
18    Elections Science Team.
19        Q      Okay.  Voting and Elections Science
20    Team?
21        A      Here we go.  Voting and Election Science
22    Team.
23        Q      All right, great.  Thank you.
24               Dr. Handley, once you had all of this
25    raw data, did you need to merge it or aggregate it
```

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                        19

```
1    together into a unified database in order to

2    perform your analysis?

3         A    That's correct.  The turnout data had to

4    be merged with the election returns, whether those

5    came from the Secretary of State.  In order to use

6    population data, you needed the shape files to

7    merge with the census.  So all of these things had

8    to go together to produce a database.

9              Now, you don't actually need the

10   population data to do the racial bloc voting

11   analysis.

12        Q    Okay.  Did you personally merge all of

13   this data together, or did somebody assist you

14   with that?

15        A    Somebody assisted me with that.

16        Q    And who would that be?

17        A    The analytics department at ACLU.

18        Q    Anyone in particular?

19        A    Not that I know of, no.

20        Q    Did you verify -- well, let me ask

21   you -- let me back up and ask you this.

22             Did the ACLU analytics data team merge

23   all of it together, merge the data together for

24   you and send it back to you for your analysis?

25             MS. BRANNON:  I'm just going to put an
```

```
1    objection on the record that Dr. Handley can

2    answer about the steps that she took, but the

3    interactions and the details of some of her

4    interactions with ACLU analytics was all done

5    under the direction of counsel, and any

6    conversations or specifics are privileged.

7            So you can describe the facts of the

8    data that you received, but you should not discuss

9    any detailed interactions that you had with

10   counsel and analytics.

11       Q    Do you want me to rephrase my question?

12       A    Remind me of the question.

13       Q    Sure.  Absolutely, Dr. Handley.

14            Did you receive a set of data from the

15   ACLU analytics team that had all of the data we

16   just discussed merged together in order for you to

17   run your analysis?

18       A    Yes.

19       Q    Did you take any steps to verify the

20   data was merged properly after you received it

21   from the ACLU analytics team?

22       A    Yes.

23       Q    What did you do?

24       A    Certainly I compared the election

25   results to the website election results.  I did
```

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    79

1    area 7, East Central Louisiana?

2        A    Yes.

3        Q    Why did you choose to include East Baton

4    Rouge twice?

5        A    Because these were different areas.

6    What I was interested in is the specific voting

7    patterns in very specific areas where these

8    districts were drawn.

9            In one area, the additional State Senate

10   district covered -- fell within four parishes, and

11   in another area, they fell within two parishes.

12       Q    Are you aware that there are other

13   majority-minority districts that were drawn in

14   this case that are not in the areas listed in this

15   table?

16       A    That's correct, I did not look at all

17   majority Black districts.  I looked at only the

18   additional majority Black districts in terms of

19   identifying areas of interest.

20       Q    And these areas of interest are not a

21   district-specific analysis.

22            Is that right, Dr. Handley?

23       A    No.  The district-specific analysis is

24   the analysis that follows in the next section.

25   This is an analysis of voting patterns in the

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    80

1    areas where the new districts -- I'm sorry, in the
2    areas where the illustrative map offers additional
3    districts.
4         Q    So let me clarify what you just said.
5              So area 1 covers Bossier and Caddo
6    parishes, correct?
7         A    That's correct.
8         Q    And you looked at the entirety of
9    Bossier and Caddo parish to perform your analysis.
10             Is that right?
11        A    Depends on the analysis that you're
12   talking about.
13        Q    Sure.  So the results that are reported
14   in Appendix 1A of your report?
15        A    That's correct.  That is based on voting
16   patterns in Bossier and Caddo parish.
17        Q    Right.  The analysis listed in Appendix
18   1A is not specific to, say, State Senate district
19   38?
20        A    That's correct.  The effectiveness
21   analysis later in the report is specific to that.
22        Q    When you say the analysis later in your
23   report, is that -- well, we'll stick with Bossier
24   and Caddo.  Is that, for example on page 17, or 16
25   and 17?

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    81

