# **Exhibit 3**



caddo_precincts - Read-Only - Excel    Cassie Holt    ?

Save As

## Read-Only Workbook

This file has been opened in read-only mode. Changes cannot be made to the original file.

Open Backup Folder

## ndOffice Echo Backup

You can explore the backup folder with unsaved documents

Protect Workbook

## Protect Workbook

Control what types of changes people can make to this workbook.

Check for Issues

## Inspect Workbook

Before publishing this file, be aware that it contains:

- Document properties, document server properties, content type information, author's name and absolute path

## Properties

| | |
|---|---|
| Size | 111KB |
| Title | Add a title |
| Tags | Add a tag |
| Categories | Add a category |

## Related Dates

| | |
|---|---|
| Last Modified | Today, 8:17 PM |
| Created | 8/9/2023 5:42 PM |
| Last Printed | |

## Related People

| | |
|---|---|
| Author | DM Devin McCarthy |
| | Add an author |
| Last Modified By | SB Sarah Brannon |

## Related Documents

Open File Location

JS - 092623

Handley 10