IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

## JOINT MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56, Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana; Defendant Intervenors Patrick Page Cortez and Clay Schexnayder in their respective official capacities as President of the Louisiana Senate and Speaker of the Louisiana House of Representatives; and Intervenor-Defendant the State of Louisiana, through Louisiana Attorney General Jeff Landry (collectively, "Defendants"), respectfully submit this Joint Motion for Summary Judgment on the grounds that Plaintiffs' evidence fails to raise a material question of fact to preclude judgment in favor of Defendants and that Defendants are entitled to judgment in their favor on all claims as a matter of law because Plaintiffs lack standing to bring this action.

In support of this Motion, Defendants have contemporaneously filed a Joint Memorandum in Support of their Motion for Summary Judgment, Local Civil Rule 56(b) Statement of Undisputed Material Facts, and the following transcripts and exhibits, attached hereto as Exhibits 1 through 5 respectively:

      Exhibit 1 - Individual Plaintiffs' Responses to Defendant Ardoin's First Set of Discovery;

Exhibit 2 - William S. Cooper Corrected Exhibits H-1 and I-1[1];

Exhibit 3 - Louisiana State Conference of the NAACP 30(b)(6) Deposition Transcript (excerpts);

Exhibit 4 - Black Voters Matter Capacity Building Institute 30(b)(6) Deposition Transcript (excerpts); and

Exhibit 5 - Louisiana State Conference of the NAACP's Supplemental Response to Interrogatory No. 3.

WHEREFORE, Defendants respectfully request that their Motion for Summary Judgment be granted and Plaintiffs' Amended Complaint, Rec. Doc. 14, be dismissed in its entirety, with prejudice, or for other such relief as this Court deems just and fair.

Respectfully submitted, this the 6th day of October, 2023.

/s/ Phillip J. Strach
Phillip J. Strach*
   *Lead Counsel*
Thomas A. Farr*
John E. Branch, III*
Alyssa M. Riggins*
Cassie A. Holt*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
tom.farr@nelsonmullins.com
john.branch@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com

/s/ John C. Walsh
John C. Walsh, LA Bar Roll No. 24903
John C. Conine, Jr., LA Bar Roll No. 36834
**SHOWS, CALL & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461

---

[1] These exhibits were attached to the sworn Corrected Expert Report of Mr. Cooper, dated August 11, 2023.

Fax: (225) 346-1467
john@scwllp.com
coninej@scwllp.com

* *Admitted pro hac vice*

*Counsel for Defendant R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana*

By: */s/Michael W. Mengis*
LA Bar No. 17994
BAKERHOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Fax: (713) 751-1717
Email: mmengis@bakerlaw.com

E. Mark Braden*
Katherine L. McKnight*
Richard B. Raile*
BAKERHOSTETLER LLP
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Patrick T. Lewis*
BAKERHOSTETLER LLP
127 Public Square, Ste. 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
Robert J. Tucker*
BAKERHOSTETLER LLP
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com

Jeff Landry
Louisiana Attorney General
By: */s/ Jeffrey M. Wale*
Elizabeth B. Murrill (LSBA No. 20685)
Solicitor General
Shae McPhee (LSBA No. 38565)
Angelique Duhon Freel (LSBA No. 28561)
Carey Tom Jones (LSBA No. 07474)
Amanda M. LaGroue (LSBA No. 35509)
Jeffrey M. Wale (LSBA No. 36070)
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
mcphees@ag.louisiana.gov
freela@ag.louisiana.gov
jonescar@ag.louisiana.gov
lagrouea@ag.louisiana.gov
walej@ag.louisiana.gov

Jason B. Torchinsky* (DC Bar No 976033)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com

Phillip M. Gordon* (DC Bar No. 1531277)*

| | |
|---|---|
| *\* Admitted pro hac vice* | HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC<br>15405 John Marshall Hwy.<br>Haymarket, VA 20169<br>Telephone: (540) 341-8808<br>Facsimile: (540) 341-8809<br>Email: pgordon@holtzmanvogel.com |
| *Counsel for Legislative Intervenors, Clay Schexnayder, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his Official Capacity as President of the Louisiana Senate* | *\*Admitted pro hac vice* |