# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>                *Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>                *Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

## CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Plaintiffs move for leave to file a memorandum in excess of the page limitation imposed by Local Rule 7(g). For the Court's convenience, Plaintiffs seek to file one omnibus motion to exclude the testimony of several defense experts. The memorandum in support of Plaintiffs' motion to exclude the testimony of Mr. Sean Trende, Dr. Douglas Johnson, and Dr. Tumulesh Solanky totals 34 pages, exceeding the 25-page limitation established by Local Rule 7(g). The excess pages are necessary given the evidence and issues litigated in this case.

Defendants have provided their consent to this motion. Plaintiffs have provided their consent to any motion to exceed the page limitation that Defendants may file in support of their response to Plaintiffs' motion to exclude expert testimony.

Plaintiffs respectfully request leave to file their memorandum in excess of the page limitations. The memorandum and accompanying papers are attached as exhibits to this motion.

DATED: October 6, 2023                                     Respectfully submitted,

/s/ Sarah Brannon

| | |
|---|---|
| Leah Aden* | Sarah Brannon* |
| Stuart Naifeh* | Megan C. Keenan* |
| Victoria Wenger* | American Civil Liberties Union Foundation |
| NAACP Legal Defense & Educational Fund | 915 15th St. NW |
| 40 Rector Street, 5th Floor | Washington, DC 20005 |
| New York, NY 10006 | sbrannon@aclu.org |
| laden@naacpldf.org | mkeenan@aclu.org |
| snaifeh@naacpldf.org | |
| vwenger@naacpldf.org | Sophia Lin Lakin* |
| | Dayton Campbell-Harris* |
| I. Sara Rohani* | American Civil Liberties Union Foundation |
| NAACP Legal Defense & Educational Fund | 125 Broad Street, 18th Floor |
| 700 14th Street, Suite 600 | New York, NY 10004 |
| Washington, DC 20005 | slakin@aclu.org |
| srohani@naacpldf.org | dcampbell-harris@aclu.org |
| | lroman@aclu.org |
| John Adcock (La. Bar No. 30372) | |
| Adcock Law LLC | T. Alora Thomas-Lundborg* |
| Louisiana Bar No. 30372 | Daniel J. Hessel* |
| 3110 Canal Street | Election Law Clinic |
| New Orleans, LA 701119 | Harvard Law School |
| jnadcock@gmail.com | 6 Everett Street, Ste. 4105 |
| | Cambridge, MA 02138 |
| Michael de Leeuw* | tthomaslundborg@law.harvard.edu |
| Amanda Giglio* | dhessel@law.harvard.edu |
| Cozen O'Connor | |
| 3 WTC, 175 Greenwich St., | Nora Ahmed (N.Y. Bar. No. 5092374) |
| 55th Floor | ACLU Foundation of Louisiana |
| New York, NY 10007 | 1340 Poydras St., Suite 2160 |
| MdeLeeuw@cozen.com | New Orleans, LA 70112 |
| AGiglio@cozen.com | NAhmed@laaclu.org |
| | |
| Josephine Bahn** | Ron Wilson (La. Bar No. 13575) |
| Cozen O'Connor | 701 Poydras Street, Suite 4100 |
| 1200 19th Street NW | New Orleans, LA 70139 |
| Washington, D.C. 20036 | cabral2@aol.com |
| JBahn@cozen.com | |

*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice
**Pro Hac Vice Motion Forthcoming

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, a copy of the foregoing motion was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Sarah Brannon*
Sarah Brannon*