# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, JARRETT
LOFTON, REV. CLEE EARNEST LOWE, DR.
ALICE WASHINGTON, STEVEN HARRIS,
ALEXIS CALHOUN, BLACK VOTERS
MATTER CAPACITY BUILDING
INSTITUTE, and THE LOUISIANA STATE
CONFERENCE OF THE NAACP,

      *Plaintiffs*,

 v.

R.  KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana,

      *Defendant*.

CIVIL ACTION NO. 3:22-cv-00178
SDD-SDJ

## PLAINTIFFS' MOTION TO EXCLUDE THE
## PROPOSED EXPERT TESTIMONY OF SEAN TRENDE, DR. DOUGLAS JOHNSON, AND DR. TUMULESH K.S. SOLANKY

Plaintiffs, through undersigned counsel, hereby move to exclude the proposed expert testimony of Sean Trende, Dr. Douglas Johnson, and Dr. Tumulesh K.S. Solanky, in accordance with the requirements of Federal Rule of Evidence 702 and the reasons stated in the attached Memorandum of Law.

Plaintiffs respectfully request that this Court grant the motion to exclude the proposed expert testimony of Mr. Trende, Dr. Johnson, and Dr. Solanky.

DATED: October 6, 2023

Leah Aden*
Stuart Naifeh*
Victoria Wenger*
NAACP Legal Defense & Educational Fund

Respectfully submitted,

*/s/ Sarah Brannon*
Sarah Brannon*
Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th St. NW

40 Rector Street, 5th Floor
New York, NY 10006
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

I. Sara Rohani*
NAACP Legal Defense & Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
srohani@naacpldf.org

John Adcock (La. Bar No. 30372)
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

Michael de Leeuw*
Amanda Giglio*
Cozen O'Connor
3 WTC, 175 Greenwich St.,
55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Josephine Bahn**
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Sophia Lin Lakin*
Dayton Campbell-Harris*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org
lroman@aclu.org

T. Alora Thomas-Lundborg*
Daniel J. Hessel*
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Nora Ahmed (N.Y. Bar. No. 5092374)
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70112
NAhmed@laaclu.org

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com

*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice
**Pro Hac Vice Motion Forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023, a copy of the foregoing motion was filed electronically with the Clerk of Court via the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Sarah Brannon*
Sarah Brannon*