IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, JARRETT
LOFTON, REV. CLEE EARNEST LOWE,
DR. ALICE WASHINGTON, STEVEN
HARRIS, ALEXIS CALHOUN, BLACK
VOTERS MATTER CAPACITY BUILDING
INSTITUTE, and THE LOUISIANA STATE
CONFERENCE OF THE NAACP,

        *Plaintiffs*,

      v.

R.  YLE ARDOIN, in his official capacity as
Secretary of State of Louisiana

        *Defendant*.

CIVIL NO. 3:22-cv-00178

## <u>DECLARATION OF WILLIAM S. COOPER</u>

WILLIAM S. COOPER, acting in accordance with 28 U.S.C. § 1746, Federal Rule of Civil

Procedure 26(a)(2)(B), and Federal Rules of Evidence 702 and 703, does hereby declare and say:

## I.    INTRODUCTION

1.    My name is William S. Cooper. I have a B.A. in Economics from Davidson College. As a private consultant, I serve as a demographic and redistricting expert for the Plaintiffs for the above-captioned case.

### A.    <u>Redistricting Experience</u>

2.    I have testified at trial as an expert witness on redistricting and demographics in federal courts in about 55 voting rights cases since the late 1980s. Five of these lawsuits resulted in changes to statewide legislative boundaries: *Rural West Tennessee African-American Affairs Council, Inc. v. McWherter*, No. 92-cv-2407 (W.D. Tenn.); *Old Person v. Brown*, No. 96-cv-0004 (D. Mont.); *Bone Shirt v. Hazeltine*, No. 01-cv-3032 (D.S.D.); *Alabama Legislative Black Caucus v. Alabama*, No. 12-cv-691 (M.D. Ala.), and *Thomas v. Reeves*, No. 18-cv-441 (S.D. Miss.). In *Bone Shirt v. Hazeltine*, the court adopted the remedial plan I developed.[1] Approximately 25 of those cases led to changes in local election district plans.

3.    In 2022 and 2023, I have testified at trial as an expert witness in redistricting and demographics in seven cases challenging district boundaries under Section 2 of the Voting Rights Act: *Caster v. Merrill*, No. 21-1356-AMM (N.D. Ala.), *Pendergrass v. Raffensperger*, No. 21-05337-SCJ (N.D. Ga.), *Alpha Phi Alpha Fraternity v. Raffensperger*, No. 21-05339-SCJ (N.D. Ga.), *NAACP v Baltimore County,* No.21-cv-03232-LKG (Md.), *Christian Ministerial Alliance* v. *Hutchinson* No. 4:19-cv-402-JM (E.D. Ar.), *Robinson v Ardoin*, No. 3:22-cv-00211-SDD-SDJ

---

[1] I have also served as an expert witness on demographics in trials relating to issues other than voting and redistricting. For example, in an April 2017 opinion in *Stout v. Jefferson County Board of Education* (No.2:65-cv-00396-MHH), a school desegregation case involving the City of Gardendale, Alabama, the court made extensive reference to my testimony.

In 2023, I testified on two occasions at trial in a school desegregation case involving the St. Martin Parish School Board – *Thomas v. St. Martin Parish School Board* (No. 6:65-cv-11314 (W.D. La.).

(M.D. La.), and *Caroline County Branch of the NAACP v Town of Federalsburg* , No. 23-00484-SAG (Md.). During that same timeframe, I also testified at trial as an expert in demographics in *NAACP v. Lee*, No. 4:21cv187-MW/MAF (N.D. Fla.).

4.     I have served as a redistricting and demographics consultant or expert in several local-level voting cases in Louisiana. I have over thirty years of experience in local-level voting cases in Louisiana. In 1993, I developed illustrative police jury plans for the parishes of East Carroll, Madison, West Feliciana, and Point Coupee.[2] In 1994 and 1995, I developed illustrative school board plans for the parishes of Bossier, East Carroll, West Carroll, and Iberville.[3] In 1996, I served as a *Gingles 1* expert for the plaintiffs and developed an illustrative plan for the town council in St. Francisville.[4] In 1998, I developed an illustrative plan for the 23rd Judicial District.[5]

5.     In 2005, I served as an expert for the plaintiffs and developed an illustrative plan for the school board in St. Landry Parish.[6] In the 2010 redistricting cycle, I served as the *Gingles 1* expert for the plaintiffs in a Section 2 lawsuit involving the 32nd Judicial District in Terrebonne Parish.[7]

6.     As noted above, I serve as the *Gingles 1* expert for the *Galmon* plaintiffs in *Robinson v. Ardoin*.

---

[2] *Rodney v. McKeithen*, No. 3:1992-CV-735 (M.D. La.).

[3] *Knight v. McKeithen*, No. 3:1994-cv-00848 (M.D. La.) and *Reno v. Bossier Parish School Board*, 528 U.S. 320 (2000).

[4] *Wilson v. St. Francisville*, No. 92-765 (M.D. La.).

[5] *Prejean v. Foster*, No. 02-31065 (5th Cir. 2003).

[6] *NAACP v. St. Landry Parish Police Jury, et al.*, VR-LA-0097, No. 6:03-CV-00610 (W.D. La.).

[7] *Terrebonne Parish NAACP v. Jindal*, No. 3:14-cv-00069 (M.D. La.).

**7.**    For additional historical information on my testimony as an expert witness and experience preparing and assessing proposed redistricting maps for Section 2 litigation, a summary of my redistricting work is attached as **Exhibit A**.

### B.    Purpose of Report

**8.**    The attorneys for the Plaintiffs in this case have asked me to determine whether the African-American[8] population in Louisiana is "sufficiently large and geographically compact"[9] to allow for the creation of additional majority-Black State House and State Senate districts beyond those enacted on March 9, 2022 without Governor Edward's signature.[10]

**9.**    For purposes of the *Gingles 1* analysis in this declaration, I define majority-Black districts as those that are majority-Black voting age ("BVAP"). Unless indicated otherwise, I use the Any Part Black census definition when discussing Louisiana's Black population.[11]

---

[8] In this declaration, "African-American" refers to persons who are single-race Black or Any Part Black (*i.e.*, persons of two or more races and some part Black), including Hispanic Black. In some instances (*e.g.*, for historical comparisons) numerical or percentage references identify single-race Black as "SR Black" and Any Part Black as "AP Black." Unless noted otherwise, "Black" means AP Black. It is my understanding that following the U.S. Supreme Court decision in *Georgia v. Ashcroft*, 539 U.S. 461 (2003), the "Any Part" definition is an appropriate Census classification to use in most Section 2 cases.

[9] *Thornburg v. Gingles*, 478 U.S. 30, 50 (1986).

[10] Throughout this report, I refer to the Legislative Plan enacted on March 9, 2022 as the "2022 Legislative Plan" or by chamber -- the "2022 Senate" and the "2022 House."

[11] For example, when reporting the demographics of specific districts in the exhibits, I also report Black citizen voting age ("BCVAP") and Black registered voters by district.

For district-level BCVAP estimates, I count only persons who are non-Hispanic single-race ("SR") Black or non-Hispanic SR Black or two races -- some part Black and some part White, often referenced as NH DOJ Black. The estimates are disaggregated from the block group level as published by the U.S. Census Bureau.

The most current statewide block group-level data available is from the 2017-2021 Special Tabulation, with a survey midpoint of July, 1 2019.
https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html

10.  In addition, as part of the analysis in this declaration, I review historical and current demographics reported in the decennial census published by the U.S. Census Bureau, as well as socioeconomic characteristics (reflecting communities of interest) reported in the American Community Survey ("ACS") for African Americans and non-Hispanic Whites.[12]

11.  **Exhibit B** describes the sources and methodology I have employed in the preparation of this report. Briefly, I used the Maptitude software program as well as data and shapefiles from the U.S. Census Bureau and the Louisiana Legislature website, among other sources. The illustrative plans presented in this declaration update the illustrative plans described in my July 22, 2022 declaration to better reflect communities of interest and include other technical changes. The majority of the illustrative legislative districts remain unchanged from those in my July 22, 2022 report. The changed districts are identified in **Exhibit B-1** and **Exhibit B-2**.

12.  The 2022 Legislative Plan has 29 majority-Black House districts and 11 majority-Black Senate districts – up one Senate district and three House districts since the 1990 Legislative Plan (based on the 2000 Census). As demonstrated *infra*, this modest increase in the number of majority-Black legislative districts since the 2000 Census has failed to keep pace with the combined impact of a growing statewide Black population, a shrinking statewide White population, and the concentration of Black voters in metropolitan areas of the state.

C.   *Gingles 1* **Analysis – Focus Areas**

13.  To determine whether additional majority-Black legislative districts could be drawn based on the 2020 Census, I focused on: (1) metropolitan areas with substantial Black

---

For counts of Black registered voters, I relied on the Louisiana Legislature's July 2021 public dataset. *See* Louisiana Voter Registration File at the VTD Level, Redistricting Data Hub, https://redistrictingdatahub.org/dataset/louisiana-voter-registration-file-at-the-vtd-level/.

[12] In this report, "Latino" and "Hispanic" are synonymous. References to "non-Hispanic White" are abbreviated as "NH White" or "White".

populations that have experienced Black population growth since 2000 (e.g. Baton Rouge) or, conversely, (2) metropolitan areas with substantial Black population where there has been a decline in the White population since 2000 (e.g. New Orleans and Shreveport).

14.    I define metropolitan areas in Louisiana using the Census Bureau's boundaries for Metropolitan Statistical Areas.

15.    One exception to the metro area focus involved a House district in the Natchitoches area. Under the 2022 House, majority-Black House District ("HD") 23 (in the 2011 House Plan) was eliminated. I examined 2020 Census demographics around Natchitoches to determine whether a majority-Black district could be retained in that area.

**D.    Expert Summary Conclusions**

16.    The Illustrative Legislative Plan that I have prepared (one for the State Senate and one for the State House) demonstrates that Louisiana's Black population is sufficiently numerous and geographically compact to allow for the creation of at least three additional majority-Black Senate districts and at least six additional majority-Black House districts.

17.    Based on my *Gingles 1* analysis, I conclude the following:

**State Senate**

- The 2022 Senate Plan contains 11 majority-Black districts.

