IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, | |
| Plaintiffs, | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |
| v. | |
| KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, | |
| Defendant. | |

**Expert Report of Tumulesh K.S. Solanky, Ph.D**

**Table of Contents**

I: Introduction

II: Recent Trends in Voters Party Affiliation
  II.a. Registered Voters Party Affiliation in Statewide Elections
  II.b. Trends in Party Affiliation of Voters Who Voted in Statewide Elections
  II.c. Race and Party Affiliation Among Registered Voters in Louisiana
  II.d. Race and Party Affiliation of Those Who Voted in Louisiana

III: Analyzing Voting Patterns by Race Using Ecological Inference (EI) Modeling For Selected Parishes
  III.a. Estimates For Black Voters Voting for a Republican Candidate in Statewide Elections
  III.b. Estimates For Black Voters Voting for a Democrat Candidate in Statewide Elections
  III.c. Estimates For White Voters Voting for a Republican Candidate in Statewide Elections
  III.d. Estimates For White Voters Voting for a Democrat Candidate in Statewide Elections

IV: Analyzing Voting Patterns by Race Using Ecological Inference (EI) Modeling Within Selected Parishes
  IV.a.: Analyzing Voting Patterns by Race Using Ecological Inference (EI) Modeling in Caddo Parish
  IV.b.: Analyzing Voting Patterns by Race Using Ecological Inference (EI) Modeling in Selected Parishes based on Population Density in Voting Districts (VTDs)
    IV.b.1: Potential Voter Polarization in EBR Parish
    IV.b.2: Potential Voter Polarization in Caddo Parish
    IV.b.3: Potential Voter Polarization in Iberville Parish
    IV.b.4: Potential Voter Polarization in Pointe Coupee Parish

V: Summary of Conclusions

Appendix 1-10

## I: Introduction

1. I was requested by counsel for Defendant Secretary of State Ardoin to statistically study the voting patterns and the composition of the enacted state house (H.B. 14) and senate (S.B. 1) plans in Louisiana. I was also asked to opine on the statistical results presented in the plaintiffs' expert reports of Dr. Lisa Handley and Mr. Bill Cooper. My credentials are set forth in my *curriculum vitae* (CV), which includes a recitation of prior legal assignments in both federal and state courts. My CV is attached as Appendix 1 to this Expert Report/Declaration.

2. I am over 18 years of age and am competent to make this declaration. I have personal knowledge of the statements contained in this declaration. I am a professor and chair of the mathematics department at the University of New Orleans (UNO). I have a Ph.D. in statistics from the University of Connecticut. I have been teaching statistics and mathematics at UNO since August 1990. I have taught a number of graduate classes on statistics, such as Sampling Theory, Applied Statistics, Regression Analysis, Linear Models, Design of Experiments, Biostatistics, Statistical Consulting, Nonparametric Statistics, Data Analytics, Multivariate Analysis, and Time Series Analysis. At present, I serve as an associate editor of four scholarly journals, including *Sequential Analysis: Design Methods and Applications*, the flagship journal in my research area. My research focuses primarily on data collection/sampling strategies, especially the development of new sampling designs to collect and analyze data. I have authored/co-authored a research level book, two book chapters, and over 25 research articles in scholarly peer-reviewed journals, all in the field of statistics. I have also served as the guest editor of a special issue of the *American Journal of Mathematical and Management Sciences* in my research area. I have presented my research at over 50 national and international conferences/meetings of peers. I have provided my statistical expertise to the National Aeronautics and Space Administration (NASA), the United States Department of Agriculture (USDA), banks, hospitals, school boards, polling firms, Attorneys General Offices, District Attorney's Offices, and others, designing surveys and authoring over 150 internal/expert reports. Details of the above-mentioned items and others are available in my CV attached in Appendix 1.

3. List the documents reviewed:

i. Individual voter-level data for all registered voters in Louisiana identifying the registered voters' parish, precinct, congressional district, party affiliation, gender, and whether or not the individual voted in statewide elections[1]. This data is provided with the report.

ii. Cooper Reports (July 22, 2022 and June 29, 2023)

iii. Handley Reports (July 22, 2022 and June 30, 2023)

iv. Handley Backups (July 22, 2022 and June 30, 2023)

---

[1] The election dates included in the data are 2012-11-06, 2014-12-06, 2015-10-24, 2015-11-21, 2016-11-08, 2016-12-10, 2017-11-18, 2018-12-08, 2019-10-12, 2019-11-16, 2020-11-03, and 2022-11-08.

v. Cooper Backups (July 22, 2022 and June 29, 2023)

vi. Census Data

4. The statistical analysis reported below is based on my preliminary review of the documents and data listed above and other publicly available data sets described below in the report. I did not have adequate time to review in detail the files/datasets/programs listed above because materially different reports were provided less than 30 days before this report was due.

## II: Recent Trends in Voters Party Affiliation
### II.a. Registered Voters Party Affiliation in Statewide Elections:

5. I reviewed the party affiliation of registered voters in Louisiana for the dates on which 12 statewide elections were held from 2012 to 2022. The election dates and the number of registered democrats, republicans and others as of the date of each election are summarized in Table 1.

**Table 1: Summary of Registered Voters in Louisiana by Party Affiliation**
**12 Statewide Elections from 2012 to 2022**

| Election Number | Election Date | Reg DEM Voters (Total) | Reg REP Voters (Total) | Reg OTHER Voters (Total) | Reg DEM Minus REP Voters (Total) | Reg DEM Voters (Pct) | Reg REP Voters (Pct) | Reg OTHER Voters (Pct) | Reg DEM Minus REP Voters (Pct) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/6/2012 | 1430750 | 814299 | 720699 | 616451 | 48.2 | 27.5 | 24.3 | 20.8 |
| 2 | 12/6/2014 | 1375027 | 816593 | 754109 | 558434 | 46.7 | 27.7 | 25.6 | 19.0 |
| 3 | 10/24/2015 | 1331433 | 813253 | 749781 | 518180 | 46.0 | 28.1 | 25.9 | 17.9 |
| 4 | 11/21/2015 | 1331874 | 816059 | 752562 | 515815 | 45.9 | 28.1 | 25.9 | 17.8 |
| 5 | 11/08/2016 | 1346979 | 895295 | 780963 | 451684 | 44.6 | 29.6 | 25.8 | 14.9 |
| 6 | 12/10/2016 | 1346132 | 903032 | 782922 | 443100 | 44.4 | 29.8 | 25.8 | 14.6 |
| 7 | 11/18/2017 | 1306157 | 896889 | 772610 | 409268 | 43.9 | 30.1 | 26.0 | 13.8 |
| 8 | 12/8/2018 | 1289852 | 916998 | 792879 | 372854 | 43.0 | 30.6 | 26.4 | 12.4 |
| 9 | 10/12/2019 | 1257774 | 917492 | 787746 | 340282 | 42.4 | 31.0 | 26.6 | 11.5 |
| 10 | 11/16/2019 | 1258772 | 924493 | 791941 | 334279 | 42.3 | 31.1 | 26.6 | 11.2 |
| 11 | 11/3/2020 | 1262597 | 1013581 | 816826 | 249016 | 40.8 | 32.8 | 26.4 | 8.1 |
| 12 | 11/08/2022 | 1192802 | 1006704 | 819309 | 186098 | 39.5 | 33.3 | 27.1 | 6.2 |

6. Note that for the 11/6/2012 elections, there were 1,430,750 registered democrats, and 814,299 registered republicans. The percentage of registered democrats was 48.2% in 2012 and the percentage of registered republicans was 27.5%. That is, there were 20.8% more registered democrats than republicans for 2012 elections. Whereas, in 2022, there were 1,192,802 registered democrats, 1,006,704 registered republicans. The percentage of registered democrats was 39.5% in 2022 and the percentage of registered republicans was 35.5%. That is, there were 6.2% more registered democrats than registered republicans in 2022. From the **Table 1**, the following trends are evident:

> (a). There were 20.8% more registered democrats than registered republicans in 2012, and this excess has steaildy reduced from 2012 to 2022 to 6.2% more registered democrats than registered republicans.

> (b). The number of registered democrats has steadily decreased from 2012 to 2022. Whereas, the number of registered republicans has steadily increased from 2012 to 2022. The number of "Others" as party affiliation has remined somewhat constant over the years from 2012 to 2022.

7. **Figure 1** below depicts the observed trends in the percentage of voters who are registered as democrats ("R_DEM_pct"), republicans ("R_REP_pct"), others ("R_OTH_pct") from 2012 to 2022 in the 12 statewide elections in Louisiana. Election number 1 was on 11/6/2012 and election number 12 was on 11/08/2022. The complete details are reported in **Table 1** above.

### Figure 1: Louisiana Registered Voters Trend
### 12 Statewide Elections from 2012 to 2022



**II.b. Trends in Party Affiliation of Voters Who Voted in Statewide Elections:**

8. In the 2012 statewide elections, 997,987 registered democrats, 622,392 registered republicans, and 394,135 registered others voted during the statewide elections on November 6, 2012. That is, among the registered voters who actually voted, the percentage of voters registered as democrats was 49.5%. And, the percentage of voters registered as republicans was 30.9%. A difference of 18.6%.

9. In the 2022 statewide elections, 548,747 registered democrats and 590,865 registered republicans voted during the statewide elections on November 8, 2022. That is, among the registered voters who voted on November 8, 2022, the percentage of voters registered as democrats was 38.9%. And, the percentage of voters registered as republicans was 41.9%. A difference of -3.0%.

10. To express the trend differently, in 2012 there were 375,595 more registered democrats than registered republicans who voted during the elections. However, in 2022 there were 42,118 fewer democrats than republicans who voted during the elections. This is a drop of 111.2 % in excess democrats from 2012 to 2022. The details are provided in **Table 2**.

**Table 2: Summary of Voters who Voted by Party Affiliation**
**12 Statewide Elections from 2012 to 2022**

| Election Number | Election Date | DEM Who Voted (Total) | REP Who Voted (Total) | OTHER Who Voted (Total) | DEM Minus REP Who Voted (Total) | DEM Who Voted (Pct) | REP Who Voted (Pct) | OTHER Who Voted (Pct) | DEM Minus REP Who Voted (Pct) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/6/2012 | 997987 | 622392 | 394135 | 375595 | 49.5 | 30.9 | 19.6 | 18.6 |
| 2 | 12/6/2014 | 646168 | 431195 | 208317 | 214973 | 50.3 | 33.5 | 16.2 | 16.7 |
| 3 | 10/24/2015 | 579328 | 371734 | 183725 | 207594 | 51.1 | 32.8 | 16.2 | 18.3 |
| 4 | 11/21/2015 | 599381 | 378857 | 187634 | 220524 | 51.4 | 32.5 | 16.1 | 18.9 |
| 5 | 11/08/2016 | 916703 | 698447 | 434459 | 218256 | 44.7 | 34.1 | 21.2 | 10.6 |
| 6 | 12/10/2016 | 424168 | 335632 | 133509 | 88536 | 47.5 | 37.6 | 14.9 | 9.9 |
| 7 | 11/18/2017 | 194466 | 138137 | 53580 | 56329 | 50.4 | 35.8 | 13.9 | 14.6 |
| 8 | 12/8/2018 | 250591 | 202009 | 77866 | 48582 | 47.2 | 38.1 | 14.7 | 9.2 |
| 9 | 10/12/2019 | 610415 | 504993 | 244574 | 105422 | 44.9 | 37.1 | 18.0 | 7.8 |
| 10 | 11/16/2019 | 696021 | 539909 | 282836 | 156112 | 45.8 | 35.5 | 18.6 | 10.3 |
| 11 | 11/3/2020 | 874163 | 817431 | 477820 | 56732 | 40.3 | 37.7 | 22.0 | 2.6 |

| Election Number | Election Date | DEM Who Voted (Total) | REP Who Voted (Total) | OTHER Who Voted (Total) | DEM Minus REP Who Voted (Total) | DEM Who Voted (Pct) | REP Who Voted (Pct) | OTHER Who Voted (Pct) | DEM Minus REP Who Voted (Pct) |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 11/08/2022 | 548747 | 590865 | 270984 | -42118 | 38.9 | 41.9 | 19.2 | -3.0 |

11. **Figure 2** below summarizes the registered voters who voted in statewide elections from 2012 to 2022 by their party affiliation. The trend over time shows a steady decrease in democrats who voted and steady increase in republicans who voted.

**Figure 2: Registered Voters Who Voted Trend
2012 to 2022 Statewide Elections**

**II.c. Race and Party Affiliation Among Registered Voters in Louisiana:**

12. As noted above, the percentage of registered democrats voting in statewide elections in Louisiana has decreased over the years while the percentage of registered republicans voting has increased. In order to further understand this trend, next I have broken this down by the race and party affiliation of the registered voters. In **Table 3**, the total number and percentage of white and black voters that were registered as democrats or republicans is summarized for the 12 statewide elections.

13. From **Table 3**, the following observations can be noted about registered voters statewide in Louisiana:

(i). The white voters registered as democrats have steadily decreased from year 2012 to 2022. In 2012, there were 22.2% of voters who were white democrats, whereas in 2022, this decreased to 14.0%. This equals a drop of 36.9 percentage points in white voters registered as democrats from 2012 to 2022.

(ii). The white voters registered as republicans have steadily increased from year 2012 to 2022. In 2012, there were 25.6% of voters who were white republicans, whereas in 2022, this increased to 31.3%. This equals an increase of 22.3 percentage points in white voters registered as republicans from 2012 to 2022.

(iii). The black voters registered as democrats have remained constant around 24% from 2012 to 2022. The black voters registered as republicans have steadily remained constant around less than 1% from 2012 to 2022.

**Table 3: Summary of Registered Voters by Party Affiliation and Race**
**2012 to 2022 Statewide Elections**

| Election Number | Election Date | Reg White DEM Voters (Total) | Reg Black DEM Voters (Total) | Reg White REP Voters (Total) | Reg Black REP Voters (Total) | Reg White DEM Voters (Pct) | Reg Black DEM Voters (Pct) | Reg White REP Voters (Pct) | Reg Black REP Voters (Pct) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/6/2012 | 658172 | 731743 | 759269 | 23867 | 22.2 | 24.7 | 25.6 | 0.8 |
| 2 | 12/6/2014 | 609004 | 725948 | 762579 | 22662 | 20.7 | 24.6 | 25.9 | 0.8 |
| 3 | 10/24/2015 | 582945 | 709710 | 760555 | 22166 | 20.1 | 24.5 | 26.3 | 0.8 |
| 4 | 11/21/2015 | 582354 | 710571 | 763191 | 22243 | 20.1 | 24.5 | 26.3 | 0.8 |
| 5 | 11/08/2016 | 566397 | 735852 | 838190 | 22855 | 18.7 | 24.3 | 27.7 | 0.8 |
| 6 | 12/10/2016 | 562478 | 738410 | 845556 | 22809 | 18.6 | 24.4 | 27.9 | 0.8 |
| 7 | 11/18/2017 | 537990 | 723949 | 840511 | 22478 | 18.1 | 24.3 | 28.2 | 0.8 |
| 8 | 12/8/2018 | 517643 | 726383 | 859758 | 22532 | 17.3 | 24.2 | 28.7 | 0.8 |
| 9 | 10/12/2019 | 495303 | 716780 | 861025 | 22022 | 16.7 | 24.2 | 29.1 | 0.7 |
| 10 | 11/16/2019 | 493466 | 719091 | 867618 | 22073 | 16.6 | 24.2 | 29.2 | 0.7 |
| 11 | 11/3/2020 | 467831 | 742391 | 950549 | 22496 | 15.1 | 24.0 | 30.7 | 0.7 |
| 12 | 11/08/2022 | 422337 | 718965 | 943600 | 21895 | 14.0 | 23.8 | 31.3 | 0.7 |

14. **Figure 3** below depicts the registered voters trend in statewide elections from 2012 to 2022 by party affiliation and race. As observed in **Table 3**, the following observations can be noted about registered voters in Louisiana:

(i). The percentage of registered white democrats (R_W_DEM_Pct) has somewhat steadily decreased from 2012 to 2022.

(ii). The percentage of registered white republicans (R_W_REP_Pct) has steadily increased from 2012 to 2022.

(iii). The percentage of registered black democrats (R_B_DEM_Pct) has somewhat remained constant from 2012 to 2022.

