IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' consent motion for leave to exceed the page limitation established in Local Rule 7(g), it is ORDERED that the motion is GRANTED.

The Court accepts Plaintiffs' submission of their motion to exclude proposed expert testimony and the accompanying memorandum and papers, and shall take that motion under consideration.

_____
Hon. Shelly D. Dick
United States District Judge
Middle District of Louisiana