IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, JARRETT
LOFTON, REV. CLEE EARNEST LOWE, DR.
ALICE WASHINGTON, STEVEN HARRIS,
ALEXIS CALHOUN, BLACK VOTERS
MATTER CAPACITY BUILDING
INSTITUTE, and THE LOUISIANA STATE
CONFERENCE OF THE NAACP,

          *Plaintiffs*,

  v.

R. KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana,

          *Defendant*.

CIVIL ACTION NO. 3:22-cv-00178
SDD-SDJ

**PLAINTIFFS' EXHIBIT LIST IN SUPPORT OF
<u>MOTION TO EXCLUDE PROPOSED EXPERT TESTIMONY</u>**

In support of Plaintiffs' motion to exclude the proposed expert testimony of Sean Trende, Dr. Douglas Johnson, and Dr. Tumulesh K.S. Solanky, Plaintiffs attach the following exhibits:

- Exhibit A: Report of Sean Trende

- Exhibit B: Transcript of Deposition of Sean Trende

- Exhibit C: J. Chen & J. Rodden, *Unintentional Gerrymandering: Political Geography and Electoral Bias in Legislatures*, 8 Quarterly Journal of Political Science 239–69 (2013)

- Exhibit D: Reply Report of Sean Trende

- Exhibit E: Surrebuttal Report of Dr. Douglas Johnson

- Exhibit F: Report of Dr. Douglas Johnson

- Exhibit G: Transcript of Deposition of Dr. Douglas Johnson

- Exhibit H: Rebuttal Report of William Cooper

- Exhibit I: *Common Cause v. Lewis* Decision

- Exhibit J: *Covington v. North Carolina* Decision

- Exhibit K: Rebuttal Report of Dr. Craig Colten

- Exhibit L: Report of Willliam Cooper

- Exhibit M: Transcript of Deposition of Dr. Tumulesh Solanky

- Exhibit N: Report of Dr. Tumulesh Solanky

- Exhibit O: Rebuttal Report of Dr. Lisa Handley

- Exhibit P: Report of Dr. John Alford

- Exhibit Q: Report of Dr. Jeffrey Lewis

- Exhibit R: Rebuttal Report of Dr. Tumulesh Solanky

- Exhibit S: Report of Dr. Lisa Handley

DATED: October 10, 2023                    Respectfully submitted,

                                           */s/ Sarah Brannon*

Leah Aden*                                 Sarah Brannon*
Stuart Naifeh*                             Megan C. Keenan*
Victoria Wenger*                           American Civil Liberties Union Foundation
NAACP Legal Defense & Educational Fund     915 15th St. NW
40 Rector Street, 5th Floor                Washington, DC 20005
New York, NY 10006                         sbrannon@aclu.org
laden@naacpldf.org                         mkeenan@aclu.org
snaifeh@naacpldf.org
vwenger@naacpldf.org                       Sophia Lin Lakin*
                                           Dayton Campbell-Harris*
I. Sara Rohani*                            American Civil Liberties Union Foundation
NAACP Legal Defense & Educational Fund     125 Broad Street, 18th Floor
700 14th Street, Suite 600                 New York, NY 10004
Washington, DC 20005                       slakin@aclu.org
srohani@naacpldf.org                       dcampbell-harris@aclu.org
                                           lroman@aclu.org

John Adcock (La. Bar No. 30372)
Adcock Law LLC                             T. Alora Thomas-Lundborg*
Louisiana Bar No. 30372                    Daniel J. Hessel*
3110 Canal Street                          Election Law Clinic
New Orleans, LA 701119                     Harvard Law School
jnadcock@gmail.com                         6 Everett Street, Ste. 4105

2

Michael de Leeuw*  
Amanda Giglio*  
Cozen O'Connor  
3 WTC, 175 Greenwich St.,  
55th Floor  
New York, NY 10007  
MdeLeeuw@cozen.com  
AGiglio@cozen.com  

Josephine Bahn**  
Cozen O'Connor  
1200 19th Street NW  
Washington, D.C. 20036  
JBahn@cozen.com  

Cambridge, MA 02138  
tthomaslundborg@law.harvard.edu  
dhessel@law.harvard.edu  

Nora Ahmed (N.Y. Bar. No. 5092374)  
ACLU Foundation of Louisiana  
1340 Poydras St., Suite 2160  
New Orleans, LA 70112  
NAhmed@laaclu.org  

Ron Wilson (La. Bar No. 13575)  
701 Poydras Street, Suite 4100  
New Orleans, LA 70139  
cabral2@aol.com  

*Attorneys for Plaintiffs*  
*Admitted Pro Hac Vice  
**Pro Hac Vice Motion Forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, a copy of the foregoing motion was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                */s/ Sarah Brannon*
                                                Sarah Brannon*