# Expert Report of Sean P. Trende

in *Nairne, et al. v. Ardoin, et al.*

July 28, 2023

# Table of Contents

1  Expert Qualifications                                                    1

   1.1  Career . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1

   1.2  Publications and Speaking Engagements . . . . . . . . . . . . . .    1

   1.3  Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2

   1.4  Prior Engagements and Court Appointments . . . . . . . . . . . . .   3

2  Scope of Engagement                                                      4

3  Summary of Opinions                                                      4

4  Data Relied Upon and Construction of Datasets                           5

5  Discussion of Additional Cooper House Districts                         6

   5.1  Shreveport Area . . . . . . . . . . . . . . . . . . . . . . . . .    6

        5.1.1  Cooper Illustrative District 1 . . . . . . . . . . . . . . . 10

        5.1.2  Cooper Illustrative District 2 . . . . . . . . . . . . . . . 20

        5.1.3  Cooper Illustrative District 3 . . . . . . . . . . . . . . . 23

        5.1.4  Cooper Illustrative District 4 . . . . . . . . . . . . . . . 28

   5.2  Natchitoches Area . . . . . . . . . . . . . . . . . . . . . . . .   34

        5.2.1  Cooper Illustrative District 23 . . . . . . . . . . . . . . 34

   5.3  St. Charles Area . . . . . . . . . . . . . . . . . . . . . . . . .  40

        5.3.1  Cooper Illustrative Districts 34 and 38 . . . . . . . . . . 42

   5.4  Baton Rouge Area . . . . . . . . . . . . . . . . . . . . . . . . .  54

        5.4.1  Cooper Illustrative District 29 . . . . . . . . . . . . . . 57

        5.4.2  Cooper Illustrative District 61 . . . . . . . . . . . . . . 61

        5.4.3  Cooper Illustrative District 63 . . . . . . . . . . . . . . 65

        5.4.4  Cooper Illustrative District 60 . . . . . . . . . . . . . . 69

        5.4.5  Cooper Illustrative District 65 . . . . . . . . . . . . . . 74

|       | 5.4.6 | Cooper Illustrative District 67 . . . . . . . . . . . . . . . . . | 79  |
|       | 5.4.7 | Cooper Illustrative District 69 . . . . . . . . . . . . . . . . . | 84  |
|       | 5.4.8 | Cooper Illustrative District 101 . . . . . . . . . . . . . . . . | 89  |

**6   Discussion of Additional Cooper Senate Districts                94**

| 6.1 | Shreveport Area . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 94  |
|     | 6.1.1 | Cooper Illustrative District 38 . . . . . . . . . . . . . . . . . | 97  |
|     | 6.1.2 | Cooper Illustrative District 39 . . . . . . . . . . . . . . . . . | 103 |
| 6.2 | East/West Baton Rouge Area . . . . . . . . . . . . . . . . . . . . . | 109 |
|     | 6.2.1 | Cooper Illustrative District 17 . . . . . . . . . . . . . . . . . | 112 |
| 6.3 | New Orleans Area . . . . . . . . . . . . . . . . . . . . . . . . . . . | 118 |
|     | 6.3.1 | Cooper Illustrative District 4 . . . . . . . . . . . . . . . . . | 121 |
|     | 6.3.2 | Cooper Illustrative District 3 . . . . . . . . . . . . . . . . . | 123 |
|     | 6.3.3 | Cooper Illustrative District 19 . . . . . . . . . . . . . . . . . | 129 |

**7   Conclusion                                                     135**

# 1  Expert Qualifications

## 1.1  Career

I serve as Senior Elections Analyst for Real Clear Politics. I joined Real Clear Politics in January of 2009 after practicing law for eight years. I assumed a fulltime position with Real Clear Politics in March of 2010. Real Clear Politics is a company of approximately 50 employees, with its main offices in Washington D.C. It produces one of the most heavily trafficked political websites in the world, which serves as a one-stop shop for political analysis from all sides of the political spectrum and is recognized as a pioneer in the field of poll aggregation. Real Clear Politics produces original content, including both data analysis and traditional reporting. It is routinely cited by the most influential voices in politics, including David Brooks of *The New York Times*, Brit Hume of Fox News, Michael Barone of *The Almanac of American Politics*, Paul Gigot of *The Wall Street Journal*, and Peter Beinart of *The Atlantic*.

My main responsibilities with Real Clear Politics consist of tracking, analyzing, and writing about elections. I collaborate in rating the competitiveness of Presidential, Senate, House, and gubernatorial races. As a part of carrying out these responsibilities, I have studied and written extensively about demographic trends in the country, exit poll data at the state and federal level, public opinion polling, and voter turnout and voting behavior. In particular, understanding the way that districts are drawn and how geography and demographics interact is crucial to predicting United States House of Representatives races, so much of my time is dedicated to that task.

I am currently a Visiting Scholar at the American Enterprise Institute, where my publications focus on the demographic and coalitional aspects of American Politics.

## 1.2  Publications and Speaking Engagements

I am the author of the 2012 book *The Lost Majority: Why the Future of Government is up For Grabs and Who Will Take It*. In this book, I explore realignment theory.

It argues that realignments are a poor concept that should be abandoned. As part of this analysis, I conducted a thorough analysis of demographic and political trends beginning in the 1920s and continuing through modern times, noting the fluidity and fragility of the coalitions built by the major political parties and their candidates.

I also co-authored the 2014 *Almanac of American Politics*. The *Almanac* is considered the foundational text for understanding congressional districts and the representatives of those districts, as well as the dynamics in play behind the elections. PBS's Judy Woodruff described the book as "the oxygen of the political world," while NBC's Chuck Todd noted that "Real political junkies get two *Almanacs*: one for the home and one for the office." My focus was researching the history of and writing descriptions for many of the newly-drawn districts, including tracing the history of how and why they were drawn the way that they were drawn. Because the 2014 *Almanac* covers the 2012 elections, analyzing how redistricting was done was crucial to my work. I have also authored a chapter in Larry Sabato's post-election compendium after every election dating back to 2012.

I have spoken on these subjects before audiences from across the political spectrum, including at the Heritage Foundation, the American Enterprise Institute, the CATO Institute, the Bipartisan Policy Center, and the Brookings Institution. In 2012, I was invited to Brussels to speak about American elections to the European External Action Service, which is the European Union's diplomatic corps. I was selected by the United States Embassy in Sweden to discuss the 2016 elections to a series of audiences there and was selected by the United States Embassy in Spain to fulfill a similar mission in 2018. I was invited to present by the United States Embassy in Italy, but was unable to do so because of my teaching schedule.

