# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>    Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his capacity as Secretary of State of Louisiana,<br><br>    Defendant. | Case No. 3:22-cv-00178-SDD-SDJ |

## SURREBUTTAL DECLARATION OF DOUGLAS JOHNSON, PH.D. AUGUST 21, 2023

1.      I am over the age of eighteen (18) and am competent to testify to the matters set forth herein. The following is true of my own personal knowledge and I otherwise believe it to be true.

2.      I am the President of National Demographics Corporation ("NDC") and have consulted on over 400 redistricting projects across the country. A copy of my current CV was attached to my prior expert report in this case. My CV lists my history of redistricting and related expert-witness experience.

3.      I have been retained by counsel for the Legislative Intervenors, the Honorable Clay Schexnayder, in his official capacity as Speaker of the Louisiana House of Representatives, and the Honorable Patrick Page Cortez, in his official capacity as President of the Louisiana Senate. My compensation is $300 per hour for my work on this case and is not contingent upon the outcome of the case.

## Scope of Work

4.      Counsel asked me to respond to the August 11, 2023, rebuttal report of plaintiffs'

expert, Mr. Cooper. Mr. Cooper creates and then "rebuts" inaccurate paraphrases of my previous

report. In this report I will respond to Mr. Cooper's actual quotations, not some creative but

distorted paraphrasing.

## Mr. Cooper's Use of Race

5.      In paragraph 30 of his rebuttal report, Mr. Cooper admits that he changed his

illustrative plans on the basis of race:

> "I also made changes to improve the performance of the districts for black preferred
> candidates based on the feedback counsel received from Dr. Handley."

6.      Mr. Cooper provides no elaboration on <u>how</u> he increased the Black percentage of

voters "based on the feedback counsel received from Dr. Handley." Nor does Mr. Cooper state <u>in</u>

<u>which</u> districts he increased the percentage of Black voters based on the unspecified "feedback"

he received from plaintiffs' counsel, but at least in this statement he admits race was the

predominant factor in the changes he made. This confirms the primary opinion of my earlier report.

## Mr. Cooper's Lack of Use of, or Lack of Disclosure of, CVAP Data

7.      In paragraph 19 of his rebuttal report, Mr. Cooper makes this statement:

> "Dr. Johnson claims that I did not import CVAP data into Maptitude. This is not
> true. Disaggregated block-level CVAP data is available in Maptitude running on
> my desktop computer. . . . I only examined CVAP by district at the summary level
> as I drew the plans."

8.      The CVAP data are not in the Census Block file that Mr. Cooper disclosed as the

Census Block file he used while drawing his maps.

9.      The assumption underlying the statement in my report was that Mr. Cooper did, in

fact, turn over the files he said he used when drawing the maps. He now states his mapping files

included data that was not in the file he turned over. This apparent conflict means either that the

statement in his rebuttal report is incorrect, or he has failed to turn over the data files he used while drawing his maps. Only Mr. Cooper can answer which is the case.

10.    Mr. Cooper also asserted that he provided block-level CVAP data from the Redistricting Data Hub in a file that he turned over. This is an irrelevant statement. Maptitude for Redistricting can only tabulate data "at the summary level," as Mr. Cooper asserts he did (in paragraph 19), if that data are available in the Census Block file Maptitude is using for mapping. No block-level CVAP data are in the mapping Block file that Mr. Cooper provided.

**Mr. Cooper's Inaccurate and Misleading List of "New" Majority-Black Districts**

11.    In paragraph 19 Mr. Cooper creates a fake paraphrase of my report:

"Dr. Johnson makes additional false claims that I overcounted the number of additional majority-Black districts in the Illustrative Plan."

12.    I find it telling that he did not actually quote my report. Here is my actual statement from my opening report:

78.    Plaintiffs' expert claims the 2023 Illustrative Plans shows the Legislature could have drawn three more majority-Black Senate Districts (Mr. Cooper's June 30, 2023, report at paragraph 73, claiming new majority-AP Black VAP SDs 17, 19 and 38) and six more majority-Black House Districts (paragraph 103, claiming new majority-AP Black VAP HDs 1, 23, 38, 60, 65 and 68).

79.    Unfortunately, plaintiffs' expert's data are incorrect. As his own June 30, 2023, report's Exhibit N-1 shows, HD23 is already majority-Black in the Enacted Map:

*[table omitted from quotation]*

80.    And plaintiffs' expert also fails to mention that his 2023 House Illustrative Map eliminates a majority-Black VAP district: HD62, as shown in his June 30, 2023, report's own Exhibit I-1 and N-1

*[table omitted from quotation]*

81.    In summary, plaintiffs' expert's claimed list of "six additional majority-Black districts" incorrectly includes HD23 as an "additional" district, when HD23 was already majority-AP Black VAP in the enacted map. And plaintiffs' expert's

claimed list also fails to acknowledge that the 2023 House Illustrative Map also eliminates majority-AP Black VAP HD62."

13.     Mr. Cooper's "rebuttal" ignores the fact that each of my statements is accurate:

   a.   HD23 is <u>not</u> a new majority-AP Black VAP district. It is already majority-AP Black

        VAP in the Enacted map; and

   b.   His list of majority-AP Black VAP districts fails to acknowledge that he redrew

        Enacted HD62 so that it is no longer majority-AP Black VAP.

14.     Mr. Cooper's paragraph 35 is accurate when it says new majority-Black districts "can easily be determined by doing a manual count comparing the district-level percentages." But this just adds to the mystery of why the list in his earlier report was wrong, as I accurately noted in my report.

**Illustrative Map New Majority-Black Districts Are Not More Compact**

15.     In paragraph 13 of his rebuttal report, Mr. Cooper again gets creative in his paraphrasing:

> "I have prepared additional exhibits to counter Dr. Johnson's claims in ¶¶ 15-29 that the majority Black districts in the Illustrative Plan are not compact."

16.     However, Mr. Cooper's report in this section reacts to a straw-man argument. My argument, as stated in paragraph 15 of my opening report, was that "the twenty-one districts changed between the 2022 House Illustrative Map and the 2023 House Illustrative Map made the 2023 map even less compact than the 2022 House Illustrative Map." That statement, and the analysis that followed, compared Mr. Cooper's 2022 House Illustrative Map to his 2023 House Illustrative Map. Since the changes between the 2022 Illustrative Map and the 2023 Illustrative Map did not improve compactness, clearly improving compactness was not a significant consideration in that 2023 redraw. Yet again, the evidence is clear that race was the predominate

factor when Mr. Cooper was drawing the districts. Since my point was that the 2023 districts are not more compact than the 2022 districts, Mr. Cooper's rebuttal that the Illustrative Map districts are more compact than the Enacted Map districts is irrelevant.

