**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>     *Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>     *Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

# REBUTTAL EXPERT REPORT OF CRAIG E. COLTEN, PH.D.

**Rebuttal Expert Report**

**INTRODUCTION**

I have reviewed the Illustrative House and Senate maps (2022 and 2023) offered by the Plaintiffs in terms of Communities of Interest with a particular focus on long-term cultural geographies in the state of Louisiana that are the foundations of social, economic, and demographic patterns today. Consistent with the conclusions in my previous reports in this case, when I compared these illustrative maps and their incorporation of historical communities of interest, I concluded that they both recognized communities of interest better than the state's enacted maps.

I have also reviewed the report prepared by Douglas Johnson. I provide my response to his conclusions that the only explanation for certain lines in the illustrative maps are race, based on my working knowledge of Louisiana's historical communities of interest. His method neglects the underlying cultural patterns that are not easily quantified, and in doing so, discounts the long-recognized and deeply rooted cultural patterns that infuse political behavior in the state of Louisiana.

Scholarship on the cultural geography and ethnography of Louisiana have long recognized the diverse cultures that are celebrated as one of the distinctive traits of the state. The patterns of cultural diversity underlie and shape the communities of interest. Citizens are aware of these patterns and take pride in their residence within their culture regions. Many of the critiques contained in Johnson's report ignore these fundamental geographical, historical, and cultural patterns which are at least as consistent with the changes in the maps as alignments based solely on race.

**COMMENTS ON JOHNSON'S CRITIQUE**

**SD 38 & 39.** The boundary between SD 38 and 39 reflects an important historical division in the city of Shreveport. SD 39 includes much of the old African American residential core in Shreveport, the heart of the "counterpublic space" where African American businesses concentrated and strong community life existed. SD 38 contains neighborhoods that underwent "white flight" and demographic change since the 1960s. While simple racial patterns may be similar on both sides of the boundary, these two areas represent two distinct communities of interest at the local level.

**SD 17.** The area "carved out" of SD 17 is a largely rural area inhabited by Acadians and African Americans. It is an area with long-standing local economic and cultural ties to the communities in SD 2 (where it now resides) based on sugar cane cultivation and processing and natural resource harvesting in the backswamps.

**SD 19.** SD 19 encompasses one of the most historically traumatized regions in the state and one that has an exceptionally strong sense of community. It includes both sides of the river upstream from New Orleans, the location of the 1811 Slave Insurrection and brutal response. This historical incident provides a powerful sense of community in the communities along the river. The district's extension into the West Bank urban area includes working class neighborhoods that

have shared experiences in industrial labor. The extension southward at the eastern end of the district includes neighborhoods within post-1965 levees that have endured rainfall induced flooding. Experiences with high water have mobilized community activism and engendered a sense of community there.

**HD 1.** HD 1 divides the historical African American urban core from more recent African American neighborhoods (HD 2) that resulted from white flight and post 1960s neighborhood demographic change. These neighborhoods with similar racial demographics have different settlement histories and have developed distinct communities of interest.

**HD 23.** HD 23 includes historically affiliated African American neighborhoods in Natchitoches and its near suburbs. The boundary largely follows the Red River below the city and ends before the community of Creoles of Color in HD 25. It shows sensitivity to the urban communities of interest as well as keeping the Creoles of Color community separate.

**HD 62, 63 and 65.** The house districts in suburban Baton Rouge reflect the sequential expansion of the city since the 1950s. Districts 61, 68, 69, 65, and 101 capture the extension of additions to the city during the 1960s and 1970s. As the city population grew and sprawled outward, a series of suburban additions appeared as arcs, each a bit farther from the city center. Each addition had residential areas, schools, and commercial districts. Internally they were of a comparable age and residents developed shared concerns based on schools, commerce, and political representation. These multiple suburban additions represent another geographic manifestation of communities of interest.

## CONCLUSIONS

Louisiana has a troubled history of slavery and racial violence and segregation. This turbulent past has shaped and continues to influence the geography of communities of interest. Legislative district boundaries that attempt to respect communities of interest will commonly suggest to the uninformed that they strictly follow racial lines. In fact, in order to recognize communities of interest, historical practices must inform the drawing of cartographic lines that may parallel demographic boundaries.

I declare under penalty of perjury that the foregoing is true and correct.

Craig E. Colten, Ph.D.

Dated: August 11, 2023