

# Transcript of Dr. Tumulesh Solanky

**Date:** September 22, 2023
**Case:** Nairne, et al. -v- Ardoin

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE MIDDLE DISTRICT OF LOUISIANA
 3    --------------------------x
 4  DR. DOROTHY NAIRNE, et al., :
 5       Plaintiffs,        : Case No.
 6    vs.              : 3:22-cv-00178-SDD-SDJ
 7  R. KYLE ARDOIN, in        :
 8  his official capacity     :
 9  as Secretary of Louisiana, :
10       Defendants.        :
11    --------------------------x
12
13
14
15        Deposition of DR. TUMULESH SOLANKY
16             New York, New York
17          Friday, September 22, 2023
18                9:57 p.m.
19
20
21
22
23  Job No.: 507954
24  Pages: 1 - 262
25  Recorded By: Harold Rodriguez
```

**Page 2**

```
 1      Deposition of DR. TUMULESH SOLANKY,
 2  held at the offices of:
 3
 4
 5
 6      COZEN O'CONNOR
 7      3 WTC
 8      175 Greenwich Street, 55th Floor
 9      New York, New York 10007
10
11
12
13      Pursuant to agreement, before Harold
14  Rodriguez, Notary Public in and for the
15  State of New York.
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1            A P P E A R A N C E S
 2
 3  ON BEHALF OF THE PLAINTIFF:
 4      AMANDA GIGLIO, ESQUIRE
 5      DAKOTA KNEHANS, ESQUIRE
 6      ALIZA ESTRELLA, ESQUIRE
 7      COZEN O'CONNOR
 8      3 WTC
 9      175 Greenwich Street, 55th Floor
10      New York, NY 10007
11      212.509.9400
12
13  ON BEHALF OF PLAINTIFFS:
14      SARAH BRANNON, ESQUIRE
15      AMERICAN CIVIL LIBERTIES UNION FOUNDATION
16      915 15th Street, NW
17      Washington, DC 20005
18      202.675.2337
19
20  ON BEHALF OF THE DEFENDANT:
21      ALYSSA RIGGINS, ESQUIRE
22      NELSON MULLINS RILEY & SCARBOROUGH, LLP
23      301 Hillsborough Street, Suite 1400
24      Raleigh, North Carolina 27603
25      919.329.3800
```

**Page 4**

```
 1              C O N T E N T S
 2
 3  EXAMINATION OF DR. TUMULESH SOLANKY      PAGE
 4      By Ms. Giglio                  5
 5      By Ms. Riggins                254
 6
 7              E X H I B I T S
 8         (Attached to transcript.)
 9  DEPOSITION EXHIBIT                  PAGE
10  Exhibit 1   Report                 20
11  Exhibit 2   Rebuttal               23
12  Exhibit 3   Report                 24
13  Exhibit 4   Report                 24
14  Exhibit 5   Election results       92
15  Exhibit 6   Map                   119
16  Exhibit 7   Map                   120
17  Exhibit 8   Example drawn out      224
18  Exhibit 9   Report                257
19
20
21
22
23
24
25
```

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

---

5

```
1          P R O C E E D I N G S
2   Whereupon,
3          DR. TUMULESH SOLANKY,
4   being first duly sworn or affirmed to testify to
5   the truth, the whole truth, and nothing but the
6   truth, was examined and testified as follows:
7       EXAMINATION BY COUNSEL FOR THE PLAINTIFF
8   BY MS. GIGLIO:
9       Q    Good morning, Dr. Solanky.  My name is
10  Amanda Giglio, and I, along with my colleagues at
11  Cozen O'Connor, the Legal Defense and Educational
12  Fund, and the ACLU represent the plaintiffs in
13  this case.  Let me first ask you before we start:
14  have you ever been deposed before?
15      A    Yes, I have been.
16      Q    How many times?
17      A    A large number of times, I cannot.
18      Q    More than 10?
19      A    More than 10.
20      Q    Okay, Great.  So I just want to go over
21  a couple of logistics and ground rules before we
22  really get started on the substance.  So we've
23  established you've testified a lot, so I'm sure
24  that you've heard these before, but do you
25  understand that you're under oath to testify
```

---

6

```
1   truthfully under perjury today?
2       A    Yes, I do.
3       Q    And is there any reason why you would
4   be unable to testify truthfully today?
5       A    There -- there is no reason.
6       Q    So please be sure to answer my
7   questions audibly for the sake of the court
8   reporter.  This deposition is being transcribed.
9   It's important that our court reporter can
10  transcribe your answers.  He won't be able to hear
11  uh-huhs or head nods, things like that.  And
12  especially -- it's -- it's especially because this
13  is being transcribed, it's important that we don't
14  talk over each other.  So I'll answer -- I'll ask
15  my question, I'll finish and then I will let you
16  finish completely before moving on to additional
17  questions.
18          That's true also if your counsel
19  objects to a question; let her finish her
20  objection and then start your answer.  Please let
21  me know if you don't understand one of my
22  questions and I'll do my best to rephrase it.
23  Otherwise, I'll assume that you understand it and
24  I'll expect you to answer it.  If you feel like
25  you need a break, let me know.  I will try to take
```

---

7

```
1   breaks, short breaks every hour just for the sake
2   of everyone's sanity.  But if I'm in the middle of
3   a question or a short series of questions, I will
4   ask that we finish that out before we take a break.
5          Great.  Okay.  So let's get started.
6   Dr. Solanky, can you please state and spell your
7   name for the record?
8       A    Sure.  My full name is Tumulesh Kumar
9   Singh Solanky, and I'll spell it; T-U-M-U-L-E-S-H,
10  K-U-M-A-R, S-I-N-G-H, and the last name,
11  S-O-L-A-N-K-Y.
12      Q    What did you do to prepare for today's
13  deposition?
14      A    I looked over some of the reports that
15  have been submitted.
16      Q    Did you meet with Counsel to prepare
17  for this deposition?
18      A    Not really.  We met yesterday and we --
19  we talked about some of things.
20      Q    You don't need to tell me what you
21  talked about, just for the sake of protecting your
22  --
23      A    Okay.
24      Q    -- privilege with your counsel, but you
25  can just tell me that you met.  I'll ask how long
```

---

8

```
1   was -- were those meetings?
2       A    Okay.
3       Q    How long were those meetings?
4       A    A few hours.
5       Q    So you were retained as an expert in
6   this case; is that right?
7       A    That is correct.
8       Q    Who retained you?
9       A    I believe Mr. Tom Farr.
10      Q    And --
11      A    So he's the one I first spoke with.
12      Q    And who does Mr. Tom Farr represent in
13  this case?
14      A    The defendants.
15      Q    Do you know if -- if he represents one
16  of the particular defendants?
17      A    I don't feel comfortable answering
18  that, I -- I think.
19      Q    Okay.  What were you asked to do as
20  part of your retention?
21      A    In general, I was asked to look at the
22  voting data, and -- and -- and -- and -- and
23  review some of the plaintiff's expert reports, and
24  -- and -- and -- and tender an opinion based on
25  what is being done, that sort of thing.
```

---

**Page 9**

1    Q    Okay.  And when you say looked at
2  voting data, were you looking for anything in
3  particular?
4    A    Not in particular, but based on the --
5  what is -- what was being written in the report,
6  so relevant to that.
7    Q    And when you say in the report, what
8  report are you referencing?
9    A    There were a number of reports which
10 were there in my -- you asked me for the first
11 time, and I'm going back one year, the reports,
12 which I looked at during the summer of 20 -- or
13 even sometime around that 2022.
14    Q    Uh-huh.
15    A    Now, I -- I -- I don't remember what
16 all reports --
17    Q    Uh-huh.
18    A    -- if you produce my -- that last
19 report, last report meaning from 2022; I have
20 outlined the reports there.
21    Q    Okay.  So did you prepare a report in
22 2022?
23    A    I did.
24    Q    And what was that report?  What did
25 that report center on?

**Page 10**

1    A    What I described.  So -- so look at the
2  other export reports, look at the data, which is
3  there available publicly.  And -- and I was also
4  provided a data from the Secretary of State, which
5  was a voter-level data.  So -- so you utilize
6  those.
7    Q    Okay.  And who drafted the expert
8  report that you submitted in this case?
9    A    I did myself.
10    Q    Did you meet with Counsel about that
11 report?
12    A    Me, no.
13    Q    Did you send Counsel a draft of your
14 report?
15    A    I don't recall.
16    Q    Did Counsel suggest any changes to be
17 made to your report?
18    A    Doubt it.
19    Q    Are you being paid for your time?
20    A    Yes, I am.
21    Q    How much are you being paid?
22    A    I am paid $250 an hour.
23    Q    And how much have you been paid so far
24 in connection with this case?
25    A    So -- so you are asking me going back

**Page 11**

1  since 2022; right?
2    Q    Yes.  When -- well, let me ask you
3  this.  When were you first retained in this case?
4    A    Sometime in 2022.
5    Q    Do you remember the season or the month?
6    A    Let's see.  It was -- oh, yeah, I can
7  recall.  It was sometime in spring.  So I would
8  say around February, March, April, sometime that.
9    Q    Okay.  So since spring of 2022, how
10 much have you been paid to -- for your work in
11 this case?
12    A    I have worked I would say a couple of
13 hundred hours.
14    Q    Okay.  And it's $200 an hour you said?
15    A    250.
16    Q    $250 an hour, okay.  And how does your
17 rate in this case compare to your standard rate or
18 your rate in other cases; is this a standard rate?
19    A    That -- that -- that is my standard
20 rate for such matters.
21    Q    What do you mean by for such matters?
22    A    Like, for example, if somebody is
23 calling me and they need some small work done, I
24 might do it pro bono --
25    Q    Uh-huh.

**Page 12**

1    A    Or I might reduce the rate.
2    Q    So do you mean for cases that are going
3  to take upwards of how many hours?
4    A    If the -- if the matter is a legal
5  matter as opposed to somebody just asking me to do
6  a small statistical analysis --
7    Q    Uh-huh.
8    A    The rate is 250.
9    Q    Okay.  Dr. Solanky, can you tell me
10 about your educational history following high
11 school?
12    A    Sure.  Now, I have a bachelor's degree
13 in mathematics honors, from University of Delhi in
14 India.
15    Q    Uh-huh.
16    A    And then I have a master's degree in
17 mathematics again from India -- Indian Institute
18 of Technology.  And after that, I have a doctorate
19 degree in statistics from University of
20 Connecticut.
21    Q    And can you describe your work history?
22    A    Sure.  Now, when I was a student at
23 UConn, University of Connecticut, I served as a
24 lecturer and -- and taught some classes there in
25 that capacity.  And after that, I've been teaching

---

**Page 13**

1  at University of New Orleans, first as assistant
2  professor, and then got promoted to associate
3  professor, and after that, got promoted to full
4  professor.
5       And -- and since 2008, I've been
6  serving as professor and the chair of the
7  mathematics department. In-between, I -- I was on
8  sabbatical, so -- so I was a visiting professor at
9  University of Toronto. And so that is my work
10 history.
11     Q   Okay. What subjects do you teach?
12     A   Most of the time, I have taught
13 subjects in the field of mathematics and
14 statistics. This last summer, I -- I -- I started
15 teaching something in business as well.
16     Q   Do you have particular topics in math
17 and statistics that you focus on in your teaching?
18     A   All of statistics.
19     Q   All of statistics.
20     A   So I -- so I have taught, like, 10, 15
21 different classes in the field of statistics,
22 graduate and undergraduate. And I have taught
23 some mathematics classes as well.
24     Q   And I assume that you've published
25 articles as part of your work?

---

**Page 14**

1      A   That is right.
2      Q   Have you ever published any articles
3  dealing with the Voting Rights Act?
4      A   No, I have not.
5      Q   Have you ever published any articles
6  dealing with election data?
7      A   No.
8      Q   Have you published any articles dealing
9  with statistical analyses involved in assessing
10 voting patterns?
11     A   I have not.
12     Q   And have you published any articles on
13 ecological inference modeling?
14     A   I have not.
15     Q   And you said that you've been deposed
16 many times before. Have you ever served in a --
17 as an expert before?
18     A   I have.
19     Q   And how many times have you served as
20 an expert Dr. Solanky?
21     A   It's in my CV.
22     Q   Uh-huh.
23     A   I would say number of times. I mean,
24 if you want, I can take the CV out and count it.
25     Q   And what topics generally have you been

---

**Page 15**

1  considered an expert in?
2      A   Now anything which deals with data;
3  modeling of data, making predictions based on
4  data, sampling of data, so that -- that sort of
5  summarizes the broad area. And fitting
6  statistical models.
7      Q   Have you ever served as an expert in
8  political science?
9      A   I have not.
10     Q   Have you ever served as an expert in
11 voting patterns?
12     A   No.
13     Q   And have you ever served as an expert
14 in a case involving the Voting Rights Act before?
15     A   The answer is no. But last year when
16 this matter came up, I did serve in the -- in this
17 case, wrote reports as an expert in those areas,
18 and even testified. So -- so I really don't know
19 what answer to give to you, but -- but I'm giving
20 you the complete picture.
21     Q   Sure. So when you say that you
22 testified, do you mean that you testified in the
23 -- in the case dealing with congressional
24 redistricting?
25     A   That is right.

---

**Page 16**

1      Q   Understood. And you -- were you
2  retained as an expert in this case dealing with
3  the state legislative maps in the spring of 2022
4  as well?
5      A   Yes -- yes, in a very general term.
6      Q   Have you ever been precluded from
7  testifying as an expert by a court?
8      A   No.
9      Q   Have you ever been accepted as an
10 expert by a court in a case involving political
11 science?
12         MS. RIGGINS: Objection.
13     A   That's a very broad term. Now, I have
14 looked at very similar data, meaning the data
15 based on race, based on who -- who votes, who
16 serves, a number of times, but my focus has been
17 statistical modeling.
18     Q   Understood. And when you say
19 statistical modeling, what do you mean by
20 statistical modeling?
21     A   Taking a data and fitting a statistical
22 model to it, to explain what is going on and make
23 predictions.
24     Q   And do you have particular models that
25 you've used in the past?

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

5 (17 to 20)

17

1    A   Yes.  There -- I -- I mean, it would
2  take me a long time to specify all the models.
3  The answer is yes.
4    Q   Had -- prior to this report, have you
5  ever used ecological inference modeling before?
6    A   No.  EI modeling is very standard
7  modeling.  It's taught in classes which I teach.
8  Anytime whenever you are trying to estimate some
9  -- some data based on the aggregate data --
10   Q   Uh-huh.
11   A   -- EI modeling or EI regression are
12 very standard tricks.  When I say tricks, meaning
13 models.
14   Q   Uh-huh.  Have you ever given testimony
15 on ecological inference modeling before?
16   A   Cannot recall.  Probably the answer is
17 -- I -- the answer is probably no.  But having
18 said that, this is such a commonly used tool.  I
19 could have used it to gain insight into the data.
20 Whether I testify to -- based on that or not,
21 that's why I'm hesitating.
22   Q   Have you ever used it, to your
23 recollection, in an expert report before?
24   A   I have used it to gain insights into
25 the data.  So I may -- may or may not write it in

18

1  a report, but as I said, it's a very commonly used
2  tool.
3    Q   Does most of your academic and expert
4  work deal with individual-level data or
5  aggregate-level data?
6    A   Again, I have been teaching and
7  practicing the field of statistics for over 30
8  years, so -- so very difficult to quantify what
9  you're asking me.  But my answer would be, I have
10 dealt with data sets coming from all different
11 fields; science, engineering, political science,
12 and -- and that's the answer.
13   Q   So you have -- do you have extensive
14 experience using aggregate-level data?
15   A   Yes.
16   Q   In what context, aside from the report
17 that we're reviewing today?
18   A   Now, first of all, looking at aggregate
19 data, it -- it comes across quite routinely in
20 this matter, what we are here for.
21   Q   Uh-huh.
22   A   But even otherwise, whenever you have
23 aggregate data and you want to see
24 individual-level focus, EI is -- is a common tool.
25   Q   And can you give me some example -- oh,

19

1  sure, I'm so sorry.
2    A   Now EI is -- is a tool, but it's a tool
3  which was derived from regression modeling.  So --
4  so if you go back into the history of AI modeling,
5  some of the models which were first appeared in
6  this area were regression models.  And -- and
7  that's another way to look at ecological data.
8  And if you look at my report from last year, I did
9  extensive regression types models for such
10 aggregate-level data.
11   Q   Can you give me some examples of other
12 types of aggregate level data that you've worked
13 with?
14   A   Now -- now, I cannot think of any, but
15 if you give me some time, I can think of.  But
16 like what I've told you earlier, it's a very
17 standard statistical model, and -- and -- and --
18 and I love to bring it up in my classes which I
19 teach.
20   Q   Great.  So let's start to focus on your
21 report in this case, Dr. Solanky.  So you
22 submitted an expert report in this case; correct?
23   A   Yes.
24   Q   And you submitted a rebuttal report
25 also?

20

1    A   Correct.
2       MS. GIGLIO:  So I'm going to mark your
3  report as Solanky 1.
4       (Exhibit 1 was marked.)
5       MS. GIGLIO:  A copy.  Okay.
6       MS. RIGGINS:  Can you put an exhibit
7  sticker on this one?
8       Amanda, do you need a copy?
9       MS. GIGLIO:  Oh, sure.  You know what,
10 I'll give that to in a second.  Here you go.
11 Great.
12   Q   So I'd just like to -- to turn to
13 Paragraph 3 of the report.  So here on Page 3, Dr.
14 Solanky, you list the materials that you reviewed
15 when putting together your report; is that right?
16   A   That is right.
17   Q   And according to this list, those
18 materials include Dr. Lisa Handley's report
19 submitted in July 2022?
20   A   Yes.
21   Q   And Mr. Cooper's report submitted in
22 July of 2022, or -- yes, in July of 2022?
23   A   Correct.
24   Q   And Dr. Handley's report submitted in
25 June of 2023; correct?

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

21

1    A   Correct.
2    Q   And Mr. Cooper's report submitted in
3  June of 2023; is that correct?
4    A   That's correct.  Now you are going
5  alphabetically down; right?
6    Q   Well, I'm looking at -- I'm more going
7  chronologically.
8    A   Okay.
9    Q   So in looking at the Cooper reports
10 that you reviewed, you reviewed both the July 2022
11 report and the June 2023 report; right?
12   A   Correct.
13   Q   And in looking at Dr. Handley's
14 reports, you reviewed the July '22 -- '22 and June
15 2023 reports; is that right?
16   A   Correct.
17   Q   Do you render any opinions about Mr.
18 Cooper's reports in your expert report, Dr.
19 Solanky?
20   A   No, I was crunched for time, so I could
21 not include some of the things which I looked into
22 it.  Am I answer -- what was your question?
23   Q   My question was, do you render any
24 reports about Mr. Cooper's reports in your report?
25   A   I -- now, I looked at some of his

22

1  proposed districts, and -- I don't know what all I
2  have included in here.  But if -- if I refer to
3  his work, analyze the work, it was marginal at the
4  best.
5    Q   Do you render any opinions about the
6  illustrative districts that Mr. Cooper proposes in
7  his report?
8    A   Now, his illustrative districts have
9  been analyzed by Dr. Handley, and I have extensive
10 work based on those voting district --
11 illustrative districts.
12   Q   So your opinions focus on Dr. Handley's
13 report?
14   A   You can say that.
15   Q   And the conclusions that Dr. Handley
16 rendered in her reports?
17   A   You can say that, too.
18   Q   Would you say that?
19   A   Sure.  So -- so -- so these works are
20 interrelated, and so I'm looking at Mr. Cooper's
21 work more through how it has impacted Dr.
22 Handley's work.
23   Q   Understood.  So you said earlier, and
24 turning to Paragraph 4 of your report, that you
25 did not have adequate time to review in detail the

23

1  files, data sets, programs listed above, because
2  materially different reports were provided less
3  than 30 days before this report was due; is that
4  right?
5    A   That is correct.
6    Q   You said earlier that you reviewed Dr.
7  Handley's report from 2022 in 2022; is that right?
8    A   That is right.
9    Q   And you reviewed Mr. Cooper's report
10 submitted in 2022 during 2022.
11   A   Correct.
12   Q   -- is that right?  And, again, you have
13 represented that your conclusions primarily
14 focused on Dr. Handley's report; correct?
15   A   Correct.
16   Q   As she analyzes Mr. Cooper's report.
17   MS. GIGLIO:  So I'm going to introduce
18 as -- well, to keep things consistent.  I'll
19 introduce his rebuttal as Solanky 2, simply so
20 that we have the report and the rebuttal in tandem.
21   (Exhibit 2 was marked.)
22   Q   Here you go.  Oh, here.  And then here
23 you go.  So we're just going to pass around, it's
24 fine.  I just want to make sure you have a copy of
25 everything, Doctor.  Here you go.

24

1    A   I'm going to get that one.
2    Q   Oh, sure?
3    MS. GIGLIO:  And then here, Alyssa, you
4  -- great.
5    And then I'm also going to introduce
6  the two reports submitted by Dr. Handley.  So the
7  report from 2022 will be Solanky 3.
8    (Exhibit 3 was marked.)
9    MS. GIGLIO:  Okay.  So here you go,
10 pass it along.  And one to Alyssa.  And here's
11 another copy.  Uh-huh.  Sorry for all the paper
12 everybody.
13   And 2023 will be Solanky 4.
14   (Exhibit 4 was marked.)
15   MS. GIGLIO:  Here you go, sorry.  Here
16 you go again.  Thank you so much everyone.  There
17 you go.
18   Q   So once we're settled, just let me know
19 when you're ready.
20   A   I'm ready.
21   Q   Okay, great.  So I'd like to turn to
22 Pages 6 to 7 in Dr. Handley's July 2022 report.
23 So that's Solanky 3.  Okay.  Oh, I'm so sorry,
24 Doctor.
25   A   It's okay.  And which page is that?

25

1    Q    6 to 7.
2    A    Okay.
3    Q    And then next to that, I'd like to open
4  up Dr. Handley's 2023 report, just so that you can
5  see them side by side, on the same pages, 6 to 7.
6  Do you see the elections listed on Pages 6 to 7 in
7  both of these reports?
8    A    Yes, I do.
9    Q    Can you tell me if there are any
10 differences in these two lists of elections?
11   A    I -- I -- I don't see any difference.
12   Q    Is the November 2022 US senate election
13 listed in -- in Dr. Handley's 2022 report?
14   A    Which one is that, 3 or 4?
15   Q    So if you look at 3 --
16   A    Is it 3? yes.
17   Q    -- which is right above, the -- the
18 November 2022 election for senate is not listed
19 there; is that right?
20   A    That is right.
21   Q    But all other elections listed in Dr.
22 Handley's June 2022 report are reflected in her
23 June 2023 report; is that right?
24   A    Correct -- correct, yeah.  So yeah,
25 right.  So I did not notice that November 2022 as

26

1  the only being different in this table.
2    Q    And then turning to Page 9 of the
3  report -- of both of the reports, one may be Page
4  8, but you'll see a table.  The table is Table 2
5  in each report.  Should be called Areas of
6  Interest and the Additional Illustrative Majority
7  -- majority By Districts.
8    A    Yes, I'm looking at that.
9    Q    Okay.  Are there any differences
10 between Table 2 in her June 2020 -- or her July
11 2022 report and Table 2 in her June of 2023 report?
12   A    In terms of these numbers mentioned
13 here, don't see any.
14   Q    And in terms of the areas themselves,
15 Northwest -- or Southeast, East Central, West
16 Louisiana, Southwest, South Central, East Central
17 Louisiana, do you see any differences?
18   A    They -- they look similar.
19   Q    And if you look at the parishes, can I
20 just compare them each with you?  Is Bossier --
21 bossier Parish in both her 2022 and 2023 reports?
22   A    Correct.
23   Q    And Caddo Parish is in both reports?
24   A    That is correct.
25   Q    And in Area 2, Jefferson and St.

27

1  Charles are in both reports?
2    A    That is correct.
3    Q    Area 3, East Baton Rouge, West Baton
4  Rouge, Iberville, and Pointe Coupee are in both
5  reports?
6    A    Correct.
7    Q    Area 4, DeSoto, Natchitoches and Red
8  River are on both reports?
9    A    Correct.
10   Q    Area 5, Calcasieu is in both reports.
11   A    Yes.
12   Q    And if I'm pronouncing any of these
13 incorrectly Dr. Solanky, you're a Louisiana
14 native, please feel free to correct me.  Area 6,
15 South Central Louisiana, Ascension, and Iberville
16 in both reports?
17   A    Correct.
18   Q    And in Area 7, East Baton Rouge and
19 East Feliciana are in both reports?
20   A    That is correct.
21   Q    So turning to Paragraph 1 of your
22 report -- you can put those away for now.
23   A    Okay.
24   Q    Thank you very much.
25   A    Put -- put away 3 and 4?

28

1    Q    3 and 4, yes.
2    A    Okay.
3    Q    So turning to Solanky 1, your original
4  report in this case.
5    A    Okay.
6    Q    Just going through the requests made
7  for the content of your report.  You say that you
8  were asked to statistically study the voting
9  patterns and the composition of the enacted State
10 House, HB 14, and Senate, SB1, plans in Louisiana;
11 is that right?
12   A    That is right.
13   Q    How did you statistically study the
14 voting patterns and composition of the enacted
15 maps?
16   A    Like, which paragraph you're on?
17   Q    I'm on Paragraph 1, the very First
18 Sentence.
19   A    Okay, I'm sorry.
20   Q    I was -- that's okay.
21   A    (Crosstalk).
22   Q    You don't need to apologize, Dr.
23 Solanky.
24   A    Thank you.
25   Q    I was requested by Counsel --

29

1    A    Paragraph 1 on which page?
2    Q    Paragraph 1 In the introduction right
3 there.
4    A    Okay.
5    Q    First Sentence.
6    A    All right.
7    Q    It says that you were requested to
8 statistically study the voting patterns and the
9 composition of the enacted State House, HB 14, and
10 Senate, SB1, plans in Louisiana.  My question is,
11 how did you statistically study the voting
12 patterns and the composition of the enacted maps?
13    A    No, as I said earlier, what I studied
14 was looking at what Dr. Handley had submitted.
15 And -- and -- and I -- I described you briefly, I
16 looked at some of the illustrative maps by Mr.
17 Cooper, what precincts are involved and how
18 several states get divided into different House
19 and Senate blocks.
20    Q    Uh-huh.
21    A    But to answer your question --
22    Q    Uh-huh.
23    A    -- most of the work I have done, given
24 the time constraint, is related to Dr. Handley's
25 work.

30

1    Q    And when you say related to Dr.
2 Handley's work, how would you summarize Dr.
3 Handley's work?
4    A    How would I summarize?  So you are
5 asking me to summarize, not critique; right?
6    Q    Correct.
7    A    Her work is based on looking at some
8 specific regions, and -- and -- and reporting the
9 percentage of votes by blacks, whites, for
10 Democrat candidates, for Republican candidates in
11 general.  So that is the primary focus of our work.
12    Q    And in critiquing that work, what kind
13 of methodologies did you employ?
14    A    In critiquing her work, the first thing
15 for me was to look at her data, and -- and see
16 what data she has used, and to understand if the
17 data is correct, verifying the data, and -- and --
18 and -- and -- and -- and -- and based
19 on that, recreating her work.  And then -- and
20 then verifying some of the assumptions which she
21 has made, if those are true or not.
22    Q    And in reviewing Dr. Handley's data,
23 did you use her data to recreate her work?
24    A    I looked at her data, but in order to
25 do the work, I had to recreate the data myself.

31

1    Q    Why did you have to recreate the data
2 yourself?
3    A    Because her data was incomplete.
4    Q    And what do you mean by her data was
5 incomplete?
6    A    Meaning, first of all, she did not
7 provided all of the data.  I think in my rebuttal
8 report, I have provided some instances.  But more
9 than that, she did not provide, for example, how
10 many votes each candidate got on the election day.
11 What she has provided is an aggregate based on her
12 estimate.  So -- so for me, if -- if I need to
13 verify the data, I had to start from the
14 beginning, meaning retrieve the data on my own,
15 and then see what data she has, and then go from
16 there.
17    Q    And the number of votes that each
18 candidate got on election day, that data is
19 publicly available; is that right?
20    A    That is correct.
21    Q    Through the Secretary of State?
22    A    That is correct.
23    Q    And when you say that data was missing,
24 do you mean the number of votes that each
25 candidate got?  Was there other data that was

32

1 missing in your view?
2    A    In -- in my rebuttal report, I have
3 provided some specific instances where some
4 particular columns were missing.  But in general,
5 what was missing broadly was how many words each
6 candidate got on the election day.
7    Q    Understood.  Great.  Dr. Solanky, are
8 you familiar with the concept of racially
9 polarized voting?
10    A    I am.
11    Q    And how would you define it?
12    A    Now, racially polarized voting is, when
13 based on race, the votes tend to be biased towards
14 a particular candidate.
15    Q    What do you mean by biased towards a
16 particular candidate?
17    A    Meaning -- let me give you an
18 illustration.  For example, more whites voting for
19 a Republican; that could be polarization.
20    Q    And could -- understood.  And why would
21 that be an example of polarization?
22    A    No, that is the -- that is my
23 understanding of polarization.
24    Q    How did you come to that understanding?
25    A    Reading the reports in general.

33

1  Q   Did you do any independent research on
2  racially polarized voting?
3  A   No, I read, like, quite a bit of what's
4  out there on internet to familiarize with myself
5  -- myself with the terms being used in -- in this
6  case.
7  Q   And to your knowledge, how do you
8  analyze racially polarized voting?
9  A   Now, one way is to look at the data,
10 and -- and see the voting patterns, and -- and --
11 and -- and that has been the subject of, I think
12 even Dr. Handley's report and my report as well.
13 So -- so looking at the voting data for elections
14 and then estimating the voting patterns by race.
15 Q   And when you say voting patterns by
16 race, what do you mean by that?
17 A   Meaning who are white voters voting for
18 in general, who are black voters voting for, who
19 are other voters voting for.  So -- so that is the
20 broad meaning of voting pattern by race.
21 Q   And when you say who are black voters
22 voting for, do you analyze black voters against
23 other black voters to get -- get a gauge on who
24 black voters in general are voting for?
25 A   I don't understand.  You are -- I -- I

34

1  think you said black voters against other black
2  voters?
3  Q   Meaning if you want to get a sense of
4  who white voters are voting for, how do you get to
5  that number?
6  A   So -- so -- so if you look at the work
7  I -- I did last year, I did quite a bit of
8  regression modeling.  And in this work which I
9  have submitted now, I have looked at some EI
10 modeling, which, again, they are same ideas,
11 different methodologies.
12 Q   And why would you choose EI modeling
13 over regression modeling in analyzing voting data?
14 A   Now, in some sense, EI modeling is more
15 precise.  It can get to the answer in a more
16 concrete way, but if you want to look at the
17 trends, regression models can -- if you look at my
18 reports from last year, the trends were very
19 clear, even looking at the regression models.
20     So -- but -- but overall, EI models are
21 more precise, meaning they -- they give you a
22 precise number, as opposed to a regression model,
23 which describes, in general, what is happening.
24 Q   To your knowledge, and I understand
25 that you're not a lawyer, but to your knowledge,

35

1  what is your -- what is the relevance of analyzing
2  racially polarized voting in assessing a case
3  brought under the Voting Rights Act?
4     MS. RIGGINS:  Objection.  You can
5  answer.
6  A   Now, what you said is right.  I'm not a
7  lawyer, and so -- so it's -- the way I look at it
8  is to understand how people are voting.
9  Q   So prior to this report, have you ever
10 used EI to analyze voting patterns?
11 A   Like what I told you earlier, the --
12 the work I had done in 2012 for this -- for which
13 I used a regression modeling to understand -- to
14 formulate EI, now, I did quite a bit of even EI
15 modeling there, but then what was standing out was
16 reporting it be -- using the regression model.
17 And in particular, in that work which I had
18 submitted, I had not looked at percent-level data.
19 And -- please, let me finish.
20 Q   Oh, no, I'm so sorry, Doctor.
21 A   And so -- so -- so I had looked at -- I
22 had not looked at percent-level data then, so it
23 was more appropriate to do regression modeling.
24 But even -- even with those state-level data, I --
25 I did some EI modeling.

36

1     And like I -- what I told you earlier,
2  EI modeling is a very commonly used tool.  So even
3  though I may not be reporting on it, but it's a
4  tool out there which you can use to gather some
5  information, and then you -- what approach you
6  adopt could be different, so --
7  Q   And just to be clear, what you're
8  describing, the regression analysis work that
9  you've done, that was in 2022; correct?
10 A   That is right.
11 Q   In connection with the congressional
12 case?
13 A   That is right.
14 Q   And that's the Robinson case --
15 A   Right.
16 Q   -- I believe?
17     So let me rephrase the question.
18     Prior to this report, have you ever
19 based an expert report centered on voting data on
20 the use of EEI -- on the use of EI?
21 A   Now, let me start with the -- what I
22 said before.  Now, EI is a very commonly-used
23 tool, and -- and there was a case which was like
24 10, 15 years ago, where I was looking at some of
25 the, not voting patterns, but looking at the --

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

10 (37 to 40)

37

1  the people who could be -- who are on the voter
2  registration list.
3      I might -- I think I did some EI work
4  just to familiarize myself with -- based on the
5  aggregate data, to get some inner idea about the
6  individual-level data, but I -- just to
7  familiarize myself. So -- so I think your answer
8  -- question was, have I used? Yes. Have I
9  explicitly written it in a report? Probably no.
10     Q  Yes, because here, you explicitly cover
11 EI analysis as the basis of your report; right?
12     A  Correct.
13     Q  So before this report, you have not
14 used EI analysis as the center of a report where
15 you're submitting -- a -- a report dealing with
16 voting data and the analysis of voting data?
17     A  I'll agree with that statement.
18     Q  Dr. Solanky, are you familiar with the
19 term, crossover voting?
20     A  Can you explain that to me?
21     Q  I cannot, but I'm asking you if you're
22 familiar with the term.
23     A  I've heard that term, crossover voting,
24 meaning people are crossing over to vote.
25     Q  What does that -- what is -- what do

38

1  you mean by crossing over to vote?
2      A  You know, to -- first of all, as a
3  phrase, I explained what that phrase means to me,
4  but if you're looking for some illustration, for
5  example here, you could have black voters voting
6  for a Democrat, and you can think of black voters
7  voting for a Republican as a crossover.
8      Q  So white voters voting for a democrat
9  would be crossover voting, in your view?
10     A  It depends.
11     Q  What does it depend on?
12     A  It depends on what the norm is.
13     Q  And when you say, what the norm is,
14 what do you mean by that?
15     A  When you are using the phrase,
16 crossover, you'll have to be specific, crossing
17 over from what to what? And -- and that would
18 define the word, crossover.
19     Q  Understood. Do you analyze the concept
20 of crossover voting in your report?
21     A  I have -- based on the definition I
22 illustrated, I have quite a bit.
23     Q  And what's the relevance of -- of
24 crossover voting, as you understand it --
25     A  The purpose --

39

1      Q  -- to your report?
2      A  -- was to understand who black voters
3  are voting for, who white voters are voting for,
4  and I have given you a complete picture, given you
5  -- I'm sorry, in my reports, I have provided the
6  complete picture of those voting patterns.
7      Q  And -- and when you say, a complete
8  picture of the voting patterns, I just want to get
9  an understanding of what that means.
10     A  A complete picture, meaning black
11 voters voting for Democrat, black voters voting
12 for Republican, white voters voting for Democrat,
13 white voters voting for Republican, and -- and I
14 might have done that.
15     I know I did that for even others, but
16 I don't know whether that's -- I'll have to review
17 if I included those columns in my appendices or
18 not.
19     Q  Understood. And prior to this report,
20 have you ever done a statistical analysis of
21 crossover voting, as you understand it?
22     A  Probably not. Probably not in a legal
23 setting, but what I told you earlier, EI is a very
24 commonly used statistical model. In my classes, I
25 routinely bring up EI modeling, teach EI modeling,

40

1  and -- and I -- and I used quite a bit of election
2  data to illustrate.
3      Q  But this is the first time that you're
4  citing EI modeling in connection with an election
5  -- in -- in connection with election data in -- in
6  an expert report?
7      A  That is correct.
8      Q  And, again, Dr. Solanky, I know that
9  you're not a lawyer. Are you familiar with the
10 preconditions in the Gingle Supreme Court case?
11     A  I have read them.
12     Q  Do you have any recollection of what
13 they are?
14     A  I would rather not recollect.
15     Q  And do you have any familiarity with
16 the term, cohesive voting?
17     A  Now, I have read that term, and -- and
18 what's your question?
19     Q  Do you -- do -- do you have a sense --
20     A  Now --
21     Q  -- of what that means?
22     A  -- I have a sense of what it means.
23 Cohesive mean -- voting means people voting
24 cohesively.
25     And what does that mean to you?

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

41

1    A    Meaning black voters voting for a black
2  candidate as a group.
3    Q    And how do you analyze whether voters
4  are voting cohesively?
5    A    Now, I'll -- I'll stay away from the
6  word, whether voters are voting cohesively or not.
7  I would rather look at the entire picture and --
8  and produce the percentages scientifically that
9  this is happening.
10        What you consider as cohesive or not,
11 that could change from -- how somebody looks at
12 it, so -- so I -- I would rather not characterize
13 a number, saying that this is cohesive, this is
14 not.
15        The -- the better idea would be to
16 present all of the picture out there, and -- and
17 then somebody can draw his or her own conclusions
18 based on that.
19    Q    Understood.  Did you analyze whether
20 voting patterns in Louisiana of black voters are
21 cohesive in your report?
22    A    Again, I have presented the entire
23 picture, and I'm not making any opinion on what is
24 cohesive, what is not.
25    Q    Did you analyze whether black voters

42

1  are -- tend to vote together in your report?
2    A    Now, I have provided in my report every
3  -- what the data says.
4    Q    And in -- in general, what does the
5  data say?
6    A    In general --
7    Q    We'll go through it specifically later.
8    A    Okay.  Please ask me your question
9  again.
10    Q    Oh, sure.  In general, what does the
11 data say about the trends of black voters?
12    A    So, in general, black voters tend to
13 vote for a Democratic candidate.  In general.
14    Q    Do they tend to vote together?
15    A    Let me complete that first answer.
16    Q    Oh, I'm so sorry, Doctor.
17    A    I'm sorry.  That's okay.
18    Q    That's okay.
19    A    I mean -- yeah, please don't apologize.
20 So -- so in general, black voters vote for
21 Democrat candidates, in general, but there could
22 be instances when they don't.  And the next
23 question you asked me was?
24    Q    That was the question I asked.
25    A    Okay, okay.  Sorry.

43

1    Q    No, please.  Okay.  And, Dr. Solanky,
2  do you have any sense of what it means to say that
3  a group of votes -- a group of voters vote to
4  defeat a candidate of choice as a block?
5    A    And -- and -- and -- and -- and that is
6  -- again, I have opined upon in my report.  So if
7  you look at, say, white voters, and they are all
8  voting as a block in favor of a candidate, so that
9  could be an instance when they're voting as a
10 block, and the -- if they're voting as a block,
11 the outcome is understood that some candidate is
12 going to win based on their vote -- block voting,
13 some candidate is going to lose.
14    Q    So you would say that block voting
15 indicates that a certain candidate is going to win
16 an election?
17    A    It depends on the size of that block
18 voting, yes.
19    Q    And in general, how big of a block --
20 to your understanding, how big of a block does it
21 take to win an election?
22    A    That that's a very good question.  It
23 depends.
24    Q    What does it depend on?
25    A    It depends on how people are voting.

44

1    Q    Okay.
2    A    So -- so in some precincts, for -- in
3  some parishes, for example, depending on how many
4  -- say you have a candidate X.  Depends on how
5  many candidate X votes the candidate is getting
6  from Democrats, from whites, from blacks.  It
7  depends on all that.  So -- so -- so that's a very
8  good question in the sense, it depends.
9    Q    Generally, how many -- how -- how --
10 what percentage of votes is required to win an
11 election?
12    A    Fifty percent, if that is what you're
13 asking me.  So in a two-candidate, it's obvious,
14 but in a primary, it's 50 percent.
15    Q    Are you familiar with the term,
16 conjoined polarization, Doctor?
17    A    No, I'm not.
18    Q    And in your report, did you analyze
19 whether a voter's race can be an explanation for
20 their party affiliation?
21    A    Yes, I have.
22    Q    You explain -- you analyze whether it
23 can explain their party affiliation?
24    A    No, that's -- is that what your first
25 question was --

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

45

1    Q   Yes.
2    A   -- explain?  I missed that word,
3  explain.
4    Q   That's okay.  So in your report, just
5  to be clear for the record --
6    A   Yeah.
7    Q   -- do you analyze whether a voter's
8  race can be an explanation for their party
9  affiliation?
10   A   I'm not providing any explanations as
11 to why somebody's a Democrat or somebody's a
12 Republican, but I have provided extensive data to
13 show what percentage of blacks are Democrats, are
14 Republican, and so on.
15   Q   And in your report, this -- you may
16 answer it the same way, but I just have to ask
17 both questions for my own sync.
18       In your report, do you analyze whether
19 race and party affiliation are complementary,
20 non-competing explanations for voting patterns?
21   A   I don't understand the question.
22 You'll have to explain the question to me.
23   Q   Sure.  So do you assess whether race
24 and party can explain whether -- let me see this.
25 I'm just trying to think of a different way to --

46

1  to assess that question.
2        Do you analyze whether race and party
3  affiliation can be complementary explanations for
4  voting patterns?
5    A   You'll have to explain more.  What does
6  complementary explanation means?
7    Q   Well --
8        MS. RIGGINS:  (Indiscernible.)
9        MS. GIGLIO:  Okay.
10   Q   Well, so I think if -- if we don't
11 understand the question, we can just move on.
12 It's -- it's fine.
13   A   If you can give me an illustration and
14 simplify --
15   Q   Sure.
16   A   -- what you mean, then I would love to
17 --
18   Q   Sure.
19   A   -- answer that.
20   Q   So it's -- the question is whether the
21 fact that someone is black, and a Democrat may
22 complement the understanding of why they vote a
23 certain way, as opposed to compete with one
24 another.
25   A   Let me answer the first part.  Black --

47

1  now, if you look at the -- my report, I have
2  extensively quantified that -- that most of the
3  blacks tend to be registered as Democrat, and why,
4  I would not get into that.  Am I answering your
5  question?
6    Q   I think that that's fine.
7    A   Okay.
8        MS. GIGLIO:  This is actually a great
9  place to take a little break, if everybody is okay
10 with that.  So we can take, like, five minutes,
11 just to water and --
12       Alyssa, just, like, Wednesday, this
13 room is yours.
14       (Whereupon, a recess was taken.)
15       THE REPORTER:  Back on.
16       MS. GIGLIO:  Great.
17 BY MS. GIGLIO:
18   Q   So, Dr. Solanky, I'd like to turn to
19 Page 4 of your report, which is Section 2.
20   A   Yes, I'm here.
21   Q   I'm looking specifically at Table 1,
22 where you list a number of elections that you've
23 assessed for purposes of Section 2.
24       Is that -- are these the 12 statewide
25 elections that you analyzed?

48

1    A   These are not the elections; these are
2  the election dates.
3    Q   Sure, election dates.  So why did you
4  select these 12 dates out of the -- the dates that
5  were available?
6    A   It's -- it's my understanding that I
7  was provided data only on these 12 election dates.
8  They -- they --
9    Q   So you only received data for these 12
10 dates?
11   A   Let me explain.  So these are the 12
12 election dates, and there could have been more
13 elections on these dates than 12, but this is the
14 universe of all the election dates for -- for
15 which I was provided the data from the Secretary
16 of State.
17   Q   Understood.  So you selected these
18 election dates because that was -- those were the
19 elections -- those were the only elections that
20 you received data for?
21   A   Those were the only election dates for
22 which --
23   Q   Correct.
24   A   Yeah, correct.
25   Q   My apologies.

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

49

1  A  Okay.  That --
2  Q  Those were the only election dates that
3  you received data for; is that right?
4  A  Correct.
5  Q  So can you tell me a little bit about
6  the analysis that you conduct in Section 2A of
7  your report?
8  A  Sure.  So if you look at the Table 1,
9  I'm looking at the election date starting in 2012,
10  which I believe was the presidential election
11  date, and then -- and I looked at all the election
12  dates which I had access to.  And -- and -- and
13  this is based on voter-level data, meaning I could
14  count how many registered voters were registered
15  as Democrat, how many were registered as
16  Republican, how many were registered as other.
17       And -- and if you look at these
18  numbers, if you look at the -- say, the third
19  column, which is registered Democrat voters, there
20  are 1.43 registered Democrats in 2012.  And if you
21  eyeball the third column, what you see is a steady
22  decrease, so from 1.43 million, it came down to
23  1.192 million, so the registered voters have
24  steadily decreased over the time in Louisiana.
25  And if you look at the fourth column, registered

50

1  Republicans have steadily increased over time.
2  And -- and -- and if you look at the other -- the
3  other columns, that sort of stays stable, and --
4  and then I have provided the percentages.
5       If you look at the very last column, so
6  I'm providing a -- a summary, meaning, how many
7  more Democrats registered are -- were there on
8  those election dates compared to registered
9  Republicans?  So for example, in 2012, when we had
10  presidential elections, there were 20.8 more
11  registered Democrats than Republicans.  And -- and
12  if you look at this number, that steadily
13  decreases from 20.8, it came down to 19, da-da-da.
14  Eventually, it came down to 6.2 percent.
15       So that shows you an overall picture of
16  registered voters by party affiliation, that
17  Democrats are decreasing in count, Republicans are
18  decreasing -- increasing in count, and the
19  disparity which existed at 20 percent, literally
20  21 percent in 2012, has come down to 6.2 percent.
21  So -- so that's the summary, and I have also
22  picturized it here in Figure 1 one on the next
23  page to see the trend.
24  Q  And how is this trend relevant to
25  studying voting patterns?

51

1  A  Now, any voting pattern we are
2  studying, we have to take into account who is
3  voting, and -- and this gives you some idea about
4  who the registered voters are.  Very high
5  probability, a person registered as a Democrat
6  would vote as -- for a Democratic candidate, just
7  based on common sense.
8       It's not an absolute rule, but
9  Democrats generally vote Democrat candidates,
10  Republicans generally vote Republican candidates.
11  This gives you an underlying picture of who the
12  registered voters are and how that has changed
13  over the number of years.
14  Q  And how does this trend -- this is a
15  statewide assessment; is that right?
16  A  That is right.
17  Q  So there are no precincts or parishes
18  mentioned in this section?
19  A  This is a statewide trend for the
20  entire Louisiana.
21  Q  So how is statewide data useful in
22  assessing voting patterns in particular areas of
23  Louisiana?
24  A  As a -- as a scientist, before we look
25  into anything in particular, you cannot ignore the

52

1  overall picture, and this gives you an overall
2  picture.
3  Q  Why is the overall picture relevant
4  here?
5  A  The overall picture is always relevant,
6  because all the parishes' precincts, you're
7  looking at it are subset of this data.
8  Q  And how -- so how is statewide data
9  relevant in assessing whether there's racially
10  polarized voting in Louisiana?
11  A  Now, you're asking me a question about
12  conclusion, and I'm telling you that any study you
13  carry out has to look at who you're looking at.
14  So what we are looking at here is the state of
15  Louisiana, where the number of Democrats are
16  decreasing, number of Republicans are increasing.
17       And -- and if -- if someone is
18  interested, you could look at -- even at -- at a
19  parish level, or even a precinct level.  So -- so
20  it depends on if somebody wants to do a correct
21  job, a thorough job.  This is something where I
22  would start.
23  Q  So what conclusions can you draw from
24  the increase in Republican registrations?
25  A  And -- and I said a few seconds ago

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

53

1  that over the years, the number of Democrats who
2  are registered, the number of voters who are
3  registered as Democrats, has decreased.  Number of
4  voters who are registered as Republicans have
5  increased.
6       And in 2012, for example, there were
7  20.8 more registered Democrats than Republicans,
8  and that number is steadily coming down,
9  decreasing to 6.2 percent in 2022.
10      Q   And what factors do you think
11 contributed to the decrease?
12      A   Now, in this part of the report, I'm
13 not producing any factors.  I'm just summarizing
14 what is happening, so --
15      Q   So you just presented the numbers?
16      A   I just presented what is happening in
17 -- in the State of Louisiana, the overall picture.
18      Q   Okay.  So let's turn to Section 2B of
19 the report.  Can you tell me a little bit about
20 the data, the analysis that you've conducted here
21 in Section 2B?
22      A   Yes.  Give me one second.  So -- so
23 before I summarize this Table 2, let me just come
24 back to Table 1, and then I'll come to -- so in
25 Table 1, I looked at registered voters, but using

54

1  the Secretary of State data, I even also know that
2  who voted, who did not.
3       So now, I'm looking at only the people
4  who voted in a particular -- on a particular
5  election day.  For example, if you look at the
6  first row of the data, which is for 2012, 997,987
7  Democrats voted on that particular election day,
8  and if you come down to the last row, which is on
9  the next page, the Democrats who voted in 2022 was
10 548,747.  And -- and so -- so -- so this is who
11 actually voted on those election dates, and I have
12 column three, Democrats, column four, Republicans,
13 column five is the others, and then to get a
14 proper handle on what is happening.
15      In the very last column, I'm looking --
16 presenting the disparity, that how many more
17 Democrats are voting compared to Republicans.  So
18 for example, in 2012, that's the first row of the
19 data, there were 18.6 more Democrats who voted on
20 that particular election day, so there were 18.6
21 more Democrats who voted than Republicans, whereas
22 in 2022, which is the last column, it has flipped.
23 Now, there are more Republicans.  There are 3.0
24 more percent Republicans who are voting.
25      So -- so -- so if you look at the --

55

1  the very clear trend, very clear trend in terms of
2  people who are are actually coming out to vote,
3  there were more Democrats voting in 2012; that has
4  been steadily decreasing.  And then in 2022 Senate
5  elections -- but then in -- in '22 -- in 2022
6  election date, when we had Senate elections, there
7  were more Republicans who actually voted in that
8  election.
9       Q   And, again, how is this statewide
10 analysis and these statewide trends relevant to
11 your analysis of Dr. Handley's Report and the
12 enacted maps?
13      A   Very relevant.  If you're looking at a
14 parish, or groups of parishes, or precincts, this
15 is the overall trend.  So -- so if I was doing the
16 analysis for a particular parish -- parish or
17 regions, this is what I would look at, that what
18 is happening in this region, what is happening in
19 that parish.  So this is the overall for the
20 state, but if you want to focus on a small area,
21 this is where I would start.
22      Q   So you would start with the state?
23      A   I would start with the state, and then
24 if you want to understand what is happening in
25 subarea, which will be a subset of this data, you

56

1  can look at -- by the parish or region, and that
2  gives you a complete picture.
3       So if you just look at the data and say
4  that this is -- this voting is happening, that
5  voting is happening, that gives you an incomplete
6  picture.  First, you have to see who all are
7  voting.  If more Republicans are voting, then of
8  course, there would be more votes for a Republican
9  candidate, just as a common sense.
10      Q   In a statewide election?
11      A   Let -- let me add to that.  So I am
12 looking at statewide elections, but the method
13 which I am proposing is true in general.  It --
14 you could look at even for a non-statewide
15 election.
16      Q   Okay.  So -- so when you were putting
17 these charts together, did you look at data that
18 was specific to each parish?
19      A   So this data is aggregate of all the
20 parishes.
21      Q   Understood.
22      A   Okay.
23      Q   And the -- so you observed that the
24 trend -- the trend that you've described in this
25 chart is related to the number of Democrats,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

15 (57 to 60)

57

1 Republicans, other, but really, the comparison of
2 Democrats and Republicans, who actually voted in
3 these statewide elections; correct?
4     A  In Table 2.
5     Q  Yes, in Table 2.  And your -- as you
6 described it, your observation was that the number
7 of voters -- the number of Democrats who voted in
8 statewide elections trended down from 2012 to
9 2022; is that right?
10    A  That is right for these 12 election
11 dates.  And -- and these are not estimates, these
12 are hard numbers.  So -- so every number that I
13 have here, there's a human being who actually
14 voted that particular day, or not voted, and that
15 data was provided by the Secretary of State to us.
16    Q  And so -- and -- but in -- like in
17 Table 1 in Section 2A of the report, you don't
18 render any conclusions or observations about why
19 this trend is happening; correct?
20    A  Correct.  I'm not providing any reason
21 why it is happening; I'm just making it very clear
22 that it is happening.
23    Q  Okay.  So moving to Table 3 in Section
24 2C of your report, can you describe the analysis
25 that you conducted here?

58

1     A  So in Table 3, I'm looking at a -- a
2 combination of the party affiliation and the race,
3 and -- and that is what I have summarized.  And --
4 and -- and so -- so if you look at the third
5 column, here, I'm reporting, based on those 12
6 election dates, how many voters were registered,
7 and they -- they were white and Democrat, for
8 example, in third column.
9        And -- and if you look at the trend, in
10 2012, there were 658,172 who were registered white
11 and Democrat, and this number has steadily
12 decreased.  And in 2012 -- 2022, that number came
13 down to 422,337.  So registered white Democrats
14 have decreased steadily.  In the next column, I
15 have registered black Democrats, and that number
16 hardly shows any trend.
17        So -- so in Louisiana, over all these
18 10 years, registered white Democrats have
19 decreased, registered black Democrats have stayed
20 somewhat similar, but looking at the next column,
21 which is the fifth column, registered white
22 Republicans has steadily increased, and registered
23 black Republicans, that has stayed about the same.
24        And -- and then in the next step, if
25 you look at the Page number 9, a -- a very clear

59

1 trend.  A very clear trend.  You can see that a --
2 a red line is registered white Republican, the --
3 and the percentage of them, that is steadily going
4 up.  The registered white Democrat, which is the
5 blue line, steadily going down.  And -- and if you
6 look at the third one, which is registered black
7 Democrat, that -- that stays sort of horizontal.
8 So -- so this helps you see an overall trend of
9 registered voters by their party affiliation.
10    Q  Understood.  And in analyzing this
11 data, again, did you review you -- parish-level
12 data when you put together this chart?
13    A  Now, this chart is for the entire
14 Louisiana, but the -- as I said earlier, if
15 somebody is interested in a small region, they
16 could subset and look at part of this data.  But
17 generally, we start with the overall picture.
18    Q  Understood.  And I just want to look at
19 some of these percentages very quickly.  So when
20 you calculated the percentage of white Democratic
21 voters, is this compared to all voters in
22 Louisiana?
23    A  This is compared -- so this is --
24 right.  I'm not understanding your question.
25    Q  So let -- I'll use an example if that

60

1 helps.
2     A  Okay.
3     Q  So you say in 2012, 22.2 percent of all
4 voters are registered white Democrats; is that
5 right?
6     A  Right.
7     Q  Okay.  And 24.7 percent of all voters
8 are registered black Democrats.
9     A  Right.
10    Q  25.6 percent of all voters are
11 registered white Republicans.
12    A  Right.
13    Q  And 0.8 percent of all registered black
14 voters --
15    A  Right.
16    Q  -- are -- or excuse me, of all
17 registered voters are black Republicans.  That's
18 right?
19    A  Correct.
20    Q  Okay.  So the baseline used here is all
21 voters?
22    A  All voters, right.
23    Q  Got it.
24    A  And you can verify these percentages
25 don't add up to hundred percent.

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

---

61

1    Q    Uh-huh.  And why is that?
2    A    Because the -- I -- I'm not tabulating
3    others.  So there could be others.  Democrat
4    others, blacks others, white, and --
5    Q    There could be -- well, not -- oh,
6    other black, other white.  Yep.  And there -- and
7    there could also be unregistered voters; is that
8    right?
9    A    And there could be unregistered voters.
10   Q    And you've --
11   A    There could be unregistered as a
12   Democrat or Republican.  Those would be others.
13   Q    Uh-huh.
14   A    I still don't -- under -- what do you
15   mean unregistered voters?
16   Q    Oh, I -- I mean, the voters who don't
17   affiliate with a political party.
18   A    That would be others.
19   Q    Yeah.  Understood.  So -- thank you for
20   the clarification.  I appreciate that.
21   A    I'm sorry.
22   Q    Don't apologize, please.
23   A    I'm just -- I'm just following the same
24   language.
25   Q    It helps me.

---

62

1    A    Yeah.
2    Q    So -- so you've observed trends down,
3    as you said, in registered white Democrats and
4    trends up in registered white Republicans; is that
5    right?
6    A    Correct.
7    Q    But, again, you don't make any
8    conclusions about why these trends are occurring;
9    is that right?
10   A    Correct.
11   Q    Okay.  Great.  So now let's move to
12   Section 2D of your report.  Can you describe this
13   analysis for me?
14   A    So in Table 3, which we just looked at,
15   we were looking at only registered voters by race
16   and party affiliation.  In Table 4, I'm looking at
17   race and party affiliation of people who actually
18   went out to vote.  So these are the actual voters
19   who -- who -- who turned up on that particular
20   date to vote.  And -- and that has been summarized
21   in this table.
22   Q    Understood.  And what observations do
23   you make about the trends, the statewide trends,
24   in voters who actually voted here?
25   A    The trends are very similar to Table 3.

---

63

1    And if you look at, for example, the third column,
2    which is how many people who voted and are white
3    Democrats, they're white and registered as
4    Democrat, that number was 456,162 in 2012.  And
5    that number comes down to 223,075 in 2022.  A big
6    drop, literally half.
7        So the white Democrats who were voting
8    in earlier years, those are no longer there voting
9    in late -- latter elections.  Let's look at the
10   next column, which is black Democrat voters.  And
11   -- and -- and that fluctuates a bit, but overall
12   trend shows that even that number is going down.
13   All right?  And -- and -- and in a way, when I say
14   that I have one eye on figure four, and I'm
15   looking at this green line.
16   Q    Sure.
17   A    Sort of if you look at figure four,
18   look at the green line sort of fluctuates around,
19   but it seems that it sort of has decreased after a
20   point.  And there are some points, which it goes
21   up and down.  But what is very clear is the other
22   two lines.  First is white Republican.  That has
23   steadily increased.  So -- so if you look at the
24   state of Louisiana, white Republicans who are
25   voting, their percentage is increasing over the

---

64

1    years.
2        If you look at white Democrats who are
3    voting, and that's the blue line in figure four,
4    that percentage shows a steady decline.  So -- so
5    people -- so -- so if you look at a particular
6    race, election on -- on these particular dates,
7    the trend is very clear that the white Republicans
8    are more in number during those election dates,
9    steadily increasing over the number of years.
10   White Democrats are steadily decreasing.  So -- so
11   if you're counting the number of votes a Democrat
12   is getting, that has to be related to who are
13   showing up to vote.
14   Q    Understood.
15   A    So -- so -- so that is the overall
16   trend over the years.
17   Q    And to be -- just -- just for my sake,
18   Dr. Solanky, again, how is this statewide data
19   relevant to the analysis of the districts and the
20   areas of the map that are in discussion today that
21   are the subject of this lawsuit?
22   A    Now, if you're looking at a region or a
23   district and -- and -- and you're interested in
24   knowing the votes candidates will get, that is a
25   function of what is happening in Louisiana.  So I

---

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

65

1  presented the overall picture. Any proper study
2  has to -- if you want to study a region, you would
3  look at this chart and maybe just focus on
4  whatever region to see what is happening.
5       So -- so assuming that same number of
6  voters have been there over these years, and I
7  could pull in results from ten different election
8  dates, that would be misleading because a lot has
9  changed over those ten election dates.
10     Q   And to -- to be clear, and we'll go
11 through this in the latter half of your report,
12 there is regional data available.
13     A   That is right. And I'm answering your
14 question, which you asked me. That if you want to
15 look at a region, you cannot deny the fact that
16 over the years there is a trend, and that trend
17 also dictates whether you can pull in results from
18 different election dates or not. Why? Because
19 there are different voters voting on those 12 --
20 10, 12, whatever election dates.
21     Q   Understood. Okay. And again, just to
22 go through these percentages, when you look at
23 22.6 percent of white Democratic voters, that's
24 out of all voters in Louisiana?
25     A   That is correct.

66

1      Q   And black Democratic voters is 25.8
2  percent. That's out of all voters in Louisiana?
3      A   Correct.
4      Q   White Republican voters, for example,
5  in 2012, is 29.3 percent of all voters in
6  Louisiana?
7      A   Correct.
8      Q   And black Republican voters, that's 0.6
9  percent out of all voters in Louisiana; correct?
10     A   Correct.
11     Q   Now we said earlier in talking about
12 assessing racially polarized voting, you assess
13 who white people are voting for and who black
14 people are voting for; is that right?
15     A   Okay.
16     Q   Is that right? I'm asking.
17     A   Right. Are you paraphrasing what I
18 said? Or --
19     Q   If you'd like to correct it or say
20 something --
21     A   No. But --
22     Q   Yes, I'm paraphrasing what you said
23 earlier.
24     A   You have a question coming up --
25     Q   Well --

67

1      A   Please continue.
2      Q   Sure. So if you -- could you describe
3  what you assess when you assess racially polarized
4  voting again for me?
5      A   Now, in general, not true for all the
6  precincts, not true for all the parishes. In
7  general, white voters vote Democrat. In general,
8  black voters -- republican vote -- so white voters
9  in general vote Republican, but not true for every
10 precinct, not true for every parish. If you look
11 -- if you aggregate everything, that is the trend.
12 But the trend changes in certain parishes, in
13 certain precincts within those parishes.
14     Q   So again, when you're assessing
15 racially polarized voting, do you assess -- what
16 do you assess in general?
17     A   In general, what I just now said. In
18 general --
19     Q   Well, Dr. Solanky, just to be clear,
20 what you just said was a conclusion, which is that
21 white people tend to vote for Republicans; is that
22 right?
23     A   And -- and that is what I'm concluding.
24     Q   Correct. So when you -- when you got
25 to that conclusion, what did you assess?

68

1      A   I really don't know what you're asking
2  me now.
3      Q   When you approached analyzing racially
4  polarized voting, IE, who white people vote for
5  versus who black people vote for, what did you
6  assess?
7      A   And -- and that is what I was telling
8  you. That in general, white people vote
9  Republican, but there are parishes where they
10 don't. There are precincts where they don't. In
11 general, black people -- voters vote Democrat, in
12 general. But there are some instances where they
13 don't.
14     Q   So let me rephrase the question Just to
15 be clear. When you're conducting -- when you
16 conducted this analysis, you assessed who white
17 people vote for; is that right?
18     A   This analysis means these four tables
19 we have gone through or just overall my --
20     Q   Well, in this table that we are looking
21 at right now, you analyzed who white people voted
22 for; is that right? In part?
23     A   No, no, no. No. I did not say who
24 they voted for. I'm just --
25     Q   Well, which party they voted for.

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

---

69

1      A   I'm not even saying that.  I'm just --
2   in this table, I'm summarizing who showed up to
3   vote.  I have made no statement why they voted for.
4      Q   Okay.  So what you are saying is white
5   Democratic vote -- people who were registered to
6   vote who are white and registered as Democrats
7   voted on that election day?
8      A   That is correct.
9      Q   You are not saying that they voted for
10  a particular candidate.
11     A   Absolutely correct.  And let me also
12  say it in my words.
13     Q   Sure.
14     A   So in these tables, I'm just looking at
15  the voter data, who showed up to vote, who was
16  registered to vote, what their party affiliation
17  was, what their race was.  And -- and here, I'm
18  not talking at all about who they voted for, a
19  Democrat or a Republican.  I'm just summarizing
20  that in general, the white Democrats -- so -- so
21  in general, the white Democrats have decreased.
22  The black -- white Republicans have increased who
23  they are voting for.  I'm not talking about that
24  at all here in this table.
25     Q   Okay.  So how are the trends in who

---

70

1   shows up to vote relevant to assessing racially
2   polarized voting?
3      A   Now, you know, we have talked about
4   this.  That in general, you're asking me to look
5   at what I have here and you're asking me how could
6   I project it onto racially polarized voting.  And
7   that's what I'm doing.  So, in general, black
8   voters would vote for Democrat.  In general, white
9   voters would vote Republican.  In general, the
10  white voters who are registered as Republican
11  would vote Republican.  In general, the white
12  voters who are registered as Democrat would vote
13  Democrat.
14     Q   Okay.
15     A   And those two numbers have shown a big
16  change.  So the -- the white voters who are
17  registered as Democrats, who are likely to vote
18  for Democrat has decreased steadily.  And black --
19  white voters who are registered as Republican and
20  are more likely to vote as Republican, that number
21  has increased.
22     Q   Understood.
23     A   So I'm just giving you a context of how
24  they are related.
25     Q   Sure.  So as a statistician, in

---

71

1   comparing the trends of white voters, would you
2   generally compare the number of white -- the
3   number of white Democrats against the number of
4   white voters?
5      A   You know, you can compare any two
6   things.  It depends on what you're trying to look
7   at.
8      Q   Sure.  So if you're trying to look at
9   how white voters are tending to vote.
10     A   So let me clarify again.  In these
11  tables, I'm not talking about how they're voting.
12     Q   Oh, sure.
13     A   So you're looking at these tables, but
14  you're asking me to answer a different questions,
15  how would they vote.  That's -- please ask the
16  question.
17     Q   Again.  Sure.  So if you're trying to
18  gauge how many white voters are voting in
19  elections, how many registered white voters are
20  voting in elections, what would you compare?
21     A   This data which I have here.
22     Q   Would you compare white voters against
23  all voters, or would you compare white voters
24  against white voters?
25     A   You know, the -- you -- you can compare

---

72

1   any percentage you want to compute.
2      Q   Okay.
3      A   In these tables, I -- I looked at the
4   total voters who voted and what percentage of them
5   happened to be black and happened to be
6   Republican.  If you want to cross tabulate
7   differently, you're welcome to.
8      Q   Sure.
9      A   There are so many ways you can cross
10  evaluate that data.
11     Q   Understood.  So let me just take a
12  quick look at appendix -- let's see.  We'll look
13  at Appendix 4 of your report.  That's Page 48.
14     A   Okay.
15     Q   Sure.  So just to clarify, this
16  appendix is title -- I think this is a typo.  So I
17  just want you to clarify this on the record.  This
18  is appendix for Estimates for White Voters Voting
19  for a Republican Candidate in 12 Statewide
20  Elections.  I'm looking at column five, which
21  says, Black voting Republican WV rep percent; is
22  that right?
23     A   Right --
24     Q   Is that meant to say white voting
25  Republican?

---

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

19 (73 to 76)

73

1    A    Right. So --
2    Q    Cool.
3    A    -- that's a typo.
4    Q    Totally understood. So these
5    percentages, you know, 83.9 percent, 80.9 percent,
6    81.9 percent, 45.6 percent, is that -- are you
7    measuring the number of whites voting Republican
8    against the total of white voters?
9    A    A number of comments.
10   Q    Okay.
11   A    Now this is not coming out of those
12   four tables we looked at?
13   Q    No, no, no.
14   A    First of all --
15   Q    No, no. I'm just asking for another --
16   A    Just -- just clarifying.
17   Q    -- another way of that you have
18   approached this analysis and other portions of
19   your report.
20   A    So -- so just to clarify, these numbers
21   are not coming out of those four tables. These
22   numbers are coming out based on specific elections
23   and based on EI modeling. And -- and -- and --
24   and -- and -- and -- and -- and relying on the
25   data, which was the data which Dr. Handley relied

74

1    upon --
2    Q    Yes.
3    A    -- and -- and -- and I -- I have
4    extensively talked about that data, its accuracy,
5    its correctness, what it represents and how much
6    bias there is. But nonetheless, just to -- to be
7    on the same page, I have relied on the data, and
8    this is based on that ecological inference
9    modeling.
10   Q    Yes. Understood.
11   A    And if you're asking me, what is that?
12   Yes. So -- so this is white Republicans vote --
13   voted for -- so this is black -- I'm sorry. White
14   voting Republican in that particular election in
15   entire Louisiana is 83.9 percent.
16   Q    Right. And is compared to out of all
17   white voters. I understand that it's a -- it's a
18   different methodology, but you're -- it's 83.9
19   percent of white voters; is that right?
20   A    That is right.
21   Q    Okay. So if we wanted to do a similar
22   comparison using the table in this chart, now I
23   understand it's --
24   A    Let me make a few more comments.
25   Q    Okay.

75

1    A    So just to be complete. So 83.9
2    percent of white voters voted for -- for
3    Republican and the remaining either voted Democrat
4    or other candidate. Okay. I just wanted to
5    clarify that.
6    Q    No. Thank you so much. So if we
7    wanted to -- again, this is approximate, but if we
8    wanted to compare white voters who showed up,
9    registered white voters who showed up to vote as
10   laid out in Table 4 with other white voters,
11   correct, not total Louisiana voters, you would
12   combine the percentages in column seven and column
13   nine, correct, to get your denominator?
14   A    Let's make sure you're right.
15   Q    Sure.
16   A    So -- so now we are not looking at
17   Appendix 4. You're looking at Table 4?
18   Q    I'm looking at Table 4.
19   A    Okay. I'm sorry. I was still looking
20   at Appendix 4.
21   Q    That's okay.
22   A    So let's go back to Table 4.
23   Q    Yeah, that's Page 10.
24   A    And -- and I will look -- and please
25   repeat your question.

76

1    Q    Sure. So if we wanted to look at the
2    total number of -- if we wanted to compare the
3    total number of white Democrats who showed up to
4    vote, correct.
5    A    Okay.
6    Q    With the total number of white voters
7    who showed up to vote as reflected on this table
8    with the understanding that others are not
9    represented here.
10   A    Okay.
11   Q    You would combine the numbers in white
12   Dem voters and white Rep voters; is that right?
13   A    No.
14   Q    Okay. Why not?
15   A    Now in Table 4, I have white Democratic
16   who are registered as Democrat in the table.
17   Appendix 4, I'm looking at all white voters.
18   Q    Right. Understood. I'm not -- I'm
19   focused on the numbers here just to -- to make a
20   different comparison than the one that you render
21   here.
22   A    But there's a big difference. So -- so
23   in Appendix 4, I'm looking at all white voters.
24   In Table 4, I'm -- I'm -- you're looking at only
25   the white voters who are voted as -- registered as

---

77

1  Democrat, the white voters who are registered as
2  Republican. And then there are categories of
3  white voters who are registered as other. So --
4  so all three of them put together would give you a
5  universe of all white voters and -- and that would
6  be part of this Table 4.
7    Q   Okay.
8    A   Number 83.9.
9    Q   Okay. Okay. So what you're saying is
10 if we wanted to compare the number of white
11 Democrats or right -- white registered Democrats,
12 who showed up to vote, looking at Table 4, not
13 Appendix 4, if we wanted to -- to get that figure
14 -- if we wanted to compare white voters with other
15 white voters as opposed to all voters, we wouldn't
16 be able to do that.
17   A   Let -- let me understand your question.
18 Give me one second. So if you wanted to look at
19 how white voters have voted and what's your --
20   Q   I'm just looking at criteria trends.
21   A   -- sub criteria?
22   Q   You are -- you are describing trends in
23 the -- the number of white and black voters
24 compared to -- or white and black registered
25 voters who showed up to vote.

---

78

1    A   Okay.
2    Q   Compared to all voters.
3    A   Okay.
4    Q   Yes?
5    A   And -- and what are you trying to do?
6    Q   Well, I'm trying to get a sense of the
7  number of white voters who showed up to vote
8  compared to the total number of white voters who
9  showed up to vote as opposed to all voters.
10   A   And this -- this --
11   Q   But -- but we can move on from this
12 point. It's fine.
13   A   These numbers are readily available in
14 the dataset.
15   Q   Yep.
16   A   In the dataset, if you -- it will few
17 minutes and -- and you can find out how many total
18 white voters voted that day, how many black voters
19 voted that day and -- and get that. Are you
20 trying to get that -- the total white count in
21 Table 4 using that Appendix, Table 4?
22   Q   Well, no, I was just trying to look at
23 Table 4 and compare white with white and black
24 with black, but that's -- we can move on from this
25 point, Doctor. It's no -- it's no problem.

---

79

1    A   Okay.
2    Q   And just to get a sense, why did you
3  compare -- why did you assess these trends using
4  all voters as your comparison?
5    A   Which trend? I'm lost.
6    Q   On Table 4.
7    A   On Table 4.
8    Q   Table 4. You can move away from
9  Appendix 4.
10   A   Okay.
11   Q   We're only focused on Table 4 right now.
12   A   Okay. Okay. And please ask me. I'm
13 looking at Table 4 --
14   Q   Of course. So when you -- you -- as
15 you described the percentage of voters reflected
16 in this chart for each category --
17   A   Okay.
18   Q   -- that's based on all voters.
19   A   All voters.
20   Q   Yes. Why did you use all voters as
21 your denominator?
22   A   You know, all voters are going out to
23 vote and then what percentage of them happen to be
24 white Democrat is what I listed. So that is the
25 denominator. But you're welcome to pick any

---

80

1  denominator.
2    Q   Sure.
3    A   But for me, it made more sense that
4  these are the people who are showing up to vote
5  and what percentage of them white Democrats, what
6  percentage of them are black Republicans and so on.
7    Q   So why not compare the number of white
8  Democrats -- white Democrats, who are registered
9  to vote who showed up against the total number of
10 white people who showed up to vote?
11   A   You could. I mean, there is --
12   Q   Why didn't you?
13   A   Because this is more informative to me.
14   Q   Why?
15   A   And I just explained, if you want to
16 see who is showing up to vote on that particular
17 day, on that particular day who showed up to vote,
18 for example, in 2012, 22.6 percent of who showed
19 up to vote were white Democrats.
20   Q   Okay.
21   A   And -- and that's a very informative
22 statement in itself. And -- and probably more
23 informative than if you use some other denominator.
24   Q   Okay.
25   A   So on that particular day, who showed

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

81

1  up to vote 22.64 percent were -- 22.6 percent were
2  white Democrats.  25.8 percent were black
3  Democrats, 29.3 percent were white Republicans and
4  0.6 percent were black Republicans of who showed
5  up to vote.
6      Q    Okay.  So let's turn to Section 3 of
7  the report.  That section is titled Analyzing
8  Voting Patterns by Race Using Ecological
9  Inference, EI, Modeling for Selected Parishes.
10 Can you describe generally what analysis you're
11 conducting in Section 3 of your report?
12     A    So in -- in Section 3, I'm using some
13 EI modeling.  What it is based upon is that you
14 are given the aggregate data and you want to
15 quantify what is happening at voter level.
16     Q    Okay.  And when you say what is
17 happening at the voter level, what do you mean by
18 that?
19     A    So just to be clear, just to make it
20 easier, for example, we could look at the
21 candidates.  And just as an illustration, let me
22 pick 2020 presidential election.  So you could be
23 interested in knowing who voted for President
24 Trump, who voted for President Biden and who voted
25 for other candidates among, say, the race groups

82

1  among -- the race could be among black voters,
2  among white voters, among other voters.
3      Q    Would you call this an RPV analysis?
4      A    What is RPV?
5      Q    An analysis of racially polarized
6  voting.
7      A    It gives you some idea of who is voting
8  how.  And -- and sure, you can use it to do RPV,
9  racialized -- racialized voting --
10     Q    Racially polarized voting.
11     A    Racially polarized voting.  Sure.
12     Q    Would -- would you say that you did
13 that here?
14         MS. RIGGINS:  Objection.
15     A    You know what I did was give you --
16 give -- wrote an overall picture.  And can it be
17 used to analyze some data?  Sure.
18     Q    Did you analyze the data to assess
19 racially polarized voting?
20     A    Yes.  In -- in certain precincts I did.
21 In certain parishes, certain precincts.
22     Q    Okay.  And so what was the goal of your
23 analysis, Dr. Solanky?
24     A    The goal was to see what parts -- like
25 we were looking at Table 4.  And if -- if -- it

83

1  might be easier for me to go back --
2      Q    We'll go back to it.  Don't worry.
3      A    Okay.  But I can explain it better if
4  we rely on Table 4, which we have already used.
5      Q    Sure.
6      A    Appendix 4, I'm sorry.  So for example,
7  in -- in Appendix 4, I'm summarizing how the white
8  voters -- the estimates of white voters voting for
9  the Republican Candidate.  And I have done that
10 for white voters voting for Democrat, black voters
11 voting for Republican, black voters voting for
12 Democrats and so on.
13     Q    So what -- but what was the goal of the
14 analysis?
15     A    The goal was to see how people vote
16 based on their race, their party.
17     Q    Understood.  So turning to Page 14 of
18 your report, can you describe what's in Table 6
19 titled Summary of 12 Statewide Elections for EI
20 Analysis?
21     A    So here I'm looking at 12 specific
22 elections in -- in which I have shortlisted for --
23 for the EI analysis.  And I have provided the
24 election date, which election I looked at.  I have
25 provided who the Democratic candidate was.  I have

84

1  provided who the Republican candidate was, and
2  some idea about other candidates.
3      Q    And turning to -- this is Solanky 3, I
4  believe -- or you can turn to Solanky 3.  That's
5  Dr. Handley's 2022 report.  Let's take a look at
6  Page 6.
7      A    Page 26, you said?
8      Q    Six.
9      A    Page 6.
10     Q    Page 6.
11     A    Yes.
12     Q    And this is a list of the statewide
13 elections that Dr. Handley analyzed; is that right?
14     A    That is right.
15     Q    And in looking at -- in comparing the
16 two lists, there are certain elections that Dr.
17 Handley analyzed that you did not analyze; is that
18 right?
19     A    That is right.
20     Q    And can I ask why you didn't analyze
21 the October 2015 election for Attorney General?
22     A    We talked about that earlier.  So -- so
23 now I -- I picked 13 elections, which -- which had
24 more voters turn out.  And -- and -- and that was
25 my criteria, that look at where more voters are

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

85

1  turning out, picks those elections, pick some
2  elections so that I have some overlap with Dr.
3  Handley's elections, and then pick some elections
4  where I don't.  She focused exclusively when there
5  was a -- a black candidate, and I wanted to get a
6  -- a more wider picture, more clearer picture.
7  What happens when there is no black candidate,
8  does anything change?
9      So this was a good mixture of what she
10 had -- elections which are more voters turn out
11 and elections where there is no black candidate.
12 So in a way, all that put together was a criteria.
13 And -- and -- and -- and -- and for each election,
14 I had to look at the data, which is readily
15 available.  We talked about that.  Clean it up,
16 see what is there in the -- in the data, see how
17 the early and absentee votes have skewed -- skewed
18 up -- skewed up the elections and the results.  So
19 I could not have done all possible elections.  I
20 picked up the ones which -- where more people vote
21 and -- and -- and a good representative.
22     Q   So is that the reason that you didn't
23 analyze the 2015 election for Lieutenant Governor?
24     A   And -- and sometimes there were several
25 black candidates.  You know, if you are looking at

86

1  who black voters are voting for and you hand pick
2  a candidate, that's incomplete analysis in my
3  report, in my opinion.
4      Q   What do you mean by hand pick a black
5  candidate?
6      A   Hand pick a black candidate who you are
7  identifying as a -- a candidate of choice.  If --
8  if -- so nothing wrong with that.  But in your
9  analysis, you have to see how the black candidate
10 supported.  If there are three candidates, for
11 example, then you have to see how those votes got
12 split among three candidates.  And the same thing
13 about the party affiliation.
14     If there are several black Democratic
15 candidates, then it's obvious the Democratic votes
16 are getting split.  So you -- so you have to pull
17 in all those votes.  So -- so all these criteria
18 played a role.  The time I had available to me,
19 the amount of work I had to do for each election,
20 and which -- which elections would be a better
21 representativeness of what is happening in
22 Louisiana.
23     Q   Understood.  Now, when it comes to --
24 what do you mean by the term handpicked?
25     A   I'm sorry if I use that word.

87

1      Q   No, it's okay.
2      A   I didn't mean to I mean, Dr. Handley is
3  writing preferred candidate, whatever term she's
4  using.  So if there are several black candidates
5  and you ignore the votes of those other candidates
6  or you clump them with other category, that's a
7  misleading analysis.  Why?  Because those black --
8  total black votes are getting split.  If there are
9  several Democratic candidates, then total
10 Democrats votes are getting split.  So your
11 analysis have to pull in all of those.  And -- and
12 that's what I did for the 2022 Senate election.
13     Q   So your analysis has to pull in all of
14 those.  When -- when you say it has to pull in all
15 of those, what do you mean by pull in all of those?
16     A   Pull in -- pull in -- I mean, combine.
17 So -- so if you're looking at Democratic
18 candidate, then look at the votes for all the
19 Democratic candidates in the election.  If you're
20 looking at the impact of how blacks are voting,
21 then pull in all the votes for black candidates in
22 that election.
23     Q   Okay.
24     A   So -- so -- so that was another
25 criteria.  I looked at the elections which were

88

1  more popular.  You know, if you look at the
2  election where fewer people show up to vote, then
3  the -- then the conclusions you reach would be
4  based upon those fewer people who showed up to
5  vote.  You can get a better picture, more clearer
6  picture, if you look at the elections where lots
7  of people have voted.  So -- so -- so -- so if you
8  wish, we can -- oops.
9      Q   That's okay.
10     A   So if you look at, for example -- for
11 example, let's -- let's look at Table 5.
12     Q   Sure.  What page is that, Dr. Solanky?
13     A   It's on Page 13.
14     Q   Thank you.
15     A   So -- so if you look at Table 5, look
16 at how many total votes were there for some of the
17 elections.  For example, 2026 election, how many
18 votes were there?  I am looking at these numbers.
19     Q   Uh-huh.
20     A   I'll have to look at these numbers
21 again.
22     Q   Sure.
23     A   But -- but in general, the -- the
24 president elections in 2012, 2016, and then the
25 president election in 2020, those are the most

89

1  election dates with large number of voters who
2  vote up -- turned up to vote.
3     A   Sure.
4     A   And similarly was 20 -- the governor
5  election, I believe it was in 2016.
6     Q   Sure.  But on your list, Dr. Solanky,
7  you include the -- the October 2019 election for
8  attorney general; correct?
9     A   Right.
10    Q   And the October 2019 lieutenant
11 governor election?
12    A   Correct.
13    Q   And the 2015 lieutenant governor
14 election?
15    A   Correct.
16    Q   And the 2017 treasurer election?
17    A   Correct.
18    Q   Okay.  And -- but in -- at least in Dr.
19 Handley's report, she analyzes the October 2015
20 election for lieutenant governor that you don't
21 analyze here.  Isn't that right?
22    A   Correct.
23    Q   But you analyze other elections for
24 lieutenant governor on this as part of your
25 selection; correct?

90

1     A   Correct.
2     Q   And she analyzes the October 2015
3  analysis or the 2015 election for attorney
4  general; correct?
5     A   Okay.
6     Q   In October of 2015, do you see that?
7  Just want to make sure you're seeing it.  I don't
8  want you to just take my word for it.
9     A   No, I lost you, but --
10    Q   Sure.  So if you look at the --
11    A   What's the last one?
12    Q   Sure.  If you look at the October 2015
13 election for attorney general on her list.
14    A   October 2015, yeah, looking at it.
15    Q   She analyzes that.
16    A   She has lieutenant governor and
17 attorney general, yes.
18    Q   Yep.  And if you look at your
19 elections, you selected an attorney general
20 election, correct, as one of your 12?
21    A   In 2015?
22    Q   No, no, no.  In 2019.
23    A   Okay.
24    Q   You selected an -- an attorney general
25 election?

91

1     A   Correct.
2     Q   But not this one?
3     A   Not this one.  And -- and -- and I gave
4  you a broad criteria.  So -- so in hours, number
5  of hours of work goes in into cleaning the data,
6  pulling -- pulling in all the information,
7  comparing it with what is out there, if it happens
8  to be same as in Dr. Handley's report, cross
9  matching the numbers, so -- so -- so there is --
10 so there is -- -- as such, there is nothing
11 particular that I -- I went through to pick these
12 elections.  I gave you the very broad criteria.
13    I wanted to see the elections which
14 have candidates who I can easily define.  If there
15 are several Democratic candidates and you throw in
16 some Democratic candidates in the Others category
17 and look at only one candidate, that -- that's
18 incomplete analysis.
19    Q   Understood.
20    A   So -- so I wanted to stay away from
21 some of that.
22    Q   So I want to talk about the 2022 Senate
23 election --
24    A   Okay.
25    Q   -- briefly.  I know you mentioned that

92

1  before.  So if you look at page -- well, I have --
2  one second.  Okay.  I want to look at -- let me
3  see.  Where's the -- got it.  So same page, Page
4  13, Footnote 6, you note that elections --
5  election numbers 1 to 11 had only one Democrat and
6  one Republican candidate in the election.
7     Election number 12, 2022 Senate
8  election had several Democrat and Republican
9  candidates in the election.  In the analysis
10 below, the votes of all Democrat and Republican
11 candidates have been totaled for election number
12 12 to obtain the votes cast for Democrat or
13 Republican candidates.
14    Is that right?
15    A   That is right.
16    Q   So do you recall how many Democrat
17 candidates were in the 2022 Senate election?
18    A   I don't recall it, but it's on the
19 Secretary of State's website.
20    Q   So I'm actually going to provide you
21 those results.
22    A   Okay.
23    MS. GIGLIO:  So here is a printout.
24 This will be Solanky 5.
25    (Exhibit 5 was marked.)

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

93

1     THE REPORTER:  Great.
2     MS. GIGLIO:  And now we need another
3 one over here.  Or actually -- yeah.  Do you need
4 one?
5     MS. RIGGINS:  Yes.  Sarah, can we
6 share?  We should have printed five of this one.
7     MS. GIGLIO:  I -- I don't need to see
8 it.  It's the only one that I don't have in this
9 lovely little binder.
10 BY MS. GIGLIO:
11    Q   So just to take a look, these are the
12 official election results sourced from the
13 Louisiana Secretary of State's website.  You can
14 see the URL at the bottom of this page.  So here
15 you can see the number of Democratic candidates
16 and Republican candidates and other candidates who
17 were running in this election.
18    A   Right.
19    Q   How many of these candidates received
20 more than three percent of the vote?
21    A   So you want me to look at how many are
22 -- which ones are Democrats --
23    Q   Uh-huh.
24    A   -- and which ones got more than three
25 percent?

94

1     Q   Yeah.  Which three -- which candidates
2 received more than three percent of the vote?
3     A   The number two, Gary Chambers, John
4 Kennedy, and Luke Mixon.
5     Q   And how many of those candidates were
6 Democrats?
7     A   How many of those three?
8     Q   Those three, uh-huh.
9     A   Let's see.  Two of them.
10    Q   Yeah.  And that's Gary Chambers, Jr.,
11 and Luke Mixon; is that right?
12    A   Yep.
13    Q   And do you remember the racial makeup
14 of those three candidates?
15    A   I don't have it -- that memorized.
16    Q   So -- not expecting you to.  So we can
17 turn to Appendix 1A of -- A1 of Dr. Handley's
18 report.  You can use her -- her 2023 report.  So
19 that would be -- oh, we have to.  That would be
20 Solanky 4, I believe.
21    A   Okay.  Which appendix?
22    Q   That appendix is A1.
23    A   A1.  Okay.  I'm there.
24    Q   Okay, great.  So in looking at this
25 list, Dr. Handley lists John Kennedy as of the

95

1 Republican and notes that he is white.
2     A   Correct.
3     Q   Gary Chambers is a Democrat and he is
4 black.  And Luke Nixon is a Democrat, and he is
5 white.
6     A   Okay.
7     Q   So for purposes of your analysis, you
8 combined the votes that were cast for Gary
9 Chambers, Jr., a black Democrat, and Luke Mixon, a
10 white Democrat; is that right?
11    A   And other Democrats who are out there.
12    Q   And other Democrats who are out there.
13 So if we want to take a look, we can take a look
14 at the other Democrats who are out there and see.
15 So on this list, how many other Democrats were
16 running in this election aside from Mr. Chambers,
17 Jr., and Mr. Mixon?
18    A   So -- so let's -- let me count.
19    Q   Uh-huh.
20    A   So there is Mendoza, and there is
21 Rodriguez and Steve.  So there are three more.
22    Q   There are three more.  So I'm going to
23 share my screen on the Zoom really briefly, just
24 because I'd like to get a calculator up if I can.
25 I don't know if it will let me.  There we go.

96

1 Let's see.  You want to see the screen for a
2 second.  There we go.  Okay.  So we can see that
3 0.86 percent of the vote was cast for Mr. Mendoza.
4 Is that right?
5     A   That is right.
6     Q   So I'm add -- and then adding that to
7 0.56 percent, which was cast for Mr. Rodriguez; is
8 that right?
9     A   That is right.
10    Q   And then you have 2.28 percent of the
11 vote cast for Syrita Steib.
12    A   Okay.
13    Q   Is that right?
14    A   That is right.
15    Q   Okay.  So that's a total, if you look
16 at the screen, of 3.7 percent; correct?
17    A   Correct.
18    Q   So total, the other three Democrat
19 candidates in this race received 3.7 percent of
20 the vote; right?
21    A   Correct.
22    Q   Okay.  So for purposes of your
23 analysis, you combined the, let's see, 17.8
24 percent of -- 0.85 percent of the vote received by
25 Mr. Chambers and the 13.22 percent of the vote

97

1  received by Mr. Mixon; correct?
2      A   Correct.
3      Q   And then you combine those with the 3.7
4  percent of the vote received by other Democrat
5  candidates; is that right?
6      A   That is right.
7      Q   Okay.  So why did you combine the votes
8  of a black Democrat and a white Democrat along
9  with these other Democrats in conducting your
10 analysis?
11     A   Now, excluding those or throwing some
12 of those in the Others category would be
13 misleading.  That's why.  I feel the right way to
14 look at this: how many people voted for Democrat
15 candidate, how many people voted for Republican
16 candidate, and -- and adding up by the race.
17     Q   And why would -- why would including
18 people who received less than five percent of the
19 vote in an Others category be misleading?
20     A   Less than five percent?  Let's count
21 how many votes we are talking about.
22     Q   Sure.
23     A   So let's go back to the chart which you
24 had on the screen.
25     Q   Oh, sure.

98

1      A   And -- and -- and instead of
2  percentages, let's count the votes.
3      Q   Sure.
4      A   So you added up the percentages.
5      Q   Sure.
6      A   In the same chart, if you look at the
7  last column, it has number of votes.  Let's add up
8  the votes --
9      Q   Sure.
10     A   -- and see how many votes we are
11 talking about.
12     Q   Uh-huh.  Okay.  Which -- which
13 candidates would you like me to add up?
14     A   The -- the -- the three which you just
15 added up the percentages.
16     Q   So Mr. Mendoza, Ms. Rodriguez -- Mr.
17 Rodriguez and Syrita Steib?
18     A   Yes, please.  Let's add up their votes.
19     Q   Okay.  Sure.  So 11,910 votes for Mr.
20 Mendoza; is that right?
21     A   That is right.
22     Q   You have 7,767 votes for Mr. Rodriguez,
23 and then you have 31,568 votes for Ms. Steib; is
24 that right?
25     A   Correct.

99

1      Q   So that's 51,245 votes.
2      A   And that's a significant number of
3  votes.  And if these votes tend to be from certain
4  precincts, in certain parishes, that could skew up
5  the ecological influence results by a lot.  This
6  is a large number of votes.
7      Q   As compared to the 246,933 votes
8  received by Mr. Chambers and the 182,887 votes
9  received by Mister -- Mr. Mixon?
10     A   I'm not counting the total votes here.
11 What I'm saying is 51,245 votes is a lot of votes.
12 And these votes, if they tend to be from certain
13 specific parishes and precincts, that could
14 influence the EI results by a lot.
15     Q   Okay.  But when you compare it with the
16 -- and I'll total these up on the screen.  246,933
17 votes and the 182,887 votes received by the two
18 other Democratic candidates in that election, you
19 have 429,286 votes.
20     A   You know --
21     Q   Received by two candidates; is that
22 right?
23     A   Okay.  That is right.
24     Q   And -- but those two candidates were
25 combined with the three other candidates who

100

1  received 51,000 votes approximately in your
2  analysis.
3      A   And that -- and that is the right way
4  to do it.
5      Q   Okay.
6      A   51,000 is a lots of votes in Louisiana,
7  and the -- the -- the -- some of the candidates
8  tend to be -- they receive votes regionally.  If a
9  particular candidate -- and it's a very
10 common-sense thing.  If a particular candidate is
11 from, say, X perish, then he or she would -- would
12 pull in more votes in that precinct or in that
13 parish.  So -- so -- so ignoring 51,000 votes
14 could influence the EI influences by a big margin.
15     Q   And when you looked at -- you're --
16 you're talking a lot about how that could
17 influence the vote in different parishes.  Did you
18 look at how these candidates performed in specific
19 parishes in conducting your analysis?
20     A   I did not because I looked -- I did the
21 thing which is more logical.  The more logical is,
22 if you want to see how black voters are voting for
23 Democrat, then you compare all black voters with
24 all Democrat candidates.
25     Q   Sure.

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

---

101

1      A   If you want to see how vote -- white
2  voters are voting, then you look at all white
3  voters and contrast it with the votes for all
4  white candidates.
5      Q   But you don't think that it's relevant
6  to your analysis, and just to be clear, to analyze
7  how black Democrats vote for a black candidate
8  versus a white candidate when -- when two major
9  candidates are Democrats and they're of different
10 races?
11     A   It is relevant.  But then what is
12 irrelevant is that you -- you have thrown in the
13 Democrats, and you have thrown in some black
14 candidates in this Others category.  So this
15 Others category is misleading.  So if you're
16 counting how blacks are voting, then count how
17 blacks are voting for all the candidates.  Having
18 some black votes in this Others category, that's
19 misleading.  That's --
20     Q   But encountering her -- in encountering
21 Dr. Handley's handling of this data where she
22 analyzes the three major candidates and the trends
23 in votes for those three major candidates, did you
24 analyze all of the candidates separately?
25     A   No, I -- I -- I don't think so.  That

---

102

1  sounded meaningless to me.
2      Q   Well, even though it is relevant to see
3  whether black voters tended to vote for a black
4  Democrat over a white Democrat?
5      A   So if you want to see by Democrats and
6  by race, then look at all Democrats by race and
7  then pull in -- so -- so do all that analysis and
8  then add them up.
9      Q   Why wasn't that analysis relevant to
10 your analysis?
11     A   Because this Others category has
12 Democrats in it, has blacks in it.  That's why.
13 So -- so those votes have not been properly
14 accounted for.
15     Q   Sure.  But you've -- you've indicated
16 that you had this data available with all
17 candidates that were running in the race; is that
18 right?
19     A   That is right.
20     Q   So you could have, if you wanted to
21 counter this analysis and analyze all of the
22 candidates and their performance across races,
23 isn't that right?
24     A   I could do that and then I could add
25 them up, and I would lead to the answer which I

---

103

1  had; that how many votes went for a Democrat
2  candidate?  How many votes went for the
3  Republican?  And how many votes for Democrat from
4  blacks?  How many votes for Democrats from white?
5  And so on.  So -- so what you're telling me is I
6  could just split it out, have like 10, 15, 11
7  rows, and then pull in, add up those numbers.
8      Q   Sure.
9      A   And -- and -- and what happens is the
10 sample size would decrease then.  And -- and in
11 journal, in the field of statistics, we don't add
12 up confidence intervals.  The right way to do is,
13 if you want to see how many blacks are voting
14 Democrat, then convert the data into how many
15 blacks are there, how many Democrats are there,
16 and then run the analysis.
17     Q   How did combining these help you assess
18 voting patterns by race?
19     A   So I could report how many, what
20 percentage of blacks are voting Democrat.
21     Q   But it would -- but wouldn't it be
22 interesting to see how many black people are
23 voting for a black Democrat over a white Democrat?
24     A   It would be.
25     Q   And wouldn't it be similarly

---

104

1  interesting to see --
2      A   And -- and -- and I provided that.
3      Q   I'm so sorry.
4      A   That how many blacks -- you said black
5  Democrats?
6      Q   Yes.
7      A   The voters?
8      Q   Yes.  Well, what I'm saying is,
9  wouldn't it be interesting -- you --
10     A   No.
11     Q   In approaching the -- I'm so sorry.
12     A   I'm sorry.
13     Q   Go ahead.  No, go ahead.
14     A   I -- I -- I lost you.
15     Q   That's okay.
16     A   For voters, we don't know whether they
17 are -- all we know is whether they are -- who they
18 voted for.  I think you -- you lost me when you
19 said black Democrats and white Democrats.  If you
20 start again, I'll -- I'll --
21     Q   Sure.  Well, in this election, you have
22 a black Democrat running against a white Democrat.
23     A   You're still looking at 22 Senate?
24     Q   Yes.
25     A   So we have lots of candidates.  Some

---

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

105

1  are white. Some are black. Some are Democrat.
2  Some are Republican.
3     Q   Sure. Let's talk just about the -- the
4  three candidates who received more than three
5  percent of the vote --
6     A   Okay.
7     Q   -- for purposes of this questioning.
8  And I -- I recognize that you take issue with that
9  as a -- as a baseline matter.
10    A   So if you look at only three
11 candidates, you are ignoring, you're deleting a
12 large number of votes, and those large number of
13 votes could come from specific parishes, could
14 come from specific precincts. And when you are
15 doing precinct level analysis, it could skew up
16 your results by a large amount. And -- and that's
17 the reason. Some of the numbers would be
18 misleading.
19    Q   And let me ask you, how does it skew up
20 the results?
21    A   You know, say, let me just create a
22 hypothetical situation. Say some percent X in
23 Parish Y had like 300 votes of, say, Steib and you
24 ignore those; then you are undercounting how
25 blacks -- how many votes were received by a black

106

1  candidate. So she happens to be a black
2  candidate, which is in her Others category.
3     Q   Okay.
4     A   And -- and when I'm trying to explain,
5  regional candidates who are getting less votes,
6  they tend to get votes in specific precincts, from
7  specific parishes. So -- so that could influence
8  EI results a lot.
9     Q   And just to be a hundred percent clear,
10 Dr. Solanky, so in combining all of the votes for
11 each, that were cast for each respective party,
12 all votes cast for Democrats and all votes cast
13 for Republicans, how did doing that allow you to
14 assess racial voting patterns better?
15    A   You know, in general, so -- so -- so
16 that help -- you know, I'm -- I'm looking at what
17 percentage of blacks would vote Democrat. And if
18 you look at the -- and this is clear-cut in the
19 elections where there were just two candidates.
20 For example, in Dr. Handley's work, the Democrats
21 she looked at were all Democrats and black. So --
22 so it helps you understand the pattern better. So
23 -- so -- so outside of the Senate election, this
24 is what is being done anyway.
25    Am I clear? So outside of the Senate

107

1  election, when there are two candidates, it's
2  interchangeable to say voting for a Democrat or
3  voting for a black. But for Senate election, when
4  there are more candidates, you can come up with
5  the same analysis by totaling the votes for
6  Democrats, totaling the votes casted by blacks,
7  totaling the votes casted by whites. So -- so --
8  so -- so this is being done anyway when there are
9  two party, there are two candidates. So for me to
10 logically expand that line of thought was to pull
11 in all black, all Democrats votes, all Republican
12 votes. If you don't do that, then you are
13 undercounting certain votes.
14    Q   In rendering this analysis, was it
15 relevant to you whether black individuals tended
16 to vote for a black person?
17    A   Tended to vote? I'm sorry.
18    Q   Or whether black -- whether black
19 voters voted for a black candidate?
20    A   I'm -- I'm -- can you please repeat
21 your question? I -- I lost it.
22    Q   Sure. In conducting this analysis, was
23 it relevant to you whether black voters were
24 voting for a black candidate?
25    A   No. I'm not looking at that relevance

108

1  part, what was relevant. I'm just reporting what
2  happened.
3     Q   Okay. And in just looking at this from
4  a -- from a global perspective, isn't the relevant
5  inquiry for assessing racially polarized voting
6  how race impacts voting?
7     MS. RIGGINS: Objection. You can
8  answer.
9     A   Can you please ask your question?
10    Q   Sure.
11    A   Okay.
12    Q   Isn't the relevant analysis in
13 assessing racialized voting how race impacts
14 voting?
15    A   And -- and that's an -- that's the part
16 both Dr. Handley and I have looked at; that what
17 percentage of black votes are casted for a
18 Democratic candidate, for a Republican candidate.
19 In -- in -- in the -- in the elections where there
20 was just two this was very clear cut. And in --
21 in 2022 Senate election, I created it to be the
22 same.
23    Q   And did the race of the candidate
24 matter to you?
25    A   Now, what question is that, please?

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

28 (109 to 112)

109

1 Does the race of the candidate matter to me?
2    Q   In your analysis.
3    A   In what form?
4    Q   Was it relevant to your analysis?
5    A   The -- the entire analysis looks into
6 the race of the -- for several of the elections.
7 I'm -- let me answer this question, I think.
8    Q   Sure.
9    A   That's a good question.
10   Q   Thanks.
11   A   Yeah.  Now -- now, Dr. Handley looked
12 at only blacks, Democrats; and -- and -- and --
13 and I wanted to have a even better picture, bigger
14 picture.  So I included not only the elections
15 where the Democrat was a black.  I included races
16 where the Democrat happens to be white.  So -- so
17 it was not relevant to me, but I wanted to have a
18 even bigger picture.  I think Dr. Handley just
19 focused on when the Democrat candidate happens to
20 be black; whereas I included some elections when
21 the Democrat candidate does not happen to be black.
22        MS. RIGGINS:  We've been going in for
23 about an hour and a half.
24        MS. GIGLIO:  Yeah, I was going to say I
25 think that this is a good -- a good spot actually

110

1 for lunch.  I would say we --
2        MS. RIGGINS:  Well, do we want to -- I
3 know --
4        MS. GIGLIO:  It's a question for you.
5        MS. RIGGINS:  What day is it?
6 Wednesday.
7        (Whereupon, a recess was taken.)
8        THE REPORTER:  Back on.
9 BY MS. GIGLIO:
10   Q   So Dr. Solanky, just to close out our
11 -- the discussion that we were just having about
12 the 2022 Senate election, setting aside party,
13 would it be relevant to you to understand whether
14 race impacted the voters' tendencies of who they
15 wanted to vote for?  Or let me rephrase that.
16 That was a really bad question.
17        Setting aside party, would the race of
18 the -- would it be interesting to you to know
19 whether the race of the candidate impacted voting
20 trends?
21   A   In -- in -- now, in the case of 2022
22 Senate election, sure, you can look at that.  For
23 the elections when the -- there is only one
24 candidate and from each party and -- and -- and --
25 and that one candidate for Democrat happens to be

111

1 black, that's straightforward.  So -- so what I
2 have presented here is the voting by race for a
3 specific party.  And what you're asking me is,
4 could you do something similar voting by race for
5 a race of the candidate?  Sure, that analysis can
6 be done.
7    Q   Would it be relevant to your analysis?
8    A   It would not be relevant.  Why?  And
9 the reason is it would be very relevant.  Why?
10 Because there -- there are white Democrats and
11 there are white Republicans.  So if you look at
12 only white, then you would be adding up some
13 Democratic votes, some Republican votes.  But
14 sure, it can be done mathematically, but it would
15 be meaningless.
16   Q   Great.  So -- yeah?
17   A   Let me add one more thing.
18   Q   Sure.
19   A   You know, in journal, the EI estimates
20 tend to be non-linear.  So -- so -- so when we do
21 analysis and our estimates are like simple mean,
22 we can add up estimates.  And in some sense, that
23 simplifies the life.  So for example, here I'm
24 looking at what we discussed last.  So if you look
25 at the percentage of votes for, say --

112

1    Q   And this is in Dr. Handley's report?
2    A   Right.  This is what we last discussed.
3 Solanky 4, Appendix A1.
4    Q   Yep.  The 2020 Senate election.
5    A   So -- so if you wanted to know how many
6 votes were there for Democrats, you could not add
7 up Chambers and Mixon.  So -- so in general for EI
8 analysis, we don't add up estimates and come up
9 with another estimate.  And it's a very simple
10 exercise.  You can run those because EI estimates
11 depend on so many inequalities, and those
12 inequalities could produce totally different
13 results.  So -- so the right way would be, if you
14 want to see Democratic votes, then add up all the
15 Democratic votes.  If you want to see all the
16 blacks, then add up all the black voters and then
17 run the analysis.  And -- and that was what I have
18 done.
19   Q   Okay.  So turning to -- I just want to
20 go back to your report, Dr. Solanky, and I want to
21 turn to Section 3, sort of march through it the
22 same way that we marched through Section 2.  Okay.
23 So in looking at Section 3A of the report, which
24 starts on Page 14, can you --
25   A   Okay.

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

113

1  Q  Sure.  Can you please describe the
2  analysis that you conducted here?
3  A  So in 3A, I'm providing estimates for
4  black voters voting for a Republican candidate.
5  Q  Okay.
6  A  And in -- in -- in -- in -- in Appendix
7  2, I have the detailed data and -- and I have
8  picturized those, the findings in Figure 5.
9  Q  Okay.  And in conducting this analysis,
10  did you -- you -- you indicate here that you used
11  selected parishes.  What does that mean?
12  A  Meaning there are 64 parishes in
13  Louisiana.  I did not plot all 64 of them here.
14  Q  And which ones did you plot here?
15  A  So -- so if you look at, for example,
16  easiest would be to look at Figure 5.  So -- so I
17  have East Baton Rouge, Natchitoches, East Carroll,
18  Orleans, and West Baton Rouge.  And I also have
19  plotted the entire Louisiana.
20  Q  And what's the relevance of East Baton
21  Rouge to your analysis?
22  A  Now, all these parishes were there in
23  -- in the -- in the expert reports I saw.  So --
24  so they were -- they seemed to -- to be part of
25  the analysis which was presented in the other

114

1  expert reports.
2  Q  You analyze Orleans Parish; is that
3  right?
4  A  That is right.
5  Q  And just turning to Dr. Handley's
6  reports or Solanky 4, just want to turn to Pages
7  14 and 15 of that report.
8  A  So no, I'm sorry, which?
9  Q  Sure.
10  A  Which one?
11  Q  That's Dr. Handley's report.  That's
12  Solanky 4.
13  A  Which exhibit?  Okay.
14  Q  Four.  So that one.
15  A  Yeah.  Okay.
16  Q  And it's Pages 14 and 15.
17  A  Pages -- I'm there.
18  Q  Great.  Is Orleans Parish referenced in
19  any of these clusters?
20  A  No.  I don't see it here on Page 14 and
21  15.
22  Q  So why did you choose Orleans?  Why did
23  you choose to analyze Orleans Parish?
24  A  You know, one of the basic idea was to
25  show that all of Louisiana doesn't vote similarly,

115

1  and Orleans Parish happens to be one such
2  illustration.  So -- so -- so it would be a faulty
3  assumption to assume that all of 64 parishes
4  in Louisiana vote same way.  Second faulty
5  assumption would be to assume that all the
6  precincts within a parish vote the same way.  So
7  -- so those are very serious assumptions, which I
8  wanted to showcase.
9  Q  Understood.  And in looking at Tables
10  4A and 4B in Dr. Handley's report, this is Pages
11  14 and 15 again.
12  A  Yes.
13  Q  Why didn't you analyze Bossier --
14  Bossier?
15  A  I --
16  Q  I always go for French versus not
17  French in looking at how you're going to --
18  A  It's Bossier.
19  Q  Bossier.  So it is full of French.
20  A  So I could have looked at Bossier,
21  analyze parish, but that is not the idea.  The
22  idea is to demonstrate that not all parishes vote
23  the same way, and even within the parish, the
24  voting changes.  So -- so if you want, the
25  complete analysis would be somebody looks at all

116

1  64 and carries out that analysis.  But the point
2  being, once you realize that all parishes don't
3  vote the same way, all precincts within a parish
4  don't vote same way, then that establishes a
5  baseline of what is the right way to look at the
6  voting pattern within a parish?
7  Q  Uh-huh.
8  A  What is the voting -- right way to look
9  at the voting pattern within a district, and so on?
10  Q  So earlier you said that part of how
11  you selected these parishes was looking at the
12  parishes that were analyzed in the other reports.
13  So I just want to go through the parishes that
14  were analyzed in Dr. Handley's report, that it
15  does not appear that you analyzed in this section.
16  So Bossier, you did not analyze Bossier; correct?
17  A  Now, I looked at lots of parishes, but
18  --
19  Q  Bossier is not cited in your report?
20  A  Right.  But let me say?
21  Q  Oh, I'm sorry, doctor.
22  A  So I looked at lots of parishes.  The
23  idea was not to look at every parish, which is on
24  this Page 14 and 15 and give it a plot.
25  Q  Uh-huh.

117

1      A    The idea was to demonstrate that
2  different parishes vote differently and different
3  parish -- precincts, within precinct -- different
4  precincts within parishes vote differently. That
5  was the overall idea to establish that, and -- and
6  establish that as a baseline for step one for any
7  proper statistical analysis.
8      Q    You understand that this case centers
9  around certain areas of Louisiana; is that right?
10         MS. RIGGINS:  Objection.
11     Q    Or let me rephrase.
12         Do you understand that part of the --
13  part -- that the part of this that --
14     A    Well --
15     Q    Do you -- do you understand the part of
16  this -- that this case centers on certain areas of
17  Louisiana?
18         MS. RIGGINS:  Objection. That
19  misstates what is in the complaint.
20     A    And -- and -- and that is not what I'm
21  responding to here in my report. What I'm
22  establishing is that there is a difference in
23  parishes, how parishes vote. And there is a
24  difference within those parishes, how they vote.
25         And if somebody wants to do a proper

118

1  statistical analysis, that is the first step for
2  somebody to document that all the parishes, all
3  the precincts are voting the same way. If you
4  just assume that and then come up with an EI
5  estimate, that estimate would be misleading.
6  Okay. But -- and -- and to answer your question,
7  if -- if I did not, I picked up some sample
8  parishes and I presented those.
9      Q    So in looking at these parishes and
10  analyzing the data that you've analyzed, what's
11  the next step in assessing what this data means?
12     A    So what is the next step in terms of
13  proper analysis? That's the question; right?
14     Q    Well, in -- in -- in assessing the --
15  what you've assessed in section 3A, for example,
16  is how many black voters voted for a Republican
17  candidate --
18     A    Right.
19     Q    -- in certain elections, in certain
20  parishes; is that right?
21     A    In all of Louisiana.
22     Q    Well, and in these five particular
23  parishes --
24     A    Correct.
25     Q    -- correct? So what's the next step?

119

1  What does this analysis signify? What does it
2  mean?
3      A    So --
4      Q    Why is it relevant?
5      A    -- so why it is relevant is you can see
6  that some parishes vote very differently. Not all
7  parishes -- 64 parishes in Louisiana vote the same
8  way. Some are very different from others, in
9  terms of how blacks vote, in terms of how white
10  votes and so on.
11     Q    And just to underscore the selection of
12  these parishes. So you reviewed Mr. Cooper's
13  report as part of your analysis; is that right?
14     A    I have reviewed it, but I could not do
15  the analysis, which -- I would --
16     Q    Of the maps?
17     A    Of -- of everything, which is out there.
18     Q    Okay. I just want to show you the two
19  primary illustrative maps that Mr. Cooper has put
20  together as part of his report.
21         MS. GIGLIO:  So this is Solanky 7; is
22  that right, Alyssa?
23         MS. RIGGINS:  6.
24         (Exhibit 6 was marked.)
25         MS. GIGLIO:  And then here is 8.

120

1         So this was 7.
2         (Exhibit 7 was marked.)
3         MS. RIGGINS:  7.
4         MS. GIGLIO:  Oh, 7? Why do I want to
5  insist on this --
6         THE REPORTER:  Okay --
7         MS. RIGGINS:  This is 6.
8         THE REPORTER:  This is --
9         MS. GIGLIO:  So the -- the Illustrative
10  House is 7. The Illustrative Senate is 6.
11         Just let me know who needs the house.
12  I have one of each right now.
13         THE REPORTER:  I can find --
14         MS. GIGLIO:  There you go. Thank you.
15         MS. RIGGINS:  Are you going to provide
16  him with his report for 8, so then he can
17  understand the keys and what the different numbers
18  and colors are?
19         MS. GIGLIO:  Oh, sure. I wasn't going
20  to ask him about any of -- I was just going to --
21         MS. RIGGINS:  Wait, what was he going
22  to --
23         MS. GIGLIO:  -- just going to ask about
24  the -- and certain of the parishes. So -- but if
25  -- if there's any concern, we have his report and

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

121

1  we can introduce it.
2      MS. RIGGINS:  That's -- that's --
3      MS. GIGLIO:  Absolutely.
4  BY MS. GIGLIO:
5      Q   So in looking at the Illustrative
6  Senate first.
7      A   Illustrative -- okay.  Yes.
8      Q   So one of the parishes that --
9          Do you understand the significance of
10 the red outlining, Dr. Solanky?
11     A   Can please tell it to me?
12     Q   Well, I can represent, for the record,
13 that these red outlines are the illustrative
14 districts that --
15     A   Which red outline?
16     Q   So the red outlines around 38, 17, and
17 right over here.
18     A   Okay.  Okay.
19     Q   If you see red outlining surrounding
20 the districts, that is one of the illustrative
21 districts that Mr. Cooper has proposed --
22     A   Okay.
23     Q   -- in his report.  If you look at the
24 top of the map -- one of the parishes that you
25 analyze in Section 3 of your report is East

122

1  Carroll; correct?
2      A   Right.
3      Q   And could you locate East Carroll on
4  this report?
5      A   On this map?
6      Q   Yes.  Oh, excuse me.  On this map.
7  Yes.  I can help you out if you want.
8      A   Yeah, please help me out.  It's --
9      Q   So it's in the top -- yep.  It's in the
10 top, right-hand corner of the map.  Is -- is East
11 Carroll surrounded by red?
12     A   East Carroll is not surrounded by red.
13     Q   Is East Carroll adjacent to any red.
14     A   It's not.
15     Q   And another of the parishes that you --
16 and we'll just turn to the Illustrative House
17 briefly since we're focused on East Carroll, and
18 we know where it is.
19         Is East Carroll on the Illustrative
20 House map surrounded by red?
21     A   It is not.
22     Q   And is it adjacent to red?
23     A   It is not.
24     Q   And then in looking at the Illustrative
25 Senate map again, the other -- one of the other

123

1  parishes that you've analyzed in Section 3 of your
2  report is Orleans Parish; is that right?
3      A   Right.
4      Q   And can you locate Orleans Parish on
5  this report?  I can help you if you --
6      A   I have -- I live -- I teach in.
7      Q   Do you live in New Orleans?  Yeah?
8      A   I teach in Orleans Parish.  I know --
9      Q   So in looking at the Illustrative
10 Senate map --
11     A   Yeah.
12     Q   -- which is down here, is Orleans
13 surrounded by red?
14     A   No.
15     Q   Is it immediately adjacent to any red?
16     A   No.
17     Q   And is the same true in the
18 Illustrative House in looking at Orleans Parish?
19     A   That is right.
20     Q   It's not surrounded by red?
21     A   Right.
22     Q   And it's not adjacent to red?
23     A   That is correct.
24     Q   So in looking at the areas surrounded
25 by red on the Illustrative Senate and the

124

1  Illustrative House maps -- I'll move on.  We can
2  move away from the maps for now.
3      A   Put them away?
4      Q   Yeah.  We can put them away for now.
5  And just to -- to revisit, so on Pages 14 and 15
6  of Dr. Handley's report?
7      A   Okay.  Give me one second.
8      Q   No problem.  That's Solanky 4.
9      A   Okay.
10     Q   There was a lot of documents.
11     A   Right.
12     Q   Pages 14 and 15 --
13     A   Okay.
14     Q   -- Orleans' Parish is not listed in any
15 of the parishes as -- as one of the parishes on
16 these tables; is that right?
17     A   That is right.
18     Q   And East Carroll is also not listed on
19 any of these parishes?
20     A   That is right.
21     Q   Okay.  So -- great.  Let's turn to
22 Section 3B of your report.
23     A   Okay.
24     Q   So we'll -- we'll put away Dr.
25 Handley's report.

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

125

1    A    Okay.
2    Q    For now.
3    A    So 3B --
4    Q    Uh-huh.
5    A    -- okay.  Yes.
6    Q    That's on Page 15.
7    A    Yes.  I'm there.
8    Q    Great.  Can you just describe the
9    analysis that you conducted here in Section 3B?
10   A    So -- so in 3A, I looked at how the
11   black voters -- the estimates of black voters
12   voting for a Republican.  In 3B, I'm looking at
13   how black voters vote for a Democrat.
14   Q    And why was that analysis relevant to
15   your conclusions?
16   A    Just to understand how the -- the --
17   the voters vote.
18   Q    And what did the analysis show?
19   A    The analysis shows that there's a
20   significant difference, how black voters vote for
21   a Democrat across parishes.
22   Q    And what does it -- what do you mean by
23   a significant difference in how they --
24   A    Meaning large difference.
25   Q    Well, what -- what is that large

126

1    difference?  Can you spell it out for me?
2    A    Let's look at the -- yeah, sure.  Let's
3    say the figures is -- if you want the numbers, we
4    can go to appendix.
5    Q    Sure.
6    A    But let's start with Figure 6 on Page
7    15.
8    Q    Uh-huh.
9    A    And you could -- let's -- for example,
10   let's look at East Carroll.  See how East Carroll
11   starts with somewhere around -- somewhere around
12   80 percent or so.  Dips down around elections
13   eight and nine.  Seven and eight goes up and comes
14   down.
15   Q    Uh-huh.
16   A    So -- so -- so -- so how different
17   parishes vote, how the blacks in different
18   parishes vote changes --
19   Q    Uh-huh.
20   A    -- significantly from Parish to Parish.
21   Q    Okay.  So let's move to Section 3C of
22   the report?
23   A    So in 3C, I'm looking at same analogy
24   in terms of analysis.  I'm looking at white
25   voters, voting Republican.

127

1    Q    And what -- what -- why is this
2    analysis relevant to your conclusions?
3    A    To show that white voters voting for
4    Republican is not uniform across Louisiana.  It
5    changes from parish to parish.
6    Q    Okay.  And what is the analysis -- what
7    did your analysis bear out?  What did it show?
8    A    It -- it showed what I said, that --
9    Q    That it changes from parish to parish?
10   A    Right.  That there is a difference how
11   white voters vote from -- in one parish compared
12   to other.
13   Q    And why is the difference in how white
14   voters vote in one parish compared to another
15   relevant to racially polarized voting?
16   A    Now you need to understand before you
17   assume something.  That different parishes vote
18   differently.  So -- so if you combine parishes and
19   look at regions, you could be mixing up apples and
20   oranges, just to make it easier to understand.
21   Q    Okay.
22   A    So -- so if you are producing a common
23   estimate for several parishes, then you need to do
24   due diligence and first verify that what you are
25   pooling in -- in your analysis are actually voting

128

1    the same way.
2    Q    Understood.  Okay.  Let's move to
3    Section 3D.  Can you just describe the analysis
4    that you undertook here?
5    A    Now, in 3D, I'm looking at how white
6    voters -- what percentage of white voters vote
7    Democrat across 12 elections.  And -- and -- and
8    some of those elections had a -- a black Democrat
9    running.  Some of them don't.
10   Q    Uh-huh.
11   A    So -- so it gives you a wider picture.
12   And, again, the conclusion is very same as before.
13   The different parishes vote differently.
14   Q    And, again, that's relevant to -- why
15   is that relevant to an assessment of racially
16   polarized voters?
17   A    Because we are looking at how black and
18   white voters vote.
19   Q    And so -- but parish by parish, what is
20   that demonstrating about the polarization?
21   A    It's, again, the same argument.  If you
22   are pooling in different parishes and -- and
23   producing one estimate for different parishes,
24   that estimate could be meaningless if the two
25   parishes vote differently.

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

129

1    Q   Okay.  So let's take a look at some of
2  the appendices that relate to this analysis.
3    A   Okay.
4        MS. GIGLIO:  We can break here if we
5  want to.
6        MS. RIGGINS:  Is your lunch ready?  I
7  think --
8        MS. GIGLIO:  I'm not sure.
9        MS. RIGGINS:  -- to break.
10       MS. GIGLIO:  Is -- is yours?
11       MS. RIGGINS:  Ours is, but in order to
12 --
13       MS. GIGLIO:  Yeah.  No, I understand.
14       MS. RIGGINS:  -- be efficient, if yours
15 isn't, we can wait a few minutes.
16       MS. GIGLIO:  The pickup time is at
17 12:55, so it should be.  But we can -- we can do a
18 few more and then -- and then break at 1:05 --
19       MS. RIGGINS:  Sure.
20       MS. GIGLIO:  -- with the assumption
21 that it will be all -- all ready to go.
22   Q   So let's take a look at Appendix 2?
23 Or, actually, Appendix -- appendix 3, Dr. Solanky.
24   A   Okay.
25   Q   So Appendix 3, that deals with your

130

1  estimates for black voters voting for a Democratic
2  candidate; is that right?
3    A   That is right.
4    Q   Can you describe the data in each of
5  the columns in Appendix 3?
6    A   Sure.
7    Q   Thank you.
8    A   So in the first column, I'm looking at
9  the year, the year of election.  And then in
10 second column, I have election number.  And in a
11 previous table, I have defined what election
12 number means.
13   Q   Uh-huh.
14   A   Let me be --
15   Q   In relation to the table that you've
16 presented?
17   A   So -- so in Table 6, I have provided
18 that.  So which particular election?
19   Q   Uh-huh.
20   A   So as not to increase the number of
21 columns, I provided that in Table 6, and I'm
22 referring back to that.
23   Q   Sure.
24   A   And then I'm describing what election
25 it was.  I'm describing which parish, or -- or the

131

1  entire Louisiana I'm looking at.
2    Q   Uh-huh.
3    A   And then I have columns, Black voting
4  Democrat.
5    Q   Uh-huh.
6    A   So what percentage of blacks voted for
7  a Democrat candidate?  And then I have a 95
8  percent confidence interval for that estimate.
9    Q   Uh-huh.  Great.  So can we -- let's
10 look at one of the elections that you analyze.  So
11 let's look at 2015, the election for lieutenant
12 governor.  That's election number three.
13   A   Okay.
14   Q   And let's focus on Natchitoches?  How
15 do you pronounce it?
16   A   Natchitoches.
17   Q   Natchitoches.  Thank you.  So what does
18 the -- the data that you've uncovered here, what
19 -- that you state here, indicate about the number
20 of black voters who voted for a Democrat in
21 Natchitoches in the 2015 lieutenant governor
22 election?
23   A   Now, the data, which I used --
24   Q   Uh-huh.
25   A   -- is what doctor -- is based on Dr.

132

1  Handley's proportional allocation.
2    Q   Uh-huh.
3    A   So based on that, the data, I have
4  provided an estimate, 96.3 percent of blacks voted
5  Democrat in this election.
6    Q   Great.  And then looking at Appendix 5
7  of your report?  And this is the appendix dealing
8  with white voters voting for a Democratic
9  candidate --
10   A   Okay.
11   Q   -- in those elections; is that right?
12   A   That is right.
13   Q   So let's look at the same column
14 related to the 2015 election for lieutenant
15 governor in Natchitoches.  What is the -- what
16 does that signify about the number of white voters
17 who voted for a Democrat in that election?
18   A   So -- so reading off from Appendix 5 --
19   Q   Uh-huh.
20   A   -- 2015 election lieutenant governor
21 Natchitoches parish, 21.2 percent of whites voted
22 Democrat.
23   Q   And in turning to Appendix 4, let's
24 look at the same election.  Now, Appendix 4 is the
25 appendix dealing with white voters who voted for a

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

133

1  Republican candidate in the elections --
2  **A   That is right.**
3  Q   -- right?
4  **A   Yes.**
5  Q   So in looking at the lieutenant
6  governor election in 2015 in Natchitoches, what
7  does your data indicate about the number of white
8  people who voted for a -- a Republican in that
9  election?
10  **So I'm looking at Appendix 4, 2015,**
11  **lieutenant governor, Natchitoches, 78.8 percent.**
12  Q   So 78.8 percent of white voters voted
13  for a Republican in this contest?
14  **A   Right.**
15  Q   And 96.3 percent of black voters voted
16  for a Democrat in that contest --
17  **A   Right.**
18  Q   -- correct?  So let's take a look at
19  each of the appendices.  I'd just like to go
20  through some of the data listed here.  So in
21  focusing on Natchitoches, itself, is there any
22  election reflected on Appendix 3 where the
23  majority of black voters voted for a non-Democrat?
24  **A   Please ask your question one more time?**
25  Q   Sure.  Of course.

134

1  **A   So Appendix 3 --**
2  Q   Yep.  Looking at the elections focusing
3  on Natchitoches --
4  **A   Okay.**
5  Q   -- okay, is there any election in which
6  the black voters in Natchitoches did not -- in
7  which the majority of voters in Natchitoches did
8  not vote for the Democratic candidate?
9  **A   A -- a very high percentage vote**
10  **Democrat.**
11  Q   In -- in all of the elections; is that
12  right?
13  **A   In all the elections, based on this**
14  **data, which I'm relying upon.**
15  Q   Right.  But based on this appendix?
16  **A   Based on this appendix, which is based**
17  **on the data which I'm relying upon.**
18  Q   Uh-huh.  Correct.  In all of the
19  elections that you studied, the black voters in
20  Natchitoches -- the majority of black voters in
21  Natchitoches voted for the Democrat; is that right?
22  **A   Right.**
23  Q   And looking at Appendix 4 of the data?
24  And, again, focusing on Natchitoches --
25  **A   Okay.**

135

1  Q   -- is there any election that you
2  studied where the majority of white voters did not
3  vote for the Republican?
4  **A   Let's look at it just a bit.**
5  Q   Sure.
6  **A   Look at 2015 Governor Election.**
7  Q   Uh-huh.
8  **A   Look at the difference.  It dropped**
9  **down to 67.6.**
10  Q   Sure.
11  **A   So that is quite a bit of variation.**
12  Q   But that's not my question.
13  **A   I'm coming to your question.**
14  Q   Great.
15  **A   So while they are all over 50 percent,**
16  **there's a big variation among those numbers.**
17  Q   And in Natchitoches, if you look at
18  2012, it's 86.7 percent of white voters voting for
19  Republican; is that right?
20  **A   That is right.**
21  Q   And then in the -- in the gubernatorial
22  election, it's 67.6 percent voting for a
23  Republican; correct?
24  **A   That is right.**
25  Q   And then in the lieutenant governor

136

1  election, it's 78.8 percent; is that right?
2  **A   That is right.**
3  Q   And in the presidential election in
4  2016, it's 87 percent --
5  **A   Correct.**
6  Q   -- voting for a Republican?
7  **A   Yes.**
8  Q   In the 2017 treasurer election, it's
9  85.4 percent voting for a Republican?
10  **A   Correct.**
11  Q   And in the 2018 secretary of state
12  election, it's 87.9 percent voting for a
13  Republican; correct?
14  **A   Correct.**
15  Q   And then looking at the lieutenant
16  governor, it's 93.3 percent, correct, voting for a
17  Republican?
18  **A   Right.**
19  Q   Attorney general 92.2 percent voting
20  for a Republican?
21  **A   Right.**
22  Q   And secretary of state 80.7; is that
23  right?
24  **A   That is correct.**
25  Q   76.8 percent voting for a -- a

137

1  Republican candidate in the gubernatorial election
2  in 2019? I'm just looking at each of these
3  numbers. 87.7 in the 2020 presidential and 88.2
4  in the 2022 senator election; is that right?
5      **A   Right.**
6      Q    So none of those figures are below 67
7  percent; is that right?
8      **A   That is right.**
9      Q    And so then looking at -- looking at
10 this, would you say that the voting patterns of
11 white voters reflected in Appendix 4, reflect that
12 white voters are voting in a block for the
13 Republican candidate?
14     **A   Now, based on -- this is all based on**
15 **Dr. Handley's proportional allocation --**
16     Q    Uh-huh.
17     **A   -- and based on that data, yes.**
18     Q    And based -- but based on the results
19 that are reflected in this appendix, would you
20 describe the white voters as voting for a block?
21     **A   And I just --**
22     Q    For a Republican candidate?
23     **A   -- answered that question.**
24     Q    And the answer is --
25     **A   The answer is -- so this table here is**

138

1  **based upon Dr. Handley's proportional allocation.**
2  **So based on those allocations, those are the**
3  **numbers.**
4      MS. GIGLIO: Understood. Let's look at
5  -- well, let's -- it's 1:10. So why don't we
6  break for now? I imagine this is ready at this
7  point.
8      THE REPORTER: Off the record?
9      MS. GIGLIO: Yes. We're off the record.
10     (Whereupon, a recess was taken.)
11     THE REPORTER: Back on the record.
12 BY MS. GIGLIO:
13     Q    So, Dr. Solanky, I want to take another
14 look at Appendix 3 of your report. And I -- I
15 just want to go through a similar analysis as we
16 did with -- I keep wanting to say Natchitoches.
17 It's not. What was it?
18     **A   Natchitoches.**
19     Q    Natchitoches. Thank you. I want to do
20 a similar analysis with East Baton Rouge. So in
21 looking at the elections that you analyzed out of
22 East Baton Rouge, is there any election in which
23 the majority of black voters did not vote for a
24 Democrat?
25     **A   The answer is no. I think the smallest**

139

1  **number I could find --**
2      Q    Uh-huh.
3      **A   -- was 80 something.**
4      Q    80 point -- let me look -- it's
5  somewhere here.
6      **A   It is somewhere here. If I lost it --**
7      Q    I see 89.
8      **A   There is one smaller. I see 82.**
9      Q    82? And where is that?
10     **A   2019.**
11     Q    Uh-huh.
12     **A   So that's the smallest number. But**
13 **like what I said earlier, for Natchitoches, this**
14 **is based on the data, which has --**
15     Q    I'm sorry, Dr. Solanky, I don't mean to
16 -- to interrupt you, but I just want to be clear --
17     **A   Uh-huh.**
18     Q    -- 82? I'm only seeing 82 for West
19 Baton Rouge in 2020 for the presidential election.
20     **A   How about --**
21     Q    Can you just point --
22     **A   -- 2019? We are on Appendix 3, right.**
23     Q    We're on Appendix 3.
24     **A   How about 2019 --**
25     Q    Uh-huh.

140

1      **A   -- lieutenant governor?**
2      Q    Oh, attorney general?
3      **A   It's on other page.**
4      Q    Oh, I see. Okay. 89. I see. I see
5  2018 for attorney general, 89. 2019 for secretary
6  of state, I see 95.7. And then Governor, I see
7  98.7.
8      **A   Right. So the smallest number I see is**
9  **East Baton Rouge, 2019, lieutenant governor 82**
10 **percent.**
11     Q    Oh, lieutenant governor. Okay. Sorry.
12 I'm just -- I'm just trying to find it. Oh, I
13 see. My apologies. Thank you so much.
14     **A   Okay.**
15     Q    What were you going to say?
16     **A   So what I was going to say was that --**
17 **as we had discussed earlier, this is based on the**
18 **data which Dr. Handley had created with her**
19 **proportional allocation. That's remark number one.**
20         **And remark number two is just because**
21 **for the entire parish, the number is 80 percent or**
22 **90 percent, that does not mean that within the**
23 **parish, there are not precincts where this number**
24 **could totally flip, could become largely different.**
25     Q    Do you have any evidence of parish or

141

1  precincts where that -- that has flipped?
2      A  Yes, I do.  I -- I think I have that
3  for East Baton Rouge in my report.
4      Q  Can you point me to that in your report?
5      A  That's based on the last part from --
6  based on the density work.
7      Q  The density work, in -- in Section 4 of
8  your report?
9      A  So if you look at Page 21 and 22?
10     Q  Okay.  Okay.  So what you're saying --
11 and when you say there are precincts where this
12 totally flips, can you give me an example of where
13 this totally flips in East Baton Rouge?
14     A  So -- so let's look at Figure 12.
15     Q  Uh-huh.
16     A  So -- so here I have plotted white
17 voting Republican.
18     Q  Uh-huh.
19     A  And -- and if you look at the number in
20 front of -- on top of zero, that is the entire
21 parish; okay?
22     Q  Uh-huh.
23     A  And -- and now when you move across
24 this graded scale, you're looking into a subset of
25 parishes as the parishes become more denser.  And

142

1  the horizontal line there is at 50 percent.  And
2  after some time you would see that white voting
3  Republican becomes less than 50 percent for East
4  Baton Rouge.
5      Q  Understood.
6      A  So --
7      Q  And -- and you assert that this
8  represents that in certain precincts that these
9  trends are -- are --
10     A  Are reversing.
11     Q  -- reversing?
12     A  Yes.
13     Q  Okay.  Now, in -- in those -- in -- in
14 that figure, you only discuss two elections;
15 correct?
16     A  Now, which figure?
17     Q  The figure that you were just pointing
18 to.
19     A  That is right.
20     Q  Yes.  Let me see.  Figure 12.  So
21 you're only assessing the presidential election in
22 2020 and the senate election in 2022 in that
23 figure; is that right?
24     A  Okay.
25     Q  And -- but in Appendix 3 for which you

143

1  don't point to specific precincts, you -- you
2  assess things on a parish-wide level, you
3  discussed 12 elections.
4      A  That is --
5      Q  Is that right?
6      A  -- correct.
7      Q  So there are 10 elections in appendix
8  -- represented in Appendix 3 that are not
9  represented in Figure 12?
10     A  That is right.
11     Q  Okay.  So in the elections parish-wide,
12 when you're assessing these parish-wide elections,
13 would you say that black voters in the parish of
14 East Baton Rouge are voting cohesively?
15     A  I would not say that because having
16 seen that there are precincts in East Baton Rouge
17 which vote differently, I would not feel
18 comfortable making that statement.
19     Q  But your numbers -- oh, so sorry.  Go
20 -- please?
21     A  So -- so -- so you have to look at it
22 -- the entire analysis as a whole.  So in the
23 middle part, which we are looking at right now, I
24 look at the parishes and then I look at within the
25 parishes.  So if I ignore the work which I have

144

1  done within the parish, that would be incorrect.
2  So -- so -- so I would not feel comfortable making
3  that statement.
4      Q  Understood.  Just as a general matter,
5  Dr. Solanky, you analyze different parishes in
6  Section 4 of your report than you do in Section 3
7  of your report; isn't that right?
8          For example, turning to -- I'm going to
9  see an area where you summarize the parishes that
10 you selected.  So you summarize -- you -- you
11 discuss Caddo Parish; isn't that right, in Section
12 4?
13     A  That is right.
14     Q  And you don't discuss Caddo Parish in
15 Section 3?
16     A  And -- and -- and that was -- you know,
17 that was not the point that I plot all 64 parishes.
18     Q  Right.
19     A  The point was to show that different
20 parishes vote differently.  So that was the
21 broader picture.
22     Q  Well, in parts, Dr. Solanky, the reason
23 I ask the question is because part of what you're
24 telling me, which I understand, is that your
25 analysis builds on itself.  So you look at a

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

145

1  statewide subset and then you look at parishes and
2  then you break that down into precincts?
3      A   Correct.
4      Q   That makes sense to me.
5      A   Exactly.
6      Q   But what I'm saying is under that
7  rubric wouldn't -- wouldn't it make sense to look
8  at the same parishes in Sections 3 where you're
9  looking at the parish as a whole, and then Section
10  4, where you're looking at precincts, to build on
11  the analysis, the way that you're describing?
12     A   That would be one way.  Another way
13  would be that I have some precincts, parishes,
14  which are different and some parishes common, so
15  that we can look at more of the data.
16     Q   Okay.
17     A   So -- but that is not a big deal.  It's
18  the -- the plot for -- say, for example, Figure 8
19  could easily be included -- I could include one
20  more parish or two more.
21     Q   But you don't?
22     A   I did not.  And for the reason was I
23  wanted to spread it out.
24     Q   Understood.  So in looking at just the
25  -- I understand that your -- that we'll talk about

146

1  Section 4, but we can focus on an area in which we
2  didn't look at precinct-specific data.
3      A   Okay.
4      Q   So let's look at West Baton Rouge.  Are
5  there any elections reflected on Appendix 3 for
6  West Baton Rouge where the majority of black
7  voters did not vote for the -- Democrat?
8      A   So the smallest number I have is 82.9.
9      Q   Okay.
10     A   And that is for 2011.
11     Q   Or '20?
12     A   I mean, 2020 --
13     Q   Yeah.
14     A   -- presidential election.
15     Q   Yeah.  Election number 11.
16     A   And -- and -- and -- and -- and the
17  same answer, which I gave before.  This is based
18  on how Dr. Handley has implemented her
19  proportional allocation based on her data.
20         And -- and just because this is the
21  number for the entire parish, that does not mean
22  that there are precincts in there who vote
23  differently.  In fact, all the parishes, I looked
24  at -- all the parishes I looked at, after some
25  time, in terms of voter density, the parishes vote

147

1  very differently.
2      Q   Uh-huh.
3      A   So I found that consistently.  Having
4  said that, I have not looked at West Baton Rouge,
5  and -- and -- and the reason being, I wanted to
6  include some parishes new, some old, but I could
7  have easily done the same parishes everywhere.
8      Q   Okay.  But in looking at West Baton
9  Rouge as a whole, and just at looking at West
10  Baton Rouge as a whole, which is what you did in
11  Section 3 of your report, there is no election in
12  which the majority of black voters did not vote
13  for the Republican candidate; is that right?
14     A   That is correct.  And -- and I
15  qualified that with two remarks.
16     Q   Yes.  Noted.  And then in Appendix 4
17  where you're assessing white voters voting for a
18  Republican candidate, in West Baton Rouge, I just
19  want to ask the same question.  Are there any
20  elections in which the majority of white voters do
21  not vote for a Republican candidate?
22     A   In which parish?
23     Q   In -- in West Baton Rouge.
24     A   In West parish?
25     Q   Same parish, uh-huh.

148

1      A   For governor selection, it became 54.1.
2  Right, so the smallest number I see is 54.1, and
3  that is for the governor's election in 2015.
4      Q   So there are no elections reflected on
5  Appendix 4 where the majority of white voters do
6  not vote for the Republican candidate?
7      A   That is right.  And -- and again, those
8  two remarks that this is based on the data which I
9  feel is unreliable.  And -- and just because the
10  entire parish, the numbers are over 50 percent
11  based on all the parishes in which I did in-depth
12  analysis, that contradicts the parish wide
13  results.  Meaning on the entire parish, you could
14  have one number, but then as you look at more
15  denser parishes, that could change.
16     Q   But you didn't conduct that kind of
17  analysis for West Baton Rouge?
18     A   For West, right.
19     Q   Understood.  And when you -- I
20  understand that you've stated that you feel that
21  Dr. Handley's data was unreliable, and we'll talk
22  about that in a little bit more detail, but I just
23  want to be clear: Do you present an alternative an
24  -- an alternative method to Dr. Handley's method
25  in -- in analyzing your data?

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

149

1    A   No -- no.  First of all, in order for
2  my numbers to be comparable, I had to look at her
3  -- her proportional allocation in terms of, are
4  there better methods out there?  Yes, there are.
5    Q   And -- but you didn't employ them here?
6    A   I did not employ them because I wanted
7  to verify her numbers.
8    Q   And what are those better methods, in
9  your view?
10   A   There are better methods which look at
11 all of the data.  And -- and if you wish, I could
12 verbalize it or I can give you an example,
13 whichever way you prefer.
14   Q   I would prefer both.
15   A   Okay.
16   Q   So if you could verbalize what methods
17 could have been used?
18   A   So -- so what Dr. Handley does not do
19 is she looks at only partial data and she ignores
20 the key part of the data, which is total turnout
21 -- total turnout.  If you look at the total
22 turnout and see how many early votes were there,
23 you could precisely estimate or obtain how many
24 early votes were there from that precinct.  And
25 she completely ignores that.

150

1       So -- so if you adopt a mathematical
2  model, which first finds out how many early votes
3  are there in a precinct and then allocate them
4  proportionally, yeah, you would do much better.
5  So -- so -- so in my rebuttal report, I have
6  extensive tables.  If you want, we can go over
7  those.
8    Q   We'll go over those later, but yes.
9    A   So I have extensively tabulated how her
10 methodology is either creating extra voters or
11 ignoring the voters who actually voted.  And --
12 and the reason is she looks at data incomplete.
13 If she had looked at all of the data, which is
14 there, all of the data which is there in her own
15 spreadsheet, she would have obtained a much better
16 estimate to allocate the early votes.
17   Q   So, Dr. Solanky, why didn't you conduct
18 that analysis in addition to the analysis that
19 you've conducted?
20   A   Now, first of all, I -- even carrying
21 out the analysis here was time-consuming.  Why?
22 Because I had to pull up my own data, understand
23 what the -- the data is, contrast it with some of
24 the results from Dr. Handley's report.  Otherwise,
25 if -- if I had available time, I could have easily

151

1  implemented those.
2    Q   But you did not?
3    A   I did not.  But from a mathematics
4  point of view, it's a very simple solution.  And
5  -- and Dr. Handley just did not see it.
6    Q   And you didn't have time to conduct the
7  very simple solution that you proposed?
8    A   The number one objective was to verify
9  her numbers and -- and present something which I
10 can contrast based on her numbers.  If I do my own
11 work and -- and come up with my own numbers, then
12 I would not have been able to verify her numbers.
13   Q   Well, as we went over at the beginning,
14 the task that you've laid out in your expert
15 report is to both statistically study voting
16 patterns and to critique Dr. Handley and Mr.
17 Cooper.  So -- so as part of your -- your own
18 statistical study of the data, you did not conduct
19 an analysis that -- that implemented this very
20 simple solution that you proposed; is that right?
21   A   That is right.  So I did not implement
22 that, but instead I focused on showing what she
23 implemented, how biased it is and what errors it
24 has created.
25   Q   Okay.  Okay.  And just for purposes, I

152

1  think we skipped over Appendix 4 in assessing East
2  Baton Rouge, so I just want to return to that very
3  briefly and get that on the record.
4       So in looking at election -- the
5  elections that you lay out for East Baton Rouge,
6  with the caveats that you've already laid out with
7  respect to the quality of the data and your
8  analysis in Section 4, which we certainly will
9  discuss, based on this table alone, are there any
10 elections in which the majority of white voters in
11 East Baton Rouge did not vote for the Republican
12 candidate?
13   A   No.  We looked at those numbers.  I
14 think the smallest was 60.3; right?  But there was
15 even 59 --
16   Q   No, we did West Baton Rouge and then we
17 did the black voting population in East Baton
18 Rouge.  So I just wanted to return to East Baton
19 Rouge.
20   A   So you're on Appendix 4 now; right?
21   Q   Yep.  Yep.
22   A   Okay.  Give me one second there.
23   Q   Of course.
24   A   So East Baton Rouge, I see 59.  I see
25 59.0, 60.0.  There is 64.9.  Yeah, so none of the

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

153

1  numbers -- the smallest number is I think 59.
2      Q   And just to be clear, for the elections
3  that you've laid out in East Baton Rouge, do you
4  know whether the Democratic candidate won in any
5  of these elections?
6      A   I'll have to check.
7      Q   And again, from a parish-wide level,
8  looking at East Baton Rouge, West Baton Rouge and
9  my favorite place, Natchitoches, I just want to be
10  clear, based on the data in Appendix 3 and
11  Appendix 4, black and white voters are voting for
12  different candidates.
13      A   That is right.
14      Q   So based on that, would you agree that
15  voting in Natchitoches is polarized?
16      A   I would not.
17      Q   Why not?
18      A   For two reasons.  First of all, the --
19  the confidence level I have in this data, it's not
20  high.  This data is borderline misleading.  There
21  are precincts where there are extra voters which
22  don't exist, and there are precincts where there
23  are voters who have been just ignored.  So -- so
24  -- so -- so -- so -- so the -- the estimates are a
25  function of the data which was there.

154

1          And -- and the second remark, which we
2  have gone over, so even if I assume everything is
3  right, just saying something for the entire
4  Natchitoches Parish would be misleading for me as
5  -- as a scientist.  And the reason being, all the
6  parishes I looked at in depth, I found that the
7  voting changes as the residents get denser.  So as
8  a scientist, as a researcher, I'll feel
9  uncomfortable making that statement, having seen
10  that wherever I looked in depth, I found something
11  to the contrary.
12      Q   And to be clear, you didn't look at
13  Natchitoches in depth?
14      A   Right.
15      Q   You didn't look at West Baton Rouge in
16  depth?
17      A   That is right.
18      Q   You didn't look at Orleans in depth?
19      A   No, no, Orleans is voting differently
20  even overall.
21      Q   Yes.  Well, and -- and I'll return to
22  that in just a second, but I just want to be
23  clear, east Carroll was not analyzed specifically
24  --
25      A   Correct.

155

1      Q   -- in depth; correct?  So in looking at
2  Orleans, I -- I wanted to return to the figures
3  that you include.  Let me see.  I noted them here.
4  Yeah.  Figure 7 and Figure 8.  These are on pages
5  60 -- excuse me, 16 and 17 of your report.
6          So you noted just now that Orleans is
7  voting differently as a matter of course.
8      A   Right.
9      Q   In looking at Figure 7, Orleans is the
10  green line; correct?
11      A   Right.
12      Q   And Orleans is notably separate from
13  the other lines on this graph.  Would you agree?
14      A   That is right.
15      Q   And in Figure 8, Orleans is the graph
16  -- the green line as well; correct?
17      A   That is right.
18      Q   And it is in a notably different place
19  than the other lines on this graph; correct?
20      A   That is right.
21      Q   Would you call New Orleans an outlier
22  district or an outlier parish, I should say?
23      A   No.
24      Q   Why not?
25      A   The same -- let's connect this with the

156

1  part four.  Even the -- the parishes I looked at,
2  when they get denser, a similar pattern which you
3  see for Orleans is observed.  So Orleans is not an
4  outlier, it just happens to be a denser parish.
5  And -- and the voting pattern in denser parishes
6  is consistently observed to be different.
7      Q   Okay.  All right, well, we'll go
8  through the questions of density and -- and the
9  specifics of Section 4 really briefly, I just want
10  to cover a couple of -- actually, no, we can move
11  on to it now.  So let's talk about Section 4 of
12  the report.
13          So can you -- can you describe briefly
14  what the analysis you were conducting in Section 4
15  of the report is?
16      A   Sure.  So in -- in Section 4, like what
17  we talked about earlier, the report is first
18  looking at the entire state of Louisiana, and then
19  I move into parishes, and then I move into within
20  parishes.  So -- so in part four of my report, I'm
21  looking inside a parish and then seeing if there
22  are different precincts within the parish which
23  vote differently.  So -- so that's like the
24  summary of part four.
25      Q   Okay.  And what methodology did you use

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

157

1  to conduct this analysis?
2      A  I believe I did EI analysis.
3      Q  So it's the same methodology as Section
4  3 in general?
5      A  That is right, yeah.
6      Q  And how is this analysis relevant to
7  your -- relevant to assessing racially polarized
8  voting in Louisiana?
9      A  Now, what it is showing is that within
10  parishes, there are precincts which vote
11  differently.  So obtaining -- obtaining a
12  parish-wide estimate or clubbing in several
13  parishes and obtaining one estimate for several
14  parishes would be misleading.  So -- so -- so one
15  estimate would not work.  These parishes are
16  voting differently even within the parish.  So --
17  so -- so that is the reason.
18      Q  And how is that relevant to assessing
19  the areas -- the -- the areas that are relevant to
20  this case?  Why is it important that people in
21  certain precincts may vote differently than the
22  parish as a whole?
23      A  A part of Dr. Handley's report ignores
24  this feature.  So it comes up with the estimates
25  for the entire region, which is a mixture of --

158

1  which is a addition of several parishes.  And --
2  and -- so the -- the purpose was to show that
3  those estimates are misleading.  If you look
4  within the parish, you'll get different answers
5  based on how dense the parish is.
6      Q  Okay.  So let's approach Section 4A of
7  the report.  So can you describe generally what an
8  analysis you're conducting in Section 4A?
9      A  So in 4A, I'm looking at the Caddo
10  Parish and -- and -- and there is a website which
11  was telling me which of the precincts are in
12  Shreveport area, which are not.  And I relied on
13  that -- that report.
14      And if you look at Figure 9, I have
15  drawn a picture of which parishes are the ones in
16  Shreveport Parish, which parishes are in the
17  Shreveport area inside the Caddo Parish, and which
18  are not.  So the yellow ones are Shreveport, red
19  ones are not in Figure 0.
20      And -- and then I have done ecological
21  inference analysis for these two groups
22  separately.  In Figure 10, I'm reporting the black
23  voting for Republican in Shreveport, outside
24  Shreveport.  So in Figure 11, I'm reporting white
25  voting Democrat in Shreveport and outside

159

1      Shreveport.
2      Q  And so why did you select Caddo and
3  Shreveport and outside of Shreveport for this part
4  of your urinalysis?
5      A  The Caddo Parish I saw was being
6  mentioned in several of the reports.  And -- and
7  -- and -- and this was, you know, before I looked
8  into the -- the density analysis, I was able to --
9  I was just looking for -- to see if I can find
10  some rural or urban areas within the -- within the
11  parish and -- and this one happened to be there.
12      I looked for some similar things for
13  other -- publicly available for other parishes, I
14  could not find.
15      Q  Okay.
16      A  But this was the one which was readily
17  available, giving me a city area, a non-city area.
18  And that's the reason.
19      Q  And the way that you distinguish the
20  city versus the non-city is the website that you
21  cite in Footnote 9?
22      A  Right.
23      Q  So how -- do you recall how many
24  precincts in Caddo Parish fell into the city of
25  Shreveport?

160

1      A  No, I don't have that memorized, but if
2  you wish, we could -- this is a precinct level
3  map, Figure 9, we could just tediously sit down
4  and count every single one of them.
5      Q  I think that we may be able to suss it
6  out by looking at Appendix 6, but.
7      A  Okay.
8      Q  So we can take a look at that.  So it
9  actually, it looks like the two regions are just
10  discussed as a general matter.  So -- so you don't
11  recall how many precincts were in Caddo Parish?
12      A  I don't think --
13      Q  Or in, excuse me, how many precincts in
14  Caddo Parish fell inside the city of Shreveport?
15      A  No, but this is a precinct level map.
16  So -- so if needed, we could just sit down and
17  count the best we can.
18      Q  And how -- so how is the analysis of
19  how voters were voting in the city versus how
20  voters were voting outside of the city relevant to
21  the issue of racially polarized voting?
22      A  Now, in -- in racial polarization, we
23  are looking at how blacks vote, how whites vote
24  and -- and this is very interesting to see.  So if
25  I -- I created two parts of the Caddo Parish and

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

161

1  one is Shreveport, one is non-Shreveport.  And
2  even within those two parts, there's a big
3  difference how whites and blacks are voting.
4      Q    And what is the difference in how
5  whites and blacks are voting?
6      A    So -- so -- so if you look at the
7  figure number eight -- figure number 10.
8      Q    Sure.
9      A    So the blue line is blacks voting in
10 non-Shreveport area.  The red line is blacks
11 voting in Shreveport area.  And -- and look at
12 this picture, look at this figure.  Red line is
13 always below the blue line, meaning that there's a
14 big difference how black voters are voting in
15 Shreveport, outside Shreveport consistently for
16 these 12 elections.
17      And then in Figure 11, I have the same
18 thing for white voters.  And -- and this time you
19 would see the red line is above the white line
20 consistently for all the 12 elections.  And -- and
21 -- and in the appendix, I have the actual numbers,
22 so you can subtract those --
23     Q    Yeah, so let's -- I'd love to look at
24 that.
25     A    So you can subtract those numbers to

162

1  see the difference between the white voters in
2  Shreveport area and non-Shreveport area, that how
3  much higher is the percentage of white voters
4  voting for a Democrat in Shreveport or
5  non-Shreveport.
6      Q    So in looking at the numbers for -- on
7  -- on Appendix 6, are you there?
8      A    I'm almost there.  Yes, I'm there.
9      Q    So setting aside the presidential
10 election in 2012 and the presidential --
11 presidential election in 2020, in looking at these
12 percentages, are there any other elections aside
13 from again, the presidential election in 2020 and
14 the presidential election in 2012, where the
15 majority of black voters in and -- in and outside
16 the city of Shreveport are voting for a Republican?
17     A    No.
18     Q    And in looking at the white column,
19 that's the number of whites voting for Democrats;
20 is that right?
21     A    That is right.
22     Q    And in looking at all of these
23 elections, is there any election in which the
24 majority of white people vote for a Democrat,
25 either in or outside the city of Shreveport?

163

1      A    No.
2      Q    And so that's -- let's return to the
3  presidential election.  So the two out of -- the
4  two numbers that exceed 50 percent on Appendix 6
5  in the column labeled Black Voting Rep -- Black
6  Voting Republican, are the 2012 and 2020
7  presidential elections.  That's right?
8      A    That is right.
9      Q    And that's the election where we
10 elected President Barack Obama in 2012; correct?
11     A    Right.
12     Q    And the election where the country
13 elected President Joe Biden in 2020; is that right?
14     A    That is right.
15     Q    And then the lowest number outside of
16 these or the -- the -- the next highest number in
17 this column is the 2016 presidential election
18 where 38.5 percent of black voters voted for a
19 Republican candidate in President Donald Trump; is
20 that right?
21     A    That is right.
22     Q    So there's a pretty big gap in 38.5 to
23 55.9 and in 38.5 to 60.6.  Did this surprise you
24 when you saw these numbers?
25     A    Yeah, it did surprise me.

164

1      Q    So why did it surprise you?
2      A    These are large numbers.  But having
3  said that, these are the three elections where
4  more blacks turned out to -- to vote.  So -- but
5  those numbers did surprise me.  They stand out as
6  -- as being much larger than others.
7      Could it be due to more blacks voting
8  that day?  Maybe.  Could it be due to Dr. Handley
9  proportionally allocating votes, which has messed
10 up data integrity?  Maybe.
11     Q    Did you check your own database to see
12 if there were any issues with the data?
13     A    No, I have not carried out that
14 analysis, no.
15     Q    Okay.  So let's turn to Section 4B of
16 the report.  Can you generally, once you're there,
17 describe to me what this analysis consisted of?
18     A    So in 4A, I looked at Caddo Parish and
19 I could just roughly divide it into two.  And I
20 could see that divide it into two and there is
21 something which is happening in terms of change.
22     So -- so the next step, which I wanted
23 to do was do even more in-depth analysis.  And --
24 and that is what I have done in part 4B.  As the
25 precinct gets denser, I wanted to see if there is

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

165

1  a change in terms of how blacks vote, how whites
2  vote.  So -- so this is all gradual.
3        So in 4A, I just had two parts and then
4  I wanted to take another step and see if I can see
5  any gradual change in terms of within parish
6  disparities.  And that's in 4B.
7    Q   Understood.  And so can we just back up
8  a little bit because I'm -- I'm not as well-versed
9  in this as you are by a long shot.  Can you
10 describe to me generally what population density
11 is?
12   A   Now, population density, the way I
13 understand is, it looks at the total area, how
14 many people are in there and then computes the
15 number based on that.
16   Q   Okay.  And so why did you introduce the
17 -- the concept of population density to this
18 section of your analysis?
19   A   Now, I had looked up certain parishes,
20 13 precincts in Orleans Parish.  And even within
21 the Orleans Parish, I was looking at precincts
22 which fall closer to the universities areas, and
23 they were voting very differently.  So I was
24 looking for some way to see if within a parish,
25 there are different regions, there are different

166

1  precincts.
2        And -- and -- and one way I could
3  quantify the urbanness or the ruralness of a -- a
4  parish was to look at the density.  It's -- it's
5  not the best estimator.  Maybe there is a better
6  metric out there which can quantify urbanness or
7  ruralness.  But looking at the density was one way.
8    Q   And why does urbanness and ruralness
9  matter?
10   A   Because based on my preliminary work, I
11 could see that the voting changes within the
12 parish.
13   Q   Based on?
14   A   Based -- I -- I -- I mentioned that
15 Orleans Parish is where I did some analysis just
16 to get some preliminary idea.  It's already voting
17 very differently.  But even within that, you go --
18 go to more denser areas, there was changes.
19        So -- so -- so that was the hypothesis
20 I had, that maybe rural precincts vote differently
21 than urban.  And -- and I tested that the
22 hypothesis using the density.  In every parish I
23 looked at, I could see the trend as very clear,
24 the -- the voting density does matter.
25   Q   And how does the concept of urbanness

167

1  and ruralness, the distinction that you're making
2  with the population density analysis; is that
3  right?
4    A   Right.
5    Q   How does that relate to racially
6  polarized voting, assessing election results based
7  on race?
8    A   Now, these are all steps leading to
9  that.  So -- so -- so this is the metric I used,
10 voting -- the population density for urban-rural,
11 and maybe there are other metrics out there.
12        Maybe there are pockets within the
13 parish, some rural or urban mixture where people
14 vote differently.  But at least I wanted to show
15 that you cannot assume that all the precincts
16 within a parish vote the same way.  And -- and --
17 and -- and I was amazed when -- when I carried out
18 this analysis.  Literally for both the elections I
19 was able to see as the parish gets denser, you
20 could see big change.
21   Q   And how did you assess the population
22 density for each district in each of the parishes
23 that you analyzed here?
24   A   That was available in some census
25 website.

168

1    Q   Okay.  So you --
2    A   I think in my report I have quoted that.
3    Q   Okay.  I may have missed it, but that's
4  -- that's fine.  Did you evaluate --
5    A   It's on census website.  If I did not
6  provide it -- it's on the census website.  And I
7  think Dr. Handley was able to get hold of it
8  because in her rebuttal report, she's quoting some
9  numbers about the voting density.  So if you wish,
10 I can pass on that link.
11   Q   Thank you.
12   A   Not a good deal.
13   Q   And when -- when you were conducting
14 the -- this analysis of urban precincts versus
15 rural precincts based on population density, did
16 you assess what percentage of rural precincts were
17 within the state legislative districts that are at
18 issue in this case?
19   A   No, I did not.
20   Q   Okay.  So I want to talk a little bit
21 about Footnote 10 on Page 20.  So there you -- you
22 say that since voter level data for the elections
23 on the SOS website is available for precincts, the
24 EI estimates reported below required matching
25 voting districts to precincts and totaling of the

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

169

1  candidates -- the candidate votes by voting
2  district in order --
3       MS. RIGGINS:  Objection.  VTD does not
4  stand for voter districts.
5       MS. GIGLIO:  Voting -- it says it right
6  up on 4 --
7       MS. RIGGINS:  Voter tabulation district.
8       MS. GIGLIO:  It -- it -- on -- my
9  apologies.  But in Section 4B above, on the title
10 of the section, it says Voting Districts and then
11 paren VTDs.
12      MS. RIGGINS:  Okay.
13      MS. GIGLIO:  That's where I got that.
14      MS. RIGGINS:  Yeah, sorry.  I just
15 didn't want us to confuse the --
16      MS. GIGLIO:  No problem.
17      MS. RIGGINS:  -- districts with --
18      MS. GIGLIO:  When I -- when -- I'll
19 reread it and I will save VTDs instead.  I -- I do
20 that for my own understanding.
21 BY MS. GIGLIO:
22   Q   But so, Footnote 10, I'll reread it,
23 reads, Since the voter level data for the
24 elections on the SOS website is available for
25 precincts, the EI estimates reported below

170

1  required matching VTDs to precincts and totaling
2  of the candidate votes by VTDs in order to match
3  the population density data.  For Caddo Parish's
4  2022 Senate elections, Precinct 159 was absorbed
5  by Precincts 122, 163 and 165.
6        In -- in order to match the VTDs for
7  the 2020 and 2022 elections in Caddo Parish, the
8  precinct level votes for the 2020 election have
9  been equally divided into these three precincts.
10 There was a total -- there were a total of 900
11 votes cast on election day in precinct 159 in 2020
12 presidential elections.
13       So can you just tell me a little bit,
14 can you explain to me what that means?
15   A   Sure.  Now the -- the voting density,
16 the density is based on VTDs on the census
17 website.  And the election votes on the Secretary
18 of State's websites are by precinct.  So the first
19 task was converting those precincts to match with
20 the VTDs.  And -- and -- and some of the parishes,
21 which I included here, I was able to do that with
22 less effort.  It's a very tedious effort to -- to
23 match them.  And -- and that is probably the
24 reason I did not look at even more elections.
25       If you go back in time, then you would

171

1  find even more precincts, which would -- which I
2  had difficulty matching with the VTDs.  So -- so
3  -- so for these two elections and these two
4  parishes, I was easily able to match them and get
5  how many voters voted, how many blacks were there,
6  how many whites were there, how many others were
7  there in these voting districts in the candidate
8  votes.
9    Q   And why was it easier to assess 2020
10 and 2022?
11   A   Now, these are based on newer data and
12 -- and the precincts are not that off compared to
13 voting districts.
14   Q   And how -- what was the process that
15 you used in matching the precincts to the VTDs?
16   A   So -- so -- so I looked at, first of
17 all, how they're coded.  And then I looked at how
18 many people are there in those to double-check my
19 numbers.  So -- so those were -- so I wanted to
20 make sure I'm comparing them with the right things.
21       The easiest was East Baton Rouge.
22 Everything was one-to-one.  Others were little
23 more -- were -- there were some precincts which I
24 had to do some work to match.
25   Q   And in -- in saying how they were

172

1  coded; what do you mean by how they were coded?
2    A   How they -- the -- the precincts and
3  the voting distance, how they are coded is means
4  how they are numbered.  So if they -- they are 151
5  and 1 -- so the number is precinct number 151 and
6  in voting district, it's also 151, then I know
7  they are same.  And I could also see how many
8  voters were there through the election data.  So.
9    Q   And why are there differences between
10 the census and the -- the Secretary of State data?
11   A   I don't know that I -- I -- I cannot
12 opine on that.  I'm just telling you what I
13 observed.  So -- so the Secretary of State data is
14 based by precinct.  And when you look at voting
15 VTDs, sometimes they -- they don't match.  They
16 mesh perfectly for East Baton Rouge.  And -- and I
17 have one instance where I found one parish, one
18 precinct in Caddo Parish, which was there in 2020,
19 but not there in 2022.  So -- so I had to do some
20 -- some mathematics work to adjust for that.
21   Q   And in -- in Footnote 10, you indicate
22 that, in noticing that there was a precinct that
23 was absorbed, you took the votes cast and -- and
24 in -- and you split them equally in-between the
25 three adjoining precincts; is that right?

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

173

1    A    That is right.
2    Q    Why did you split them equally?
3    A    First of all, now I looked at it many
4  different ways.  So I did some analysis just
5  excluding this and I found the same thing.  Now,
6  these precincts, all of them tend to be very low
7  in VTD, in the density.  So I knew even if I go --
8  let -- let's look at the Caddo Parish graph in
9  there.
10    Q    The -- the Figure 10 or Figure 11, one
11 of these?
12    A    So -- so let's look at Figure 14 and I
13 think 15.  So those are the Caddo Parish precinct.
14 So -- so -- so -- so these precincts, which I
15 merged, don't play a role.  The -- the voting --
16 the density there was 300 something or less,
17 meaning I'm pointing something on the graph.  So
18 -- so if you look at my graph, I'm sorry --
19    Q    Why are you sorry?  I see it.
20    A    If you look at my graph, which I'm
21 pointing here.
22    Q    Yep.
23    A    So -- so this part of the graph,
24 anything on the right of, say, 400 does not depend
25 on that -- those allocation.

174

1    Q    Okay.
2    A    Why?  Because here I have excluded
3  those precincts, anyway.  So these precincts tend
4  to be very lastly dense.  So I -- so I have that
5  part of the analysis, which I'm doing doubt would
6  be free of this precinct, anyway.
7    Q    Okay.
8    A    So -- so to answer by your question, I
9  could have done this many different ways, but I
10 knew it would make no difference in the bigger
11 picture.
12    Q    Okay.
13    A    And plus, I'm talking about 1 percent
14 out of, like, 150.  So it would -- even in the
15 part of the graph where it did belong, it made no
16 difference.  Marginal difference.
17    Q    Understood.
18    A    So.
19    Q    So, Dr. Solanky, what does it mean to
20 have a population density of at least 300?
21    A    So that's the number, how many people
22 live, divided by the total area.  And it's a
23 measure of how dense the -- the -- the VTD is.
24    Q    How did you develop the ranges that you
25 used in, let's say, Figure 12?

175

1    A    The -- so let me explain that.  So the
2  idea was to see, now, think of, like, a knob,
3  like, when we take showers, there's a knob which
4  goes from hot to cold water.  And -- and as you
5  turn it from cold to hot, you see something
6  happens.  More hot water comes.  The same idea was
7  here.  That I started with all of them, and I made
8  it denser, denser, denser, and I saw what is
9  happening in terms of black and white voters'
10 percentages.
11    So I did not pick any numbers as such.
12 I -- I was just twisting it from left to right,
13 given the range which is permissible for that
14 parish.  And -- and I could see for some, I had to
15 twist a lot.  For -- think of that you are going
16 to three different showers.  For one, you have to
17 turn 180.  For other, you just do 90 degrees.
18 Same way.
19    Q    Sure.
20    A    As you twist, make it go faster.
21    Q    Sure.  And then there's a surprise
22 shower with 45, and it's a scalding hot shower.  I
23 totally understand what you mean.  But it looks
24 like on these graphs, and I'll look at Figure 12,
25 Figure 13, Figure 14, the ranges are consistent.

176

1  Zero to 300, 300 to 500.  And then in certain
2  areas, it starts to drop off earlier than others.
3  But then you jump from 500 to 3,000, 3,000 to
4  4,500.
5    How did you come up with those ranges?
6    A    You know, the idea was that as I
7  twisted shower knob from cold to hot, I observe a
8  pattern.  And at what points I stop, it did not
9  matter, as long as I'm turning from left to right.
10 And -- and -- and I wanted to -- if that shower
11 knob goes from zero to 180 degrees, I would
12 include all of that.  And -- and I wanted to have
13 enough points where I stop to check the water
14 level.
15    Q    Okay.
16    A    So if some parish had only up to -- let
17 me --
18    Q    Sure.
19    A    Say, for example, Figure 18, the
20 highest is 18.  So think of that some shower,
21 which goes from just horizontal to a little bit.
22 So I wanted to bring enough points in between
23 those.
24    Q    Okay.
25    A    And -- and that is what I have done.

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

177

1    Q   Okay.  So the numbers themselves don't
2  mean much to you?
3    A   So numbers themselves don't mean much.
4  What they mean is, as the parish is getting
5  denser, there is a change.  And the definition of
6  denser could vary from parish to parish, so.
7    Q   Understood.  Okay.  And so in
8  conducting the analysis that you -- that the --
9  the specific analysis in Section 4B, you include
10  the high-density precincts at every stage of the
11  analysis; correct?
12    A   That is right.
13    Q   And why do you do that?  Why do you do
14  that?
15    A   The -- the same idea.  So -- so -- so I
16  wanted to see, as the precincts are getting
17  denser, what do you see?  So -- so -- so I looked
18  at cumulatively.  Another way would be if I just
19  chop it.  And -- and that would be incorrect,
20  because then my sample size is decreasing.  So I
21  would not be able to get a -- a good estimator if
22  I look at only 2, 2, 5, 5.
23       The idea was as much as possible, I
24  should have a large sample size.  So you can do it
25  two ways, either chop it down into different

178

1  ranges, or you do a graded change.  And -- and I
2  felt the graded change was a better way to see.
3    Q   Okay.  So when you say chop it, do you
4  mean compare low-density and high-density areas
5  and analyze them separately?
6    A   Creating intervals.
7    Q   Okay.
8    A   Like, somebody could do that, look at
9  only the precincts which fall between 3,000 and
10  4,000, analyze that.  But then you are reducing
11  your sample size.  Sometimes you may not have any
12  precincts which fall in there, or too few.  So --
13  so in statistics, we try to have a large sample
14  size whenever we can.
15       Sometimes we don't have a choice, but
16  here it was -- this analysis is very standard,
17  like, greater change that you start with the all,
18  and you make it denser and see the -- the
19  precincts which are at least that much denser.
20    Q   And when you say that you don't want to
21  have too small a sample size in statistics, why is
22  that?
23    A   Now in general, too small of a sample
24  size, your confidence interval would become large,
25  with wider.

179

1    Q   And what -- what -- how does that
2  impact your analysis?  What does it mean to have a
3  large confidence interval?
4    A   Meaning a large -- a wide number.
5    Q   What does that mean, then?
6    A   Let me just give you an example.  Say
7  -- say you wanted to ask my age.  And the
8  confidence interval is, say, between zero years
9  and a hundred years, that's very non-informative.
10  So that confidence interval did not serve a
11  purpose.  Whereas if the confidence interval was
12  between 55 and 60, then you have some idea what's
13  going on.  So -- so, in general, we want the
14  confidence interval to be narrowed whenever
15  possible.
16    Q   Understood.  That's a very helpful
17  example.  Thank you.  Okay.  So I just want to
18  look across the remainder of your analysis.
19       So you analyze four parishes in this
20  section; is that right?
21    A   That is right.
22    Q   You analyze Caddo Parish.  Well, I
23  guess I should go in order of the report.  You go
24  East Baton Rouge; correct?
25    A   That is correct.

180

1    Q   And then Caddo and then Iberville;
2  correct?
3    A   That is correct.  I'm sorry.
4    Q   Oh, that's okay.  And then Pointe
5  Coupee; is that right?
6    A   Correct.
7    Q   Okay.  And why did you select these
8  four parishes?
9    A   Now -- now these parishes, again, were
10  mentioned in -- in -- in -- in the reports, which
11  I read.  And -- and -- and in some sense, the
12  parishes which were in my active memory by reading
13  the reports, I started there, and the ones which I
14  could clean up the data fast.
15       So -- so I cannot recall now, but there
16  were one or two parishes where there was such a
17  large discrepancy between the precincts and the
18  VDTs, it would take enormous amount of time to sit
19  down and clean up that data.
20    Q   Understood.  Okay.  So let's talk about
21  population density for each of these -- each of
22  the parishes that you assessed.  So we'll start
23  with East Baton Rouge, and that's on Page 21.
24       So do you recall or is it obvious from
25  your graph how many precincts had a population

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

181

1  density of zero?
2      A   That's all of them.
3      Q   Right.  And do you know how many
4  population -- how many precincts were in East
5  Baton Rouge?
6      A   No, I -- I don't.  I -- 300-something.
7      Q   Okay.
8      A   I could -- yeah.  Something like that.
9      Q   And do you recall how many precincts
10  had a population density of at least 300?
11      A   No, I don't recall, but the -- but like
12  what I said earlier, how many precincts, VTDs
13  qualified for that, that is a function of the
14  confidence interval.  So -- so that number gets
15  absorbed in the analysis when I report the
16  confidence interval.
17      Q   Understood.  And is it more appropriate
18  for me to use the term VT -- the number of VTDs,
19  given the data that you were using or --
20      A   Yes, please.
21      Q   Yes.  Okay.  No, no, no, that's why I'm
22  asking.  So -- okay.  So let me -- I'll jump to
23  the higher end of the chart.  Do you recall how
24  many or a general -- have a general sense of how
25  many VTDs had a population density of at least

182

1  5,500?
2      A   No.  Less than 5,300.  That's all I
3  could say.
4      Q   Less than 5,300?
5      A   So remember --
6      Q   Okay.
7      A   -- so the goal was -- if let me come
8  back to that shower example.
9      Q   Sure.
10      A   So I'm knobbing -- moving that knob
11  from zero to all the maximum.  And when you're at
12  the maximum, then, of course, very little of cold
13  water is coming.
14      Q   Understood.  Yes.  And -- and I -- I --
15  I have to ask this.  Do you recall at all how many
16  precincts had a voting -- had a population -- oh,
17  VTDs had a population density of at least 7,000,
18  the highest number on the chart?
19      A   I -- I could not tell you that, but
20  that's a easily available number, which if needed,
21  can be easily computed.
22      Q   Okay.
23      A   And reported.
24      Q   And when you were assessing that the
25  VTDs that were high-density to your analysis, did

183

1  you assess whether those VTDs were contiguous,
2  meaning whether they were -- where they were
3  geographically located?
4      A   No, I did not look at that.
5      Q   So let's look at Caddo, which is the
6  next set of figures.  That's on Page 23.  And I
7  will ask, do you recall generally how many
8  precincts had a population density of at least 300?
9      A   I cannot recall.
10      Q   And do you recall generally how many
11  precincts had a voting -- oh, gosh, I'm using
12  precincts again.  I'm going to stop.  It's VTDs.
13  How many VDTs had a population density of at least
14  4,700, the highest number on the figure?
15      A   I don't, but the answer is same.  I'm
16  going from zero hot water to hundred percent hot
17  water, so I'm giving the entire range.  So.
18      Q   And is the same true for Caddo Parish,
19  that you did not assess whether the high-density
20  VTDs were contiguous with with one another?
21      A   That is right.
22      Q   Okay.  And I'll ask the same few
23  questions for Iberville.  So that's 20 -- Page 25.
24  Do you recall how -- how many VTDs had a voting
25  density or had a population density, excuse me, of

184

1  at least 300?
2      A   No, I don't.
3      Q   Do you recall how many VTDs had a
4  population density of at least 3,400, the highest
5  number on this figure?
6      A   Less than 30 -- 3,000.  And -- and this
7  is a very easily --
8      Q   Yeah.
9      A   -- obtainable number.  And -- and --
10  and -- and if you wish, I can compile those
11  numbers and -- and send it, or --
12      Q   Understood.
13      A   -- I'm sure your Dr. Handley has done
14  that, too, so.
15      Q   Okay.  And to be -- and, again, this is
16  a clarification question.  You did not assess
17  whether the high-density VTDs were contiguous with
18  one -- the high-density VTDs in Iberville were
19  contiguous with one another; correct?
20      A   No, I did not.
21      Q   And then the same few questions for
22  Pointe Coupee.  So do you recall how many VTDs in
23  Pointe Coupee had a voting -- had a population
24  density of at least a hundred?
25      A   I don't.

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

47 (185 to 188)

185

1    Q    And do you recall how many VTDs in
2  Pointe Coupee had a voting -- had a population
3  density of at least 800?
4    A    Again, the same answer. I'm going from
5  zero to all. And as we reach all, it's
6  decreasing. And I probably want -- I probably
7  reached all the way to the end of that knob.
8    Q    Understood.
9    A    For my hypothetical example.
10    Q    Well, I'm -- I'm looking at Footnote
11  11, which indicates that in Pointe Coupee Parish,
12  there are only two VTDs with a density of over 800.
13    A    Correct.
14    Q    Did you assess whether these two
15  parishes were contiguous?
16    A    I did not.
17    Q    And is -- are there any issues, given
18  the -- the note, the -- given the comments that
19  you've made earlier about having too small of a
20  sample size, were there any concerns that the
21  sample size of the high-density VTDs was too small
22  for Pointe Coupee parish?
23    A    Not too small for the mathematical
24  analysis. The smaller the sample size, it will
25  get reflected in the confidence interval. So the

186

1  confidence interval would tend to be generally
2  wider. So this confidence interval, it -- it --
3  it looks at all of the information. It looks at
4  the trend. If every single precinct had same
5  exact proportion, then confidence interval would
6  be very narrow, even for small sample sizes.
7    Q    Understood.
8    A    So -- so if -- if there's a disparity
9  -- if there's a big variation among those
10  precincts, then even a large VTD base confidence
11  interval could be still wide. But the confidence
12  interval is a function of how much variation there
13  is and the sample size vote.
14    Q    And having two wide of a confidence
15  interval indicates that the data could be deemed
16  unreliable?
17    A    No.
18    Q    Okay.
19    A    The same example I gave you earlier.
20  If you guess my age, if my confidence interval for
21  my age is zero to a hundred years --
22    Q    Right.
23    A    -- it's less informative. So it's not
24  unreliable. Rather, it's non -- not much
25  informative.

187

1    Q    It's less. Understood. Okay. And are
2  you generally aware of issues with conducting EI
3  analysis using a small subset of precincts?
4    A    Now I am not a --
5    Q    Or VTDs. Excuse me.
6    A    No, I'm not aware of it. It's a --
7  it's a matter of personal preference. So
8  mathematically, there is no such number which will
9  quantify that you should have so many precincts.
10  And I'm assuming if there was such a number, then
11  my R package would have given me an error code, so.
12    Q    Understood. Okay. So I'd like to take
13  a look at the appendices that are associated with
14  Section 4 briefly. We'll start with Section 7.
15        And so to be clear, Dr. Solanky, you
16  only looked at two or one -- you only looked at
17  two elections for -- in assessing the trends in
18  East Baton Rouge, based on population density; is
19  that right?
20    A    That is right.
21    Q    And that's the presidential in 2020 and
22  the Senate in 2022?
23    A    That is right.
24    Q    So looking at the confidence intervals
25  for the presidential election in 2020, I'd like to

188

1  take a look at the highest density, which is 7,000.
2    A    Okay.
3    Q    So you -- the -- the figure that you
4  give here is 26.5. And that's percent of whites
5  voting Republicans; correct?
6    A    Right.
7    Q    And the confidence interval, the lower
8  limit of the confidence interval is 12.4; correct?
9    A    Correct.
10    Q    And the high end of the confidence
11  interval is 42.4; is that right?
12    A    That is correct.
13    Q    So it -- does that mean that this
14  figure could be anywhere between 12.4 and 42.4?
15    A    So it could be anywhere between, but
16  then chances it's more closer to 42.4 are much
17  smaller. So -- so -- so this is a graded interval
18  based on the probability. This is a 95 percent
19  confidence interval. If you derive a 90 percent
20  confidence interval, it would be much more
21  narrower. So -- so the statement that it could
22  have been anywhere in that interval, yes, but that
23  would have a much smaller probability.
24    Q    Okay. And in looking at the Senate
25  2020 highest population density figure, the last

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

189

1  -- the last row on this chart, so for population
2  or for VTDs with a population density of 7,000,
3  you indicate that whites voted -- 44.8 percent of
4  white voters voted for Republicans; is that right?
5      A   That is right.
6      Q   And the confidence interval there, the
7  lower limit was 18.4 percent; is that right?
8      A   Correct.
9      Q   And the highest was 60.7 percent; is
10 that right?
11     A   Correct. Correct. And -- and that is
12 probably a function of the small number of
13 precincts VDTs, which qualified for that. If you
14 look up the three, four rows above that, say, for
15 example, for say, 5,200, you'll see that
16 confidence interval is much more narrower.
17     Q   Understood.
18     A   So that's 33.8 to 45.2. So -- so this
19 probably, I could relate to the sample size being
20 too small.
21     Q   And so in -- in looking at these
22 confidence intervals, why would you call this data
23 reliable given the confidence intervals noted here?
24     A   Say your -- say it again, please?
25     Q   Why do you think that the data that you

190

1  lay out, the -- the figures for the number -- the
2  percentage of white voters voting Republican in
3  the highest-density VTDs --
4      A   Right.
5      Q   -- is reliable, given the confidence
6  intervals?
7      A   First of all, not all confidence
8  intervals are white. And second of all, this was
9  expected. As I'm turning the knob to the coldest
10 to the hottest, the -- the VTD count would
11 decrease, and confidence intervals become wider.
12 That does not mean that the results are not seen.
13 So like, when we turn a shower knob and the water
14 gets hotter and hotter, same way, it is being
15 observed, that as you become more denser, there's
16 a change in the voting pattern.
17         And -- and confidence interval being
18 more wide, that's just a function of the number of
19 VTDs. But that does not mean that the trend is
20 not there. As a -- as a scientist who has looked
21 at this data, the trend is there, very clear, and
22 very powerful trend. And -- and I'm not concerned
23 at all by the birth of confidence interval. In
24 fact, I expected that to happen.
25     Q   Okay.

191

1      A   And -- and you can even just go three
2  rows up --
3      Q   Yep.
4      A   -- and see that confidence interval is
5  quite narrow there.
6      Q   Sure. So let's look at that briefly.
7  So you're looking at the 5,200 figure; is that
8  right?
9      A   Okay. Yeah.
10     Q   So that indicates that 40 percent of
11 white voters voted Republican --
12     A   Right.
13     Q   -- in -- in that district; is that
14 right?
15     A   Right, among -- among the VTDs with at
16 least 5,200 density.
17     Q   Okay. And the confidence interval
18 there is 33.8 to 45.2?
19     A   Correct. And -- and both the numbers
20 are less than 50 percent, so.
21     Q   Understood. Okay. So let's move ahead
22 to Appendix 8. I want to look at -- this is the
23 -- the voting estimates for Caddo Parish; is that
24 right?
25     A   That is right.

192

1      Q   And here, we look at two elections --
2  Senate of 2022 again, and the president of '22
3  again; is that right?
4      A   That is right.
5      Q   Okay. So in looking at the
6  presidential election, which is the last row in
7  this table, the presidential election of 2022, you
8  have this -- you are -- you write here that the
9  number of -- or the percentage of whites voting
10 Republican is 58.4 percent; right?
11     A   That's right.
12     Q   And the lower limit of the confidence
13 interval is 48.6?
14     A   That is right.
15     Q   And the higher limit of the confidence
16 interval is 67.1; is that right?
17     A   That is right.
18     Q   And then in looking at the Senate in
19 2022, you have 64.9 percent of whites voting
20 Republican in that election; is that right?
21     A   I -- I'm not seeing that number. Yeah.
22     Q   Oh, I'm so sorry. Am I looking at the
23 wrong column? 64.9 percent.
24     A   Okay.
25     Q   For Senate of 2022, 4,700 VT density --

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

49 (193 to 196)

193

1    A    Right.  Right, right.
2    Q    -- VTD.  And then the lower limit of
3   that confidence interval is 54.9.
4    A    Right.
5    Q    And the higher limit is 73.3?
6    A    That is correct.
7    Q    But this didn't concern you?
8    A    What exactly?
9    Q    The confidence intervals, the -- the --
10   the range of confidence intervals in this data did
11   not concern you; is that right?
12   A    Yeah.  And -- and we went over this few
13   seconds ago, so let's look at the last row.
14   Q    Sure.
15   A    Where one number is less than 51, is
16   higher than 50, meaning for 48.6 being less than
17   50 percent, 67.1 being higher than 50 percent.
18   But look at the one above.  Both the numbers there
19   are more than 50 percent.  So -- so the idea was
20   not to report selectively.  The idea was that I
21   wanted to show the entire picture.  And as a
22   consequence, some confidence intervals became too
23   wide.
24        But, nonetheless, the trend is very
25   clear.  If -- if you combine the last two rows,

194

1   and -- and look at that information, what the
2   information is being given out, you could see that
3   when the sample -- when the VTD size was larger,
4   both the numbers were above 50 percent.  So the
5   trend is very clear, but all in all, this is a
6   given fact when sample sizes become small.  Then
7   those two things I mentioned earlier, the
8   variation within and the sample size, both play a
9   role.  And --
10   Q    And in looking at this in Caddo Parish,
11   I note that in -- you know, that your numbers
12   trend down, but at no -- do -- do they at any
13   point trend down below 50 percent?
14   A    Say it again, please?
15   Q    Do at any point your percentages trend
16   below 50 percent?
17   A    Which election?
18   Q    In -- in both of the Senate and
19   Presidential 2020 elections for Caddo Parish
20   analyzed in Appendix 8.
21   A    So we can look at what they are.  You
22   are looking at white voting Republican column?
23   Q    Yeah.
24   A    Yeah.
25   Q    And so it trends down, but do -- at any

195

1   point in either election, does it trend below 50
2   percent?
3    A    It did not.  And -- and I ran out.  So
4   -- so the -- so in Caddo Parish, that -- that was
5   the maximum I could turn the knob.
6    Q    And even the maximum didn't trend --
7   didn't -- didn't turn it below 50 percent?
8    A    It did not.  But the trend was very
9   clear, that there are precincts where 80-something
10   percent are voting, white voting Republican, and
11   then it comes down to 60-something for the
12   presidential.  So -- so that was the -- the main
13   point.  The main point was not to see if these
14   numbers come below 50.  The main point was to show
15   that within the parish, there are precincts which
16   vote differently.  And -- and that's a big
17   difference, from 80-something percent to
18   60-something percent.
19   Q    Yep.  Okay.  And so in looking at
20   Appendix 9, there's only one election analyzed
21   here; is that right?
22   A    That is right.
23   Q    And why is that?
24   A    Same reason.  I could not look at 2020
25   election and -- and clean it up in time to make

196

1   the precincts match the -- the VTDs.  There --
2   there were just too many precincts which have been
3   created, and -- and -- and I would need -- yeah,
4   that's the answer.
5    Q    Okay.  And in looking again at the
6   confidence interval for the highest -- the
7   highest-density VTDs, possibly, 3,000 in the
8   Senate of 2022 election?
9    A    Right.
10   Q    So the percentage indicated for white
11   voting Republican is 38.8 percent, that's right?
12   A    Right.
13   Q    And the low limit confidence interval's
14   4.7?
15   A    Right.
16   Q    And the high limit confidence interval
17   is 72.8?
18   A    Right.  And that is very wide.
19   Q    It's a very wide range.
20   A    And that's very wide range, sort of was
21   expected you -- the precincts I looked at here,
22   the VTDs must have a large variation with them --
23   within them.  But nonetheless, the trend is very
24   clear.
25   Q    And no --

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

50 (197 to 200)

197

1    A    Even if you ignore the last line, the
2  trend is clear.
3    Q    Sure.
4    A    That we are steadily going down.
5    Q    And in looking at 2,500, the percentage
6  is 72.1; correct?
7    A    Right.
8    Q    So it's an almost 40 percent dial
9  points --
10   A    Correct.
11   Q    -- different than the 3,000; is that
12 right?
13   A    That is right.
14   Q    And then the lower limit confidence
15 interval there is 55.2.  And the higher limit is
16 85.1.
17   A    That is right.
18   Q    And that's also a fairly wide range?
19   A    That is.  And -- and the one above that
20 is not, as we've been talking.
21   Q    Yes.  But that's 500 versus 2,500; is
22 that right?
23   A    Yeah.  And -- and -- and -- and that is
24 the nature of the analysis and statistics.  When
25 you sample size decreases, your confidence get --

198

1  intervals get wider.  So -- so those numbers as
2  such was not the key point for me.  The key point
3  was to study scientifically that as the precincts
4  get denser, do the voting patterns change?  Would
5  it be fair -- would it be scientific enough for
6  somebody to assume that they don't?  And I found
7  overwhelming evidence that such an assumption
8  would be incorrect.
9    Q    Understood.  And in looking at Appendix
10 10, I'm just going to point to the same data
11 points.
12        So the highest versus -- the
13 highest-density VTDs, the percentage that you give
14 for whites voting Republican is 63.2 percent in
15 Pointe Coupee parish; is that right?
16   A    Correct.  Correct.
17   Q    And the lower limit confidence is 47
18 percent?
19   A    Correct.
20   Q    And the higher interval confidence
21 interval, or the higher -- yeah.  The upper limit
22 of the confidence interval is 80.4 percent;
23 correct?
24   A    That is right.
25   Q    And that's a fairly wide range; is that

199

1  right?
2    A    That is.  And the one line above it is
3  not.
4    Q    And in no election or in no V --
5  regardless of the population density of the VTDs,
6  white folks vote for Republicans in a majority; is
7  that right?
8    A    That is right.  So -- so the majority
9  being 50 percent, so that is never crossed.  But
10 when you look at the numbers, you can see a big
11 difference as the -- between the percents, which
12 -- which are denser.
13   Q    And in these appendices, I note that
14 you only analyze the trends in white voting
15 Republican.  Why is that?
16   A    So I -- so I have white voting
17 Republican and white voting Democrat.  And -- and
18 no, I don't recall -- so -- so this is what I was
19 observing, which was standing out.  And -- and --
20 and -- and no particular reason.  So I wanted to
21 see, whites are the majority of the voters in
22 these precincts and -- and how they behave, in
23 terms of voting.
24   Q    And I just want to turn back to
25 Appendix 7, in speaking about the white voting

200

1  Democrat figures on the right side of the -- the
2  chart.  In looking at the Senate 2022 election,
3  you note that 53.4 percent of whites voted for
4  Democrats in East Baton Rouge Parish; is that
5  right?
6    A    That is right.
7    Q    And the lower level of the confidence
8  interval there is 37.5 percent; is that right?
9    A    That is right.
10   Q    And the higher level is 80 percent; is
11 that right?
12   A    Okay.
13   Q    It's a fairly wide range?
14   A    It's very -- very right.
15   Q    And the lower level of that confidence
16 interval, it's possible that only 37.5 percent of
17 whites voted for a Democrat in that election;
18 correct?
19   A    That is right.  So again, we have seen
20 this consistently, the sample size is too small.
21 But if you look at the line above with 5,500 and
22 above, both those numbers are above 50 percent.
23 So -- so -- so -- so when you look at the results,
24 you cannot just look at one line and conclude.  So
25 -- so you have to look at the entire body of work

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

51 (201 to 204)

201

1  and see a trend.  And -- and that is what I had
2  included in the graphs as well, so that you can
3  see the entire book.
4      Q    Understood.  So, Dr. Solanky, in
5  thinking about your report as a whole, you don't
6  make any specific -- you don't specifically state
7  in your report that the voting in Louisiana is not
8  racially polarized?
9      A    No, I'm not stating that.  What I'm
10 stating is that Louisiana is a state where there
11 are some parishes which vote very differently from
12 others.  And then all the parishes I was able to
13 look at in depth, I could see that even within
14 parishes, there are precincts which works very
15 differently.
16     Q    And you don't conduct any analysis in
17 your report of Plaintiff's illustrative maps; is
18 that right?
19     A    That is right.
20     Q    And you didn't analyze any communities
21 of interest in coming up with -- or in -- in
22 conducting your analysis?
23     A    What is communities of interest means?
24     Q    I -- I -- if -- if that's -- if -- if
25 you don't know what it is, I can move on.  And you

202

1  don't conclude anywhere in your report that black
2  voters are not voting together?
3      A    Within precincts, I could see that in
4  some precincts, black voters work very
5  differently.  That data stood out, and we
6  discussed it earlier.  So.
7      Q    But in no election did you see a
8  majority of black voters voting for a Republican
9  candidate outside of the presidential elections;
10 is that right?
11     A    That is right.
12     Q    So I'd like to move on to -- we've been
13 going for about another hour or so, if you need a
14 -- do you need a body break?
15     A    Let's take two (crosstalk).
16         MS. GIGLIO:  Let's take five minutes.
17 That's fine.
18         (Whereupon, a recess was taken.)
19         THE REPORTER:  Back on record.
20         MS. GIGLIO:  Great.  Okay.
21 BY MS. GIGLIO:
22     Q    So, Dr. Solanky, earlier in our
23 conversation, you talked about having to match
24 VTDs with precincts in order to conduct the
25 analysis that you conducted in Section 4; is that

203

1  right?
2      A    That is right.
3      Q    What experience do you have matching
4  voting -- VTDs, excuse me, and precincts?
5      A    What experience?  All I looked at was
6  the name, how they are coded, and then I use the
7  voting data to -- to get some idea of whether I'm
8  all for matching the right ones.
9      Q    Have you ever matched VTDs in precincts
10 before this report?
11     A    No.  Not a very difficult exercise.
12 Just look at the numbers, and -- and then double
13 check that they are the same.
14     Q    But it was difficult enough not to look
15 at elections from earlier on?
16     A    So -- so some precinct -- some parishes
17 have numbers which are too different, and -- and
18 it would be laborsome to find out which voting
19 districts have been split into precincts based on
20 the numbers alone.
21         But for some others, it's very easy.
22 The voting district could be 138, and precincts
23 could be 138A, 138B, and when you combine and look
24 at the total voters, you could see that 138 has
25 been split into two precincts.

204

1      Q    Understood.  And I just briefly want to
2  return, before we move on, to your Appendix 6.
3  And again, this is the Review of -- the Analysis
4  of Caddo Parish and the Precincts that are In and
5  Outside of the City of Shreveport; is that right?
6      A    Right.
7      Q    What steps did you take, aside from
8  distributing the -- the precincts in and out of
9  the cities, to conduct the statistical analysis
10 that's found in this -- in this table, or in this
11 appendix?
12     A    So I ran ecological inference when the
13 -- the -- whenever the precinct is in Shreveport
14 area, all collected same together, and then ran
15 one for non-Shreveport area.
16     Q    And what data did you use as a basis
17 for --
18     A    For all the work which I have
19 presented, I have relied upon Dr. Handley's data.
20     Q    Dr. Handley did not analyze Caddo
21 Parish in this way, so what -- what -- what --
22     A    But --
23     Q    -- how did you come up with these
24 numbers?
25     A    But she had precincts.

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

205

1    Q    She had precincts.
2    A    So I could look at whether that
3    precinct falls in the Shreveport area, yes or no.
4    Q    And then build upon the analysis in
5    that way?
6    A    Right.  So -- so -- so -- so for
7    simplicity's sake, she has entire data for Caddo
8    Parish, and you look at the precincts which fall
9    in Shreveport area, throw them out.  Whatever is
10   left, those are non-Shreveport parishes, and you
11   do your ecological inference.  And then reverse
12   that throughout non-Shreveport parishes to look at
13   Shreveport Parish.
14   Q    Okay.  So you conducted this analysis
15   using the precinct-level data provided by Dr.
16   Handley?
17   A    That is right.
18   Q    Okay, so I --
19   A    Let -- let --
20   Q    Yeah.
21   A    -- let me add to it.
22   Q    Sure.
23   A    So I verified her numbers, but all the
24   datasets, I recreated on my own.  So one of the
25   first thing was to crosscheck the numbers which

206

1    she has provided, if I was getting the same
2    numbers or not.
3    Q    Okay.
4    A    So -- but I relied on the numbers which
5    I had generated, but I crosscheck with hers.
6    Q    And when you crosschecked with hers,
7    how did you do that?
8    A    I looked at how many, for example,
9    Trump votes she had in Precinct 1, how many had in
10   2, and I could look at those two in a -- the --
11   the -- so I don't have to eyeball it.  I can just
12   merge the two and create a category looking at the
13   difference, and then run a query, is there any
14   precinct where those numbers don't match?  So --
15   so that is --
16   Q    Okay.  So I wanted to talk a little bit
17   about early and absentee votes.
18   A    Okay.
19   Q    So what is your understanding of what
20   -- you indicate -- yeah, what is your
21   understanding of what Dr. Handley did to -- to
22   accommodate, or to include, early and absentee
23   votes in the analysis?
24   A    So -- so if you look at her report, and
25   -- and -- and can we, please?

207

1    Q    Sure.  Of course.  I believe her
2    explanation is on Page 6.
3        MS. RIGGINS:  Exhibit 4.
4    Q    It's Exhibit 4.
5    A    Okay.
6    Q    It's Solanky 4.
7    A    Okay.  And the footnote -- so this is
8    what she has explained in Footnote 8, and this is
9    an example of the allocation process.
10       An example of the allocation process is
11   as follows: Candidate X receives 80 percent of her
12   election day parish white vote, and two percent
13   Parish Z from Precinct A, and 20 percent from
14   Precinct B.  Therefore, 80 percent of early and
15   absentee votes are allocated to Precinct A, and 20
16   percent to Precinct B.
17   Q    Okay.
18   A    And -- and -- and this is exactly what
19   I crosschecked.
20   Q    Understood.  And so when you say that
21   on Page 13 of your report, Page 13, I think it's
22   Paragraph 22 --
23   A    Which?  The --
24   Q    It's in your report.  It's Solanky 1.
25   A    Okay.  Yeah.

208

1    Q    Paragraph 22 on Page 13.
2    A    Right.  Okay.
3    Q    You say in Paragraph 22, this is the
4    second line starting after the comma -- well, we
5    can start from the beginning.  Even though I
6    disagree with her methodology, in order to verify
7    the EI results presented in Dr. Handley's Report,
8    I have followed Dr. Handley's proportional
9    allocation of early and absentee votes with
10   missing precincts.
11   A    Okay.
12   Q    How did you -- can you -- I -- I --
13   this is a little -- this is a little difficult for
14   me to understand.  So how -- can you walk me step
15   by step on how you followed Dr. Handley's
16   allocation in conducting your own analysis?
17   A    So -- so first of all, it's -- it's
18   very elementary.
19   Q    Well, thank you.  Thank God, because I
20   need it to be.
21   A    It's very elementary, and it's -- and
22   -- and I checked the numbers which I was getting
23   were matching with her numbers or not.  And -- and
24   -- and what she does is, essentially, she looks at
25   whatever percentage of votes are there for the

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

53 (209 to 212)

---

209

1 election day. The same percentage of early votes
2 are allocated to that precinct.
3 And -- and from mathematics point of
4 view, it's very trivial, it's very elementary, but
5 it's counterintuitive. In fact, it's -- it's the
6 opposite of what should be done. If you -- if you
7 wish an example, I can create one example. So --
8 so pretend that there are only two precincts, and
9 the candidate -- and -- and -- and say there are
10 two candidates, so -- okay. If you wish, I can
11 write it.
12 Q Sure.
13 MS. GIGLIO: Thank you, Alyssa.
14 MS. RIGGINS: No problem.
15 A So -- so let's pretend that there are
16 two -- there is Precinct A and there is Precinct
17 B, and there is Candidate X and there is Candidate
18 Y. And -- and let's -- let me assume that both
19 the candidates got hundred votes.
20 Q Okay.
21 A So assume a hundred votes. And -- and
22 this one, the first candidate got zero votes on
23 the election day, and all a hundred on the B -- so
24 Candidate X got zero here and a hundred here, and
25 Candidate Y is the other way around; okay?

---

210

1 So -- so -- so again, so -- so if you
2 look at the early votes, the early votes for X are
3 hundred, the early votes for Y are also hundred;
4 okay?
5 Q Okay.
6 A So -- so -- so I'm assuming both the
7 candidates got hundred votes, but Candidate A got
8 all a hundred in early for Precinct A, and zero of
9 his are early in Precinct B.
10 Q Okay.
11 A And so -- and -- and the reverse is
12 there. So -- but -- so her methodology would look
13 at these hundred votes and say that he got zero in
14 Precinct A, so zero out of this hundred is
15 allocated here, and he got hundred out of hundred
16 percent, so all these hundred votes will get
17 transferred here. So this is what she would do,
18 and -- and that's the basic flaw in her
19 methodology.
20 Q Okay. I -- I think I just need to
21 clarify --
22 A Okay.
23 Q -- how many total votes we're dealing
24 with in the example, just so that I understand.
25 A Okay, so -- so -- so --

---

211

1 Q So if we have -- let's say that there
2 are -- in this example, right, there are 200 votes
3 cast on election day; is that right?
4 A Total, right, for --
5 Q Total.
6 A -- candidate X and Y put together.
7 Q Yes, and let's say there are a hundred
8 early votes. Is that --
9 A Total.
10 Q A hundred early votes total.
11 A Right.
12 Q So that would make the total number of
13 votes in the election 300 votes?
14 A So -- so -- so there are total -- let
15 me explain.
16 Q Yeah.
17 A So hundred here and hundred here, and
18 so there are total -- so there are total 400 votes.
19 Q Where's the other hundred coming from?
20 A So -- so -- so imagine this, that if
21 this was all election day, there was no early,
22 then there would be hundred, hundred, hundred,
23 hundred.
24 Q Okay.
25 A Okay? So if there was no early votes,

---

212

1 then 1hundred, hundred, hundred, hundred for all
2 four.
3 Q Why would you assume that Candidate X
4 would get a hundred additional votes in Precinct A?
5 A Let -- let me go through the steps.
6 Q Okay.
7 A I think you're missing something.
8 Q Sure. I would love to understand.
9 Thank you.
10 A So -- so -- so pretend that there are
11 -- there are no early. In that case, there would
12 be hundred, hundred, hundred, hundred; in total,
13 400 votes. And just to illustrate the flaw in her
14 argument, I'm assuming that these hundred, all
15 hundred of them here, are early, and zero of those
16 are early for B.
17 Q Okay.
18 A And for the -- the Candidate Y, zero
19 early votes in Precinct A, and all hundred were
20 early. I'm just illustrating --
21 Q Sure.
22 A -- the basic flaw. So this is what Dr.
23 Handley would do.
24 Q Why would you assume that all of the --
25 in this example that you're laying out, that all

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

54 (213 to 216)

213

1  of the early votes attributable to Precinct, let's
2  say -- because we're dealing with Candidate --
3      A  X.
4      Q  -- x with Precinct A, Precinct B, why
5  would you assume, if Candidate A got no votes on
6  election day, that Candidate A received a hundred
7  votes -- all 100 early votes?
8      A  Now -- now, let's take a step back.
9  I'm illustrating a basic flaw in her methodology.
10     Q  Okay.
11     A  And through -- I'm illustrating via an
12 example.
13     Q  Well, can you explain why in -- in
14 words?
15     A  So I'm explaining via an example, and
16 if -- if -- if it is not hundred, it could be
17 some other number, but the basic flaw would still
18 be there.  So it would be easier for me to
19 understand -- explain the flaw, but nice round
20 numbers.
21     Q  Sure.
22     A  Pretend zero in all hundred, and let's
23 see what happens then.  So let me complete this
24 example.
25     Q  Oh, sure.

214

1      A  -- and if we wish, then we can look at
2  other numbers as well.
3      Q  Okay.
4      A  So -- so this is what Dr. Handley would
5  do.  So -- so the numbers are zero, hundred,
6  hundred, zero, and early are hundred, hundred, and
7  she would look at these hundred early votes and
8  say that this candidate got zero in precinct, so
9  gets to allocated zero out of these hundred.  And
10 he got hundred out of hundred here, so all hundred
11 go up here.
12        And same way for Candidate Y, since
13 election day votes are zero, he gets zero
14 allocated out of early votes.  So -- so -- so this
15 is what she would come up with: zero, 200, 200,
16 zero.  A, B, Candidate X, Candidate Y.  So this is
17 just an illustration, and you can see how faulty
18 this methodology is.
19     Q  I still don't understand why it's
20 faulty --
21     A  Now --
22     Q  -- doctor.  I'm so sorry.
23     A  -- now, remember, they got hundred,
24 hundred, hundred, hundred, but based on the -- Dr.
25 Handley's methodology, this is zero to a hundred.

215

1  That's clearly wrong.  Should have been hundred,
2  hundred, and this should have been hundred,
3  hundred also, but it's 200, zero.
4      Q  I don't know where the assumption that
5  it should be 100 in Precinct A --
6      A  The numbers --
7      Q  -- for Candidate X.
8      A  -- the numbers don't matter.  I can --
9  instead of hundred, I can assume X, one.
10     Q  Well, what I -- what I'm wondering, Dr.
11 Solanky, is, if -- what -- what gives you a source
12 of concern that a candidate's performance on
13 election day would not be similar to their
14 performance in early voting?
15     A  Now, that -- that -- you know,
16 different precincts vote differently, but this is
17 to showcase the flaw in her methodology.  If
18 everything is 50 percent, then it will work fine,
19 equal-equal.
20        But if, in some precincts, people are
21 voting differently early, and there are lots of
22 results out there which said people of what race,
23 people of what party, vote early as -- and late,
24 so -- so that could create differences between
25 different precincts.  But this is just an

216

1  illustrative example --
2      Q  Sure.
3      A  -- to show how wrong her numbers could
4  be, and -- and the basic flaw in her methodology
5  is that she is not using the key information which
6  -- all of the information which is available.
7      Q  And what key information is she not
8  using?
9      A  And -- and that is the total voter
10 turnout, and how many voted on the election day,
11 and that gives you a very good idea about how many
12 early votes were there for that precinct.  So her
13 methodology does not -- ignores that very key fact.
14     Q  So can you break down how the total --
15 the total voter -- like, the -- the -- the total
16 voter count -- how you would break the total voter
17 count down in order to better assess --
18     A  So -- so --
19     Q  -- this data?
20     A  Absolutely.  So -- so -- so first of
21 all, you have to use the entire information.  This
22 information is there in all her spreadsheets, the
23 total turnout, and on the Secretary of State
24 website, we have how many early votes were there.
25        So what you do first is find out how

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

---

217

1  many early votes were there in each precinct, and
2  -- and remember, not everybody who showed up
3  actually voted.  So -- like, for example, for
4  Caddo Parish, 1.4 percent, meaning one or two out
5  of hundred did not vote.
6        But let me explain this, assuming that,
7  first, you take care of that, and after that, you
8  find out how many early votes are there in each
9  precinct, and then you know how many -- how those
10 early votes are spread among the candidates.  So
11 allocate the total early votes in each precinct
12 using how many -- what percentage of votes each
13 candidate got early.
14    Q   How do you know what percentage of
15 votes each candidate got early?
16    A   So the -- so you allocate it based on
17 how many -- what -- how many votes each candidate
18 had early.  So you're allocating candidates' early
19 votes to the precincts, conditioned upon how many
20 early votes were there in the precinct.
21    Q   Okay, I'm a little confused as to -- as
22 to what that means in practical terms.  So to be
23 clear, early, and absentee votes are reported on a
24 parish level; correct?
25    A   On a parish level.

---

218

1     Q   Not a precinct level?
2     A   That is right.
3     Q   And that's what makes these votes
4  difficult --
5     A   Right.
6     Q   -- and why there's some sort of
7  allocation methodology in the first place.
8     A   Right.
9     Q   So when you're suggesting -- can you
10 break down even further how you're suggesting
11 taking parish-level votes and assigning them to
12 precincts in your proposed methodology for early
13 and absentee votes?
14    A   Absolutely.  That's what I did.  Let me
15 go slow this time.
16    Q   Thank you.
17    A   So first thing you do is find out how
18 many early votes are there in each precinct, and
19 which is a very --
20    Q   In each parish?
21    A   In each precinct.
22    Q   Okay.
23    A   So -- so you know how many election day
24 votes are there in each precinct by counting --
25 that's on the Secretary of State's website, how

---

219

1  many election day votes are there, and -- and you
2  know how many people showed up to vote.  That's
3  also in Dr. Handley's spreadsheets, the voter
4  turnout.  So voter turnout, minus the election day
5  votes, gives you some idea about early votes --
6  early and absentee votes.
7     Q   Okay.
8     A   So -- so you precisely know how many
9  early and absentee votes are there for each
10 precinct.
11    Q   Okay.
12    A   And -- and now, what you do is see for
13 each candidate, say Trump had 2,000 votes early,
14 so -- so allocate early votes proportional to how
15 many early votes each candidate had, restricted to
16 how many votes early are there for each precinct.
17    Q   Okay.
18    A   So you're allocating early day votes,
19 early -- early day absentee votes, in the same
20 proportion, using how many votes are there for --
21 early votes are there for each precinct.  Somebody
22 with a mathematics background would understand
23 that so easily.
24    Q   Well, that's a little shade, and I
25 don't appreciate it.

---

220

1     A   And -- and I'm --
2     Q   I'm kidding.
3     A   -- sorry.  I'm so sorry.
4     Q   Oh, that's a joke.  I'm totally joking.
5  So I'm just going to --
6     A   I -- let -- let me qualify --
7     Q   No, I'm going to break it down into --
8     A   Let -- let me qualify that.
9     Q   Sure.
10    A   I didn't mean it that way.
11    Q   Oh, no, it's fine.
12    A   I -- what I meant was, you know,
13 mathematics, you get by doing problems, so -- so
14 -- so if you go through an exercise, then you
15 would see exactly what --
16    Q   Sure.
17    A   Like what I did over here.
18    Q   Sure.
19    A   If I had explained this verbally, you
20 may not have seen this (indiscernible) also.
21    Q   No, totally understood.  So I'll --
22 I'll try to come up with an example, probably less
23 artfully than you, and we'll see if we can break
24 this down.  So --
25    A   Now, if you wish, I have some numbers

---

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

56 (221 to 224)

221

1  already calculated. I can --
2      Q   In your Rebuttal Report?
3      A   Not in my Rebuttal Report. Sitting
4  last time -- last night, I created some numbers.
5      Q   Oh.
6      A   I can take those out of my bag, and we
7  can create an example.
8      Q   Well, we can create -- I -- I -- I
9  don't know if we can do that.
10     A   The --
11     Q   I -- I --
12     A   -- you know, the --
13     Q   -- I feel a little strange, asking for
14  documents that you prepared on your own in prep.
15     A   And -- and we can do that even the long
16  way. Let's look at the first three precincts --
17     Q   Sure.
18     A   -- in Caddo Parish, and we can go
19  through Dr. Handley's and pick those numbers, and
20  I can illustrate.
21     Q   Sure, let's do that. Okay, so if we
22  look, is -- is -- are you looking for figures in
23  her report?
24     A   I'm looking for her spreadsheet.
25     Q   Yeah, I don't have her spreadsheet

222

1  available. So --
2          MS. RIGGINS:  Did you recreate the --
3  some of it in here, like -- do you have a copy of
4  it?
5          THE WITNESS:  Some of that is here.
6  BY MS. GIGLIO:
7      Q   Yeah, agree. So no, no, no, let's move
8  on. It's -- it's fine. You know --
9      A   But it's a very simple exercise. If
10  you want, I can verbalize it again.
11     Q   No, it's -- it's fine.
12     A   It's -- now, this is one of the
13  fundamental flaws in her argument. She ignores
14  this key piece of what we precisely
15  know how many early votes are there, and her
16  allocation just ignores that, and that's the
17  reason why she's coming up with the, like, bizarre
18  numbers. And I had outlined those in my appendix
19  in my Rebuttal Report, precinct by precinct.
20     Q   Understood. But you didn't conduct any
21  alternative analysis with respect to the early and
22  absentee data in your report, or in your Rebuttal
23  Report; is that right?
24     A   That is right. So in my report, I
25  followed what she had, but in order to understand

223

1  that this has created bias, I have constantly
2  mentioned that these numbers are biased.
3      Q   Sure, and when you say that they're
4  biased, which -- how do you define bias?
5      A   Now, in my report, if you look at my
6  Rebuttal Report, I have some measures of bias, but
7  even in this example which we looked at, this is a
8  bias. This candidate should have hundred here.
9  As per Dr. Handley's allocation, Candidate X in
10  Precinct A is getting zero instead of hundred.
11  This is creating bias. This is creating bias,
12  this 200.
13     A   Now, this is an extreme case because I
14  assume zero and hundred, but nonetheless, we know
15  that looking at the data, more Democrats vote
16  early compared to Republicans, so -- so that is
17  creating a bias. And in my Rebuttal Report, I had
18  some measures to show that -- how far off we are,
19  in terms of going over and going under, so -- so I
20  had those in the Rebuttal Report.
21     Q   And can we turn to those measures of
22  bias that you point to?
23     A   Sure. I'm assuming you would need this
24  piece of paper; right?
25     Q   Oh, sure.

224

1          So we can -- we can mark this. What's
2  -- Solanky 8?  Are we --
3          THE REPORTER:  Yeah, we're at 8.
4          MS. GIGLIO:  Okay.
5          (Exhibit 8 was marked.)
6  BY MS. GIGLIO:
7      Q   So, Dr. Solanky, you said earlier that
8  -- that the data shows that more Democrats tend to
9  vote early; is that right?
10     A   That is right.
11     Q   What data are you citing?
12     A   Now, I have read read numerous places,
13  I have seen even election results. If you look
14  at, for example, Caddo Parish, and in terms of how
15  many early votes were there for President Trump,
16  how many early votes were there for President
17  Biden, big difference.
18     Q   And do you cite that in your Rebuttal
19  Report, or in your report at all?
20     A   That there is a difference? No, this
21  is just available easily on the Secretary of State
22  website.
23     Q   So it's not referenced in your reports?
24     A   It's not, but -- but then anybody can
25  look it up.

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

57 (225 to 228)

225

1    Q    Okay. And so I just want to talk about
2    the --
3    A    Like, I'm -- it will take me 30 seconds
4    if you give me internet, I'll go to Secretary of
5    State website and show --
6    Q    Understood.
7    A    -- you the exact numbers.
8    Q    Understood. So in thinking about the
9    specific bias, I just want to see if you can walk
10    me through --
11    A    Okay.
12    Q    -- the examples of bias that you've
13    laid out in Dr. Handley's report --
14    A    Okay.
15    Q    -- and if you could speak a little bit
16    more to what that alleged bias is.
17    A    Now, let -- let me start with Table 3,
18    and -- and -- and -- let me start with Table 1,
19    I'm sorry.
20    Q    Sure.
21    A    In Table 1, I have verbatim produced
22    the numbers from her report, from her spreadsheet
23    for Caddo Parish one, two, three, four, five
24    precincts, how many black turnout, how many other
25    turnout, how many white turnout, and total

226

1    turnout. This total turnout is the column which I
2    created, and I think I specified that somewhere in
3    my report, but she had these three numbers, and
4    this 182, I crosschecked with the Secretary of
5    State's voter level data. This number is right.
6    In Precinct 1, exactly 182 people showed up to
7    vote, and -- and she has their racial breakdown.
8        And then she also had how many votes
9    she allocated, which is in Table 2, based on her
10    proportional allocation; okay? This is coming
11    from her spreadsheet. She excluded -- omitted one
12    candidate, so -- so I'm -- I'm just going by what
13    she -- and so there -- there is a discrepancy of
14    about 37 votes. So this one candidate, she
15    omitted got 37 votes, but just going with -- by
16    with her numbers and adding up all the votes, I
17    have those in Table 3 here. So if you look at
18    Table 3, if you add up total candidate votes, it's
19    199. If you look at total turnout, it's 182.
20        So who are these 17 extra people? What
21    do we know about their race? These are just
22    extra. They never voted. 182 who voted, we know
23    which 182 are. I can go to the Secretary of State
24    data, and I can highlight those 182 rows, who
25    voted yes, but she has 199. So -- so that is

227

1    creating a bias. That's creating an error in her
2    data. For Precinct number 2, her candidate votes
3    add up to 800, whereas there were 948 people who
4    showed up to vote. So who are these 147 people,
5    what do we know about their race, who she has in
6    her EI analysis, and -- and -- and so on?
7        I have -- so I have five rows here, but
8    in her appendix, I have the entire Caddo Parish,
9    and I did the same for even Senate election, and
10    which I had attached as a spreadsheet. Adding
11    Senate election was adding, like, a hundred pages
12    to my report, so I attached that. I think in --
13    in -- in here, I have a -- look at the Table 6.
14    That's the summary for the Senate Election. In
15    First Parish, the First Parish of Arcadia, so this
16    precinct number is wrong, and -- and that's very
17    understandable.
18        So -- so in an Excel spreadsheet, if
19    something is coded as one-dash-one, then it takes
20    it as a date. And -- and now, when I look at it,
21    it's this number. It's not 001. So ignore this
22    column. It doesn't bother me at all that those
23    dates got converted. But look at the last column.
24    In Precinct 1, had 75 surplus votes. In Precinct
25    2, we had, like, nearly zero votes fewer. In

228

1    Precinct 3, we had 61 votes fewer. In Precinct 4,
2    we had 29, and so on.
3        So -- so what is happening is, because
4    of her proportional allocation, some precincts are
5    getting more votes, some precincts are getting
6    less, but what matters is, if you -- let's look at
7    this Exhibit 8. What matters is, if you look at
8    the Candidate X's votes, they are 200, so it
9    match, because he -- this candidate had 200 votes.
10    So that number matches.
11        What does not match is any of the
12    numbers allocations for the precincts. It matches
13    even for Candidate Y, 200 --
14    Q    Yeah, the totals are the same.
15    A    The totals are the same. So she's
16    allocating the totals, ignoring how many early
17    votes are there. If she had incorporated how many
18    early votes are there, and then proportionately
19    allocate the votes, she would do. Her numbers
20    would be fine. Her numbers would be, then,
21    reasonable. And -- and this is the basis of all
22    the datasets she has looked at.
23    Q    So Dr. Solanky, do you have any
24    opinions on what impact this -- this method that
25    Dr. Handley used would have on the outcomes of EI

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

229

1 analysis, as opposed to in, like, literal numbers.
2     A    Now, first of all, a -- a -- a -- a
3 huge impact. Let's look at it. The basic flaw,
4 allocating to the precincts who had more election
5 day votes. And so the precincts who already had
6 too many votes, say that the precincts had lots of
7 blacks, and they all voted for this candidate
8 here, then she would took --
9     Q    Well, instead of this candidate here,
10 Dr. Solanky, just to be clear, let's ascribe them
11 with --
12     A    Okay, okay. Sorry. Yeah.
13     Q    -- with -- no, that's okay.
14     A    Yeah.
15     Q    Let's ascribe them with political
16 parties just to keep --
17     A    Okay.
18     Q    -- things relevant, because --
19     A    Okay.
20     Q    -- this, I think, is a little -- it'll
21 be a little confusing long term.
22     A    Okay, so -- so as an illustration, say
23 the -- the -- the Precinct B has a very high
24 percentage of blacks, and -- and they all voted
25 for President Biden, say 98 percent voted for him,

230

1 and they voted on election day, what her
2 methodology would do would be allocate even
3 additional votes, surplus votes which don't exist,
4 and then the EI analysis will say that 99 percent
5 of blacks voted for him, for President Trump --
6 or, President Biden.
7         So -- so that is the basic flaw. It
8 magnifies the number of votes in precincts which
9 have already too many votes proportionally, and --
10 and she is doing that because she's disregarding
11 that key piece of information, which is, how many
12 early votes are there?
13         Mathematically, this is a very simple
14 algorithm. She just ignored the key piece of
15 information in her proportional allocation. So
16 it's the two flaws. She ignored this key piece of
17 information, and even the logic that whosoever had
18 early should get more, not taking into account how
19 many early votes are there for that person, that's
20 a flaw.
21     Q    When you say, whoever -- I'm sorry, can
22 you repeat what you just said? Whoever gets early
23 has more?
24     A    So -- so -- so there are two flaws.
25 First is, she is ignoring how many early votes are

231

1 there in each precinct, and then on top, she is
2 allocating votes, whosoever had more votes
3 proportionally in a precinct.
4         So like, for example here, so -- so
5 this Candidate X got hundred percent of the -- of
6 the votes on election day, because this -- the
7 first candidate got zero on election day. So if
8 you look at the --
9     Q    No, I understand.
10     A    -- if you look at the allocation day
11 percentage, B gets hundred percent of election
12 day, and hence, B gets a hundred percent of the
13 early votes. So -- so that's a very flawed
14 argument. Instead the argument should have been
15 that you look at early -- total early votes.
16     Q    Go ahead, I -- I'm listening.
17     A    Yeah.
18     Q    No, honestly I appreciate it.
19     A    You were looking over -- so I stopped.
20     Q    Thank you.
21     A    No big deal. So -- so the correct
22 argument would be -- correct methodology would be
23 that you look at how many early votes are by
24 candidate and allocate them proportionally,
25 restricted to how many early votes are there.

232

1     Q    Okay. I think that what I am trying to
2 suss out, Dr. Solanky -- I understand that what
3 you're saying is the total votes -- the total
4 voter turnout for each precinct is available. And
5 then if we subtract the number of election day
6 votes from that total voter turnout, which is a
7 number that -- that you've compiled using Dr.
8 Handley's data; is that right?
9     A    The -- those are there in Dr. Handley's
10 data.
11     Q    Right. But the total -- you -- you
12 indicated earlier that the total voter turnout
13 column was you adding those figures up; right?
14     A    Correct.
15     Q    Okay.
16     A    So she has, for example, how many --
17     Q    Turnout black, turnout other, turnout
18 white?
19     A    And you just add those, and you have --
20     Q    Yep.
21     A    -- total turnout.
22     Q    Okay. But -- but that was a number
23 that you created in your --
24     A    Right. So this last column --
25     Q    -- you're just being clear.

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

233

1    A  -- yeah.  This last column was not
2  there.
3    Q   Understood.  So you would subtract the
4  total number of votes that were cast on election
5  day, and you would get a -- a total number of
6  early votes for -- you would -- you would,
7  essentially, back in -- allegedly, back into a
8  number of early votes per precinct --
9    A  Correct.
10   Q   -- is that right?
11   A  That is right.
12   Q   Okay.  And then --
13   A  And this is a very simple math.
14   Q   -- you have -- I'm so -- I'm so sorry.
15   A  Those are the -- those are the two
16  choices.  Either a vote is early, or vote is
17  election day.
18   Q   Uh-huh.
19   A  So if it is not election day, it's
20  early.
21   Q   Uh-huh.
22   A  Right.  It's early or absentee.
23   Q   Uh-huh.  And then when ascribing those
24  total votes to a particular candidate, how would
25  you suggest doing that?

234

1    A  So that you do proportionately.
2    Q   Okay.
3    A  So -- so restricted to how many early
4  votes are there.
5    Q   And how would you come up with the
6  proportions for the candidates?
7    A  You used to -- for each candidate, you
8  have total percentage of total early votes.  So
9  you are allocating early votes for each candidate
10 --
11   Q   By parish; correct?
12   A  For the parish.
13   Q   Uh-huh.
14   A  Conditioned upon early votes for the
15  precinct, proportionately.
16   Q   Okay.
17   A  Okay?
18   Q   Okay.
19   A  So -- so that is a much, much better
20  allocation method.
21   Q   Okay.  Okay.  I'm just thinking about
22  where to go next.  Just give me a minute.
23   A  Let me -- you -- you asked me some bias
24  question.  Let me add to that.
25   Q   Sure.

235

1    A  So if you look at Caddo Parish and --
2  and, say, President Trump and President Biden.
3    Q   Just give me, one moment, Dr. Solanky.
4  So Dr. Solanky, in looking at the overview that
5  you provide in Table 1 and Table 4 --
6    A  Okay.
7    Q   -- where you have the turnout, general
8  black turnout, general, other, and turnout general
9  white numbers --
10   A  Right.
11   Q   -- from Dr. Handley's report --
12   A  Correct.
13   Q   -- the same is true in Table 4; correct?
14   A  That is right.
15   Q   Do you know how Dr. Handley calculated
16  those turnout numbers?
17   A  They are there in the secretary of
18  state data.  That's how I verified them.  So -- so
19  we -- so I exactly know, using the secretary of
20  state data, which 82, 182.  In the data they
21  provided, they had removed the registration number
22  --
23   Q   Uh-huh.
24   A  -- otherwise I can go even find them.
25  But you, exactly know, which 182 rows voted in

236

1  that election from Caddo Parish and -- and are
2  white, black, or other.
3    Q   Okay.
4    A  So -- and I'm assuming she got her
5  numbers from there, too.  But I crosscheck those
6  numbers on that voter level data and -- and these
7  are right.  And these are coming from what she has
8  provided.
9    Q   Uh-huh.  Okay.  So I'd like to move on
10 to the other critique that you have rendered about
11  Dr. Handley's report.  So I'm looking at your
12  initial report in your Summary of Conclusions on
13  Page 29.
14      So in Point 3 of your summary, you say
15  that The estimate, the EI estimates in Dr.
16  Handley's report, providing voter polarization
17  estimates in parishes and regions, combining
18  several parishes, provide an incomplete and
19  misleading conclusion of voter polarizations.  Is
20  that right?
21   A  Right.
22   Q   Can you explain what you mean by she's
23  providing incomplete analyses?
24   A  So -- so in a -- so -- and I explained
25  that in the remaining part of the paragraph.

237

1    Q   Uh-huh.
2    A   But -- but let me explain.  Based on my
3    analysis of the data, there are precincts which work
4    parishes, which work differently.  So if I come up
5    with one estimate that, say, in the entire Caddo
6    Parish, 90 percent of whites vote Republican, that
7    would be misleading.
8    Q   Uh-huh.
9    A   Why?  Because if you look at -- for
10   example, look at, based on the density, you could
11   see that it's not true.  So she -- so she's
12   providing one estimate, not for parish, but for
13   the entire region, without going inside those two
14   regions and seeing that there are some parts of
15   the region, some precincts which are voting
16   differently from the others.  So -- so that is
17   what I meant here.
18   Q   Okay.  And, Dr. Solanky, do you have an
19   understanding of the term endogenous elections?
20   A   No.
21   Q   Did you review any -- so did you review
22   any endogenous elections as part of the analysis
23   in your report?
24       MS. RIGGINS:  Objection.
25   A   No.  Explain what that word means?

238

1    Q   Well, I'll direct you to Dr. Handley's
2    report, Page 11.  And -- yeah.
3    A   Which report?
4    Q   So in her --
5    A   My report --
6    Q   -- 2023 report --
7    A   Page 11?
8    Q   -- Page 11, it says --
9    A   I'm not seeing the same thing you're --
10   Q   -- on the top.  Oh, on the --
11   A   Just this?
12   Q   So I think that you're in the wrong --
13   you're in Solanky 3.  That should be Solanky 4.
14   That's why.
15   A   Okay.
16   Q   Solanky 4.
17   A   So it's her --
18   Q   Determine --
19   A   -- my report?
20   Q   -- no, no, it's her --
21   A   Her report; right?
22   Q   -- more recent report of 2023.
23   A   Okay.  Okay.
24   Q   That's okay.  No worries.
25   A   So Page 11.

239

1    Q   11.
2    A   Yeah.  Okay, no worries.
3    Q   I'm looking at the top where it says
4    that, In addition to examining recent statewide
5    elections in the area of -- areas of interest, I
6    also analyzed recent 2015 to 2022 state
7    legislative elections, including special state
8    legislative elections in the -- in these areas.
9    These election contests are endogenous in that
10   they are for the office at issue, seats in the
11   state legislature, but they do not necessarily
12   cover the same geographic areas of the proposed
13   districts.  The state legislative contexts
14   analyzed were held in the districts as they were
15   drawn in 2011.
16       Did you review the endogenous elections
17   that Dr. Handley evaluated?
18   A   No, I could not verify them, but -- but
19   -- but I'm assuming they are -- they are based
20   upon the same proportional allocation, so they
21   would suffer from the same bias in errors, which
22   the other data does.  So --
23   Q   So I'd -- I'd like you to turn to
24   Appendices B1 and P2.  Just take a look at them?
25   A   Okay.

240

1    Q   In your review of these elections, do
2    they reflect analysis of past, actual elections in
3    house and senate districts?
4    A   Okay.
5    Q   Do they, based in -- based on your
6    review?
7    A   I'm just assuming what they say is what
8    they are.
9    Q   Yes.
10   A   But not -- they are still based on her
11   proportional allocation, which, in my opinion, is
12   misleading and wrong.
13   Q   That's --
14   A   Can I assume that?
15   Q   -- that's your perspective, Dr.
16   Solanky, but I --
17   A   So --
18   Q   -- well, I can't verify whether your
19   criticism of her analysis holds true for the state
20   legislative elections, if you did not conduct that
21   verification yourself.
22   A   And she has not stated that she used
23   any other proportional allocation, other than what
24   -- what is on Footnote 8.  So based on that, I'm
25   assuming that the same proportional allocation was

241

1  carried out even in these elections.
2      Q   But you -- did you independently review
3  --
4      A   No, I --
5      Q   -- these appendices?
6      A   -- no, I did not verify them.
7      Q   Okay.  So in looking at the elections
8  studied, setting aside the results.  In looking at
9  the election studied, Dr. Handley analyzed past,
10 actual elections in the house and the senate of
11 Louisiana --
12     A   Okay.
13     Q   -- is that right?  Is that -- is that
14 what this indicates?
15     A   That's what it indicates, yes.
16     Q   And would you agree that the voting
17 districts at issue in this litigation are
18 districts in Louisiana House and Louisiana Senate?
19     A   Okay.
20     Q   Would you agree?
21     A   Sure.  You're asking me to verify
22 something, which I have not verified.
23     Q   I'm asking you the -- the -- the
24 districts at issue in this litigation that you
25 have offered an expert report in, deal with

242

1  districts in the Louisiana House of
2  Representatives; isn't that right?
3      A   No, I have not looked at specific
4  districts and -- and analyzed those.
5      Q   Correct.
6      A   So --
7      Q   But the -- the issue in this litigation
8  is over the Louisiana House --
9      A   Okay.
10     Q   -- is that right?
11     A   That is right.
12     Q   And -- and the Louisiana State Senate?
13     A   Right.
14     Q   And your analysis is parish wide; isn't
15 that right?
16     A   Parish-wise, precinct-wise, within
17 parish-wise.  Yes.
18     Q   Did you evaluate -- and you -- and you
19 said earlier you didn't evaluate voting patterns
20 in any of the legislative districts; is that right?
21     A   That is right.
22     Q   And why didn't you do that?
23     A   For -- for one reason I knew how
24 incorrect these numbers would be.  So -- so the
25 proportional allocation really creates a bias.  So

243

1  -- so -- so that was one reason.
2          And second reason was based on the time
3  I had available to me, I had choices to -- to see
4  and do the things, which I thought was
5  contributing more.  And -- and -- and -- and
6  that's what I did.
7      Q   And you didn't conduct any independent
8  analysis to correct the alleged bias; correct?
9      A   Correct.
10     Q   In your opinion, would evaluating
11 elections in the same kinds of districts be
12 probative of whether voting is polarized in -- in
13 actual areas, and types of districts at issue?
14     A   Now, this is the same kind of analysis
15 which we have looked at before, and I have similar
16 remarks.  So -- so assuming -- you know, looking
17 at the entire district, there could be precincts
18 within --
19     Q   Uh-huh.
20     A   -- which could be voting differently.
21 So -- so unless that has been done, it would be
22 difficult for me to say that the estimates which
23 are there for district-wise are meaningful.
24     Q   Well, I'm speaking more generally, Dr.
25 Solanky, than -- than these specific analyses.  In

244

1  evaluating voting patterns within -- within the
2  context of a litigation dealing with house and
3  senate districts, in your expert opinion, would it
4  be probative to evaluate elections in similarly
5  situated districts to aid in that analysis?
6      A   Sure.  So you should look at similarly
7  districts and look at within the districts to see
8  if there is any disparity between how black and
9  white voters are voting.
10     Q   And you don't do that in your report;
11 is that right?
12     A   No, I have not done that.
13     Q   And what's your understanding of a
14 functional analysis?
15     A   Can you point me to where you are on
16 the report?
17     Q   Well, if you turn to doctor -- pages 17
18 and 18 of Dr. Handley's report, which is Exhibit
19 4, to be clear.  I know there are two of them
20 floating around.  So pages 17 and 18 --
21     A   Correct.
22     Q   -- and 17 onward, really.
23     A   Uh-huh.
24     Q   So if you take a look at these pages --
25 and I can give you a minute, if you'd like to take

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

245

1  a closer look, what's your understanding of the
2  analysis that Dr. Handley was conducting in this
3  section of her report?
4      A   Now, I have not verified this section.
5  And I'm looking at, for example, Page 19 --
6      Q   Uh-huh.
7      A   Jefferson and St. Charles.  These are
8  very different parishes.  If you look at the -- by
9  voting -- by -- by the density --
10     Q   Uh-huh.
11     A   -- you'll come across some precincts,
12 which work very differently.
13     Q   And you -- but you didn't analyze
14 Jefferson Parish in your report; correct?
15     A   No, I did not.  But --
16     Q   And you didn't analyze St. Charles
17 Parish in your report?
18     A   No, I live in Jefferson Parish and --
19 and I -- if there's -- but that -- that was not
20 the point.  The point was to show that when you
21 look within a parish, you see big differences.
22 But I have not done that work.
23     Q   Given these additional analyses of
24 elections in state house and state legislative
25 districts -- excuse me, and given Dr. Handley's

246

1  analysis of the maps involved in this case, why
2  would you still say that?  Would you still say
3  that her -- her analysis is incomplete?
4      A   Absolutely.  If all of her analysis is
5  based on that misleading allocation, I would -- I
6  would say all her numbers are misleading.  And I
7  give you a very simple example, how she's coming
8  up with voters which don't exist and how she's
9  ignoring the voters who actually voted.
10     Q   Are you familiar -- in -- in conducting
11 functional analysis, which is what's happening in
12 Pages 17 onward, of Dr. Handley's report, of the
13 illustrative districts -- districts and the
14 enacted districts, do you know whether there's any
15 allocation done as part of a functional analysis?
16     A   Absolutely.  How else she got the
17 number of votes for the precinct?  If she's -- if
18 she's doing precinct-level analysis, then it has
19 to be based on her proportional allocation.  Why
20 -- how do I know that?  That's -- that's the only
21 allocation she has mentioned.  So --
22     Q   Okay.  I'm just thinking about whether
23 we've covered everything.
24         MS. GIGLIO:  Can we take five?
25         MS. RIGGINS:  Sure.

247

1          (Whereupon, a recess was taken.)
2          THE REPORTER:  Back on the record.
3  BY MS. GIGLIO:
4      Q   So, Dr. Solanky, I just want to go
5  over, one more time, the process that you propose
6  for -- the alternative that you suggest for
7  allocating -- yeah, early, and absentee votes.  So
8  the way that you propose you would take the total
9  vote -- voter -- I'm going to say, words out loud
10 in English.  Total voter turnout in each precinct,
11 subtract the election day votes, and then you have
12 the total early and absentee votes that were cast
13 in that precinct.  So then you would allocate
14 those early and absentee votes to candidates.
15         How would you allocate those votes to
16 candidates?
17     A   So suppose -- let me make -- make it
18 clear.  Let me make it simple.  See there in the
19 parish, there are total, whatever, number of
20 votes.  So among the early votes -- total early
21 votes, say, Biden got -- let me just -- so that we
22 can follow --
23     Q   Sure.  Sure.
24     A   -- say President Biden got 50 percent
25 of them, of those early votes.  President Trump

248

1  got those 40 percent of those early votes in the
2  entire parish and others got 10 percent of early
3  votes.
4      Q   Okay.
5      A   So use this allocation to allocate the
6  president level early votes.  So -- so whatever
7  you are observing for the entire parish, assume it
8  also happened for each precinct.
9      Q   Okay.  Understood.
10     A   And it's a very simple algorithm.  And
11 this is the only assumption it follows, that
12 whatever happened in parish happened in each
13 precinct also.
14         The beauty of this allocation is, if
15 you have additional information, then we can
16 allocate them differently.
17     Q   Uh-huh.
18     A   But knowing the gap, how many votes
19 need to be allocated in that each precinct, I
20 think that's the fundamental flaw in Dr. Handley's
21 methodology.
22     Q   Okay.
23     A   So --
24     Q   So the allocation that you would
25 propose is analyzing the performance of --

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

249

1    A   The proportion of.
2    Q   -- the proportion of -- so you would
3 allocate them proportionally?
4    A   Right.  So whatever happened in the
5 entire parish, you assume it happened in each
6 precinct.  That's one way.
7    Q   Okay.
8    A   And -- and -- and -- and you do that,
9 you would never go over or under.  Like, what I
10 have outlined in my appendix in my rebuttal
11 report.  Literally, every precinct is either going
12 over -- how can you have more voters than how many
13 people who showed up to vote?  That's such a
14 fundamental flaw.
15    Q   Uh-huh.
16    A   Or how could you just have so many less
17 than who actually voted?
18    Q   Uh-huh.
19    A   So none of that would be there if you
20 take into account how many early voters are there
21 in each precinct.
22    Q   You didn't just -- and I know we've
23 covered this a couple of times, but you didn't
24 conduct that analysis on these districts to see
25 what difference, if any, the -- the -- the

250

1 different methods had on the EI analysis?
2    A   No, I did not.  The -- all I did was to
3 estimate, to tell, that what bias it is creating.
4    Q   Uh-huh.
5    A   So in my original report, I talked
6 about the bias and how it is misleading.  In my
7 rebuttal report, I went a step further to show how
8 many excess votes.  If there are 182 voters, how
9 could she have 199 total votes by candidates --
10    Q   Uh-huh.
11    A   -- and so on?  So -- so that's a very
12 big, fundamental flaw.  And it's all because she
13 ignored the key piece of information in the data.
14    Q   Understood.
15    A   Which she had produced even in her
16 spreadsheets.
17    Q   Understood.  So, Dr. Solanky, you
18 testified earlier that you served as an expert in
19 a number of other cases; is that right?
20    A   That is right.
21    Q   And you submitted an expert report in
22 Jackson Women's Health Organization v. Dobbs
23 before the District of Mississippi; is that right?
24    A   That is right.
25    Q   Can you just describe that expert

251

1 report, briefly?
2    A   Look, can I look at my CV so that I --
3    Q   Sure.  Of course you can.
4    A   -- give the exact, same thing.  And if
5 you could specify which line you're looking at, I
6 don't --
7    Q   I'm looking at Line 37.
8    A   -- so Line 37.  So -- so I looked at --
9 you know, one of the key things I looked at was
10 how much women, in general, are driving, based on
11 the -- the locations of abortion clinics.
12        The Mississippi is surrounded by New
13 Orleans -- Orleans Parish.  It has Memphis on top,
14 and I think there are other abortion clinics
15 around.  So -- so I looked at how many women of
16 reproductive age live in each county, and then I
17 estimated how much on the average they would
18 drive.  So that -- that was first thing.  And
19 there were a number of other such things, which I
20 mathematically calculated.
21    Q   And who retained you in that case?
22    A   I think the attorney general of -- of
23 Mississippi, his office.
24    Q   And in that case, the attorney general
25 of Mississippi was defending a law that limited

252

1 access to abortion care; is that right?
2    A   Something like that.
3    Q   And you also submitted a report in
4 Planned Parenthood Arizona, Incorporated v. Mark
5 Brnovich before the District of Arizona; is that
6 right?  That's number 36.
7    A   Right.
8    Q   Can you briefly describe that case?
9    A   Very similar calculation, computing the
10 mathematics.  In -- in some of these cases, I do
11 not recall exactly which ones, I had access to
12 me, the actual data.
13        So -- so take out identifying
14 information, but I exactly knew where a person
15 lived and where she went for an abortion and I
16 could quantify mathematically, on the average
17 women living in, say, Mississippi, how many miles
18 they are driving.  So a number of mathematical
19 calculations like that.
20    Q   Okay.  And do you recall who -- who
21 retained you in that case?
22    A   The State of Arizona.
23    Q   So this is not the only case in which a
24 -- a Republican administration has hired you to be
25 an expert when facing civil rights challenges?

253

1    MS. RIGGINS:  Objection.
2    A   You know, the -- the work I'm doing is
3    mathematics.  The numbers I'm projecting are based
4    on hard science.  And how much a person travels
5    would not matter based on who hires me.  Those --
6    numbers are numbers.
7    Q   Dr. Solanky, do you -- in assessing the
8    electoral processes in Louisiana, do you -- do you
9    believe that these processes are fair?
10    MS. RIGGINS:  Objection.
11    A   I really don't understand your
12    question.  Which processes?
13    Q   The electoral process.  The -- the
14    process for electing members of the state house
15    and the state legislature.
16    A   I have no opinion on that.  I mean,
17    this is -- this is not a -- a question for a
18    mathematics and statistics expert.
19    Q   And based on the numbers that you've
20    reviewed in -- in the elections that you've
21    reviewed, do you believe that black Louisianans
22    are adequately represented in the state
23    legislature?
24    MS. RIGGINS:  Objection.
25    A   Again, that -- that's not what I was

254

1    asked to do.  I was asked to do mathematics and
2    present reliable numbers based on mathematical
3    science.  I have no opinion on such subjective
4    things.
5    MS. GIGLIO:  Okay.  Sir, I think we're
6    good.
7    MS. RIGGINS:  I've got a couple
8    questions just to clarify the record.
9    MS. GIGLIO:  Sure.
10    EXAMINATION BY COUNSEL FOR THE DEFENDANT
11    BY MS. RIGGINS:
12    Q   Dr. Solanky, you were just asked about
13    cases 37 and 36 on your CV; is that right?
14    A   That is right.
15    Q   And did those cases involve individual
16    level data?
17    A   So -- so -- so I had quite a bit of
18    aggregate data and -- and individual-level data,
19    so I could project one from the another.  Whatever
20    was missing, I could estimate.
21    Q   And is that individual, demographic
22    data similar to the demographic data that you
23    looked at in this case?
24    A   That is right.
25    Q   Okay.

255

1    A   So -- so -- so the data, which
2    secretary of state provided was same
3    individual-level data based on race, based on,
4    even, gender here.
5    Q   Okay.  And I'd like to go back to your
6    rebuttal report, if we could, Dr. Solanky, I think
7    it was Solanky 2.
8    Can you look at Table 6?
9    A   Yes.
10    Q   Okay.  Is there a typo in this table?
11    A   Yes.  This is a very clear typo.  This
12    entire Table 6 is for Arcadia Parish, and I don't
13    know how I missed out.  And this one, Caddo Parish
14    there.  So this Caddo Parish should be Arcadia
15    Parish.
16    Q   Sorry.  I just wanted to make sure and
17    clarify that.
18    A   Oh, understood.  Understood.
19    Q   And then can we look at Table 1 real
20    quick?  The total voter turnout --
21    A   Uh-huh.
22    Q   -- you used a phrase when you were
23    asking -- or when you were answering Amanda's
24    question a few minutes ago that I'd never heard
25    you use.  You said the -- you said something like

256

1    the cap.
2    A   Correct.
3    Q   What is -- is -- is the cap represented
4    somewhere on this table?
5    A   The cap is 182.  That's the total voter
6    turnout.
7    Q   Okay.  So in your opinion, the sum of
8    early and absentee voters plus election day voters
9    should not exceed the cap, to use your term?
10    A   Absolutely.  If there are total 182
11    people who showed up to vote, the candidate votes
12    cannot go over 182.  That would be -- that would
13    have no meaning.  How could you have more
14    candidate votes than total number of voters who
15    showed up to vote.
16    MS. RIGGINS:  Okay.  Do you happen to
17    have a copy of Bill Cooper's report?  I saw some --
18    MS. GIGLIO:  I do.
19    MS. RIGGINS:  -- on the ledge, but I
20    just want to clarify one of these maps you showed
21    --
22    MS. GIGLIO:  Sure.  Which one, 2023?
23    MS. RIGGINS:  2023, if you don't mind.
24    MS. GIGLIO:  Sure.
25    MS. RIGGINS:  Is this corrected or

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

65 (257 to 260)

257

1  original?
2       MS. GIGLIO:  This is the -- ooh, that's
3  a great question.  I think this is the original
4  report.  I could pull up the -- the -- a different
5  version.
6       MS. RIGGINS:  The -- the thing I'm
7  looking at is the same, either way.
8       MS. GIGLIO:  Okay.
9       MS. RIGGINS:  I just wanted it
10 reflected.
11      MS. GIGLIO:  Sure.
12      MS. RIGGINS:  Can we mark this as 9?
13      MS. GIGLIO:  Sure. 9 is fine.
14      MS. RIGGINS:  Yeah, 9.
15      (Exhibit 9 was marked.)
16 BY MS. RIGGINS:
17    Q   Dr. Solanky, can you turn to Page 29 of
18 this report?  And you can take the clip off if you
19 need to.  It might be difficult.
20    A   I'll move it to the side.
21      MS. GIGLIO:  Our big stakeholders were
22 giving us trouble this morning.
23    A   Page 29?
24    Q   Yes.
25    A   Yes.

258

1     Q   Okay.  Is there a map there that shows
2  shaded green and red areas of the state?
3     A   It does.
4     Q   Okay.  And do you recall earlier that
5  you were asked where East Carroll Parish is?
6     A   Right.
7     Q   And is East Carroll Parish on this map,
8  shaded in green?
9     A   It is.
10    Q   Okay.  And can you see Orleans's Parish
11 on this map?
12    A   Yeah, I do.
13    Q   Is it shaded in green?
14    A   That is green.
15    Q   What does the key say the green shading
16 indicates?
17    A   For green, it says, Illustrative
18 Majority Black.
19    Q   Okay.  Can you turn to Page 43, please?
20    A   Yes.
21    Q   And does this illustrate -- does this
22 -- what is the figure title here beside Figure 24?
23    A   So it's, The Location of Six Additional
24 Majority Black Districts in Illustrative House.
25    Q   Okay.  And can you find East Carroll

259

1  Parish on this map?
2     A   I do.
3     Q   Is it shaded in green?
4     A   It is shaded in green.
5     Q   And can you locate Orleans Parish on
6  this map?
7     A   Yes, I do.
8     Q   Is it shaded in green also?
9     A   It is.
10    Q   And what does the key say beside the
11 green shading?
12    A   It says, Illustrative Majority Black.
13      MS. RIGGINS:  Okay.  Thank you, Dr.
14 Solanky.  I don't have any further questions.
15      MS. GIGLIO:  Okay.
16      MS. RIGGINS:  You will read and sign,
17 please?
18      THE REPORTER:  Off the record?
19      MS. GIGLIO:  Now, yeah.  Thank you very
20 much.
21      (Off the record at 4:45 p.m.)
22
23
24
25

260

1             ACKNOWLEDGMENT OF DEPONENT
2
3
4       I, DR. TUMULESH SOLANKY, do hereby
5  acknowledge that I have read and examined the
6  foregoing testimony, and the same is a true, correct
7  and complete transcription of the testimony given by
8  me and any corrections appear on the attached Errata
9  sheet signed by me.
10
11
12
13
14 _____  _____
15    (DATE)              (SIGNATURE)
16
17
18
19
20
21
22
23
24
25

261

1   CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
2       I, Harold Rodriguez, the officer
3   before whom the foregoing proceedings were
4   taken, do hereby certify that any witness(es) in
5   the foregoing proceedings were fully sworn;
6   that the proceedings were recorded by me and
7   thereafter reduced to typewriting by a
8   qualified transcriptionist; that said digital
9   audio recording of said proceedings are a
10  true and accurate record to the best of my
11  knowledge, skills, and ability; and that I am
12  neither counsel for, related to, nor employed
13  by any of the parties to this case and have
14  no interest, financial or otherwise, in its
15  outcome.
16
17
18  _____
19  HAROLD RODRIGUEZ, NOTARY PUBLIC,
20  FOR THE STATE OF NEW YORK
21
22
23
24
25

262

1       CERTIFICATION OF TRANSCRIPT
2       I, Andrew Hatziyannis, do hereby certify
3   that this transcript was prepared from the digital
4   audio recording of the foregoing proceeding; that
5   said proceedings were reduced to typewriting under
6   my supervision; that said transcript is a true and
7   accurate record of the proceedings to the best of
8   my knowledge, skills, and ability; and that I am
9   neither counsel for, related to, nor employed by any
10  of the parties to the case and have no interest,
11  financial or otherwise, in its outcome.
12
13
14
15
16  _____
17  Andrew Hatziyannis
18  Planet Depos, LLC
19  September 26, 2023
20
21
22
23
24
25

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

67

| A | | | |
|---|---|---|---|
| **a1**<br>94:17, 94:22,<br>94:23, 112:3<br>**ability**<br>261:11, 262:8<br>**able**<br>6:10, 77:16,<br>151:12, 159:8,<br>160:5, 167:19,<br>168:7, 170:21,<br>171:4, 177:21,<br>201:12<br>**abortion**<br>251:11, 251:14,<br>252:1, 252:15<br>**about**<br>7:19, 7:21,<br>10:10, 12:10,<br>21:17, 21:24,<br>22:5, 37:5,<br>42:11, 49:5,<br>51:3, 52:11,<br>53:19, 57:18,<br>58:23, 62:8,<br>62:23, 66:11,<br>69:18, 69:23,<br>70:3, 71:11,<br>74:4, 84:2,<br>84:22, 85:15,<br>86:13, 91:22,<br>97:21, 98:11,<br>100:16, 105:3,<br>109:23, 110:11,<br>120:20, 120:23,<br>128:20, 131:19,<br>132:16, 133:7,<br>139:20, 139:24,<br>145:25, 148:22,<br>156:11, 156:17,<br>168:9, 168:21,<br>174:13, 180:20,<br>185:19, 199:25,<br>201:5, 202:13,<br>202:23, 206:17,<br>216:11, 219:5,<br>225:1, 225:8, | 226:14, 226:21,<br>227:5, 234:21,<br>236:10, 246:22,<br>250:6, 254:12<br>**above**<br>23:1, 25:17,<br>161:19, 169:9,<br>189:14, 193:18,<br>194:4, 197:19,<br>199:2, 200:21,<br>200:22<br>**absentee**<br>85:17, 206:17,<br>206:22, 207:15,<br>208:9, 217:23,<br>218:13, 219:6,<br>219:9, 219:19,<br>222:22, 233:22,<br>247:7, 247:12,<br>247:14, 256:8<br>**absolute**<br>51:8<br>**absolutely**<br>69:11, 121:3,<br>216:20, 218:14,<br>246:4, 246:16,<br>256:10<br>**absorbed**<br>170:4, 172:23,<br>181:15<br>**academic**<br>18:3<br>**accepted**<br>16:9<br>**access**<br>49:12, 252:1,<br>252:11<br>**accommodate**<br>206:22<br>**according**<br>20:17<br>**account**<br>51:2, 230:18,<br>249:20<br>**accounted**<br>102:14<br>**accuracy**<br>74:4 | **accurate**<br>261:10, 262:7<br>**acknowledge**<br>260:5<br>**acknowledgment**<br>260:1<br>**aclu**<br>5:12<br>**across**<br>18:19, 102:22,<br>125:21, 127:4,<br>128:7, 141:23,<br>179:18, 245:11<br>**act**<br>14:3, 15:14,<br>35:3<br>**active**<br>180:12<br>**actual**<br>62:18, 161:21,<br>240:2, 241:10,<br>243:13, 252:12<br>**actually**<br>47:8, 54:11,<br>55:2, 55:7,<br>57:2, 57:13,<br>62:17, 62:24,<br>92:20, 93:3,<br>109:25, 127:25,<br>129:23, 150:11,<br>156:10, 160:9,<br>217:3, 246:9,<br>249:17<br>**add**<br>56:11, 60:25,<br>96:6, 98:7,<br>98:13, 98:18,<br>102:8, 102:24,<br>103:7, 103:11,<br>111:17, 111:22,<br>112:6, 112:8,<br>112:14, 112:16,<br>205:21, 226:18,<br>227:3, 232:19,<br>234:24<br>**added**<br>98:4, 98:15<br>**adding**<br>96:6, 97:16, | 111:12, 226:16,<br>227:10, 227:11,<br>232:13<br>**addition**<br>150:18, 158:1,<br>239:4<br>**additional**<br>6:16, 26:6,<br>212:4, 230:3,<br>245:23, 248:15,<br>258:23<br>**adequate**<br>22:25<br>**adequately**<br>253:22<br>**adjacent**<br>122:13, 122:22,<br>123:15, 123:22<br>**adjoining**<br>172:25<br>**adjust**<br>172:20<br>**administration**<br>252:24<br>**adopt**<br>36:6, 150:1<br>**affiliate**<br>61:17<br>**affiliation**<br>44:20, 44:23,<br>45:9, 45:19,<br>46:3, 50:16,<br>58:2, 59:9,<br>62:16, 62:17,<br>69:16, 86:13<br>**affirmed**<br>5:4<br>**after**<br>12:18, 12:25,<br>13:3, 63:19,<br>142:2, 146:24,<br>208:4, 217:7<br>**again**<br>12:17, 18:6,<br>23:12, 24:16,<br>34:10, 40:8,<br>41:22, 42:9,<br>43:6, 55:9, |

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

68

59:11, 62:7,
64:18, 65:21,
67:4, 67:14,
71:10, 71:17,
75:7, 88:21,
104:20, 115:11,
122:25, 128:12,
128:14, 128:21,
134:24, 148:7,
153:7, 162:13,
180:9, 183:12,
184:15, 185:4,
189:24, 192:2,
192:3, 194:14,
196:5, 200:19,
204:3, 210:1,
222:10, 253:25
**against**
33:22, 34:1,
71:3, 71:22,
71:24, 73:8,
80:9, 104:22
**age**
179:7, 186:20,
186:21, 251:16
**aggregate**
17:9, 18:18,
18:23, 19:12,
31:11, 37:5,
56:19, 67:11,
81:14, 254:18
**aggregate-level**
18:5, 18:14,
19:10
**ago**
36:24, 52:25,
193:13, 255:24
**agree**
37:17, 153:14,
155:13, 222:7,
241:16, 241:20
**agreement**
2:13
**ahead**
104:13, 191:21,
231:16
**ai**
19:4

**aid**
244:5
**al**
1:4
**algorithm**
230:14, 248:10
**aliza**
3:6
**alleged**
225:16, 243:8
**allegedly**
233:7
**allocate**
150:3, 150:16,
217:11, 217:16,
219:14, 228:19,
230:2, 231:24,
247:13, 247:15,
248:5, 248:16,
249:3
**allocated**
207:15, 209:2,
210:15, 214:9,
214:14, 226:9,
248:19
**allocating**
164:9, 217:18,
219:18, 228:16,
229:4, 231:2,
234:9, 247:7
**allocation**
132:1, 137:15,
138:1, 140:19,
146:19, 149:3,
173:25, 207:9,
207:10, 208:9,
208:16, 218:7,
222:16, 223:9,
226:10, 228:4,
230:15, 231:10,
234:20, 239:20,
240:11, 240:23,
240:25, 242:25,
246:5, 246:15,
246:19, 246:21,
248:5, 248:14,
248:24
**allocations**
138:2, 228:12

**allow**
106:13
**almost**
162:8, 197:8
**alone**
152:9, 203:20
**along**
5:10, 24:10,
97:8
**alphabetically**
21:5
**already**
83:4, 152:6,
166:16, 221:1,
229:5, 230:9
**also**
6:18, 10:3,
19:25, 24:5,
50:21, 54:1,
61:7, 65:17,
69:11, 113:18,
124:18, 172:6,
172:7, 197:18,
210:3, 215:3,
219:3, 220:20,
226:8, 239:6,
248:8, 248:13,
252:3, 259:8
**alternative**
148:23, 148:24,
222:21, 247:6
**always**
52:5, 115:16,
161:13
**alyssa**
3:21, 24:3,
24:10, 47:12,
119:22, 209:13
**amanda**
3:4, 5:10, 20:8
**amanda's**
255:23
**amazed**
167:17
**american**
3:15
**among**
81:25, 82:1,

82:2, 86:12,
135:16, 186:9,
191:15, 217:10,
247:20
**amount**
86:19, 105:16,
180:18
**analogy**
126:23
**analyses**
14:9, 236:23,
243:25, 245:23
**analyze**
22:3, 33:8,
33:22, 35:10,
38:19, 41:3,
41:19, 41:25,
44:18, 44:22,
45:7, 45:18,
46:2, 82:17,
82:18, 84:17,
84:20, 85:23,
89:21, 89:23,
101:6, 101:24,
102:21, 114:2,
114:23, 115:13,
115:21, 116:16,
121:25, 131:10,
144:5, 178:5,
178:10, 179:19,
179:22, 199:14,
201:20, 204:20,
245:13, 245:16
**analyzed**
22:9, 47:25,
68:21, 84:13,
84:17, 116:12,
116:14, 116:15,
118:10, 123:1,
138:21, 154:23,
167:23, 194:20,
195:20, 239:6,
239:14, 241:9,
242:4
**analyzes**
23:16, 89:19,
90:2, 90:15,
101:22

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                          69

analyzing
34:13, 35:1,
59:10, 68:3,
81:7, 118:10,
148:25, 248:25
andrew
262:2, 262:17
another
19:7, 24:11,
46:24, 73:15,
73:17, 87:24,
93:2, 112:9,
122:15, 127:14,
138:13, 145:12,
165:4, 177:18,
183:20, 184:19,
202:13, 254:19
answer
6:6, 6:14,
6:20, 6:24,
15:15, 15:19,
17:3, 17:16,
17:17, 18:9,
18:12, 21:22,
29:21, 34:15,
35:5, 37:7,
42:15, 45:16,
46:19, 46:25,
71:14, 102:25,
108:8, 109:7,
118:6, 137:24,
137:25, 138:25,
146:17, 174:8,
183:15, 185:4,
196:4
answered
137:23
answering
8:17, 47:4,
65:13, 255:23
answers
6:10, 158:4
any
6:3, 10:16,
14:2, 14:5,
14:8, 14:12,
19:14, 21:17,
21:23, 22:5,

25:9, 25:11,
26:9, 26:13,
26:17, 27:12,
33:1, 40:12,
40:15, 41:23,
43:2, 45:10,
51:1, 52:12,
53:13, 57:18,
57:20, 58:16,
62:7, 65:1,
71:5, 72:1,
79:25, 114:19,
117:6, 120:20,
120:25, 122:13,
123:15, 124:14,
124:19, 133:21,
134:5, 135:1,
138:22, 140:25,
146:5, 147:19,
152:9, 153:4,
162:12, 162:23,
164:12, 165:5,
175:11, 178:11,
185:17, 185:20,
194:12, 194:15,
194:25, 201:6,
201:16, 201:20,
206:13, 222:20,
228:11, 228:23,
237:21, 237:22,
240:23, 242:20,
243:7, 244:8,
246:14, 249:25,
259:14, 260:8,
261:4, 261:13,
262:9
anybody
224:24
anything
9:2, 15:2,
51:25, 85:8,
173:24
anytime
17:8
anyway
106:24, 107:8,
174:3, 174:6
anywhere
188:14, 188:15,

188:22, 202:1
apologies
48:25, 140:13,
169:9
apologize
28:22, 42:19,
61:22
appear
116:15, 260:8
appeared
19:5
appendices
39:17, 129:2,
133:19, 187:13,
199:13, 239:24,
241:5
appendix
72:12, 72:13,
72:16, 72:18,
75:17, 75:20,
76:17, 76:23,
77:13, 78:21,
79:9, 83:6,
83:7, 94:17,
94:21, 94:22,
112:3, 113:6,
126:4, 129:2,
129:23, 129:25,
130:5, 132:6,
132:7, 132:18,
132:23, 132:24,
132:25, 133:10,
133:22, 134:1,
134:15, 134:16,
134:23, 137:11,
137:19, 138:14,
139:22, 139:23,
142:25, 143:7,
143:8, 146:5,
147:16, 148:5,
152:1, 152:20,
153:10, 153:11,
160:6, 161:21,
162:7, 163:4,
191:22, 194:20,
195:20, 198:9,
199:25, 204:2,
204:11, 222:18,

227:8, 249:10
apples
127:19
appreciate
61:20, 219:25,
231:18
approach
36:5, 158:6
approached
68:3, 73:18
approaching
104:11
appropriate
35:23, 181:17
approximate
75:7
approximately
100:1
april
11:8
arcadia
227:15, 255:12,
255:14
ardoin
1:7
area
15:5, 19:6,
26:25, 27:3,
27:7, 27:10,
27:14, 27:18,
55:20, 144:9,
146:1, 158:12,
158:17, 159:17,
161:10, 161:11,
162:2, 165:13,
174:22, 204:14,
204:15, 205:3,
205:9, 239:5
areas
15:17, 26:5,
26:14, 51:22,
64:20, 117:9,
117:16, 123:24,
157:19, 159:10,
165:22, 166:18,
176:2, 178:4,
239:5, 239:8,
239:12, 243:13,

258:2
**argument**
128:21, 212:14,
222:13, 231:14,
231:22
**arizona**
252:4, 252:5,
252:22
**around**
9:13, 11:8,
23:23, 63:18,
117:9, 121:16,
126:11, 126:12,
209:25, 244:20,
251:15
**artfully**
220:23
**articles**
13:25, 14:2,
14:5, 14:8,
14:12
**ascension**
27:15
**ascribe**
229:10, 229:15
**ascribing**
233:23
**aside**
18:16, 95:16,
110:12, 110:17,
162:9, 162:12,
204:7, 241:8
**asked**
8:19, 8:21,
9:10, 28:8,
42:23, 42:24,
65:14, 234:23,
254:1, 254:12,
258:5
**asking**
10:25, 12:5,
18:9, 30:5,
37:21, 44:13,
52:11, 66:16,
68:1, 70:4,
70:5, 71:14,
73:15, 74:11,
111:3, 181:22,

221:13, 241:21,
241:23, 255:23
**assert**
142:7
**assess**
45:23, 46:1,
66:12, 67:3,
67:15, 67:16,
67:25, 68:6,
79:3, 82:18,
103:17, 106:14,
143:2, 167:21,
168:16, 171:9,
183:1, 183:19,
184:16, 185:14,
216:17
**assessed**
47:23, 68:16,
118:15, 180:22
**assessing**
14:9, 35:2,
51:22, 52:9,
66:12, 67:14,
70:1, 108:5,
108:13, 118:11,
118:14, 142:21,
143:12, 147:17,
152:1, 157:7,
157:18, 167:6,
182:24, 187:17,
253:7
**assessment**
51:15, 128:15
**assigning**
218:11
**assistant**
13:1
**associate**
13:2
**associated**
187:13
**assume**
6:23, 13:24,
115:3, 115:5,
118:4, 127:17,
154:2, 167:15,
198:6, 209:18,
209:21, 212:3,

212:24, 213:5,
215:9, 223:14,
240:14, 248:7,
249:5
**assuming**
65:5, 187:10,
210:6, 212:14,
217:6, 223:23,
236:4, 239:19,
240:7, 240:25,
243:16
**assumption**
115:3, 115:5,
129:20, 198:7,
215:4, 248:11
**assumptions**
30:20, 115:7
**attached**
4:8, 227:10,
227:12, 260:8
**attorney**
84:21, 89:8,
90:3, 90:13,
90:17, 90:19,
90:24, 136:19,
140:2, 140:5,
251:22, 251:24
**attributable**
213:1
**audibly**
6:7
**audio**
261:9, 262:4
**available**
10:3, 31:19,
48:5, 65:12,
78:13, 85:15,
86:18, 102:16,
150:25, 159:13,
159:17, 167:24,
168:23, 169:24,
182:20, 216:6,
222:1, 224:21,
232:4, 243:3
**average**
251:17, 252:16
**aware**
187:2, 187:6

**away**
27:22, 27:25,
41:5, 79:8,
91:20, 124:2,
124:3, 124:4,
124:24

**B**

**b1**
239:24
**bachelor's**
12:12
**back**
9:11, 10:25,
19:4, 47:15,
53:24, 75:22,
83:1, 83:2,
97:23, 110:8,
112:20, 130:22,
138:11, 165:7,
170:25, 182:8,
199:24, 202:19,
213:8, 233:7,
247:2, 255:5
**background**
219:22
**bad**
110:16
**bag**
221:6
**barack**
163:10
**base**
186:10
**based**
8:24, 9:4,
15:3, 16:15,
17:9, 17:20,
22:10, 30:7,
30:18, 31:11,
32:13, 36:19,
37:4, 38:21,
41:18, 43:12,
49:13, 51:7,
58:5, 73:22,
73:23, 74:8,
79:18, 81:13,
83:16, 88:4,

131:25, 132:3,
134:13, 134:15,
134:16, 137:14,
137:17, 137:18,
138:1, 138:2,
139:14, 140:17,
141:5, 141:6,
146:17, 146:19,
148:8, 148:11,
151:10, 152:9,
153:10, 153:14,
158:5, 165:15,
166:10, 166:13,
166:14, 167:6,
168:15, 170:16,
171:11, 172:14,
187:18, 188:18,
203:19, 214:24,
217:16, 226:9,
237:2, 237:10,
239:19, 240:5,
240:10, 240:24,
243:2, 246:5,
246:19, 251:10,
253:3, 253:5,
253:19, 254:2,
255:3
**baseline**
60:20, 105:9,
116:5, 117:6
**basic**
114:24, 210:18,
212:22, 213:9,
213:17, 216:4,
229:3, 230:7
**basis**
37:11, 204:16,
228:21
**baton**
27:3, 27:18,
113:17, 113:18,
113:20, 138:20,
138:22, 139:19,
140:9, 141:3,
141:13, 142:4,
143:14, 143:16,
146:4, 146:6,
147:4, 147:8,

147:10, 147:18,
147:23, 148:17,
152:2, 152:5,
152:11, 152:16,
152:17, 152:18,
152:24, 153:3,
153:8, 154:15,
171:21, 172:16,
179:24, 180:23,
181:5, 187:18,
200:4
**bear**
127:7
**beauty**
248:14
**became**
148:1, 193:22
**because**
6:12, 23:1,
31:3, 37:10,
48:18, 52:6,
61:2, 65:8,
65:18, 80:13,
87:7, 95:24,
100:20, 102:11,
111:10, 112:10,
128:17, 140:20,
143:15, 144:23,
146:20, 148:9,
149:6, 150:22,
165:8, 166:10,
168:8, 174:2,
177:20, 208:19,
213:2, 223:13,
228:3, 228:9,
229:18, 230:10,
231:6, 237:9,
250:12
**become**
140:24, 141:25,
178:24, 190:11,
190:15, 194:6
**becomes**
142:3
**been**
5:14, 5:15,
7:15, 10:23,
11:10, 12:25,

13:5, 14:15,
14:25, 16:6,
16:9, 16:16,
18:6, 22:9,
33:11, 48:12,
55:4, 62:20,
65:6, 92:11,
102:13, 109:22,
149:17, 151:12,
153:23, 170:9,
188:22, 196:2,
197:20, 202:12,
203:19, 203:25,
215:1, 215:2,
231:14, 243:21
**before**
2:13, 5:13,
5:14, 5:21,
5:24, 6:16, 7:4,
14:16, 14:17,
15:14, 17:5,
17:15, 17:23,
23:3, 36:22,
37:13, 51:24,
53:23, 92:1,
127:16, 128:12,
146:17, 159:7,
203:10, 204:2,
243:15, 250:23,
252:5, 261:3
**beginning**
31:14, 151:13,
208:5
**behalf**
3:3, 3:13, 3:20
**behave**
199:22
**being**
5:4, 6:8, 6:13,
8:25, 9:5,
10:19, 10:21,
26:1, 33:5,
57:13, 106:24,
107:8, 116:2,
147:5, 154:5,
159:5, 164:6,
189:19, 190:14,
190:17, 193:16,

193:17, 194:2,
199:9, 232:25
**believe**
8:9, 36:16,
49:10, 84:4,
89:5, 94:20,
157:2, 207:1,
253:9, 253:21
**belong**
174:15
**below**
92:10, 137:6,
161:13, 168:24,
169:25, 194:13,
194:16, 195:1,
195:7, 195:14
**beside**
258:22, 259:10
**best**
6:22, 22:4,
160:17, 166:5,
261:10, 262:7
**better**
41:15, 83:3,
86:20, 88:5,
106:14, 106:22,
109:13, 149:4,
149:8, 149:10,
150:4, 150:13,
166:5, 178:2,
216:17, 234:19
**between**
26:10, 162:1,
172:9, 176:22,
178:9, 179:8,
179:12, 180:17,
188:14, 188:15,
199:11, 215:24,
244:8
**bias**
74:6, 223:1,
223:4, 223:6,
223:8, 223:11,
223:17, 223:22,
225:9, 225:12,
225:16, 227:1,
234:23, 239:21,
242:25, 243:8,

250:3, 250:6
**biased**
32:13, 32:15,
151:23, 223:2,
223:4
**biden**
81:24, 163:13,
224:17, 229:25,
230:6, 235:2,
247:21, 247:24
**big**
43:19, 43:20,
63:5, 70:15,
76:22, 100:14,
135:16, 145:17,
161:2, 161:14,
163:22, 167:20,
186:9, 195:16,
199:10, 224:17,
231:21, 245:21,
250:12, 257:21
**bigger**
109:13, 109:18,
174:10
**bill**
256:17
**binder**
93:9
**birth**
190:23
**bit**
33:3, 34:7,
35:14, 38:22,
40:1, 49:5,
53:19, 63:11,
135:4, 135:11,
148:22, 165:8,
168:20, 170:13,
176:21, 206:16,
225:15, 254:17
**bizarre**
222:17
**blacks**
30:9, 44:6,
45:13, 47:3,
61:4, 87:20,
101:16, 101:17,
102:12, 103:4,

103:13, 103:15,
103:20, 104:4,
105:25, 106:17,
107:6, 109:12,
112:16, 119:9,
126:17, 131:6,
132:4, 160:23,
161:3, 161:5,
161:9, 161:10,
164:4, 164:7,
165:1, 171:5,
229:7, 229:24,
230:5
**block**
43:4, 43:8,
43:10, 43:12,
43:14, 43:17,
43:19, 43:20,
137:12, 137:20
**blocks**
29:19
**blue**
59:5, 64:3,
161:9, 161:13
**body**
200:25, 202:14
**bono**
11:24
**book**
201:3
**borderline**
153:20
**bossier**
26:20, 26:21,
115:13, 115:14,
115:18, 115:19,
115:20, 116:16,
116:19
**both**
21:10, 25:7,
26:3, 26:21,
26:23, 27:1,
27:4, 27:8,
27:10, 27:16,
27:19, 45:17,
108:16, 149:14,
151:15, 167:18,
191:19, 193:18,

194:4, 194:8,
194:18, 200:22,
209:18, 210:6
**bother**
227:22
**bottom**
93:14
**brannon**
3:14
**break**
6:25, 7:4,
47:9, 129:4,
129:9, 129:18,
138:6, 145:2,
202:14, 216:14,
216:16, 218:10,
220:7, 220:23
**breakdown**
226:7
**breaks**
7:1
**briefly**
29:15, 91:25,
95:23, 122:17,
152:3, 156:9,
156:13, 187:14,
191:6, 204:1,
251:1, 252:8
**bring**
19:18, 39:25,
176:22
**brnovich**
252:5
**broad**
15:5, 16:13,
33:20, 91:4,
91:12
**broader**
144:21
**broadly**
32:5
**brought**
35:3
**build**
145:10, 205:4
**builds**
144:25
**business**
13:15

| C |
| --- |

**caddo**
26:23, 144:11,
144:14, 158:9,
158:17, 159:2,
159:5, 159:24,
160:11, 160:14,
160:25, 164:18,
170:3, 170:7,
172:18, 173:8,
173:13, 179:22,
180:1, 183:5,
183:18, 191:23,
194:10, 194:19,
195:4, 204:4,
204:20, 205:7,
217:4, 221:18,
224:14, 225:23,
227:8, 235:1,
236:1, 237:5,
255:13, 255:14
**calcasieu**
27:10
**calculated**
59:20, 221:1,
235:15, 251:20
**calculation**
252:9
**calculations**
252:19
**calculator**
95:24
**call**
82:3, 155:21,
189:22
**called**
26:5
**calling**
11:23
**came**
15:16, 49:22,
50:13, 50:14,
58:12
**can't**
240:18
**candidate's**
215:12

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                    73

candidates
30:10, 42:21,
51:9, 51:10,
64:24, 81:21,
81:25, 84:2,
85:25, 86:10,
86:12, 86:15,
87:4, 87:5,
87:9, 87:19,
87:21, 91:14,
91:15, 91:16,
92:9, 92:11,
92:13, 92:17,
93:15, 93:16,
93:19, 94:1,
94:5, 94:14,
96:19, 97:5,
98:13, 99:18,
99:21, 99:24,
99:25, 100:7,
100:18, 100:24,
101:4, 101:9,
101:14, 101:17,
101:22, 101:23,
101:24, 102:17,
102:22, 104:25,
105:4, 105:11,
106:5, 106:19,
107:1, 107:4,
107:9, 153:12,
169:1, 209:10,
209:19, 210:7,
217:10, 217:18,
234:6, 247:14,
247:16, 250:9
cannot
5:17, 17:16,
19:14, 37:21,
51:25, 65:15,
167:15, 172:11,
180:15, 183:9,
200:24, 256:12
cap
256:1, 256:3,
256:5, 256:9
capacity
1:8, 12:25
care
217:7, 252:1

carolina
3:24
carried
164:13, 167:17,
241:1
carries
116:1
carroll
113:17, 122:1,
122:3, 122:11,
122:12, 122:13,
122:17, 122:19,
124:18, 126:10,
154:23, 258:5,
258:7, 258:25
carry
52:13
carrying
150:20
case
1:5, 5:13, 8:6,
8:13, 10:8,
10:24, 11:3,
11:11, 11:17,
15:14, 15:17,
15:23, 16:2,
16:10, 19:21,
19:22, 28:4,
33:6, 35:2,
36:12, 36:14,
36:23, 40:10,
110:21, 117:8,
117:16, 157:20,
168:18, 212:11,
223:13, 246:1,
251:21, 251:24,
252:8, 252:21,
252:23, 254:23,
261:13, 262:10
cases
11:18, 12:2,
250:19, 252:10,
254:13, 254:15
cast
92:12, 95:8,
96:3, 96:7,
96:11, 106:11,
106:12, 170:11,

172:23, 211:3,
233:4, 247:12
casted
107:6, 107:7,
108:17
categories
77:2
category
79:16, 87:6,
91:16, 97:12,
97:19, 101:14,
101:15, 101:18,
102:11, 106:2,
206:12
caveats
152:6
census
167:24, 168:5,
168:6, 170:16,
172:10
center
9:25, 37:14
centered
36:19
centers
117:8, 117:16
central
26:15, 26:16,
27:15
certain
43:15, 46:23,
67:12, 67:13,
82:20, 82:21,
84:16, 99:3,
99:4, 99:12,
107:13, 117:9,
117:16, 118:19,
120:24, 142:8,
157:21, 165:19,
176:1
certainly
152:8
certificate
261:1
certification
262:1
certify
261:4, 262:2

chair
13:6
challenges
252:25
chambers
94:3, 94:10,
95:3, 95:9,
95:16, 96:25,
99:8, 112:7
chances
188:16
change
41:11, 70:16,
85:8, 148:15,
164:21, 165:1,
165:5, 167:20,
177:5, 178:1,
178:2, 178:17,
190:16, 198:4
changed
51:12, 65:9
changes
10:16, 67:12,
115:24, 126:18,
127:5, 127:9,
154:7, 166:11,
166:18
characterize
41:12
charles
27:1, 245:7,
245:16
chart
56:25, 59:12,
59:13, 65:3,
74:22, 79:16,
97:23, 98:6,
181:23, 182:18,
189:1, 200:2
charts
56:17
check
153:6, 164:11,
176:13, 203:13
checked
208:22
choice
43:4, 86:7,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

74

178:15
**choices**
233:16, 243:3
**choose**
34:12, 114:22,
114:23
**chop**
177:19, 177:25,
178:3
**chronologically**
21:7
**cite**
159:21, 224:18
**cited**
116:19
**cities**
204:9
**citing**
40:4, 224:11
**city**
159:17, 159:20,
159:24, 160:14,
160:19, 160:20,
162:16, 162:25,
204:5
**civil**
3:15, 252:25
**clarification**
61:20, 184:16
**clarify**
71:10, 72:15,
72:17, 73:20,
75:5, 210:21,
254:8, 255:17,
256:20
**clarifying**
73:16
**classes**
12:24, 13:21,
13:23, 17:7,
19:18, 39:24
**clean**
85:15, 180:14,
180:19, 195:25
**cleaning**
91:5
**clear**
34:19, 36:7,

45:5, 55:1,
57:21, 58:25,
59:1, 63:21,
64:7, 65:10,
67:19, 68:15,
81:19, 101:6,
106:9, 106:25,
108:20, 139:16,
148:23, 153:2,
153:10, 154:12,
154:23, 166:23,
187:15, 190:21,
193:25, 194:5,
195:9, 196:24,
197:2, 217:23,
229:10, 232:25,
244:19, 247:18,
255:11
**clear-cut**
106:18
**clearer**
85:6, 88:5
**clearly**
215:1
**clinics**
251:11, 251:14
**clip**
257:18
**close**
110:10
**closer**
165:22, 188:16,
245:1
**clubbing**
157:12
**clump**
87:6
**clusters**
114:19
**code**
187:11
**coded**
171:17, 172:1,
172:3, 203:6,
227:19
**cohesive**
40:16, 40:23,
41:10, 41:13,

41:21, 41:24
**cohesively**
40:24, 41:4,
41:6, 143:14
**cold**
175:4, 175:5,
176:7, 182:12
**coldest**
190:9
**colleagues**
5:10
**collected**
204:14
**colors**
120:18
**column**
49:19, 49:21,
49:25, 50:5,
54:12, 54:13,
54:15, 54:22,
58:5, 58:8,
58:14, 58:20,
58:21, 63:1,
63:10, 72:20,
75:12, 98:7,
130:8, 130:10,
132:13, 162:18,
163:5, 163:17,
192:23, 194:22,
226:1, 227:22,
227:23, 232:13,
232:24, 233:1
**columns**
32:4, 39:17,
50:3, 130:5,
130:21, 131:3
**combination**
58:2
**combine**
75:12, 76:11,
87:16, 97:3,
97:7, 127:18,
193:25, 203:23
**combined**
95:8, 96:23,
99:25
**combining**
103:17, 106:10,

236:17
**come**
32:24, 50:20,
53:23, 53:24,
54:8, 105:13,
105:14, 107:4,
112:8, 118:4,
151:11, 176:5,
182:7, 195:14,
204:23, 214:15,
220:22, 234:5,
237:4, 245:11
**comes**
18:19, 63:5,
86:23, 126:13,
157:24, 175:6,
195:11
**comfortable**
8:17, 143:18,
144:2
**coming**
18:10, 53:8,
55:2, 66:24,
73:11, 73:21,
73:22, 135:13,
182:13, 201:21,
211:19, 222:17,
226:10, 236:7,
246:7
**comma**
208:4
**comments**
73:9, 74:24,
185:18
**common**
18:24, 51:7,
56:9, 127:22,
145:14
**common-sense**
100:10
**commonly**
17:18, 18:1,
36:2, 39:24
**commonly-used**
36:22
**communities**
201:20, 201:23
**comparable**
149:2

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

75

compare
11:17, 26:20,
71:2, 71:5,
71:20, 71:22,
71:23, 71:25,
75:8, 76:2,
77:10, 77:14,
78:23, 79:3,
80:7, 99:15,
100:23, 178:4
compared
50:8, 54:17,
59:21, 59:23,
74:16, 77:24,
78:2, 78:8,
99:7, 127:11,
127:14, 171:12,
223:16
comparing
71:1, 84:15,
91:7, 171:20
comparison
57:1, 74:22,
76:20, 79:4
compete
46:23
compile
184:10
compiled
232:7
complaint
117:19
complement
46:22
complementary
45:19, 46:3,
46:6
complete
15:20, 39:4,
39:6, 39:7,
39:10, 42:15,
56:2, 75:1,
115:25, 213:23,
260:7
completely
6:16, 149:25
composition
28:9, 28:14,

29:9, 29:12
compute
72:1
computed
182:21
computes
165:14
computing
252:9
concept
32:8, 38:19,
165:17, 166:25
concern
120:25, 193:7,
193:11, 215:12
concerned
190:22
concerns
185:20
conclude
200:24, 202:1
concluding
67:23
conclusion
52:12, 67:20,
67:25, 128:12,
236:19
conclusions
22:15, 23:13,
41:17, 52:23,
57:18, 62:8,
88:3, 125:15,
127:2, 236:12
concrete
34:16
conditioned
217:19, 234:14
conduct
49:6, 148:16,
150:17, 151:6,
151:18, 157:1,
201:16, 202:24,
204:9, 222:20,
240:20, 243:7,
249:24
conducted
53:20, 57:25,
68:16, 113:2,

125:9, 150:19,
202:25, 205:14
conducting
68:15, 81:11,
97:9, 100:19,
107:22, 113:9,
156:14, 158:8,
168:13, 177:8,
187:2, 201:22,
208:16, 245:2,
246:10
confidence
103:12, 131:8,
153:19, 178:24,
179:3, 179:8,
179:10, 179:11,
179:14, 181:14,
181:16, 185:25,
186:1, 186:2,
186:5, 186:10,
186:11, 186:14,
186:20, 187:24,
188:7, 188:8,
188:10, 188:19,
188:20, 189:6,
189:16, 189:22,
189:23, 190:5,
190:7, 190:11,
190:17, 190:23,
191:4, 191:17,
192:12, 192:15,
193:3, 193:9,
193:10, 193:22,
196:6, 196:13,
196:16, 197:14,
197:25, 198:17,
198:20, 198:22,
200:7, 200:15
confuse
169:15
confused
217:21
confusing
229:21
congressional
15:23, 36:11
conjoined
44:16

connect
155:25
connecticut
12:20, 12:23
connection
10:24, 36:11,
40:4, 40:5
consequence
193:22
consider
41:10
considered
15:1
consisted
164:17
consistent
23:18, 175:25
consistently
147:3, 156:6,
161:15, 161:20,
200:20
constantly
223:1
constraint
29:24
content
28:7
contest
133:13, 133:16
contests
239:9
context
18:16, 70:23,
244:2
contexts
239:13
contiguous
183:1, 183:20,
184:17, 184:19,
185:15
continue
67:1
contradicts
148:12
contrary
154:11
contrast
101:3, 150:23,

151:10
**contributed**
53:11
**contributing**
243:5
**conversation**
202:23
**convert**
103:14
**converted**
227:23
**converting**
170:19
**cool**
73:2
**cooper**
21:9, 22:6,
29:17, 119:19,
121:21, 151:17
**cooper's**
20:21, 21:2,
21:18, 21:24,
22:20, 23:9,
23:16, 119:12,
256:17
**copy**
20:5, 20:8,
23:24, 24:11,
222:3, 256:17
**corner**
122:10
**corrected**
256:25
**corrections**
260:8
**correctness**
74:5
**counsel**
5:7, 6:18,
7:16, 7:24,
10:10, 10:13,
10:16, 28:25,
254:10, 261:12,
262:9
**count**
14:24, 49:14,
50:17, 50:18,
78:20, 95:18,

97:20, 98:2,
101:16, 160:4,
160:17, 190:10,
216:16, 216:17
**counter**
102:21
**counterintuitive**
209:5
**counting**
64:11, 99:10,
101:16, 218:24
**country**
163:12
**county**
251:16
**coupee**
27:4, 180:5,
184:22, 184:23,
185:2, 185:11,
185:22, 198:15
**couple**
5:21, 11:12,
156:10, 249:23,
254:7
**course**
56:8, 79:14,
133:25, 152:23,
155:7, 182:12,
207:1, 251:3
**court**
1:1, 6:7, 6:9,
16:7, 16:10,
40:10, 261:1
**cover**
37:10, 156:10,
239:12
**covered**
246:23, 249:23
**cozen**
2:6, 3:7, 5:11
**create**
105:21, 206:12,
209:7, 215:24,
221:7, 221:8
**created**
108:21, 140:18,
151:24, 160:25,
196:3, 221:4,

223:1, 226:2,
232:23
**creates**
242:25
**creating**
150:10, 178:6,
223:11, 223:17,
227:1, 250:3
**criteria**
77:20, 77:21,
84:25, 85:12,
86:17, 87:25,
91:4, 91:12
**criticism**
240:19
**critique**
30:5, 151:16,
236:10
**critiquing**
30:12, 30:14
**cross**
72:6, 72:9,
91:8
**crosscheck**
205:25, 206:5,
236:5
**crosschecked**
206:6, 207:19,
226:4
**crossed**
199:9
**crossing**
37:24, 38:1,
38:16
**crossover**
37:19, 37:23,
38:7, 38:9,
38:16, 38:18,
38:20, 38:24,
39:21
**crosstalk**
28:21, 202:15
**crunched**
21:20
**cumulatively**
177:18
**cut**
108:20

**cv**
14:21, 14:24,
251:2, 254:13

---
**D**
---

**da-da-da**
50:13
**dakota**
3:5
**database**
164:11
**dataset**
78:14, 78:16
**datasets**
205:24, 228:22
**date**
49:9, 49:11,
55:6, 62:20,
83:24, 227:20,
260:15
**dates**
48:2, 48:3,
48:4, 48:7,
48:10, 48:12,
48:13, 48:14,
48:18, 48:21,
49:2, 49:12,
50:8, 54:11,
57:11, 58:6,
64:6, 64:8,
65:8, 65:9,
65:18, 65:20,
89:1, 227:23
**day**
31:10, 31:18,
32:6, 54:5,
54:7, 54:20,
57:14, 69:7,
78:18, 78:19,
80:17, 80:25,
110:5, 164:8,
170:11, 207:12,
209:1, 209:23,
211:3, 211:21,
213:6, 214:13,
215:13, 216:10,
218:23, 219:1,
219:4, 219:18,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

77

219:19, 229:5,
230:1, 231:6,
231:7, 231:10,
231:12, 232:5,
233:5, 233:17,
233:19, 247:11,
256:8
**days**
23:3
**dc**
3:17
**deal**
18:4, 145:17,
168:12, 231:21,
241:25
**dealing**
14:3, 14:6,
14:8, 15:23,
16:2, 37:15,
132:7, 132:25,
210:23, 213:2,
244:2
**deals**
15:2, 129:25
**dealt**
18:10
**decline**
64:4
**decrease**
49:22, 53:11,
103:10, 190:11
**decreased**
49:24, 53:3,
58:12, 58:14,
58:19, 63:19,
69:21, 70:18
**decreases**
50:13, 197:25
**decreasing**
50:17, 50:18,
52:16, 53:9,
55:4, 64:10,
177:20, 185:6
**deemed**
186:15
**defeat**
43:4
**defendant**
3:20, 254:10

**defendants**
1:10, 8:14,
8:16
**defending**
251:25
**defense**
5:11
**define**
32:11, 38:18,
91:14, 223:4
**defined**
130:11
**definition**
38:21, 177:5
**degree**
12:12, 12:16,
12:19
**degrees**
175:17, 176:11
**deleting**
105:11
**delhi**
12:13
**dem**
76:12
**democrat**
30:10, 38:6,
38:8, 39:11,
39:12, 42:21,
45:11, 46:21,
47:3, 49:15,
49:19, 51:5,
51:9, 58:7,
58:11, 59:4,
59:7, 61:3,
61:12, 63:4,
63:10, 64:11,
67:7, 68:11,
69:19, 70:8,
70:12, 70:13,
70:18, 75:3,
76:16, 77:1,
79:24, 83:10,
92:5, 92:8,
92:10, 92:12,
92:16, 95:3,
95:4, 95:9,
95:10, 96:18,

97:4, 97:8,
97:14, 100:23,
100:24, 102:4,
103:1, 103:3,
103:14, 103:20,
103:23, 104:22,
105:1, 106:17,
107:2, 109:15,
109:16, 109:19,
109:21, 110:25,
125:13, 125:21,
128:7, 128:8,
131:4, 131:7,
131:20, 132:5,
132:17, 132:22,
133:16, 134:10,
134:21, 138:24,
146:7, 158:25,
162:4, 162:24,
199:17, 200:1,
200:17
**democratic**
42:13, 51:6,
59:20, 65:23,
66:1, 69:5,
76:15, 83:25,
86:14, 86:15,
87:9, 87:17,
87:19, 91:15,
91:16, 93:15,
99:18, 108:18,
111:13, 112:14,
112:15, 130:1,
132:8, 134:8,
153:4
**democrats**
44:6, 45:13,
49:20, 50:7,
50:11, 50:17,
51:9, 52:15,
53:1, 53:3,
53:7, 54:7,
54:9, 54:12,
54:17, 54:19,
54:21, 55:3,
56:25, 57:2,
57:7, 58:13,
58:15, 58:18,

58:19, 60:4,
60:8, 62:3,
63:3, 63:7,
64:2, 64:10,
69:6, 69:20,
69:21, 70:17,
71:3, 76:3,
77:11, 80:5,
80:8, 80:19,
81:2, 81:3,
83:12, 87:10,
93:22, 94:6,
95:11, 95:12,
95:14, 95:15,
97:9, 101:7,
101:9, 101:13,
102:5, 102:6,
102:12, 103:4,
103:15, 104:5,
104:19, 106:12,
106:20, 106:21,
107:6, 107:11,
109:12, 111:10,
112:6, 112:19,
200:4, 223:15,
224:8
**demographic**
254:21, 254:22
**demonstrate**
115:22, 117:1
**demonstrating**
128:20
**denominator**
75:13, 79:21,
79:25, 80:1,
80:23
**dense**
158:5, 174:4,
174:23
**denser**
141:25, 148:15,
154:7, 156:2,
156:4, 156:5,
164:25, 166:18,
167:19, 175:8,
177:5, 177:6,
177:17, 178:18,
178:19, 190:15,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                    78

198:4, 199:12
**density**
141:6, 141:7,
146:25, 156:8,
159:8, 165:10,
165:12, 165:17,
166:4, 166:7,
166:22, 166:24,
167:2, 167:10,
167:22, 168:9,
168:15, 170:3,
170:15, 170:16,
173:7, 173:16,
174:20, 180:21,
181:1, 181:10,
181:25, 182:17,
183:8, 183:13,
183:25, 184:4,
184:24, 185:3,
185:12, 187:18,
188:1, 188:25,
189:2, 191:16,
192:25, 199:5,
237:10, 245:9
**deny**
65:15
**department**
13:7
**depend**
38:11, 43:24,
112:11, 173:24
**depending**
44:3
**depends**
38:10, 38:12,
43:17, 43:23,
43:25, 44:4,
44:7, 44:8,
52:20, 71:6
**deponent**
260:1
**depos**
262:18
**deposed**
5:14, 14:15
**deposition**
1:15, 2:1, 4:9,
6:8, 7:13, 7:17

**depth**
154:6, 154:10,
154:13, 154:16,
154:18, 155:1,
201:13
**derive**
188:19
**derived**
19:3
**describe**
12:21, 57:24,
62:12, 67:2,
81:10, 83:18,
113:1, 125:8,
128:3, 130:4,
137:20, 156:13,
158:7, 164:17,
165:10, 250:25,
252:8
**described**
10:1, 29:15,
56:24, 57:6,
79:15
**describes**
34:23
**describing**
36:8, 77:22,
130:24, 130:25,
145:11
**desoto**
27:7
**detail**
22:25, 148:22
**detailed**
113:7
**determine**
238:18
**develop**
174:24
**dial**
197:8
**dictates**
65:17
**difference**
25:11, 76:22,
117:22, 117:24,
125:20, 125:23,
125:24, 126:1,

127:10, 127:13,
135:8, 161:3,
161:4, 161:14,
162:1, 174:10,
174:16, 195:17,
199:11, 206:13,
224:17, 224:20,
249:25
**differences**
25:10, 26:9,
26:17, 172:9,
215:24, 245:21
**different**
13:21, 18:10,
23:2, 26:1,
29:18, 34:11,
36:6, 45:25,
65:7, 65:18,
65:19, 71:14,
74:18, 76:20,
100:17, 101:9,
112:12, 117:2,
117:3, 119:8,
120:17, 126:16,
126:17, 127:17,
128:13, 128:22,
128:23, 140:24,
144:5, 144:19,
145:14, 153:12,
155:18, 156:6,
156:22, 158:4,
165:25, 173:4,
174:9, 175:16,
177:25, 197:11,
203:17, 215:16,
215:25, 245:8,
250:1, 257:4
**differently**
72:7, 117:2,
117:4, 119:6,
127:18, 128:13,
128:25, 143:17,
144:20, 146:23,
147:1, 154:19,
155:7, 156:23,
157:11, 157:16,
157:21, 165:23,
166:17, 166:20,

167:14, 195:16,
201:11, 201:15,
202:5, 215:16,
215:21, 237:4,
237:16, 243:20,
245:12, 248:16
**difficult**
18:8, 203:11,
203:14, 208:13,
218:4, 243:22,
257:19
**difficulty**
171:2
**digital**
261:8, 262:3
**diligence**
127:24
**dips**
126:12
**direct**
238:1
**disagree**
208:6
**discrepancy**
180:17, 226:13
**discuss**
142:14, 144:11,
144:14, 152:9
**discussed**
111:24, 112:2,
140:17, 143:3,
160:10, 202:6
**discussion**
64:20, 110:11
**disparities**
165:6
**disparity**
50:19, 54:16,
186:8, 244:8
**disregarding**
230:10
**distance**
172:3
**distinction**
167:1
**distinguish**
159:19
**distributing**
204:8

**district**
1:1, 1:2,
22:10, 64:23,
116:9, 155:22,
167:22, 169:2,
169:7, 172:6,
191:13, 203:22,
243:17, 250:23,
252:5
**district-wise**
243:23
**districts**
22:1, 22:6,
22:8, 22:11,
26:7, 64:19,
121:14, 121:20,
121:21, 168:17,
168:25, 169:4,
169:10, 169:17,
171:7, 171:13,
203:19, 239:13,
239:14, 240:3,
241:17, 241:18,
241:24, 242:1,
242:4, 242:20,
243:11, 243:13,
244:3, 244:5,
244:7, 245:25,
246:13, 246:14,
249:24, 258:24
**divide**
164:19, 164:20
**divided**
29:18, 170:9,
174:22
**dobbs**
250:22
**doctor**
23:25, 24:24,
35:20, 42:16,
44:16, 78:25,
116:21, 131:25,
214:22, 244:17
**doctorate**
12:18
**document**
118:2
**documents**
124:10, 221:14

**doing**
55:15, 70:7,
105:15, 106:13,
174:5, 220:13,
230:10, 233:25,
246:18, 253:2
**donald**
163:19
**done**
8:25, 11:23,
29:23, 35:12,
36:9, 39:14,
39:20, 83:9,
85:19, 106:24,
107:8, 111:6,
111:14, 112:18,
144:1, 147:7,
158:20, 164:24,
174:9, 176:25,
184:13, 209:6,
243:21, 244:12,
245:22, 246:15
**dorothy**
1:4
**double**
203:12
**double-check**
171:18
**doubt**
10:18, 174:5
**down**
21:5, 49:22,
50:13, 50:14,
50:20, 53:8,
54:8, 57:8,
58:13, 59:5,
62:2, 63:5,
63:12, 63:21,
123:12, 126:12,
126:14, 135:9,
145:2, 160:3,
160:16, 177:25,
180:19, 194:12,
194:13, 194:25,
195:11, 197:4,
216:14, 216:17,
218:10, 220:7,
220:24

**draft**
10:13
**drafted**
10:7
**draw**
41:17, 52:23
**drawn**
4:17, 158:15,
239:15
**drive**
251:18
**driving**
251:10, 252:18
**drop**
63:6, 176:2
**dropped**
135:8
**due**
23:3, 127:24,
164:7, 164:8
**duly**
5:4
**during**
9:12, 23:10,
64:8

**E**

**each**
6:14, 26:5,
26:20, 31:10,
31:17, 31:24,
32:5, 56:18,
79:16, 85:13,
86:19, 106:11,
110:24, 120:12,
130:4, 133:19,
137:2, 167:22,
180:21, 217:1,
217:8, 217:11,
217:12, 217:15,
217:17, 218:18,
218:20, 218:21,
218:24, 219:9,
219:13, 219:15,
219:16, 219:21,
231:1, 232:4,
234:7, 234:9,
247:10, 248:8,

248:12, 248:19,
249:5, 249:21,
251:16
**earlier**
19:16, 22:23,
23:6, 29:13,
35:11, 36:1,
39:23, 59:14,
63:8, 66:11,
66:23, 84:22,
116:10, 139:13,
140:17, 156:17,
176:2, 181:12,
185:19, 186:19,
194:7, 202:6,
202:22, 203:15,
224:7, 232:12,
242:19, 250:18,
258:4
**early**
85:17, 149:22,
149:24, 150:2,
150:16, 206:17,
206:22, 207:14,
208:9, 209:1,
210:2, 210:3,
210:8, 210:9,
211:8, 211:10,
211:21, 211:25,
212:11, 212:15,
212:16, 212:19,
212:20, 213:1,
213:7, 214:6,
214:7, 214:14,
215:14, 215:21,
215:23, 216:12,
216:24, 217:1,
217:8, 217:10,
217:11, 217:13,
217:15, 217:18,
217:20, 217:23,
218:12, 218:18,
219:5, 219:6,
219:9, 219:13,
219:14, 219:15,
219:16, 219:18,
219:19, 219:21,
222:15, 222:21,

223:16, 224:9,
224:15, 224:16,
228:16, 228:18,
230:12, 230:18,
230:19, 230:22,
230:25, 231:13,
231:15, 231:23,
231:25, 233:6,
233:8, 233:16,
233:20, 233:22,
234:3, 234:8,
234:9, 234:14,
247:7, 247:12,
247:14, 247:20,
247:25, 248:1,
248:2, 248:6,
249:20, 256:8
**easier**
81:20, 83:1,
127:20, 171:9,
213:18
**easiest**
113:16, 171:21
**easily**
91:14, 145:19,
147:7, 150:25,
171:4, 182:20,
182:21, 184:7,
219:23, 224:21
**east**
26:15, 26:16,
27:3, 27:18,
27:19, 113:17,
113:20, 121:25,
122:3, 122:10,
122:12, 122:13,
122:17, 122:19,
124:18, 126:10,
138:20, 138:22,
140:9, 141:3,
141:13, 142:3,
143:14, 143:16,
152:1, 152:5,
152:11, 152:17,
152:18, 152:24,
153:3, 153:8,
154:23, 171:21,
172:16, 179:24,

180:23, 181:4,
187:18, 200:4,
258:5, 258:7,
258:25
**easy**
203:21
**ecological**
14:13, 17:5,
17:15, 19:7,
74:8, 81:8,
99:5, 158:20,
204:12, 205:11
**educational**
5:11, 12:10
**eei**
36:20
**efficient**
129:14
**effort**
170:22
**ei**
17:6, 17:11,
18:24, 19:2,
34:9, 34:12,
34:14, 34:20,
35:10, 35:14,
35:25, 36:2,
36:20, 36:22,
37:3, 37:11,
37:14, 39:23,
39:25, 40:4,
73:23, 81:9,
81:13, 83:19,
83:23, 99:14,
100:14, 106:8,
111:19, 112:7,
112:10, 118:4,
157:2, 168:24,
169:25, 187:2,
208:7, 227:6,
228:25, 230:4,
236:15, 250:1
**eight**
126:13, 161:7
**either**
75:3, 150:10,
162:25, 177:25,
195:1, 233:16,

249:11, 257:7
**elected**
163:10, 163:13
**electing**
253:14
**electoral**
253:8, 253:13
**elementary**
208:18, 208:21,
209:4
**else**
246:16
**employ**
30:13, 149:5,
149:6
**employed**
261:12, 262:9
**enacted**
28:9, 28:14,
29:9, 29:12,
55:12, 246:14
**encountering**
101:20
**end**
181:23, 185:7,
188:10
**endogenous**
237:19, 237:22,
239:9, 239:16
**engineering**
18:11
**english**
247:10
**enormous**
180:18
**enough**
176:13, 176:22,
198:5, 203:14
**entire**
41:7, 41:22,
51:20, 59:13,
74:15, 109:5,
113:19, 131:1,
140:21, 141:20,
143:22, 146:21,
148:10, 148:13,
154:3, 156:18,
157:25, 183:17,

193:21, 200:25,
201:3, 205:7,
216:21, 227:8,
237:5, 237:13,
243:17, 248:2,
248:7, 249:5,
255:12
**equal-equal**
215:19
**equally**
170:9, 172:24,
173:2
**errata**
260:8
**error**
187:11, 227:1
**errors**
151:23, 239:21
**especially**
6:12
**esquire**
3:4, 3:5, 3:6,
3:14, 3:21
**essentially**
208:24, 233:7
**establish**
117:5, 117:6
**established**
5:23
**establishes**
116:4
**establishing**
117:22
**estimate**
17:8, 31:12,
112:9, 118:5,
127:23, 128:23,
128:24, 131:8,
132:4, 149:23,
150:16, 157:12,
157:13, 157:15,
236:15, 237:5,
237:12, 250:3,
254:20
**estimated**
251:17
**estimates**
57:11, 72:18,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                                    81

83:8, 111:19,
111:21, 111:22,
112:8, 112:10,
113:3, 125:11,
130:1, 153:24,
157:24, 158:3,
168:24, 169:25,
191:23, 236:15,
236:17, 243:22
**estimating**
33:14
**estimator**
166:5, 177:21
**estrella**
3:6
**et**
1:4
**evaluate**
72:10, 168:4,
242:18, 242:19,
244:4
**evaluated**
239:17
**evaluating**
243:10, 244:1
**even**
9:13, 15:18,
18:22, 33:12,
34:19, 35:14,
35:24, 36:2,
39:15, 52:18,
52:19, 54:1,
56:14, 63:12,
69:1, 102:2,
109:13, 109:18,
115:23, 150:20,
152:15, 154:2,
154:20, 156:1,
157:16, 161:2,
164:23, 165:20,
166:17, 170:24,
171:1, 173:7,
174:14, 186:6,
186:10, 191:1,
195:6, 197:1,
201:13, 208:5,
218:10, 221:15,
223:7, 224:13,

227:9, 228:13,
230:2, 230:17,
235:24, 241:1,
250:15, 255:4
**eventually**
50:14
**ever**
5:14, 14:2,
14:5, 14:16,
15:7, 15:10,
15:13, 16:6,
16:9, 17:5,
17:14, 17:22,
35:9, 36:18,
39:20, 203:9
**every**
7:1, 42:2,
57:12, 67:9,
67:10, 116:23,
160:4, 166:22,
177:10, 186:4,
249:11
**everybody**
24:12, 47:9,
217:2
**everyone**
24:16
**everyone's**
7:2
**everything**
23:25, 67:11,
119:17, 154:2,
171:22, 215:18,
246:23
**everywhere**
147:7
**evidence**
140:25, 198:7
**exact**
186:5, 225:7,
251:4
**exactly**
145:5, 193:8,
207:18, 220:15,
226:6, 235:19,
235:25, 252:11,
252:14
**examination**
4:3, 5:7,

254:10
**examined**
5:6, 260:5
**examining**
239:4
**example**
4:17, 11:22,
18:25, 31:9,
32:18, 32:21,
38:5, 44:3,
50:9, 53:6,
54:5, 54:18,
58:8, 59:25,
63:1, 66:4,
80:18, 81:20,
83:6, 86:11,
88:10, 88:11,
88:17, 106:20,
111:23, 113:15,
118:15, 126:9,
141:12, 144:8,
145:18, 149:12,
176:19, 179:6,
179:17, 182:8,
185:9, 186:19,
189:15, 206:8,
207:9, 207:10,
209:7, 210:24,
211:2, 212:25,
213:12, 213:15,
213:24, 216:1,
217:3, 220:22,
221:7, 223:7,
224:14, 231:4,
232:16, 237:10,
245:5, 246:7
**examples**
19:11, 225:12
**exceed**
163:4, 256:9
**excel**
227:18
**excess**
250:8
**excluded**
174:2, 226:11
**excluding**
97:11, 173:5

**exclusively**
85:4
**excuse**
60:16, 122:6,
155:5, 160:13,
183:25, 187:5,
203:4, 245:25
**exercise**
112:10, 203:11,
220:14, 222:9
**exhibit**
4:9, 4:10,
4:11, 4:12,
4:13, 4:14,
4:15, 4:16,
4:17, 4:18,
20:4, 20:6,
23:21, 24:8,
24:14, 92:25,
114:13, 119:24,
120:2, 207:3,
207:4, 224:5,
228:7, 244:18,
257:15
**exist**
153:22, 230:3,
246:8
**existed**
50:19
**expand**
107:10
**expect**
6:24
**expected**
190:9, 190:24,
196:21
**expecting**
94:16
**experience**
18:14, 203:3,
203:5
**expert**
8:5, 8:23,
10:7, 14:17,
14:20, 15:1,
15:7, 15:10,
15:13, 15:17,
16:2, 16:7,

16:10, 17:23,
18:3, 19:22,
21:18, 36:19,
40:6, 113:23,
114:1, 151:14,
241:25, 244:3,
250:18, 250:21,
250:25, 252:25,
253:18
**explain**
16:22, 37:20,
44:22, 44:23,
45:2, 45:3,
45:22, 45:24,
46:5, 48:11,
83:3, 106:4,
170:14, 175:1,
211:15, 213:13,
213:19, 217:6,
236:22, 237:2,
237:25
**explained**
38:3, 80:15,
207:8, 220:19,
236:24
**explaining**
213:15
**explanation**
44:19, 45:8,
46:6, 207:2
**explanations**
45:10, 45:20,
46:3
**explicitly**
37:9, 37:10
**export**
10:2
**extensive**
18:13, 19:9,
22:9, 45:12,
150:6
**extensively**
47:2, 74:4,
150:9
**extra**
150:10, 153:21,
226:20, 226:22
**extreme**
223:13

**eye**
63:14
**eyeball**
49:21, 206:11

**F**

**facing**
252:25
**fact**
46:21, 65:15,
146:23, 190:24,
194:6, 209:5,
216:13
**factors**
53:10, 53:13
**fair**
198:5, 253:9
**fairly**
197:18, 198:25,
200:13
**fall**
165:22, 178:9,
178:12, 205:8
**falls**
205:3
**familiar**
32:8, 37:18,
37:22, 40:9,
44:15, 246:10
**familiarity**
40:15
**familiarize**
33:4, 37:4,
37:7
**far**
10:23, 223:18
**farr**
8:9, 8:12
**fast**
180:14
**faster**
175:20
**faulty**
115:2, 115:4,
214:17, 214:20
**favor**
43:8
**favorite**
153:9

**feature**
157:24
**february**
11:8
**feel**
6:24, 8:17,
27:14, 97:13,
143:17, 144:2,
148:9, 148:20,
154:8, 221:13
**feliciana**
27:19
**fell**
159:24, 160:14
**felt**
178:2
**few**
8:4, 52:25,
74:24, 78:16,
129:15, 129:18,
178:12, 183:22,
184:21, 193:12,
255:24
**fewer**
88:2, 88:4,
227:25, 228:1
**field**
13:13, 13:21,
18:7, 103:11
**fields**
18:11
**fifth**
58:21
**fifty**
44:12
**figure**
50:22, 63:14,
63:17, 64:3,
77:13, 113:8,
113:16, 126:6,
141:14, 142:14,
142:16, 142:17,
142:20, 142:23,
143:9, 145:18,
155:4, 155:9,
155:15, 158:14,
158:19, 158:22,
158:24, 160:3,

**feature**
161:7, 161:12,
161:17, 173:10,
173:12, 174:25,
175:24, 175:25,
176:19, 183:14,
184:5, 188:3,
188:14, 188:25,
191:7, 258:22
**figures**
126:3, 137:6,
155:2, 183:6,
190:1, 200:1,
221:22, 232:13
**files**
23:1
**financial**
261:14, 262:11
**find**
78:17, 120:13,
139:1, 140:12,
159:9, 159:14,
171:1, 203:18,
216:25, 217:8,
218:17, 235:24,
258:25
**findings**
113:8
**finds**
150:2
**fine**
23:24, 46:12,
47:6, 78:12,
168:4, 202:17,
215:18, 220:11,
222:8, 222:11,
228:20, 257:13
**finish**
6:15, 6:16,
6:19, 7:4, 35:19
**first**
5:4, 5:13,
8:11, 9:10,
11:3, 13:1,
18:18, 19:5,
28:17, 29:5,
30:14, 31:6,
38:2, 40:3,
42:15, 44:24,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                                        83

46:25, 54:6,
54:18, 56:6,
63:22, 73:14,
118:1, 121:6,
127:24, 130:8,
149:1, 150:2,
150:20, 153:18,
156:17, 170:18,
171:16, 173:3,
190:7, 205:25,
208:17, 209:22,
216:20, 216:25,
217:7, 218:7,
218:17, 221:16,
227:15, 229:2,
230:25, 231:7,
251:18
**fitting**
15:5, 16:21
**five**
47:10, 54:13,
72:20, 93:6,
97:18, 97:20,
118:22, 202:16,
225:23, 227:7,
246:24
**flaw**
210:18, 212:13,
212:22, 213:9,
213:17, 213:19,
215:17, 216:4,
229:3, 230:7,
230:20, 248:20,
249:14, 250:12
**flawed**
231:13
**flaws**
222:13, 230:16,
230:24
**flip**
140:24
**flipped**
54:22, 141:1
**flips**
141:12, 141:13
**floating**
244:20
**floor**
2:8, 3:9

**fluctuates**
63:11, 63:18
**focus**
13:17, 16:16,
18:24, 19:20,
22:12, 30:11,
55:20, 65:3,
131:14, 146:1
**focused**
23:14, 76:19,
79:11, 85:4,
109:19, 122:17,
151:22
**focusing**
133:21, 134:2,
134:24
**folks**
199:6
**follow**
247:22
**followed**
208:8, 208:15,
222:25
**following**
12:10, 61:23
**follows**
5:6, 207:11,
248:11
**footnote**
92:4, 159:21,
168:21, 169:22,
172:21, 185:10,
207:7, 207:8,
240:24
**foregoing**
260:6, 261:3,
261:5, 262:4
**form**
109:3
**formulate**
35:14
**found**
147:3, 154:6,
154:10, 172:17,
173:5, 198:6,
204:10
**foundation**
3:15

**four**
54:12, 63:14,
63:17, 64:3,
68:18, 73:12,
73:21, 114:14,
156:1, 156:20,
156:24, 179:19,
180:8, 189:14,
212:2, 225:23
**fourth**
49:25
**free**
27:14, 174:6
**french**
115:16, 115:17,
115:19
**friday**
1:17
**front**
141:20
**full**
7:8, 13:3,
115:19
**fully**
261:5
**function**
64:25, 153:25,
181:13, 186:12,
189:12, 190:18
**functional**
244:14, 246:11,
246:15
**fund**
5:12
**fundamental**
222:13, 248:20,
249:14, 250:12
**further**
218:10, 250:7,
259:14

---
**G**
---

**gain**
17:19, 17:24
**gap**
163:22, 248:18
**gary**
94:3, 94:10,

95:3, 95:8
**gather**
36:4
**gauge**
33:23, 71:18
**gave**
91:3, 91:12,
146:17, 186:19
**gender**
255:4
**general**
8:21, 16:5,
30:11, 32:4,
32:25, 33:18,
33:24, 34:23,
42:4, 42:6,
42:10, 42:12,
42:13, 42:20,
42:21, 43:19,
56:13, 67:5,
67:7, 67:9,
67:16, 67:17,
67:18, 68:8,
68:11, 68:12,
69:20, 69:21,
70:4, 70:7,
70:8, 70:9,
70:11, 84:21,
88:23, 89:8,
90:4, 90:13,
90:17, 90:19,
90:24, 106:15,
112:7, 136:19,
140:2, 140:5,
144:4, 157:4,
160:10, 178:23,
179:13, 181:24,
235:7, 235:8,
251:10, 251:22,
251:24
**generally**
14:25, 44:9,
51:9, 51:10,
59:17, 71:2,
81:10, 158:7,
164:16, 165:10,
183:7, 183:10,
186:1, 187:2,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                                    84

**243:24**
**generated**
206:5
**geographic**
239:12
**geographically**
183:3
**getting**
44:5, 64:12,
86:16, 87:8,
87:10, 106:5,
177:4, 177:16,
206:1, 208:22,
223:10, 228:5
**giglio**
3:4, 4:4, 5:8,
5:10, 20:2,
20:5, 20:9,
23:17, 24:3,
24:9, 24:15,
46:9, 47:8,
47:16, 47:17,
92:23, 93:2,
93:7, 93:10,
109:24, 110:4,
110:9, 119:21,
119:25, 120:4,
120:9, 120:14,
120:19, 120:23,
121:3, 121:4,
129:4, 129:8,
129:10, 129:13,
129:16, 129:20,
138:4, 138:9,
138:12, 169:5,
169:8, 169:13,
169:16, 169:18,
169:21, 202:16,
202:20, 202:21,
209:13, 222:6,
224:4, 224:6,
246:24, 247:3,
254:5, 254:9,
256:18, 256:22,
256:24, 257:2,
257:8, 257:11,
257:13, 257:21,
259:15, 259:19

**gingle**
40:10
**give**
15:19, 18:25,
19:11, 19:15,
20:10, 32:17,
34:21, 46:13,
53:22, 77:4,
77:18, 82:15,
82:16, 116:24,
124:7, 141:12,
149:12, 152:22,
179:6, 188:4,
198:13, 225:4,
234:22, 235:3,
244:25, 246:7,
251:4
**given**
17:14, 29:23,
39:4, 81:14,
175:13, 181:19,
185:17, 185:18,
187:11, 189:23,
190:5, 194:2,
194:6, 245:23,
245:25, 260:7
**gives**
51:3, 51:11,
52:1, 56:2,
56:5, 82:7,
128:11, 215:11,
216:11, 219:5
**giving**
15:19, 70:23,
159:17, 183:17,
257:22
**global**
108:4
**go**
5:20, 19:4,
20:10, 23:22,
23:23, 23:25,
24:9, 24:15,
24:16, 24:17,
31:15, 42:7,
65:10, 65:22,
75:22, 83:1,
83:2, 95:25,

**96:2, 97:23,**
104:13, 112:20,
115:16, 116:13,
120:14, 126:4,
129:21, 133:19,
138:15, 143:19,
150:6, 150:8,
156:7, 166:17,
166:18, 170:25,
173:7, 175:20,
179:23, 191:1,
212:5, 214:11,
218:15, 220:14,
221:18, 225:4,
226:23, 231:16,
234:22, 235:24,
247:4, 249:9,
255:5, 256:12
**goal**
82:22, 82:24,
83:13, 83:15,
182:7
**god**
208:19
**goes**
63:20, 91:5,
126:13, 175:4,
176:11, 176:21
**going**
9:11, 10:25,
12:2, 16:22,
20:2, 21:4,
21:6, 23:17,
23:23, 24:1,
24:5, 28:6,
43:12, 43:13,
43:15, 59:3,
59:5, 63:12,
79:22, 92:20,
95:22, 109:22,
109:24, 115:17,
120:15, 120:19,
120:20, 120:21,
120:23, 140:15,
140:16, 144:8,
175:15, 179:13,
183:12, 183:16,
185:4, 197:4,

**198:10, 202:13,**
220:5, 220:7,
223:19, 226:12,
226:15, 237:13,
247:9, 249:11
**gone**
68:19, 154:2
**good**
5:9, 43:22,
44:8, 85:9,
85:21, 109:9,
109:25, 168:12,
177:21, 216:11,
254:6
**gosh**
183:11
**governor**
85:23, 89:4,
89:11, 89:13,
89:20, 89:24,
90:16, 131:12,
131:21, 132:15,
132:20, 133:6,
133:11, 135:6,
135:25, 136:16,
140:1, 140:6,
140:9, 140:11,
148:1
**governor's**
148:3
**graded**
141:24, 178:1,
178:2, 188:17
**gradual**
165:2, 165:5
**graduate**
13:22
**graph**
155:13, 155:15,
155:19, 173:8,
173:17, 173:18,
173:20, 173:23,
174:15, 180:25
**graphs**
175:24, 201:2
**great**
5:20, 7:5,
19:20, 20:11,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                    85

24:4, 24:21,
32:7, 47:8,
47:16, 62:11,
93:1, 94:24,
111:16, 114:18,
124:21, 125:8,
131:9, 132:6,
135:14, 202:20,
257:3
**greater**
178:17
**green**
63:15, 63:18,
155:10, 155:16,
258:2, 258:8,
258:13, 258:14,
258:15, 258:17,
259:3, 259:4,
259:8, 259:11
**greenwich**
2:8, 3:9
**ground**
5:21
**group**
41:2, 43:3
**groups**
55:14, 81:25,
158:21
**gubernatorial**
135:21, 137:1
**guess**
179:23, 186:20

**H**

**half**
63:6, 65:11,
109:23
**hand**
86:1, 86:4,
86:6
**handle**
54:14
**handley**
22:9, 22:15,
24:6, 29:14,
73:25, 84:13,
84:17, 87:2,
94:25, 108:16,

109:11, 109:18,
140:18, 146:18,
149:18, 151:5,
151:16, 164:8,
168:7, 184:13,
204:20, 205:16,
206:21, 212:23,
214:4, 228:25,
235:15, 239:17,
241:9, 245:2
**handley's**
20:18, 20:24,
21:13, 22:12,
22:22, 23:7,
23:14, 24:22,
25:4, 25:13,
25:22, 29:24,
30:2, 30:3,
30:22, 33:12,
55:11, 84:5,
85:3, 89:19,
91:8, 94:17,
101:21, 106:20,
112:1, 114:5,
114:11, 115:10,
116:14, 124:6,
124:25, 132:1,
137:15, 138:1,
148:21, 148:24,
150:24, 157:23,
204:19, 208:7,
208:8, 208:15,
214:25, 219:3,
221:19, 223:9,
225:13, 232:8,
232:9, 235:11,
236:11, 236:16,
238:1, 244:18,
245:25, 246:12,
248:20
**handling**
101:21
**handpicked**
86:24
**happen**
79:23, 109:21,
190:24, 256:16
**happened**
72:5, 108:2,

159:11, 248:8,
248:12, 249:4,
249:5
**happening**
34:23, 41:9,
53:14, 53:16,
54:14, 55:18,
55:24, 56:4,
56:5, 57:19,
57:21, 57:22,
64:25, 65:4,
81:15, 81:17,
86:21, 164:21,
175:9, 228:3,
246:11
**happens**
85:7, 91:7,
103:9, 106:1,
109:16, 109:19,
110:25, 115:1,
156:4, 175:6,
213:23
**hard**
57:12, 253:4
**hardly**
58:16
**harold**
1:25, 2:13,
261:2, 261:19
**hatziyannis**
262:2, 262:17
**hb**
28:10, 29:9
**head**
6:11
**health**
250:22
**hear**
6:10
**heard**
5:24, 37:23,
255:24
**held**
2:2, 239:14
**help**
103:17, 106:16,
122:7, 122:8,
123:5

**helpful**
179:16
**helps**
59:8, 60:1,
61:25, 106:22
**hence**
231:12
**here**
18:20, 20:10,
20:13, 22:2,
23:22, 23:25,
24:3, 24:9,
24:15, 26:13,
37:10, 38:5,
50:22, 52:4,
52:14, 53:20,
57:13, 57:25,
58:5, 60:20,
62:24, 69:17,
69:24, 70:5,
71:21, 76:9,
76:19, 76:21,
82:13, 83:21,
89:21, 92:23,
93:3, 93:14,
99:10, 111:2,
111:23, 113:2,
113:10, 113:13,
113:14, 114:20,
117:21, 119:25,
121:17, 123:12,
125:9, 128:4,
129:4, 131:18,
131:19, 133:20,
137:25, 139:5,
139:6, 141:16,
149:5, 150:21,
155:3, 167:23,
170:21, 173:21,
174:2, 175:7,
178:16, 188:4,
189:23, 192:1,
192:8, 195:21,
196:21, 209:24,
210:15, 210:17,
211:17, 212:15,
214:10, 214:11,
220:17, 222:3,

222:5, 223:8,
226:17, 227:7,
227:13, 229:8,
229:9, 231:4,
237:17, 255:4,
258:22
**here's**
24:10
**hereby**
260:4, 261:4,
262:2
**hesitating**
17:21
**high**
12:10, 51:4,
134:9, 153:20,
188:10, 196:16,
229:23
**high-density**
177:10, 178:4,
182:25, 183:19,
184:17, 184:18,
185:21
**higher**
162:3, 181:23,
192:15, 193:5,
193:16, 193:17,
197:15, 198:20,
198:21, 200:10
**highest**
163:16, 176:20,
182:18, 183:14,
184:4, 188:1,
188:25, 189:9,
196:6, 198:12
**highest-density**
190:3, 196:7,
198:13
**highlight**
226:24
**hillsborough**
3:23
**hired**
252:24
**hires**
253:5
**history**
12:10, 12:21,

13:10, 19:4
**hold**
168:7
**holds**
240:19
**honestly**
231:18
**honors**
12:13
**horizontal**
59:7, 142:1,
176:21
**hot**
175:4, 175:5,
175:6, 175:22,
176:7, 183:16
**hotter**
190:14
**hottest**
190:10
**hour**
7:1, 10:22,
11:14, 11:16,
109:23, 202:13
**hours**
8:4, 11:13,
12:3, 91:4, 91:5
**house**
28:10, 29:9,
29:18, 120:10,
120:11, 122:16,
122:20, 123:18,
124:1, 240:3,
241:10, 241:18,
242:1, 242:8,
244:2, 245:24,
253:14, 258:24
**huge**
229:3
**human**
57:13
**hundred**
11:13, 60:25,
106:9, 179:9,
183:16, 184:24,
186:21, 209:19,
209:21, 209:23,
209:24, 210:3,

210:7, 210:8,
210:13, 210:14,
210:15, 210:16,
211:7, 211:10,
211:17, 211:19,
211:22, 211:23,
212:1, 212:4,
212:12, 212:14,
212:15, 212:19,
213:6, 213:16,
213:22, 214:5,
214:6, 214:7,
214:9, 214:10,
214:23, 214:24,
214:25, 215:1,
215:2, 215:3,
215:9, 217:5,
223:8, 223:10,
223:14, 227:11,
231:5, 231:11,
231:12
**hypothesis**
166:19, 166:22
**hypothetical**
105:22, 185:9

---
                I
**iberville**
27:4, 27:15,
180:1, 183:23,
184:18
**idea**
37:5, 41:15,
51:3, 82:7,
84:2, 114:24,
115:21, 115:22,
116:23, 117:1,
117:5, 166:16,
175:2, 175:6,
176:6, 177:15,
177:23, 179:12,
193:19, 193:20,
203:7, 216:11,
219:5
**ideas**
34:10
**identifying**
86:7, 252:13

**ie**
68:4
**ignore**
51:25, 87:5,
105:24, 143:25,
197:1, 227:21
**ignored**
153:23, 230:14,
230:16, 250:13
**ignores**
149:19, 149:25,
157:23, 216:13,
222:13, 222:16
**ignoring**
100:13, 105:11,
150:11, 228:16,
230:25, 246:9
**illustrate**
40:2, 212:13,
221:20, 258:21
**illustrated**
38:22
**illustrating**
212:20, 213:9,
213:11
**illustration**
32:18, 38:4,
46:13, 81:21,
115:2, 214:17,
229:22
**illustrative**
22:6, 22:8,
22:11, 26:6,
29:16, 119:19,
120:9, 120:10,
121:5, 121:7,
121:13, 121:20,
122:16, 122:19,
122:24, 123:9,
123:18, 123:25,
124:1, 201:17,
216:1, 246:13,
258:17, 258:24,
259:12
**imagine**
138:6, 211:20
**immediately**
123:15

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                                    87

impact
87:20, 179:2,
228:24, 229:3
impacted
22:21, 110:14,
110:19
impacts
108:6, 108:13
implement
151:21
implemented
146:18, 151:1,
151:19, 151:23
important
6:9, 6:13,
157:20
in-between
13:7, 172:24
in-depth
148:11, 164:23
include
20:18, 21:21,
89:7, 145:19,
147:6, 155:3,
176:12, 177:9,
206:22
included
22:2, 39:17,
109:14, 109:15,
109:20, 145:19,
170:21, 201:2
including
97:17, 239:7
incomplete
31:3, 31:5,
56:5, 86:2,
91:18, 150:12,
236:18, 236:23,
246:3
incorporated
228:17, 252:4
incorrect
144:1, 177:19,
198:8, 242:24
incorrectly
27:13
increase
52:24, 130:20

increased
50:1, 53:5,
58:22, 63:23,
69:22, 70:21
increasing
50:18, 52:16,
63:25, 64:9
independent
33:1, 243:7
independently
241:2
india
12:14, 12:17
indian
12:17
indicate
113:10, 131:19,
133:3, 172:21,
189:3, 206:20
indicated
102:15, 196:10,
232:12
indicates
43:15, 185:11,
186:15, 191:10,
241:14, 241:15,
258:16
individual
254:15, 254:21
individual-level
18:4, 18:24,
37:6, 254:18,
255:3
individuals
107:15
inequalities
112:11, 112:12
inference
14:13, 17:5,
17:15, 74:8,
81:9, 158:21,
204:12, 205:11
influence
99:5, 99:14,
100:14, 100:17,
106:7
influences
100:14

information
36:5, 91:6,
186:3, 194:1,
194:2, 216:5,
216:6, 216:7,
216:21, 216:22,
222:14, 230:11,
230:15, 230:17,
248:15, 250:13,
252:14
informative
80:13, 80:21,
80:23, 186:23,
186:25
initial
236:12
inner
37:5
inquiry
108:5
inside
156:21, 158:17,
160:14, 237:13
insight
17:19
insights
17:24
insist
120:5
instance
43:9, 172:17
instances
31:8, 32:3,
42:22, 68:12
instead
98:1, 151:22,
169:19, 215:9,
223:10, 229:9,
231:14
institute
12:17
integrity
164:10
interchangeable
107:2
interest
26:6, 201:21,
201:23, 239:5,

261:14, 262:10
interested
52:18, 59:15,
64:23, 81:23
interesting
103:22, 104:1,
104:9, 110:18,
160:24
internet
33:4, 225:4
interrelated
22:20
interrupt
139:16
interval
131:8, 178:24,
179:3, 179:8,
179:10, 179:11,
179:14, 181:14,
181:16, 185:25,
186:1, 186:2,
186:5, 186:11,
186:12, 186:15,
186:20, 188:7,
188:8, 188:11,
188:17, 188:19,
188:20, 188:22,
189:6, 189:16,
190:17, 190:23,
191:4, 191:17,
192:13, 192:16,
193:3, 196:6,
196:16, 197:15,
198:20, 198:21,
198:22, 200:8,
200:16
interval's
196:13
intervals
103:12, 178:6,
187:24, 189:22,
189:23, 190:6,
190:8, 190:11,
193:9, 193:10,
193:22, 198:1
introduce
23:17, 23:19,
24:5, 121:1,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                    88

165:16
**introduction**
29:2
**involve**
254:15
**involved**
14:9, 29:17,
246:1
**involving**
15:14, 16:10
**irrelevant**
101:12
**issue**
105:8, 160:21,
168:18, 239:10,
241:17, 241:24,
242:7, 243:13
**issues**
164:12, 185:17,
187:2
**it'll**
229:20
**itself**
80:22, 133:21,
144:25

**J**

**jackson**
250:22
**jefferson**
26:25, 245:7,
245:14, 245:18
**job**
1:23, 52:21
**joe**
163:13
**john**
94:3, 94:25
**joke**
220:4
**joking**
220:4
**journal**
103:11, 111:19
**jr**
94:10, 95:9,
95:17
**july**
20:19, 20:22,

21:10, 21:14,
24:22, 26:10
**jump**
176:3, 181:22
**june**
20:25, 21:3,
21:11, 21:14,
25:22, 25:23,
26:10, 26:11

**K**

**k-u-m-a-r**
7:10
**keep**
23:18, 138:16,
229:16
**kennedy**
94:4, 94:25
**key**
149:20, 198:2,
216:5, 216:7,
216:13, 222:14,
230:11, 230:14,
230:16, 250:13,
251:9, 258:15,
259:10
**keys**
120:17
**kidding**
220:2
**kind**
30:12, 148:16,
243:14
**kinds**
243:11
**knehans**
3:5
**knew**
173:7, 174:4,
174:10, 242:23,
252:14
**knob**
175:2, 175:3,
176:7, 176:11,
182:10, 185:7,
190:9, 190:13,
195:5
**knobbing**
182:10

**know**
6:21, 6:25,
8:15, 15:18,
20:9, 22:1,
24:18, 38:2,
39:15, 39:16,
40:8, 54:1,
68:1, 70:3,
71:5, 71:25,
73:5, 79:22,
82:15, 85:25,
88:1, 91:25,
95:25, 99:20,
104:16, 104:17,
105:21, 106:15,
106:16, 110:3,
110:18, 111:19,
112:5, 114:24,
120:11, 122:18,
123:8, 144:16,
153:4, 159:7,
172:6, 172:11,
176:6, 181:3,
194:11, 201:25,
215:4, 215:15,
217:9, 217:14,
218:23, 219:2,
219:8, 220:12,
221:9, 221:12,
222:8, 222:15,
223:14, 226:21,
226:22, 227:5,
235:15, 235:19,
235:25, 243:16,
244:19, 246:14,
246:20, 249:22,
251:9, 253:2,
255:13
**knowing**
64:24, 81:23,
248:18
**knowledge**
33:7, 34:24,
34:25, 261:11,
262:8
**kumar**
7:8
**kyle**
1:7

**L**

**labeled**
163:5
**laborsome**
203:18
**laid**
75:10, 151:14,
152:6, 153:3,
225:13
**language**
61:24
**large**
5:17, 89:1,
99:6, 105:12,
105:16, 125:24,
125:25, 164:2,
177:24, 178:13,
178:24, 179:3,
179:4, 180:17,
186:10, 196:22
**largely**
140:24
**larger**
164:6, 194:3
**last**
7:10, 9:18,
9:19, 13:14,
15:15, 19:8,
34:7, 34:18,
50:5, 54:8,
54:15, 54:22,
90:11, 98:7,
111:24, 112:2,
141:5, 188:25,
189:1, 192:6,
193:13, 193:25,
197:1, 221:4,
227:23, 232:24,
233:1
**lastly**
174:4
**late**
63:9, 215:23
**later**
42:7, 150:8
**latter**
63:9, 65:11

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                    89

law
251:25
lawsuit
64:21
lawyer
34:25, 35:7,
40:9
lay
152:5, 190:1
laying
212:25
lead
102:25
leading
167:8
least
89:18, 167:14,
174:20, 178:19,
181:10, 181:25,
182:17, 183:8,
183:13, 184:1,
184:4, 184:24,
185:3, 191:16
lecturer
12:24
ledge
256:19
left
175:12, 176:9,
205:10
legal
5:11, 12:4,
39:22
legislative
16:3, 168:17,
239:7, 239:8,
239:13, 240:20,
242:20, 245:24
legislature
239:11, 253:15,
253:23
less
23:2, 97:18,
97:20, 106:5,
142:3, 170:22,
173:16, 182:2,
182:4, 184:6,
186:23, 187:1,

191:20, 193:15,
193:16, 220:22,
228:6, 249:16
let's
7:5, 11:6,
19:20, 53:18,
62:11, 63:9,
72:12, 75:14,
75:22, 81:6,
84:5, 88:11,
94:9, 95:18,
96:1, 96:23,
97:20, 97:23,
98:2, 98:7,
98:18, 105:3,
124:21, 126:2,
126:6, 126:9,
126:10, 126:21,
128:2, 129:1,
129:22, 131:9,
131:11, 131:14,
132:13, 132:23,
133:18, 135:4,
138:4, 138:5,
141:14, 146:4,
155:25, 156:11,
158:6, 161:23,
163:2, 164:15,
173:8, 173:12,
174:25, 180:20,
183:5, 191:6,
191:21, 193:13,
202:15, 202:16,
209:15, 209:18,
211:1, 211:7,
213:1, 213:8,
213:22, 221:16,
221:21, 222:7,
228:6, 229:3,
229:10, 229:15
level
19:12, 52:19,
81:15, 81:17,
105:15, 143:2,
153:7, 153:19,
160:2, 160:15,
168:22, 169:23,
170:8, 176:14,

200:7, 200:10,
200:15, 217:24,
217:25, 218:1,
226:5, 236:6,
248:6, 254:16
liberties
3:15
lieutenant
85:23, 89:10,
89:13, 89:20,
89:24, 90:16,
131:11, 131:21,
132:14, 132:20,
133:5, 133:11,
135:25, 136:15,
140:1, 140:9,
140:11
life
111:23
likely
70:17, 70:20
limit
188:8, 189:7,
192:12, 192:15,
193:2, 193:5,
196:13, 196:16,
197:14, 197:15,
198:17, 198:21
limited
251:25
line
59:2, 59:5,
63:15, 63:18,
64:3, 107:10,
142:1, 155:10,
155:16, 161:9,
161:10, 161:12,
161:13, 161:19,
197:1, 199:2,
200:21, 200:24,
208:4, 251:5,
251:7, 251:8
lines
63:22, 155:13,
155:19
link
168:10
lisa
20:18

list
20:14, 20:17,
37:2, 47:22,
84:12, 89:6,
90:13, 94:25,
95:15
listed
23:1, 25:6,
25:13, 25:18,
25:21, 79:24,
124:14, 124:18,
133:20
listening
231:16
lists
25:10, 84:16,
94:25
literal
229:1
literally
50:19, 63:6,
167:18, 249:11
litigation
241:17, 241:24,
242:7, 244:2
little
47:9, 49:5,
53:19, 93:9,
148:22, 165:8,
168:20, 170:13,
171:22, 176:21,
182:12, 206:16,
208:13, 217:21,
219:24, 221:13,
225:15, 229:20,
229:21
live
123:6, 123:7,
174:22, 245:18,
251:16
lived
252:15
living
252:17
llc
262:18
llp
3:22

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

90

| | | | |
|---|---|---|---|
| **locate** | 190:20, 196:21, | 115:4, 117:9, | 133:23, 134:7, |
| 122:3, 123:4, | 203:5, 206:8, | 117:17, 118:21, | 134:20, 135:2, |
| 259:5 | 223:7, 228:22, | 119:7, 127:4, | 138:23, 146:6, |
| **located** | 242:3, 243:15, | 131:1, 156:18, | 147:12, 147:20, |
| 183:3 | 251:8, 251:9, | 157:8, 201:7, | 148:5, 152:10, |
| **location** | 251:15, 254:23 | 201:10, 241:11, | 162:15, 162:24, |
| 258:23 | **looks** | 241:18, 242:1, | 199:6, 199:8, |
| **locations** | 41:11, 109:5, | 242:8, 242:12, | 199:21, 202:8, |
| 251:11 | 115:25, 149:19, | 253:8 | 258:18, 258:24, |
| **logic** | 150:12, 160:9, | **louisianans** | 259:12 |
| 230:17 | 165:13, 175:23, | 253:21 | **make** |
| **logical** | 186:3, 208:24 | **love** | 16:22, 23:24, |
| 100:21 | **lose** | 19:18, 46:16, | 62:7, 62:23, |
| **logically** | 43:13 | 161:23, 212:8 | 74:24, 75:14, |
| 107:10 | **lost** | **lovely** | 76:19, 81:19, |
| **logistics** | 79:5, 90:9, | 93:9 | 90:7, 127:20, |
| 5:21 | 104:14, 104:18, | **low** | 145:7, 171:20, |
| **long** | 107:21, 139:6 | 173:6, 196:13 | 174:10, 175:20, |
| 7:25, 8:3, | **lot** | **low-density** | 178:18, 195:25, |
| 17:2, 165:9, | 5:23, 65:8, | 178:4 | 201:6, 211:12, |
| 176:9, 221:15, | 99:5, 99:11, | **lower** | 247:17, 247:18, |
| 229:21 | 99:14, 100:16, | 188:7, 189:7, | 255:16 |
| **longer** | 106:8, 124:10, | 192:12, 193:2, | **makes** |
| 63:8 | 175:15 | 197:14, 198:17, | 145:4, 218:3 |
| **looked** | **lots** | 200:7, 200:15 | **makeup** |
| 7:14, 9:1, | 88:6, 100:6, | **lowest** | 94:13 |
| 9:12, 16:14, | 104:25, 116:17, | 163:15 | **making** |
| 21:21, 21:25, | 116:22, 215:21, | **luke** | 15:3, 41:23, |
| 29:16, 30:24, | 229:6 | 94:4, 94:11, | 57:21, 143:18, |
| 34:9, 35:18, | **loud** | 95:4, 95:9 | 144:2, 154:9, |
| 35:21, 35:22, | 247:9 | **lunch** | 167:1 |
| 49:11, 53:25, | **louisiana** | 110:1, 129:6 | **map** |
| 62:14, 72:3, | 1:2, 1:9, | **M** | 4:15, 4:16, |
| 73:12, 83:24, | 26:16, 26:17, | **made** | 64:20, 121:24, |
| 87:25, 100:15, | 27:13, 27:15, | 10:17, 28:6, | 122:5, 122:6, |
| 100:20, 106:21, | 28:10, 29:10, | 30:21, 69:3, | 122:10, 122:20, |
| 108:16, 109:11, | 41:20, 49:24, | 80:3, 174:15, | 122:25, 123:10, |
| 115:20, 116:17, | 51:20, 51:23, | 175:7, 185:19 | 160:3, 160:15, |
| 116:22, 125:10, | 52:10, 52:15, | **magnifies** | 258:1, 258:7, |
| 146:23, 146:24, | 53:17, 58:17, | 230:8 | 258:11, 259:1, |
| 147:4, 150:13, | 59:14, 59:22, | **main** | 259:6 |
| 152:13, 154:6, | 63:24, 64:25, | 195:12, 195:13, | **maps** |
| 154:10, 156:1, | 65:24, 66:2, | 195:14 | 16:3, 28:15, |
| 159:7, 159:12, | 66:6, 66:9, | **major** | 29:12, 29:16, |
| 164:18, 165:19, | 74:15, 75:11, | 101:8, 101:22, | 55:12, 119:16, |
| 166:23, 171:16, | 86:22, 93:13, | 101:23 | 119:19, 124:1, |
| 171:17, 173:3, | 100:6, 113:13, | **majority** | 124:2, 201:11, |
| 177:17, 187:16, | 113:19, 114:25, | 26:6, 26:7, | 246:1, 256:20 |

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

91

march
11:8, 112:21
marched
112:22
margin
100:14
marginal
22:3, 174:16
mark
20:2, 224:1,
252:4, 257:12
marked
20:4, 23:21,
24:8, 24:14,
92:25, 119:24,
120:2, 224:5,
257:15
master's
12:16
match
170:2, 170:6,
170:19, 170:23,
171:4, 171:24,
172:15, 196:1,
202:23, 206:14,
228:9, 228:11
matched
203:9
matches
228:10, 228:12
matching
91:9, 168:24,
170:1, 171:2,
171:15, 203:3,
203:8, 208:23
materially
23:2
materials
20:14, 20:18
math
13:16, 233:13
mathematical
150:1, 185:23,
252:18, 254:2
mathematically
111:14, 187:8,
230:13, 251:20,
252:16

mathematics
12:13, 12:17,
13:7, 13:13,
13:23, 151:3,
172:20, 209:3,
219:22, 220:13,
252:10, 253:3,
253:18, 254:1
matter
12:4, 12:5,
15:16, 18:20,
105:9, 108:24,
109:1, 144:4,
155:7, 160:10,
166:9, 166:24,
176:9, 187:7,
215:8, 253:5
matters
11:20, 11:21,
228:6, 228:7
maximum
182:11, 182:12,
195:5, 195:6
maybe
65:3, 164:8,
164:10, 166:5,
166:20, 167:11,
167:12
mean
11:21, 12:2,
14:23, 15:22,
16:19, 17:1,
31:4, 31:24,
32:15, 33:16,
38:1, 38:14,
40:23, 40:25,
42:19, 46:16,
61:15, 61:16,
80:11, 81:17,
86:4, 86:24,
87:2, 87:15,
87:16, 111:21,
113:11, 119:2,
125:22, 139:15,
140:22, 146:12,
146:21, 172:1,
174:19, 175:23,
177:2, 177:3,

177:4, 178:4,
179:2, 179:5,
188:13, 190:12,
190:19, 210:10,
236:22, 253:16
meaning
9:19, 16:14,
17:12, 31:6,
31:14, 32:17,
33:17, 33:20,
34:3, 34:21,
37:24, 39:10,
41:1, 49:13,
50:6, 113:12,
125:24, 148:13,
161:13, 173:17,
179:4, 183:2,
193:16, 217:4,
256:13
meaningful
243:23
meaningless
102:1, 111:15,
128:24
means
38:3, 39:9,
40:21, 40:22,
40:23, 43:2,
46:6, 68:18,
118:11, 130:12,
170:14, 172:3,
201:23, 217:22,
237:25
meant
72:24, 220:12,
237:17
measure
174:23
measures
223:6, 223:18,
223:21
measuring
73:7
meet
7:16, 10:10
meetings
8:1, 8:3
members
253:14

memorized
94:15, 160:1
memory
180:12
memphis
251:13
mendoza
95:20, 96:3,
98:16, 98:20
mentioned
26:12, 51:18,
91:25, 159:6,
166:14, 180:10,
194:7, 223:2,
246:21
merge
206:12
merged
173:15
mesh
172:16
messed
164:9
met
7:18, 7:25
method
56:12, 148:24,
228:24, 234:20
methodologies
30:13, 34:11
methodology
74:18, 150:10,
156:25, 157:3,
208:6, 210:12,
210:19, 213:9,
214:18, 214:25,
215:17, 216:4,
216:13, 218:7,
218:12, 230:2,
231:22, 248:21
methods
149:4, 149:8,
149:10, 149:16,
250:1
metric
166:6, 167:9
metrics
167:11

**middle**
1:2, 7:2,
143:23
**might**
11:24, 12:1,
37:3, 39:14,
83:1, 257:19
**miles**
252:17
**million**
49:22, 49:23
**mind**
256:23
**minus**
219:4
**minute**
234:22, 244:25
**minutes**
47:10, 78:17,
129:15, 202:16,
255:24
**misleading**
65:8, 87:7,
97:13, 97:19,
101:15, 101:19,
105:18, 118:5,
153:20, 154:4,
157:14, 158:3,
236:19, 237:7,
240:12, 246:5,
246:6, 250:6
**missed**
45:2, 168:3,
255:13
**missing**
31:23, 32:1,
32:4, 32:5,
208:10, 212:7,
254:20
**mississippi**
250:23, 251:12,
251:23, 251:25,
252:17
**misstates**
117:19
**mister**
99:9
**mixing**
127:19

**mixon**
94:4, 94:11,
95:9, 95:17,
97:1, 99:9,
112:7
**mixture**
85:9, 157:25,
167:13
**model**
16:22, 19:17,
34:22, 35:16,
39:24, 150:2
**modeling**
14:13, 15:3,
16:17, 16:19,
16:20, 17:5,
17:6, 17:7,
17:11, 17:15,
19:3, 19:4,
34:8, 34:10,
34:12, 34:13,
34:14, 35:13,
35:15, 35:23,
35:25, 36:2,
39:25, 40:4,
73:23, 74:9,
81:9, 81:13
**models**
15:6, 16:24,
17:2, 17:13,
19:5, 19:6,
19:9, 34:17,
34:19, 34:20
**moment**
235:3
**month**
11:5
**more**
5:18, 5:19,
21:6, 22:21,
31:8, 32:18,
34:14, 34:15,
34:21, 35:23,
46:5, 48:12,
50:7, 50:10,
53:7, 54:16,
54:19, 54:21,
54:23, 54:24,

55:3, 55:7,
56:7, 56:8,
64:8, 70:20,
74:24, 80:3,
80:13, 80:22,
84:24, 84:25,
85:6, 85:10,
85:20, 88:1,
88:5, 93:20,
93:24, 94:2,
95:21, 95:22,
100:12, 100:21,
105:4, 107:4,
111:17, 129:18,
133:24, 141:25,
145:15, 145:20,
148:14, 148:22,
164:4, 164:7,
164:23, 166:18,
170:24, 171:1,
171:23, 175:6,
181:17, 188:16,
188:20, 189:16,
190:15, 190:18,
193:19, 223:15,
224:8, 225:16,
228:5, 229:4,
230:18, 230:23,
231:2, 238:22,
243:5, 243:24,
247:5, 249:12,
256:13
**morning**
5:9, 257:22
**most**
13:12, 18:3,
29:23, 47:2,
88:25
**move**
46:11, 62:11,
78:11, 78:24,
79:8, 124:1,
124:2, 126:21,
128:2, 141:23,
156:10, 156:19,
191:21, 201:25,
202:12, 204:2,
222:7, 236:9,

257:20
**moving**
6:16, 57:23,
182:10
**much**
10:21, 10:23,
11:10, 24:16,
27:24, 74:5,
75:6, 140:13,
150:4, 150:15,
162:3, 164:6,
177:2, 177:3,
177:23, 178:19,
186:12, 186:24,
188:16, 188:20,
188:23, 189:16,
234:19, 251:10,
251:17, 253:4,
259:20
**mullins**
3:22
**must**
196:22
**myself**
10:9, 30:25,
33:4, 33:5,
37:4, 37:7

**N**

**nairne**
1:4
**name**
5:9, 7:7, 7:8,
7:10, 203:6
**narrow**
186:6, 191:5
**narrowed**
179:14
**narrower**
188:21, 189:16
**natchitoches**
27:7, 113:17,
131:14, 131:16,
131:17, 131:21,
132:15, 132:21,
133:6, 133:11,
133:21, 134:3,
134:6, 134:7,

134:20, 134:21,
134:24, 135:17,
138:16, 138:18,
138:19, 139:13,
153:9, 153:15,
154:4, 154:13
**native**
27:14
**nature**
197:24
**nearly**
227:25
**necessarily**
239:11
**need**
6:25, 7:20,
11:23, 20:8,
28:22, 31:12,
93:2, 93:3,
93:7, 127:16,
127:23, 196:3,
202:13, 202:14,
208:20, 210:20,
223:23, 248:19,
257:19
**needed**
160:16, 182:20
**needs**
120:11
**neither**
261:12, 262:9
**nelson**
3:22
**never**
199:9, 226:22,
249:9, 255:24
**new**
1:16, 2:9,
2:15, 3:10,
13:1, 123:7,
147:6, 155:21,
251:12, 261:20
**newer**
171:11
**next**
25:3, 42:22,
50:22, 54:9,
58:14, 58:20,

58:24, 63:10,
118:11, 118:12,
118:25, 163:16,
164:22, 183:6,
234:22
**nice**
213:19
**night**
221:4
**nine**
75:13, 126:13
**nixon**
95:4
**nods**
6:11
**non**
186:24
**non-city**
159:17, 159:20
**non-competing**
45:20
**non-democrat**
133:23
**non-informative**
179:9
**non-linear**
111:20
**non-shreveport**
161:1, 161:10,
162:2, 162:5,
204:15, 205:10,
205:12
**non-statewide**
56:14
**none**
137:6, 152:25,
249:19
**nonetheless**
74:6, 193:24,
196:23, 223:14
**norm**
38:12, 38:13
**north**
3:24
**northwest**
26:15
**notably**
155:12, 155:18

**notary**
2:14, 261:1,
261:19
**note**
92:4, 185:18,
194:11, 199:13,
200:3
**noted**
147:16, 155:3,
155:6, 189:23
**notes**
95:1
**nothing**
5:5, 86:8,
91:10
**notice**
25:25
**noticing**
172:22
**november**
25:12, 25:18,
25:25
**numbered**
172:4
**numbers**
26:12, 49:18,
53:15, 57:12,
70:15, 73:20,
73:22, 76:11,
76:19, 78:13,
88:18, 88:20,
91:9, 92:5,
103:7, 105:17,
120:17, 126:3,
135:16, 137:3,
138:3, 143:19,
148:10, 149:2,
149:7, 151:9,
151:10, 151:11,
151:12, 152:13,
153:1, 161:21,
161:25, 162:6,
163:4, 163:24,
164:2, 164:5,
168:9, 171:19,
175:11, 177:1,
177:3, 184:11,
191:19, 193:18,

194:4, 194:11,
195:14, 198:1,
199:10, 200:22,
203:12, 203:17,
203:20, 204:24,
205:23, 205:25,
206:2, 206:4,
206:14, 208:22,
208:23, 213:20,
214:2, 214:5,
215:6, 215:8,
216:3, 220:25,
221:4, 221:19,
222:18, 223:2,
225:7, 225:22,
226:3, 226:16,
228:12, 228:19,
228:20, 229:1,
235:9, 235:16,
236:5, 236:6,
242:24, 246:6,
253:3, 253:6,
253:19, 254:2
**numerous**
224:12
**nw**
3:16
**ny**
3:10

---
**O**
---

**o'connor**
2:6, 3:7, 5:11
**oath**
5:25
**obama**
163:10
**objection**
6:20, 16:12,
35:4, 82:14,
108:7, 117:10,
117:18, 169:3,
237:24, 253:1,
253:10, 253:24
**objective**
151:8
**objects**
6:19

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

94

observation
57:6
observations
57:18, 62:22
observe
176:7
observed
56:23, 62:2,
156:3, 156:6,
172:13, 190:15
observing
199:19, 248:7
obtain
92:12, 149:23
obtainable
184:9
obtained
150:15
obtaining
157:11, 157:13
obvious
44:13, 86:15,
180:24
occurring
62:8
october
84:21, 89:7,
89:10, 89:19,
90:2, 90:6,
90:12, 90:14
offered
241:25
office
239:10, 251:23
officer
261:2
offices
2:2
official
1:8, 93:12
oh
11:6, 18:25,
20:9, 23:22,
24:2, 24:23,
35:20, 42:10,
42:16, 61:5,
61:16, 71:12,
94:19, 97:25,

116:21, 120:4,
120:19, 122:6,
140:2, 140:4,
140:11, 140:12,
143:19, 180:4,
182:16, 183:11,
192:22, 213:25,
220:4, 220:11,
221:5, 223:25,
238:10, 255:18
old
147:6
omitted
226:11, 226:15
once
24:18, 116:2,
164:16
one
6:21, 8:11,
8:15, 9:11,
20:7, 24:1,
24:10, 25:14,
26:3, 33:9,
46:23, 50:22,
53:22, 59:6,
63:14, 76:20,
77:18, 90:11,
90:20, 91:2,
91:3, 92:2,
92:5, 92:6,
93:3, 93:4,
93:6, 93:8,
110:23, 110:25,
111:17, 114:10,
114:14, 114:24,
115:1, 117:6,
120:12, 121:8,
121:20, 121:24,
122:25, 124:7,
124:15, 127:11,
127:14, 128:23,
131:10, 133:24,
139:8, 140:19,
145:12, 145:19,
148:14, 151:8,
152:22, 157:13,
157:14, 159:11,
159:16, 160:4,

161:1, 166:2,
166:7, 172:17,
173:10, 175:16,
180:16, 183:20,
184:18, 184:19,
187:16, 193:15,
193:18, 195:20,
197:19, 199:2,
200:24, 204:15,
205:24, 209:7,
209:22, 215:9,
217:4, 222:12,
225:23, 226:11,
226:14, 235:3,
237:5, 237:12,
242:23, 243:1,
247:5, 249:6,
251:9, 254:19,
255:13, 256:20,
256:22
one-dash-one
227:19
one-to-one
171:22
ones
85:20, 93:22,
93:24, 113:14,
158:15, 158:18,
158:19, 180:13,
203:8, 252:11
only
26:1, 48:7,
48:9, 48:19,
48:21, 49:2,
54:3, 62:15,
76:24, 79:11,
91:17, 92:5,
93:8, 105:10,
109:12, 109:14,
110:23, 111:12,
139:18, 142:14,
142:21, 149:19,
176:16, 177:22,
178:9, 185:12,
187:16, 195:20,
199:14, 200:16,
209:8, 246:20,
248:11, 252:23

onward
244:22, 246:12
ooh
257:2
oops
88:8
open
25:3
opine
172:12
opined
43:6
opinion
8:24, 41:23,
86:3, 240:11,
243:10, 244:3,
253:16, 254:3,
256:7
opinions
21:17, 22:5,
22:12, 228:24
opposed
12:5, 34:22,
46:23, 77:15,
78:9, 229:1
opposite
209:6
oranges
127:20
order
30:24, 129:11,
149:1, 169:2,
170:2, 170:6,
179:23, 202:24,
208:6, 216:17,
222:25
organization
250:22
original
28:3, 250:5,
257:1, 257:3
orleans
13:1, 113:18,
114:2, 114:18,
114:22, 114:23,
115:1, 123:2,
123:4, 123:7,
123:8, 123:12,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

123:18, 124:14,
154:18, 154:19,
155:2, 155:6,
155:9, 155:12,
155:15, 155:21,
156:3, 165:20,
165:21, 166:15,
251:13, 259:5
**orleans's**
258:10
**other**
6:14, 10:2,
11:18, 19:11,
25:21, 31:25,
33:19, 33:23,
34:1, 49:16,
50:2, 50:3,
57:1, 61:6,
63:21, 73:18,
75:4, 75:10,
77:3, 77:14,
80:23, 81:25,
82:2, 84:2,
87:5, 87:6,
89:23, 93:16,
95:11, 95:12,
95:14, 95:15,
96:18, 97:4,
97:9, 99:18,
99:25, 113:25,
116:12, 122:25,
127:12, 140:3,
155:13, 155:19,
159:13, 162:12,
167:11, 175:17,
209:25, 211:19,
213:17, 214:2,
225:24, 232:17,
235:8, 236:2,
236:10, 239:22,
240:23, 250:19,
251:14, 251:19
**others**
39:15, 54:13,
61:3, 61:4,
61:12, 61:18,
76:8, 91:16,
97:12, 97:19,

101:14, 101:15,
101:18, 102:11,
106:2, 119:8,
164:6, 171:6,
171:22, 176:2,
201:12, 203:21,
237:16, 248:2
**otherwise**
6:23, 18:22,
150:24, 235:24,
261:14, 262:11
**out**
4:17, 7:4,
14:24, 33:4,
35:15, 36:4,
41:16, 48:4,
52:13, 55:2,
62:18, 65:24,
66:2, 66:9,
73:11, 73:21,
73:22, 74:16,
75:10, 78:17,
79:22, 84:24,
85:1, 85:10,
91:7, 95:11,
95:12, 95:14,
103:6, 110:10,
116:1, 119:17,
122:7, 122:8,
126:1, 127:7,
138:21, 145:23,
149:4, 150:2,
150:21, 151:14,
152:5, 152:6,
153:3, 160:6,
163:3, 164:4,
164:5, 164:13,
166:6, 167:11,
167:17, 174:14,
190:1, 194:2,
195:3, 199:19,
202:5, 203:18,
204:8, 205:9,
210:14, 210:15,
212:25, 214:9,
214:10, 214:14,
215:22, 216:25,
217:4, 217:8,

218:17, 221:6,
225:13, 232:2,
241:1, 247:9,
252:13, 255:13
**outcome**
43:11, 261:15,
262:11
**outcomes**
228:25
**outlier**
155:21, 155:22,
156:4
**outline**
121:15
**outlined**
9:20, 222:18,
249:10
**outlines**
121:13, 121:16
**outlining**
121:10, 121:19
**outside**
106:23, 106:25,
158:23, 158:25,
159:3, 160:20,
161:15, 162:15,
162:25, 163:15,
202:9, 204:5
**over**
5:20, 6:14,
7:14, 18:7,
34:13, 37:24,
38:1, 38:17,
49:24, 50:1,
51:13, 53:1,
58:17, 63:25,
64:9, 64:16,
65:6, 65:9,
65:16, 93:3,
102:4, 103:23,
121:17, 135:15,
148:10, 150:6,
150:8, 151:13,
152:1, 154:2,
185:12, 193:12,
220:17, 223:19,
231:19, 242:8,
247:5, 249:9,

249:12, 256:12
**overall**
34:20, 50:15,
52:1, 52:3,
52:5, 53:17,
55:15, 55:19,
59:8, 59:17,
63:11, 64:15,
65:1, 68:19,
82:16, 117:5,
154:20
**overlap**
85:2
**overview**
235:4
**overwhelming**
198:7
**own**
31:14, 41:17,
45:17, 150:14,
150:22, 151:10,
151:11, 151:17,
164:11, 169:20,
205:24, 208:16,
221:14

**P**

**p2**
239:24
**package**
187:11
**page**
4:3, 4:9,
20:13, 24:25,
26:2, 26:3,
29:1, 47:19,
50:23, 54:9,
58:25, 72:13,
74:7, 75:23,
83:17, 84:6,
84:7, 84:9,
84:10, 88:12,
88:13, 92:1,
92:3, 93:14,
112:24, 114:20,
116:24, 125:6,
126:6, 140:3,
141:9, 168:21,

180:23, 183:6,
183:23, 207:2,
207:21, 208:1,
236:13, 238:2,
238:7, 238:8,
238:25, 245:5,
257:17, 257:23,
258:19
**pages**
1:24, 24:22,
25:5, 25:6,
114:6, 114:16,
114:17, 115:10,
124:5, 124:12,
155:4, 227:11,
244:17, 244:20,
244:24, 246:12
**paid**
10:19, 10:21,
10:22, 10:23,
11:10
**paper**
24:11, 223:24
**paragraph**
20:13, 22:24,
27:21, 28:16,
28:17, 29:1,
29:2, 207:22,
208:1, 208:3,
236:25
**paraphrasing**
66:17, 66:22
**paren**
169:11
**parenthood**
252:4
**parish's**
170:3
**parish-level**
59:11, 218:11
**parish-wide**
143:2, 143:11,
143:12, 153:7,
157:12
**parish-wise**
242:16, 242:17
**part**
8:20, 13:25,

46:25, 53:12,
59:16, 68:22,
77:6, 89:24,
108:1, 108:15,
113:24, 116:10,
117:12, 117:13,
117:15, 119:13,
119:20, 141:5,
143:23, 144:23,
149:20, 151:17,
156:1, 156:20,
156:24, 157:23,
159:3, 164:24,
173:23, 174:5,
174:15, 236:25,
237:22, 246:15
**partial**
149:19
**particular**
8:16, 9:3, 9:4,
13:16, 16:24,
32:4, 32:14,
32:16, 35:17,
51:22, 51:25,
54:4, 54:7,
54:20, 55:16,
57:14, 62:19,
64:5, 64:6,
69:10, 74:14,
80:16, 80:17,
80:25, 91:11,
100:9, 100:10,
118:22, 130:18,
199:20, 233:24
**parties**
229:16, 261:13,
262:10
**parts**
82:24, 144:22,
160:25, 161:2,
165:3, 237:14
**party**
44:20, 44:23,
45:8, 45:19,
45:24, 46:2,
50:16, 58:2,
59:9, 61:17,
62:16, 62:17,

68:25, 69:16,
83:16, 86:13,
106:11, 107:9,
110:12, 110:17,
110:24, 111:3,
215:23
**pass**
23:23, 24:10,
168:10
**past**
16:25, 240:2,
241:9
**pattern**
33:20, 51:1,
106:22, 116:6,
116:9, 156:2,
156:5, 176:8,
190:16
**patterns**
14:10, 15:11,
28:9, 28:14,
29:8, 29:12,
33:10, 33:14,
33:15, 35:10,
36:25, 39:6,
39:8, 41:20,
45:20, 46:4,
50:25, 51:22,
81:8, 103:18,
106:14, 137:10,
151:16, 198:4,
242:19, 244:1
**people**
35:8, 37:1,
37:24, 40:23,
43:25, 54:3,
55:2, 62:17,
63:2, 64:5,
66:13, 66:14,
67:21, 68:4,
68:5, 68:8,
68:11, 68:17,
68:21, 69:5,
80:4, 80:10,
83:15, 85:20,
88:2, 88:4,
88:7, 97:14,
97:15, 97:18,

103:22, 133:8,
157:20, 162:24,
165:14, 167:13,
171:18, 174:21,
215:20, 215:22,
215:23, 219:2,
226:6, 226:20,
227:3, 227:4,
249:13, 256:11
**percent-level**
35:18, 35:22
**percentage**
30:9, 44:10,
45:13, 59:3,
59:20, 63:25,
64:4, 72:1,
72:4, 79:15,
79:23, 80:5,
80:6, 103:20,
106:17, 108:17,
111:25, 128:6,
131:6, 134:9,
162:3, 168:16,
190:2, 192:9,
196:10, 197:5,
198:13, 208:25,
209:1, 217:12,
217:14, 229:24,
231:11, 234:8
**percentages**
41:8, 50:4,
59:19, 60:24,
65:22, 73:5,
75:12, 98:2,
98:4, 98:15,
162:12, 175:10,
194:15
**percents**
199:11
**perfectly**
172:16
**performance**
102:22, 215:12,
215:14, 248:25
**performed**
100:18
**perish**
100:11

perjury
6:1
permissible
175:13
person
51:5, 107:16,
230:19, 252:14,
253:4
personal
187:7
perspective
108:4, 240:15
phrase
38:3, 38:15,
255:22
pick
79:25, 81:22,
85:1, 85:3,
86:1, 86:4,
86:6, 91:11,
175:11, 221:19
picked
84:23, 85:20,
118:7
picks
85:1
pickup
129:16
picture
15:20, 39:4,
39:6, 39:8,
39:10, 41:7,
41:16, 41:23,
50:15, 51:11,
52:1, 52:2,
52:3, 52:5,
53:17, 56:2,
56:6, 59:17,
65:1, 82:16,
85:6, 88:5,
88:6, 109:13,
109:14, 109:18,
128:11, 144:21,
158:15, 161:12,
174:11, 193:21
picturized
50:22, 113:8
piece
222:14, 223:24,

230:11, 230:14,
230:16, 250:13
place
47:9, 153:9,
155:18, 218:7
places
224:12
plaintiff
3:3, 5:7
plaintiff's
8:23, 201:17
plaintiffs
1:5, 3:13, 5:12
planet
262:18
planned
252:4
plans
28:10, 29:10
play
173:15, 194:8
played
86:18
please
6:6, 6:20, 7:6,
27:14, 35:19,
42:8, 42:19,
43:1, 61:22,
67:1, 71:15,
75:24, 79:12,
98:18, 107:20,
108:9, 108:25,
113:1, 121:11,
122:8, 133:24,
143:20, 181:20,
189:24, 194:14,
206:25, 258:19,
259:17
plot
113:13, 113:14,
116:24, 144:17,
145:18
plotted
113:19, 141:16
plus
174:13, 256:8
pockets
167:12

point
63:20, 78:12,
78:25, 116:1,
138:7, 139:4,
139:21, 141:4,
143:1, 144:17,
144:19, 151:4,
194:13, 194:15,
195:1, 195:13,
195:14, 198:2,
198:10, 209:3,
223:22, 236:14,
244:15, 245:20
pointe
27:4, 180:4,
184:22, 184:23,
185:2, 185:11,
185:22, 198:15
pointing
142:17, 173:17,
173:21
points
63:20, 176:8,
176:13, 176:22,
197:9, 198:11
polarization
32:19, 32:21,
32:23, 44:16,
128:20, 160:22,
236:16
polarizations
236:19
polarized
32:9, 32:12,
33:2, 33:8,
35:2, 52:10,
66:12, 67:3,
67:15, 68:4,
70:2, 70:6,
82:5, 82:10,
82:11, 82:19,
108:5, 127:15,
128:16, 153:15,
157:7, 160:21,
167:6, 201:8,
243:12
political
15:8, 16:10,

18:11, 61:17,
229:15
pooling
127:25, 128:22
popular
88:1
population
152:17, 165:10,
165:12, 165:17,
167:2, 167:10,
167:21, 168:15,
170:3, 174:20,
180:21, 180:25,
181:4, 181:10,
181:25, 182:16,
182:17, 183:8,
183:13, 183:25,
184:4, 184:23,
185:2, 187:18,
188:25, 189:1,
189:2, 199:5
portions
73:18
possible
85:19, 177:23,
179:15, 200:16
possibly
196:7
powerful
190:22
practical
217:22
practicing
18:7
precinct
52:19, 67:10,
100:12, 105:15,
117:3, 149:24,
150:3, 160:2,
160:15, 164:25,
170:4, 170:8,
170:11, 170:18,
172:5, 172:14,
172:18, 172:22,
173:13, 174:6,
186:4, 203:16,
204:13, 205:3,
206:9, 206:14,

207:13, 207:14,
207:15, 207:16,
209:2, 209:16,
210:8, 210:9,
210:14, 212:4,
212:19, 213:1,
213:4, 214:8,
215:5, 216:12,
217:1, 217:9,
217:11, 217:20,
218:1, 218:18,
218:21, 218:24,
219:10, 219:16,
219:21, 222:19,
223:10, 226:6,
227:2, 227:16,
227:24, 228:1,
229:23, 231:1,
231:3, 232:4,
233:8, 234:15,
246:17, 247:10,
247:13, 248:8,
248:13, 248:19,
249:6, 249:11,
249:21
**precinct-level**
205:15, 246:18
**precinct-specific**
146:2
**precinct-wise**
242:16
**precise**
34:15, 34:21,
34:22
**precisely**
149:23, 219:8,
222:14
**precluded**
16:6
**preconditions**
40:10
**predictions**
15:3, 16:23
**prefer**
149:13, 149:14
**preference**
187:7
**preferred**
87:3

**preliminary**
166:10, 166:16
**prep**
221:14
**prepare**
7:12, 7:16,
9:21
**prepared**
221:14, 262:3
**present**
41:16, 148:23,
151:9, 254:2
**presented**
41:22, 53:15,
53:16, 65:1,
111:2, 113:25,
118:8, 130:16,
204:19, 208:7
**presenting**
54:16
**president**
81:23, 81:24,
88:24, 88:25,
163:10, 163:13,
163:19, 192:2,
224:15, 224:16,
229:25, 230:5,
230:6, 235:2,
247:24, 247:25,
248:6
**presidential**
49:10, 50:10,
81:22, 136:3,
137:3, 139:19,
142:21, 146:14,
162:9, 162:10,
162:11, 162:13,
162:14, 163:3,
163:7, 163:17,
170:12, 187:21,
187:25, 192:6,
192:7, 194:19,
195:12, 202:9
**pretend**
209:8, 209:15,
212:10, 213:22
**pretty**
163:22

**previous**
130:11
**primarily**
23:13
**primary**
30:11, 44:14,
119:19
**printed**
93:6
**printout**
92:23
**prior**
17:4, 35:9,
36:18, 39:19
**privilege**
7:24
**pro**
11:24
**probability**
51:5, 188:18,
188:23
**probably**
17:16, 17:17,
37:9, 39:22,
80:22, 170:23,
185:6, 189:12,
189:19, 220:22
**probative**
243:12, 244:4
**problem**
78:25, 124:8,
169:16, 209:14
**problems**
220:13
**proceeding**
262:4
**proceedings**
261:3, 261:5,
261:6, 261:9,
262:5, 262:7
**process**
171:14, 207:9,
207:10, 247:5,
253:13, 253:14
**processes**
253:8, 253:9,
253:12
**produce**
9:18, 41:8,

**produced**
225:21, 250:15
**producing**
53:13, 127:22,
128:23
**professor**
13:2, 13:3,
13:4, 13:6, 13:8
**programs**
23:1
**project**
70:6, 254:19
**projecting**
253:3
**promoted**
13:2, 13:3
**pronounce**
131:15
**pronouncing**
27:12
**proper**
54:14, 65:1,
117:7, 117:25,
118:13
**properly**
102:13
**proportion**
186:5, 219:20,
249:1, 249:2
**proportional**
132:1, 137:15,
138:1, 140:19,
146:19, 149:3,
208:8, 219:14,
226:10, 228:4,
230:15, 239:20,
240:11, 240:23,
240:25, 242:25,
246:19
**proportionally**
150:4, 164:9,
230:9, 231:3,
231:24, 249:3
**proportionately**
228:18, 234:1,
234:15
**proportions**
234:6

propose
247:5, 247:8,
248:25
proposed
22:1, 121:21,
151:7, 151:20,
218:12, 239:12
proposes
22:6
proposing
56:13
protecting
7:21
provide
31:9, 92:20,
120:15, 168:6,
235:5, 236:18
provided
10:4, 23:2,
31:7, 31:8,
31:11, 32:3,
39:5, 42:2,
45:12, 48:7,
48:15, 50:4,
57:15, 83:23,
83:25, 84:1,
104:2, 130:17,
130:21, 132:4,
205:15, 206:1,
235:21, 236:8,
255:2
providing
45:10, 50:6,
57:20, 113:3,
236:16, 236:23,
237:12
public
2:14, 261:1,
261:19
publicly
10:3, 31:19,
159:13
published
13:24, 14:2,
14:5, 14:8,
14:12
pull
65:7, 65:17,

86:16, 87:11,
87:13, 87:14,
87:15, 87:16,
87:21, 100:12,
102:7, 103:7,
107:10, 150:22,
257:4
pulling
91:6
purpose
38:25, 158:2,
179:11
purposes
47:23, 95:7,
96:22, 105:7,
151:25
pursuant
2:13
put
20:6, 27:22,
27:25, 59:12,
77:4, 85:12,
119:19, 124:3,
124:4, 124:24,
211:6
putting
20:15, 56:16

**Q**

qualified
147:15, 181:13,
189:13, 261:8
qualify
220:6, 220:8
quality
152:7
quantified
47:2
quantify
18:8, 81:15,
166:3, 166:6,
187:9, 252:16
query
206:13
question
6:15, 6:19,
7:3, 21:22,
21:23, 29:10,

29:21, 36:17,
37:8, 40:18,
42:8, 42:23,
42:24, 43:22,
44:8, 44:25,
45:21, 45:22,
46:1, 46:11,
46:20, 47:5,
52:11, 59:24,
65:14, 66:24,
68:14, 71:16,
75:25, 77:17,
107:21, 108:9,
108:25, 109:7,
109:9, 110:4,
110:16, 118:6,
118:13, 133:24,
135:12, 135:13,
137:23, 144:23,
147:19, 174:8,
184:16, 234:24,
253:12, 253:17,
255:24, 257:3
questioning
105:7
questions
6:7, 6:17,
6:22, 7:3,
45:17, 71:14,
156:8, 183:23,
184:21, 254:8,
259:14
quick
72:12, 255:20
quickly
59:19
quite
18:19, 33:3,
34:7, 35:14,
38:22, 40:1,
135:11, 191:5,
254:17
quoted
168:2
quoting
168:8

**R**

race
16:15, 32:13,

33:14, 33:16,
33:20, 44:19,
45:8, 45:19,
45:23, 46:2,
58:2, 62:15,
62:17, 64:6,
69:17, 81:8,
81:25, 82:1,
83:16, 96:19,
97:16, 102:6,
102:17, 103:18,
108:6, 108:13,
108:23, 109:1,
109:6, 110:14,
110:17, 110:19,
111:2, 111:4,
111:5, 167:7,
215:22, 226:21,
227:5, 255:3
races
101:10, 102:22,
109:15
racial
94:13, 106:14,
160:22, 226:7
racialized
82:9, 108:13
racially
32:8, 32:12,
33:2, 33:8,
35:2, 52:9,
66:12, 67:3,
67:15, 68:3,
70:1, 70:6,
82:5, 82:10,
82:11, 82:19,
108:5, 127:15,
128:15, 157:7,
160:21, 167:5,
201:8
raleigh
3:24
ran
195:3, 204:12,
204:14
range
175:13, 183:17,
193:10, 196:19,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

100

196:20, 197:18,
198:25, 200:13
**ranges**
174:24, 175:25,
176:5, 178:1
**rate**
11:17, 11:18,
11:20, 12:1,
12:8
**rather**
40:14, 41:7,
41:12, 186:24
**reach**
88:3, 185:5
**reached**
185:7
**read**
33:3, 40:11,
40:17, 180:11,
224:12, 259:16,
260:5
**readily**
78:13, 85:14,
159:16
**reading**
32:25, 132:18,
180:12
**reads**
169:23
**ready**
24:19, 24:20,
129:6, 129:21,
138:6
**real**
255:19
**realize**
116:2
**really**
5:22, 7:18,
15:18, 57:1,
68:1, 95:23,
110:16, 156:9,
242:25, 244:22,
253:11
**reason**
6:3, 6:5,
57:20, 85:22,
105:17, 111:9,

144:22, 145:22,
147:5, 150:12,
154:5, 157:17,
159:18, 170:24,
195:24, 199:20,
222:17, 242:23,
243:1, 243:2
**reasonable**
228:21
**reasons**
153:18
**rebuttal**
4:11, 19:24,
23:19, 23:20,
31:7, 32:2,
150:5, 168:8,
221:2, 221:3,
222:19, 222:22,
223:6, 223:17,
223:20, 224:18,
249:10, 250:7,
255:6
**recall**
10:15, 11:7,
17:16, 92:16,
92:18, 159:23,
160:11, 180:15,
180:24, 181:9,
181:11, 181:23,
182:15, 183:7,
183:9, 183:10,
183:24, 184:3,
184:22, 185:1,
199:18, 252:11,
252:20, 258:4
**receive**
100:8
**received**
48:9, 48:20,
49:3, 93:19,
94:2, 96:19,
96:24, 97:1,
97:4, 97:18,
99:8, 99:9,
99:17, 99:21,
100:1, 105:4,
105:25, 213:6
**receives**
207:11

**recent**
238:22, 239:4,
239:6
**recess**
47:14, 110:7,
138:10, 202:18,
247:1
**recognize**
105:8
**recollect**
40:14
**recollection**
17:23, 40:12
**record**
7:7, 45:5,
72:17, 121:12,
138:8, 138:9,
138:11, 152:3,
202:19, 247:2,
254:8, 259:18,
259:21, 261:10,
262:7
**recorded**
1:25, 261:6
**recording**
261:9, 262:4
**recreate**
30:23, 30:25,
31:1, 222:2
**recreated**
205:24
**recreating**
30:19
**red**
27:7, 59:2,
121:10, 121:13,
121:15, 121:16,
121:19, 122:11,
122:12, 122:13,
122:20, 122:22,
123:13, 123:15,
123:20, 123:22,
123:25, 158:18,
161:10, 161:12,
161:19, 258:2
**redistricting**
15:24
**reduce**
12:1

**reduced**
261:7, 262:5
**reducing**
178:10
**refer**
22:2
**referenced**
114:18, 224:23
**referencing**
9:8
**referring**
130:22
**reflect**
137:11, 240:2
**reflected**
25:22, 76:7,
79:15, 133:22,
137:11, 137:19,
146:5, 148:4,
185:25, 257:10
**regardless**
199:5
**region**
55:18, 56:1,
59:15, 64:22,
65:2, 65:4,
65:15, 157:25,
237:13, 237:15
**regional**
65:12, 106:5
**regionally**
100:8
**regions**
30:8, 55:17,
127:19, 160:9,
165:25, 236:17,
237:14
**registered**
47:3, 49:14,
49:15, 49:16,
49:19, 49:20,
49:23, 49:25,
50:7, 50:8,
50:11, 50:16,
51:4, 51:5,
51:12, 53:2,
53:3, 53:4,
53:7, 53:25,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                                    101

58:6, 58:10,
58:13, 58:15,
58:18, 58:19,
58:21, 58:22,
59:2, 59:4,
59:6, 59:9,
60:4, 60:8,
60:11, 60:13,
60:17, 62:3,
62:4, 62:15,
63:3, 69:5,
69:6, 69:16,
70:10, 70:12,
70:17, 70:19,
71:19, 75:9,
76:16, 76:25,
77:1, 77:3,
77:11, 77:24,
80:8
**registration**
37:2, 235:21
**registrations**
52:24
**regression**
17:11, 19:3,
19:6, 19:9,
34:8, 34:13,
34:17, 34:19,
34:22, 35:13,
35:16, 35:23,
36:8
**relate**
129:2, 167:5,
189:19
**related**
29:24, 30:1,
56:25, 64:12,
70:24, 132:14,
261:12, 262:9
**relation**
130:15
**relevance**
35:1, 38:23,
107:25, 113:20
**relevant**
9:6, 50:24,
52:3, 52:5,
52:9, 55:10,

55:13, 64:19,
70:1, 101:5,
101:11, 102:2,
102:9, 107:15,
107:23, 108:1,
108:4, 108:12,
109:4, 109:17,
110:13, 111:7,
111:8, 111:9,
119:4, 119:5,
125:14, 127:2,
127:15, 128:14,
128:15, 157:6,
157:7, 157:18,
157:19, 160:20,
229:18
**reliable**
189:23, 190:5,
254:2
**relied**
73:25, 74:7,
158:12, 204:19,
206:4
**rely**
83:4
**relying**
73:24, 134:14,
134:17
**remainder**
179:18
**remaining**
75:3, 236:25
**remark**
140:19, 140:20,
154:1
**remarks**
147:15, 148:8,
243:16
**remember**
9:15, 11:5,
94:13, 182:5,
214:23, 217:2
**removed**
235:21
**render**
21:17, 21:23,
22:5, 57:18,
76:20

**rendered**
22:16, 236:10
**rendering**
107:14
**rep**
72:21, 76:12,
163:5
**repeat**
75:25, 107:20,
230:22
**rephrase**
6:22, 36:17,
68:14, 110:15,
117:11
**reported**
168:24, 169:25,
182:23, 217:23
**reporter**
6:8, 6:9,
47:15, 93:1,
110:8, 120:6,
120:8, 120:13,
138:8, 138:11,
202:19, 224:3,
247:2, 259:18,
261:1
**reporting**
30:8, 35:16,
36:3, 58:5,
108:1, 158:22,
158:24
**reports**
7:14, 8:23,
9:9, 9:11, 9:16,
9:20, 10:2,
15:17, 21:9,
21:14, 21:15,
21:18, 21:24,
22:16, 23:2,
24:6, 25:7,
26:3, 26:21,
26:23, 27:1,
27:5, 27:8,
27:10, 27:16,
27:19, 32:25,
34:18, 39:5,
113:23, 114:1,
114:6, 116:12,

159:6, 180:10,
180:13, 224:23
**represent**
5:12, 8:12,
121:12
**representative**
85:21
**representativene-
ss**
86:21
**representatives**
242:2
**represented**
23:13, 76:9,
143:8, 143:9,
253:22, 256:3
**represents**
8:15, 74:5,
142:8
**reproductive**
251:16
**republican**
30:10, 32:19,
38:7, 39:12,
39:13, 45:12,
45:14, 49:16,
51:10, 52:24,
56:8, 59:2,
61:12, 63:22,
66:4, 66:8,
67:8, 67:9,
68:9, 69:19,
70:9, 70:10,
70:11, 70:19,
70:20, 72:6,
72:19, 72:21,
72:25, 73:7,
74:14, 75:3,
77:2, 83:9,
83:11, 84:1,
92:6, 92:8,
92:10, 92:13,
93:16, 95:1,
97:15, 103:3,
105:2, 107:11,
108:18, 111:13,
113:4, 118:16,
125:12, 126:25,

127:4, 133:1,
133:8, 133:13,
135:3, 135:19,
135:23, 136:6,
136:9, 136:13,
136:17, 136:20,
137:1, 137:13,
137:22, 141:17,
142:3, 147:13,
147:18, 147:21,
148:6, 152:11,
158:23, 162:16,
163:6, 163:19,
190:2, 191:11,
192:10, 192:20,
194:22, 195:10,
196:11, 198:14,
199:15, 199:17,
202:8, 237:6,
252:24
**republicans**
50:1, 50:9,
50:11, 50:17,
51:10, 52:16,
53:4, 53:7,
54:12, 54:17,
54:21, 54:23,
54:24, 55:7,
56:7, 57:1,
57:2, 58:22,
58:23, 60:11,
60:17, 62:4,
63:24, 64:7,
67:21, 69:22,
74:12, 80:6,
81:3, 81:4,
106:13, 111:11,
188:5, 189:4,
199:6, 223:16
**requested**
28:25, 29:7
**requests**
28:6
**required**
44:10, 168:24,
170:1
**reread**
169:19, 169:22

**research**
33:1
**researcher**
154:8
**residents**
154:7
**respect**
152:7, 222:21
**respective**
106:11
**responding**
117:21
**restricted**
219:15, 231:25,
234:3
**results**
4:14, 65:7,
65:17, 85:18,
92:21, 93:12,
99:5, 99:14,
105:16, 105:20,
106:8, 112:13,
137:18, 148:13,
150:24, 167:6,
190:12, 200:23,
208:7, 215:22,
224:13, 241:8
**retained**
8:5, 8:8, 11:3,
16:2, 251:21,
252:21
**retention**
8:20
**retrieve**
31:14
**return**
152:2, 152:18,
154:21, 155:2,
163:2, 204:2
**reverse**
205:11, 210:11
**reversing**
142:10, 142:11
**review**
8:23, 22:25,
39:16, 59:11,
204:3, 237:21,
239:16, 240:1,

240:6, 241:2
**reviewed**
20:14, 21:10,
21:14, 23:6,
23:9, 119:12,
119:14, 253:20,
253:21
**reviewing**
18:17, 30:22
**revisit**
124:5
**riggins**
3:21, 4:5,
16:12, 20:6,
35:4, 46:8,
82:14, 93:5,
108:7, 109:22,
110:2, 110:5,
117:10, 117:18,
119:23, 120:3,
120:7, 120:15,
120:21, 121:2,
129:6, 129:9,
129:11, 129:14,
129:19, 169:3,
169:7, 169:12,
169:14, 169:17,
207:3, 209:14,
222:2, 237:24,
246:25, 253:1,
253:10, 253:24,
254:7, 254:11,
256:16, 256:19,
256:23, 256:25,
257:6, 257:9,
257:12, 257:14,
257:16, 259:13,
259:16
**right-hand**
122:10
**rights**
14:3, 15:14,
35:3, 252:25
**riley**
3:22
**river**
27:8
**robinson**
36:14

**rodriguez**
1:25, 2:14,
95:21, 96:7,
98:16, 98:17,
98:22, 261:2,
261:19
**role**
86:18, 173:15,
194:9
**room**
47:13
**rouge**
27:3, 27:4,
27:18, 113:17,
113:18, 113:21,
138:20, 138:22,
139:19, 140:9,
141:3, 141:13,
142:4, 143:14,
143:16, 146:4,
146:6, 147:4,
147:9, 147:10,
147:18, 147:23,
148:17, 152:2,
152:5, 152:11,
152:16, 152:18,
152:19, 152:24,
153:3, 153:8,
154:15, 171:21,
172:16, 179:24,
180:23, 181:5,
187:18, 200:4
**roughly**
164:19
**round**
213:19
**routinely**
18:19, 39:25
**row**
54:6, 54:8,
54:18, 189:1,
192:6, 193:13
**rows**
103:7, 189:14,
191:2, 193:25,
226:24, 227:7,
235:25
**rpv**
82:3, 82:4,

**82:8**
**rubric**
145:7
**rule**
51:8
**rules**
5:21
**run**
103:16, 112:10,
112:17, 206:13
**running**
93:17, 95:16,
102:17, 104:22,
128:9
**rural**
159:10, 166:20,
167:13, 168:15,
168:16
**ruralness**
166:3, 166:7,
166:8, 167:1

**S**

**s-i-n-g-h**
7:10
**s-o-l-a-n-k-y**
7:11
**sabbatical**
13:8
**said**
11:14, 14:15,
17:18, 18:1,
22:23, 23:6,
29:13, 34:1,
35:6, 36:22,
52:25, 59:14,
62:3, 66:11,
66:18, 66:22,
67:17, 67:20,
84:7, 104:4,
104:19, 116:10,
127:8, 139:13,
147:4, 164:3,
181:12, 215:22,
224:7, 230:22,
242:19, 255:25,
261:8, 261:9,
262:5, 262:6

**sake**
6:7, 7:1, 7:21,
64:17, 205:7
**same**
25:5, 34:10,
45:16, 58:23,
61:23, 65:5,
74:7, 86:12,
91:8, 92:3,
98:6, 107:5,
108:22, 112:22,
115:4, 115:6,
115:23, 116:3,
116:4, 118:3,
119:7, 123:17,
126:23, 128:1,
128:12, 128:21,
132:13, 132:24,
145:8, 146:17,
147:7, 147:19,
147:25, 155:25,
157:3, 161:17,
167:16, 172:7,
173:5, 175:6,
175:18, 177:15,
183:15, 183:18,
183:22, 184:21,
185:4, 186:4,
186:19, 190:14,
195:24, 198:10,
203:13, 204:14,
206:1, 209:1,
214:12, 219:19,
227:9, 228:14,
228:15, 235:13,
238:9, 239:12,
239:20, 239:21,
240:25, 243:11,
243:14, 251:4,
255:2, 257:7,
260:6
**sample**
103:10, 118:7,
177:20, 177:24,
178:11, 178:13,
178:21, 178:23,
185:20, 185:21,
185:24, 186:6,

186:13, 189:19,
194:3, 194:6,
194:8, 197:25,
200:20
**sampling**
15:4
**sanity**
7:2
**sarah**
3:14, 93:5
**save**
169:19
**saw**
113:23, 159:5,
163:24, 175:8,
256:17
**say**
9:1, 9:7, 11:8,
11:12, 14:23,
15:21, 16:18,
17:12, 22:14,
22:17, 22:18,
28:7, 30:1,
31:23, 33:15,
33:21, 38:13,
39:7, 42:5,
42:11, 43:2,
43:7, 43:14,
44:4, 49:18,
56:3, 60:3,
63:13, 66:19,
68:23, 69:12,
72:24, 81:16,
81:25, 82:12,
87:14, 100:11,
105:21, 105:22,
105:23, 107:2,
109:24, 110:1,
111:25, 116:20,
126:3, 137:10,
138:16, 140:15,
140:16, 141:11,
143:13, 143:15,
145:18, 155:22,
168:22, 173:24,
174:25, 176:19,
178:3, 178:20,
179:6, 179:7,

179:8, 182:3,
189:14, 189:15,
189:24, 194:14,
207:20, 208:3,
209:9, 210:13,
211:1, 211:7,
213:2, 214:8,
219:13, 223:3,
229:6, 229:22,
229:25, 230:4,
230:21, 235:2,
236:14, 237:5,
240:7, 243:22,
246:2, 246:6,
247:9, 247:21,
247:24, 252:17,
258:15, 259:10
**saying**
41:13, 69:1,
69:4, 69:9,
77:9, 99:11,
104:8, 141:10,
145:6, 154:3,
171:25, 232:3
**says**
29:7, 42:3,
72:21, 169:5,
169:10, 238:8,
239:3, 258:17,
259:12
**sb1**
28:10, 29:10
**scalding**
175:22
**scale**
141:24
**scarborough**
3:22
**school**
12:11
**science**
15:8, 16:11,
18:11, 253:4,
254:3
**scientific**
198:5
**scientifically**
41:8, 198:3

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

104

**scientist**
51:24, 154:5,
154:8, 190:20
**screen**
95:23, 96:1,
96:16, 97:24,
99:16
**season**
11:5
**seats**
239:10
**second**
20:10, 53:22,
77:18, 92:2,
96:2, 115:4,
124:7, 130:10,
152:22, 154:1,
154:22, 190:8,
208:4, 243:2
**seconds**
52:25, 193:13,
225:3
**secretary**
1:9, 10:4,
31:21, 48:15,
54:1, 57:15,
92:19, 93:13,
136:11, 136:22,
140:5, 170:17,
172:10, 172:13,
216:23, 218:25,
224:21, 225:4,
226:4, 226:23,
235:17, 235:19,
255:2
**section**
47:19, 47:23,
49:6, 51:18,
53:18, 53:21,
57:17, 57:23,
62:12, 81:6,
81:7, 81:11,
81:12, 112:21,
112:22, 112:23,
116:15, 118:15,
121:25, 123:1,
124:22, 125:9,
126:21, 128:3,

141:7, 144:6,
144:11, 144:15,
145:9, 146:1,
147:11, 152:8,
156:9, 156:11,
156:14, 156:16,
157:3, 158:6,
158:8, 164:15,
165:18, 169:9,
169:10, 177:9,
179:20, 187:14,
202:25, 245:3,
245:4
**sections**
145:8
**seeing**
90:7, 139:18,
156:21, 192:21,
237:14, 238:9
**seemed**
113:24
**seems**
63:19
**seen**
143:16, 154:9,
190:12, 200:19,
220:20, 224:13
**select**
48:4, 159:2,
180:7
**selected**
48:17, 81:9,
90:19, 90:24,
113:11, 116:11,
144:10
**selection**
89:25, 119:11,
148:1
**selectively**
193:20
**senate**
25:12, 25:18,
28:10, 29:10,
29:19, 55:4,
55:6, 87:12,
91:22, 92:7,
92:17, 104:23,
106:23, 106:25,

107:3, 108:21,
110:12, 110:22,
112:4, 120:10,
121:6, 122:25,
123:10, 123:25,
142:22, 170:4,
187:22, 188:24,
192:2, 192:18,
192:25, 194:18,
196:8, 200:2,
227:9, 227:11,
227:14, 240:3,
241:10, 241:18,
242:12, 244:3
**senator**
137:4
**send**
10:13, 184:11
**sense**
34:3, 34:14,
40:19, 40:22,
43:2, 44:8,
51:7, 56:9,
78:6, 79:2,
80:3, 111:22,
145:4, 145:7,
180:11, 181:24
**sentence**
28:18, 29:5
**separate**
155:12
**separately**
101:24, 158:22,
178:5
**september**
1:17, 262:19
**series**
7:3
**serious**
115:7
**serve**
15:16, 179:10
**served**
12:23, 14:16,
14:19, 15:7,
15:10, 15:13,
250:18
**serves**
16:16

**serving**
13:6
**set**
183:6
**sets**
18:10, 23:1
**setting**
39:23, 110:12,
110:17, 162:9,
241:8
**settled**
24:18
**seven**
75:12, 126:13
**several**
29:18, 85:24,
86:14, 87:4,
87:9, 91:15,
92:8, 109:6,
127:23, 157:12,
157:13, 158:1,
159:6, 236:18
**shade**
219:24
**shaded**
258:2, 258:8,
258:13, 259:3,
259:4, 259:8
**shading**
258:15, 259:11
**share**
93:6, 95:23
**sheet**
260:9
**short**
7:1, 7:3
**shortlisted**
83:22
**shot**
165:9
**should**
26:5, 93:6,
129:17, 155:22,
177:24, 179:23,
187:9, 209:6,
215:1, 215:2,
215:5, 223:8,
230:18, 231:14,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                    105

238:13, 244:6,
255:14, 256:9
**show**
45:13, 88:2,
114:25, 119:18,
125:18, 127:3,
127:7, 144:19,
158:2, 167:14,
193:21, 195:14,
216:3, 223:18,
225:5, 245:20,
250:7
**showcase**
115:8, 215:17
**showed**
69:2, 69:15,
75:8, 75:9,
76:3, 76:7,
77:12, 77:25,
78:7, 78:9,
80:9, 80:10,
80:17, 80:18,
80:25, 81:4,
88:4, 127:8,
217:2, 219:2,
226:6, 227:4,
249:13, 256:11,
256:15, 256:20
**shower**
175:22, 176:7,
176:10, 176:20,
182:8, 190:13
**showers**
175:3, 175:16
**showing**
64:13, 80:4,
80:16, 151:22,
157:9
**shown**
70:15
**shows**
50:15, 58:16,
63:12, 64:4,
70:1, 125:19,
224:8, 258:1
**shreveport**
158:12, 158:16,
158:17, 158:18,

158:23, 158:24,
158:25, 159:1,
159:3, 159:25,
160:14, 161:1,
161:11, 161:15,
162:2, 162:4,
162:16, 162:25,
204:5, 204:13,
205:3, 205:9,
205:13
**side**
25:5, 200:1,
257:20
**sign**
259:16
**signature**
260:15
**signature-mig2k**
261:16
**signature-p1kal**
262:13
**signed**
260:9
**significance**
121:9
**significant**
99:2, 125:20,
125:23
**significantly**
126:20
**signify**
119:1, 132:16
**similar**
16:14, 26:18,
58:20, 62:25,
74:21, 111:4,
138:15, 138:20,
156:2, 159:12,
215:13, 243:15,
252:9, 254:22
**similarly**
89:4, 103:25,
114:25, 244:4,
244:6
**simple**
111:21, 112:9,
151:4, 151:7,
151:20, 222:9,

230:13, 233:13,
246:7, 247:18,
248:10
**simplicity's**
205:7
**simplifies**
111:23
**simplify**
46:14
**simply**
23:19
**since**
11:1, 11:9,
13:5, 122:17,
168:22, 169:23,
214:12
**singh**
7:9
**single**
160:4, 186:4
**sir**
254:5
**sit**
160:3, 160:16,
180:18
**sitting**
221:3
**situated**
244:5
**situation**
105:22
**six**
84:8, 258:23
**size**
43:17, 103:10,
177:20, 177:24,
178:11, 178:14,
178:21, 178:24,
185:20, 185:21,
185:24, 186:13,
189:19, 194:3,
194:8, 197:25,
200:20
**sizes**
186:6, 194:6
**skew**
99:4, 105:15,
105:19

**skewed**
85:17, 85:18
**skills**
261:11, 262:8
**skipped**
152:1
**slow**
218:15
**small**
11:23, 12:6,
55:20, 59:15,
178:21, 178:23,
185:19, 185:21,
185:23, 186:6,
187:3, 189:12,
189:20, 194:6,
200:20
**smaller**
139:8, 185:24,
188:17, 188:23
**smallest**
138:25, 139:12,
140:8, 146:8,
148:2, 152:14,
153:1
**solanky**
1:15, 2:1, 4:3,
5:3, 5:9, 7:6,
7:9, 12:9,
14:20, 19:21,
20:3, 20:14,
21:19, 23:19,
24:7, 24:13,
24:23, 27:13,
28:3, 28:23,
32:7, 37:18,
40:8, 43:1,
47:18, 64:18,
67:19, 82:23,
84:3, 84:4,
88:12, 89:6,
92:24, 94:20,
106:10, 110:10,
112:3, 112:20,
114:6, 114:12,
119:21, 121:10,
124:8, 129:23,
138:13, 139:15,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                    106

144:5, 144:22,
150:17, 174:19,
187:15, 201:4,
202:22, 207:6,
207:24, 215:11,
224:2, 224:7,
228:23, 229:10,
232:2, 235:3,
235:4, 237:18,
238:13, 238:16,
240:16, 243:25,
247:4, 250:17,
253:7, 254:12,
255:6, 255:7,
257:17, 259:14,
260:4
**solution**
151:4, 151:7,
151:20
**somebody**
11:22, 12:5,
41:11, 41:17,
52:20, 59:15,
115:25, 117:25,
118:2, 178:8,
198:6, 219:21
**somebody's**
45:11
**someone**
46:21, 52:17
**something**
13:15, 52:21,
66:20, 111:4,
127:17, 139:3,
151:9, 154:3,
154:10, 164:21,
173:16, 173:17,
175:5, 181:6,
181:8, 195:9,
195:11, 195:17,
195:18, 212:7,
227:19, 241:22,
252:2, 255:25
**sometime**
9:13, 11:4,
11:7, 11:8
**sometimes**
85:24, 172:15,

178:11, 178:15
**somewhat**
58:20
**somewhere**
126:11, 139:5,
139:6, 226:2,
256:4
**sorry**
19:1, 24:11,
24:15, 24:23,
28:19, 35:20,
39:5, 42:16,
42:17, 42:25,
61:21, 74:13,
75:19, 83:6,
86:25, 104:3,
104:11, 104:12,
107:17, 114:8,
116:21, 139:15,
140:11, 143:19,
169:14, 173:18,
173:19, 180:3,
192:22, 214:22,
220:3, 225:19,
229:12, 230:21,
233:14, 255:16
**sort**
8:25, 15:4,
50:3, 59:7,
63:17, 63:18,
63:19, 112:21,
196:20, 218:6
**sos**
168:23, 169:24
**sounded**
102:1
**source**
215:11
**sourced**
93:12
**south**
26:16, 27:15
**southeast**
26:15
**southwest**
26:16
**speak**
225:15

**speaking**
199:25, 243:24
**special**
239:7
**specific**
30:8, 32:3,
38:16, 56:18,
73:22, 83:21,
99:13, 100:18,
105:13, 105:14,
106:6, 106:7,
111:3, 143:1,
177:9, 201:6,
225:9, 242:3,
243:25
**specifically**
42:7, 47:21,
154:23, 201:6
**specifics**
156:9
**specified**
226:2
**specify**
17:2, 251:5
**spell**
7:6, 7:9, 126:1
**split**
86:12, 86:16,
87:8, 87:10,
103:6, 172:24,
173:2, 203:19,
203:25
**spoke**
8:11
**spot**
109:25
**spread**
145:23, 217:10
**spreadsheet**
150:15, 221:24,
221:25, 225:22,
226:11, 227:10,
227:18
**spreadsheets**
216:22, 219:3,
250:16
**spring**
11:7, 11:9,

16:3
**st**
26:25, 245:7,
245:16
**stable**
50:3
**stage**
177:10
**stakeholders**
257:21
**stand**
164:5, 169:4
**standard**
11:17, 11:18,
11:19, 17:6,
17:12, 19:17,
178:16
**standing**
35:15, 199:19
**start**
5:13, 6:20,
19:20, 31:13,
36:21, 52:22,
55:21, 55:22,
55:23, 59:17,
104:20, 126:6,
178:17, 180:22,
187:14, 208:5,
225:17, 225:18
**started**
5:22, 7:5,
13:14, 175:7,
180:13
**starting**
49:9, 208:4
**starts**
112:24, 126:11,
176:2
**state**
2:15, 7:6,
10:4, 16:3,
28:9, 29:9,
31:21, 48:16,
52:14, 53:17,
54:1, 55:20,
55:22, 55:23,
57:15, 63:24,
131:19, 136:11,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                                    107

136:22, 140:6,
156:18, 168:17,
172:10, 172:13,
201:6, 201:10,
216:23, 224:21,
225:5, 226:23,
235:18, 235:20,
239:6, 239:7,
239:11, 239:13,
240:19, 242:12,
245:24, 252:22,
253:14, 253:15,
253:22, 255:2,
258:2, 261:20
**state's**
92:19, 93:13,
170:18, 218:25,
226:5
**state-level**
35:24
**stated**
148:20, 240:22
**statement**
37:17, 69:3,
80:22, 143:18,
144:3, 154:9,
188:21
**states**
1:1, 29:18
**statewide**
47:24, 51:15,
51:19, 51:21,
52:8, 55:9,
55:10, 56:10,
56:12, 57:3,
57:8, 62:23,
64:18, 72:19,
83:19, 84:12,
145:1, 239:4
**stating**
201:9, 201:10
**statistical**
12:6, 14:9,
15:6, 16:17,
16:19, 16:20,
16:21, 19:17,
39:20, 39:24,
117:7, 118:1,

151:18, 204:9
**statistically**
28:8, 28:13,
29:8, 29:11,
151:15
**statistician**
70:25
**statistics**
12:19, 13:14,
13:17, 13:18,
13:19, 13:21,
18:7, 103:11,
178:13, 178:21,
197:24, 253:18
**stay**
41:5, 91:20
**stayed**
58:19, 58:23
**stays**
50:3, 59:7
**steadily**
49:24, 50:1,
50:12, 53:8,
55:4, 58:11,
58:14, 58:22,
59:3, 59:5,
63:23, 64:9,
64:10, 70:18,
197:4
**steady**
49:21, 64:4
**steib**
96:11, 98:17,
98:23, 105:23
**step**
58:24, 117:6,
118:1, 118:11,
118:12, 118:25,
164:22, 165:4,
208:14, 208:15,
213:8, 250:7
**steps**
167:18, 204:7,
212:5
**steve**
95:21
**sticker**
20:7

**still**
61:14, 75:19,
104:23, 186:11,
213:17, 214:19,
240:10, 246:2
**stood**
202:5
**stop**
176:8, 176:13,
183:12
**stopped**
231:19
**straightforward**
111:1
**strange**
221:13
**street**
2:8, 3:9, 3:16,
3:23
**student**
12:22
**studied**
29:13, 134:19,
135:2, 241:8,
241:9
**study**
28:8, 28:13,
29:8, 29:11,
52:12, 65:1,
65:2, 151:15,
151:18, 198:3
**studying**
50:25, 51:2
**sub**
77:21
**subarea**
55:25
**subject**
33:11, 64:21
**subjective**
254:3
**subjects**
13:11, 13:13
**submitted**
7:15, 10:8,
19:22, 19:24,
20:19, 20:21,
20:24, 21:2,

23:10, 24:6,
29:14, 34:9,
35:18, 250:21,
252:3
**submitting**
37:15
**subset**
52:7, 55:25,
59:16, 141:24,
145:1, 187:3
**substance**
5:22
**subtract**
161:22, 161:25,
232:5, 233:3,
247:11
**suffer**
239:21
**suggest**
10:16, 233:25,
247:6
**suggesting**
218:9, 218:10
**suite**
3:23
**sum**
256:7
**summarize**
30:2, 30:4,
30:5, 53:23,
144:9, 144:10
**summarized**
58:3, 62:20
**summarizes**
15:5
**summarizing**
53:13, 69:2,
69:19, 83:7
**summary**
50:6, 50:21,
83:19, 156:24,
227:14, 236:12,
236:14
**summer**
9:12, 13:14
**supervision**
262:6
**supported**
86:10

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                    108

**suppose**
247:17
**supreme**
40:10
**surplus**
227:24, 230:3
**surprise**
163:23, 163:25,
164:1, 164:5,
175:21
**surrounded**
122:11, 122:12,
122:20, 123:13,
123:20, 123:24,
251:12
**surrounding**
121:19
**suss**
160:5, 232:2
**sworn**
5:4, 261:5
**sync**
45:17
**syrita**
96:11, 98:17

**T**

**t-u-m-u-l-e-s-h**
7:9
**table**
26:1, 26:4,
26:10, 26:11,
47:21, 49:8,
53:23, 53:24,
53:25, 57:4,
57:5, 57:17,
57:23, 58:1,
62:14, 62:16,
62:21, 62:25,
68:20, 69:2,
69:24, 74:22,
75:10, 75:17,
75:18, 75:22,
76:7, 76:15,
76:16, 76:24,
77:6, 77:12,
78:21, 78:23,
79:6, 79:7,

79:8, 79:11,
79:13, 82:25,
83:4, 83:18,
88:11, 88:15,
130:11, 130:15,
130:17, 130:21,
137:25, 152:9,
192:7, 204:10,
225:17, 225:18,
225:21, 226:9,
226:17, 226:18,
227:13, 235:5,
235:13, 255:8,
255:10, 255:12,
255:19, 256:4
**tables**
68:18, 69:14,
71:11, 71:13,
72:3, 73:12,
73:21, 115:9,
124:16, 150:6
**tabulate**
72:6
**tabulated**
150:9
**tabulating**
61:2
**tabulation**
169:7
**take**
6:25, 7:4,
12:3, 14:24,
17:2, 43:21,
47:9, 47:10,
51:2, 72:11,
84:5, 90:8,
93:11, 95:13,
105:8, 129:1,
129:22, 133:18,
138:13, 160:8,
165:4, 175:3,
180:18, 187:12,
188:1, 202:15,
202:16, 204:7,
213:8, 217:7,
221:6, 225:3,
239:24, 244:24,
244:25, 246:24,

247:8, 249:20,
252:13, 257:18
**taken**
47:14, 110:7,
138:10, 202:18,
247:1, 261:4
**takes**
227:19
**taking**
16:21, 218:11,
230:18
**talk**
6:14, 91:22,
105:3, 145:25,
148:21, 156:11,
168:20, 180:20,
206:16, 225:1
**talked**
7:19, 7:21,
70:3, 74:4,
84:22, 85:15,
156:17, 202:23,
250:5
**talking**
66:11, 69:18,
69:23, 71:11,
97:21, 98:11,
100:16, 174:13,
197:20
**tandem**
23:20
**task**
151:14, 170:19
**taught**
12:24, 13:12,
13:20, 13:22,
17:7
**teach**
13:11, 17:7,
19:19, 39:25,
123:6, 123:8
**teaching**
12:25, 13:15,
13:17, 18:6
**technology**
12:18
**tedious**
170:22

**tediously**
160:3
**tell**
7:20, 7:25,
12:9, 25:9,
49:5, 53:19,
121:11, 170:13,
182:19, 250:3
**telling**
52:12, 68:7,
103:5, 144:24,
158:11, 172:12
**ten**
65:7, 65:9
**tend**
32:13, 42:1,
42:12, 42:14,
47:3, 67:21,
99:3, 99:12,
100:8, 106:6,
111:20, 173:6,
174:3, 186:1,
224:8
**tended**
102:3, 107:15,
107:17
**tendencies**
110:14
**tender**
8:24
**tending**
71:9
**term**
16:5, 16:13,
37:19, 37:22,
37:23, 40:16,
40:17, 44:15,
86:24, 87:3,
181:18, 229:21,
237:19, 256:9
**terms**
26:12, 26:14,
33:5, 55:1,
118:12, 119:9,
126:24, 146:25,
149:3, 164:21,
165:1, 165:5,
175:9, 199:23,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023

217:22, 223:19,
224:14
**tested**
166:21
**testified**
5:6, 5:23,
15:18, 15:22,
250:18
**testify**
5:4, 5:25, 6:4,
17:20
**testifying**
16:7
**testimony**
17:14, 260:6,
260:7
**th**
2:8, 3:9, 3:16
**thank**
24:16, 27:24,
28:24, 61:19,
75:6, 88:14,
120:14, 130:7,
131:17, 138:19,
140:13, 168:11,
179:17, 208:19,
209:13, 212:9,
218:16, 231:20,
259:13, 259:19
**thanks**
109:10
**themselves**
26:14, 177:1,
177:3
**thereafter**
261:7
**therefore**
207:14
**thing**
8:25, 30:14,
86:12, 100:10,
100:21, 111:17,
161:18, 173:5,
205:25, 218:17,
238:9, 251:4,
251:18, 257:6
**things**
6:11, 7:19,

21:21, 23:18,
71:6, 143:2,
159:12, 171:20,
194:7, 229:18,
243:4, 251:9,
251:19, 254:4
**think**
8:18, 19:14,
19:15, 31:7,
33:11, 34:1,
37:3, 37:7,
38:6, 45:25,
46:10, 47:6,
53:10, 72:16,
101:5, 101:25,
104:18, 109:7,
109:18, 109:25,
129:7, 138:25,
141:2, 152:1,
152:14, 153:1,
160:5, 160:12,
168:2, 168:7,
173:13, 175:2,
175:15, 176:20,
189:25, 207:21,
210:20, 212:7,
226:2, 227:12,
229:20, 232:1,
238:12, 248:20,
251:14, 251:22,
254:5, 255:6,
257:3
**thinking**
201:5, 225:8,
234:21, 246:22
**third**
49:18, 49:21,
58:4, 58:8,
59:6, 63:1
**thorough**
52:21
**thought**
107:10, 243:4
**three**
54:12, 77:4,
86:10, 86:12,
93:20, 93:24,
94:1, 94:2,

94:7, 94:8,
94:14, 95:21,
95:22, 96:18,
98:14, 99:25,
101:22, 101:23,
105:4, 105:10,
131:12, 164:3,
170:9, 172:25,
175:16, 189:14,
191:1, 221:16,
225:23, 226:3
**through**
22:21, 28:6,
31:21, 42:7,
65:11, 65:22,
68:19, 91:11,
112:21, 112:22,
116:13, 133:20,
138:15, 156:8,
172:8, 212:5,
213:11, 220:14,
221:19, 225:10
**throughout**
205:12
**throw**
91:15, 205:9
**throwing**
97:11
**thrown**
101:12, 101:13
**time**
9:11, 10:19,
13:12, 17:2,
19:15, 21:20,
22:25, 29:24,
40:3, 49:24,
50:1, 86:18,
129:16, 133:24,
142:2, 146:25,
150:25, 151:6,
161:18, 170:25,
180:18, 195:25,
218:15, 221:4,
243:2, 247:5
**time-consuming**
150:21
**times**
5:16, 5:17,

14:16, 14:19,
14:23, 16:16,
249:23
**title**
72:16, 169:9,
258:22
**titled**
81:7, 83:19
**today**
6:1, 6:4,
18:17, 64:20
**today's**
7:12
**together**
20:15, 42:1,
42:14, 56:17,
59:12, 77:4,
85:12, 119:20,
202:2, 204:14,
211:6
**told**
19:16, 35:11,
36:1, 39:23
**tom**
8:9, 8:12
**took**
172:23, 229:8
**tool**
17:18, 18:2,
18:24, 19:2,
36:2, 36:4,
36:23
**top**
121:24, 122:9,
122:10, 141:20,
231:1, 238:10,
239:3, 251:13
**topics**
13:16, 14:25
**toronto**
13:9
**total**
72:4, 73:8,
75:11, 76:2,
76:3, 76:6,
78:8, 78:17,
78:20, 80:9,
87:8, 87:9,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                110

88:16, 96:15,
96:18, 99:10,
99:16, 149:20,
149:21, 165:13,
170:10, 174:22,
203:24, 210:23,
211:4, 211:5,
211:9, 211:10,
211:12, 211:14,
211:18, 212:12,
216:9, 216:14,
216:15, 216:16,
216:23, 217:11,
225:25, 226:1,
226:18, 226:19,
231:15, 232:3,
232:6, 232:11,
232:12, 232:21,
233:4, 233:5,
233:24, 234:8,
247:8, 247:10,
247:12, 247:19,
247:20, 250:9,
255:20, 256:5,
256:10, 256:14
**totaled**
92:11
**totaling**
107:5, 107:6,
107:7, 168:25,
170:1
**totally**
73:4, 112:12,
140:24, 141:12,
141:13, 175:23,
220:4, 220:21
**totals**
228:14, 228:15,
228:16
**towards**
32:13, 32:15
**transcribe**
6:10
**transcribed**
6:8, 6:13
**transcript**
4:8, 262:1,
262:3, 262:6

**transcription**
260:7
**transcriptionist**
261:8
**transferred**
210:17
**travels**
253:4
**treasurer**
89:16, 136:8
**trend**
50:23, 50:24,
51:14, 51:19,
55:1, 55:15,
56:24, 57:19,
58:9, 58:16,
59:1, 59:8,
63:12, 64:7,
64:16, 65:16,
67:11, 67:12,
79:5, 166:23,
186:4, 190:19,
190:21, 190:22,
193:24, 194:5,
194:12, 194:13,
194:15, 195:1,
195:6, 195:8,
196:23, 197:2,
201:1
**trended**
57:8
**trends**
34:17, 34:18,
42:11, 55:10,
62:2, 62:4,
62:8, 62:23,
62:25, 69:25,
71:1, 77:20,
77:22, 79:3,
101:22, 110:20,
142:9, 187:17,
194:25, 199:14
**tricks**
17:12
**trivial**
209:4
**trouble**
257:22

**true**
6:18, 30:21,
56:13, 67:5,
67:6, 67:9,
67:10, 123:17,
183:18, 235:13,
237:11, 240:19,
260:6, 261:10,
262:6
**trump**
81:24, 163:19,
206:9, 219:13,
224:15, 230:5,
235:2, 247:25
**truth**
5:5, 5:6
**truthfully**
6:1, 6:4
**try**
6:25, 178:13,
220:22
**trying**
17:8, 45:25,
71:6, 71:8,
71:17, 78:5,
78:6, 78:20,
78:22, 106:4,
140:12, 232:1
**tumulesh**
1:15, 2:1, 4:3,
5:3, 7:8, 260:4
**turn**
20:12, 24:21,
47:18, 53:18,
81:6, 84:4,
84:24, 85:10,
94:17, 112:21,
114:6, 122:16,
124:21, 164:15,
175:5, 175:17,
190:13, 195:5,
195:7, 199:24,
223:21, 239:23,
244:17, 257:17,
258:19
**turned**
62:19, 89:2,
164:4

**turning**
22:24, 26:2,
27:21, 28:3,
83:17, 84:3,
85:1, 112:19,
114:5, 132:23,
144:8, 176:9,
190:9
**turnout**
149:20, 149:21,
149:22, 216:10,
216:23, 219:4,
225:24, 225:25,
226:1, 226:19,
232:4, 232:6,
232:12, 232:17,
232:21, 235:7,
235:8, 235:16,
247:10, 255:20,
256:6
**twist**
175:15, 175:20
**twisted**
176:7
**twisting**
175:12
**two**
24:6, 25:10,
63:22, 70:15,
71:5, 84:16,
94:3, 94:9,
99:17, 99:21,
99:24, 101:8,
106:19, 107:1,
107:9, 108:20,
119:18, 128:24,
140:20, 142:14,
145:20, 147:15,
148:8, 153:18,
158:21, 160:9,
160:25, 161:2,
163:3, 163:4,
164:19, 164:20,
165:3, 171:3,
177:25, 180:16,
185:12, 185:14,
186:14, 187:16,
187:17, 192:1,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                    111

193:25, 194:7,
202:15, 203:25,
206:10, 206:12,
207:12, 209:8,
209:10, 209:16,
217:4, 225:23,
230:16, 230:24,
233:15, 237:13,
244:19
**two-candidate**
44:13
**types**
19:9, 19:12,
243:13
**typewriting**
261:7, 262:5
**typo**
72:16, 73:3,
255:10, 255:11

**U**

**uconn**
12:23
**uh-huh**
9:14, 9:17,
11:25, 12:7,
12:15, 14:22,
17:10, 17:14,
18:21, 24:11,
29:20, 29:22,
61:1, 61:13,
88:19, 93:23,
94:8, 95:19,
98:12, 116:7,
116:25, 125:4,
126:8, 126:15,
126:19, 128:10,
130:13, 130:19,
131:2, 131:5,
131:9, 131:24,
132:2, 132:19,
134:18, 135:7,
137:16, 139:2,
139:11, 139:17,
139:25, 141:15,
141:18, 141:22,
147:2, 147:25,
233:18, 233:21,

233:23, 234:13,
235:23, 236:9,
237:1, 237:8,
243:19, 244:23,
245:6, 245:10,
248:17, 249:15,
249:18, 250:4,
250:10, 255:21
**uh-huhs**
6:11
**unable**
6:4
**uncomfortable**
154:9
**uncovered**
131:18
**under**
5:25, 6:1,
35:3, 61:14,
145:6, 223:19,
249:9, 262:5
**undercounting**
105:24, 107:13
**undergraduate**
13:22
**underlying**
51:11
**underscore**
119:11
**understand**
5:25, 6:21,
6:23, 30:16,
33:25, 34:24,
35:8, 35:13,
38:24, 39:2,
39:21, 45:21,
46:11, 55:24,
74:17, 74:23,
77:17, 106:22,
110:13, 117:8,
117:12, 117:15,
120:17, 121:9,
125:16, 127:16,
127:20, 129:13,
144:24, 145:25,
148:20, 150:22,
165:13, 175:23,
208:14, 210:24,

212:8, 213:19,
214:19, 219:22,
222:25, 231:9,
232:2, 253:11
**understandable**
227:17
**understanding**
32:23, 32:24,
39:9, 43:20,
46:22, 48:6,
59:24, 76:8,
169:20, 206:19,
206:21, 237:19,
244:13, 245:1
**understood**
16:1, 16:18,
22:23, 32:7,
32:20, 38:19,
39:19, 41:19,
43:11, 48:17,
56:21, 59:10,
59:18, 61:19,
62:22, 64:14,
65:21, 70:22,
72:11, 73:4,
74:10, 76:18,
83:17, 86:23,
91:19, 115:9,
128:2, 138:4,
142:5, 144:4,
145:24, 148:19,
165:7, 174:17,
177:7, 179:16,
180:20, 181:17,
182:14, 184:12,
185:8, 186:7,
187:1, 187:12,
189:17, 191:21,
198:9, 201:4,
204:1, 207:20,
220:21, 222:20,
225:6, 225:8,
233:3, 248:9,
250:14, 250:17,
255:18
**undertook**
128:4
**uniform**
127:4

**union**
3:15
**united**
1:1
**universe**
48:14, 77:5
**universities**
165:22
**university**
12:13, 12:19,
12:23, 13:1,
13:9
**unless**
243:21
**unregistered**
61:7, 61:9,
61:11, 61:15
**unreliable**
148:9, 148:21,
186:16, 186:24
**upper**
198:21
**upwards**
12:3
**urban**
159:10, 166:21,
167:13, 168:14
**urban-rural**
167:10
**urbanness**
166:3, 166:6,
166:8, 166:25
**urinalysis**
159:4
**url**
93:14
**use**
30:23, 36:4,
36:20, 59:25,
79:20, 80:23,
82:8, 86:25,
94:18, 156:25,
181:18, 203:6,
204:16, 216:21,
248:5, 255:25,
256:9
**useful**
51:21

**using**
18:14, 35:16,
38:15, 53:25,
74:22, 78:21,
79:3, 81:8,
81:12, 87:4,
166:22, 181:19,
183:11, 187:3,
205:15, 216:5,
216:8, 217:12,
219:20, 232:7,
235:19
**utilize**
10:5

---

**V**

**variation**
135:11, 135:16,
186:9, 186:12,
194:8, 196:22
**vary**
177:6
**vdts**
180:18, 183:13,
189:13
**verbalize**
149:12, 149:16,
222:10
**verbally**
220:19
**verbatim**
225:21
**verification**
240:21
**verified**
205:23, 235:18,
241:22, 245:4
**verify**
31:13, 60:24,
127:24, 149:7,
151:8, 151:12,
208:6, 239:18,
240:18, 241:6,
241:21
**verifying**
30:17, 30:20
**version**
257:5

**versus**
68:5, 101:8,
115:16, 159:20,
160:19, 168:14,
197:21, 198:12
**via**
213:11, 213:15
**view**
32:1, 38:9,
149:9, 151:4,
209:4
**visiting**
13:8
**voted**
54:2, 54:4,
54:7, 54:9,
54:11, 54:19,
54:21, 55:7,
57:2, 57:7,
57:14, 62:24,
63:2, 68:21,
68:24, 68:25,
69:3, 69:7,
69:9, 69:18,
72:4, 74:13,
75:2, 75:3,
76:25, 77:19,
78:18, 78:19,
81:23, 81:24,
88:7, 97:14,
97:15, 104:18,
107:19, 118:16,
131:6, 131:20,
132:4, 132:17,
132:21, 132:25,
133:8, 133:12,
133:15, 133:23,
134:21, 150:11,
163:18, 171:5,
189:3, 189:4,
191:11, 200:3,
200:17, 216:10,
217:3, 226:22,
226:25, 229:7,
229:24, 229:25,
230:1, 230:5,
235:25, 246:9,
249:17

**voter**
37:1, 69:15,
81:15, 81:17,
146:25, 168:22,
169:4, 169:7,
169:23, 216:9,
216:15, 216:16,
219:3, 219:4,
226:5, 232:4,
232:6, 232:12,
236:6, 236:16,
236:19, 247:9,
247:10, 255:20,
256:5
**voter's**
44:19, 45:7
**voter-level**
10:5, 49:13
**vs**
1:6
**vt**
181:18, 192:25
**vtd**
169:3, 173:7,
174:23, 186:10,
190:10, 193:2,
194:3
**vtds**
169:11, 169:19,
170:1, 170:2,
170:6, 170:16,
170:20, 171:2,
171:15, 172:15,
181:12, 181:18,
181:25, 182:17,
182:25, 183:1,
183:12, 183:20,
183:24, 184:3,
184:17, 184:18,
184:22, 185:1,
185:12, 185:21,
187:5, 189:2,
190:3, 190:19,
191:15, 196:1,
196:7, 196:22,
198:13, 199:5,
202:24, 203:4,
203:9

---

**W**

**wait**
120:21, 129:15
**walk**
208:14, 225:9
**want**
5:20, 14:24,
18:23, 23:24,
34:3, 34:16,
39:8, 55:20,
55:24, 59:18,
65:2, 65:14,
72:1, 72:6,
72:17, 80:15,
81:14, 90:7,
90:8, 91:22,
92:2, 93:21,
95:13, 96:1,
100:22, 101:1,
102:5, 103:13,
110:2, 112:14,
112:15, 112:19,
112:20, 114:6,
115:24, 116:13,
119:18, 120:4,
122:7, 126:3,
129:5, 138:13,
138:15, 138:19,
139:16, 147:19,
148:23, 150:6,
152:2, 153:9,
154:22, 156:9,
168:20, 169:15,
178:20, 179:13,
179:17, 185:6,
191:22, 199:24,
204:1, 222:10,
225:1, 225:9,
247:4, 256:20
**wanted**
74:21, 75:4,
75:7, 75:8,
76:1, 76:2,
77:10, 77:13,
77:14, 77:18,
85:5, 91:13,
91:20, 102:20,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                                    113

109:13, 109:17,
110:15, 112:5,
115:8, 145:23,
147:5, 149:6,
152:18, 155:2,
164:22, 164:25,
165:4, 167:14,
171:19, 176:10,
176:11, 176:12,
176:22, 177:16,
179:7, 193:21,
199:20, 206:16,
255:16, 257:9
**wanting**
138:16
**wants**
52:20, 117:25
**washington**
3:17
**water**
47:11, 175:4,
175:6, 176:13,
182:13, 183:16,
183:17, 190:13
**way**
19:7, 33:9,
34:16, 35:7,
45:16, 45:25,
46:23, 63:13,
73:17, 85:12,
97:13, 100:3,
103:12, 112:13,
112:22, 115:4,
115:6, 115:23,
116:3, 116:4,
116:5, 116:8,
118:3, 119:8,
128:1, 145:11,
145:12, 149:13,
159:19, 165:12,
165:24, 166:2,
166:7, 167:16,
175:18, 177:18,
178:2, 185:7,
190:14, 204:21,
205:5, 209:25,
214:12, 220:10,
221:16, 247:8,

249:6, 257:7
**ways**
72:9, 173:4,
174:9, 177:25
**we'll**
42:7, 65:10,
72:12, 83:2,
122:16, 124:24,
145:25, 148:21,
150:8, 156:7,
180:22, 187:14,
220:23
**we're**
18:17, 23:23,
24:18, 79:11,
122:17, 138:9,
139:23, 210:23,
213:2, 224:3,
254:5
**we've**
5:22, 109:22,
197:20, 202:12,
246:23, 249:22
**website**
92:19, 93:13,
158:10, 159:20,
167:25, 168:5,
168:6, 168:23,
169:24, 170:17,
216:24, 218:25,
224:22, 225:5
**websites**
170:18
**wednesday**
47:12, 110:6
**welcome**
72:7, 79:25
**well-versed**
165:8
**went**
62:18, 91:11,
103:1, 103:2,
151:13, 193:12,
250:7, 252:15
**west**
26:15, 27:3,
113:18, 139:18,
146:4, 146:6,

147:4, 147:8,
147:9, 147:18,
147:23, 147:24,
148:17, 148:18,
152:16, 153:8,
154:15
**whatever**
65:4, 65:20,
87:3, 205:9,
208:25, 247:19,
248:6, 248:12,
249:4, 254:19
**whenever**
17:8, 18:22,
178:14, 179:14,
204:13
**whereas**
54:21, 109:20,
179:11, 227:3
**whereupon**
5:2, 47:14,
110:7, 138:10,
202:18, 247:1
**wherever**
154:10
**whether**
17:20, 39:16,
41:3, 41:6,
41:19, 41:25,
44:19, 44:22,
45:7, 45:18,
45:23, 45:24,
46:2, 46:20,
52:9, 65:17,
102:3, 104:16,
104:17, 107:15,
107:18, 107:23,
110:13, 110:19,
153:4, 183:1,
183:2, 183:19,
184:17, 185:14,
203:7, 205:2,
240:18, 243:12,
246:14, 246:22
**whichever**
149:13
**whites**
30:9, 32:18,

44:6, 73:7,
107:7, 132:21,
160:23, 161:3,
161:5, 162:19,
165:1, 171:6,
188:4, 189:3,
192:9, 192:19,
198:14, 199:21,
200:3, 200:17,
237:6
**whoever**
230:21, 230:22
**whole**
5:5, 143:22,
145:9, 147:9,
147:10, 157:22,
201:5
**whosoever**
230:17, 231:2
**wide**
148:12, 179:4,
186:11, 186:14,
190:18, 193:23,
196:18, 196:19,
196:20, 197:18,
198:25, 200:13,
242:14
**wider**
85:6, 128:11,
178:25, 186:2,
190:11, 198:1
**win**
43:12, 43:15,
43:21, 44:10
**wish**
88:8, 149:11,
160:2, 168:9,
184:10, 209:7,
209:10, 214:1,
220:25
**within**
67:13, 115:6,
115:23, 116:3,
116:6, 116:9,
117:3, 117:4,
117:24, 140:22,
143:24, 144:1,
156:19, 156:22,

157:9, 157:16,
158:4, 159:10,
161:2, 165:5,
165:20, 165:24,
166:11, 166:17,
167:12, 167:16,
168:17, 194:8,
195:15, 196:23,
201:13, 202:3,
237:3, 242:16,
243:18, 244:1,
244:7, 245:21
**without**
237:13
**witness**
222:5
**witness(es**
261:4
**women**
251:10, 251:15,
252:17
**women's**
250:22
**won**
153:4
**wondering**
215:10
**word**
38:18, 41:6,
45:2, 86:25,
90:8, 237:25
**words**
32:5, 69:12,
213:14, 247:9
**work**
11:10, 11:23,
12:21, 13:9,
13:25, 18:4,
22:3, 22:10,
22:21, 22:22,
29:23, 29:25,
30:2, 30:3,
30:7, 30:11,
30:12, 30:14,
30:19, 30:23,
30:25, 34:6,
34:8, 35:12,
35:17, 36:8,

37:3, 86:19,
91:5, 106:20,
141:6, 141:7,
143:25, 151:11,
157:15, 166:10,
171:24, 172:20,
200:25, 202:4,
204:18, 215:18,
237:4, 245:12,
245:22, 253:2
**worked**
11:12, 19:12
**works**
22:19, 201:14
**worries**
238:24, 239:2
**worry**
83:2
**wouldn't**
77:15, 103:21,
103:25, 104:9,
145:7
**write**
17:25, 192:8,
209:11
**writing**
87:3
**written**
9:5, 37:9
**wrong**
86:8, 192:23,
215:1, 216:3,
227:16, 238:12,
240:12
**wrote**
15:17, 82:16
**wtc**
2:7, 3:8
**wv**
72:21

**X**

**x's**
228:8

**Y**

**yeah**
11:6, 25:24,

42:19, 45:6,
48:24, 61:19,
62:1, 75:23,
90:14, 93:3,
94:1, 94:10,
109:11, 109:24,
111:16, 114:15,
122:8, 123:7,
123:11, 124:4,
126:2, 129:13,
146:13, 146:15,
150:4, 152:25,
155:4, 157:5,
161:23, 163:25,
169:14, 181:8,
184:8, 191:9,
192:21, 193:12,
194:23, 194:24,
196:3, 197:23,
198:21, 205:20,
206:20, 207:25,
211:16, 221:25,
222:7, 224:3,
228:14, 229:12,
229:14, 231:17,
233:1, 238:2,
239:2, 247:7,
257:14, 258:12,
259:19
**year**
9:11, 15:15,
19:8, 34:7,
34:18, 130:9
**years**
18:8, 36:24,
51:13, 53:1,
58:18, 63:8,
64:1, 64:9,
64:16, 65:6,
65:16, 179:8,
179:9, 186:21
**yellow**
158:18
**yep**
61:6, 78:15,
90:18, 94:12,
112:4, 122:9,
134:2, 152:21,

173:22, 191:3,
195:19, 232:20
**yesterday**
7:18
**york**
1:16, 2:9,
2:15, 3:10,
261:20
**yourself**
31:2, 240:21

**Z**

**zero**
141:20, 176:1,
176:11, 179:8,
181:1, 182:11,
183:16, 185:5,
186:21, 209:22,
209:24, 210:8,
210:13, 210:14,
212:15, 212:18,
213:22, 214:5,
214:6, 214:8,
214:9, 214:13,
214:15, 214:16,
214:25, 215:3,
223:10, 223:14,
227:25, 231:7
**zoom**
95:23

**$**

**$200**
11:14
**$250**
10:22, 11:16

**.**

**.2337**
3:18
**.3800**
3:25
**.9400**
3:11

**0**

**0.56**
96:7

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                                    115

| | | | |
|---|---|---|---|
| **0.6**<br>66:8, 81:4<br>**0.8**<br>60:13<br>**0.85**<br>96:24<br>**0.86**<br>96:3<br>**001**<br>227:21<br>**00178**<br>1:6<br>**05**<br>129:18 | **12**<br>47:24, 48:4,<br>48:7, 48:9,<br>48:11, 48:13,<br>57:10, 58:5,<br>65:19, 65:20,<br>72:19, 83:19,<br>83:21, 90:20,<br>92:7, 92:12,<br>128:7, 129:17,<br>141:14, 142:20,<br>143:3, 143:9,<br>161:16, 161:20,<br>174:25, 175:24 | **124:12, 125:6,**<br>126:7, 173:13<br>**150**<br>174:14<br>**151**<br>172:4, 172:5,<br>172:6<br>**159**<br>170:4, 170:11<br>**16**<br>155:5<br>**163**<br>170:5<br>**165**<br>170:5<br>**17** | **1hundred**<br>212:1 |

| | | | |
|---|---|---|---|
| **1** | | | **2** |
| **1**<br>129:18, 138:5<br>**1.192**<br>49:23<br>**1.4**<br>217:4<br>**1.43**<br>49:20, 49:22<br>**10**<br>5:18, 5:19,<br>13:20, 36:24,<br>58:18, 65:20,<br>75:23, 103:6,<br>138:5, 143:7,<br>158:22, 161:7,<br>168:21, 169:22,<br>172:21, 173:10,<br>198:10, 248:2<br>**100**<br>213:7, 215:5<br>**10007**<br>2:9, 3:10<br>**11**<br>92:5, 103:6,<br>146:15, 158:24,<br>161:17, 173:10,<br>185:11, 238:2,<br>238:7, 238:8,<br>238:25, 239:1<br>**11,910**<br>98:19<br>**119**<br>4:15 | **12.4**<br>188:8, 188:14<br>**120**<br>4:16<br>**122**<br>170:5<br>**13**<br>84:23, 88:13,<br>92:4, 165:20,<br>175:25, 207:21,<br>208:1<br>**13.22**<br>96:25<br>**138**<br>203:22, 203:23,<br>203:24<br>**14**<br>28:10, 29:9,<br>83:17, 112:24,<br>114:7, 114:16,<br>114:20, 115:11,<br>116:24, 124:5,<br>124:12, 173:12,<br>175:25<br>**1400**<br>3:23<br>**147**<br>227:4<br>**15**<br>3:16, 13:20,<br>36:24, 103:6,<br>114:7, 114:16,<br>114:21, 115:11,<br>116:24, 124:5, | **121:16, 155:5,**<br>226:20, 244:17,<br>244:20, 244:22,<br>246:12<br>**17.8**<br>96:23<br>**175**<br>2:8, 3:9<br>**18**<br>176:19, 176:20,<br>244:18, 244:20<br>**18.4**<br>189:7<br>**18.6**<br>54:19, 54:20<br>**180**<br>175:17, 176:11<br>**182**<br>226:4, 226:6,<br>226:19, 226:22,<br>226:23, 226:24,<br>235:20, 235:25,<br>250:8, 256:5,<br>256:10, 256:12<br>**182,887**<br>99:8, 99:17<br>**19**<br>50:13, 245:5<br>**199**<br>226:19, 226:25,<br>250:9<br>**1a**<br>94:17 | **2,000**<br>219:13<br>**2,500**<br>197:5, 197:21<br>**2.28**<br>96:10<br>**20**<br>4:10, 9:12,<br>50:19, 55:5,<br>89:4, 146:11,<br>168:21, 183:23,<br>207:13, 207:15<br>**20.8**<br>50:10, 50:13,<br>53:7<br>**200**<br>211:2, 214:15,<br>215:3, 223:12,<br>228:8, 228:9,<br>228:13<br>**20005**<br>3:17<br>**2008**<br>13:5<br>**2011**<br>146:10, 239:15<br>**2012**<br>35:12, 49:9,<br>49:20, 50:9,<br>50:20, 53:6,<br>54:6, 54:18,<br>55:3, 57:8,<br>58:10, 58:12,<br>60:3, 63:4,<br>66:5, 80:18,<br>88:24, 135:18,<br>162:10, 162:14,<br>163:6, 163:10<br>**2015**<br>84:21, 85:23,<br>89:13, 89:19,<br>90:2, 90:3,<br>90:6, 90:12,<br>90:14, 90:21, |

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                    116

131:11, 131:21,
132:14, 132:20,
133:6, 133:10,
135:6, 148:3,
239:6
**2016**
88:24, 89:5,
136:4, 163:17
**2017**
89:16, 136:8
**2018**
136:11, 140:5
**2019**
89:7, 89:10,
90:22, 137:2,
139:10, 139:22,
139:24, 140:5,
140:9
**202.675**
3:18
**2020**
26:10, 81:22,
88:25, 112:4,
137:3, 139:19,
142:22, 146:12,
162:11, 162:13,
163:6, 163:13,
170:7, 170:8,
170:11, 171:9,
172:18, 187:21,
187:25, 188:25,
194:19, 195:24
**2022**
9:13, 9:19,
9:22, 11:1,
11:4, 11:9,
16:3, 20:19,
20:22, 21:10,
23:7, 23:10,
24:7, 24:22,
25:12, 25:13,
25:18, 25:22,
25:25, 26:11,
26:21, 36:9,
53:9, 54:9,
54:22, 55:4,
55:5, 57:9,
58:12, 63:5,

84:5, 87:12,
91:22, 92:7,
92:17, 108:21,
110:12, 110:21,
137:4, 142:22,
170:4, 170:7,
171:10, 172:19,
187:22, 192:2,
192:7, 192:19,
192:25, 196:8,
200:2, 239:6
**2023**
1:17, 20:25,
21:3, 21:11,
21:15, 24:13,
25:4, 25:23,
26:11, 26:21,
94:18, 238:6,
238:22, 256:22,
256:23, 262:19
**2026**
88:17
**21**
50:20, 141:9,
180:23
**21.2**
132:21
**212.509**
3:11
**22**
1:6, 1:17,
21:14, 55:5,
104:23, 141:9,
192:2, 207:22,
208:1, 208:3
**22.2**
60:3
**22.6**
65:23, 80:18,
81:1
**22.64**
81:1
**223,075**
63:5
**224**
4:17
**23**
4:11, 183:6

**24**
4:12, 4:13,
258:22
**24.7**
60:7
**246,933**
99:7, 99:16
**25**
183:23
**25.6**
60:10
**25.8**
66:1, 81:2
**250**
11:15, 12:8
**254**
4:5
**257**
4:18
**26**
84:7, 262:19
**26.5**
188:4
**262**
1:24
**27603**
3:24
**29**
228:2, 236:13,
257:17, 257:23
**29.3**
66:5, 81:3
**2a**
49:6, 57:17
**2b**
53:18, 53:21
**2c**
57:24
**2d**
62:12

---
**3**
---

**3,000**
176:3, 178:9,
184:6, 196:7,
197:11
**3,400**
184:4

**3.0**
54:23
**3.7**
96:16, 96:19,
97:3
**30**
18:7, 23:3,
184:6, 225:3
**300**
105:23, 173:16,
174:20, 176:1,
181:6, 181:10,
183:8, 184:1,
211:13
**301**
3:23
**31,568**
98:23
**33.8**
189:18, 191:18
**36**
252:6, 254:13
**37**
226:14, 226:15,
251:7, 251:8,
254:13
**37.5**
200:8, 200:16
**38**
121:16
**38.5**
163:18, 163:22,
163:23
**38.8**
196:11
**3:-cv--sdd-sdj**
1:6
**3a**
112:23, 113:3,
118:15, 125:10
**3b**
124:22, 125:3,
125:9, 125:12
**3c**
126:21, 126:23
**3d**
128:3, 128:5

---
**4**
---

**4**
202:25, 235:13,

Transcript of Dr. Tumulesh Solanky
Conducted on September 22, 2023                    117

**259:21**
4,000
178:10
**4,500**
176:4
**4,700**
183:14, 192:25
**4.7**
196:14
**40**
191:10, 197:8,
248:1
**400**
173:24, 211:18,
212:13
**42.4**
188:11, 188:14,
188:16
**422,337**
58:13
**429,286**
99:19
**43**
258:19
**44.8**
189:3
**45**
175:22, 259:21
**45.2**
189:18, 191:18
**45.6**
73:6
**456,162**
63:4
**47**
198:17
**48**
72:13
**48.6**
192:13, 193:16
**4a**
115:10, 158:6,
158:8, 158:9,
164:18, 165:3
**4b**
115:10, 164:15,
164:24, 165:6,
169:9, 177:9

———— **5** ————
**5,200**
189:15, 191:7,
191:16
**5,300**
182:2, 182:4
**5,500**
182:1, 200:21
**50**
44:14, 135:15,
142:1, 142:3,
148:10, 163:4,
191:20, 193:16,
193:17, 193:19,
194:4, 194:13,
194:16, 195:1,
195:7, 195:14,
199:9, 200:22,
215:18, 247:24
**500**
176:1, 176:3,
197:21
**507954**
1:23
**51**
193:15
**51,000**
100:1, 100:6,
100:13
**51,245**
99:1, 99:11
**53.4**
200:3
**54.1**
148:1, 148:2
**54.9**
193:3
**548,747**
54:10
**55**
2:8, 3:9,
129:17, 179:12
**55.2**
197:15
**55.9**
163:23
**57**
1:18

**58.4**
192:10
**59**
152:15, 152:24,
153:1
**59.0**
152:25
———— **6** ————
**6.2**
50:14, 50:20,
53:9
**60**
155:5, 179:12,
195:11, 195:18
**60.0**
152:25
**60.3**
152:14
**60.6**
163:23
**60.7**
189:9
**61**
228:1
**63.2**
198:14
**64**
113:12, 113:13,
115:3, 116:1,
119:7, 144:17
**64.9**
152:25, 192:19,
192:23
**658,172**
58:10
**67**
137:6
**67.1**
192:16, 193:17
**67.6**
135:9, 135:22
———— **7** ————
**7**
119:21
**7,000**
182:17, 188:1,

**189:2**
7,767
98:22
**72.1**
197:6
**72.8**
196:17
**73.3**
193:5
**75**
227:24
**76.8**
136:25
**78.8**
133:11, 133:12,
136:1
———— **8** ————
**80**
126:12, 139:3,
139:4, 140:21,
195:9, 195:17,
200:10, 207:11,
207:14
**80.4**
198:22
**80.7**
136:22
**80.9**
73:5
**800**
185:3, 185:12,
227:3
**81.9**
73:6
**82**
139:8, 139:9,
139:18, 140:9,
235:20
**82.9**
146:8
**83.9**
73:5, 74:15,
74:18, 75:1,
77:8
**85.1**
197:16
**85.4**
136:9

**86.7**
135:18
**87**
136:4
**87.7**
137:3
**87.9**
136:12
**88.2**
137:3
**89**
139:7, 140:4,
140:5

**9**

**9**
1:18
**90**
140:22, 175:17,
188:19, 237:6
**900**
170:10
**915**
3:16
**919.329**
3:25
**92**
4:14
**92.2**
136:19
**93.3**
136:16
**948**
227:3
**95**
131:7, 188:18
**95.7**
140:6
**96.3**
132:4, 133:15
**98**
229:25
**98.7**
140:7
**99**
230:4
**997,987**
54:6