```
 1        A    Correct.
 2        Q    And so here, it looks like you've
 3   reported two different effectiveness scores for
 4   both the illustrative and the enacted versions of
 5   Senate districts 36, 38, and 39?
 6        A    Correct.
 7        Q    Can you explain to me a little bit about
 8   what this table is showing?
 9        A    Which table?
10        Q    Comparison table State Senate cluster 1.
11        A    Yes.  So what I'm looking at is the
12   percentage of -- in terms of effectiveness score
13   1, the percentage of elections within the
14   statewide elections within district --
15   illustrative district 36 that the Black-preferred
16   candidate would have won or moved on to the
17   runoff.
18             And then in effectiveness score 2, I
19   limit it to what a runoff would be, in other
20   words, two candidate contests, and do the same
21   thing, the percentage of elections that the
22   Black-preferred candidate would have won.
23        Q    And this is district-specific based on
24   either, say, illustrative 36 or enacted 36?
25        A    Within the boundaries of those proposed
```

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    82

1    districts, yes.

2         Q     And that is different than what's

3    reported in Appendix A1, which is parishwide.

4              Is that correct?

5         A     Well, it isn't parishwide.  It's

6    sometimes two parishes or three parishes.

7         Q     Right.  I'm sorry.  The entirety of

8    Bossier and Caddo for Appendix 1?

9         A     That's correct.  What I'm looking at is

10   voting patterns in those particular parishes

11   combined.  What I'm looking at very specifically

12   here is the illustrative districts and enacted

13   districts.

14        Q     So what data did you use to calculate

15   the effectiveness scores listed in the State

16   Senate cluster 1 table?

17        A     I looked at recompiled election results

18   for the statewide contests.

19        Q     What do you mean by "recompiled election

20   results"?

21        A     Because some of the districts drawn

22   might have divided precincts, we disaggregated the

23   results for each candidate down to the block level

24   and then brought it up to the district level.

25              Now, if a precinct wasn't split, it's

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    83

1    basically using the whole precinct.  But if a

2    precinct is split, it's using those blocks that

3    fall within the district lines and leaves out

4    those portions that do not.

5        Q    And when you were calculating the

6    effectiveness scores using that data, were you

7    using the statewide elections that we talked about

8    earlier that were listed on table, pages 6 and 7,

9    all of those statewide elections?

10       A    Yes.

11       Q    Okay.  So if I wanted to --

12       A    Excuse me.  Yes for effectiveness score

13   1, not true for effectiveness score 2.  Sorry.

14       Q    Right.  Because effectiveness score 2 is

15   limited to two candidates?

16       A    That's correct.

17       Q    Okay.  So, for example, your

18   effectiveness score 1 might have excluded some of

19   the October elections where there were more than

20   one candidate?

21       A    You mean the effectiveness score 2.

22       Q    I'm sorry, yes, the effectiveness score

23   2 -- thank you, Dr. Handley -- would have excluded

24   the October primary elections where there was more

25   than two candidates?

1       A    Correct.

2       Q    Okay.  So if I wanted to look in your

3   backup data and see the district-specific analysis

4   that was done, where would I find it?

5       A    Well, you'd have to go to the bloc-level

6   data and recompile those results using a

7   bloc-to-district equivalency, which I believe is

8   included in the database.

9       Q    Because Dr. Handley, I just want to be

10  sure that I'm right about this.  You didn't

11  produce any similar EI estimates like are

12  presented in Appendix A1 for just district 36, did

13  you?

14      A    No.

15      Q    Why not?

16      A    I believe that the racial bloc voting

17  analysis indicates the voting patterns for this

18  area pretty specifically.  In theory, I could have

19  done that, but I didn't really feel it was

20  necessary because I knew what the voting patterns

21  were in this particular area.

22      Q    And by this particular area, do you mean

23  Bossier and Caddo parishes in their entirety?

24      A    That's correct.

25      Q    Okay.  But in other reports in cases,

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    146

1          But you can answer to the best of your
2    understanding.
3          A    I was not aware of that.
4          Q    Had you been aware that every
5    legislative district was challenged in this case
6    by the plaintiffs, would you have done a different
7    analysis?
8               MS. BRANNON:  And I'm going to object to
9    the characterization, the form of the question.
10              But you can answer.
11         A    Certainly, if I'd been asked to look at
12   every district, I could have looked at every
13   district.
14         Q    So looking at this last column in
15   Table 2, can we run through the same exercise, and
16   I will count with you, for the number of H21, so
17   State House enacted districts that Dr. Lewis says
18   are needed for 50 percent or above.
19         A    Twelve?
20         Q    We're in agreement.  All right.
21              And then the -- do you see on page B-10,
22   we're still on Table 2, where H23 starts, I see
23   it's roughly above halfway through the page?
24         A    Yes.
25         Q    Okay.  Can we do the same thing for the

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023

161

1    and maybe some political scientists have looked at

2    that.

3        Q    And is it generally accepted that urban

4    areas tend to be more heavily Democratic?

5        A    I believe that that has been studied,

6    and yes, that is true.

7        Q    So I think we can set aside Dr. Lewis's

8    stuff.

9             I'd like to turn back to your report.

10   Can we look at page 6, please.

11       A    Page 6.  Okay.

12       Q    Do you see Footnote 8 on page 6?

13       A    Yes.

14       Q    Does this footnote accurately explain

15   how you allocated early votes to precincts in your

16   analysis?

17       A    It does.

18       Q    And did you follow this methodology for

19   every area of interest and election that you

20   analyzed?

21       A    Yes.

22       Q    Is this method a peer-reviewed method of

23   allocating early votes?

24       A    It's certainly a method other experts

25   use.  I don't know that anyone has written it up,

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    162