- African Americans in Louisiana are sufficiently numerous and geographically compact to allow for at least 14 majority-Black State Senate districts, including **three additional majority-Black districts** in the following Metropolitan Statistical Areas ("MSAs") and parishes:

    o  Shreveport MSA (Caddo and Bossier) -- **Illustrative Senate District ("SD") 38**

o   Baton Rouge MSA (East Baton Rouge, Iberville, Pointe Coupee, and West Baton Rouge) – **Illustrative SD 17**

o   New Orleans MSA (Jefferson and St. Charles) – **Illustrative SD 19**

**State House**

- The 2022 House Plan contains 29 majority-Black districts.

- African Americans in Louisiana are sufficiently numerous and geographically compact to allow for at least 35 majority-Black State House districts, including **six additional majority-Black districts** in the following Metropolitan Statistical Areas ("MSAs") and parishes.

    o   Shreveport MSA (Caddo, Bossier) – **Illustrative HD 1**

    o   Natchitoches MSA (Desoto, Natchitoches, Red River) – **Illustrative HD 23**

    o   Lake Charles MSA (Calcasieu) – **Illustrative HD 38**

    o   Baton Rouge MSA (Ascension and Iberville) – **Illustrative HD 60**

    o   Baton Rouge MSA (East Baton Rouge) **Illustrative HD 65** and **HD 68**

    18.    I drew the Illustrative Legislative Plan based on traditional redistricting principles, including population equality, compactness, contiguity, respect for communities of interest[13], and

---

[13]In my opinion, the Brennan Center provides a reasonable definition of "community of interest", which I have endeavored to follow in the development of the plaintiffs' illustrative plans:

"Several redistricting criteria — like following county or municipal lines, or drawing districts that are compact — are in some ways proxies for finding communities of common interest. These are groups of individuals who are likely to have similar legislative concerns, and who might therefore benefit from cohesive representation in the legislature."

According to the Brennan Center, 24 states define "community of interest" – Louisiana does not.

https://www.brennancenter.org/sites/default/files/analysis/6%20Communities%20of%20Interest.pdf

the non-dilution of minority voting strength. I followed the guidelines spelled out by the Legislature in Joint Rule 21, the legislative guidelines for the 2022 map (**Section V**, *infra).*[14]

19.     The Illustrative Legislative Plan is not a proposed remedial plan. As I explain *infra*, the Illustrative Legislative Plan is superior to the 2022 Legislative Plan on virtually every metric that one could apply to legislative redistricting plans. Other district configurations with similar metrics that would create three additional Senate districts and six additional House districts are possible.[15]

E.     <u>**Organization of Report**</u>

20.     The remainder of this declaration is organized as follows: **Section II** reviews state, regional, and parish demographics from 2000 to 2020; **Section III** presents charts and data summaries that I produced (from the American Community Survey published by the U.S. Census Bureau) – documenting state, regional, and local socioeconomic disparities by race. **Section IV** reviews enacted legislative plans in Louisiana from the 1990s to the 2020s. **Section V** summarizes the redistricting guidelines I followed in drawing the Illustrative Legislative Plan. **Section VI** presents a *Gingles 1* Illustrative Senate Plan based on the 2020 Census, containing 14 majority-Black districts. **Section VII** presents a *Gingles 1* Illustrative House Plan based on the 2020 Census, containing 35 majority-Black districts.

---

[14] "Community of interest" is not defined in the Legislature's Joint Rule 21. Nor am I aware of an official state definition of the term. I relied on incumbent addresses of legislators as geocoded in a 2022 database prepared by the analytics staff of the National ACLU. I am not aware of an official state database containing the residential addresses of incumbent legislators.

[15] For example, the Illustrative House and Senate plans described herein update and modify an illustrative legislative plan submitted to the Defendants in my July 22, 2022 Declaration. For reference, Exhibit B-1 and B-2 identify districts that were modified in the 2023 Illustrative Plans.

## II.    DEMOGRAPHIC PROFILE OF LOUISIANA

### A.    Decennial Census – Statewide Population – 2000 to 2020

21.    The table in **Figure 1** presents the population of Louisiana by race and ethnicity for

the decennial censuses between 2000 and 2020.

**Figure 1: Louisiana – 2000 to 2020 Census
Population by Race and Ethnicity**

| All Ages | 2000 | Percent of Total Population | 2010 | Percent of Total Population | 2020 | Percent of Total Populatio |
|---|---|---|---|---|---|---|
| Total Population | 4,468,976 | 100% | 4,533,372 | 100% | 4,657,757 | 100.00% |
| NH White* | 2,794,391 | 62.53% | 2,734,884 | 60.33% | 2,596,702 | 55.75% |
| Total Minority Pop. | 1,674,585 | 37.47% | 1,798,488 | 39.67% | 2,061,055 | 44.25% |
| Latino | 107,738 | 2.41% | 192,560 | 4.25% | 322,549 | 6.92% |
| NH Black* | 1,443,390 | 32.30% | 1,442,420 | 31.82% | 1,452,420 | 31.18% |
| NH Asian* | 54,256 | 1.21% | 69,327 | 1.53% | 85,336 | 1.83% |
| NH Hawaiian and Pacific Islander* | 24,129 | 0.54% | 28,092 | 0.62% | 1,706 | 0.04% |
| NH Indigenous* | 1,076 | 0.02% | 1,544 | 0.03% | 25,994 | 0.56% |
| NH Other* | 4,736 | 0.11% | 6,779 | 0.15% | 16,954 | 0.36% |
| NH Two or More Races | 39,260 | 0.88% | 57,766 | 1.27% | 156,096 | 3.35% |
| SR Black (Single-race Black) | 1,451,944 | 32.49% | 1,452,396 | 32.04% | 1,464,023 | 31.43% |
| AP Black (Any Part Black) | 1,468,317 | 32.86% | 1,486,885 | 32.80% | 1,543,119 | 33.13% |

* Single-race, non-Hispanic.

22.    According to the 2020 Census, non-Hispanic Whites comprise 55.75% of the

population in Louisiana. African Americans are the next largest racial/ethnic category,

representing 33.13% of the population in 2020—the second highest proportion of any state in the

nation.

23.    As shown in **Figure 1**, the statewide Any Part Black ("AP Black") percentage increased from 32.86% in 2000 to 33.13% in 2020.[16] The minority population climbed from 37.47% in 2000 to 44.25% in 2020, with a corresponding drop in NH White population from 62.53% to 55.75%.

**B.    2020 Census – African American Regional Population Distribution**

24.    The map in **Figure 2** depicts the 2020 Black population percentage by parish, with a transparent overlay depicting cultural regions in the state.

25.    **Exhibit C-1** reports 2020 population by race and ethnicity for the 64 parishes. **Exhibits C-2** (2010) and **C-3** (2000) follow the same format.

26.    There are many ways to define regions in Louisiana – the dividing lines often crisscross or overlap one another. And Black Louisianans are present in substantial numbers in every region and sub-region shown below in the **Figure 2** and **Figure 3** maps.

---

[16] In this declaration, "African American" or "Black" refers to persons who are Any Part Black (*i.e.*, persons of one or more races that are some part Black), including Hispanic Black, unless otherwise specified. It is my understanding that following the U.S. Supreme Court decision in *Georgia v. Ashcroft*, 539 U.S. 461 (2003), the "Any Part" definition is the appropriate Census classification to use in Section 2 cases.

**Figure 2: 2020 Percent Black by Parish (Cultural Region Overlay)**



27.    Black lines in the **Figure 2** map demarcate key multi-parish cultural regions: the

22 parishes of Acadiana (as designated by the state of Louisiana in 1971),[17] the 8 parishes that

---

[17] The 22 Parishes of Acadiana are Acadia, Ascension, Assumption, Avoyelles, Calcasieu, Cameron, Evangeline, Iberia, Iberville, Jefferson Davis, Lafayette, Lafourche, Pointe Coupee, St. Charles, St. James, St. John the Baptist, St .Landry, St. Martin, St. Mary, Terrebonne, Vermilion, and West Baton Rouge. *See* Acadiana Legislative Delegation, https://house.louisiana.gov/acadiana/.

comprise the Florida Parishes,[18] the 14 parishes that define the Delta,[19] and the 13 parishes in the region considered the Louisiana part of the Ark-La-Tex.[20]

28.    Red lines identify other cultural sub-regions: the 8-parish subset of Acadiana identified as the Cajun Heartland,[21] the 2-parish eastern part of the Florida Parishes known as the North Shore,[22] and the three parishes that are known as the River Parishes.[23]

29.    **Figure 3** outlines the eight planning and development districts in Louisiana (established by the State Legislature in 1956) – smoothing out the 2020 Black population percentage from the parish to the regional level. Populations in the planning districts range between 24% Black and 40% Black. Blue labels show the 2020 Black population by planning district.

---

[18] The eight Florida Parishes are East Baton Rouge, East Feliciana, Livingston, St. Helena, St. Tammany, Tangipahoa, Washington, and West Feliciana. *See* Florida Parishes, SE La. Univ., http://www.southeastern.edu/acad_research/programs/csls/parishes/index.html.

[19] The 12 parishes of the Louisiana Delta have been defined as: Morehouse, Ouachita, and West Carroll, East Carroll, Caldwell, Desoto, Tensas, Catahoula, Richland, Madison, Franklin, LaSalle, and Concordia. https://www.louisianavoices.org/deltapieces/DPEducatorsGuide_Ch2.pdf

[20] The Parishes of Bienville, Bossier, Caddo, Claiborne, Desoto, Jackson, Lincoln, Natchitoches, Red River. Sabine, Union, Webster and Winn are considered part of the 3-state Ark-La-Tex region. https://en.wikipedia.org/wiki/Ark-La-Tex.

[21] Lafayette, Acadia, Iberia, St. Landry, St. Martin, Vermilion, Evangeline and St. Mary are the "Cajun Heartland," which makes up about a third of the entire Acadiana region. *See n. 14*, *supra*.

[22] The North Shore parishes are Tangipahoa and St. Tammany.

[23] The three River Parishes are St. Charles, St. James, and St. John the Baptist. https://en.wikipedia.org/wiki/River_Parishes

**Figure 3: 2020 Black Population by Planning District**



30.     A comparison of the **Figure 2** and **Figure 3** maps reveals that the regional planning district boundaries are often not congruent with cultural regional boundaries or with MSA boundaries (depicted *infra* in **Figure 9**).

31.     **Figure 4** presents the 2020 population by race and ethnicity for the eight planning and development districts.