**Figure 3: Summary of Registered Voters by Party Affiliation and Race**
**2012 to 2022 Statewide Elections**



## II.d. Race and Party Affiliation of Those Who Voted in Louisiana

15. As remarked earlier, the percentage of registered white democrats (R_W_DEM_Pct) has somewhat steadily decreased from 2012 to 2022. Whereas, the percentage of registered white republicans (R_W_REP_Pct) has steadily increased from 2012 to 2022. **Table 4** summarizes the results by race and party affiliations for registered voters who actually voted in the 12 statewide elections.

**Table 4: Summary of Voters who Voted by Race And Party Affiliation
12 Statewide Elections from 2012 to 2022**

| Election Number | Election Date | White DEM Voters (Total) | Black DEM Voters (Total) | White REP Voters (Total) | Black REP Voters (Total) | White DEM Voters (Pct) | Black DEM Voters (Pct) | White REP Voters (Pct) | Black REP Voters (Pct) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/6/2012 | 456162 | 519075 | 589420 | 12951 | 22.6 | 25.8 | 29.3 | 0.6 |
| 2 | 12/6/2014 | 292400 | 341589 | 412259 | 6868 | 22.7 | 26.6 | 32.1 | 0.5 |
| 3 | 10/24/2015 | 286731 | 282473 | 357056 | 5544 | 25.3 | 24.9 | 31.5 | 0.5 |
| 4 | 11/21/2015 | 276286 | 311856 | 362846 | 6061 | 23.7 | 26.7 | 31.1 | 0.5 |
| 5 | 11/08/2016 | 399916 | 490291 | 663847 | 11657 | 19.5 | 23.9 | 32.4 | 0.6 |
| 6 | 12/10/2016 | 196059 | 218417 | 323173 | 3646 | 21.9 | 24.5 | 36.2 | 0.4 |
| 7 | 11/18/2017 | 84839 | 104745 | 133071 | 1507 | 22.0 | 27.1 | 34.5 | 0.4 |
| 8 | 12/8/2018 | 102466 | 142590 | 194973 | 2384 | 19.3 | 26.9 | 36.8 | 0.4 |
| 9 | 10/12/2019 | 268649 | 326964 | 484753 | 6506 | 19.8 | 24.0 | 35.6 | 0.5 |
| 10 | 11/16/2019 | 277941 | 399600 | 516173 | 8290 | 18.3 | 26.3 | 34.0 | 0.5 |
| 11 | 11/3/2020 | 337044 | 504354 | 776754 | 11535 | 15.5 | 23.2 | 35.8 | 0.5 |
| 12 | 11/08/2022 | 223075 | 308864 | 566952 | 6099 | 15.8 | 21.9 | 40.2 | 0.4 |

16. From **Table 4**, the following observations can be noted about registered voters who voted in Louisiana in 12 statewide elections from 2012 to 2022:

(i). The number of white voters registered as democrats who voted has steadily decreased from year 2012 to 2022. In 2012, there were 22.6% of voters who voted were white democrats, whereas in 2022, this decreased to 15.8%. This equals a drop of 30.1 percentage points from 2012 to 2022.

(ii). The number of white voters registered as republicans who voted has steadily increased from year 2012 to 2022. In 2012, there were 29.3% of voters who voted were white republicans, whereas in 2022, this increased to 40.2%. This equals an increase of 37.2 percentage points from 2012 to 2022.

(iii). The number of black voters registered as democrats has steadily remained constant around mid-twenties percent from year 2012 to 2022. The number of black voters registered as republicans have steadily remained constant around less than 1% from year 2012 to 2022.

17. **Figure 4** below depicts the registered voters trend for registered voters who actually voted in statewide elections from 2012 to 2022 by party affiliation and race. As tabulated in **Table 4**, the following observations can be noted about registered voters in Louisiana:

(i). The percentage of registered white democrats who voted (V_W_DEM_Pct) has somewhat steadily decreased from 2012 to 2022.

(ii). The percentage of registered white republicans who voted (V_W_REP_Pct) has steadily increased from 2012 to 2022.

(iii). The percentage of registered black democrats who voted (V_B_DEM_Pct) has somewhat remained constant from 2012 to 2022.

**Figure 4: Summary of Voters who Voted by Party Affiliation and Race Statewide Elections from 2012 to 2022**



## III: Analyzing Voting Patterns by Race Using Ecological Inference (EI) Modeling For Selected Parishes

18. Next, I have carried out statistical analysis to analyze the voting patterns by race using the ecological inference (EI) package "ei.MD.bayes" which implements a hierarchical Multinomial-Dirichlet model for ecological inference in RxC tables suggested by Rosen et al. (2001)[2]. In a recent study, Plescia and De Sio (2018) compared the performance and suitability

---

[2] Ori Rosen, Wenxin Jiang, Gary King, and Martin A. Tanner. 2001. ``Bayesian and Frequentist Inference for Ecological Inference: The RxC Case." Statistica Neerlandica 55: 134-156.

of several R×C methods for ecological inference and reported that when using root mean square error (RMSE) metric, the EI-MD model performs relatively better when comparing estimates of the quantities of interest with the true values[3].

19. In order to obtain the precinct level data, I relied on the Louisiana Secretary of State (SOS) website[4] which reports the precinct level total votes received by each candidate excluding the early and absentee votes. The race of the voters who voted in each precinct was obtained using the voters level data provided by the SOS office.

20. It is important to note that the SOS website reports the early and absentee votes only at the parish-wide level. For example, in 2020 presidential elections, 979,742 out of 2,148,062, or 45.6% of the total votes cast were by early or absentee voting and, therefore, the votes by precincts is not available. Additionally, 41.5% of the votes President Trump received in Louisiana were early and absentee votes, whereas, President Biden received 52.2% of his votes as early and absentee votes.

21. Dr. Handley's expert report has bypassed the issue of not knowing the precincts of a large percentage of votes by allocating the early and absentee votes not coded to a precinct to the parish precincts proportionally based on the votes received by each of the candidates on Election Day. Dr. Handley has not addressed what bias her proposed equitable distribution solution creates in the EI results she has presented due to the fact that a large proportion of the data is missing the precincts. Put another way, Dr. Handley does not address that she is missing precinct-level data for 30.6% of voters. This is especially problematic given that Dr. Handley analyzes Cooper's Illustrative house and senate plans which, as shown in Mr. Cooper's report, have numerous parish splits, with some parishes split more than once, but assumes that all portions of the parishes vote the same way regardless of the way it is split. Table 5 reports the percentages of the early and absentee votes with missing precincts for the 12 statewide elections studied further in this report[5].

---

[3] Plescia C, De Sio L. An evaluation of the performance and suitability of R×C methods for ecological inference with known true values. Qual Quant. 2018;52(2):669-683.

[4] The website address is  https://voterportal.sos.la.gov/static/

[5] Note that in **Section II** of this report (Recent Trends in Voters Party Affiliation) I presented voters race and party affiliations for 12 election dates as reported in **Table 1**. In the **Section III** (Analyzing Voting Patterns by Race Using Ecological Inference (EI) Modeling) we will focus on 12 selected election contests for certain offices in Louisiana. The details of those 12 specific election contests are provided in **Table 6**.

**Table 5: Summary of Early And Absentee Votes With Missing Precincts For 12 Statewide Elections**

| Election Number | Election Date | Election For | Total Early And Absentee Votes | Total Votes | Percentage with Missing Precincts |
|---|---|---|---|---|---|
| 1 | 11/6/2012 | US President | 359779 | 1994065 | 18.0 |
| 2 | 11/21/2015 | Governor of LA | 266948 | 1152864 | 23.2 |
| 3 | 11/21/2015 | Lt Governor of LA | 264881 | 1135516 | 23.3 |
| 4 | 11/8/2016 | US President | 527180 | 2029032 | 26.0 |
| 5 | 11/18/2017 | Treasurer of LA | 91845 | 373415 | 24.6 |
| 6 | 12/8/2018 | LA Secretary of State | 126928 | 516653 | 24.6 |
| 7 | 10/12/2019 | Lt Governor of LA | 377138 | 1297865 | 29.1 |
| 8 | 10/12/2019 | Attorney General of LA | 375862 | 1291868 | 29.1 |
| 9 | 11/16/2019 | LA Secretary of State | 494713 | 1468733 | 33.7 |
| 10 | 11/16/2019 | Governor of LA | 500296 | 1508784 | 33.2 |
| 11 | 11/3/2020 | US President | 979742 | 2148062 | 45.6 |
| 12 | 11/08/2022 | US Senator | 371967 | 1383290 | 26.9 |
| | | TOTAL | 4737279 | 14306082 | **30.6** |

22. Even though I disagree with her methodology, in order to verify the EI results presented in Dr. Handley's report, I have followed Dr. Handley's proportional allocation of early and absentee votes with missing precincts. In this report, I have analyzed 12 statewide election contests as reported in **Table 6** below[6]. Of these 12 elections, nine statewide election contests included a black candidate and eight of these have been included by Dr. Handley in her expert report[7]. Dr. Handley only analyzes statewide election contests with one or more black candidates in her report. Including a mixture of statewide elections with and without a black candidate in the contest will allow a much deeper statistical analysis to see if voting trends by black and white voters change if there is a black candidate in the contest.

---

[6] Election numbers 1-11 had only one democrat and one republican candidate in the election. Election number 12 (2022 Senate election) had several democrat and republican candidates in the election. In the analysis below, the votes of all democrat and republican candidates have been totaled for Election number 12 to obtain the votes cast for a democrat or republican candidates.

[7] The statewide election with a black candidate included in my expert report and not included in Dr. Handley's report is the 2012 presidential election. The eight elections with a black candidate included in my expert report and also in Dr. Handley's report are Election Numbers 3, 5-9, 11-12 as identified in **Table 6**.

13

**Table 6: Summary of 12 Statewide Elections For EI Analysis**

| Election Number | Election Date | Election For | Democrat Candidates | Republican Candidates | Other Candidates |
|---|---|---|---|---|---|
| 1 | 11/6/2012 | US President | Barack Obama | Mitt Romney | Several Candidates |
| 2 | 11/21/2015 | Governor of LA | John Bel Edwards | David Vitter | -- |
| 3 | 11/21/2015 | Lt Governor of LA | Melvin Holden | William "Billy" Nungesser | -- |
| 4 | 11/8/2016 | US President | Hillary Clinton | Donald Trump | Several Candidates |
| 5 | 11/18/2017 | Treasurer of LA | Derrick Edwards | John Schroder | -- |
| 6 | 12/8/2018 | LA Secretary of State | "Gwen" Collins-Greenup | Kyle Ardoin | -- |
| 7 | 10/12/2019 | Lt Governor of LA | Willie Jones | William "Billy" Nungesser | -- |
| 8 | 10/12/2019 | Attorney General of LA | "Ike" Jackson, Jr. | "Jeff" Landry | -- |
| 9 | 11/16/2019 | LA Secretary of State | "Gwen" Collins-Greenup | Kyle Ardoin | -- |
| 10 | 11/16/2019 | Governor of LA | John Bel Edwards | "Eddie" Rispone | -- |
| 11 | 11/3/2020 | US President | Joseph Biden | Donald Trump | Several Candidates |
| 12 | 11/08/2022 | US Senator | Gary Chambers, Jr. MV "Vinny" Mendoza "Luke" Mixon Salvador P. Rodriguez Syrita Steib | John Kennedy Devin Lance Graham | Several Candidates |

**III.a. Estimates For Black Voters Voting for a Republican Candidate in Statewide Elections**

23. In **Figure 5**, I have reported the EI estimates for black voters who voted for a republican candidate in the selected 12 statewide elections for selected parishes[8] and also for the entire state of Louisiana.

24. From **Figure 5**, it is evident that while the majority of black voters do not vote for a republican candidate, there are a few exceptions. In three of the twelve election contests, election numbers 7, 8 and 11, there was a significant increase in the percentage of black voters voting for a republican candidate. These three elections had a black democrat candidate in the contest. Also, three parishes which have significantly larger percent of black voters voting for a republican candidate are East Baton Rouge, West Baton Rouge, and East Carroll parish. The complete EI estimates along with a confidence interval for the estimates is provided in Appendix 2.

---

[8] The Parish "WBR" refers to West Baton Rouge parish and "EBR" refers to East Baton Rouge parish.

**Figure 5: Black Voting Republican in Louisiana and Selected Parishes in 12 Statewide Elections**



### III.b. Estimates For Black Voters Voting for a Democrat Candidate in Statewide Elections

25. In **Figure 6**, I have reported the EI estimates for black voters who voted for a democrat candidate in the selected 12 statewide election contests for selected parishes and also for the entire state of Louisiana.

**Figure 6: Black Voters Voting Democrat in Louisiana and Selected Parishes in 12 Statewide Elections**

26. From **Figure 6**, it is evident that while the majority of black voters vote for a democrat candidate, there are exceptions such as election numbers 7, 8 and 11 for which there is a significant decrease in the percentage of black voters voting for a democratic candidate. These three elections had a black democrat candidate in the contest. Also, three parishes which have significantly lower percent of black voters voting for a democratic candidate are East Baton Rouge, West Baton Rouge, and East Carroll parish. The complete EI estimates along with a confidence interval for the estimates is provided in Appendix 3.

### III.c. Estimates For White Voters Voting for a Republican Candidate in Statewide Elections

27. In **Figure 7**, I have reported the EI estimates for white voters who voted for a republican candidate in the selected 12 statewide elections for selected parishes and also for all of Louisiana.

**Figure 7: White Voters Voting Republican in Louisiana and Selected Parishes in 12 Statewide Elections**



28. From **Figure 7**, it is evident that there is significant variation in the percentage of white voters voting for a republican candidate. Note that for Orleans parish, the percentage of white voters voting republican is consistently below 50% for all 12 statewide elections. For election number 10 (2019 Governors election) the percentage of white voters voting for the republican candidate was 20.2%. White voters in two other parishes, East Baton Rouge and West Baton Rouge, also seem to vote less for the republican candidates. The complete EI estimates along with a confidence interval for the estimates is provided in Appendix 4.

16

### III.d. Estimates For White Voters Voting for a Democrat Candidate in Statewide Elections

29. In **Figure 8**, I have reported the EI estimates for white voters who voted for a democrat candidate in the selected 12 statewide elections for selected parishes and also for all of Louisiana.

**Figure 8: White Voters Voting Democrat in Louisiana and Selected Parishes in 12 Statewide Elections**



30. From **Figure 8**, it is evident that there is significant variation in the percentage of white voters voting for a democrat candidate. Note that for Orleans parish, the percentage of white voters voting democrat is consistently above 50% for all 12 statewide elections. White voters in two other parishes, East Baton Rouge and West Baton Rouge, also seem to vote significantly more for the democrat candidates. The complete EI estimates along with a confidence interval for the estimates is provided in Appendix 5.

## IV: Analyzing Voting Patterns by Race Using Ecological Inference (EI) Modeling Within Selected Parishes

31. From **Figures 5-8**, one can note that there is significant variation from parish to parish in the percentage of white and black voters voting for a democrat or republican candidate. In fact, there is statistically significant negative voting polarization in Orleans parish under which the white voters have voted in favor of the democratic candidate regardless of whether or not there is a black candidate in the contest among the 12 statewide elections.

As noted above, white voters in two other parishes, East Baton Rouge and West Baton Rouge, also seem to vote significantly more for the democrat candidates. Next, in order to

understand the difference in voting patterns within the parishes and the potential impact of urbanization on how white and black voters vote, I have studied Caddo parish and several other parishes in this section.

**IV.a.: Analyzing Voting Patterns by Race Using Ecological Inference (EI) Modeling in Caddo Parish**

32. The precincts that are fully or partially identified as part of the city of Shreveport in the Caddo parish are marked as "y" below (and colored yellow)[9]. Next, I have used EI estimation techniques to study if the precincts that are part of the city of Shreveport vote differently in the 12 statewide elections outlined in **Table 6**.

**Figure 9: Precincts Map of Caddo Parish Depicting precincts in City of Shreveport**



33. As seen below in **Figure 10**, black voters vote for republican candidates in much larger percentages for non-Shreveport precincts compared to Shreveport city-limit precincts in Caddo parish. Note that the majority of black voters in non-Shreveport precincts voted for a republican candidate in the presidential elections in 2012 and 2020, even though there was a black candidate in the contest. The EI estimates and associated confidence intervals are reported in Appendix 6.