## 1.3   Education

I am currently enrolled as a doctoral candidate in political science at The Ohio State University. I have completed all my coursework and have passed comprehensive

examinations in both methods and American Politics. As of this writing, my dissertation has been approved for defense by my committee, and awaits formatting review. Chapter 3 of the dissertation involves the use of communities of interest in redistricting simulations. In pursuit of this degree, I have also earned a Master's Degree in Applied Statistics. My coursework for my Ph.D. and M.A.S. included, among other things, classes on G.I.S. systems, spatial statistics, issues in contemporary redistricting, machine learning, non-parametric hypothesis tests and probability theory.

In the winter of 2018, I taught American Politics and the Mass Media at Ohio Wesleyan University. I taught Introduction to American Politics at The Ohio State University for three semesters from Fall of 2018 to Fall of 2019, and again in Fall of 2021. In the Springs of 2020, 2021, 2022 and 2023, I taught Political Participation and Voting Behavior at The Ohio State University. This course spent several weeks covering all facets of redistricting: how maps are drawn, debates over what constitutes a fair map, measures of redistricting quality, and similar topics.

## 1.4   Prior Engagements and Court Appointments

A full copy of all cases in which I have testified or been deposed is included on my c.v, attached as Exhibit 1. In 2021, I served as one of two special masters appointed by the Supreme Court of Virginia to redraw the districts that will elect the Commonwealth's representatives to the House of Delegates, state Senate, and U.S. Congress in the following decade. The Supreme Court of Virginia accepted those maps, which were praised by observers from across the political spectrum. *E.g.*, "New Voting Maps, and a New Day, for Virginia," *The Washington Post* (Jan. 2, 2022), *available at* https://www.washingtonpost.com/opinions/ 2022/01/02/virginia-redistricting-voting-mapsgerrymande Henry Olsen, "Maryland Shows How to do Redistricting Wrong. Virginia Shows How to Do it Right," *The Washington Post* (Dec. 9, 2021), *available at* https://www. wash ingtonpost.com/opinions/2021/12/ 09/maryland-virginia-redistricting/; Richard Pildes, "Has VA Created a New Model for a Reasonably Non-Partisan Redistricting Process,"

*Election Law Blog* (Dec. 9, 2021), available at https://electionlawblog.org/?p=126216.

In 2019, I was appointed as the court's expert by the Supreme Court of Belize. In that case I was asked to identify international standards of democracy as they relate to malapportionment claims, to determine whether Belize's electoral divisions (similar to our congressional districts) conformed with those standards, and to draw alternative maps that would remedy any existing malapportionment.

I served as a Voting Rights Act expert to counsel for the Arizona Independent Redistricting Commission in 2021 and 2022.

## 2  Scope of Engagement

I have been retained by the law firm of Nelson Mullins on behalf of Secretary of State Kyle Ardoin to evaluate Louisiana's legislative maps ("Enacted Maps" or "Enacted Plan") and the demonstration maps proposed by their expert, Mr. William Cooper ("Cooper Illustrative Maps" or "Illustrative Maps"). I am being compensated at a rate of $400.00 per hour to provide my expert analysis. I have been asked to explore the following questions in reference to the minority-majority districts that Mr. Cooper created, in addition to those contained in the Enacted Map:

- Whether the minority populations in the new minority-majority districts in the Illustrative Maps are compact?

- Whether the portion of the minority group that appears compact, if any, is sufficient to constitute a majority of the district?

## 3  Summary of Opinions

Based on the work performed as addressed in the following sections of the report, I hold to the following opinions to a reasonable degree of professional certainty:

- The newly created minority-majority districts in the Cooper Illustrative Map are not based upon compact minority populations. While some minority-majority districts using such populations are certainly possible in Louisiana, these new districts are created by aggregating geographically distant clusters of residents.

- Most (but not all) of these newly drawn districts do include a large, compact cluster of minority residents of voting age. However, the populations in these clusters are not large enough to constitute a majority of the district.

# 4  Data Relied Upon and Construction of Datasets

For purposes of this report, I reviewed and/or relied upon the following materials:

- Shapefiles for Louisiana political materials and demographic information at the block, precinct, and parish level, downloaded from the Redistricting Data Hub, available at https://redistrictingdatahub.org/;

- Data and maps provided by Plaintiffs' Experts;

- The computer code accompanying this report;

- Other documents referenced in this report.

In defining "Black Voting Age Population," or "BVAP" for purposes of this report, at the instruction of counsel I am using the "any part Black" definition based upon data from the United States Census. That is to say, if a person informs the census that they identify, in whole or in part, as Black, I will count that individual as Black. The voting age population is calculated by summing the members of ethnic groups over the age of 18. Residents are counted as White only if they identify themselves as being White, with no other racial or ethnic identity specified.

All shapefiles are projected using the WGS 84 projection. Calculations are performed using R, a computer programming package that is frequently used for data analysis in the statistics and political science disciplines.

# 5    Discussion of Additional Cooper House Districts

## 5.1    Shreveport Area

The Enacted Plan creates three majority Black districts in the Shreveport area: Districts 2, 3 and 4. District 2 is centered on downtown Shreveport and has a BVAP of 67.4%. District 3 is centered on southern Shreveport and has a BVAP of 73.9%. District 4 is located west of Shreveport and the areas around most of Cross Lake; the BVAP is 72.1%. They are depicted in Fig. 1 (Here, Black lines denote district boundaries, while dashed blue lines denote parish boundaries.

Figure 1: Black Majority BVAP Districts in the Shreveport Area, Enacted Map. Here, the dashed blue line depicts parish boundaries. Shaded districts are Black majority.



© OpenStreetMap contributors

Mr. Cooper's Illustrative Map, by contrast, creates four minority-majority districts in the Shreveport area: Districts 1, 2, 3 and 4 (Fig. 2). Illustrative Districts 2 and 3 are still centered on Shreveport, although they are pushed southward. Illustrative District 4 is pushed south and westward and extended to the Texas border. Illustrative District 1 is pushed into Downtown Shreveport relative to the Enacted Map, but still

7

extends out to the Texas and Arkansas borders. The BVAPs of districts 1, 2, 3 and 4 are, respectively, 55.3%, 67.3%, 58.8%, and 57.5%.

An individual analysis of these districts reveals that the populations included in Cooper's districts were not reasonably compact. In this analysis, I employ two approaches. First, I utilize a qualitative approach, relying in part on Justice O'Connor's instruction that redistricting is one area where "appearances do matter." *Shaw v. Reno*, 509 U.S. 630 (1993). Second, I utilize a quantitative approach, described below.

Figure 2: Black Majority BVAP Districts in the Shreveport Area, Cooper Illustrative Map. Here, the dashed blue line depicts parish boundaries. Shaded districts are Black majority.



© OpenStreetMap contributors

### 5.1.1   Cooper Illustrative District 1

Consider an example of a district that my analysis suggests does not contain a compact minority population that is capable of comprising a majority in a reasonably configured district: Illustrative District 1. Figure 3 depicts a map, referred to as a choropleth map, which shows the census blocks included in the Illustrative Map's version of District 1. Each block is color coded by its BVAP; empty blocks are shaded in white.