17.     In Mr. Cooper's paragraphs 14, 15, 16 and 17, he dwells entirely on plan-wide compactness scores of his 2023 Illustrative Map compared to the Enacted Map.

18.     Mr. Cooper claims to rebut my statements about "the majority Black districts in the Illustrative Plan" but never mentions the majority Black districts.

19.     Even more oddly, the referenced paragraphs of my report also did not mention "the majority Black districts." Mr. Cooper seems confused about what he is rebutting in this portion of his report.

20.     In this section of his "rebuttal" Mr. Cooper simply claims the raw numbers presented in the Maptitude reports declare his maps are "more compact" than the Enacted Maps. He does not state, and thus I cannot respond or reply to, how he came to that conclusion. There are many ways to look at compactness data. One common, but mistaken, approach is to look at average scores. This is a poor approach. Consider two maps: one map where every district is reasonably compact, and another map where half the districts are highly compact and the other half are extremely non-compact. The average score for both maps would be the same, despite the significant compactness problems in the second map. A second way to analyze compactness data is to select a threshold below which a district is considered non-compact and then count how many districts in each map are non-compact. (And to repeat that for each compactness measure in use). These are just two of the ways compactness data can be evaluated – there are many others. Mr. Cooper does not state how he is reviewing the data. He simply makes a questionable, unsupported, and overly broad blanket claim that his map is "more compact."

21.     What is clear, however, is that Mr. Cooper's "Rebuttal" report does not raise any concerns with nor rebut the compactness analysis contained in my report.

22.     Despite Mr. Cooper's statement that his compactness rebuttal also addresses Paragraphs 22 through 26 of my report, those paragraphs of my report describe the way Maptitude for Redistricting software works, not compactness.

23.     Similarly, Paragraphs 27 through 29 of my report address how Mr. Cooper's own report states that the number of majority-Black House and Senate districts has increased faster than the rate of increase in the Black population according to Mr. Cooper's own data. Despite Mr. Cooper's reference to them, those paragraphs also are not part of my report's discussion of compactness.

### Being "Aware" of Data Does Not Equal Using that Data

24.     In paragraph 23, Mr. Cooper writes:

> "Contrary to Dr. Johnson's claim in ¶¶ 36-37, I was aware of cultural regions, MSAs, and Planning Districts as I developed the Illustrative Plans. Of course, there is no way to avoid multiple regional splits and comply with one-person, one-vote and the Voting Rights Act."

25.     Mr. Cooper frames his entire discussion of cultural regions, MSAs and Planning Districts as factors other than race that he claims to consider when drawing his illustrative plans. As a professional demographer and someone who has created hundreds of redistricting plans in my career, I find Mr. Cooper's statement that "I was aware" noteworthy for its omission—that is, that he made no claim to have actually drawn any lines based on those regions. One can be "aware" that the Mississippi is a river, or that Texas is west of Louisiana, but being "aware" of something provides no evidence that one factored something into the drawing of maps.

26.     I agree with Mr. Cooper that <u>one or two</u> crossings of a regional border may be necessary to "comply with one-person, one-vote" requirements. But the Illustrative Maps cross

numerous regional borders five, six, seven or even eight times. One-person, one-vote requirements can require that one district cross a regional boundary on one side and that another district cross the same regional boundary on the other side, as one or two crossings may be necessary to ensure that districts on each side of the region in question can share the region's population to meet equal population requirements.

27.    Equal population requirements do not require more than two boundary crossings. Yet, Mr. Cooper's 2023 Illustrative Senate and House maps cross many regional boundaries five, six, seven and even eight times.  Those crossings cannot be explained by the need to meet population requirements.

28.    It may be true that Mr. Cooper was "aware" of those regional boundaries. But the five, six, seven and eight crossings of those boundaries prove that race, not the regional boundaries, was his predominate consideration when drawing his district lines.[1]

### Pure Luck Is Unlikely to Result in Eight House Districts between 50.2 and 50.9% AP Black VAP

29.    In paragraph 29 of his rebuttal report, Mr. Cooper states:

> "I did not shade or color-code census blocks by race percentages, nor did I know the exact racial percentage of any VTD while I was drawing the map."

30.    Yet the precision of his 2023 Illustrative House map, where eight House districts are between 50.2% and 50.9% AP Black VAP, the unusual shape of some of those districts, and the way those districts ignore city, region, and major roads as their borders, prove one of three scenarios had to be true:

---

[1] The 2023 Illustrative Senate map crosses the Houma-Thibodaux MSA border five times and the New Orleans – Metairle MSA border five times; the Baton Rouge MSA border six times; the Lafayette MSA border six times; the Delta "Key Multi-Parish Cultural Region" border six times; and the Acadiana "Key Multi-Parish Cultural Region" border ten times. The 2023 Illustrative House map crosses the Lafayette MSA border seven times; the Baton Rouge MSA border eight times, and the Acadiana "Key Multi-Parish Cultural Region" eight times.

a. Mr. Cooper had AP Black VAP data on his screen;

b. Mr. Cooper has so much experience drawing maps in Louisiana that he knows the AP Black VAP percentage of each Vote Tabulation District without needing to put the shading on his screen; or

c. Mr. Cooper did a trial-and-error approach of adding in 'this or that' Vote Tabulation District until the districting in question reached his desired barely-over-50% target in each of those districts.

31.    Any of these three scenarios prove Mr. Cooper used race as the predominant factor when drawing the Illustrative Maps.

32.    2023 Illustrative House Map District 69 provides an illustration of what Mr. Cooper asks the Court to believe: that the district boundary shown below arrived at precisely 50.2 percent AP Black VAP without Mr. Cooper looking at – or using pre-existing detailed knowledge of – racial data. Note how the lines in the north go almost, but not quite, to the Baton Rouge – Merrydale border; how the lines zig and zag through northeast Baton Rouge (near Monticello) seemingly randomly; how the border goes all the way to the City's eastern boundary along the Lively Bayou, then veers back in through Baton Rouge neighborhoods just north of Interstate 12, and extends outside Baton Rouge to include the unincorporated Cottages at Southfork / Regency Club Apartments area rather than staying in Baton Rouge and including the section of the City below I-12 along Harrells Ferry Road:



33.     Each of these decisions contributed to the creation of a district that is precisely 50.2% AP Black VAP. In my experience, it is extremely unlikely that one district would end up at such a barely-majority figure purely by luck if drawn by a mapper who "did not shade or color-code census blocks by race percentages, nor did I know the exact racial percentage of any VTD while I was drawing the map."