```
 1    if that's what you mean by peer-reviewed.  But
 2    other experts certainly use this.  It's generally
 3    accepted as the best way to do this.
 4         Q    Okay.  What other experts have generally
 5    used this process?
 6         A    Well, I know that Max Palmer, for
 7    example, uses this method.
 8         Q    Anyone else?
 9         A    I believe so, but I can't think of
10    anyone off the top of my head.
11         Q    Did you look at any precinct-specific
12    election results from other sources to verify your
13    allocation method to make sure that it was
14    accurate?
15         A    I certainly carried out some exercises
16    to determine if I was likely to be introducing
17    bias.  I didn't look at precinct results for that.
18         Q    Okay.  Dr. Handley, do you recall that
19    you did a precinct-specific analysis of Caddo
20    parish and produced that with your rebuttal report
21    in this case?
22         A    I don't think you're using the correct
23    terminology.  I did an analysis of Caddo.  All of
24    these analysis are based on precincts as a unit.
25    But to say precinct-specific would be incorrect.
```

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                                    164

```
1    pull up the spreadsheet that was labeled "Caddo
2    precincts"?
3              MS. BRANNON:  And can you just email me
4    what exactly you're pulling up for her --
5              MS. RIGGINS:  Yeah.
6              MS. BRANNON:  -- so I can look at it
7    today, too?  And then can we --
8              MS. RIGGINS:  Yeah.  It's from her
9    backup data.  And we can -- do you want to go off
10   the record while we pull this up and I email it to
11   you?
12             MS. BRANNON:  Yeah.
13             (A discussion was held off the record.)
14             MS. RIGGINS:  So we're going to mark
15   this as Exhibit 9.
16             (Exhibit Handley-9 marked for
17   identification and attached to the transcript.)
18   BY MS. RIGGINS:
19       Q    Dr. Handley, do you see on the laptop in
20   front of you an Excel spreadsheet called
21   Caddo_precincts?
22       A    I do.
23       Q    Do you understand that this came out of
24   the backup data that you produced with your
25   rebuttal report?
```

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    165

```
 1        A    Yes, I believe that's correct.
 2        Q    Okay.  Did you compile or create this
 3   Excel spreadsheet, Dr. Handley?
 4        A    I directed it to be compiled.
 5        Q    You directed it to be compiled to -- to
 6   whom did you issue that direction?
 7        A    To the analytics department that created
 8   what I asked for.
 9        Q    Okay.  Do you know who Devin McCarthy
10   is?
11        A    Yes.
12        Q    Would it surprise you that he is the
13   creating of this spreadsheet as shown in the
14   metadata?
15        A    It wouldn't surprise me, but I don't
16   know that that's true.
17        Q    Sure.
18             MS. RIGGINS:  We're going to mark this
19   as Exhibit 10.
20             (Exhibit Handley-10 marked for
21   identification and attached to the transcript.)
22   BY MS. RIGGINS:
23        Q    So do you see on the top middle of
24   Exhibit 10, Dr. Handley, it says
25   Caddo_precinctsreadonly-Excel?
```

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    169

1        Q    So I would like to ask you what a few of
2   these columns mean, and feel free to go to the
3   columns and expand as needed.  That's the only way
4   I can do that.
5             I would like to go to column BQ.
6        A    Okay.
7        Q    All right.  Does the column header for
8   column BQ read, turnout_general_black?
9        A    Correct.
10       Q    Okay.  What does that mean?  What does
11  this column represent?
12       A    That is the number of Black voters who
13  turned out for that election, not necessarily the
14  number who voted.  It isn't necessarily the
15  numbers who voted, but it's the number who turned
16  out.
17       Q    So turned out for the presidential
18  election, because that's what this spreadsheet is
19  analyzing, right?
20       A    No.  They turned out for that 2020
21  November election.  They may or may not have voted
22  in the presidential.  And I believe I saw some --
23  did I see a Senate contest over there?  There's
24  Senate data over here.
25       Q    Sure.  Which column are you looking at?

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                                    170