**Figure 4: Planning and Development Districts – 2020 Census Population by Race and Ethnicity**

|      | Planning District | Population | Latino | NH White | AP Black | % AP Black | % Minority | % NH White |
|------|-------------------|-----------:|-------:|---------:|---------:|-----------:|-----------:|-----------:|
| PD-1 | New Orleans Area | 1,156,627 | 139,164 | 558,843 | 401,566 | 34.7% | 51.68% | 48.32% |
| PD-2 | Capital Region | 1,028,150 | 62,922 | 562,770 | 363,101 | 35.3% | 45.26% | 54.74% |
| PD-3 | South Central | 392,800 | 26,243 | 235,411 | 110,099 | 28.0% | 40.07% | 59.93% |
| PD-4 | Acadiana | 593,274 | 29,010 | 374,488 | 170,358 | 28.7% | 36.88% | 63.12% |
| PD-5 | Imperial Calcasieu | 313,951 | 15,479 | 211,324 | 74,487 | 23.7% | 32.69% | 67.31% |
| PD-6 | Kisatchie-Delta | 296,774 | 15,581 | 187,492 | 80,485 | 27.1% | 36.82% | 63.18% |
| PD-7 | NW Development Corp. | 573,210 | 24,900 | 295,920 | 228,523 | 39.9% | 48.37% | 51.63% |
| PD-8 | North Delta | 302,971 | 9,250 | 170,454 | 114,500 | 37.8% | 43.74% | 56.26% |

### C.    Decennial Census – Statewide Voting Age Population – 2000 to 2020

**32.**    **Figure 5** reports the statewide voting age population ("VAP") by race and ethnicity for 2000 to 2020.

**33.**    Reflecting a younger and growing population, the statewide 2020 BVAP is 31.25% (1.88 points lower than the overall Black population percentage). By contrast, the NH White VAP is 58.31% (2.56 points higher than the corresponding percentage for the overall NH White population).

**34.**    As shown in **Figure 5**, the statewide BVAP increased from 29.95% in 2000 to 31.25% in 2020. During that same time period, the NH White VAP dropped about seven percentage points, from 65.51% in 2000 to 58.31% in 2020.

14

**Figure 5: Louisiana – 2000 to 2020 Census
Voting Age Population by Race and Ethnicity**

| Voting Age | 2000 | Percent of Voting Age | 2010 | Percent of Voting Age | 2020 | Percent of Voting Age |
|---|---|---|---|---|---|---|
| Voting Age Population | 3,249,177 | 100.00% | 3,415,357 | 100.00% | 3,570,548 | 100.00% |
| NH White* | 2,128,485 | 65.51% | 2,147,661 | 62.88% | 2,082,110 | 58.31% |
| Total Minority Pop. | 1,120,692 | 34.49% | 1,267,696 | 37.12% | 1,488,438 | 41.69% |
| Latino | 77,083 | 2.37% | 138,091 | 4.04% | 223,662 | 6.26% |
| NH Black* | 959,622 | 29.53% | 1,019,582 | 29.85% | 1,066,511 | 29.87% |
| NH Asian* | 39,702 | 1.22% | 53,638 | 1.57% | 67,983 | 1.90% |
| NH Hawaiian and Pacific Islander* | 800 | 0.02% | 1,152 | 0.03% | 1,322 | 0.04% |
| NH Indigenous* | 16,315 | 0.50% | 19,952 | 0.58% | 19,531 | 0.55% |
| NH Other* | 2,803 | 0.09% | 4,526 | 0.13% | 11,524 | 0.32% |
| NH Two or More Races | 24,367 | 0.75% | 30,755 | 0.90% | 97,905 | 2.74% |
| Black (Single-race Black) | 965,052 | 29.70% | 1,026,233 | 30.05% | 1,073,754 | 30.07% |
| AP Black (Any Part Black) | 973,149 | 29.95% | 1,040,701 | 30.47% | 1,115,769 | 31.25% |

   * Single-race, non-Hispanic.

### D.    Citizen Voting Age Population –2021 American Community Survey

**35.**    According to the 1-year 2021 ACS**,** Any Part Black Louisianans comprise 31.5%

of the CVAP, Latinos 3.3%, and NH Whites 60.7%.[24]  Black CVAP is poised to climb this decade.

Of citizens of all ages, 33.2% are AP Black.

---

[24] **Table S2901 -- CITIZEN, VOTING-AGE POPULATION BY SELECTED
CHARACTERISTICS** (1-year 2021 ACS )
https://data.census.gov/table?q=S2901&g=040XX00US22&tid=ACSST1Y2021.S2901

**Public Use Microdata Sample of the 1-Year 2021 ACS**
*AP Black CVAP:*
https://data.census.gov/mdat/#/search?ds=ACSPUMS1Y2021&vv=AGEP(18:99)&cv=RACBL
K(1),CIT&rv=ucgid&wt=PWGTP&g=0400000US22

*AP Black Citizens – all ages:*
https://data.census.gov/mdat/#/search?ds=ACSPUMS1Y2021&vv=AGEP&cv=RACBLK%281

E.    **Statewide Population Change by Decade – 2000 to 2020**

36.    As shown in **Figure 6**, Louisiana's population grew between 2000 and 2020 (blue

shaded rows) —up 4.22% from 4.47 million to 4.66 million.

**Figure 6: Louisiana – 2000 to 2020 Census**
**Population Change by Race**

|  | Total Pop. | NH White | Total Minority | AP Black |
|---|---|---|---|---|
| **2000 Census** | 4,468,976 | 2,794,391 | 1,674,585 | 1,468,317 |
| **2010 Census** | 4,533,372 | 2,734,884 | 1,798,488 | 1,486,885 |
| **2020 Census** | 4,657,757 | 2,596,702 | 2,061,055 | 1,543,119 |
|  |  |  |  |  |
| **2000 - 2010 Gain/Loss** | 64,396 | -59,507 | 123,903 | 18,568 |
| **% 2000 - 2010 Gain/Loss** | 1.44% | -2.13% | 7.40% | 1.26% |
| **% of Statewide 2000 - 2010 Gain** | 100.0% | Net loss | 192.4% | 28.8% |
|  |  |  |  |  |
| **2010 to 2020 Gain/Loss** | 124,385 | -138,182 | 262,567 | 56,234 |
| **% 2010 to 2020 Gain/Loss** | 2.74% | -5.05% | 14.60% | 3.78% |
| **% of Statewide 2010 - 2020 Gain** | 100% | Net loss | 211.09% | 45.21% |
|  |  |  |  |  |
| **2000 to 2020 Gain/Loss** | 188,781 | -197,689 | 386,470 | 74,802 |
| **% 2000 to 2020 Gain/Loss** | 4.42% | -7.07% | 23.08% | 5.09% |
| **% of Statewide 2000 - 2020 Gain** | 100% | Net loss | 204.7% | 39.6% |

37.    The statewide population growth between 2000 and 2020 can be attributed entirely

to a 23.08% gain in the minority population. Over the two decades, the Black population increased

by 5.09%, while the NH White population fell by 7.07%.

---

%29,CIT&rv=ucgid&wt=PWGTP&g=0400000US22

F.    **The Rural to Urban Shift – MSA Population Change – 2000 to 2020**

**38.**    The table in **Figure 7** shows population change between 2000 and 2020 by MSA and the statewide non-metro remainder.[25] For reference, **Exhibit D** is a Census Bureau-produced map depicting the nine MSAs in Louisiana.

**39.**    All told, in this century, the MSAs have grown by 233,382 persons (equivalent to about two Senate districts and five House districts), while non-metro/rural areas of the state lost 44,601 persons (equivalent to about one House district).

.        **Figure 7: Louisiana by MSA Region – 2000 to 2020 Population Change**

| MSA/Region (# of parishes) | 2000 Pop. | 2010 Pop. | 2020 Pop. | Pop. Change (2000-2020) | % Pop. Change (2000-2020) |
|---|---|---|---|---|---|
| Alexandria (2) | 145,035 | 153,922 | 152,192 | 7,157 | 4.93% |
| Baton Rouge (10) | 729,361 | 825,905 | 870,569 | 141,208 | 19.36% |
| Hammond (1) | 100,588 | 121,097 | 133,157 | 32,569 | 32.38% |
| Houma-Thibodaux (2) | 194,477 | 208,178 | 207,137 | 12,660 | 6.51% |
| Lafayette (4) | 425,020 | 466,750 | 478,384 | 53,364 | 12.56% |
| Lake Charles (2) | 193,568 | 199,607 | 222,402 | 28,834 | 14.90% |
| Monroe (3) | 201,074 | 204,420 | 207,104 | 6,030 | 3.00% |
| New Orleans-Metairie (8) | 1,337,726 | 1,189,866 | 1,271,845 | **-65,881** | **-4.92%** |
| Shreveport-Bossier City (3) | 375,965 | 398,604 | 393,406 | 17,441 | 4.64% |
| **Subtotal MSA** | 3,702,814 | 3,768,349 | 3,936,196 | 233,382 | 6.30% |
| Non-MSA Remainder | 766,162 | 765,023 | 721,561 | **-44,601** | **-5.82%** |
| **Statewide** | 4,468,976 | 4,533,372 | 4,657,757 | 188,781 | 9.45% |

---

[25] Metropolitan Statistical Areas are defined by the U.S. Office of Management and Budget and reported in historical and current census data produced by the Census Bureau. MSAs "consist of the county or counties (or equivalent entities) associated with at least one urbanized area of at least 50,000 population, plus adjacent counties having a high degree of social and economic integration with the core as measured through commuting ties." Source: https://www.census.gov/geo/reference/gtc/gtc_cbsa.html.

The population figures in **Figure 5** are adjusted to reflect boundaries conforming to the current 2020 MSA boundaries. In 2015, St. James Parish was added to the New Orleans MSA and Hammond (Tangipahoa Parish) became a newly defined MSA.

40.    Baton Rouge (+141,208) accounts for more than half of the total 2000-2020 population gain in the MSAs. The New Orleans MSA has yet to recover to pre-Katrina population levels and is the only MSA that lost population (-65,881) over the two decades.

41.    As shown in **Figure 8,** between 2000 and 2020, Black population at the MSA-level grew in eight of the nine MSAs. The exception is the New Orleans MSA. But the 2000-2010 New Orleans losses are reversing, The 2020 Census reported that the New Orleans MSA has gained 32,272 Black persons and 81,979 persons overall since the 2010 Census.