---

[9] The website source that lists the city of Shreveport precincts and their addresses is http://www.caddovoter.org/wp-content/uploads/2015/12/Precincts-SHV.pdf

**Figure 10: Estimates of blacks voting Republican in 12 statewide Elections in City of Shreveport Precincts and Outside**



34. As depicted in **Figure 11**, white voters vote for a democrat candidate in significantly larger percentages for Shreveport city-limit precincts compared to non-Shreveport precincts in Caddo parish. The EI estimates and associated confidence intervals are reported in Appendix 6.

**Figure 11: Estimates of White Voters Voting Democrat in 12 statewide Elections in City of Shreveport Precincts and Outside**



This depicts the flaw in Dr. Handley's parish-wide equitable distribution analysis where she assumes all absentee and early voters are homogenous. In reality the voting patterns vary

19

significantly based on precinct location, which due to the number of districts Caddo is split into, in turn can impact the performance of the districts.

## IV.b.: Analyzing Voting Patterns by Race Using Ecological Inference (EI) Modeling in Selected Parishes based on Population Density in Voting Districts (VTDs)

35. In this section, I have further investigated the issue of potential voter polarization in selected parishes based on the population density. This investigation was preliminarily supported by the parish wide EI estimates that have been reported earlier. Next, the EI estimates for white and black voters voting trends are reported based on the population density in the voting districts[10].

### IV.b.1: Potential Voter Polarization in EBR Parish

36. **Figure 12** depicts the percentage of white voters voting for a Republican candidate in two recent statewide elections in 2020 and 2022. The figure presents the percentage of voters by the minimum population density in the VTDs. For example, the percentages displayed for zero density includes all the VTDs in the parish regardless of population, and the percentages displayed for VTD of 300 includes all of the VTDs in the parish with a population density of 300 or more, and so on. In other words, the entry for minimum VTD zero is the baseline estimate for white voters voting for republican candidates in the two reported elections. The EI estimates for all reported values of minimum VTDs and associated confidence intervals are reported in Appendix 7.

37. From **Figure 12** and Appendix 7, the following conclusions can be drawn:

(i). For the entire parish of East Baton Rouge, 73.9% of white voters voted for a republican candidate in the 2020 presidential election and 75.7% of white voters voted for a republican candidate in the 2022 senate elections.

(ii). The percentage of white voters who voted for a republican candidate in the 2020 presidential election and in 2022 senate elections steadily decreases when restricted to the VTDs that are more densely populated. For both the 2020 and 2022 statewide elections, when restricted to VTDs with a minimum density of 5000, the white voters voted for a republican candidate less than 50 percent. In other words, as the VTDs density crosses 5000, the estimates reflect a negative polarization by the white voters to defeat the republican candidates.

---

[10] Since the voter level data for the elections on the SOS website is available for precincts, the EI estimates reported below required matching VTDs to precincts and totaling of the candidate votes by VTDs in order to match the population density data. For Caddo parish's 2022 senate elections, precinct 159 was absorbed by precincts 122, 163, and 165. In order, to match the VTDs for the 2020 and 2022 elections in Caddo parish, the precinct-level votes for the 2020 election have been equally divided into these three precincts. There were a total of 900 votes cast on election day in precinct 159 in 2020 presidential elections.

20

**Figure 12: Estimates for White Voters Voting for a Republican Candidates in Statewide Elections in East Baton Rouge Parish in 2020 and 2022**



38. **Figure 13** depicts the percentage of white voters voting for democrat candidates in two recent statewide elections in 2020 and 2022. As above, the figure presents the percentage of voters by the minimum population density in the VTDs with the percentages displayed for zero density including all of the VTDs in the parish, regardless of density, and the percentages displayed for VTDs of 300 includes all the VTDs in the parish with a density of 300 or more, and so on. The EI estimates for all reported values of minimum VTDs and associated confidence intervals are reported in Appendix 7.

39. From **Figure 13** and Appendix 7, the following conclusions can be drawn:

(i). For the entire parish of East Baton Rouge, 25.4% of white voters voted for a democrat candidate in the 2020 presidential election and 23.7% of white voters voted for a democrat candidate in the 2022 senate elections.

(ii). The percentage of whites who voted for a democrat candidate in the 2020 presidential election and in the 2022 senate elections steadily increases when restricted to the VTDs that are more densely populated. For both the statewide elections, when restricted to VTDs with a minimum density of 5000, the white voters vote for a democrat candidate more than 50 percent. In other words, as the VTDs' densities cross 5000, the EI estimates reflect a negative polarization by white voters to defeat the republican candidates and instead support the democrat candidates.

21

**Figure 13: Estimates for White Voters Voting for a Democrat Candidates in Statewide Elections in East Baton Rouge Parish in 2020 and 2022**



**IV.b.2: Potential Voter Polarization in Caddo Parish**

40. **Figure 14** depicts the percentage of white voters voting for a republican candidate in two recent statewide elections in 2020 and 2022 in Caddo parish. The figure presents the percentage of voters by the minimum population density in the VTDs with the percentages displayed for zero density including all of the white voters who voted for a republican candidate in the two reported elections in all of the VTDs in the parish, regardless of density, and the percentages displayed for VTDs of 300 includes all the VTDs in the parish with a density of 300 or more, and so on. The EI estimates for all reported values of minimum VTDs and associated confidence intervals are reported in Appendix 8.

41. From **Figure 14** and Appendix 8, the following conclusions can be drawn:

(i). For the entire Caddo parish, 76.9% of white voters voted for a republican candidate in the 2020 presidential election and 82.5% of white voters voted for a Republican in the 2022 senate elections.

(ii). The percentage of whites voted for a republican candidate in the 2020 presidential election and in the 2022 senate elections steadily decreases when restricted to the VTDs that are more densely populated. For both the 2020 and 2022 statewide elections, when restricted to VTDs with a minimum density of 4700, the white voters voted for a replublication candidate just more than 50 percent, that is, 58.4% in 2020 and 64.9% in the 2022 elections.

**Figure 14: Estimates for White Voters Voting for a Republican Candidates in Statewide Elections in Caddo Parish in 2020 and 2022**



42. **Figure 15** depicts the percentage of white voters voting for a democrat candidate in two recent statewide elections in 2020 and 2022 in Caddo parish. The EI estimates for all reported values of minimum VTDs and associated confidence intervals are reported in Appendix 8.

43. From **Figure 15** and Appendix 8, the following conclusions can be drawn:

(i). For the entire Caddo parish, 22.5% of white voters voted for a democrat candidate in the 2020 presidential elections and 16.9% of white voters voted for a democrat candidate in the 2022 senate elections.

(ii). The percentage of white voters who voted for a democrat candidate in the 2020 presidential election and in the 2022 senate elections steadily increases when restricted to the VTDs that are more densely populated. For both the 2020 and 2022 statewide elections, when restricted to VTDs with a minimum density of 4700, the white voters voted for a democrat candidate just below the 50%, that is, 40.6% in 2020 and 33.9% in 2022 elections.

23

**Figure 15: Estimates for White Voters Voting for a Democrat Candidates in Statewide Elections in Caddo Parish in 2020 and 2022**



### IV.b.3: Potential Voter Polarization in Iberville Parish

44. **Figure 16** depicts the percentage of white voters voting for a republican candidate in recent statewide elections in 2022 in Iberville parish. As before, with the percentages displayed for zero density including all of the white voters who voted for a republican candidate in all of the VTDs in Iberville parish, regardless of density, and the percentages displayed for VTDs of 300 includes all the VTDs in the parish with a density of 300 or more, and so on. The EI estimates for all reported values of minimum VTDs and associated confidence intervals are reported in Appendix 9.

45. From **Figure 16** and Appendix 9, the following conclusions can be drawn:

(i). For the entire Iberville parish, 86.6% of white voters voted for a republican candidate in the 2022 senate election.

(ii). The percentage of white voters who voted for a republican candidate in the 2022 senate election steadily decreases when restricted to the VTDs that are more densely populated. In particular, when restricted to VTDs with a minimum density of 3300, the white voters voted for a republican candidate less than 50%, that is, 38.8% in 2022.

24

**Figure 16: Estimates for White Voters Voting for a Republican Candidates in Statewide Elections in Iberville Parish in 2022**



46. **Figure 17** depicts the percentage of white voters voting for a democrat candidate in a recent statewide election in 2022 in Iberville parish. The EI estimates for all reported values of minimum VTDs and associated confidence intervals are reported in Appendix 9.

47. From **Figure 17** and Appendix 9, the following conclusions can be drawn:

(i). For the entire Iberville parish, 12.3% of white voters voted for a democrat candidate in 2022 senate election.

(ii). The percentage of white voters who voted for a democrat candidate in the 2022 senate election steadily increases when restricted to the VTDs that are more densely populated. In particular, when restricted to VTDs with a minimum density of 3300, the white voters voted for a democrat candidate just under 50 percent, that is, 48.1% in 2022.

**Figure 17: Estimates for White Voters Voting for a Democrat Candidates in Statewide Elections in Iberville Parish in 2022**



## IV.b.4: Potential Voter Polarization in Pointe Coupee Parish

48. **Figure 18** depicts the percentage of white voters voting for a republican candidate in a recent statewide election in 2022 in Pointe Coupee parish. As before, with the percentages displayed for zero density including all of the white voters who voted for a republican candidate in all of the VTDs in Pointe Coupee parish, regardless of density, and the percentages displayed for VTDs of 300 includes all the VTDs in the parish with a density of 300 or more, and so on. The EI estimates for all reported values of minimum VTDs and associated confidence intervals are reported in Appendix 10.

49. From **Figure 18** and Appendix 10, the following conclusions can be drawn:

(i). For the entire Pointe Coupee parish, 84.1% of white voters voted for a republican candidate in the 2022 senate election.

(ii). The percentage of white voters who voted for a republican candidate in the 2022 senate election steadily decreases when restricted to the VTDs that are more densely populated. In particular, when restricted to VTDs with a minimum density of 800[11], white voters vote for a republican candidate 63.2% in 2022.

---

[11] In Pointe Coupee parish there are only two VTDs with a density of over 800.

**Figure 18: Estimates for White Voters Voting for a Republican Candidate in Statewide Elections in Pointe Coupee Parish in 2022**



50. **Figure 19** depicts the percentage of white voters voting for a democrat candidate in recent statewide elections in 2022 in Pointe Coupee parish. The EI estimates for all reported values of minimum VTDs and associated confidence intervals are reported in Appendix 10.

51. From **Figure 19** and Appendix 10, the following conclusions can be drawn:

(i). For the entire Pointe Coupee parish, 15.1% of white voters voted for a democrat candidate in the 2022 senate election.

(ii). The percentage of white voters who voted for a democrat candidate in 2022 senate election steadily increases when restricted to the VTDs that are more densely populated. In particular, when restricted to VTDs with a minimum density of 800, white voters vote for a democrat candidate 32.1% in 2022.

**Figure 19: Estimates for White Voters Voting for Democrat Candidates in Statewide Elections in Pointe Coupee Parish in 2022**



## V: Summary of Conclusions

52. After reviewing the voting data for Louisiana, in my opinion, the following conclusions can be drawn:

1. After reviewing the registered voters for the 12 statewide election dates from 2012 to 2022, the following trends are noted:

i. There were 20.8% more registered democrats than registered republicans in 2012, and this excess has steadily reduced from 2012 to 2022. In 2022, there were only 6.2% more registered democrats than registered republicans.

ii. In 2012 there were 375,595 more registered democrats than registered republicans who voted during the elections. However, in 2022 there were 42,118 fewer democrats than republicans who voted during the elections. A drop of 111.2 % in excess democrats from 2012 to 2022.

iii. The number of white voters registered as democrats has steadily decreased from 2012 to 2022. In 2012, 22.2% of all registered voters were white democrats, whereas in 2022, the number of white voters registered as democrats decreased to 14.0%. This equals a drop of 36.9 percentage points in white voters registered as democrats from 2012 to 2022.

28

iv. The number of white voters registered as republicans has steadily increased from 2012 to 2022. In 2012, 25.6% of all registered voters were white republicans, whereas in 2022, this increased to 31.3%. This equals an increase of 22.3 percentage points in white voters registered as republicans from 2012 to 2022.

v. The number of white voters registered as democrats who actually voted has steadily decreased from 2012 to 2022. In 2012, 22.6% of voters who voted were white democrats, whereas in 2022, this decreased to 15.8%. This equals a drop of 30.1 percentage points from 2012 to 2022.

vi. The number of white voters registered as republicans who actually voted has steadily increased from 2012 to 2022. In 2012, 29.3% of voters who voted were white registered republicans, whereas in 2022, this increased to 40.2%. This equals an increase of 37.2 percentage points from 2012 to 2022.

2. Based on the EI analysis of voting patterns, it is evident that there is significant variation in the percentage of white voters voting for a democrat candidate from parish to parish. In particular, for the Orleans parish, the percentage of white voters voting democrat is consistently above 50% for all the 12 statewide elections. White voters in two other parishes, East Baton Rouge and West Baton Rouge, also seem to vote significantly more for the democratic candidates.

3. The EI estimates in Dr. Handley's report providing voter polarization estimates in parishes and regions (combining several parishes) provide an incomplete and misleading conclusion of voter polarizations. This is so because assuming white or black voters across an entire parish or a region vote as a block to defeat democrat candidates is an incorrect assumption. Dr. Handley has made no attempt in her report to investigate this assumption. For example, Dr. Handley's EI estimates for voter polarization considers the parishes of East Baton Rouge, West Baton Rouge, Iberville, and Pointe Coupee together (referred to as the Area of Interest 3). As we have seen, these Parishes, have different voting patterns, and sometimes different areas within the same parish vote differently.

As explained in this report, the EI estimates for the entire parish are presented by minimum density in VTD of zero in this report and different areas within the same parish are studied as well by pooling VTDs with certain minimum population density values.

4. The EI estimates reported for the two recent statewide elections, the presidential election in 2020 and the senate election in 2022, show a rather drastic difference in voting patterns of white voters in voting for a republican or a democrat candidate as the population density in the VTD increases. In particular the following comments summarize the key findings:

i. East Baton Rouge Parish: While for the entire parish of East Baton Rouge 73.9% percent of white voters voted for a republican candidate in the 2020 presidential election and 75.7% of white voters voted for a republican candidate in the 2022 senate elections, the percentage of white voters voting for a republican candidate in the 2020 presidential

election and in the 2022 senate elections steadily decreases when restricted to the VTDs that are more densely populated. For both the statewide elections, when restricted to VTDs with a minimum density of 5000, the white voters voted for a republican candidate less than 50%. In other words, as the VTDs' population densities cross 5000, the estimates reflect a negative polarization by the white voters to defeat the republican candidates and instead vote for democrat candidates.

ii. <u>Caddo Parish:</u> While for the entire Caddo parish, 22.5% of white voters voted for a democrat candidate in the 2020 presidential elections and 16.9% of white voters voted for a democrat candidate in the 2022 senate elections, the percentage of white voters who voted for a democrat candidate in the 2020 presidential election and in the 2022 senate elections steadily increases when restricted to the VTDs that are more densely populated. For both the statewide elections, when restricted to VTDs with a minimum density of 4700, the white voters voted for a democrat candidate just below 50%, that is, 40.6% in 2020 and 33.9% in the 2022 elections.

iii. <u>Iberville Parish:</u> While for the entire Iberville parish, 12.3% of white voters voted for a democrat candidate in the 2022 senate election, the percentage of white voters who voted for a democrat candidate steadily increases when restricted to the VTDs that are more densely populated. In particular, when restricted to VTDs with a minimum density of 3300, the white voters voted for a democrat candidate just under 50%, that is, 48.1%. This represents an increase of 291 percentage points.

iv. <u>Pointe Coupee Parish</u>: While for the entire Pointe Coupee parish, 15.1% of white voters voted for a democrat candidate in the 2022 senate election, the percentage of whites who voted for a democrat candidate in 2022 senate election steadily increases when restricted to the VTDs that are more densely populated. In particular, when restricted to VTDs with a minimum density of 800, the white voters voted for a democrat candidate 32.1 percent. This represents an increase of 113 percentage points.

5. The trend of increase in white voters voting for a democratic candidate as the population density increases is also evident in Caddo parish as the precincts that are part of the city of Shreveport exhibit significant increases in white voters voting for a democrat candidate compared to non city of Shreveport precincts. This trend was observed for all the 12 statewide elections. Additionally, black voters exhibit a trend of voting for republican candidates in non city of Shreveport parishes.

6. Due to the time constraints, I did not have adequate time to complete a detailed review of Plaintiffs' files/datasets/programs. With more time, I would have completed the review and would have included statistical analysis for more statewide elections in Louisiana and associated voter polarization studies in additional parishes based on population density composition of the parishes.