This map nicely illustrates the non-compact nature of the population enclosed by the new Black majority Illustrative districts. Heavily Black areas are separated by overwhelmingly White neighborhoods, as the district stretches from downtown Shreveport to the Arkansas border.

Of course, choropleth maps have their limitations, because we cannot readily see whether the geographic (or, to use the jargon from spatial analysis, "areal") units (here, census blocks) contain one Black resident, or 100; these are simply percentages. However, there are other types of maps that allow us to see the distribution of people more clearly. For example, dot density maps take a geographic unit, such as a precinct or census block, and then fill it not with colors, but with dots according to the number of residents. Figure 4 provides an example of such a map, where one blue dot represents 10 Black residents (rounded to the nearest 10). We can see that the Black population of the district is quite spread out. There is a large cluster around downtown Shreveport, and then another cluster just past I-220. Other clusters occur in the small towns between Caddo Lake and Black Bayou Lake, along with smattering of Black residents in the rural areas across the countryside.

In this type of map, however, the intervening spaces are not necessarily empty. For example, there may be White voters residing in those blocks. Figure 5 provides one solution to this problem, by placing an orange "x" for every 10 White residents of voting age (rounded to the nearest 10). As you can see, there are also strong concentrations of White voters, particularly west of I-49 near Shreveport, extending northward to Caddo Lake and beyond.

Figure 3: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 1. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



© OpenStreetMap contributors

Figure 4:  Location of Black population in Cooper Illustrative District 1.  One blue dot represents 10 Black residents of voting age.  Dashed blue lines reflect Parish boundaries.



Figure 5:   Location of Black and White populations in Cooper Illustrative District 1. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



In other words, it is not necessarily the case that some fluke of geography is responsible for the dispersion of the Black population in this district. Much of the district is populated, but it is a mix of Black and White population centers.

Of course, we know that districts must comply with the one-person-one-vote constitutional requirement. It may be that there is a compact minority population sufficient to create a majority in a district in one discrete area, but that the district also extends out into neighboring areas simply to comply with constitutional requirements, capturing Black residents as a byproduct of geography. Put differently, it there were a Black population within, say, the boundaries of State Route I-220 in Shreveport, it would likely be irrelevant that there also happened to be a dispersed Black population included elsewhere in the district as it sought to comply with one-person-one-vote.

Illustrative District 1 has a VAP of 33,473, meaning that 16,737 residents are needed to constitute a majority. The area of greatest Black population concentration in the district – the portion of the district located within Shreveport south of I-220 and I-49 – contains only 11,556 Black residents of voting age. In other words, the portion of the district containing a compact Black population is well short of a majority, constituting just a third of the population of the district.

To create an additional district in the Shreveport area where the minority group is a numeric majority, Illustrative District 1 must extend well beyond the city limits, across heavily White areas to take in pockets of Black populations. This practice is colloquially known among redistricters as "baconmandering." The Illustrative Map doesn't do this because it must accumulate a sufficient number of residents; it does so because it must accumulate a sufficient number of *Black* residents.

I also explore this using a more quantitative approach. In particular, I utilize the moment of inertia method of calculating the compactness of a population. *See, e.g.*, Micah Altman, "Modeling the Effect of Mandatory District Compactness on Partisan Gerrymanders," 17 *Pol. Geog.* 8, 995 (1998). The moment of inertia metric is actually among the oldest of the redistricting metrics. See James B. Weaver & Sidney W. Hess, "A

14

Procedure for Nonpartisan Districting: Development of Computer Techniques," 73 *The Yale Law Journal* 228, 297-300 (Dec. 1963) (describing the moment of inertia metric and its use in redistricting); Isobel M.L. Robertson, "The Delimitation of Local Government Electoral Areas in Scotland," *33 Jrnl. Op. Rsrch. Soc.* 517, 518 (June 1982) (describing a redistricting algorithm employing the moment of inertia approach for population compactness); Henry F. Kaiser, "An Objective Method for Establishing Legislative Districts, 10 *Midwest Jrnl. Pol. Sci.* 200 (1966) (providing a lengthy mathematical description of the moment of inertia as applied to redistricting); S.W. Hess, et al, "Nonpartisan Political Redistricting by Computer," 13 *Op. Rsrch.* 998, 999 (1965).

The moment of inertia approach is defined as the "sum of squared distances from each person to [their] district's center." Hess et al., at 999. To find the most compact Black population in each proposed district, we first find the centroids of each individual precinct. We (really, a computer) pick a precinct to begin with and identify all adjacent precincts. We pick one of those adjacent precincts and determine what the population centroid would be if they were in the same district. Next, we calculate the distance from each precinct to the population centroid, square that distance, and multiply by the population of the precinct. The moment of inertia will be the sum of these weighted squared distances. We calculate this value for every adjacent precinct and select the smallest moment. These two precincts are then locked together in the same district, and the process then repeats, until the BVAP of the precincts equals half of the total population of the original district. We then perform the entire algorithm such that it begins once for every precinct in the proposed district and identify the district with the smallest moment of inertia as the most compact grouping of Black residents over the age of 18 in the district.

One problem with the moment of inertia approach is that after a heavily populated cluster is identified, it will tend to avoid other heavy population clusters. In this context, it is a relatively minor problem, as the entire point of the exercise is to see if multiple clusters separated by substantial distances are required to be combined in order to create

a 50% + 1 BVAP district.

Regardless, counsel has also asked me to employ an area-based algorithm to identify compact population clusters. The algorithm employed here is similar to that utilized in some redistricting simulations. *See, e.g.*, Jowei Chen & Jonathan Rodden, "Unintentional Gerrymandering: Political Geography and Electoral Bias in Legislatures," 8 Q. J. of Poli. Sci. 239 (2013). It is also consistent with the definition of "compact" as an area-based metric in some contemporary dictionaries. E.g., Webster's New Twentieth Century Dictionary, Unabridged 368 (2d ed. 1980) (defining the adjective version of compact as "1. Closely and firmly united, as the particles of solid bodies; solid; dense; as a compact mass of people; a compact body or substance. . . . 5. taking little space; arranged neatly in a small space. 6. Designating or of a relatively small, light, economical model of automobile. Syn. – close, condensed, hard, solid) (including other irrelevant definitions such as 2. Composed of, 3. Held together, 4. Brief, as in "compact discourse").

To identify this, I used the same basic algorithm as above, except that rather than using the BVAP to weight squared distances, I instead utilized the area of precincts. By favoring precincts with centroids that are near one another, and favoring smaller precincts over larger precincts, the algorithm will build groups that take up little area. Once again, the algorithm will repeat for every precinct until the BVAP of the grouping is equivalent to 50% + 1 of the overall population of the district. Note that I do not always provide results for both techniques in the interest of brevity, however either approach may be calculated from the provided computer code implementing these approaches.