34.     HD69 is not unique. In the Illustrative House Map a total of <u>eight</u> districts ended up – we are apparently supposed to believe 'by luck' – at 50.2 to 50.9 percent AP Black VAP.

35.     Mr. Cooper presents two conflicting claims in paragraphs 29 and 30 of his rebuttal report:

> "I did not shade or color-code census blocks by race percentages, nor did I know the exact racial percentage of any VTD while I was drawing the map"
>
> **AND**

> "I made changes to improve the performance of the districts for black preferred candidates based on the feedback counsel received from Dr. Handley."

36.    These eight very precisely-drawn districts and the lack of any explanation from Mr. Cooper regarding how he arrived at these lines (other than that they created majority-AP Black VAP districts) can only lead to the conclusion that his use of race as a predominate factor when making "changes to improve the performance of the district for black preferred candidates" is the accurate statement.

### Parish Splits

37.    In Paragraph 37, Mr. Cooper lauds that his map contains fewer Parish Splits than the Enacted Map. But in his Paragraph 26 Mr. Cooper acknowledges that dividing a Parish can "make perfect sense."

38.    I agree with Mr. Cooper's opinion in Paragraph 26 of his Rebuttal report that a Parish split is not automatically negative, which leads to the logical conclusion that raw counts of the number of split Parishes is not a conclusive factor in one map being preferable to another.

39.    I also note that Mr. Cooper seems unaware that his statement that it "makes perfect sense" for both the Enacted and Illustrative House District 54 to cross the Parish, Planning District, MSA and "Key Cultural Region" border undermines the eleven pages he spent in his original report trying to assert these were important boundaries.

### "Minor" Changes

40.    In Paragraph 7, Mr. Cooper repeats his "minor" characterization of the differences between the original Illustrative Maps and the 2023 Illustrative Maps:

> "The changes I made between the 2022 Illustrative Plan and the now-current Illustrative Plan are minor."

41.    As I demonstrated in my prior report, and as Mr. Cooper acknowledged as accurate in paragraph 12 of his Rebuttal report, the 2023 Illustrative House Map moves 83,489 people into a different district assignment than in the original Illustrative House Map.

42.    As I demonstrated in my prior report, and as Mr. Cooper acknowledged as accurate in paragraph 12 of his Rebuttal report, the 2023 Illustrative Senate Map moves 35,276 people into a different district assignment than in the original Illustrative Senate Map.

43.    I disagree that changing over 118,000 district assignments is "Minor."

44.    In paragraph 28 of his report, Mr. Cooper makes a similar (and also inaccurate) claim that the differences between the House and Senate maps he incorrectly analyzed as the "Enacted" maps and the actual Enacted maps are "substantially similar."

45.    Since Mr. Cooper has yet to provide the geographic files for the map he incorrectly analyzed as the "Enacted" maps, I cannot calculate the precise count of how many people he had in the wrong districts. From a visual review of the images in his reports and an eyeball comparison of those images with the population data in Maptitude, there are at least tens of thousands of people moved between the different versions of the maps. My previous report maps the substantial differences between the different versions. In my opinion, maps that reassign tens of thousands of people are rarely "substantially similar."

46.    The attached exhibits 1 (for the Senate) and 2 (for the House) report the total population, population deviation, percentage population deviation and AP Black VAP percentage for each House and Senate district in each plan. A comparison of these exhibits, in addition to the maps in my earlier reports, reinforce the significant, or non-"minor," racial and other differences between the enacted plans and Mr. Cooper's various rounds of illustrative maps.

All opinions in this report are subject to amendment in the event additional relevant information is received.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August, 2023.

_____
Douglas Johnson, Ph.D.

# Exhibit 1

Dr. Douglas Johnson

Enacted Senate Map
Population Deviation

8/20/2023

| District | Population | Deviation | % Deviation | % 18+_AP_Blk |
|----------|-----------|-----------|-------------|--------------|
| 37 | 113,500 | -5,930 | -5.0% | 24.9% |
| 34 | 113,538 | -5,892 | -4.9% | 63.7% |
| 30 | 113,737 | -5,693 | -4.8% | 12.2% |
| 17 | 114,040 | -5,390 | -4.5% | 30.1% |
| 32 | 114,168 | -5,262 | -4.4% | 18.1% |
| 12 | 114,171 | -5,259 | -4.4% | 22.3% |
| 28 | 114,358 | -5,072 | -4.2% | 22.7% |
| 11 | 114,481 | -4,949 | -4.1% | 8.4% |
| 13 | 114,815 | -4,615 | -3.9% | 7.7% |
| 1 | 115,622 | -3,808 | -3.2% | 21.4% |
| 2 | 115,780 | -3,650 | -3.1% | 57.7% |
| 15 | 115,848 | -3,582 | -3.0% | 73.9% |
| 33 | 116,896 | -2,534 | -2.1% | 23.0% |
| 27 | 117,231 | -2,199 | -1.8% | 28.8% |
| 6 | 117,595 | -1,835 | -1.5% | 22.9% |
| 35 | 117,819 | -1,611 | -1.3% | 15.5% |
| 4 | 117,821 | -1,609 | -1.3% | 57.2% |
| 21 | 118,105 | -1,325 | -1.1% | 26.5% |
| 18 | 118,250 | -1,180 | -1.0% | 15.3% |
| 16 | 119,031 | -399 | -0.3% | 19.6% |
| 3 | 119,519 | 89 | 0.1% | 57.3% |
| 29 | 119,834 | 404 | 0.3% | 56.6% |
| 14 | 120,750 | 1,320 | 1.1% | 58.0% |
| 31 | 120,902 | 1,472 | 1.2% | 23.4% |
| 8 | 120,920 | 1,490 | 1.2% | 25.8% |
| 25 | 122,998 | 3,568 | 3.0% | 20.8% |
| 10 | 123,168 | 3,738 | 3.1% | 12.2% |
| 19 | 123,416 | 3,986 | 3.3% | 28.7% |
| 20 | 123,445 | 4,015 | 3.4% | 12.7% |
| 5 | 123,995 | 4,565 | 3.8% | 50.2% |
| 26 | 124,178 | 4,748 | 4.0% | 16.0% |
| 38 | 124,283 | 4,853 | 4.1% | 31.0% |
| 7 | 124,487 | 5,057 | 4.2% | 59.5% |
| 36 | 124,512 | 5,082 | 4.3% | 25.2% |
| 9 | 124,537 | 5,107 | 4.3% | 11.9% |
| 24 | 124,799 | 5,369 | 4.5% | 53.1% |
| 39 | 124,908 | 5,478 | 4.6% | 63.7% |
| 23 | 125,014 | 5,584 | 4.7% | 12.8% |
| 22 | 125,286 | 5,856 | 4.9% | 26.1% |
| | | | | |
| | 120,116 | 686 | 0.57% | Ave for Black-Majority |
| | 119,160 | -270 | -0.23% | Ave for Not-Black-Majority |