```
 1       A     I'm looking at C1.  Let's look --
 2       Q     C1?
 3       A     Yeah.  Remind me what year that is.
 4       Q     You mean CI?  I see that, mm-hmm, yeah.
 5  So I'm sorry, Dr. Handley, that was a bad
 6  question.
 7             This spreadsheet looks at the November
 8  2020 election results which had Senate and
 9  president, correct?
10       A     Yes.
11       Q     And so column BQ, you testified, just to
12  be sure, was the turnout in that election?
13       A     The Black turnout, the Black voter
14  turnout, yes.
15       Q     And BR says turnout_general_other.
16             Is that right?
17       A     That's correct.
18       Q     And what does that mean?
19       A     That means -- well, the state reports
20  three categories.  It's Black, White, and other.
21  And that's the other.
22       Q     Okay.  And the next column over, what
23  is -- that's general_turnout -- I'm sorry --
24  turnout_general_white.
25             Is that right?
```

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    171

```
1        A    Correct.
2        Q    Okay.  And is that the turnout for the
3   November election for White voters?
4        A    Yes.
5        Q    Okay.  All right.  So I apologize to
6   make you do this.  Unless you know, I was going to
7   scroll all the way across to see that this is
8   precinct 1 in Caddo parish, the results.  Would
9   you like to scroll all the way over and see that?
10       A    I'm going to believe you.
11       Q    I did look.  The precincts are listed
12  sequentially.
13            So for BQ, so row 2 under BQ,
14  turnout_general_black is 180.
15            Is that right?
16       A    Correct.
17       Q    Okay.  And then turnout_general_other is
18  1?
19       A    Correct.
20       Q    Turnout_general_white is 1?
21       A    Correct.
22       Q    Okay.  So the total turnout as reported
23  by the three racial categories for the Secretary
24  of State is 182.
25       A    Correct.
```

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                          172