**Figure 8: Louisiana by MSA Region – 2000 to 2020 Black Population Change**

| MSA/Region (# of Parishes) | 2000 Black | 2010 Black | 2020 Black | Black Change (2000-2020) | % Black Change (2000-2020) |
|---|---|---|---|---|---|
| Alexandria (2) | 41,168 | 46,752 | 45,927 | 4,759 | 11.56% |
| Baton Rouge (10) | 250,386 | 297,951 | 314,008 | 63,622 | 25.41% |
| Hammond (1) | 28,737 | 37,381 | 41,879 | 13,142 | 45.73% |
| Houma-Thibodaux (2) | 30,515 | 35,435 | 39,002 | 8,487 | 27.81% |
| Lafayette (4) | 103,279 | 119,699 | 125,287 | 22,008 | 21.31% |
| Lake Charles (2) | 45,189 | 49,960 | 59,511 | 14,322 | 31.69% |
| Monroe (3) | 69,777 | 76,717 | 78,925 | 9,148 | 13.11% |
| New Orleans-Metairie (8) | 508,464 | 418,180 | 450,452 | **-58,012** | **11.41%** |
| Shreveport-Bossier City (3) | 145,217 | 158,435 | 161,828 | 16,611 | 11.44% |
| **Subtotal MSA** | 1,222,732 | 1,240,510 | 1,316,819 | 94,087 | 7.69% |
| Non-MSA Remainder | 245,585 | 246,375 | 226,300 | **-19,285** | **-7.85%** |
| **Statewide** | 1,468,317 | 1,486,885 | 1,543,119 | 74,802 | 5.09% |

42.    Rural non-metro parishes lost Black population (-19,285) between 2000 and 2020, reflecting a rural-to-urban shift as the Black population grew by 94,087 persons at the MSA-level.

43.    In contrast to 2000-2020 Black population growth at the MSA level, the map in **Figure 9** and table in **Figure 10** paint a different regional pattern for the White population over the two decades.

44.    Black lines on the **Figure 9** map delineate the boundaries of the nine MSAs. Green labels show Black population change by MSA between 2000 and 2020. Grey labels show White population change between 2000 and 2020. Red fonts indicate population loss. Non-MSA parishes are shaded yellow.

**Figure 9: MSA-level Black vs. White Population Change 2000-2020**



45.    As detailed in the **Figure 10** table, between 2000 and 2020, the White population fell in six of the nine MSAs for a net loss of 201,689 persons (equivalent to almost two Senate districts and five House districts). Over the two decades, the White population fell (-116,698) in

the New Orleans MSA, with an incremental loss between 2010 and 2020 (-24,540), even as the New Orleans MSA Black population grew in the past decade.[26]

**Figure 10: Louisiana by MSA – 2000 to 2020 NH White Population Change**

| MSA/Region (# of Parishes) | 2000 NH White | 2010 NH White | 2020 NH White | NH White Change (2000-2020) | % NH White Change (2000-2020) |
|---|---|---|---|---|---|
| Alexandria (2) | 98,918 | 98,984 | 93,001 | -5,917 | -5.98% |
| Baton Rouge (10) | 453,697 | 480,750 | 466,937 | 13,240 | 2.92% |
| Hammond (1) | 69,300 | 77,807 | 79,825 | 10,525 | 15.19% |
| Houma-Thibodaux (2) | 150,485 | 151,869 | 139,524 | -10,961 | -7.28% |
| Lafayette (4) | 307,873 | 322,165 | 310,101 | 2,228 | 0.72% |
| Lake Charles (2) | 142,960 | 140,168 | 142,284 | -676 | -0.47% |
| Monroe (3) | 127,000 | 121,222 | 113,935 | -13,065 | 10.29% |
| New Orleans-Metairie (8) | 731,514 | 639,356 | 614,816 | -116,698 | -5.95% |
| Shreveport-Bossier City (3) | 217,317 | 218,052 | 195,831 | -21,486 | -9.89% |
| Subtotal MSA | 2,299,064 | 2,250,373 | 2,156,254 | -142,810 | -6.21% |
| Non-MSA Remainder | 495,327 | 484,511 | 440,448 | -54,879 | 11.08% |
| Statewide | 2,794,391 | 2,734,884 | 2,596,702 | -197,689 | -7.07% |
| Baton Rouge (adjusting for 2020 Census Angola prison count error) - **4,000** NH white estimate | | | 462,937 | 9,240 | 2.04% |
| Statewide (adjusted) | | | 2,592,702 | -201,689 | -7.22% |

**46.** White population gains between 2000 and 2020 were recorded in the MSAs of Baton Rouge, Lafayette, and Hammond, but the Black population increased at a much faster pace in the Baton Rouge and Lafayette areas.

---

[26] As shown in yellow highlights in **Figure 10**, after adjusting for a clear 2020 Census error involving Angola prison in West Feliciana Parish – not yet corrected by the Census Bureau – White population grew by an estimated 9,240 persons in the Baton Rouge MSA. Under the 2020 Census, there are 5,429 persons (4,095 NH White) assigned to the three prison census blocks, of whom 5,265 are incarcerated. In all likelihood, the Census Bureau has mismatched the NH White and Black prison population in the prison blocks.

47.     After accounting for the Angola prison error, the statewide MSA-level White population was down by -7.22% between 2000 and 2020, while the MSA-level Black population grew at a 7.69% clip. Both groups experienced substantial losses in non-metro population over the 20-year time frame – but the non-metro -11.08% White loss was steeper than the -7.85% loss for the Black population.[27]

48.     The combined impact of the 2000 to 2020 rural-to–urban Black population shift (**Figure 8** and **Figure 9**) and Black population gains vis-à-vis White population losses (**Figure 9** and **Figure 10**) in the MSAs makes it possible to draw additional majority-Black legislative districts that were not drawn in the 2022 Plan (see Illustrative Legislative Plan in **Section VI** and **VII** *infra*).

## III.    SOCIOECONOMIC PROFILE OF LOUISIANA

49.     Non-Hispanic Whites significantly outpace African Americans in Louisiana across a broad range of socioeconomic measures, as reported in the 1-year 2019 ACS.[28] This disparity is summarized below and depicted with further detail in charts in **Exhibit E-1** and the

---

[27] For simplicity and consistency with the current uncorrected 2020 Census data, other than references to the **Figure 9** map and **Figure 10** table, I have made no adjustments to the 2020 Census elsewhere in this declaration – including election plan district statistics.

[28] *See* Selected Population Profile in the United States, U.S. Census Bureau, https://data.census.gov/cedsci/table?text=s0201&t=-0A%20-%20All%20available%20non-Hispanic%20Origin%3A005%20-%20Black%20or%20African%20American%20alone%20or%20in%20combination%20with%20one%20or%20more%20other%20races&g=0400000US01%245000000,22&y=2019

The 1-year 2019 ACS is the last year before the 2020-2021 period impacted by the COVID-19 pandemic. The 2020 ACS was canceled due to the pandemic.

table in **Exhibit E-2**.[29]

A. **Income**

- 29.4% of African Americans in Louisiana live in poverty, compared to 12.7% of Whites. (**Exhibit E-1 at p. 22 and Exhibit E-2 at p. 8**)
- 42.7% of African-American children live in poverty, compared to 15.0% of White children. (**Exhibit E-1 at p. 22 and Exhibit E-2 at p. 8**)
- African-American median household income is $32,782, compared to the $61,967 median income for White households. (**Exhibit E-1 at p. 14 and Exhibit E-2 at p.7**)
- Per capita income disparities in Louisiana track the disparities seen in median household income. African-American per capita income is $19,381, compared to White per capita income of $34,690. (**Exhibit E-1 at p. 17 and Exhibit E-2 at p. 8**)
- 27.0% of African-American households rely on food stamps (SNAP), triple the 8.6% SNAP participation rate of White households. (**Exhibit E-1 at p. 15 and Exhibit E-2 at p. 7**)

B. **Education**

- Of persons 25 years of age and over, 17.8% of African Americans have not finished high school, compared to 11.1% of their White counterparts. (**Exhibit E-1 at p. 5 and Exhibit E-2 at p. 3**)
- At the other end of the educational scale, for ages 25 and over, 17.2% of African Americans have a bachelor's degree or higher, compared to 28.9% of Whites. (**Exhibit E-1 at p. 5 and Exhibit E-2 at p. 3**)

C. **Employment**

- The Black unemployment rate (for the population over 16, expressed as a percent of the civilian labor force) is 8.0%, compared to a 4.2% White unemployment rate. (**Exhibit E-1 at p. 11 and Exhibit E-2 at p. 5**)
- Of employed African Americans, 26.5% are in management or professional occupations, compared to 40.4% rate of Whites. (**Exhibit E-1 at p. 13 and Exhibit E-2 at p. 6**)

---

[29] For statistics from the 1-year ACS, as elsewhere in this declaration, "White" refers to NH White. "Black" or "African American" refers to Any Part Black.

### D.   Housing

- In Louisiana, about half of African-American householders (49.0%) are homeowners, while three-fourths of White households (76.6%) are owner-occupied. (**Exhibit E-1 at p. 21 and Exhibit E-2 at p. 9**)
- Median home value for African-American homeowners is $133,000, compared to the $186,700 median home value for Whites. (**Exhibit E-1 at p. 25** and **Exhibit E-2 at p. 10**)

### E.   Transportation/Communication

- About one in six African-American households (16.4%) lacks access to a vehicle, while 4.7% of White households are without a vehicle. (**Exhibit E-1 at p. 23 and Exhibit E-2 at p. 9**)
- There is a 7-point Black-White gap in households with a computer – 84.3% versus 91.6%. (**Exhibit E-1 at p. 27** and **Exhibit E-2 at p. 10**)
- With respect to broadband internet connections, African-American households trail White households – 72.6% versus 84.3%. (**Exhibit E-1 at p. 27** and **Exhibit E-2 at p. 10**)

50.    Also attached as exhibits are charts depicting socioeconomic disparities in the Baton Rouge MSA (**Exhibit F**) and New Orleans MSA (**Exhibit G**), which contain two of the three additional illustrative majority-Black Senate districts and three of six additional illustrative majority-Black House districts. Both exhibits are based on the 1-year 2019 ACS.

51.    In addition, I have prepared socioeconomic contrast charts by race and ethnicity for all parishes, municipalities, and unincorporated places with populations greater than 2,500 (and 10% or more SR Black), available via the link below.[30]

http://www.fairdata2000.com/ACS_2015_19/Louisiana/

52.    The 5-year 2015-2019 charts make clear that the statewide and MSA-level disparities by race are also present at the parish and municipal level in all of the majority-Black

---

[30] These charts are from the 5-year 2015-2019 ACS. The 5-year ACS reports estimates only for single-race Black (including Hispanic Black). The charts and data tables I have prepared also report corresponding estimates for the Latino and NH White population.