30

53. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of July 2023, in Innsbruck, Austria.

_Tumulesh Solanky_
Tumulesh K. S. Solanky, PhD

# APPENDIX 1

## (CV OF TUMULESH K. S. SOLANKY)

**ADDRESS:**
**Home:** 4717 Rue Laurent, Metairie, LA 70002.
**Cell Phone:** (504) 427-0188
**Email: tsolanky@gmail.com**
**Citizenship:** USA

**EDUCATION:**

| | |
|---|---|
| Ph.D. in Statistics | University of Connecticut, 1990 |
| M.Sc. in Mathematics | Indian Institute Of Technology, New Delhi, India, 1987 |
| B.Sc. in Mathematics (Honors) | University of Delhi, India, 1985 |

**EMPLOYMENT AND POSITIONS:**

| | |
|---|---|
| August 2008-present | Professor and Chair of the Mathematics Department |
| 2021- present | The University of Louisiana System Foundation and |
| | Michael and Judith Russell Professor in Data/Computational Sciences |
| 2001- 2008 | Professor of Mathematics, University of New Orleans |
| 1995-2001 | Associate Professor of Mathematics, University of New Orleans |
| 1996-1997 | Visiting Associate Professor, University of Toronto (On Sabbatical Leave) |
| 1990-1995 | Assistant Professor of Mathematics, University of New Orleans |
| 1989-1990 | Lecturer of Statistics, University of Connecticut |

**MAJOR AWARDS**

(i). Seraphia D. Leyda University Teaching Fellow, Awarded in year 2009.

(ii). Cooper R. Macklin Medallion, Awarded in year 2018. Cooper R. Macklin Medallion is awarded to a faculty or staff member who has made outstanding contributions in support of the University's mission. The recipient is an individual who has demonstrated excellent, sustained, and selfless service to the university.

**MAJOR STATISTICAL CONSULTING EXPERIENCE:**

41. Louisiana Organ Procurement Agency (LOPA) and Mid-America Transplant Services (MOMA), St Louis, MO; Assisted LOPA and MOMA with statistical analysis related to organ procurement data in Louisiana and Missouri.
Duration: August 2021— present.
Extent of Involvement:  Submitted several internal reports.

40. PRESS ROBINSON, et al., v. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, consolidated with EDWARD GALMON, SR., et al.; CIVIL ACTION NO. 3:22-CV-00211-SDD-SDJ consolidated with NO. 3:22-CV-00214-SDD-SDJ;
Duration: May 2022— June 2022.
Extent of Involvement:  Submitted two expert reports; Testified in Court.

39. Robert Mark Turner v. Go Auto Insurance Company, Suit Number: 678,933; Division: "25"; Assisted Go Auto Insurance Company with statistical analysis of claims data.
Duration: May 2021— October 2021.
Extent of Involvement:  Submitted expert report; Deposed.

38. UNITED STATES OF AMERICA v. LOUIS AGE, JR., et al., NO. 2:16-CR-00032; Assisted the Clerk of Court for the Eastern District of Louisiana (EDLA) by reviewing and analyzing the jury selection process from the 13 parishes in EDLA.

Duration: April 2020—June 2021.
Extent of Involvement:  Submitted expert report.


37. Jackson Women's Health Organization v. Dobbs, No. 3:18-cv-00171 (S.D. Mississippi);
Duration: April 2020--.
Extent of Involvement:  Submitted expert report; Deposed.


36. Planned Parenthood Arizona Incorporated, et al., v. Mark Brnovich, et al., Case No. CV-19-00207-TUC-JGZ (U.S. District Court for the District of Arizona);
Duration: May 2020- August 2020.
Extent of Involvement:  Submitted expert report.


35. STATE OF LOUISIANA v. MELVIN CARTEZ MAXIE (NUMBER: 13-CR-072522), llTH JUDICIAL DISTRICT COURT, SABINE PARISH, LOUISIANA;
Duration: June 2019- November 2019.
Extent of Involvement:  Statistical Work; Submitted Trial Exhibits.


34. LITTLE ROCK FAMILY PLANNING SERVICES, et al., v. LESLIE RUTLEDGE, et al.;
Duration: June 2019- August 2019.
Extent of Involvement:  Submitted two expert reports; Testified in Court.


33. 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana; City of Walker, et al. versus State of Louisiana through the Department of Transportation and Development, et al.;
Duration: March 2018- March 2019.
Extent of Involvement:  Submitted one expert report; Testified in Court.


32. PLANNED PARENTHOOD OF ARKANSAS & EASTERN OKLAHOMA, d/b/a PLANNED PARENTHOOD GREAT PLAINS and STEPHANIE HO, M.D., on behalf of themselves and their patients, v LARRY JEGLEY, Prosecuting Attorney for Pulaski County, in his official capacity, his agents and successors; MATT DURRETT, Prosecuting Attorney for Washington County, in his official capacity, his agents and successors;
Duration: June 2018- December 2018.
Extent of Involvement:  Submitted one expert report; Testified in Court.


31. UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI, CENTRAL DIVISION, COMPREHENSIVE HEALTH OF PLANNED PARENTHOOD GREAT PLAINS, et al. v. RANDALL W. WILLIAMS, MD, in his official  capacity as Director of the Missouri Department of Health and Senior Services, et al.;
Duration: January 2018- November 2019.
Extent of Involvement:  Submitted two expert reports; Deposed.


30. UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION, REBA CARTER, et. al., v. HOUSTON INDEPENDENT SCHOOL DISTRICT;
Duration: June 2017- April 2018.
Extent of Involvement:  Submitted expert report.


29. CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, STATE OF LOUISIANA, HG NEW ORLEANS RETAILERS JOINT VENTURE vs. THE CITY OF NEW ORLEANS by and through THE NEW ORLEANS AVIATION BOARD;
Duration: July 2017- August 2017.
Extent of Involvement:  Submitted expert report.


28. UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, UNITED STATES of AMERICA v. HENRY EVANS, M.D., MICHAEL JONES, M.D., SHELTON BARNES, M.D., GREGORY MOLDEN, M.D., PAULA JONES, JONATHON NORA;
Duration: September 2016- May 2017.
Extent of Involvement: Testified in Court.

27. UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI, CENTRAL DIVISION, COMPREHENSIVE HEALTH OF PLANNED PARENTHOOD GREAT PLAINS, et al. v. PETER LYSKOWSKI, in his official capacity as Director of the Missouri Department of Health and Senior Services, et al.;
Duration: January 2017- August 2017.
Extent of Involvement:  Submitted two expert reports.

26. UNITED STATES of AMERICA v. RODNEY HESSON, ET AL, DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA;
Duration: August 2016- January 2017.
Extent of Involvement:  Submitted reports/Trail Exhibits.

25. UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF ARKANSAS WESTERN DIVISION PLANNED PARENTHOOD ARKANSAS & EASTERN OKLAHOMA, d/b/a PLANNED PARENTHOOD OF THE HEARTLAND; and STEPHANIE HO, M.D. v. LARRY JEGLEY, Prosecuting Attorney for Pulaski County, in his official capacity and MATT DURRETT, Prosecuting Attorney for Washington County;
Duration: December 2015- February 2016.
Extent of Involvement:  Submitted expert report.

24. UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF LOUISIANA, JUNE MEDICAL SERVICES, LLC, ET AL., KATHY KLIEBERT, ET AL;
Duration: October 2014- August 2016.
Extent of Involvement:  Submitted expert report; Deposed; Testified in Court.

23. United States District Court, Middle District of Louisiana, Albert Woodfox v. BURL CAIN, *Warden of the Louisiana State Penitentiary*, ET AL., Civil Action; Assisted the Office of the Attorney General of Louisiana related to a jury selection matter.
Duration: September 2011- August 2013.
Extent of Involvement:  Submitted two expert reports; Deposed; Testified in Court.

22. United States District Court EDLA, U.S. v. Khlgatian, et al, Criminal Docket Number 11-105 "I"; Assisted a federal agency and the Office of the AUSA; sampling of the patient charts; statistical comparisons with peers.
Duration: February 2012- December 2012.
Extent of Involvement:  Submitted two expert reports.

21. United States District Court, Eastern District of Louisiana, Diamond Young, et al. v. United States of America, C.A. No. 11-2438, Section "H" (5); Civil Action;
Duration: April 2012- December 2012.
Extent of Involvement:  Submitted an expert report.

20. Statistical Consultant: Textron Marine & Land Systems; Provided statistical expertise related to product reliability/testing/sampling and quality control;
Duration: September 2010- January 2011.
Extent of Involvement:  Submitted an expert report.

19. United States District Court, St. Tammany Parish Hospital. vs. Ace American Ins. Co. and Trinity Marine Products, Inc. (and several other related cases); Civil Action;
Duration: March 2010- March 2012.
Extent of Involvement:  Submitted over ten expert reports; Deposed.

18. United States District Court, Eastern District of Louisiana, Malcolm Louis LeBlanc, et al. vs. Chevron USA Inc., et al.; Civil Action;
Duration: October 2008- July 2010.
Extent of Involvement:  Submitted an expert report; Deposed.

17. United States District Court, 27th Judicial District, Opelousas, Charles C. Foti, Jr., et al. vs. Janssen Pharmaceutica, et al.; Civil Action; Served as the *court appointed Statistical Expert* to assist the court in a complex litigation matter.

Duration: August 2008- July 2010.

16. GCR, New Orleans and Barrios, Kingsdorf & Casteix, L.L.P.; *Statistical Consultant*; Provided statistical expertise to GCR in statistical analysis of CDW related matter;
Duration: January 2010- March 2010.
Extent of Involvement: Submitted expert report.

15. United States District Court, 24th Judicial District, Parish of Jefferson, Warren Lester, et al. vs. Exxon Mobil Corporation, et al.; Civil Action;
Duration: March 2008- May 2010;
Extent of Involvement: Assisted the attorneys and other experts; Submitted expert reports; Deposed twice.

14. Medicare Matter. Contact persons: Charles Taylor and Jacqueline Griffith (Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum & Hayes, L.L.P.
Duration: October 2009- December 2009.
Extent of Involvement: Submitted an expert report; Testified in Court (via Video Conference).

13. United States District Court, St. Bernard Parish, Mumphrey v. Chalmette Medical Center; Civil Action;
Duration: October 2008- November 2008.
Extent of Involvement: Submitted an expert report; Deposed; Testified in Court.

12. GCR, New Orleans; *Statistical Consultant*; Provided statistical expertise to GCR in designing polls & analyzing the poll results for the state elections in 2007;
Duration: May 2007- October 2007.

11. United States District Court, 19th Judicial District, Parish of East Baton Rouge, Patrick J. Cunningham, et al. vs. IBM Corp.; Civil Action;
Duration: December 2006- August 2007;
Extent of Involvement: Assisted the attorneys and other experts; wrote over 25 internal reports related to statistical computations and interpretation of results.

10. UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA; Provided statistical expertise in a jury selection matter; Wrote an expert report/Affidavit; Attorney, Eastern District of Louisiana.
Duration: May 2006- August 2006;

9. United States District Court, Eastern District of Texas, June Pryor Avance, et al. vs. Kerr-McGee Chemical LLC; Civil Action; *Statistical Expert*; Wrote three expert reports/Affidavits on statistical projections;
Duration: January 2005- July 2007;
Extent of Involvement: Deposed.

8. United States District Court, Down South Entertainment versus SMG; Civil Action; *Statistical estimation of crowd for Easter Jam*; Wrote three expert reports on statistical projections and the reliability of projections;
Duration: December 2003- May 2005;
Extent of Involvement: Deposed twice and testified in court.

7. Naval Oceanographic Center (US Navy), Mississippi; *statistical guidance to update their methods of data collection and data storage, statistical algorithms to discard the noise and save only the relevant data*. Duration: May 1998- March 2002.

6. United States District Court, Bank of Louisiana versus Kenwin Shops Inc.; Civil Action; *Wrote two expert reports on statistical analysis related to Bankruptcy of a BOL's client*;
Duration: May 1999- December 1999; Extent of Involvement: Deposed.

5. Jefferson Parish Public Schools; *As the statistician for the court appointed expert witness:* designed a survey of schools under Jefferson Parish Public Schools, assisted in statistical projections reported to the court.
Duration: August 1998- January 1999.

4. Lifemark Hospitals of Louisiana (Kenner Regional Medical Center); *Statistical sampling of patient charts*; Wrote three expert reports on statistical analysis/ sampling of the patient charts;
Duration: August 1996 – August 1997; Extent of Involvement: Deposed.

3. KPMG New Orleans; *Sample size determination, Designed and Analyzed samples of patient charts/drug usage to estimate total drug cost for the Tenet group of Hospitals/Lifemark Hospitals*; Wrote two expert reports on statistical analysis;
Duration: August 1994 – December 1995.

2. USDA, Department of Forestry, Louisiana: *Statistical assistance to USDA in data collection, designing and modeli*ng, Models used: Time-Series Models (for forecasting; Both Time Domain--ARIMA MODELS-- and Frequency Domain models).
Duration: August 1991- December 1994.

1. NASA Stennis Space Center, Mississippi: *Statistical Design and Analysis of the Rocket Seal Configuration Tester*, assisted NASA with the statistical issues related to the design of experiments and performance evaluation of the rocket seals.
Duration: August 1994-December 1995.

## CURRENT EDITORIAL SERVICE:
- Associate Editor: AJMMS **(**American Journal of Mathematical and Management Sciences), 2012-present.
- Associate Editor: Sequential Analysis, 2003-present.
- Associate Editor: Journal of Combinatorics, Information and System Sciences, 2003-present.
- Associate Editor: Journal of the Indian Society of Agricultural Statistics, 2009-present.

## SCHOLARLY/PROFESSIONAL ACTIVITIES:
- President, Louisiana Chapter of American Statistical Association: 1994-1995.
- Vice-President, Louisiana Chapter of American Statistical Association: 1993-1994.
- Secretary, Louisiana Chapter of American Statistical Association: 1995-1996.
- Reviewer: Journal of Statistical Planning and Inference, Sequential Analysis, Metrika, Communications in statistics, Statistics and Decisions, and others.
- Member: American Statistical Association (ASA), Life member of the Forum for Interdisciplinary Mathematics.
- Selection Committee Chair: Abraham Wald Prize in Sequential Analysis for Best Paper: Sequential Analysis Journal. The first prize was awarded at JSM, 2005. Chaired the international selection committee from 2006-2023.
- Guest Editor: Special Volume of *AJMMS* (American Journal of Mathematical and Management Sciences). Co- edited a special volume of *AJMMS* related to my research area of Selection and Ranking/MCP.
- Symposium Organizer: Co-organized "Symposium on **Ranking and Selection Methodologies – Multiple Comparison Procedures"**. The symposium was held during the ***Pre-ICM International Convention on Mathematical Sciences***, University of Delhi, December, 2008.
- Symposium Organizer: Co-organized a symposium at the Auburn University (December 2005) in my research area of Selection and Ranking/MCP. I also chaired the symposium. The symposium was held during the SCMA 2005/FIM XII Conference.
- Editor (Statistical Science): AJMMS **(**American Journal of Mathematical and Management Sciences), 2009-2012.
- Associate Editor: Statistical Methodology, 2010-2015.

## RESEARCH PUBLICATIONS

**Scholarly books**:
(i.) *Multistage Selection and Ranking Procedures: Second-Order Asymptotics*, Marcel Dekker, Inc., ISBN No.: 0-8247-9078-2, (with N. Mukhopadhyay), 1994.

**Refereed Scholarly book chapters**:
(i.) On an improved accelerated sequential methodology with applications in selection and ranking, *Frontiers in Probability and Statistics*, Editors: S.P. Mukherjee, et al., 250-259, 1998, (with N. Mukhopadhyay).

(ii). Applications of Sequential Tests to Target Tracking by Multiple Models, *Applied Sequential Methodologies*, Marcel Dekker, edited by N. Mukhopadhyay, et al., 219-247, 2004, (with X. Rong Li).

**As Guest Editor of a Journal's Special Issue:**

Co-edited a Special Volume of *AJMMS* (American Journal of Mathematical and Management Sciences) in my research area: RANKING AND SELECTION AND MULTIPLE COMPARISON PROCEDURES. American Journal of Mathematical and Management Sciences, Volume 29 (2009), Nos. 1 & 2, 294 pages.

**As Associate Editor of Conference Proceedings:**

SOME RECENT ADVANCES IN MATHEMATICS AND STATISTICS, Proceedings of Statistics 2011 Canada/IMST 2011-FIM XX, Editor: Yogendra P Chaubey, World Scientific Publishing Co. Pte. Ltd., 2013.