Figures 6 - 7 show the results of both algorithms for District 1. The first map shows the most compact grouping of Black residents sufficient to constitute a majority of Illustrative District 1's population using the moment of inertia method, while the second map shows the most compact grouping using the areal/Chen & Rodden method. Note that the approach sometimes produces "holes" on the map. This is because we are searching for a minimally compact group; the contiguity requirement of redistricting may, in fact, require an even less compact group to be drawn into a district.

Figure 6:  Most compact group of Black residents of voting age in Cooper Illustrative District 1 sufficient to constitute a majority of the population in the district, using the moment of inertia approach.  Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,737 Black residents of voting age this approach identifies within the boundaries of of Illustrative District 1.



Figure 7: Most compact group of Black residents of voting age in Cooper Illustrative District 1 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,737 Black residents of voting age this approach identifies within the boundaries of Illustrative District 1.



These maps show that the most compact Black population in this district configuration that would be sufficient to constitute a majority of the district's population stretches beyond Shreveport, out to Caddo Lake, and to the outskirts of Mooringsport and Belcher, which are located almost halfway to the Arkansas border. In the process, the most compact configuration of Black residents in the district that would be sufficient to constitute a majority of the district also crosses heavily White areas and depopulated areas as well. The same is true using the areal method.

In other words, this analysis shows that the heavily White, rural precincts in this District are not just added to achieve population equality. They are added to join isolated Black residents with a more compact Black population in Shreveport in order to meet the minority-majority threshold.

That is to say, here, these isolated Black population pockets are not incidental to the 50%+1 district, they are needed to draw such a district in the configuration Mr. Cooper attempts to create while attempting to draw four Black majority districts in the Shreveport area. In short, while there appears to be a compact minority population near the Shreveport area that can support three Black majority districts, that population is not sufficient to constitute a majority of the population in the four majority Black districts drawn in the Illustrative Map.

### 5.1.2  Cooper Illustrative District 2

To be clear, this is not an approach that will intrinsically defeat a minority-majority district. Consider districts 2, 3 and 4 in the Shreveport Area. District 2 is a bit tricky, because the Black population exists in three clusters, separated by a heavily white area and the Red River. Nevertheless, there exists a sufficient number of Black residents on the western side of the river to create a majority of the population in the district, and most of the blocks separating the two clusters are at least diverse. Figures 8 - 9 illustrate this.

Whichever population compactness metric we employ, we come up with the same grouping of Black voters. The data show that there are a sufficient number of Black voters over the age of 18 in Cooper Illustrative District 2 to comprise a majority of residents in the district in a relatively compact group. In other words, the remaining residents of Cooper's Illustrative District 2, white or Black, would not have to be added to achieve a majority-BVAP district, but rather are added to meet the equal population requirement.

Figure 8: Most compact group of Black residents of voting age in Cooper Illustrative District 2 sufficient to constitute a majority of the population in the district, using moment of inertia approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,457 Black residents of voting age this approach identifies within the boundaries of Illustrative District 2.



Figure 9: Most compact group of Black residents of voting age in Cooper Illustrative District 2 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,457 Black residents of voting age this approach identifies within the boundaries of Illustrative District 2.



### 5.1.3   Cooper Illustrative District 3

Likewise, Illustrative District 3 involves compact Black populations that comprise a majority of the voting age population of the district. As illustrated in figures 10 - 13, it contains a large Black population north of Louisiana Highway 3132 that is almost sufficient to constitute a majority on its own.

In Illustrative District 3, we see that the most compact grouping of Black voters over the age of 18 that would comprise a majority in the districts drawn by Mr. Cooper does extend out away past the most heavily Black precincts. But it is not as disparate a grouping as some of the districts that follow.

Figure 10: Percent BVAP in census blocks contained in Cooper Map, Illustrative District 3. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



24

Figure 11:  Location of Black and White populations in Cooper Illustrative District 3. One blue dot represents 10 Black residents of voting age.  One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 12:   Most compact group of Black residents of voting age in Cooper Illustrative District 3 sufficient to constitute a majority of the population in the district, using moment of inertia approach.  Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,558 Black residents of voting age this approach identifies within the boundaries of Illustrative District 3.



Figure 13:  Most compact group of Black residents of voting age in Cooper Illustrative District 3 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach.  Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.  This is the most compact collection of at least 16,558 Black residents of voting age this approach identifies within the boundaries of Illustrative District 3.



### 5.1.4   Cooper Illustrative District 4

The same is true of Illustrative Map District 4 in this area. As you can see from the choropleth map and dotplot maps, the bulk of the district's Black population is contained in a single area in the southeastern portion of the district. The rest of the district is more rural and is heavily White.

But this heavily rural, White area is not added to the district to find disparate Black residents who can fill out a district at 50% + 1. While the moment of inertia (compact population) approach does reach out into those areas (because adding the heavily populated, heavily Black precinct southwest of Cross Lake would move the population moment of inertia considerably), the compact area/Chen & Rodden approach avoids them altogether.

28

Figure 14:  Percent BVAP in census blocks contained in Cooper Illustrative Map, District 4. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



© OpenStreetMap contributors

Figure 15:  Location of Black population in Cooper Illustrative District 4. One blue dot represents 10 Black residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 16:  Location of Black and White populations in Cooper Illustrative District 4. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 17:   Most compact group of Black residents of voting age in Cooper Illustrative District 4 sufficient to constitute a majority of the population in the district, using moment of inertia approach.   Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 17,553 Black residents of voting age this approach identifies within the boundaries of Illustrative District 4.



Figure 18:  Most compact group of Black residents of voting age in Cooper Illustrative District 4 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach.  Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.  This is the most compact collection of at least 17,553 Black residents of voting age this approach identifies within the boundaries of Illustrative District 4.



## 5.2   Natchitoches Area

### 5.2.1   Cooper Illustrative District 23

Cooper's Illustrative House District 23 creates a Black majority district in north-western Louisiana. It is 50.56% Black. The Enacted Map has no Black majority district in this area. This is because the district Mr. Cooper creates does not contain a compact minority population; no such district can be drawn here. Instead, it plucks geographically distant populations from Natchitoches and Campti in the southeast, Coushatta in the northeast, and Mansfield in the West, and collects them in a single district. The Voting Age Population of the district is 34,987, meaning that to consist of a majority of the VAP would require a group to have a population of at least 17,494 individuals; the BVAP of the district contained in the Illustrative Map is 17,690.

The precincts around Natchitoches and Campti have a Black population of 9,261; the precincts around Coushatta and Edgefield have a Black population of 1,825, and the precincts around Mansfield and South Mansfield have a BVAP of 4,246. Even aggregating these numbers is insufficient to push the district to minority-majority status. Achieving that requires picking up Black voters living in heavily White rural blocks east of Coushatta and north of Mansfield. We see this illustrated in Figures 19 - 23.