Dr. Douglas Johnson

## 2023 Illustrative Senate Map
## Population Deviation

8/20/2023

| District | Population | Deviation | % Deviation | % 18+_AP_Blk |
|----------|-----------|-----------|-------------|--------------|
| 5 | 113,653 | -5,777 | -4.8% | 51.8% |
| 18 | 113,880 | -5,550 | -4.6% | 14.7% |
| 4 | 113,887 | -5,543 | -4.6% | 58.1% |
| 12 | 114,171 | -5,259 | -4.4% | 22.3% |
| 3 | 114,295 | -5,135 | -4.3% | 51.3% |
| 29 | 114,304 | -5,126 | -4.3% | 50.9% |
| 35 | 114,324 | -5,106 | -4.3% | 20.1% |
| 37 | 114,442 | -4,988 | -4.2% | 22.0% |
| 11 | 114,481 | -4,949 | -4.1% | 8.4% |
| 38 | 114,693 | -4,737 | -4.0% | 53.2% |
| 15 | 114,959 | -4,471 | -3.7% | 54.5% |
| 34 | 115,559 | -3,871 | -3.2% | 63.0% |
| 36 | 116,808 | -2,622 | -2.2% | 15.5% |
| 39 | 116,965 | -2,465 | -2.1% | 52.5% |
| 1 | 117,408 | -2,022 | -1.7% | 21.9% |
| 6 | 118,131 | -1,299 | -1.1% | 26.5% |
| 7 | 118,604 | -826 | -0.7% | 52.3% |
| 16 | 119,031 | -399 | -0.3% | 19.6% |
| 17 | 119,166 | -264 | -0.2% | 52.5% |
| 8 | 119,463 | 33 | 0.0% | 18.9% |
| 31 | 119,801 | 371 | 0.3% | 25.9% |
| 19 | 120,000 | 570 | 0.5% | 51.0% |
| 14 | 120,105 | 675 | 0.6% | 58.1% |
| 24 | 120,600 | 1,170 | 1.0% | 52.0% |
| 13 | 120,616 | 1,186 | 1.0% | 11.2% |
| 22 | 121,992 | 2,562 | 2.1% | 28.2% |
| 20 | 122,493 | 3,063 | 2.6% | 13.4% |
| 28 | 123,409 | 3,979 | 3.3% | 20.3% |
| 27 | 123,854 | 4,424 | 3.7% | 35.8% |
| 26 | 123,880 | 4,450 | 3.7% | 15.2% |
| 2 | 124,072 | 4,642 | 3.9% | 51.7% |
| 30 | 124,341 | 4,911 | 4.1% | 13.7% |
| 32 | 124,599 | 5,169 | 4.3% | 18.4% |
| 23 | 124,628 | 5,198 | 4.4% | 13.9% |
| 33 | 124,802 | 5,372 | 4.5% | 26.6% |
| 21 | 124,879 | 5,449 | 4.6% | 25.5% |
| 25 | 125,021 | 5,591 | 4.7% | 13.6% |
| 10 | 125,111 | 5,681 | 4.8% | 11.4% |
| 9 | 125,330 | 5,900 | 4.9% | 12.2% |
| | | | | |
| | 117,204 | -2,226 | -1.86% | Ave for Black-Majority |
| | 120,676 | 1,246 | 1.04% | Ave for Not-Black-Majority |

Dr. Douglas Johnson

2022 Illustrative Senate Map
Population Deviation

8/20/2023

| District | Population | Deviation | % Deviation | % 18+_AP_Blk |
|---|---|---|---|---|
| 5 | 113,653 | -5,777 | -4.8% | 51.8% |
| 18 | 113,880 | -5,550 | -4.6% | 14.7% |
| 4 | 113,887 | -5,543 | -4.6% | 58.1% |
| 15 | 114,100 | -5,330 | -4.5% | 54.8% |
| 12 | 114,171 | -5,259 | -4.4% | 22.3% |
| 3 | 114,295 | -5,135 | -4.3% | 51.3% |
| 29 | 114,304 | -5,126 | -4.3% | 50.9% |
| 35 | 114,324 | -5,106 | -4.3% | 20.1% |
| 37 | 114,442 | -4,988 | -4.2% | 22.0% |
| 11 | 114,481 | -4,949 | -4.1% | 8.4% |
| 38 | 114,693 | -4,737 | -4.0% | 53.2% |
| 14 | 114,973 | -4,457 | -3.7% | 55.9% |
| 34 | 115,559 | -3,871 | -3.2% | 63.0% |
| 7 | 115,744 | -3,686 | -3.1% | 52.7% |
| 36 | 116,808 | -2,622 | -2.2% | 15.5% |
| 39 | 116,965 | -2,465 | -2.1% | 52.5% |
| 1 | 117,408 | -2,022 | -1.7% | 21.9% |
| 20 | 117,817 | -1,613 | -1.4% | 12.8% |
| 6 | 118,131 | -1,299 | -1.1% | 26.5% |
| 16 | 119,031 | -399 | -0.3% | 19.6% |
| 31 | 119,801 | 371 | 0.3% | 25.9% |
| 24 | 120,600 | 1,170 | 1.0% | 52.0% |
| 13 | 120,616 | 1,186 | 1.0% | 11.2% |
| 22 | 121,992 | 2,562 | 2.1% | 28.2% |
| 19 | 122,620 | 3,190 | 2.7% | 50.1% |
| 28 | 123,409 | 3,979 | 3.3% | 20.3% |
| 27 | 123,854 | 4,424 | 3.7% | 35.8% |
| 26 | 123,880 | 4,450 | 3.7% | 15.2% |
| 2 | 124,072 | 4,642 | 3.9% | 51.7% |
| 30 | 124,341 | 4,911 | 4.1% | 13.7% |
| 8 | 124,379 | 4,949 | 4.1% | 19.8% |
| 32 | 124,599 | 5,169 | 4.3% | 18.4% |
| 23 | 124,628 | 5,198 | 4.4% | 13.9% |
| 33 | 124,802 | 5,372 | 4.5% | 26.6% |
| 21 | 124,879 | 5,449 | 4.6% | 25.5% |
| 25 | 125,021 | 5,591 | 4.7% | 13.6% |
| 10 | 125,111 | 5,681 | 4.8% | 11.4% |
| 17 | 125,157 | 5,727 | 4.8% | 54.5% |
| 9 | 125,330 | 5,900 | 4.9% | 12.2% |
| | | | | |
| | 117,187 | -2,243 | -1.88% | Ave for Black-Majority |
| | 120,685 | 1,255 | 1.05% | Ave for Not-Black-Majority |