```
1         Q     Okay.  Even the attorney got that basic
2    math right.  Okay.
3               And so you said this is the turnout for
4    the election day that the presidential election
5    was held on, or the total turnout?
6         A     Total turnout.
7         Q     Total turnout.  Okay.
8               But not solely for the presidential
9    election, correct?
10        A     It's for the entire election.  It's the
11   number of people who requested ballots.  No, I'm
12   sorry.  The number of people who -- that the
13   Secretary of State's office, a poll person, marked
14   as turning out.
15        Q     Because just because you request a
16   ballot doesn't mean you return it.
17        A     You return it.
18        Q     I just want to -- we're good.  We're
19   getting late in the afternoon.  I was following
20   you.
21        A     But maybe -- I think that it includes
22   people who returned a ballot and not just
23   requested one.
24        Q     Okay.
25        A     They don't have very many absentee
```

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    174

1        Q     Sorry.  It's the attorney in me.  I
2    picked the easiest math number.  All right.
3               Let's scroll to column CA, if we could.
4        A     Okay.
5        Q     And does this say
6    president_statewide_general_dem_josephrbidenjr?
7        A     It does.
8        Q     What's the number directly underneath
9    the CA column header?
10       A     191.0435524.
11       Q     And to make it easier, for the
12   attorneys, can we call that 191?  Can we round it?
13       A     You can.  I agree that's the rounded
14   number.
15       Q     So this is the number of votes for
16   President Biden allocated to Precinct 1?
17       A     Correct.
18       Q     Okay.  And let's go to column CE,
19   please.
20       A     Okay.
21       Q     Is that the -- column the
22   president_statewide_general_rep_donaldjtrump
23   votes?
24       A     Correct.
25       Q     And the number underneath the column

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    175

1    header for CE is 3.87 with some other numbers.

2            Is that right?

3        A    Yes.

4        Q    Okay.  So rounding this to 4, does that

5    mean that Donald Trump received approximately

6    4 votes, based on your allocation, in Precinct 1?

7        A    Yes.

8        Q    And Dr. Handley, would you agree with me

9    that the number of votes allocated to

10   President Biden at 191 is higher than the 182

11   turnout reported in the spreadsheet?

12       A    Yes.

13       Q    Okay.  Did the allocation in this

14   instance create a surplus of votes for

15   President Biden in the precinct?

16       A    There are more votes cast than people

17   who turned out, yes.

18       Q    In this spreadsheet?

19       A    Yes, for this -- for this precinct,

20   Precinct 1, yes.

21       Q    Okay.  But you're not suggesting that

22   there were actually more votes cast for

23   President Biden in Precinct 1 than number of

24   people who actually cast a ballot in Precinct 1?

25       A    Correct.

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                     176

1          Q     Okay.  When did you become aware,
2     Dr. Handley, that some of the precincts here, your
3     allocation, resulted in a surplus of votes?
4          A     A long time ago.  I have no idea when.
5          Q     Was it before looking at Dr. Solanky's
6     surrebuttal report?
7          A     Yes.
8          Q     So you were aware, Dr. Handley, prior to
9     August of this year that your allocation method
10    created a surplus of votes in certain precincts?
11         A     Yes.  But you do know that I don't use
12    the number of votes.  I use proportions.
13         Q     Sure.  Can you elaborate on that?
14         A     Yes.  So when you do the analysis, in
15    doing the analysis using the proportion of Black,
16    White, and other turnout, and the proportion of
17    votes for Biden, Trump, and others.  So the
18    columns still add to 1.
19         Q     The columns still add to 1.  You mean
20    100 percent?
21         A     Well, if you were using percentages.  I
22    use proportions.  But yes, yes.
23         Q     Sure.  Okay.  So using proportions,
24    adding up for the first precinct, would you have
25    assigned 191 votes to Joe Biden for precinct 1?

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                              179

1    how the precincts were divided up amongst the

2    districts?

3         A    Again, it would depend on how many

4    precincts were split.  And if no precincts were

5    split, it wouldn't impact it at all.  And there

6    were very few precincts split.  But I don't really

7    know how many.

8         Q    And so sitting here today, Dr. Handley,

9    do you have any idea, or have you done any

10   analysis to quantify how your voter allocation

11   method might impact your analysis overall?

12        A    I have looked to see if this allocation

13   process that we're discussing here on the

14   spreadsheet was likely to be biased.

15        Q    And did you report that anywhere in your

16   original 2023 and rebuttal reports?

17        A    No.

18        Q    When did you conduct that analysis?

19        A    Some was earlier.  Some was in response

20   to the rebuttal or surrebuttal of Dr. Solanky.

21        Q    And what did you -- what did the results

22   of your analysis reveal?

23        A    That the only election that was likely

24   to be problematic was the only election I knew

25   would be problematic, and that is the 2020

Transcript of Lisa Handley, Ph.D.
Conducted on September 26, 2023                    180

1    presidential race where over 45 percent of the

2    voters voted early, and therefore their votes were

3    reported at the parish level.

4            In terms of the other election cycles, I

5    don't believe that their -- based on my analysis,

6    that there was bias introduced by the allocation

7    process.

8        Q    Sure.  Do you recall in Dr. Solanky's

9    rebuttal report that he reported the number of

10   early and absentee votes per election?  If not I'm

11   happy to mark this.

12           Let me mark this as Exhibit 11, please.

13           Oh, wait.  I'm sorry.  I just told you

14   the wrong thing.  We can still keep this marked or

15   we can remove it.  It's his original report which

16   was already marked as Exhibit 3 in this case.

17           (A discussion was held off the record.)

18   BY MS. RIGGINS:

19       Q    Table 5 on page 13.  Do you see that,

20   Dr. Handley?

21       A    I do.

22       Q    Okay.  Do you see that column 4 lists

23   the total of early and absentee votes?

24       A    Column 4 is labeled Total Early and

25   Absentee Votes.