Illustrative Senate and House districts. Louisiana's Black population is a community of interest with a shared culture and history that transcends even the clear contemporary socioeconomic disparities that exist across the state vis-à-vis the White population.

## IV.    LEGISLATIVE PLANS – 1990s BENCHMARK TO 2022

### A.    <u>Majority-Black Districts – 1990s Benchmark to 2022</u>

**53.**    As shown in **Figure 11**, at the start of the 21st century, there were 26 majority-Black House districts and 10 majority-Black Senate districts in Louisiana, based on the 1990s Legislative Plan and according to the 2000 Census.

**54.**    After the Census 2000 legislative redistricting, there were 27 majority-Black House districts and 9 majority-Black Senate districts. On balance, this was a backward step because a majority-Black Senate seat was removed (from 10 to 9) and replaced with a majority Black House district (from 26 to 27).

**Figure 11: Number of Majority-Black Legislative Districts**
**By Plan – 1990s to 2020s**

| Decennial Census | Legislative Plan | Statewide Majority-Black Senate Districts | Statewide Majority-Black House Districts |
|---|---|---|---|
| 2000 | 1990 | 10 | 26 |
| 2000 | 2001 | 9 | 27 |
| 2010 | 2001 | 9 | 23 |
| 2010 | 2011 | 11 | 28 |
| 2020 | 2011 | 10 | 28 |
| 2020 | 2022 | 11 | 29 |

**55.**    By 2010, the number of majority-Black House districts under the 2000 Plan had dropped to 23 – due in large part to residential dislocations in the New Orleans area caused by Katrina. The 2011 Legislative Plan brought the number of majority-Black Senate districts back to 11, with 28 majority-Black House districts.

24

56.     There were 11 majority-Black districts under the 2011 Senate Plan (2010 Census) and there are 11 under the 2022 Senate Plan. The 2022 Senate Plan restores SD 5 to the majority-Black status it held based on the 2010 Census. Between 2010 and 2020, SD 5 dropped from 50.1% BVAP to 43% BVAP.

57.     On the other hand, the 2022 House Plan adds one majority Black House district – up to 29 from 28 under the 2011 House Plan. The new 2022 House district is HD 62 in the Baton Rouge MSA, encompassing part of East Baton Rouge Parish, as well as all of East Feliciana Parish.

58.     All told, since 2000, one majority-Black Senate district (compared to the 1990 Senate Plan) and two majority-Black House districts (compared to the 2000 House Plan) have been added. Still, this is a paltry increase given the more than 7% statewide decline in the NH White population and the 5.09% climb in the Black population over the same 20-year period.

**B.      Demographics of Majority-Black and Majority-White Districts**

59.     As **Figure 12** reveals, despite the major changes in the composition of the State's population over the past two decades, the percentage of Black Louisianans of voting age residing in majority-Black legislative districts has hovered around 50% – except for the 2000s when the Black VAP dropped to the 40% range in both chambers under the 2001 Legislative Plan.

**Figure 12: Same Race VAP in Majority-Black and Majority-White Districts
1990s to 2022 Legislative Plans**

| Decennial Census | Legislative Plan | Black VAP in Majority Black Senate Districts | NH White VAP in Majority White Senate Districts | Black VAP in Majority Black House Districts | NH White VAP in Majority White House Districts |
|---|---|---|---|---|---|
| 2000 | 1990s | 47.8% | 88.4% | 50.6% | 90.3% |
| 2000 | 2001 | 39.8% | 86.7% | 47.9% | 87.8% |
| 2010 | 2001 | 39,0% | 88.7% | 42.6% | 86.9% |
| 2010 | 2011 | 53.2% | 84.3% | 55.1% | 85.2% |
| 2020 | 2011 | 47.0% | 82.3% | 53.8% | 85.3% |
| 2020 | 2022 | 53.6% | 84.4% | 55.6% | 83.4% |

60.    By contrast, the percentage of the White VAP in majority-White districts has remained in the mid- 80s over the same timeframe. This huge-30 point White-to-Black majority-district residency gap indicates that Black populations have been disproportionately "cracked" [31] into majority-White districts, "packed"[32] into overwhelmingly majority-Black districts, or both.

C.    **2022 Senate Plan**

61.    **Exhibit H-1** contains detailed 2020 population statistics by district for the 2022 Senate. The map in **Exhibit H-2** is a statewide map of the 2022 Senate (best viewed or printed at 200%). **Exhibit H-3** identifies parish-level population by district. **Exhibit H-4** identifies district splits by parish and VTD. **Exhibit H-5** identifies municipal splits by district.

62.    To facilitate comparison with the Illustrative Senate Plan, I have prepared several sets of more detailed maps. For ease of reference and complete visual coverage, regional maps

---

[31] "Cracking" describes election districts that fragment or divide the minority population, resulting in an overall dilution of minority voting strength in the voting plan.

[32] "Packing" describes election districts where a minority population is unnecessarily concentrated, resulting in an overall dilution of minority voting strength in the voting plan

accompanying the 2022 Senate (**Exhibit H-6**) are organized by planning district ("PD") number (from PD 1 to PD 8 – see **Figure 2** *supra*).

63.     **Exhibit H-7** contains maps in sequential order that zoom in on each of the 11 majority-Black 2022 Senate districts.

64.     MSAs are identified in all of the maps with bold black lines. Parish lines are shown with dotted grey lines. Blue labels identify majority-Black districts.

D.     **2022 House Plan**

65.     Maps and statistics for the 2022 House are organized in the same fashion as the 2022 Senate.

66.     **Exhibit I-1** contains detailed 2020 population statistics by district for the 2022 House. The map in **Exhibit I-2** is a statewide map of the 2022 House (best viewed or printed at 200%). **Exhibit I-3** identifies parish-level population by district. **Exhibit I-4** identifies district splits by parish and VTD. **Exhibit I-5** identifies municipal splits by district.

67.     **Exhibit I-6** contains maps zooming on the eight regional planning districts (from PD 1 to PD 8). **Exhibit I-7** contains maps in sequential order that zoom in on each of the 29 majority-Black House districts.

68.     MSAs are identified in all of the maps with bold black lines. Parish lines are shown with dotted grey lines. Blue labels identify majority-Black districts.

V.     **REDISTRICTING GUIDELINES**

A.     **Traditional Redistricting Principles**

69.     I applied traditional redistricting principles – one-person one-vote, compactness, contiguity, the non-dilution of minority voting strength, and preservation of communities of interest – when drafting the Illustrative Legislative Plan (one for the Senate and one for the House).  I also

took into account incumbent addresses which may factor into the overall framework of community

of interest. I relied on incumbent addresses of legislators as geocoded in a 2022 database prepared

by the analytics staff of the National ACLU. Based on the ACLU's 2022 database, no term-eligible

incumbents are paired under the Illustrative Plans.

70.    The illustrative plans are drawn to follow, to the extent possible, parish and municipal

boundaries. Where parishes and municipalities are split, I have generally used whole 2020 VTDs as

sub-parish components.[33] Where VTDs are split, I have followed municipal boundaries, census

block group boundaries, or census block boundaries.

B.    **Joint Rule No. 21 Redistricting Criteria**

71.    I have reviewed the Legislature's Census 2020 redistricting criteria as embodied in

the Legislature's Joint Rule No. 21 "Redistricting criteria" ("JR 21").[34] In my opinion, the

illustrative plans comply with JR 21, specifically with respect to the following:

- *Sec. G(1) – To the extent practicable, each district within a redistricting plan submitted for consideration shall contain whole election precincts as those are represented as Voting Districts (VTDs).*

- *Sec. H – All redistricting plans shall respect the established boundaries of parishes, municipalities, and other political subdivisions and natural geography of this state to the extent practicable. However, this criterion is subordinate to and shall not be used to undermine the maintenance of communities of interest within the same district to the extent practicable.*

72.    JR 21 does not stipulate a range for deviations from the ideal district size in the

Legislative Plan. Accordingly, I followed the Legislature's lead and drew all illustrative districts

---

[33] VTDs are 2020 precincts or precinct proxies defined by the Census Bureau in the PL94-171 redistricting file, with corresponding geographic shapefiles.

[34] *See* Joint Rule No. 21, https://www.legis.la.gov/Legis/Law.aspx?d=1238755.

so that they fall within a +/- 5% deviation from the ideal district population size (119,430 for the

Senate and 44,360 for the House).

## VI.    ILLUSTRATIVE SENATE PLAN

### A.    Illustrative Senate Plan – Overview

**73.**    The map in **Figure 13** displays three additional majority Black districts (outlined

in red with small blue labels) in the Illustrative Senate – **Illustrative SD 38**-Shreveport-Bossier

City MSA, **Illustrative SD 17** --Baton Rouge MSA, and **Illustrative SD 19** -New Orleans MSA.

All three of the additional majority-Black districts are urban-centric and more compact than their

2022 Senate counterparts.

**Figure 13: Location of 3 Additional Majority-Black Districts in Illustrative Senate Plan**



29

74.     Green areas on the **Figure 13** map represent other majority-Black districts in the Illustrative Senate that generally encompass areas within majority-Black districts under the 2022 Senate. All told, the Illustrative Plan modifies in some fashion 35 of the 39 Senate districts in the 2022 Plan. SD 11, 12, 16, and 37 are not changed. Put differently, a core population[35] representing 74.2% of the state's population is kept together in the redraw from the 2022 Senate Plan to the Illustrative Senate Plan. (See **Exhibit L-2** *infra*.) By comparison, 80.2% of the state's population was kept together in the redraw from the Benchmark 2011 Plan to the 2022 Senate Plan. (See **Exhibit L-4** *infra*.)

75.     As documented in charts and datasets from the American Community Survey (see **Section III**), Black persons in Illustrative SD 38, SD 17, and SD 19 are a community of interest based on socio-economic characteristics and racial disparities at the parish and municipal levels.

76.     Illustrative SD 17 and Illustrative SD 19 also encompass a 4-district community of interest in the Illustrative Senate Plan. These two districts anchor the north and south ends of Louisiana's Chemical Corridor (aka "Cancer Alley"), with majority-Black Illustrative SD 2 and Illustrative SD 14 sandwiched in-between.