# REFEREED JOURNAL PUBLICATIONS

26. Second Order Asymptotics of a Fine-Tuned Purely Sequential Procedure for the Generalized Partition Procedure, *Statistics and Applications*, Volume 19, No. 1, 401-415, 2021.

25. A Generalization of the Partition Problem, *Sequential Analysis*, **34**(04), pp. 483 – 503, 2015 (with Jie Jhou).

24. Discussion on "Sequential Estimation for Time Series Models" by T. N. Sriram and Ross Iaci, *Sequential Analysis*, **33**(02), pp. 186 – 189, 2014.

23. On Two-stage comparisons with a control under heteroscedastic normal distributions, *Methodology and Computing in Applied Probability*, Volume 14, Number 3, Pages 501-522, 2012 (with N. Mukhopadhyay).

22. Second-Order Asymptotics of a Fine-Tuned Unbalanced Purely Sequential Procedure For The Partition Problem, *Journal of Combinatorics, Information and System Sciences, vol. 36, 233-248, 2011.*

 21. Discussion on "Two-Stage Procedures for High-Dimensional Data" by Makoto Aoshima and Kazuyoshi Yata, *Sequential Analysis*, **30**(04), pp. 429 – 431, 2011.

20. On Approximate Optimality of the Sample Size for the Partition Problem, Communications in Statistics - Theory and Methods, 38:16, 3148 — 3157, 2009 (with Y. Wu).

19. *Discussion on "A Hybrid Selection and Testing Procedure with Curtailment" by Elena M. Buzaianu and Pinyuen Chen*, Sequential Analysis, 28:1, 38-40, 2009.

18. *A two-stage procedure with elimination for partitioning a set of normal populations with respect to a control*, Sequential Analysis, 25, 297-310, 2006.

17. On unbalanced multistage methodologies for the partition problem, *Proceedings of the International Sri Lankan Statistical Conference: Visions of Futuristic Methodologies*, 447-466, 2004 (with Y. Wu).

16. *Predicting multivariate response in linear regression model*, Commun. in Statistics, Simulation & Computation, Vol. 32, No. 2, 389-409, 2003 (with M. Srivastava).

15. *Multistage methodologies for comparing several treatments with a control*, Journal of Statistical Planning and Inference, 100, No. 2, 209-220, (with N. Mukhopadhyay), 2002.

14. *A sequential procedure with elimination for partitioning a set of normal populations having a common unknown variance*, Sequential Analysis, Vol. 20 (4), 279-292, 2001.

13. *Estimation of coating time in the magnetically assisted impaction coating process*, Journal of Powder Technology I, 121, 159-167, 2001(P. Singh, T.K.S. Solanky, R. Mudryy, R. Pfeffer, and R. Dave).

12. *Power comparison of some tests for detecting a change in the multivariate mean*, Commun. in Statistics, Simulation & Computation, Volume 30, Issue 1, 19--36 (2001) (with M. Srivastava and A.K. Sen).

11. *Convection and local acceleration dominated regimes in Lennard-Jones liquids*, Physics Letters A, 266, 11-18 (2000) (with P. Singh).

10. *A Robust Methodology for selecting the smaller variance*, Journal of Nonparametric Statistics, Vol. 11, 361-376 (1999) (with N. Mukhopadhyay and A. Padmanabhan).

9. *Multistage methodologies for fixed-width simultaneous confidence intervals for all pairwise comparisons*, Journal of Statistical planning and Inference, 73, 163-176 (1998) (with N. Mukhopadhyay).

8. *On estimating the reliability after sequentially estimating the mean: the exponential case*, Metrika, 45(3), 235-252 (1997) (with N. Mukhopadhyay and A. Padmanabhan).

7. *Accuracy of formula-derived Creatinine clearance in paraplegics subjects*, Clin. Nephrol., 47(4), 237-242 (1997) (with V. Thaakur, E. Reisin, M. Solomonow, R. Baratta, E. Anguilar, R. Best, R. D'Ambrosia).

6. *Estimation After Sequential Selection and Ranking*, Metrika, 45(2), 95-106 (1997) (with N. Mukhopadhyay).

5. *A nonparametric accelerated sequential procedure for selecting the largest center of symmetry*, Journal of Nonparametric Statistics, 3, 155-166 (1993) (with N. Mukhopadhyay).

4. *Accelerated sequential procedure for selecting the best exponential population*, Journal of Nonparametric Statistical planning and Inference, 32, (1992), 347-361 (with N. Mukhopadhyay).

3. *Accelerated sequential procedure for selecting the largest mean*, Sequential Analysis, vol. 11, (1992), 137-148 (with N. Mukhopadhyay).

2. *Improved sequential and accelerated sequential procedures for estimating the scale parameter in a uniform distribution*, Sequential Analysis, vol. 10, (1991), 235-245 (with L. Kuo and N. Mukhopadhyay).

1. *Second order properties of accelerated stopping times with applications in sequential estimation*, Sequential Analysis, vol. 10, (1991), 99-123 (with N. Mukhopadhyay).

## OTHER PUBLICATIONS

(i.) Proceedings of The second International Workshop in Sequential Methodologies (IWSM 2009): Multistage Methodologies for Partitioning a Set of Exponential Populations, 4 pages, 2009.

(ii.) Proceedings of The 56th Session of the International Statistical Institute (ISI 2007): On Optimality of the Sample Size for the Partition Problem (jointly with Yuefeng Wu), pages 2033-2037, 2007.

(iii). *Selecting the Best Component in a Multivariate Normal Population*, (with N. Mukhopadhyay).
- Presented at the Joint Statistical Meetings, San Francisco, August 1993.
- Abstract in IMS Bulletin, Vol. 22, No. 3, page 333, 1993.
- Article appears in Chapter 6, *Multistage Selection and Ranking Procedures: Second-Order Asymptotics*, Marcel Dekker, Inc., 1994, page 266-280.

(iv.) *On Asymptotic Second-Order Properties of Selecting the t-best Exponential Populations,* (with N. Mukhopadhyay).
- Presented at the Joint Statistical Meetings, Boston, August 1992.
- Abstract in IMS Bulletin, Vol. 23, No. 3, page 339, 1992.
- Article appears as a separate section in *Multistage Selection and Ranking Procedures: Second-Order Asymptotics*, Marcel Dekker, Inc., 1994, Section 4.9, page 198-208.

(v.) *On Asymptotic Second-Order Properties of Selecting the t-best Normal Populations*, (with N. Mukhopadhyay).
- Presented at the Joint Statistical Meetings, Atlanta, August 1991.
- Abstract in IMS Bulletin, Vol. 20, No. 3, page 335, 1991.
- Article appears as a separate section in *Multistage Selection and Ranking Procedures: Second-Order Asymptotics*, Marcel Dekker, Inc., 1994, Section 3.9, page 117-141.

## GRANTS AND CONTRACTS FUNDED AS PI/Co-PI

{21.} L.E.Q.S.F. Enhancement Grant, $54,112.00, 2017-2018, *Redesigning Freshman Mathematics Instruction at UNO Using Technology Based Interactive Teaching Format* [The proposal was ranked first among all the proposals in the category. With Lisa Crespo and Lori Hodges].

{20.} Howard Hughes Medical Institute (HHMI), $1,500,000.00, 2014-2019, *Increasing recruitment and retention of STEM students at UNO, an urban university* [as Co-PI, Dr. Wendy Schluchter is the PI].

{19.} L.E.Q.S.F. Enhancement Grant, $15,000.00, 2011-2013, *Continuation of Statistical Consulting Education at UNO* [Linxiong Li].

{18.} UNO SCoRE award, $15,000, 2011.

{17.} L.E.Q.S.F. Enhancement Grant, $20,000.00, 2008-2010, *Enhancement of Industry Oriented Statistical Education at UNO: Post Katrina Years* [Linxiong Li].

{16.} L.E.Q.S.F. Enhancement Grant, $27,500.00, 2005-2007, Continuation of: *Enhancement of Industry Oriented Statistical Education at UNO* [with Terry Watkins and Linxiong Li].

{15.} L.E.Q.S.F. Enhancement Grant, $35,874.00, 2002-2004, *Enhancement of Industry Oriented Statistical Education at UNO*. [The proposal was ranked first among all the proposals in the category. With Terry Watkins, Linxiong Li, and Zhide Fang].

{14.} AFCEA Silicon Bayou Chapter Award, $300, 2002-2003, for purchasing classroom supplies for the mathematics department.

{13.} National Science Foundation (NSF), $219,900, 2000-2002, *UNOMACSS: A Scholarship Program in the Mathematical and Computer Sciences* [with A. DePano of Computer Science Department]. It provided scholarship to 20 mathematics and 20 computer science students for two years.

{12.} L.E.Q.S.F. Enhancement Grant, $172,512, 1996-1998, *Statistics and Applied Mathematics Laboratory* [with Lew Lefton and Adam Harrison].

{11.} {L.E.Q.S.F. Research Grant}, $75,325, 1995-1998, *Robustness and Implementability of Various Multistage Selection and Ranking Procedures.*

{10.} NASA, Graduate Student Research Program, $64,000, 1994-1996, *Statistical Analysis of Rocket Seal Tester.*

{9.} U.S.D.A. Research Grant, $20,000, 1994-1998, Statistical Assistance to USDA in EPA Projects (with Terry A. Watkins).

{8.} Institute of Mathematical Statistics, $400, 1994, *Travel Award to present a paper at the annual meeting in Chapel Hill, North Carolina*.

{7.} UNO Research Support Award, $2,000, 1994-1995.

{6.} U.S.D.A. Research Grant, $10,000, 1993-1994 , Statistical Assistance to USDA (with Terry A. Watkins).

{5.} L.E.Q.S.F. Research Grant, $14,583, 1992-1993, Permutationally Invariant Change point Estimation, (with Terry A. Watkins).

{4.}  Institute of Mathematical Statistics, $800, 1990, Travel Award to present a paper at the annual meeting in Uppsala, Sweden.
{3.} UNO faculty summer scholar award, $3667, summer 1991.
{2.} UNO Research Council Grant}, $1330, 7/91--6/92.
{1.} UNO Faculty Development Award, $1,600, June-December 1993.

## Professional Service as Referee:

I have refereed several hundred papers as a referee for scholarly journals and over 20 books in the field of statistics/Data Science. The books reviewed in the academic year 2020-21 are:
1. Foundations of Statistics for Data Scientists: With R and Python, Alan Agresti, Maria Kateri; ISBN 9780367748456, October 2021, Chapman and Hall/CRC.
2. Gini Inequality Index Methods and Applications, Nitis Mukhopadhyay, Partha Pratim Sengupta, ISBN 9781003143642, April 2021, Chapman and Hall/CRC.

## PROFESSIONAL PRESENTATIONS

{57.} Some issues related to implementation of the partition problem formulations for normal population, **invited talk**, 34th NESS (New England Statistics Symposium), University of Rhode Island, September 30- October 2, 2021.

{56.} A generalization of the statistical Partition Problem for Normal Populations, **contributed talk**, International Conference on Mathematical Modelling, Applied Analysis and Computation (ICMMAAC-2019), JECRC University, Jaipur, India, August 8-10, 2019.

{55.} A Generalized Two-stage Procedure for the Partition Problem, **invited talk**, 7th IWSM 2019, Binghamton University, June 17-21, 2019 (With Jie Jhou).

{54.} Enhancing Student Engagement by Using Technology Based Interactive Teaching, contributed talk, Joint Mathematics Meetings (JMM 2018), San Diego, January, 2018.

{53.} Designing Experiments for Multiple Comparisons, **plenary talk**, The Sixth International Workshop in Sequential Methodologies (IWSM 2017), University of Rouen Normandy, France, June, 2017.

{52.} A Two-Stage Procedure for the Generalized Partition Problem, **invited talk**, 8th INTERNATIONAL WORKSHOP ON APPLIED PROBABILITY (IWAP2016) June 20-23, 2016, Toronto, Canada.

{51.} Statistical Partition Problem: Past, Present and Future, **invited talk**, IWSM 2015, Columbia University, New York, June, 2015.

{50.} A Generalization of the Partition Problem, Poster Session, FRONTIERS OF HIERARCHICAL MODELING IN OBSERVATIONAL STUDIES, COMPLEX SURVEYS AND BIG DATA, University of Maryland, July, 2014 (With Jie Jhou).

{49.} A Note on Partitioning Exponential Populations, **invited talk**, IWSM 2013, University Of Georgia, Athens, Georgia, July, 2013.

{48.} Nonparametric sequential procedure for partitioning a set of populations with respect to a standard or control **invited talk**, International Conference On Statistics and Informatics in Agricultural Research, New Delhi, India, December, 2012.

{47.} On a generalization of the Partition Problem, **invited talk**, IMSCT 2012 -- FIM XXI, Punjab University, India, December, 2012.

{46.} Robustness of the fine-tuned Purely Sequential procedure for the unbalanced partition problem, **invited talk**, STATISTICS 2011 CANADA and IMST 2011-FIM XX, Monteal, July, 2011.

{45.} On a generalization of the Partition Problem, **invited talk**, International Workshop on Sequential Methods, Stanford University, June, 2011 (with Jie Zhou).

{44.} Use and Misuse of the ANOVA methodology, *Mathematical Association of America*, Florida Chapter Meeting, University of West Florida, Pensacola, Florida, November, 2010.

{43.} Some Issues Related to the Partition Problem, **invited talk**, *50+ Years of Research: Mini-Conference in Honor of Professor Zacks*, Binghamton, New York, December, 2009.

{42.} Multistage Methodologies for Partitioning a Set of Exponential Populations, **invited talk**, IWSM 2009, Troyes, France, June, 2009.

{41.} SQA Editor's Round Table, **Plenary Session**, IWSM 2009, Troyes, France, June, 2009(with Marie Hušková, N. Mukhopadhyay, Alexander Tartakovsky, and S. Zacks).

{40.} Multistage Methodologies for Partitioning a Set of Several Populations With Respect to a Standard or a Control, **SQA Editors Special Invited Talk**, Joint Statistical Meeting, Denver, Colorado, August, 2008.

{39.} A Nonparametric Purely Sequential Procedure For the Partition Problem, **invited talk**, **Dudewicz Honor Conference**, Syracuse, New York, July, 2008.

{38.} On Approximate Optimality of the Unbalanced Sequential Procedure for the Partition Problem*, **invited talk**, IISA Conference, Connecticut, May, 2008 (with Y. Wu).

{37.} The role of Statistics in Clinical Trials, Invited talk for the students in the *Honors Program, University of New Orleans*, **invited talk**, April, 2008.

{36.} On Optimality of the Sample Size for the Partition Problem*,  ISI 2007 Conference, Lisbon, Portugal, August, 2007 (with Y. Wu).

{35.} A Nonparametric Methodology for the Partition Problem*, **invited talk**, IWSM 2007, Auburn, Alabama, July, 2007.

{34.} SQA Editor's Round Table, **invited participant**, IWSM 2007, Auburn, Alabama, July, 2007(with M. Aoshima, M. Carpenter, N. Mukhopadhyay, and S. Zacks).

{33.} Multiple Comparison Procedures in Statistics: A Distribution Free Approach, Department of Electrical Engineering, University of New Orleans, April, 2007.

{32.} The problem of selection and Ranking: An introduction and some current research, **invited talk**, Department of mathematics, IIT Delhi, January, 2007.

{31.} An Efficient Design For Partitioning a set of Populations With Respect to a Control, *International Conference on Statistics and Informatics,* **invited talk**, Delhi, India, December, 2006.

{30.} Efficient  Designs for the Partition Problem, Department of Mathematics, Department of Mathematics, *University of Louisiana, Lafayette*, **invited talk**, September, 2005.

{29.} A note on the Efficiency of Some Designs for the Partition Problem, *International conference on recent advances in statistics*, **invited talk**, IIT Kanpur, India, January, 2005.

{28.} On an improved accelerated sequential methodology with applications in selection and ranking, *International Sri Lankan Statistical Conference: Visions of Futuristic Methodologies*, **invited talk**, Kandy, Sri Lanka, December, 2004.

{27.} Implementation and other issues related to the partition problem, *Punjab University, Chandigarh*, **invited talk**, India, December, 2004.

{26.} Robustness of methodologies for the partition problem, *University of Connecticut, Storrs*, Connecticut, **invited talk**, October, 2004.