None of the disparate population clusters in the district come close to containing Black populations of 17,494, and even combined they fail to hit 50% + 1. In other words, there's no compact minority grouping in this district that can constitute a majority of the voting age population in the district; any minority-majority district in this area will necessarily sprawl across heavily White, rural precincts. Note that because the BVAP of the district is so close to the minimal BVAP required to draw a 50% + 1 BVAP district, the most compact Black population sufficient to constitute a majority in the district is contained in an area that is coterminous with the district boundaries; the blue dashed lines in the maps above overlap with the black district edge.

34

Figure 19: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 23. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



© OpenStreetMap contributors

Figure 20: Location of Black population in Cooper Illustrative District 23. One blue dot represents 10 Black residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 21: Location of Black and White populations in Cooper Illustrative District 23. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 22: Most compact group of Black residents of voting age in Cooper Illustrative District 23 sufficient to constitute a majority of the population in the district, using moment of inertia approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 17,494 Black residents of voting age this approach identifies within the boundaries of Illustrative District 23. Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



Figure 23: Most compact group of Black residents of voting age in Cooper Illustrative District 23 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 17,494 Black residents of voting age this approach identifies within the boundaries of Illustrative District 23. Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



Figure 24: Black Majority BVAP Districts in the St. Charles Area, Enacted Map. Here, the dashed blue line depicts parish boundaries. Shaded districts are Black majority.



© OpenStreetMap contributors

## 5.3   St. Charles Area

The Enacted Plan creates one minority majority district in the Lake Charles area. As depicted in Figures 24 and 25, Mr. Cooper splits this district to create two minority majority districts: Districts 34 and 38.

Figure 25: Black Majority BVAP Districts in the St. Charles Area, Cooper Map. Here, the dashed blue line depicts parish boundaries. Shaded districts are Black majority.



© OpenStreetMap contributors

### 5.3.1    Cooper Illustrative Districts 34 and 38

Cooper's District 34 (Figs. 26 - 30, which looks like a pointer dog about to identify a duck), has a VAP of 32,241 and a BVAP of 16,131, meaning that it is majority Black by ten residents. District 38 has a VAP of 32,365, such that a group must have a population of 16,183 to constitute a numeric majority in the district. The district has a BVAP of 16,455. The minority population in District 34 is not particularly compact; to achieve his ten-person majority here Mr. Cooper has to scrape together Black residents from heavily white tendrils in the district. Moreover, because every precinct in the district has at least ten adult Black residents, all of these precincts are needed to achieve the minimum BVAP; the district in its entirety is the most compact group within the district of Black voters that gets to 50% + 1 of the population (hence, the blue dashed lines in those maps are coterminous with the black district boundary). There is no compact group of Black voters sufficient to constitute a majority of the Voting Age Population in this district.

District 38 (Figs. 31 - 38) fares even worse in terms of minority compactness. There is a cluster of Black residents of voting age around Lake Charles, but this cluster does not have the necessary population of 16,183. To achieve this, Mr. Cooper once again has to reach out into the surrounding countryside, and over to the town of Iowa. In fact, if one removes just the two (heavily White) Iowa precincts from the map, the BVAP of the district falls to 15,758. Likewise, if one removes the three (heavily White) rural precincts in the northern arm of the district, the district's BVAP falls to 16,055, short of a majority (removing two rural precincts here is how one draws the most compact district). In other words, Cooper's District 38 is more like District 1 than District 4: It ranges into rural, White areas not to pick up population, but to pick up isolated census blocks that happen to contain Black individuals, without which the map cannot reach a majority BVAP status.

There is a sufficiently compact Black population in the Lake Charles area to support one minority-majority district. There is not a compact Black population capable of sustaining two, at least given the Illustrative Maps. To draw two (barely) minority-

Figure 26: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 34. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



© OpenStreetMap contributors

Figure 27: Location of Black population in Cooper Illustrative District 34. One blue dot represents 10 Black residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 28: Location of Black and White populations in Cooper Illustrative District 34. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 29: Most compact group of Black residents of voting age in Cooper Illustrative District 34 sufficient to constitute a majority of the population in the district, using moment of inertia approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,121 Black residents of voting age this approach identifies within the boundaries of Illustrative District 34. Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



Figure 30: Most compact group of Black residents of voting age in Cooper Illustrative District 34 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,121 Black residents of voting age this approach identifies within the boundaries of Illustrative District 34. Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



Figure 31: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 38. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



© OpenStreetMap contributors

Figure 32: Location of Black population in Cooper Illustrative District 38. One blue dot represents 10 Black residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 33: Location of Black and White populations in Cooper Illustrative District 38. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 34:  Most compact group of Black residents of voting age in Cooper Illustrative District 38 sufficient to constitute a majority of the population in the district, using moment of inertia approach.  Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,183 Black residents of voting age this approach identifies within the boundaries of Illustrative District 38.  Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



Figure 35:   Most compact group of Black residents of voting age in Cooper Illustrative District 38 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach.   Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.   This is the most compact collection of at least 16,183 Black residents of voting age this approach identifies within the boundaries of Illustrative District 38.   Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



majority districts, Mr. Cooper is forced to rely on Black populations in outlying towns or precincts, often in heavily White areas of the parish.

## 5.4   Baton Rouge Area

Mr. Cooper draws new majority Black districts in the Baton Rouge area with Illustrative Districts 60, 65, 68 and 69. (Compare Figure 36 with Figure 37). He then removes a minority-majority district that exists in the Enacted Plan: District 62. Illustrative Districts 60, 65, 68 and 69 have BVAP percentages of 52.8%, 56%, 54.2% and 50.2%, respectively. However, by splitting up the core of Black voters in Baton Rouge, he is forced to "baconmander" the remaining districts into far-flung areas of the map, creating several districts where the Black population is not geographically compact. Thus, the question is how Cooper accomplished the feat of drawing three additional minority-majority districts here.

Figure 36: Black Majority BVAP Districts in the Baton Rouge Area, Enacted Map. Here, the dashed blue line depicts parish boundaries. Shaded districts are Black majority.



© OpenStreetMap contributors

Figure 37: Black Majority BVAP Districts in the Shreveport Area, Cooper Map. Here, the dashed blue line depicts parish boundaries. Shaded districts are Black majority.



© OpenStreetMap contributors

### 5.4.1   Cooper Illustrative District 29

The resulting districts provide good contrasts that help explain what a compact minority group sufficient to constitute a majority in a district would look like. Thus, this report first compares three districts that Mr. Cooper redrew to their counterparts in the Enacted Map. Consider the Enacted District 29, in Figure 39.