# Exhibit 2

Dr. Douglas Johnson

**Enacted House Map**
**Population Deviations**

8/20/2023

| District | Population | Deviation | % Deviation | % 18+_AP_Blk |
|---|---|---|---|---|
| 20 | 42,204 | -2,156 | -4.86% | 15.5% |
| 39 | 42,262 | -2,098 | -4.73% | 28.4% |
| 38 | 42,309 | -2,051 | -4.62% | 23.1% |
| 30 | 42,313 | -2,047 | -4.61% | 20.4% |
| 16 | 42,328 | -2,032 | -4.58% | 62.5% |
| 32 | 42,409 | -1,951 | -4.40% | 14.4% |
| 11 | 42,458 | -1,902 | -4.29% | 56.4% |
| 44 | 42,506 | -1,854 | -4.18% | 59.5% |
| 91 | 42,508 | -1,852 | -4.17% | 40.7% |
| 84 | 42,520 | -1,840 | -4.15% | 19.9% |
| 88 | 42,542 | -1,818 | -4.10% | 13.4% |
| 43 | 42,630 | -1,730 | -3.90% | 14.5% |
| 24 | 42,692 | -1,668 | -3.76% | 10.2% |
| 57 | 42,697 | -1,663 | -3.75% | 57.9% |
| 23 | 42,708 | -1,652 | -3.72% | 50.9% |
| 17 | 42,807 | -1,553 | -3.50% | 63.3% |
| 72 | 42,817 | -1,543 | -3.48% | 52.7% |
| 54 | 42,849 | -1,511 | -3.41% | 3.1% |
| 28 | 42,851 | -1,509 | -3.40% | 26.8% |
| 62 | 42,969 | -1,391 | -3.14% | 55.1% |
| 71 | 43,001 | -1,359 | -3.06% | 11.3% |
| 25 | 43,136 | -1,224 | -2.76% | 23.5% |
| 53 | 43,160 | -1,200 | -2.71% | 20.2% |
| 52 | 43,163 | -1,197 | -2.70% | 14.7% |
| 19 | 43,183 | -1,177 | -2.65% | 27.5% |
| 50 | 43,190 | -1,170 | -2.64% | 32.1% |
| 76 | 43,228 | -1,132 | -2.55% | 26.1% |
| 22 | 43,238 | -1,122 | -2.53% | 24.7% |
| 7 | 43,279 | -1,081 | -2.44% | 29.4% |
| 77 | 43,291 | -1,069 | -2.41% | 8.3% |
| 95 | 43,337 | -1,023 | -2.31% | 13.6% |
| 105 | 43,366 | -994 | -2.24% | 35.9% |
| 45 | 43,372 | -988 | -2.23% | 14.0% |
| 9 | 43,401 | -959 | -2.16% | 21.1% |
| 98 | 43,431 | -929 | -2.09% | 17.8% |
| 90 | 43,451 | -909 | -2.05% | 21.0% |
| 67 | 43,566 | -794 | -1.79% | 51.9% |
| 46 | 43,596 | -764 | -1.72% | 21.2% |
| 81 | 43,632 | -728 | -1.64% | 11.8% |
| 66 | 43,703 | -657 | -1.48% | 18.5% |
| 103 | 43,764 | -596 | -1.34% | 25.0% |
| 15 | 43,934 | -426 | -0.96% | 6.2% |
| 83 | 43,956 | -404 | -0.91% | 54.6% |

Dr. Douglas Johnson

Enacted House Map
Population Deviations

8/20/2023

| | | | | |
|---|---|---|---|---|
| 61 | 44,049 | -311 | -0.70% | 75.3% |
| 10 | 44,137 | -223 | -0.50% | 32.9% |
| 6 | 44,174 | -186 | -0.42% | 16.5% |
| 74 | 44,185 | -175 | -0.39% | 6.8% |
| 13 | 44,187 | -173 | -0.39% | 27.0% |
| 65 | 44,189 | -171 | -0.39% | 21.9% |
| 93 | 44,224 | -136 | -0.31% | 56.6% |
| 27 | 44,225 | -135 | -0.30% | 11.0% |
| 33 | 44,243 | -117 | -0.26% | 7.7% |
| 14 | 44,279 | -81 | -0.18% | 22.2% |
| 85 | 44,303 | -57 | -0.13% | 35.5% |
| 21 | 44,329 | -31 | -0.07% | 55.4% |
| 100 | 44,360 | 0 | 0.00% | 80.8% |
| 29 | 44,544 | 184 | 0.41% | 73.6% |
| 78 | 44,584 | 224 | 0.51% | 9.3% |
| 68 | 44,607 | 247 | 0.56% | 20.2% |
| 26 | 44,636 | 276 | 0.62% | 64.3% |
| 63 | 44,638 | 278 | 0.63% | 69.7% |
| 41 | 44,744 | 384 | 0.87% | 20.1% |
| 60 | 44,864 | 504 | 1.14% | 37.7% |
| 1 | 44,941 | 581 | 1.31% | 23.1% |
| 36 | 45,062 | 702 | 1.58% | 15.0% |
| 55 | 45,124 | 764 | 1.72% | 24.3% |
| 92 | 45,176 | 816 | 1.84% | 30.2% |
| 58 | 45,194 | 834 | 1.88% | 56.8% |
| 104 | 45,197 | 837 | 1.89% | 14.0% |
| 89 | 45,218 | 858 | 1.93% | 3.7% |
| 102 | 45,264 | 904 | 2.04% | 65.6% |
| 40 | 45,296 | 936 | 2.11% | 54.6% |
| 8 | 45,325 | 965 | 2.18% | 19.9% |
| 48 | 45,339 | 979 | 2.21% | 17.9% |
| 101 | 45,346 | 986 | 2.22% | 60.2% |
| 5 | 45,375 | 1,015 | 2.29% | 19.4% |
| 70 | 45,398 | 1,038 | 2.34% | 21.2% |
| 75 | 45,463 | 1,103 | 2.49% | 27.8% |
| 87 | 45,538 | 1,178 | 2.66% | 59.1% |
| 79 | 45,579 | 1,219 | 2.75% | 11.6% |
| 64 | 45,619 | 1,259 | 2.84% | 6.6% |
| 2 | 45,642 | 1,282 | 2.89% | 67.4% |
| 42 | 45,662 | 1,302 | 2.94% | 18.7% |
| 49 | 45,670 | 1,310 | 2.95% | 10.1% |
| 37 | 45,672 | 1,312 | 2.96% | 17.5% |
| 94 | 45,685 | 1,325 | 2.99% | 9.4% |
| 59 | 45,699 | 1,339 | 3.02% | 18.7% |