77.     Maps and statistics for the Illustrative Senate are organized in the same fashion as the 2022 Senate (*supra*).

78.     **Exhibit J-1** contains detailed 2020 population statistics by district for the Illustrative Senate. The map in **Exhibit J-2** is a statewide map of the Illustrative Senate (best

---

[35] I define "core population" as the largest district-level subset of a population that is kept together in the shift from one plan to another (without taking into account changes in district numbers or changes in incumbent representation). The core population is identified with shading in the referenced tabular exhibits.

viewed or printed at 200%). **Exhibit J-3** identifies parish-level population by district. **Exhibit J-4** identifies district splits by parish and VTD. **Exhibit J-5** identifies municipal splits by district.

79.     To facilitate comparison with the 2022 Senate, I have prepared several sets of more detailed maps. For ease of reference and complete visual coverage, regional maps accompanying the 2022 Senate (**Exhibit J-6**) are organized by planning district (PD 1 to PD 8 – see **Figure 2**, *supra*)).

80.     **Exhibit J-7** contains maps in sequential order that zoom in on each of the 14 majority-Black Senate districts. MSAs are identified in all of the Exhibit J series maps with bold black lines and blue labels. Parish lines are shown with dotted grey lines.

81.     The link below is a statewide interactive map depicting the Illustrative Senate Plan color-coded in the same fashion as the **Exhibit J** series. The map is address-searchable. A thin purple- line overlay depicting the 2022 Plan Senate boundaries can be clicked on and off via the legend in the  top left corner of the map.[36]

https://online.caliper.com/mas-874-drp-290-ujr/maps/lixfs8aj00js4k78e8z6

Alternatively, the Illustrative Senate Plan can also be viewed and analyzed on the Dave's Redistricting website at the following link:

https://davesredistricting.org/join/fdcf5b8e-7661-4390-9060-264b6e44ce37

For comparison, the 2022 Senate Plan can be viewed and analyzed on the Dave's Redistricting website at the following link:

https://davesredistricting.org/maps#viewmap::12eedba5-68de-4ab4-a3bb-7f59d9268041

---

[36] For additional population stats (county and place), click anywhere on the map. Click on the column headings in the sidebar legend to view available population data at the clicked point.

### B.  Senate Plan Metrics – Illustrative vs. 2022

### i.        Compactness Measures

82.    The districts in the Illustrative Senate Plan are reasonably shaped and compact. **Exhibit K-1** reports district-by-district compactness scores generated by Maptitude for the 2022 Senate. Compactness scores for the Illustrative Senate are in **Exhibit K-2**.

83.    Each exhibit reports three compactness scores: Reock, Polsby-Popper, and Convex Area/Hull.[37] Higher scores indicate higher compactness.

84.    The table in **Figure 14** summarizes the Reock and Polsby-Popper scores (the two most commonly referenced measures) for the 2022 Senate, alongside scores for the Illustrative Plan.

85.    The higher scores are in boldface. The Illustrative Senate Plan scores higher on all of the 12 categories (mean, lowest, and highest).

---

[37] "The Reock test is an area-based measure that compares each district to a circle, which is considered to be the most compact shape possible. For each district, the Reock test computes the ratio of the area of the district to the area of the minimum enclosing circle for the district. The measure is always between 0 and 1, with 1 being the most compact. The Reock test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan." *Maptitude For Redistricting* software documentation (authored by the Caliper Corporation).

The Polsby-Popper test computes the ratio of the district area to the area of a circle with the same perimeter: 4pArea/ (Perimeter2). The measure is always between 0 and 1, with 1 being the most compact. The Polsby-Popper test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan. *Id.*

The Area/Convex Hull test computes the ratio the district area to the area of the convex hull of the district (minimum convex polygon which completely contains the district). The measure is always between 0 and 1, with 1 being the most compact. The Minimum Convex Polygon test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan. *Id.*

**Figure 14: Compactness Scores – 2022 Senate vs. Illustrative Senate Plan**

| | Reock | | | | Polsby-Popper | | |
|---|---|---|---|---|---|---|---|
| | **Mean** | **Low** | **High** | | **Mean** | **Low** | **High** |
| **2022 Senate** | | | | | | | |
| All Districts | .36 | .11 | .59 | | .18 | .05 | .35 |
| 11 Majority-Black Districts | .28 | .11 | .37 | | .14 | .05 | .29 |
| **Illustrative Senate Plan** | | | | | | | |
| All Districts | **37** | **.19** | **.59** | | **.22** | **.07** | .36 |
| 14 Majority-Black Districts | **32** | **.19** | **.43** | | **.20** | **.07** | **.36** |

    **ii.**        **Political Subdivision Splits**

    **86.**      The table in **Figure 15** compares district splits by parish and 2020 VTD for the 2022

Senate (*see* **Exhibit H-4)** and the Illustrative Senate Plan (*see* **Exhibit J-4).** Municipal split counts

are in **Exhibit H-5** for the 2022 Plan and **Exhibit J-5** for the Illustrative Plan.

**Figure 15: Political Subdivision Splits (excluding unpopulated areas)**

| | Parishes not Split | Total Parish Splits (lower is better) | 2020 VTD Splits (lower is better) | Municipalities Not Split | Total Municipal Splits (lower is better |
|---|---|---|---|---|---|
| 2022 Senate | 24 | 81 | **1** | 266 | 107 |
| Illustrative Senate | **32** | **65** | 9 | **270** | **87** |

    **87.**      As **Figure 15** reveals, the Illustrative Senate is superior to the 2022 Senate in terms

of parish splits and municipal splits.  The Illustrative Senate keeps 32 parishes whole, with 65

unique parish-district combinations. The 2022 Senate keeps just 24 parishes whole, with 81 unique

parish-district combinations – 16 more parish splits than the Illustrative Senate. The Illustrative

Senate splits populated areas[38] in nine of the 3,540 VTDs, compared to two in the 2022 Senate.[39] Six of the VTD splits in the Illustrative Senate are in the Parishes of Natchitoches and Winn, smoothing out very odd-shaped precinct lines found in SD 29 under the 2022 Senate. The Illustrative Senate Plan keeps 270 municipalities whole, with 87 municipal splits (unique municipal-district combinations), which is better than the comparable municipal split count of 107 under the 2022 Senate.

### iii.    Senate Districts --  Majority-Black and Majority-White Comparison

**88.**    As shown in **Figure 16** (see **Figure 12**, *supra*, for historical comparisons)*,* with three additional majority-Black Senate districts, the percentage of the Black VAP residing in majority Black Senate districts moves closer to parity with the White VAP, but there is still  a 17 percentage point gap.

---

[38] A populated split divides population in a VTD or municipality into two or more districts. Generally, unpopulated splits involve splits due to bodies of waters or municipal boundaries.

[39] Precinct boundaries are in a constant state of flux in Louisiana. It is common for precinct boundaries to be changed in Louisiana and most other states.

In the 2020 PL-94-171 file there are 3,540 VTDs, compared to 3,671 VTDs in the 2010 PL-94-171 file. In 2017, there were 3,710 VTDs. Source: https://redist.legis.la.gov/default_ShapeFiles2020.

**Figure 16: Same Race VAP in Majority-Black and Majority-White Districts
Statewide 2022 Senate and Illustrative Senate**

| Legislative Plan | 2020 Black VAP in Majority Black Senate Districts | 2020 NH White VAP in Majority White Senate Districts | Statewide Difference |
|---|---|---|---|
| 2022 Senate | 53.6% | 84.4% | -30.8% |
| Illustrative Senate | 60.6% | 77.9% | -17.3% |

89.    As revealed in **Figure 17**, in the three MSAs where additional districts are created under the Illustrative Senate, the percentage of the Black VAP residing in majority Black Senate districts does not exceed the statewide 84.4% White benchmark ceiling under the 2022 Senate Plan – Baton Rouge (73.5%), New Orleans (79.5%), and Shreveport (83.7%).

90.    And in those same three MSAs, the NH White VAP residing in majority White districts is above the statewide 53.6% Black benchmark floor under the 2022 Senate Plan – Baton Rouge (70.5%), New Orleans (66.5%) and Shreveport (54.9%).

**Figure 17: Same Race VAP in Majority-Black and Majority-White Districts
Regional MSA-level – 2022 Senate and Illustrative Senate**

| MSA/Region (# of parishes) | 2020 Black VAP in Majority Black 2022 | 2020 White VAP in Majority White 2022 | 2020 Black VAP in Majority Black Illustrative | 2020 White VAP in Majority White Illustrative |
|---|---|---|---|---|
| Alexandria (2) | 79.0% | 74.4% | 75.6% | 75.0% |
| Baton Rouge (10) | 63.9% | 83.3% | 73.5% | 70.5% |
| Hammond (1) | 0.0% | 100.0% | 0.0% | 100.0% |
| Houma-Thibodaux (2) | 17.4% | 94.3% | 17.8% | 93.7% |
| Lafayette (4) | 34.9% | 90.0% | 32.6% | 90.4% |
| Lake Charles (2) | 0.0% | 100.0% | 0.0% | 100.0% |
| Monroe (3) | 64.8% | 87.5% | 64.8% | 87.5% |
| New Orleans-Metairie (8) | 69.6% | 74.9% | 79.5% | 66.5% |
| Shreveport-Bossier City (3) | 51.8% | 81.8% | 83.7% | 54.9% |

**C.**   **Details on the Additional Majority-Black Districts in the Illustrative Senate**

**91.**    The text descriptions of the additional majority-Black Senate districts in the Illustrative Senate Plan set forth below are illustrated with side-by-side comparison map exhibits, depicting the Illustrative Senate and 2022 Senate at the same scale. For higher resolution maps, these side-by-side pairings are also included in exhibits identified in the map titles.

**92.**    To view all municipalities assigned by district in the Illustrative Senate Plan refer to **Exhibit L-1**. To view the Illustrative Senate district core components built from districts in the 2022 Senate refer to **Exhibit L-2** – "Core Constituencies". To view all municipalities assigned by district in the 2022 Senate Plan refer to **Exhibit L-3.** To view all municipalities assigned by district in the 2022 Senate Plan refer to **Exhibit L-4.**

**i.**    **Illustrative Senate District 38**

**93.**    Illustrative majority-Black SD 38 (outlined in red in **Figure 18** and **Figure 19**) is an additional majority-Black district that could be drawn in Bossier and Caddo Parishes.