{25.} A two stage procedure for the partition problem, *IISA 2004 Conference*, **invited talk**, Athens, Georgia, May, 2004.

{24.} A two stage procedure with elimination, *Department of Electrical Engineering, UNO*, September, 2003.

{23.} On combining subset selection and indifference zone approaches, *International conference on Bayesian Statistics*, LaManga, Spain, May, 2003.

{22.} Robustness of multistage procedures, **invited talk**, *Ninth International conference on Statistics, Combinatorics and related areas*, Allahabad, India, December, 2002.

{21.} A sequential procedure with elimination, *International conference on statistical inference and reliability*, **invited talk**, Chandigarh, India, December, 2001.

{20.} On generalizing the partition problem for the normal population, **invited talk**, *Joint Statistical Meeting of IISA, etc.*, New Delhi, India, December, 2000.

{19.}On Robustness of the partition problem for the normal population, *Sixth Conference of the Forum for Interdisciplinary Mathematics: International Conference on Combinatorics, Information Theory and Statistics*, University of South Alabama, Mobile, December, 1999. Maryland, August, 1999.

{18.} On partitioning a set of normal populations with respect to a control, **Invited Talk**, *Fifth Conference of the Forum for Interdisciplinary Mathematics: International Conference on Combinatorics, Information Theory and Statistics*, University of Mysore, India, December, 1998.

{17.} Three-Stage and accelerated sequential methodologies for comparing several treatments with a control, **Invited Talk**, *Third Conference of the Forum for Interdisciplinary Mathematics: International Conference on Combinatorics, Information Theory and Statistics*, University of Southern Maine, Portland, Maine, July, 1997 (with N. Mukhopadhyay).

{16.} Research in Statistics, Invited talk for the students in the *Honors Program, University of New Orleans*, **invited talk**, March, 1997.

{15.} Few generalizations to the selection and Ranking Problem, *Department of Statistics, University of Toronto*, November, 1996 (with N. Mukhopadhyay).

{14.} Multistage methodologies for fixed-width simultaneous confidence intervals for all pairwise comparisons, *Indian Science Congress Meeting*, Patiala, India, January, 1996 (with N. Mukhopadhyay).

{13.} On estimating the reliability after sequentially estimating the mean: the exponential case, *Annual Joint Statistical Meetings of ASA, IMS etc.*, Orlando, August, 1995 (with N. Mukhopadhyay and A. Padmanabhan).

{12.} Multistage methodologies for fixed-width simultaneous confidence intervals for all pairwise comparisons, *Bose Memorial Conference, Colorado State University*, Colorado, June, 1995 (with N. Mukhopadhyay).

{11.} On an Improved Accelerated Sequential Methodology With Applications in Selection and Ranking, *Annual Joint Statistical Meetings of ASA, IMS etc.*, Toronto,  August, 1994 (with N. Mukhopadhyay).

{10.} Accelerated Sequential Estimation of the Largest Location Parameter in the Normal and Negative Exponential Cases, *Annual Meeting of Institute of Mathematical Statistics*, North Carolina, June, 1994 (with N. Mukhopadhyay).

{9.} Selecting the Best Component in a Multivariate Normal Population, Annual Joint Statistical Meetings of ASA, IMS etc., San Francisco, August, 1993 (with N. Mukhopadhyay).

{8.} A Note on Sequential Selection and Ranking, *Department of Mathematics, I.I.T. Delhi*, India, June, 1993.

{7.} On Asymptotic Second-Order Properties of Selecting the t-best Exponential Populations, *Annual Joint Statistical Meetings of ASA, IMS etc.*, Boston, August, 1992 (with N. Mukhopadhyay).

{6.} On Asymptotic Second-Order Properties of Selecting the t-best Normal Populations, *Annual Joint Statistical Meetings of ASA, IMS etc.*, Atlanta, August, 1991 (with N. Mukhopadhyay).

{5.} Accelerated Sequential Procedure for Selecting the Largest Mean, *Department of Statistics, University of Southwestern Louisiana,* April, 1991 (with N. Mukhopadhyay).

{4.} Nonparametric Accelerated Sequential Procedure for Selecting the Best Population, *2nd World Congress of The Bernoulli Society for Mathematical Statistics and Probability and Annual meeting of IMS, Uppsala, Sweden*, August, 1990 (with N. Mukhopadhyay).

{3.} A Computational Based Approach to Selection and Ranking Problem, *22nd Symposium on the Interface: Computing Science and Statistics,* Michigan State University, May, 1990 (with N. Mukhopadhyay).

{2.} A note on Sequential Selection and Ranking Procedures, *Department of Statistics, University of Connecticut*, April, 1990 (with N. Mukhopadhyay).

{1.} Computationally Intensive Accelerated Sequential Procedure for Selecting the Best Exponential Population, *Fourth Annual New England Statistics Symposium*, Lowell University, March, 1990 (with N. Mukhopadhyay).

**UNIVERSITY SERVICE (University of New Orleans)**
**Selected University Service:**
President's Executive Committee: Member, 2008-09.
Policy Committee: Chair, 2008-09.
Strategic Planning Committee (The Strategic Plan 2009-2012): Committee Member.
Policy Committee: Represented the College of Sciences, 2006-2009.
University Senate: 2006-2009.
Provost Search Committee: Member, 2008-2009.
Dean Search Committee: Member, 2009-2010.
First Year Initiatives (FYI): Committee member, 2009-2013.
University Committee: Committee on University Admissions, member 2003-2006, Committee Chair 2005-2006, member 2006-2009.
Strategic Planning Committee (2013-2014): Committee Member.
Provost Search Committee: Member, 2014-2015.
Faculty Governance Committee: Member, 2013-2016.
Strategic Enrollment Management Committee (SEMC): Faculty Co-Chair, 2015-present.
Retention Steering Committee, Chair, 2015- Fall 2019.
Provost Search Committee: Member, 2016.
Strategic Plan 2015 – 2020: Member, 2016- 2017.
Charges Committee: Fall 2020—present.
**College Service:**
      Chair, College of Sciences Retention Committee, 2013-14.
      College of Sciences, Dean Search Committee, 2009-10.
      Member, College of Sciences Teaching Award Committee, 2002-2008.
**Department Service:**
      Department Chair: Fall 2008—present.
      Member of Several Departmental Committees such as Computer Committee; Graduate Advisory;
      Courses and  Curricula, etc: 1990-present.
**Mathematical Service:**
      Math Bootcamp for 9th and 10th Graders [Funded by *College Track*], Summer 2013.
      Math Bootcamp for 11th and 12th Graders [Funded by *College Track*], Summer 2013.
      ACING THE ACT: Organized ACT preparation workshop [Funded by *College Track*], Summer & Fall 2013
      Dual Enrollment ACT Preparation: Tutoring program for about 25 Lake Area High School students to
      improve their ACT Math score to make them eligible for DE class at UNO
      [Funded by *Urban League*]

**DOCTORAL THESIS SUPERVISION AS MAJOR PROFESSOR**
 i. Jie Zhou, A Generalization of The Partition Problem in Statistics; 2013.
ii. Jin Gu, Statistical Partition Problem for Exponential Populations and Statistical Surveillance of Cancers
     in Louisiana; 2014.
iii. Rui Wang, Generalizing Multistage Partition Procedures for Two-parameter Exponential Populations; 2018.

**Other Activities Related to Teaching and MS/PhD Committee Memberships**
(i). Master's thesis supervision for 2 students.
(ii). Major Professor for over 40 Masters Students with non-thesis Master's Degree program.
(iii). PhD Thesis committee member for 30 plus students.

**Major Areas of Research Interest**
Statistical Consulting, Statistical Sampling, Statistical Modeling, Sequential Analysis, Selection and Ranking, Change point Problem, Statistical Computing, Biostatistics, and Biomedical applications.

# APPENDIX 2
## Estimates for Black Voters Voting For a Republican Candidate in 12 Statewide Elections

| Year | Election Number | Election | Parish Name/Entire Louisiana | Black Voting Republican (B_v_Rep) Percent | 95% Confidence Interval B_v_Rep Lower Limit | 95% Confidence Interval B_v_Rep Upper Limit |
|---|---|---|---|---|---|---|
| 2012 | 1 | President | Louisiana | 7.6 | 4.4 | 12.3 |
| 2012 | 1 | President | Orleans | 1.5 | 0.9 | 2.0 |
| 2012 | 1 | President | EBR | 6.7 | 4.5 | 10.3 |
| 2012 | 1 | President | WBR | 8.3 | 0.6 | 18.8 |
| 2012 | 1 | President | Natchitoches | 3.3 | 1.1 | 9.3 |
| 2012 | 1 | President | East_Carroll | 3.2 | 0.4 | 8.9 |
| 2015 | 2 | Governor | Louisiana | 1.3 | 1.1 | 1.4 |
| 2015 | 2 | Governor | Orleans | 1.1 | 0.8 | 1.4 |
| 2015 | 2 | Governor | EBR | 1.2 | 0.9 | 1.6 |
| 2015 | 2 | Governor | WBR | 4.5 | 1.2 | 10.0 |
| 2015 | 2 | Governor | Natchitoches | 2.5 | 1.0 | 5.1 |
| 2015 | 2 | Governor | East_Carroll | 2.4 | 0.6 | 5.9 |
| 2015 | 3 | Lt. Gov. | Louisiana | 3.9 | 3.6 | 4.2 |
| 2015 | 3 | Lt. Gov. | Orleans | 8.4 | 7.7 | 9.2 |
| 2015 | 3 | Lt. Gov. | EBR | 4.5 | 3.8 | 5.3 |
| 2015 | 3 | Lt. Gov. | WBR | 4.7 | 1.3 | 10.2 |
| 2015 | 3 | Lt. Gov. | Natchitoches | 3.7 | 1.8 | 6.5 |
| 2015 | 3 | Lt. Gov. | East_Carroll | 5.3 | 2.7 | 9.3 |
| 2016 | 4 | President | Louisiana | 1.6 | 1.0 | 3.4 |
| 2016 | 4 | President | Orleans | 1.1 | 0.9 | 1.5 |
| 2016 | 4 | President | EBR | 1.2 | 0.9 | 1.8 |
| 2016 | 4 | President | WBR | 2.6 | 0.9 | 5.7 |
| 2016 | 4 | President | Natchitoches | 1.8 | 0.8 | 4.1 |
| 2016 | 4 | President | East_Carroll | 1.3 | 0.4 | 2.7 |
| 2017 | 5 | Treasurer | Louisiana | 2.5 | 2.2 | 2.7 |
| 2017 | 5 | Treasurer | Orleans | 2.0 | 1.6 | 2.4 |
| 2017 | 5 | Treasurer | EBR | 2.5 | 1.9 | 3.2 |
| 2017 | 5 | Treasurer | WBR | 5.1 | 1.2 | 11.7 |
| 2017 | 5 | Treasurer | Natchitoches | 6.2 | 2.7 | 11.0 |
| 2017 | 5 | Treasurer | East_Carroll | 3.1 | 0.8 | 7.7 |
| 2018 | 6 | Sec. State | Louisiana | 3.6 | 3.3 | 3.8 |
| 2018 | 6 | Sec. State | Orleans | 2.2 | 1.7 | 2.9 |
| 2018 | 6 | Sec. State | EBR | 3.2 | 2.6 | 3.9 |
| 2018 | 6 | Sec. State | WBR | 4.6 | 1.5 | 9.9 |
| 2018 | 6 | Sec. State | Natchitoches | 6.4 | 3.6 | 10.2 |
| 2018 | 6 | Sec. State | East_Carroll | 14.2 | 11.2 | 17.9 |
| 2019 | 7 | Lt. Gov. | Louisiana | 11.6 | 11.3 | 12.0 |
| 2019 | 7 | Lt. Gov. | Orleans | 12.6 | 11.7 | 13.4 |
| 2019 | 7 | Lt. Gov. | EBR | 18.0 | 17.3 | 18.8 |
| 2019 | 7 | Lt. Gov. | WBR | 8.8 | 5.1 | 14.2 |
| 2019 | 7 | Lt. Gov. | Natchitoches | 7.1 | 4.4 | 10.6 |
| 2019 | 7 | Lt. Gov. | East_Carroll | 14.1 | 10.6 | 18.6 |
| 2018 | 8 | At. Gen. | Louisiana | 9.5 | 9.2 | 9.8 |
| 2018 | 8 | At. Gen. | Orleans | 6.8 | 6.0 | 7.9 |
| 2018 | 8 | At. Gen. | EBR | 11.0 | 10.3 | 11.7 |
| 2018 | 8 | At. Gen. | WBR | 7.1 | 3.8 | 12.1 |

| Year | Election Number | Election | Parish Name/Entire Louisiana | Black Voting Republican (B_v_Rep) Percent | 95% Confidence Interval B_v_Rep Lower Limit | 95% Confidence Interval B_v_Rep Upper Limit |
|---|---|---|---|---|---|---|
| 2018 | 8 | At. Gen. | Natchitoches | 11.6 | 8.4 | 15.4 |
| 2018 | 8 | At. Gen. | East_Carroll | 19.2 | 15.9 | 23.4 |
| 2019 | 9 | Sec. State | Louisiana | 4.0 | 3.7 | 4.2 |
| 2019 | 9 | Sec. State | Orleans | 2.2 | 1.8 | 2.7 |
| 2019 | 9 | Sec. State | EBR | 4.3 | 3.8 | 4.9 |
| 2019 | 9 | Sec. State | WBR | 4.2 | 1.9 | 8.0 |
| 2019 | 9 | Sec. State | Natchitoches | 4.5 | 2.4 | 7.6 |
| 2019 | 9 | Sec. State | East_Carroll | 6.7 | 3.7 | 11.3 |
| 2019 | 10 | Governor | Louisiana | 1.1 | 1.0 | 1.3 |
| 2019 | 10 | Governor | Orleans | 1.2 | 0.9 | 1.6 |
| 2019 | 10 | Governor | EBR | 1.3 | 0.9 | 1.7 |
| 2019 | 10 | Governor | WBR | 4.5 | 1.4 | 9.4 |
| 2019 | 10 | Governor | Natchitoches | 2.1 | 0.7 | 4.5 |
| 2019 | 10 | Governor | East_Carroll | 2.7 | 0.7 | 6.4 |
| 2020 | 11 | President | Louisiana | 8.7 | 5.7 | 13.2 |
| 2020 | 11 | President | Orleans | 1.4 | 1.2 | 1.7 |
| 2020 | 11 | President | EBR | 5.9 | 4.1 | 8.1 |
| 2020 | 11 | President | WBR | 15.9 | 4.1 | 26.2 |
| 2020 | 11 | President | Natchitoches | 2.8 | 1.3 | 5.1 |
| 2020 | 11 | President | East_Carroll | 3.9 | 2.1 | 6.1 |
| 2022 | 12 | Senator | Louisiana | 6.5 | 5.3 | 9.5 |
| 2022 | 12 | Senator | Orleans | 3.0 | 2.5 | 3.5 |
| 2022 | 12 | Senator | EBR | 4.3 | 3.3 | 6.4 |
| 2022 | 12 | Senator | WBR | 9.4 | 3.7 | 14.3 |
| 2022 | 12 | Senator | Natchitoches | 8.3 | 4.9 | 13.4 |
| 2022 | 12 | Senator | East_Carroll | 13.6 | 10.7 | 17.0 |