Here, the district stretches through heavily White areas, meandering along the banks of the Mississippi River. However, there exists in the area on the East side of the Mississippi a geographically compact Black population that could be sufficient to constitute a majority in a district. The wanderings on the west side of the Mississippi River exist to meet the equal population requirement, and are not necessary for making the district one where Black voters are a majority of the voting age population.

Contrast that with the Illustrative Maps' version of District 29 (which resembles a guinea pig climbing up the side of the map), in Figure 40.

In this district there is also a geographically compact Black population east of the Mississippi River, but it is insufficient to constitute a majority of the population. To achieve this, the Illustrative Map must cross over into rural, White areas to pick up isolated Black residents.

Figure 38: Most compact group of Black residents of voting age in Enacted District 29 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,519 Black residents of voting age this approach identifies within the boundaries of Enacted District 29.



Figure 39: Most compact group of Black residents of voting age in Cooper Illustrative District 29 sufficient to constitute a majority of the population in the district, using moment of inertia approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 17,076 Black residents of voting age this approach identifies within the boundaries of Illustrative District 29.



Figure 40: Most compact group of Black residents of voting age in Cooper Illustrative District 29 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 17,076 Black residents of voting age this approach identifies within the boundaries of Illustrative District 29.



### 5.4.2   Cooper Illustrative District 61

The Enacted and Illustrative versions of District 61 further illustrate this phenomenon. Compare Figure 41 with Figure 42.

Once again, the Black population in the Enacted version of District 61 is geographically distinct, and it is sufficient to constitute a majority of the population. It is true that there are heavily White areas and isolated Black residents included in the district, but they are not necessary to create a 50% + 1 BVAP district. They are necessary to create a district that complies with one-person-one-vote in this configuration.

The Illustrative Map's District 61, takes a very different approach (Figures 42 - 43).

Because this district is barely majority-minority (BVAP 50.2%) every Black resident in the district is needed to cross the majority threshold (it is 166 Black residents over the 50% + 1 threshold). Thus, unlike the Enacted Map, the Illustrative Map here ventures out into heavily White areas not simply to comply with one-person-one-vote, but to cross the 50% + 1 threshold under *Gingles*. In other words, the minority group that is sufficient to comprise 50% + 1 of the district is not compact under the Illustrative Map.

61

Figure 41: Most compact group of Black residents of voting age in Enacted District 61 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,812 Black residents of voting age this approach identifies within the boundaries of Enacted District 61.



Figure 42: Most compact group of Black residents of voting age in Cooper Illustrative District 61 sufficient to constitute a majority of the population in the district, using moment of inertia approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 17,766 Black residents of voting age this approach identifies within the boundaries of Enacted District 61. Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



Figure 43: Most compact group of Black residents of voting age in Cooper District 61 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 17,766 Black residents of voting age this approach identifies within the boundaries of Enacted District 61. Note that, in this map, the dashed blue line mostly sits on top of the district boundary line



### 5.4.3   Cooper Illustrative District 63

In the same vein, the Enacted Map's version of District 63, depicted in Figure 44, extends into lightly populated, rural areas, but there exists a heavily compact cluster of Black residents in the southeast of the map that constitutes a majority of the Voting Age population.

The Illustrative Map, however, Figures 45 - 46, ranges far and wide across the outskirts of East Baton Rouge Parish to collect isolated Black individuals to cross the 50% + 1 threshold. In other words, its most compact Black population that could comprise 50% + 1 of the district is necessarily less compact than in the Enacted Plan, and is non-compact in general.

Figure 44: Most compact group of Black residents of voting age in Enacted District 63 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,793 Black residents of voting age this approach identifies within the boundaries of Enacted District 63.



Figure 45:  Most compact group of Black residents of voting age in Cooper Illustrative District 63 sufficient to constitute a majority of the population in the district, using moment of inertia approach.  Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,937 Black residents of voting age this approach identifies within the boundaries of Enacted District 63.



Figure 46: Most compact group of Black residents of voting age in Cooper Illustrative District 63 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,937 Black residents of voting age this approach identifies within the boundaries of Enacted District 63.



### 5.4.4   Cooper Illustrative District 60

The other districts that Mr. Cooper creates deploy the same techniques. The Illustrative Map's newly created District 60 relies on cobbling together minority groups from dispersed portions of the area, connecting Black voters in Gonzales, White Castle, and Plaquemine. These areas are not functionally contiguous – that is, one must travel outside of the district to go across the Mississippi River. As with District 23 above, none of these groups approaches 50% of the BVAP. The overall VAP of the district is 33,620. The cluster around Plaquemines has 3,760 Black residents of voting age, the precincts around White Castle have 1,307 Black residents of voting age, and the precincts around Gonzales have a BVAP of 5,531. Again, this is a district created by stitching together heavily Black clusters with mostly White areas with the occasional Black resident included. *See* Figs. 47 - 50.

Figure 47: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 60. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



© OpenStreetMap contributors

Figure 48: Location of Black and White populations in Cooper Illustrative District 60. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 49: Most compact group of Black residents of voting age in Cooper Illustrative District 60 sufficient to constitute a majority of the population in the district, using moment of inertia approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,936 Black residents of voting age this approach identifies within the boundaries of Illustrative District 60. Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



Figure 50: Most compact group of Black residents of voting age in Cooper Illustrative District 60 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,936 Black residents of voting age this approach identifies within the boundaries of Illustrative District 60. Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



### 5.4.5   Cooper Illustrative District 65

Likewise, in District 65, the Black population is concentrated in the overwhelmingly Black western portion of the district. Getting to a BVAP of 16,758 (50% of the district) requires taking in Black voters from outlying, heavily White areas surrounding the district. As the final two maps show, the most compact Black population in the district that reaches 50%+1 of the district's population can't be drawn entirely, or even almost entirely, within this area; once again it's only achieved by pulling the Black residents in heavily White precincts and blocks in the outskirts/rural areas of Baton Rouge. *See* Figs. 51 - 54.

Figure 51: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 65. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



Figure 52: Location of Black and White populations in Cooper Illustrative District 65. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 53:  Most compact group of Black residents of voting age in Cooper Illustrative District 65 sufficient to constitute a majority of the population in the district, using moment of inertia approach.  Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,759 Black residents of voting age this approach identifies within the boundaries of Illustrative District 65.



Figure 54: Most compact group of Black residents of voting age in Cooper Illustrative District 65 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,759 Black residents of voting age this approach identifies within the boundaries of Illustrative District 65.