Dr. Douglas Johnson

**Enacted House Map**
**Population Deviations**

8/20/2023

| | | | | |
|---|---|---|---|---|
| 96 | 45,706 | 1,346 | 3.03% | 55.1% |
| 97 | 45,713 | 1,353 | 3.05% | 72.3% |
| 86 | 45,736 | 1,376 | 3.10% | 23.9% |
| 34 | 45,879 | 1,519 | 3.42% | 72.6% |
| 12 | 45,889 | 1,529 | 3.45% | 19.0% |
| 99 | 45,922 | 1,562 | 3.52% | 78.1% |
| 35 | 45,975 | 1,615 | 3.64% | 12.4% |
| 3 | 46,122 | 1,762 | 3.97% | 73.9% |
| 82 | 46,202 | 1,842 | 4.15% | 11.6% |
| 80 | 46,249 | 1,889 | 4.26% | 14.9% |
| 51 | 46,319 | 1,959 | 4.42% | 21.6% |
| 56 | 46,361 | 2,001 | 4.51% | 20.2% |
| 4 | 46,405 | 2,045 | 4.61% | 72.1% |
| 47 | 46,480 | 2,120 | 4.78% | 11.3% |
| 18 | 46,494 | 2,134 | 4.81% | 30.9% |
| 73 | 46,503 | 2,143 | 4.83% | 15.0% |
| 31 | 46,510 | 2,150 | 4.85% | 17.0% |
| 69 | 46,550 | 2,190 | 4.94% | 23.7% |
| | | | | |
| | 44,344 | -16 | -0.04% | Ave for Not-Black-Majority |
| | 44,401 | 41 | 0.09% | Ave for Black-Majority |

Dr. Douglas Johnson

2023 Illustrative House Map
Population Deviations

8/20/2023

| District | Population | Deviation | % Deviation | % 18+_AP_Blk |
|---|---|---|---|---|
| 19 | 42,229 | -2,131 | -4.80% | 13.2% |
| 39 | 42,262 | -2,098 | -4.73% | 28.4% |
| 16 | 42,314 | -2,046 | -4.61% | 59.8% |
| 14 | 42,319 | -2,041 | -4.60% | 37.7% |
| 35 | 42,335 | -2,025 | -4.56% | 8.7% |
| 34 | 42,400 | -1,960 | -4.42% | 50.0% |
| 51 | 42,400 | -1,960 | -4.42% | 22.2% |
| 21 | 42,463 | -1,897 | -4.28% | 54.3% |
| 28 | 42,508 | -1,852 | -4.17% | 24.5% |
| 91 | 42,508 | -1,852 | -4.17% | 40.7% |
| 84 | 42,520 | -1,840 | -4.15% | 19.9% |
| 43 | 42,630 | -1,730 | -3.90% | 14.5% |
| 38 | 42,695 | -1,665 | -3.75% | 50.8% |
| 57 | 42,703 | -1,657 | -3.74% | 53.4% |
| 5 | 42,708 | -1,652 | -3.72% | 50.9% |
| 22 | 42,723 | -1,637 | -3.69% | 18.7% |
| 2 | 42,776 | -1,584 | -3.57% | 67.3% |
| 69 | 42,827 | -1,533 | -3.46% | 50.2% |
| 54 | 42,849 | -1,511 | -3.41% | 3.1% |
| 56 | 42,898 | -1,462 | -3.30% | 20.4% |
| 46 | 42,944 | -1,416 | -3.19% | 17.9% |
| 30 | 42,952 | -1,408 | -3.17% | 20.6% |
| 17 | 43,007 | -1,353 | -3.05% | 54.5% |
| 50 | 43,010 | -1,350 | -3.04% | 20.4% |
| 7 | 43,102 | -1,258 | -2.84% | 18.0% |
| 53 | 43,160 | -1,200 | -2.71% | 20.2% |
| 52 | 43,163 | -1,197 | -2.70% | 14.7% |
| 15 | 43,211 | -1,149 | -2.59% | 8.3% |
| 76 | 43,228 | -1,132 | -2.55% | 26.1% |
| 77 | 43,291 | -1,069 | -2.41% | 8.3% |
| 27 | 43,325 | -1,035 | -2.33% | 9.1% |
| 105 | 43,366 | -994 | -2.24% | 35.9% |
| 45 | 43,372 | -988 | -2.23% | 14.0% |
| 9 | 43,401 | -959 | -2.16% | 21.1% |
| 98 | 43,431 | -929 | -2.09% | 17.8% |
| 90 | 43,451 | -909 | -2.05% | 21.0% |
| 47 | 43,617 | -743 | -1.67% | 9.0% |
| 88 | 43,658 | -702 | -1.58% | 11.8% |
| 41 | 43,722 | -638 | -1.44% | 26.8% |
| 103 | 43,764 | -596 | -1.34% | 25.0% |
| 11 | 43,867 | -493 | -1.11% | 55.5% |
| 60 | 43,920 | -440 | -0.99% | 52.8% |
| 61 | 43,938 | -422 | -0.95% | 50.2% |