**Figure 18: Shreveport MSA**
*Illustrative Senate – Illustrative SD 38 (red lines)* (**Exhibit M-1**)



94.    As detailed in **Exhibit L-1,** Shreveport and Bossier City are the only municipalities in Illustrative SD 38. Both cities are partly contained within the boundaries of Illustrative SD 38.

95.    **Figure 19** overlays Illustrative SD 38 onto the 2022 Senate. Illustrative SD 38 is drawn by unpacking 2022 SD 39 (63.7% BVAP) and adding neighboring areas with substantial Black populations in 2022 SD 31 and SD 36.

**Figure 19: Shreveport Area**
*2022 Senate and Illustrative SD 38 (red lines)* (**Exhibit M-2**)



ii.     **Illustrative Senate District 17**

96.     Illustrative SD 17 (outlined in red in **Figures 20** and **21**) is an additional majority-Black district that could be drawn in the metropolitan Baton Rouge area.

**Figure 20: Baton Rouge MSA**
*Illustrative Senate – Illustrative SD 17(red lines)* **(Exhibit M-3)**



97.   Illustrative SD 17 (52.48% BVAP) encompasses all of the Parishes of Pointe Coupe, Iberville, and West Baton Rouge, and part of East Baton Rouge. Unlike sprawling 2022 SD 17, Illustrative SD 17 does not extend west into predominantly White communities in St. Landry and St. Martin. Instead, Illustrative Senate SD 17 is anchored in East Baton Rouge, drawing Black population in from packed 2022 SD 15 (73.9% BVAP), as well as majority Black 2022 SD 14 (58% BVAP).

**Figure 21: Baton Rouge MSA**
*2022 Senate and Illustrative SD 17 (red lines)* **(Exhibit M-4)**



98.     As revealed by comparing Figure 20 and Figure 21, majority-Black Illustrative SD 17 is compact and reasonably shaped– unlike 2022 SD 17 which extends west-to east from the Cajun Heartland deep into the Florida Parishes.

99.     As detailed in **Exhibit L-1**, Illustrative SD 17 encompasses part of the Cities of Baton Rouge, Baker, and Zachary in East Baton Rouge Parish. The remaining 11 municipalities are not split.

### iii.     Illustrative Senate District 19

**100.** Illustrative SD 19 (outlined in red in **Figures 22** and **23**) is an additional majority-Black district that could be drawn in metropolitan New Orleans – specifically, in the parishes of Jefferson and St. Charles.

**Figure 22: New Orleans-Metairie MSA**
*Illustrative Senate – Illustrative SD 19 (red lines) (Exhibit M-5)*



**101.** By "uncracking" 2022 SD 19 and neighboring 2022 SDs 5, 7, 8, and 10, an additional majority-Black Senate District can be created in the Parishes of Jefferson and St. Charles.

**Figure 23: New Orleans-Metairie MSA**
*2022 Senate and Illustrative SD 19 (red lines)* **(Exhibit M-6)**



**102.** A comparison of Figure 22 and Figure 23 reveals that Illustrative SD 19 (51% BVAP) converts a meandering 4-parish majority-White 2022 SD 19 (28.69%) into a much more compact 2-parish majority Black district. 2022 SD 19 cuts across parts of the parishes of Lafourche, St John the Baptist, St. Charles, and Jefferson -- in the process submerging a large Black population in a majority-White district. As detailed in Exhibit L-1, Illustrative SD 19 contains two municipalities – part of Kenner and all of Westwego.

## VII.    ILLUSTRATIVE HOUSE PLAN

### A.    Illustrative House – Overview

**103.**    The map in **Figure 24** displays six additional majority-Black districts (in red with

small blue labels) in the Illustrative House: **Illustrative HD 1 --** Shreveport-Bossier City MSA,

**Illustrative HD 23 –** Natchitoches area and Shreveport-Bossier City MSA, **Illustrative HD 38 –**

Lake Charles MSA**,** and **Illustrative HDs 60, 65, and 68 –** Baton Rouge MSA.

**Figure 24: Location of 6 Additional Majority-Black Districts
in Illustrative House**



**104.**    Green areas on the **Figure 23** map represent other majority-Black districts in the

Illustrative House that generally encompass areas within majority-Black districts under the 2022

House.  All told, the Illustrative Plan modifies in some fashion 65 of the 105 House districts in the

43

2022 Plan. Put differently, a core population[40] representing 78.5% of the state's population is kept together in the redraw from the 2022 House Plan to the Illustrative House Plan. (See **Exhibit P-2** *infra*.) By comparison, 83.2% of the state's population was kept together in the redraw from the Benchmark 2011 Plan to the 2022 House Plan. (See **Exhibit P-4** *infra*.)

105.    As documented in **Section III** (*supra*), Black persons in Illustrative HD 1, HD 23, HD 38, HD 60, HD 65, and HD 68 are a community of interest based on socio-economic characteristics and racial disparities at the parish and municipal levels.

106.    The population residing in Baton Rouge MSA Illustrative House Districts 60, 65 and 68 also share a community of interest that goes beyond history, culture, and socioeconomic characteristics.[41] These three additional illustrative majority-Black districts would form a united community of interest with other Illustrative Plan majority-Black districts (displayed in green on the **Figure 23** map) whose residents must contend with negative environmental externalities along the Mississippi River.

107.    **Exhibit N-1** contains detailed 2020 population statistics by district for the Illustrative House Plan. The map in **Exhibit N-2** is a statewide map of the Illustrative House (best viewed or printed at 200%). **Exhibit N-3** identifies parish-level population by district. **Exhibit N-4** identifies district splits by parish and VTD. **Exhibit N-5** identifies municipal splits by district.

---

[40] As noted with respect to the Senate plans, I define "core population" as the largest district-level subset of a population that is kept together in the shift from one plan to another (without taking into account changes in district numbers or changes in incumbent representation). The core population is identified with shading in the referenced tabular exhibits.

[41] See for example: James, W., Jia, C., and Kedia, S. (2012). Uneven Magnitude of Disparities in Cancer Risks from Air Toxics. *Int. J. Environ. Res. Public Health*, *9*(12), 4365-4385. https://doi.org/10.3390/ijerph9124365.

108.    To facilitate comparison with the 2022 House, I have prepared several sets of more detailed maps. For ease of reference and complete visual coverage, regional maps accompanying the Illustrative House (**Exhibit N-6**) are organized by planning district (from PD-1 to PD-8). **Exhibit N-7** contains maps in sequential order that zoom in on each of the 35 majority-Black House districts. MSAs are identified in all of the Exhibit N series maps with bold black lines. Parish lines are shown with dotted grey lines. Blue labels identify majority-Black districts.

109.    The link below is a statewide interactive map depicting the Illustrative House Plan color-coded in the same fashion as the **Exhibit N** series. The map is address-searchable. A thin purple-line overlay depicting the 2022 House boundaries can be clicked on and off via the legend in the top left corner of the map.[42]

https://online.caliper.com/mas-874-drp-290-ujr/maps/lixjoeng00nsfh3ehqum

Alternatively, the Illustrative House Plan can also be viewed and analyzed on the Dave's Redistricting website at the following link:

https://davesredistricting.org/join/fa47d389-42de-49ac-9c57-cc2434249cc2

For comparison, the 2022 House Plan can be viewed and analyzed on the Dave's Redistricting website at the following link:

https://davesredistricting.org/maps#viewmap::d63b737c-a8b3-46e9-8855-aa20a728c2b5

**B.    House Plan Metrics – Illustrative vs. 2022**

**i.        Compactness measures**

110.    The districts in the Illustrative House are reasonably shaped and compact. **Exhibit O-1** reports district-by-district compactness scores generated by Maptitude for the 2022 House.

---

[42] For additional population stats (county and place), click anywhere on the map. Click on the column headings in the sidebar legend to view available population data at the clicked point.

Compactness scores for the Illustrative House are in **Exhibit O-2**. Each exhibit reports three compactness scores: Reock, Polsby-Popper, and Convex Area/Hull.[43] Higher scores indicate higher compactness.

111.    The table in **Figure 25** summarizes the Reock and Polsby-Popper scores (the two most commonly referenced measures) for the 2022 House, alongside scores for the Illustrative House.

112.    The higher scores are in bold-face. The Illustrative House scores the same as the 2022 House on both the Reock (.40) and Polsby-Popper (.29) measures. However, the Illustrative House has higher lows and higher highs for both.

**Figure 25: Compactness Scores – 2022 House vs. Illustrative House**

|  | Reock | | | | Polsby-Popper | | |
|---|---|---|---|---|---|---|---|
|  | Mean | Low | High | | Mean | Low | High |
| **2022 House** | | | | | | | |
| All Districts (mean avg.) | .40 | .13 | .63 | | .29 | .05 | .63 |
| 29 Majority-Black Districts | .38 | .13 | .51 | | .27 | ..15 | .46 |
| **Illustrative House** | | | | | | | |
| All Districts (mean avg.) | .40 | **.16** | **.65** | | .29 | **.12** | **.71** |
| 35 Majority-Black Districts | .38 | **.21** | .51 | | **.28** | **.12** | **.50** |

113.    When the majority-Black House districts are examined independent of other districts (as shown in **Figure 25**), the Illustrative House has the same mean average Reock score (.38) as the 2022 House majority-Black districts – and the Illustrative House scores higher on Polsby-Popper (.28 vs .27).

---

[43] See n.32, *supra*, for formulas and explanatory text relating to these three compactness measures.

      ii.         **Political Subdivision Splits**

    **114.**    The table in **Figure 26** compares district splits by parish and 2020 VTDs for the 2022 House (see **Exhibit I-4**) and the Illustrative House (see **Exhibit N-4**). Municipal split counts are in **Exhibit I-5** for the 2022 House and **Exhibit N-5** for the Illustrative Plan.

    **115.**    As shown in **Figure 26**, the 2022 House and Illustrative House score about the same in terms of parish and VTD splits. The 2022 House has zero populated VTD splits, versus two populated VTD splits under the Illustrative House. The 2022 House scores higher on municipal splits because I endeavored to keep 2022 House districts intact where there was no ripple effect from the changes necessary to create the six additional majority-Black House districts. With adjustments to some of the 40 2022 districts that I did not modify, municipal splits could in all likelihood be reduced to the same level as in the 2022 House.