# APPENDIX 3
## Estimates for Black Voters Voting For a Democratic Candidate in 12 Statewide Elections

| Year | Election Number | Election | Parish Name/Entire Louisiana | Black Voting Democrat (B_v_Dem) Percent | 95% Confidence Interval B_v_Dem Lower Limit | 95% Confidence Interval B_v_Dem Upper Limit |
|------|-----------------|----------|------------------------------|------------------------------------------|----------------------------------------------|----------------------------------------------|
| 2012 | 1 | President | Louisiana | 91.5 | 86.7 | 94.8 |
| 2012 | 1 | President | Orleans | 98.1 | 97.5 | 98.7 |
| 2012 | 1 | President | EBR | 92.5 | 88.9 | 94.9 |
| 2012 | 1 | President | WBR | 90.4 | 79.7 | 98.3 |
| 2012 | 1 | President | Natchitoches | 95.7 | 89.6 | 98.1 |
| 2012 | 1 | President | East_Carroll | 96.3 | 90.5 | 99.2 |
| 2015 | 2 | Governor | Louisiana | 98.7 | 98.6 | 98.9 |
| 2015 | 2 | Governor | Orleans | 98.9 | 98.6 | 99.2 |
| 2015 | 2 | Governor | EBR | 98.8 | 98.4 | 99.1 |
| 2015 | 2 | Governor | WBR | 95.5 | 90.0 | 98.8 |
| 2015 | 2 | Governor | Natchitoches | 97.5 | 94.9 | 99.0 |
| 2015 | 2 | Governor | East_Carroll | 97.6 | 94.1 | 99.4 |
| 2015 | 3 | Lt. Gov. | Louisiana | 96.1 | 95.8 | 96.4 |
| 2015 | 3 | Lt. Gov. | Orleans | 91.6 | 90.8 | 92.3 |
| 2015 | 3 | Lt. Gov. | EBR | 95.5 | 94.7 | 96.2 |
| 2015 | 3 | Lt. Gov. | WBR | 95.3 | 89.8 | 98.7 |
| 2015 | 3 | Lt. Gov. | Natchitoches | 96.3 | 93.5 | 98.2 |
| 2015 | 3 | Lt. Gov. | East_Carroll | 94.7 | 90.7 | 97.3 |
| 2016 | 4 | President | Louisiana | 97.3 | 95.3 | 98.1 |
| 2016 | 4 | President | Orleans | 98.3 | 97.9 | 98.6 |
| 2016 | 4 | President | EBR | 98.0 | 97.2 | 98.4 |
| 2016 | 4 | President | WBR | 94.9 | 90.9 | 97.5 |
| 2016 | 4 | President | Natchitoches | 96.1 | 93.5 | 97.7 |
| 2016 | 4 | President | East_Carroll | 97.3 | 95.7 | 98.6 |
| 2017 | 5 | Treasurer | Louisiana | 97.5 | 97.3 | 97.8 |
| 2017 | 5 | Treasurer | Orleans | 98.0 | 97.6 | 98.4 |
| 2017 | 5 | Treasurer | EBR | 97.5 | 96.8 | 98.1 |
| 2017 | 5 | Treasurer | WBR | 94.9 | 88.3 | 98.8 |
| 2017 | 5 | Treasurer | Natchitoches | 93.8 | 89.0 | 97.3 |
| 2017 | 5 | Treasurer | East_Carroll | 96.9 | 92.3 | 99.2 |
| 2018 | 6 | Sec. State | Louisiana | 96.4 | 96.2 | 96.7 |
| 2018 | 6 | Sec. State | Orleans | 97.8 | 97.1 | 98.3 |
| 2018 | 6 | Sec. State | EBR | 96.8 | 96.1 | 97.4 |
| 2018 | 6 | Sec. State | WBR | 95.4 | 90.1 | 98.5 |
| 2018 | 6 | Sec. State | Natchitoches | 93.6 | 89.8 | 96.4 |
| 2018 | 6 | Sec. State | East_Carroll | 85.8 | 82.1 | 88.8 |
| 2019 | 7 | Lt. Gov. | Louisiana | 88.4 | 88.0 | 88.7 |
| 2019 | 7 | Lt. Gov. | Orleans | 87.4 | 86.6 | 88.3 |
| 2019 | 7 | Lt. Gov. | EBR | 82.0 | 81.2 | 82.7 |
| 2019 | 7 | Lt. Gov. | WBR | 91.2 | 85.8 | 94.9 |
| 2019 | 7 | Lt. Gov. | Natchitoches | 92.9 | 89.4 | 95.6 |
| 2019 | 7 | Lt. Gov. | East_Carroll | 85.9 | 81.4 | 89.4 |
| 2018 | 8 | At. Gen. | Louisiana | 90.5 | 90.2 | 90.8 |
| 2018 | 8 | At. Gen. | Orleans | 93.2 | 92.1 | 94.0 |
| 2018 | 8 | At. Gen. | EBR | 89.0 | 88.3 | 89.7 |
| 2018 | 8 | At. Gen. | WBR | 92.9 | 87.9 | 96.2 |
| 2018 | 8 | At. Gen. | Natchitoches | 88.4 | 84.6 | 91.6 |

| Year | Election Number | Election | Parish Name/Entire Louisiana | Black Voting Democrat (B_v_Dem) Percent | 95% Confidence Interval B_v_Dem Lower Limit | 95% Confidence Interval B_v_Dem Upper Limit |
|------|------|------|------|------|------|------|
| 2018 | 8 | At. Gen. | East_Carroll | 80.8 | 76.6 | 84.1 |
| 2019 | 9 | Sec. State | Louisiana | 96.0 | 95.8 | 96.3 |
| 2019 | 9 | Sec. State | Orleans | 97.8 | 97.3 | 98.2 |
| 2019 | 9 | Sec. State | EBR | 95.7 | 95.1 | 96.2 |
| 2019 | 9 | Sec. State | WBR | 95.8 | 92.0 | 98.1 |
| 2019 | 9 | Sec. State | Natchitoches | 95.5 | 92.4 | 97.6 |
| 2019 | 9 | Sec. State | East_Carroll | 93.3 | 88.7 | 96.3 |
| 2019 | 10 | Governor | Louisiana | 98.9 | 98.7 | 99.0 |
| 2019 | 10 | Governor | Orleans | 98.8 | 98.4 | 99.1 |
| 2019 | 10 | Governor | EBR | 98.7 | 98.3 | 99.1 |
| 2019 | 10 | Governor | WBR | 95.5 | 90.6 | 98.6 |
| 2019 | 10 | Governor | Natchitoches | 97.9 | 95.5 | 99.3 |
| 2019 | 10 | Governor | East_Carroll | 97.3 | 93.6 | 99.3 |
| 2020 | 11 | President | Louisiana | 90.0 | 85.4 | 93.0 |
| 2020 | 11 | President | Orleans | 98.0 | 97.6 | 98.3 |
| 2020 | 11 | President | EBR | 93.3 | 91.0 | 95.0 |
| 2020 | 11 | President | WBR | 82.9 | 72.5 | 94.6 |
| 2020 | 11 | President | Natchitoches | 95.1 | 92.6 | 96.9 |
| 2020 | 11 | President | East_Carroll | 93.9 | 91.5 | 95.8 |
| 2022 | 12 | Senator | Louisiana | 90.7 | 88.0 | 91.8 |
| 2022 | 12 | Senator | Orleans | 95.2 | 94.6 | 95.7 |
| 2022 | 12 | Senator | EBR | 94.1 | 92.1 | 95.0 |
| 2022 | 12 | Senator | WBR | 88.9 | 83.9 | 94.7 |
| 2022 | 12 | Senator | Natchitoches | 88.5 | 83.2 | 92.0 |
| 2022 | 12 | Senator | East_Carroll | 80.8 | 77.3 | 84.1 |

# APPENDIX 4
**Estimates for White Voters Voting For a Republican Candidate in 12 Statewide Elections**

| Year | Election Number | Election | Parish Name/Entire Louisiana | Black Voting Republican (W_v_Rep) Percent | 95% Confidence Interval W_v_Rep Lower Limit | 95% Confidence Interval W_v_Rep Upper Limit |
|---|---|---|---|---|---|---|
| 2012 | 1 | President | Louisiana | 83.9 | 81.7 | 85.4 |
| 2012 | 1 | President | Orleans | 45.6 | 44.8 | 46.4 |
| 2012 | 1 | President | EBR | 80.9 | 78.0 | 82.7 |
| 2012 | 1 | President | WBR | 81.9 | 75.4 | 87.2 |
| 2012 | 1 | President | Natchitoches | 86.7 | 82.9 | 88.8 |
| 2012 | 1 | President | East_Carroll | 87.8 | 77.5 | 94.2 |
| 2015 | 2 | Governor | Louisiana | 64.9 | 64.7 | 65.0 |
| 2015 | 2 | Governor | Orleans | 29.4 | 28.3 | 30.3 |
| 2015 | 2 | Governor | EBR | 59.0 | 58.3 | 59.7 |
| 2015 | 2 | Governor | WBR | 54.1 | 49.9 | 57.1 |
| 2015 | 2 | Governor | Natchitoches | 67.6 | 65.2 | 69.7 |
| 2015 | 2 | Governor | East_Carroll | 78.9 | 72.9 | 83.5 |
| 2015 | 3 | Lt. Gov. | Louisiana | 79.5 | 79.2 | 79.7 |
| 2015 | 3 | Lt. Gov. | Orleans | 47.4 | 45.8 | 49.0 |
| 2015 | 3 | Lt. Gov. | EBR | 60.3 | 59.2 | 61.5 |
| 2015 | 3 | Lt. Gov. | WBR | 60.1 | 56.0 | 63.1 |
| 2015 | 3 | Lt. Gov. | Natchitoches | 78.8 | 75.8 | 81.1 |
| 2015 | 3 | Lt. Gov. | East_Carroll | 88.3 | 82.4 | 92.9 |
| 2016 | 4 | President | Louisiana | 85.1 | 84.3 | 85.5 |
| 2016 | 4 | President | Orleans | 31.2 | 30.4 | 32.4 |
| 2016 | 4 | President | EBR | 78.0 | 77.3 | 78.6 |
| 2016 | 4 | President | WBR | 86.5 | 84.3 | 88.2 |
| 2016 | 4 | President | Natchitoches | 87.0 | 85.3 | 88.2 |
| 2016 | 4 | President | East_Carroll | 93.2 | 90.4 | 95.6 |
| 2017 | 5 | Treasurer | Louisiana | 80.8 | 80.5 | 81.0 |
| 2017 | 5 | Treasurer | Orleans | 38.7 | 37.2 | 40.2 |
| 2017 | 5 | Treasurer | EBR | 80.6 | 79.8 | 81.4 |
| 2017 | 5 | Treasurer | WBR | 86.0 | 80.7 | 90.3 |
| 2017 | 5 | Treasurer | Natchitoches | 85.4 | 82.5 | 88.2 |
| 2017 | 5 | Treasurer | East_Carroll | 89.4 | 80.4 | 96.7 |
| 2018 | 6 | Sec. State | Louisiana | 85.5 | 85.3 | 85.7 |
| 2018 | 6 | Sec. State | Orleans | 30.5 | 29.0 | 31.8 |
| 2018 | 6 | Sec. State | EBR | 80.8 | 79.9 | 81.6 |
| 2018 | 6 | Sec. State | WBR | 87.7 | 83.4 | 91.0 |
| 2018 | 6 | Sec. State | Natchitoches | 87.9 | 85.4 | 90.1 |
| 2018 | 6 | Sec. State | East_Carroll | 85.6 | 78.8 | 91.0 |
| 2019 | 7 | Lt. Gov. | Louisiana | 92.4 | 92.2 | 92.5 |
| 2019 | 7 | Lt. Gov. | Orleans | 47.8 | 46.0 | 49.5 |
| 2019 | 7 | Lt. Gov. | EBR | 88.8 | 88.2 | 89.5 |

| Year | Election Number | Election | Parish Name/Entire Louisiana | Black Voting Republican (W_v_Rep) Percent | 95% Confidence Interval W_v_Rep Lower Limit | 95% Confidence Interval W_v_Rep Upper Limit |
|------|------|------|------|------|------|------|
| 2019 | 7 | Lt. Gov. | WBR | 94.6 | 91.5 | 96.7 |
| 2019 | 7 | Lt. Gov. | Natchitoches | 93.3 | 91.3 | 94.9 |
| 2019 | 7 | Lt. Gov. | East_Carroll | 91.3 | 84.9 | 95.7 |
| 2018 | 8 | At. Gen. | Louisiana | 90.6 | 90.4 | 90.7 |
| 2018 | 8 | At. Gen. | Orleans | 34.5 | 32.5 | 37.5 |
| 2018 | 8 | At. Gen. | EBR | 85.1 | 84.3 | 85.8 |
| 2018 | 8 | At. Gen. | WBR | 92.9 | 89.8 | 95.3 |
| 2018 | 8 | At. Gen. | Natchitoches | 92.2 | 90.1 | 94.0 |
| 2018 | 8 | At. Gen. | East_Carroll | 93.4 | 87.3 | 98.0 |
| 2019 | 9 | Sec. State | Louisiana | 86.9 | 86.7 | 87.0 |
| 2019 | 9 | Sec. State | Orleans | 31.9 | 30.6 | 33.2 |
| 2019 | 9 | Sec. State | EBR | 82.2 | 81.4 | 82.9 |
| 2019 | 9 | Sec. State | WBR | 90.8 | 88.0 | 93.0 |
| 2019 | 9 | Sec. State | Natchitoches | 88.7 | 86.2 | 90.7 |
| 2019 | 9 | Sec. State | East_Carroll | 82.4 | 75.5 | 87.8 |
| 2019 | 10 | Governor | Louisiana | 73.1 | 73.0 | 73.3 |
| 2019 | 10 | Governor | Orleans | 20.2 | 19.3 | 21.1 |
| 2019 | 10 | Governor | EBR | 64.9 | 64.2 | 65.5 |
| 2019 | 10 | Governor | WBR | 69.2 | 65.5 | 71.9 |
| 2019 | 10 | Governor | Natchitoches | 76.8 | 74.7 | 78.8 |
| 2019 | 10 | Governor | East_Carroll | 73.6 | 67.0 | 78.6 |
| 2020 | 11 | President | Louisiana | 82.5 | 80.0 | 84.3 |
| 2020 | 11 | President | Orleans | 28.6 | 27.9 | 29.5 |
| 2020 | 11 | President | EBR | 75.0 | 72.5 | 76.9 |
| 2020 | 11 | President | WBR | 79.7 | 73.4 | 87.7 |
| 2020 | 11 | President | Natchitoches | 87.7 | 86.3 | 89.0 |
| 2020 | 11 | President | East_Carroll | 86.9 | 83.3 | 89.9 |
| 2022 | 12 | Senator | Louisiana | 85.5 | 83.8 | 86.4 |
| 2022 | 12 | Senator | Orleans | 26.7 | 25.8 | 27.4 |
| 2022 | 12 | Senator | EBR | 75.7 | 73.3 | 76.8 |
| 2022 | 12 | Senator | WBR | 87.7 | 84.8 | 90.6 |
| 2022 | 12 | Senator | Natchitoches | 88.2 | 85.7 | 90.0 |
| 2022 | 12 | Senator | East_Carroll | 85.9 | 81.8 | 89.3 |