### 5.4.6   Cooper Illustrative District 67

District 67 is much the same. Because it is only marginally 50% + 1 BVAP, the entire district is necessary to cross that threshold. It takes in the downtown area of Baton Rouge, but then passes through almost exclusively White areas to take in a patch of Black residents at the southeastern end of the district. *See* Figs. 55 - 58

Figure 55: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 67. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



© OpenStreetMap contributors

Figure 56: Location of Black and White populations in Cooper Illustrative District 67. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 57: Most compact group of Black residents of voting age in Cooper Illustrative District 67 sufficient to constitute a majority of the population in the district, using moment of inertia approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 18,238 Black residents of voting age this approach identifies within the boundaries of Illustrative District 67. Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



Figure 58: Most compact group of Black residents of voting age in Cooper Illustrative District 67 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 18,238 Black residents of voting age this approach identifies within the boundaries of Illustrative District 67. Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



### 5.4.7    Cooper Illustrative District 69

District 69 is almost entirely reliant on isolated Black individuals living in heavily White pockets to (barely) cross the 50% + 1 threshold. While there is a heavy concentration of majority Black precincts in the northern edge of the district, those blocks do not even come close to containing 50% of the Black population of the district. Instead, the district ranges southward into mixed and even overwhelmingly White areas of the region to cross that threshold. *See* Figs. 59 - 62.

Figure 59: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 69. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



© OpenStreetMap contributors

Figure 60: Location of Black and White populations in Cooper Illustrative District 69. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 61:  Most compact group of Black residents of voting age in Cooper Illustrative District 69 sufficient to constitute a majority of the population in the district, using moment of inertia approach.  Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,419 Black residents of voting age this approach identifies within the boundaries of Illustrative District 69.  Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



Figure 62: Most compact group of Black residents of voting age in Cooper Illustrative District 69 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,419 Black residents of voting age this approach identifies within the boundaries of Illustrative District 69. Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



### 5.4.8 Cooper Illustrative District 101

Finally District 101, which calls to mind Godzilla bending over, likewise does not contain a consolidated Black population at its core. While there is a compact grouping in the northwestern portion of the district, it is only by ranging out toward the parish line that the 50% + 1 threshold is crossed. *See* Figs. 63 - 66.

The Illustrative Maps do provide additional districts where Black voters are more than 50% of the Voting Age Population. It does so, however, at the expense of districts that actually contain compact groups that can constitute a majority of the population in a reasonably configured district.

Figure 63: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 101. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



© OpenStreetMap contributors

Figure 64: Location of Black and White populations in Cooper Illustrative District 101. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 65: Most compact group of Black residents of voting age in Cooper Illustrative District 101 sufficient to constitute a majority of the population in the district, using moment of inertia approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,477 Black residents of voting age this approach identifies within the boundaries of Illustrative District 101. Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



Figure 66: Most compact group of Black residents of voting age in Cooper Illustrative District 101 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,477 Black residents of voting age this approach identifies within the boundaries of Illustrative District 101. Note that, in this map, the dashed blue line mostly sits on top of the district boundary line.



# 6 Discussion of Additional Cooper Senate Districts

The Illustrative Map for the state senate offers more of the same. It creates three more Black majority districts than the Enacted Map. However, the populations in all three of these districts are dispersed. The ideal population for a district here in the Senate map is 119,430 residents.

## 6.1 Shreveport Area

The first new district Mr. Cooper creates is in the Shreveport area. The Enacted Map (Figure 67) creates one Black majority district in the area. District 39 has a BVAP of 60,190, which constitutes 63.7% of the overall voting age population. While the district is sprawling, there are over 40,000 Black residents in the portion of the district in the City of Shreveport alone, who are enough to constitute a majority of the population in the district on their own.

The Illustrative Map (Figure 68), by contrast, splits this population in Shreveport to create an additional Black majority district. It is difficult to say whether the "new" district is District 38 or District 39. But regardless, both districts rely upon sprawling collections of Black residents to reach the 50% + 1 threshold under *Gingles'* first prong. The net effect is to take a district based upon a compact population and split it into two districts based upon non-compact populations.

The two districts here are discussed individually below.

Figure 67:  Black Majority VAP District in the Shreveport Area, Enacted Map. Here, the dashed blue line depicts parish boundaries. Shaded districts are Black majority.



© OpenStreetMap contributors

Figure 68: Black Majority VAP Districts in the Shreveport Area, Cooper Illustrative Map. Here, the dashed blue line depicts parish boundaries. Shaded districts are Black majority.



© OpenStreetMap contributors

### 6.1.1   Cooper Illustrative District 38

District 38 is the less egregious of the two districts. For a group to constitute a majority of the district as drawn, it would need a VAP of 43,212. There are 45,955 Black adult residents in the district as drawn, or 53.2% of the overall VAP.

But this again relies on drawing together Black populations from across the area, as the maps provided in Figures 69 - 73 demonstrate. The portion of the district in Caddo Parish is multi-racial – about 60% Black, with that population spread out over the city. There are 34,954 Black residents of voting age in this portion of the district - not enough to constitute a majority. To get to a Black VAP of 43,212, the district must instead cross the Red River to take in downtown Bossier City and then extend further into Bossier Parish past another layer of predominately White precincts. In other words, this is not a compact population group.

Figure 69: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 38. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



© OpenStreetMap contributors

Figure 70: Location of Black population in Cooper Illustrative District 38. One blue dot represents 10 Black residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 71: Location of Black and White populations in Cooper Illustrative District 38. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 72: Most compact group of Black residents of voting age in Cooper Illustrative District 38 sufficient to constitute a majority of the population in the district, using moment of inertia approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.



Figure 73: Most compact group of Black residents of voting age in Cooper Illustrative District 38 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.



### 6.1.2   Cooper Illustrative District 39

Nor is Illustrative District 39 based on a compact majority population. As a price of creating a second majority-Black district in the area, it sees its BVAP substantially reduced to 52.5% vis-a-vis the Enacted Map. Not only that, but, like Illustrative District 1 in the House map, it must now reach out into rural Caddo Parish to reach the 50%+1 threshold, taking in isolated pockets of Black residents in small towns and individual Black residents. This is illustrated in Figures 74 - 78.

Figure 74: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 39. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



Figure 75: Location of Black population in Cooper Illustrative District 39. One blue dot represents 10 Black residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 76: Location of Black and White populations in Cooper Illustrative District 39. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 77: Most compact group of Black residents of voting age in Cooper Illustrative District 39 sufficient to constitute a majority of the population in the district, using moment of inertia approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.



Figure 78: Most compact group of Black residents of voting age in Cooper Illustrative District 39 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.



## 6.2   East/West Baton Rouge Area

Mr. Cooper draws an additional majority Black district in the Baton Rouge area. As shown in Figure 79, the Enacted Map draws two majority Black districts here: Districts 14 and 15. Mr. Cooper's Illustrative Map (Figure 80), by contrast, takes the Black population in Baton Rouge and divvies it up among three districts, creating a new majority-Black 17th District.

Figure 79:  Black Majority VAP Districts in the Baton Rouge Area, Illustrative Map. Here, the dashed blue line depicts parish boundaries. Shaded districts are Black majority.



© OpenStreetMap contributors

Figure 80: Black Majority VAP Districts in the Baton Rouge Area, Illustrative Map. Here, the dashed blue line depicts parish boundaries. Shaded districts are Black majority.