Dr. Douglas Johnson

2023 Illustrative House Map
Population Deviations

8/20/2023

| | | | | |
|---|---|---|---|---|
| 83 | 43,956 | -404 | -0.91% | 54.6% |
| 20 | 43,964 | -396 | -0.89% | 35.8% |
| 36 | 44,017 | -343 | -0.77% | 11.9% |
| 101 | 44,038 | -322 | -0.73% | 50.8% |
| 10 | 44,137 | -223 | -0.50% | 32.9% |
| 73 | 44,181 | -179 | -0.40% | 21.3% |
| 74 | 44,185 | -175 | -0.39% | 6.8% |
| 66 | 44,223 | -137 | -0.31% | 18.8% |
| 93 | 44,224 | -136 | -0.31% | 56.6% |
| 85 | 44,303 | -57 | -0.13% | 35.5% |
| 100 | 44,360 | 0 | 0.00% | 80.8% |
| 1 | 44,473 | 113 | 0.25% | 55.3% |
| 78 | 44,584 | 224 | 0.51% | 9.3% |
| 72 | 44,738 | 378 | 0.85% | 50.6% |
| 25 | 44,786 | 426 | 0.96% | 16.2% |
| 13 | 44,864 | 504 | 1.14% | 24.2% |
| 65 | 44,864 | 504 | 1.14% | 56.0% |
| 29 | 44,991 | 631 | 1.42% | 57.8% |
| 3 | 45,006 | 646 | 1.46% | 58.8% |
| 12 | 45,007 | 647 | 1.46% | 18.9% |
| 55 | 45,124 | 764 | 1.72% | 24.3% |
| 40 | 45,170 | 810 | 1.83% | 54.9% |
| 92 | 45,176 | 816 | 1.84% | 30.2% |
| 23 | 45,186 | 826 | 1.86% | 50.6% |
| 104 | 45,197 | 837 | 1.89% | 14.0% |
| 49 | 45,204 | 844 | 1.90% | 11.6% |
| 89 | 45,218 | 858 | 1.93% | 3.7% |
| 102 | 45,264 | 904 | 2.04% | 65.6% |
| 96 | 45,266 | 906 | 2.04% | 55.5% |
| 8 | 45,325 | 965 | 2.18% | 19.9% |
| 33 | 45,338 | 978 | 2.20% | 7.7% |
| 63 | 45,354 | 994 | 2.24% | 57.2% |
| 67 | 45,379 | 1,019 | 2.30% | 51.6% |
| 48 | 45,413 | 1,053 | 2.37% | 18.2% |
| 58 | 45,435 | 1,075 | 2.42% | 51.3% |
| 37 | 45,438 | 1,078 | 2.43% | 18.7% |
| 75 | 45,463 | 1,103 | 2.49% | 27.8% |
| 86 | 45,487 | 1,127 | 2.54% | 20.0% |
| 87 | 45,538 | 1,178 | 2.66% | 59.1% |
| 62 | 45,579 | 1,219 | 2.75% | 26.8% |
| 79 | 45,579 | 1,219 | 2.75% | 11.6% |
| 94 | 45,685 | 1,325 | 2.99% | 9.4% |
| 59 | 45,699 | 1,339 | 3.02% | 18.7% |
| 97 | 45,713 | 1,353 | 3.05% | 72.3% |

Dr. Douglas Johnson

2023 Illustrative House Map
Population Deviations

8/20/2023

| | | | | |
|---|---|---|---|---|
| 71 | 45,787 | 1,427 | 3.22% | 14.5% |
| 44 | 45,853 | 1,493 | 3.37% | 60.9% |
| 68 | 45,870 | 1,510 | 3.40% | 54.2% |
| 99 | 45,922 | 1,562 | 3.52% | 78.1% |
| 42 | 45,959 | 1,599 | 3.60% | 16.1% |
| 70 | 45,990 | 1,630 | 3.67% | 16.8% |
| 64 | 45,997 | 1,637 | 3.69% | 9.2% |
| 24 | 46,036 | 1,676 | 3.78% | 11.8% |
| 95 | 46,063 | 1,703 | 3.84% | 8.8% |
| 82 | 46,202 | 1,842 | 4.15% | 11.6% |
| 18 | 46,226 | 1,866 | 4.21% | 25.7% |
| 4 | 46,232 | 1,872 | 4.22% | 57.5% |
| 80 | 46,249 | 1,889 | 4.26% | 14.9% |
| 6 | 46,262 | 1,902 | 4.29% | 16.0% |
| 32 | 46,476 | 2,116 | 4.77% | 13.4% |
| 81 | 46,481 | 2,121 | 4.78% | 8.2% |
| 31 | 46,510 | 2,150 | 4.85% | 17.0% |
| 26 | 46,544 | 2,184 | 4.92% | 63.4% |
| | | | | |
| | 44,325 | -35 | -0.08% | Ave for Not-Black-Majority |
| | 44,428 | 68 | 0.15% | Ave for Black-Majority |

Dr. Douglas Johnson

2022 Illustrative Map
Population Deviations

8/20/2023

| District | Population | Deviation | % Deviation | % 18+_AP_Blk |
|----------|-----------|-----------|-------------|--------------|
| 19 | 42,229 | -2,131 | -4.80% | 13.2% |
| 39 | 42,262 | -2,098 | -4.73% | 28.4% |
| 48 | 42,289 | -2,071 | -4.67% | 18.2% |
| 16 | 42,314 | -2,046 | -4.61% | 59.8% |
| 14 | 42,319 | -2,041 | -4.60% | 37.7% |
| 35 | 42,335 | -2,025 | -4.56% | 8.7% |
| 34 | 42,400 | -1,960 | -4.42% | 50.0% |
| 21 | 42,463 | -1,897 | -4.28% | 54.3% |
| 28 | 42,508 | -1,852 | -4.17% | 24.5% |
| 91 | 42,508 | -1,852 | -4.17% | 40.7% |
| 58 | 42,518 | -1,842 | -4.15% | 50.5% |
| 84 | 42,520 | -1,840 | -4.15% | 19.9% |
| 29 | 42,617 | -1,743 | -3.93% | 58.6% |
| 43 | 42,630 | -1,730 | -3.90% | 14.5% |
| 38 | 42,695 | -1,665 | -3.75% | 50.8% |
| 5 | 42,708 | -1,652 | -3.72% | 50.9% |
| 22 | 42,723 | -1,637 | -3.69% | 18.7% |
| 73 | 42,733 | -1,627 | -3.67% | 22.5% |
| 2 | 42,776 | -1,584 | -3.57% | 67.3% |
| 54 | 42,849 | -1,511 | -3.41% | 3.1% |
| 46 | 42,944 | -1,416 | -3.19% | 17.9% |
| 30 | 42,952 | -1,408 | -3.17% | 20.6% |
| 17 | 43,007 | -1,353 | -3.05% | 54.5% |
| 7 | 43,102 | -1,258 | -2.84% | 18.0% |
| 53 | 43,160 | -1,200 | -2.71% | 20.2% |
| 52 | 43,163 | -1,197 | -2.70% | 14.7% |
| 50 | 43,190 | -1,170 | -2.64% | 32.1% |
| 15 | 43,211 | -1,149 | -2.59% | 8.3% |
| 76 | 43,228 | -1,132 | -2.55% | 26.1% |
| 49 | 43,234 | -1,126 | -2.54% | 10.3% |
| 77 | 43,291 | -1,069 | -2.41% | 8.3% |
| 27 | 43,325 | -1,035 | -2.33% | 9.1% |
| 105 | 43,366 | -994 | -2.24% | 35.9% |
| 45 | 43,372 | -988 | -2.23% | 14.0% |
| 9 | 43,401 | -959 | -2.16% | 21.1% |
| 98 | 43,431 | -929 | -2.09% | 17.8% |
| 90 | 43,451 | -909 | -2.05% | 21.0% |
| 57 | 43,462 | -898 | -2.02% | 57.3% |
| 47 | 43,617 | -743 | -1.67% | 9.0% |
| 88 | 43,658 | -702 | -1.58% | 11.8% |
| 41 | 43,722 | -638 | -1.44% | 26.8% |
| 103 | 43,764 | -596 | -1.34% | 25.0% |
| 63 | 43,863 | -497 | -1.12% | 57.4% |