**Figure 26: Political Subdivision Splits (excluding unpopulated areas)**

| | Parishes not Split | Total Parish Splits (lower is better) | 2020 VTD Splits (lower is better) | Municipalities Not Split | Total Municipal Splits (lower is better) |
|---|---|---|---|---|---|
| 2022 House | **25** | 113 | **0** | **253** | **152** |
| Illustrative House | **25** | 113 | 2 | 246 | 170 |

    iii.  **House Districts -- Majority-Black and Majority-White Comparison**

    **116.**    As shown in **Figure 27** (see **Figure 12** *supra* for historical comparisons)*,* with six additional majority-Black House districts, the percentage of the Black VAP residing in the Illustrative majority Black House districts increases to 61.1%, but White voters still hold a 16 percentage point advantage.

**Figure 27: Same Race VAP in Majority-Black and Majority-White Districts
Statewide – 2022 House and Illustrative House**

| Legislative Plan | 2020 Black VAP in Majority Black House Districts | 2020 NH White VAP in Majority White House Districts | Statewide Difference |
|---|---|---|---|
| 2022 House | 55.6% | 83.4% | -27.8% |
| Illustrative House | 61.1% | 77.4% | -16.3% |

117.    As revealed in **Figure 28**, in the three MSAs where additional districts are created under the Illustrative House, the percentage of the Black VAP residing in majority Black House districts does not exceed the statewide 83.4% White benchmark ceiling under the 2022 House– Baton Rouge (69.4%), Lake Charles (77.6%), and Shreveport (74.3%).

118.    And in those same three MSAs, the NH White VAP residing in majority White districts is above the statewide 55.6% Black benchmark floor under the 2022 House Plan – Baton Rouge (66.9%), Lake Charles (75.9%) and Shreveport (68.4%).

**Figure 28: Same Race VAP in Majority-Black and Majority-White Districts
Regional MSA-level – 2022 House and Illustrative House**

| MSA/Region (# of parishes) | Black VAP in Majority Black Districts 2022 | White VAP in Majority White Districts 2022 | Black VAP in Majority Black Districts Illustrative | White VAP in Majority White Districts Illustrative |
|---|---|---|---|---|
| Alexandria (2) | 65.7% | 86.3% | 67.4% | 85.3% |
| Baton Rouge (10) | 63.4% | 82.3% | 69.4% | 66.9% |
| Hammond (1) | 43.5% | 84.3% | 45.2% | 82.3% |
| Houma-Thibodaux (2) | 0.0% | 100.0% | 0.0% | 100.0% |
| Lafayette (4) | 44.0% | 89.9% | 41.4% | 90.9% |
| Lake Charles (2) | 59.7% | 93.3% | 77.6% | 75.9% |
| Monroe (3) | 72.1% | 78.3% | 80.9% | 68.9% |
| New Orleans-Metairie (8) | 62.3% | 72.1% | 62.7% | 71.1% |
| Shreveport-Bossier City (3) | 63.4% | 84.5% | 74.3% | 68.4% |

### C.    Details on the Additional Majority-Black Districts in the Illustrative House``

**119.**    The text descriptions of the additional majority-Black districts in the Illustrative House Plan set forth below are illustrated with side-by-side comparison map exhibits, depicting the Illustrative House and 2022 House at the same scale. For higher resolution maps, these side-by-side pairings are also included in exhibits identified in the map titles.

**120.**    To view all municipalities assigned by district in the Illustrative House Plan refer to **Exhibit P-1.** To review population details for the Illustrative House district core components built from districts in the 2022 House, refer to **Exhibit P-2** – "Core Constituencies". To view all municipalities assigned by district in the 2022 House Plan refer to **Exhibit P-3.** To review population details for the 2022 House district core components built from districts in the 2012 Benchmark House, refer to **Exhibit P-4** – "Core Constituencies".

i.        **Illustrative House District  1**

**121.**    Illustrative HD 1 (outlined in red in **Figures 29** and **30**) is an additional majority-Black district that could be drawn in the parishes of Caddo and Bossier.

**Figure 29: Shreveport MSA**
*Illustrative House – Illustrative HD 1 (red lines)* (**Exhibit Q-1**)



**122.**    As detailed in **Exhibit P-1,** Illustrative HD 1 encompasses all of seven municipalities in Caddo Parish, plus part of Shreveport, Blanchard, and Bossier City.

**123. Figure    30** overlays    Illustrative    HD    1    onto    the    2022    Plan. Illustrative HD 1 is drawn by "unpacking" 2022 HD 2 (67.4%) and HD 4 (72.1% BVAP) and reducing the geographic extent of 2022 HD 1, while retaining about 40% of the population from 2022 HD 1.

**Figure 30: Shreveport MSA**
*2022 House – Illustrative HD 1 (red outline)* (**Exhibit Q-2**)



ii.     **Illustrative House District 23**

**124.**    Illustrative HD 23 (outlined in red in **Figure 31** and **Figure 32**) is an additional majority-Black district that could be drawn in the parishes of Natchitoches, Red River, and Desoto.

**125.**    Illustrative HD 23 is in the same general area as majority-Black HD 23 under the 2011 House Plan (a district that was not renewed under the 2022 House). Illustrative HD 23 follows the Red River north from Natchitoches to include all of Red River Parish. Further west the district tracks I-10 into Desoto Parish.

126.     As detailed in **Exhibit P-1,** Illustrative HD 23 encompasses all or part of 11 small municipalities. Of those places, the City of Natchitoches is the largest, with over 90% of its population assigned to Illustrative HD 23.

**Figure 31: Natchitoches Area**
*Illustrative House – Illustrative HD 23 (red lines)* **(Exhibit Q-3)**



127.     **Figure 32** shows how the Black population in majority-Black Illustrative HD 23 is cracked between 2022 House Districts 5,7, 13, 22 and 25, resulting in three House districts with Black VAPs in the 20% to 30% range.

**Figure 32: Natchitoches Area**
2022 House and Illustrative HD 23 *(red lines)* (**Exhibit Q-4**)



### iii.        Illustrative House District 38

**128.**    **Figure 33** depicts Illustrative HD 38 in the city of Lake Charles and Calcasieu

Parish. A growing Black population since 2000 in the Lake Charles MSA (+14,322), coupled with

no growth in the White population (-676), means that it is now possible to create a second majority-

Black district in the area.

**129.**    As detailed in **Exhibit P-1,** Illustrative HD 38 shares Lake Charles with majority-

Black Illustrative HD 34 and Illustrative HD 36. The municipalities of Iowa and Westlake are also

in Illustrative HD 38.

**Figure 33: Lake Charles MSA**
*Illustrative Plan – Illustrative HD 38 (red lines)* (**Exhibit Q-5**)



130.     **Figure 34** overlays Illustrative HD 38 (red lines) onto the 2022 House. New Illustrative HD 38 is drawn by unpacking 2022 HD 34 (72.6% BVAP) and uncracking Black population distributed across 2022 House Districts 35 (12.5% BVAP) and 37 (17.6% BVAP).

**Figure 34: Lake Charles MSA**
*2022 House and Illustrative HD 38 (red lines)* (**Exhibit Q-6**)



iv.    **Illustrative House District 60**

**131.**    **Figure 35** depicts Illustrative HD 60 in the southern part of the Baton Rouge MSA – specifically in Iberville and Ascension Parishes. Since 2000, the population of Ascension Parish has grown by about 50,000 persons to 126,500 and the Black population has doubled from 15,684 to 32,216 (see **Exhibits C-1** and **C-3**). As a result of this population growth, it is now possible to draw an additional majority-Black House district on the East Bank and the West Bank of Iberville and Ascension Parishes, without crossing over into the New Orleans MSA.

**132.**    As detailed in **Exhibit P-1, t**he municipalities of Donaldsonville, White Castle, Plaquemine (West Bank) are joined with St. Gabriel and part of Gonzales (East Bank) to create a new majority-Black Illustrative HD 60.

**Figure 35: Baton Rouge MSA (Iberville and Ascension Parishes)**
*Illustrative House and Illustrative HD 60 (red lines)* (**Exhibit Q-7**)



**133.**    **Figure 36** overlays Illustrative HD 60 (red lines) onto the 2022 House district. Black population is "uncracked" from 2022 HD 60 (37.7% BVAP) and joined with Black population in Gonzales that has been placed in majority-Black HD 58 under the 2022 Senate district.

**Figure 36: Baton Rouge MSA (Iberville and Ascension Parishes)**
*2022 House and Illustrative HD 60 (red lines)* (**Exhibit Q-8**)



### v. Illustrative House District 65

**134.** **Figure 37** depicts new majority-Black Illustrative HD 65 (red lines) in East Baton Rouge Parish, including neighborhoods north of Airline Highway and east of I-10.

**135.** As detailed in **Exhibit P-1**, Illustrative HD 65 includes part of the cities of Baton Rouge and Central, with the remaining population in unincorporated areas of East Baton Rouge Parish.

**Figure 37: Baton Rouge MSA**
*Illustrative House – Illustrative HD 65 (red lines)* (**Exhibit Q-9**)



**136.** As shown in **Figure 38**, Illustrative HD 65 (red lines) unpacks part of majority-Black 2022 HD 29 (73.6% BVAP) and 2022 HD 63 (69.7% BVAP) and uncracks 2022 House districts 62 and 65.

**Figure 38: Baton Rouge MSA**
*2022 House and Illustrative HD 65 (red lines)* (**Exhibit Q-10**)



### vi.    Illustrative House District 68

**137.**    As shown in **Figure 39**, Illustrative HD 68 (red lines/beige district) is the second additional majority-Black district in East Baton Rouge Parish. The district includes neighborhoods in the central part of the City of Baton Rouge, with Airline Highway serving as an eastern boundary.

**138.**    As detailed in **Exhibit P-1**, Baton Rouge is the only municipality in Illustrative HD 68, with the remainder in unincorporated areas of the parish.

**Figure 39: Baton Rouge MSA**
*Illustrative House – Illustrative HD 68 (red lines)* (**Exhibit Q-11**)



139.    **Figure 40** shows how Illustrative HD 68 unpacks 2022 HD 61 and uncracks Black population in majority White 2022 HD 68, 69, and 70.

**Figure 40: Baton Rouge MSA**
*2022 House with Illustrative HD 68 overlay (red lines)* (**Exhibit Q-12**)



# # #

I reserve the right to continue to supplement my reports in light of additional facts, testimony, and/or materials that may come to light during the pendency of the above-captioned case.

Executed on: August 11, 2023

WILLIAM S COOPER