# APPENDIX 5
**Estimates for White Voters Voting for a Democrat Candidate in 12 Statewide Elections**

| Year | Election Number | Election | Parish Name/Entire Louisiana | Black Voting Republican (W_v_Dem) Percent | 95% Confidence Interval W_v_Dem Lower Limit | 95% Confidence Interval W_v_Dem Upper Limit |
|---|---|---|---|---|---|---|
| 2012 | 1 | President | Louisiana | 15.2 | 13.6 | 17.4 |
| 2012 | 1 | President | Orleans | 51.7 | 50.8 | 52.6 |
| 2012 | 1 | President | EBR | 18.0 | 16.0 | 21.0 |
| 2012 | 1 | President | WBR | 17.2 | 11.9 | 23.9 |
| 2012 | 1 | President | Natchitoches | 12.0 | 9.8 | 15.9 |
| 2012 | 1 | President | East_Carroll | 11.7 | 5.2 | 22.0 |
| 2015 | 2 | Governor | Louisiana | 35.1 | 35.0 | 35.3 |
| 2015 | 2 | Governor | Orleans | 70.6 | 69.7 | 71.7 |
| 2015 | 2 | Governor | EBR | 41.0 | 40.3 | 41.7 |
| 2015 | 2 | Governor | WBR | 45.9 | 42.9 | 50.1 |
| 2015 | 2 | Governor | Natchitoches | 32.4 | 30.3 | 34.8 |
| 2015 | 2 | Governor | East_Carroll | 21.1 | 16.5 | 27.1 |
| 2015 | 3 | Lt. Gov. | Louisiana | 20.5 | 20.3 | 20.8 |
| 2015 | 3 | Lt. Gov. | Orleans | 52.6 | 51.0 | 54.2 |
| 2015 | 3 | Lt. Gov. | EBR | 39.7 | 38.5 | 40.8 |
| 2015 | 3 | Lt. Gov. | WBR | 39.9 | 36.9 | 44.0 |
| 2015 | 3 | Lt. Gov. | Natchitoches | 21.2 | 18.9 | 24.2 |
| 2015 | 3 | Lt. Gov. | East_Carroll | 11.7 | 7.1 | 17.6 |
| 2016 | 4 | President | Louisiana | 13.1 | 12.7 | 14.0 |
| 2016 | 4 | President | Orleans | 65.7 | 64.5 | 66.7 |
| 2016 | 4 | President | EBR | 18.5 | 17.7 | 19.3 |
| 2016 | 4 | President | WBR | 10.6 | 8.5 | 13.2 |
| 2016 | 4 | President | Natchitoches | 11.1 | 9.6 | 13.1 |
| 2016 | 4 | President | East_Carroll | 5.6 | 3.5 | 8.5 |
| 2017 | 5 | Treasurer | Louisiana | 19.2 | 19.0 | 19.5 |
| 2017 | 5 | Treasurer | Orleans | 61.3 | 59.8 | 62.8 |
| 2017 | 5 | Treasurer | EBR | 19.4 | 18.6 | 20.2 |
| 2017 | 5 | Treasurer | WBR | 14.0 | 9.7 | 19.3 |
| 2017 | 5 | Treasurer | Natchitoches | 14.6 | 11.8 | 17.5 |
| 2017 | 5 | Treasurer | East_Carroll | 10.6 | 3.3 | 19.6 |
| 2018 | 6 | Sec. State | Louisiana | 14.5 | 14.3 | 14.7 |
| 2018 | 6 | Sec. State | Orleans | 69.5 | 68.2 | 71.0 |
| 2018 | 6 | Sec. State | EBR | 19.2 | 18.4 | 20.1 |
| 2018 | 6 | Sec. State | WBR | 12.3 | 9.0 | 16.6 |
| 2018 | 6 | Sec. State | Natchitoches | 12.1 | 9.9 | 14.6 |
| 2018 | 6 | Sec. State | East_Carroll | 14.4 | 9.0 | 21.2 |
| 2019 | 7 | Lt. Gov. | Louisiana | 7.6 | 7.5 | 7.8 |
| 2019 | 7 | Lt. Gov. | Orleans | 52.2 | 50.5 | 54.0 |
| 2019 | 7 | Lt. Gov. | EBR | 11.2 | 10.5 | 11.8 |
| 2019 | 7 | Lt. Gov. | WBR | 5.4 | 3.3 | 8.5 |
| 2019 | 7 | Lt. Gov. | Natchitoches | 6.7 | 5.1 | 8.7 |
| 2019 | 7 | Lt. Gov. | East_Carroll | 8.7 | 4.3 | 15.1 |
| 2018 | 8 | At. Gen. | Louisiana | 9.4 | 9.3 | 9.6 |

| Year | Election Number | Election | Parish Name/Entire Louisiana | Black Voting Republican (W_v_Dem) Percent | 95% Confidence Interval W_v_Dem Lower Limit | 95% Confidence Interval W_v_Dem Upper Limit |
|------|------|------|------|------|------|------|
| 2018 | 8 | At. Gen. | Orleans | 65.5 | 62.5 | 67.5 |
| 2018 | 8 | At. Gen. | EBR | 14.9 | 14.2 | 15.7 |
| 2018 | 8 | At. Gen. | WBR | 7.1 | 4.7 | 10.2 |
| 2018 | 8 | At. Gen. | Natchitoches | 7.8 | 6.0 | 9.9 |
| 2018 | 8 | At. Gen. | East_Carroll | 6.6 | 2.0 | 12.7 |
| 2019 | 9 | Sec. State | Louisiana | 13.1 | 13.0 | 13.3 |
| 2019 | 9 | Sec. State | Orleans | 68.1 | 66.8 | 69.4 |
| 2019 | 9 | Sec. State | EBR | 17.8 | 17.1 | 18.6 |
| 2019 | 9 | Sec. State | WBR | 9.2 | 7.0 | 12.0 |
| 2019 | 9 | Sec. State | Natchitoches | 11.3 | 9.3 | 13.8 |
| 2019 | 9 | Sec. State | East_Carroll | 17.6 | 12.2 | 24.5 |
| 2019 | 10 | Governor | Louisiana | 26.9 | 26.7 | 27.0 |
| 2019 | 10 | Governor | Orleans | 79.8 | 78.9 | 80.7 |
| 2019 | 10 | Governor | EBR | 35.1 | 34.5 | 35.8 |
| 2019 | 10 | Governor | WBR | 30.8 | 28.1 | 34.5 |
| 2019 | 10 | Governor | Natchitoches | 23.2 | 21.2 | 25.3 |
| 2019 | 10 | Governor | East_Carroll | 26.4 | 21.4 | 33.0 |
| 2020 | 11 | President | Louisiana | 16.8 | 15.0 | 19.3 |
| 2020 | 11 | President | Orleans | 70.3 | 69.5 | 71.0 |
| 2020 | 11 | President | EBR | 24.2 | 22.4 | 26.7 |
| 2020 | 11 | President | WBR | 19.4 | 11.3 | 25.9 |
| 2020 | 11 | President | Natchitoches | 11.5 | 10.2 | 12.9 |
| 2020 | 11 | President | East_Carroll | 12.1 | 9.2 | 15.5 |
| 2022 | 12 | Senator | Louisiana | 13.8 | 12.9 | 15.5 |
| 2022 | 12 | Senator | Orleans | 72.5 | 71.8 | 73.4 |
| 2022 | 12 | Senator | EBR | 23.7 | 22.6 | 26.1 |
| 2022 | 12 | Senator | WBR | 11.5 | 8.6 | 14.5 |
| 2022 | 12 | Senator | Natchitoches | 11.1 | 9.4 | 13.5 |
| 2022 | 12 | Senator | East_Carroll | 13.3 | 9.9 | 17.5 |

# APPENDIX 6
**Estimates of Blacks Voting Republican and Whites Voting Democrat in 12 Statewide Elections**
**City of Shreveport Precincts v. Non City of Shreveport Precincts**

| Year | Election Number | Election | Parish | City of Shreveport Precinct (y or n) | Black Voting Rep (B_v_Rep) | Conf. Interval (B_v_Rep) Lower Limit | Conf. Interval (B_v_Rep) Upper Limit | White Voting Dem (W_v_Dem) | Conf. Interval (W_v_Dem) Lower Limit | Conf. Interval (W_v_Dem) Upper Limit |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 1 | President | Caddo | y | 10.6 | 7.2 | 14.0 | 22.5 | 18.6 | 26.2 |
| 2012 | 1 | President | Caddo | n | 55.9 | 44.7 | 64.7 | 19.4 | 17.1 | 21.7 |
| 2015 | 2 | Governor | Caddo | n | 12.1 | 2.6 | 28.4 | 22.5 | 19.3 | 27.0 |
| 2015 | 2 | Governor | Caddo | y | 1.2 | 0.7 | 1.9 | 30.8 | 29.8 | 31.9 |
| 2015 | 3 | Lt. Gov. | Caddo | n | 11.7 | 3.5 | 26.0 | 14.2 | 11.5 | 18.1 |
| 2015 | 3 | Lt. Gov. | Caddo | y | 1.7 | 1.2 | 2.5 | 20.5 | 19.0 | 21.7 |
| 2016 | 4 | President | Caddo | y | 1.7 | 1.1 | 2.8 | 16.5 | 15.2 | 19.0 |
| 2016 | 4 | President | Caddo | n | 38.5 | 25.0 | 51.7 | 12.7 | 9.8 | 15.5 |
| 2017 | 5 | Treasurer | Caddo | y | 2.4 | 1.5 | 3.4 | 15.0 | 13.6 | 16.5 |
| 2017 | 5 | Treasurer | Caddo | n | 11.5 | 3.4 | 26.4 | 7.8 | 5.0 | 11.5 |
| 2018 | 6 | Sec. State | Caddo | y | 3.4 | 2.6 | 4.3 | 18.9 | 17.5 | 20.2 |
| 2018 | 6 | Sec. State | Caddo | n | 13.5 | 4.2 | 29.3 | 9.4 | 6.1 | 13.3 |
| 2019 | 7 | Lt. Gov. | Caddo | y | 12.2 | 10.9 | 13.6 | 11.4 | 9.8 | 13.0 |
| 2019 | 7 | Lt. Gov. | Caddo | n | 14.1 | 6.7 | 24.6 | 2.5 | 1.1 | 4.5 |
| 2018 | 8 | At. Gen. | Caddo | y | 16.4 | 15.0 | 17.8 | 13.3 | 11.6 | 15.0 |
| 2018 | 8 | At. Gen. | Caddo | n | 17.8 | 9.4 | 30.4 | 2.7 | 1.3 | 5.0 |
| 2019 | 9 | Sec. State | Caddo | y | 2.8 | 2.0 | 3.7 | 16.5 | 15.0 | 18.1 |
| 2019 | 9 | Sec. State | Caddo | n | 7.3 | 2.3 | 16.8 | 5.3 | 3.3 | 8.3 |
| 2019 | 10 | Governor | Caddo | y | 1.2 | 0.7 | 1.9 | 24.6 | 23.5 | 25.7 |
| 2019 | 10 | Governor | Caddo | n | 10.2 | 2.9 | 25.0 | 12.4 | 10.0 | 15.9 |
| 2020 | 11 | President | Caddo | y | 6.4 | 4.2 | 8.5 | 26.4 | 23.8 | 28.2 |
| 2020 | 11 | President | Caddo | n | 60.6 | 51.6 | 71.0 | 18.2 | 16.9 | 19.6 |
| 2022 | 12 | Senator | Caddo | y | 7.6 | 6.5 | 8.6 | 21.0 | 19.9 | 22.1 |
| 2022 | 12 | Senator | Caddo | n | 28.4 | 12.2 | 52.5 | 7.4 | 4.5 | 11.5 |

# APPENDIX 7
## Estimates For Voting Percentages in East Baton Rouge Parish
### (By Minimum Density)

| Election | Minimum Density in VTD | White Voting Rep (W_v Rep) | Conf. Interval (W_v Rep) Lower Limit | Conf. Interval (W_v Rep) Upper Limit | White Voting Dem (W_v Dem) | Conf. Interval (W_v Dem) Lower Limit | Conf. Interval (W_v Dem) Upper Limit |
|---|---|---|---|---|---|---|---|
| Pres 2020 | 0 | 73.9 | 70.9 | 76.3 | 25.4 | 22.9 | 28.4 |
| Pres 2020 | 300 | 73.6 | 69.1 | 77.5 | 25.7 | 21.8 | 30.2 |
| Pres 2020 | 500 | 73.8 | 71.4 | 76.1 | 25.5 | 23.2 | 27.9 |
| Pres 2020 | 3000 | 68.0 | 63.7 | 70.6 | 31.0 | 28.2 | 35.4 |
| Pres 2020 | 4500 | 61.1 | 56.6 | 64.6 | 37.1 | 34.0 | 41.6 |
| Pres 2020 | 5000 | 50.9 | 45.0 | 57.3 | 46.8 | 40.1 | 52.5 |
| Pres 2020 | 5200 | 43.2 | 34.9 | 49.5 | 54.1 | 47.4 | 62.4 |
| Pres 2020 | 5300 | 37.4 | 28.1 | 48.0 | 60.2 | 49.5 | 69.4 |
| Pres 2020 | 5500 | 38.7 | 28.8 | 49.3 | 58.8 | 48.2 | 69.1 |
| Pres 2020 | 7000 | 26.5 | 12.4 | 42.4 | 70.5 | 54.3 | 85.0 |
| Senate 2022 | 0 | 75.7 | 73.3 | 76.8 | 23.7 | 22.6 | 26.1 |
| Senate 2022 | 300 | 69.5 | 66.7 | 71.9 | 30.0 | 27.6 | 32.8 |
| Senate 2022 | 500 | 71.2 | 69.5 | 72.9 | 28.4 | 26.7 | 30.0 |
| Senate 2022 | 3000 | 67.6 | 65.8 | 69.0 | 31.9 | 30.5 | 33.7 |
| Senate 2022 | 4500 | 56.2 | 51.9 | 58.8 | 43.0 | 40.3 | 47.3 |
| Senate 2022 | 5000 | 50.0 | 44.5 | 55.8 | 48.6 | 43.1 | 53.9 |
| Senate 2022 | 5200 | 40.0 | 33.8 | 45.2 | 58.4 | 53.4 | 64.6 |
| Senate 2022 | 5300 | 33.3 | 26.1 | 41.6 | 65.5 | 57.3 | 72.8 |
| Senate 2022 | 5500 | 34.3 | 26.5 | 41.7 | 64.6 | 57.3 | 72.7 |
| Senate 2022 | 7000 | 44.8 | 18.4 | 60.7 | 53.4 | 37.5 | 80.0 |

# APPENDIX 8
## Estimates For Voting Percentages in Caddo Parish
### (By Minimum Density)

| Election | Minimum Density in VTD | White Voting Rep (W_v Rep) | Conf. Interval (W_v Rep) Lower Limit | Conf. Interval (W_v Rep) Upper Limit | White Voting Dem (W_v Dem) | Conf. Interval (W_v Dem) Lower Limit | Conf. Interval (W_v Dem) Upper Limit |
|---|---|---|---|---|---|---|---|
| Senate 2022 | 0 | 82.5 | 80.0 | 83.8 | 16.9 | 15.5 | 19.4 |
| Senate 2022 | 300 | 78.6 | 77.6 | 79.6 | 20.7 | 19.8 | 21.7 |
| Senate 2022 | 500 | 77.6 | 76.1 | 78.7 | 21.8 | 20.8 | 23.3 |
| Senate 2022 | 3000 | 69.4 | 67.7 | 71.4 | 29.9 | 27.9 | 31.6 |
| Senate 2022 | 4500 | 65.7 | 57.6 | 72.4 | 33.4 | 26.8 | 41.5 |
| Senate 2022 | 4700 | 64.9 | 54.9 | 73.3 | 33.9 | 25.3 | 43.8 |
| Pres 2020 | 0 | 76.9 | 73.9 | 78.7 | 22.5 | 20.7 | 25.5 |
| Pres 2020 | 300 | 75.3 | 71.5 | 77.8 | 24.1 | 21.6 | 27.8 |
| Pres 2020 | 500 | 74.7 | 69.8 | 78.3 | 24.6 | 20.8 | 29.5 |
| Pres 2020 | 3000 | 71.9 | 69.3 | 73.7 | 27.0 | 25.0 | 29.5 |
| Pres 2020 | 4500 | 64.5 | 56.6 | 70.5 | 34.2 | 28.1 | 42.1 |
| Pres 2020 | 4700 | 58.4 | 48.6 | 67.1 | 40.6 | 32.5 | 50.0 |

# APPENDIX 9
## Estimates For Voting Percentages in Iberville Parish
### (By Minimum Density)

| Election | Minimum Density in VTD | White Voting Rep (W_v Rep) | Conf. Interval (W_v Rep) Lower Limit | Conf. Interval (W_v Rep) Upper Limit | White Voting Dem (W_v Dem) | Conf. Interval (W_v Dem) Lower Limit | Conf. Interval (W_v Dem) Upper Limit |
|---|---|---|---|---|---|---|---|
| Senate2022 | 0 | 86.6 | 84.3 | 88.6 | 12.3 | 10.4 | 14.5 |
| Senate2022 | 300 | 80.1 | 73.8 | 84.4 | 17.5 | 13.2 | 23.3 |
| Senate2022 | 500 | 78.5 | 73.1 | 83.3 | 19.0 | 14.3 | 24.3 |
| Senate2022 | 2500 | 72.1 | 55.2 | 85.1 | 23.1 | 10.1 | 40.3 |
| Senate2022 | 3000 | 38.8 | 4.7 | 72.8 | 48.1 | 11.6 | 83.9 |

# APPENDIX 10
## Estimates For Voting Percentages in Pointe Coupee Parish
### (By Minimum Density)

| Election | Minimum Density in VTD | White Voting Rep (W_v Rep) | Conf. Interval (W_v Rep) Lower Limit | Conf. Interval (W_v Rep) Upper Limit | White Voting Dem (W_v Dem) | Conf. Interval (W_v Dem) Lower Limit | Conf. Interval (W_v Dem) Upper Limit |
|---|---|---|---|---|---|---|---|
| Senate2022 | 0 | 84.1 | 81.0 | 86.9 | 15.1 | 12.2 | 18.4 |
| Senate2022 | 100 | 80.3 | 72.3 | 85.9 | 18.7 | 13.0 | 26.7 |
| Senate2022 | 300 | 78.5 | 71.9 | 85.4 | 20.4 | 13.5 | 27.1 |
| Senate2022 | 500 | 79.9 | 74.8 | 86.5 | 19.4 | 12.1 | 23.6 |
| Senate2022 | 800 | 63.2 | 47.0 | 80.4 | 32.1 | 16.0 | 49.3 |

54