© OpenStreetMap contributors

### 6.2.1    Cooper Illustrative District 17

The new 17th Senate district in the Illustrative Map has a VAP of 91,461. This means that a group would have to have a population of 45,731 to form a majority in the district. The BVAP as drawn is 47,997, giving the district a percent BVAP of 52.5%.

But as with the other districts reviewed in this report, this Black population is not compact. As the maps below show, the Black population is most concentrated east of the Mississippi River, in East Baton Rouge Parish. That accounts for 28,437 Black residents of voting age. When combined with the Black residents of voting age in West Baton Rouge Parish, the combined Black population is 36,586. This is still well short of what would be needed to constitute a majority of the district's population (even this requires crossing over heavily White enclaves like Brusly to reach Black areas around Addis).

To achieve a majority Black population in this district requires pairing large portions of Iberville and Pointe Coupee parishes with the remaining district core. In particular, the Illustrative Map includes New Roads and Plaquemine in the district to crosses the minimum 45,731 threshold. But doing so requires crossing large swathes of lightly populated, heavily White territory to achieve the population minimum required by the Voting Rights Act. In short, the district achieves its majority Black population only by uniting geographically disparate clusters of Black voters.

Figure 81: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 17. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



Figure 82: Location of Black population in Cooper Illustrative District 17. One blue dot represents 10 Black residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 83:  Location of Black and White populations in Cooper Illustrative District 17. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 84:  Most compact group of Black residents of voting age in Cooper Illustrative District 17 sufficient to constitute a majority of the population in the district, using moment of inertia approach.  Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.



Figure 85:  Most compact group of Black residents of voting age in Cooper Illustrative District 17 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach.  Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.



## 6.3    New Orleans Area

Mr. Cooper makes creates substantial changes to the districts in the New Orleans area. His Illustrative Map creates a new minority-majority district by first making minor changes to districts 4, 5 and 7 from the Enacted Map. He then implements more significant changes to District 3. All told, these changes allow him to reconfigure District 19 as a minority-majority district. Compare Figures 86 and 87.

The problem with Mr. Cooper's approach is that he actually ends up reducing the number of districts that contain compact Black populations. The first set of changes, to districts 4, 5 and 7, are not problematic. Districts 4 and 5 have majorities clearly anchored in a single urban center (though District 5 resembles nothing so much as a dragon in flight). District 7 seems to meander across parish lines to rural portions of the state, but it has a compact majority of Black residents in New Orleans.

Because districts 4, 5, and 7 involve minor changes, I only discuss District 4 briefly, in order to illustrate what districts with compact Black majorities might look like, even though the overall district shape might be questionable.

118

Figure 86: Black Majority VAP Districts in the New Orleans Area, Enacted Map. Here, the dashed blue line depicts parish boundaries. Shaded districts are Black majority.



© OpenStreetMap contributors

Figure 87:   Black Majority VAP Districts in the New Orleans Area, Illustrative Map. Here, the dashed blue line depicts parish boundaries.  Shaded districts are Black majority.



© OpenStreetMap contributors

### 6.3.1  Cooper Illustrative District 4

At first blush, Illustrative District 4 looks like it might be another "baconmandered" district. But upon closer inspection, we can see that there is, in fact, a compact Black population contained wholly within the eastern portion of the district. Although there are Black individuals, and even a few concentrations of Black residents, in the western part of the district, they are not necessary to create a majority Black district in this configuration. This district would therefore contain a compact Black population numerous enough to constitute a majority in the district.

Figure 88: Most compact group of Black residents of voting age in Cooper Illustrative District 4 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.



### 6.3.2   Cooper Illustrative District 3

The reconfigured District 3, however, no longer is anchored in a compact population center. Instead, the new district – which resembles a horse galloping southward across the map, takes in heavily Black precincts across the map, interspersed with unpopulated or heavily White areas in the middle. Because the BVAP of this district is relatively low, the Black population isn't based in a single portion of the district, but rather is spread across the area. Moreover, all that can be eliminated while keeping the district minority-majority is are a handful of precincts in the front "hoof" of the horse, in St. Bernard Parish. In other words, all of these disparate population centers are needed to create a 50% + 1 district.

Figure 89: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 3. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



© OpenStreetMap contributors

Figure 90: Location of Black population in Cooper Illustrative District 3. One blue dot represents 10 Black residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 91: Location of Black and White populations in Cooper Illustrative District 3. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 92: Most compact group of Black residents of voting age in Cooper Illustrative District 3 sufficient to constitute a majority of the population in the district, using moment of inertia approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.



Figure 93: Most compact group of Black residents of voting age in Cooper Illustrative District 3 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.



### 6.3.3   Cooper Illustrative District 19

We see the same thing with the reconstituted Senate District 19. This district, based in New Orleans, has a VAP of 91,184, meaning that a group must have a population of 45,593 to constitute a majority in the district. The district has a BVAP of 46,472, meaning that the Black population exceeds the 50%+1 threshold by around 900 residents of voting age.

In order to (barely) cross the threshold, the district grabs Black voters from across northern Jefferson Parish, and into portions of St. Charles Parish. Along the way, it takes in heavily Black towns, like Woodmere and Waggaman along with White plurality cities like Westwego and Destrehan. Of course, almost all of this is necessary to make the district work, given that it is just barely majority Black. In other words, unlike other district in the New Orleans area, the Black population in District 19 is spread out across multiple towns, and even parishes, stitched together to barely cross the 50% + 1 threshold.

Figure 94: Percent BVAP in census blocks contained in Cooper Illustrative Map, District 19. White areas indicate empty blocks. Dashed blue lines reflect Parish boundaries.



© OpenStreetMap contributors

Figure 95: Location of Black population in Cooper Illustrative District 19. One blue dot represents 10 Black residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 96: Location of Black and White populations in Cooper Illustrative District 19. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 97: Most compact group of Black residents of voting age in Cooper Illustrative District 19 sufficient to constitute a majority of the population in the district, using moment of inertia approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.



Figure 98:  Most compact group of Black residents of voting age in Cooper Illustrative District 19 sufficient to constitute a majority of the population in the district, using Chen & Rodden approach.  Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group.



# 7  Conclusion

Mr. Cooper's Illustrative Map does produce districts with Black populations sufficient to constitute majorities in districts. However, those Black populations, either upon visual inspection or using typical techniques employed by political scientists, are not compact populations. In other words, this does not demonstrate the existence of additional districts beyond the baseline established by the Enacted Map that can be comprised of compact Black populations sufficient to constitute a majority in a reasonably configured district.

I declare under penalty of perjury under the laws of the State of Ohio that the foregoing is true and correct to the best of my knowledge and belief. Executed on 28 July 2023 in Delaware, Ohio.

Sean P. Trende