Dr. Douglas Johnson

2022 Illustrative Map
Population Deviations

8/20/2023

| | | | | |
|---|---|---|---|---|
| 11 | 43,867 | -493 | -1.11% | 55.5% |
| 61 | 43,938 | -422 | -0.95% | 50.2% |
| 83 | 43,956 | -404 | -0.91% | 54.6% |
| 20 | 43,964 | -396 | -0.89% | 35.8% |
| 36 | 44,017 | -343 | -0.77% | 11.9% |
| 10 | 44,137 | -223 | -0.50% | 32.9% |
| 69 | 44,159 | -201 | -0.45% | 51.8% |
| 74 | 44,185 | -175 | -0.39% | 6.8% |
| 66 | 44,223 | -137 | -0.31% | 18.8% |
| 93 | 44,224 | -136 | -0.31% | 56.6% |
| 96 | 44,255 | -105 | -0.24% | 51.7% |
| 85 | 44,303 | -57 | -0.13% | 35.5% |
| 100 | 44,360 | 0 | 0.00% | 80.8% |
| 1 | 44,473 | 113 | 0.25% | 55.3% |
| 78 | 44,584 | 224 | 0.51% | 9.3% |
| 25 | 44,786 | 426 | 0.96% | 16.2% |
| 13 | 44,864 | 504 | 1.14% | 24.2% |
| 3 | 45,006 | 646 | 1.46% | 58.8% |
| 12 | 45,007 | 647 | 1.46% | 18.9% |
| 55 | 45,124 | 764 | 1.72% | 24.3% |
| 40 | 45,170 | 810 | 1.83% | 54.9% |
| 92 | 45,176 | 816 | 1.84% | 30.2% |
| 23 | 45,186 | 826 | 1.86% | 50.6% |
| 60 | 45,195 | 835 | 1.88% | 50.5% |
| 104 | 45,197 | 837 | 1.89% | 14.0% |
| 89 | 45,218 | 858 | 1.93% | 3.7% |
| 102 | 45,264 | 904 | 2.04% | 65.6% |
| 8 | 45,325 | 965 | 2.18% | 19.9% |
| 33 | 45,338 | 978 | 2.20% | 7.7% |
| 67 | 45,379 | 1,019 | 2.30% | 51.6% |
| 37 | 45,438 | 1,078 | 2.43% | 18.7% |
| 75 | 45,463 | 1,103 | 2.49% | 27.8% |
| 87 | 45,538 | 1,178 | 2.66% | 59.1% |
| 79 | 45,579 | 1,219 | 2.75% | 11.6% |
| 62 | 45,595 | 1,235 | 2.78% | 27.6% |
| 56 | 45,596 | 1,236 | 2.79% | 20.2% |
| 86 | 45,632 | 1,272 | 2.87% | 16.9% |
| 101 | 45,672 | 1,312 | 2.96% | 51.6% |
| 94 | 45,685 | 1,325 | 2.99% | 9.4% |
| 59 | 45,699 | 1,339 | 3.02% | 18.7% |
| 97 | 45,713 | 1,353 | 3.05% | 72.3% |
| 65 | 45,747 | 1,387 | 3.13% | 52.3% |
| 71 | 45,787 | 1,427 | 3.22% | 14.5% |
| 44 | 45,853 | 1,493 | 3.37% | 60.9% |

Dr. Douglas Johnson

2022 Illustrative Map
Population Deviations

8/20/2023

| 68 | 45,870 | 1,510 | 3.40% | 54.2% |
|----|--------|-------|-------|-------|
| 99 | 45,922 | 1,562 | 3.52% | 78.1% |
| 42 | 45,959 | 1,599 | 3.60% | 16.1% |
| 70 | 45,990 | 1,630 | 3.67% | 16.8% |
| 64 | 45,997 | 1,637 | 3.69% | 9.2% |
| 24 | 46,036 | 1,676 | 3.78% | 11.8% |
| 72 | 46,041 | 1,681 | 3.79% | 51.7% |
| 95 | 46,063 | 1,703 | 3.84% | 8.8% |
| 82 | 46,202 | 1,842 | 4.15% | 11.6% |
| 4 | 46,232 | 1,872 | 4.22% | 57.5% |
| 80 | 46,249 | 1,889 | 4.26% | 14.9% |
| 6 | 46,262 | 1,902 | 4.29% | 16.0% |
| 51 | 46,319 | 1,959 | 4.42% | 21.6% |
| 18 | 46,417 | 2,057 | 4.64% | 20.4% |
| 32 | 46,476 | 2,116 | 4.77% | 13.4% |
| 81 | 46,481 | 2,121 | 4.78% | 8.2% |
| 31 | 46,510 | 2,150 | 4.85% | 17.0% |
| 26 | 46,544 | 2,184 | 4.92% | 63.4% |
|  |  |  |  |  |
|  | 44,334 | -26 | -0.06% | Ave for Not-Black-Majority |
|  | 44,411 | 51 | 0.12% | Ave for Black-Majority |