IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana,<br>　　　　　　　　Defendant. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

**Rebuttal Expert Report of Tumulesh K.S. Solanky, Ph.D.**

## I. Introduction

1. I was requested by counsel for Defendant Secretary of State Ardoin to review the Rebuttal Expert Report of Dr. Hadley dated August 11, 2023. I have previously submitted an expert report in this matter dated July 28, 2023 (referred to as "original report" in this report).

2. Dr. Handley in her rebuttal report has characterized the elections I included in my original report as arbitrary. She does not acknowledge that in paragraph 21 of my report, I reported that of these 12 elections I studied, nine statewide election contests included a black candidate and eight of those were included by Dr. Handley in her own expert report. Further, as explained in the original report, Dr. Handley only analyzes statewide election contests with one or more black candidates in her report. But, including a mixture of statewide elections with and without a black candidate in the contest allows a much deeper statistical analysis to see if voting trends by black and white voters change if there is a black candidate in the contest. Dr. Handley does not address this criticism.

3. As stated in my original report, due to the time constraints, I did not have adequate time to review Dr. Handley's estimates for all 16 of the statewide elections[1] she had included in her Table 1. In any case, the nine statewide election contests I studied which included a black candidate and the other three which did not, present compelling evidence that Dr. Handley's assumption that white voters across an entire parish or a region vote as a block to defeat democrat candidates is an incorrect assumption. Dr. Handley's voter polarization estimates in parishes and regions (combining several parishes[2]) provide an incomplete and misleading conclusion of voter polarizations. In her rebuttal report Dr. Handley makes no attempt to investigate this assumption despite the fact that her statistical analysis and EI estimates are based upon this assumption.

4. To address Dr. Handley's comment about relevance, in my original expert report, I reviewed the party affiliation of registered voters, who actually have voted, and also by race and party affiliation in details for all the dates on which 12 statewide elections were held from 2012 to 2022. The election data was provided by the SOS to me and was previously produced with my original report. The trends depicted in Figures 1-4 and Tables 1-4 of the original report, present clearly how the number of white voters registered as democrats who are registered or who actually voted has steadily decreased from 2012 to 2022. In contrast, the number of white voters registered as republicans or who actually voted has steadily increased from 2012 to 2022.

5. The analysis I provided in the original report had only one democrat and one republican candidate in the election for Elections 1-11 (Table 6 of my original report). Election

---

[1] Dr. Handley in her original report did not provide supporting data to allow the review of her statistical estimates. Out of the 16 statewide elections in her Table 1, she provided partial supporting data for the Senate 2022 elections and with the rebuttal report she has included again partial data for the Caddo parish for Presidential 2020 and Senate 2022 elections. This is explained further in this report.

[2] For example, Dr. Handley's EI estimates for voter polarization considers the parishes of East Baton Rouge, West Baton Rouge, Iberville, and Pointe Coupee together (referred to as the Area of Interest 3 in her original report). As presented in Figures 5-8 of my original report, these Parishes, have different voting patterns, and sometimes different areas within the same parish vote differently.

number 12 (2022 Senate election) had several democrat and republican candidates in the election. The analysis for that election was provided for the votes casted for a democrat or republican candidates. Interestingly, Dr. Handley has herself done this by totaling the votes by three democrats, one republican and others to create her "Others" category[3] (see Appendix A1 to A7 of Handley's original report). She has not explained what impact having several democrat candidates in an election have on the votes of the black democrat candidate. Additionally, another candidate who is black (Syrita Steib) is in Dr. Handley's "Others" category. It is unclear why Dr. Handley made these choices for this election.

6. As I stated in my original report, in Dr. Handley's expert report and now her rebuttal report, she bypasses the issue of not knowing the precincts of a large percentage of votes by allocating the early and absentee votes not coded to a precinct to the parish precincts proportionally based on the votes received by each of the candidates on Election Day. Overall, as presented in Table 5 of my original report, Dr. Handley does not address that she is missing precinct-level data for 30.6% of voters. Dr. Handley has offered two explanations to support her methodology.

First Explanation: The first explanation [page 8 of Dr. Handley's rebuttal report] is:

> *"Faced with the question of whether to ignore early and absentee votes or allocate the parish level results to the precinct level using some algorithm, I chose to allocate the parish level early and absentee voters based on each candidate's precinct votes on Election Day. In my expert opinion, this is the best available allocation method for these votes."*

The above explanation does not address, as I had pointed out in my original report (paragraph 21), what bias her proposed equitable distribution solution creates in the EI results she has presented due to the fact that a large proportion of the data is missing the precincts. In fact, Dr. Handley failed to address the key point in the above argument—what bias does this methodology of hers create?

Second Explanation: The second explanation [page 8 of Dr. Handley's rebuttal report] is:

> *Dr. Solanky offers no alternative approach when expressing his disagreement with my allocation methodology. However, he does adopt an allocation method when faced with a similar situation, that is, how to allocate votes reported at a higher than precinct level to individual component precincts.*

As shown below, the materials Dr. Handley provided in support of her adopted methodology reveal that her methods are deeply flawed.

7. <u>Data used for Bias Estimation due to Dr. Handley's Methodology:</u> Along with her rebuttal report, Dr. Handley has provided her baseline data related to Caddo parish (the spreadsheet

---

[3] Dr. Handley's "Others" category includes the following: Beryl A. Billiot (NOPTY), Devin Lance Graham (REP), "Xan" John (OTHER), W. Thomas La Fontaine Olson (NOPTY), Bradley McMorris (IND), MV "Vinny" Mendoza (DEM), Salvador P. Rodriguez (DEM), Aaron C. Sigler (LBT), Syrita Steib (DEM), and Thomas Wenn (OTHER).

is named "caddo_precincts"). The spreadsheet includes election results for two statewide elections: 2020 Presidential elections and 2022 Senate elections.

The columns BW to CH in caddo_precincts spreadsheet (12 columns) has data on Dr. Handley's estimates of votes for 12 presidential candidates after implementing her proportional allocation methodology of early and absentee votes in Caddo parish. However, there were 13 presidential candidates, not 12, in 2020 Presidential elections making this spreadsheet data incomplete[4].

Additionally, the caddo_precincts spreadsheet has estimates of votes for 12 candidates in Senate 2022 elections[5] after implementing her proportional allocation methodology of early and absentee votes in Caddo parish. Again, there were 13 candidates, and the spreadsheet does not have voter turnout data for the senate elections as well making this data provided incomplete[6].

Since the Presidential data is less incomplete, I have used that data in the caddo_precincts spreadsheet for further analysis of bias due to Handley's methodology. A quick review of the total votes by the 12 candidates caddo_precincts spreadsheet based on Dr. Handley's methodology in Caddo parish is 104,875 votes. Which is 37 votes less than 104,912 total votes in Caddo parish for all candidates as available on the Louisiana Secretary of State website[7]. This was expected as the 13th candidate omitted from the data had 37 votes.

Next, in order to verify the voter turnout numbers included in the Dr. Handley's caddo_precincts spreadsheet, below I have reported the turnout data for first 5 precincts from it:

**Table 1: Selected Voter Turnout data for 2020 Presidential Election Reproduced from Dr. Handley's "caddo_precincts" Spreadsheet[8]**

| county | precinct | turnout_general_black | turnout_general_other | turnout_general_white | Total_Voter_Turnout |
|---|---|---|---|---|---|
| Caddo Parish | 1 | 180 | 1 | 1 | 182 |
| Caddo Parish | 2 | 434 | 53 | 461 | 948 |
| Caddo Parish | 3 | 459 | 11 | 1 | 471 |
| Caddo Parish | 4 | 743 | 26 | 99 | 868 |
| Caddo Parish | 5 | 1281 | 37 | 109 | 1427 |

The voter turnout in Table 1 above matches with the voter level data provided by SOS office. After verifying the data provided by Dr. Handley along with her rebuttal report, I reviewed her methods for potential bias. As shown below, her methodology is significantly flawed by bias.

---

[4] The candidate omitted in the spreadsheet is Bill Hammons and Eric Bodenstab (Unity Party America) who received 37 votes Caddo parish.
[5] In columns CI to CT of the caddo_precincts spreadsheet.
[6] However, the spreadsheet has voter turnout data for the Presidential elections, just not for the Senate election.
[7] The website is https://voterportal.sos.la.gov/static/2020-11-03/resultsRegion/59568.
[8] The last column (Total Vote) is obtained by adding the voter turnout from three previous columns.

8. <u>Bias Estimation due to Dr. Handley's Methodology:</u> Next, I have simply reproduced first 5 rows of data related to the 2020 Presidential elections from Dr. Handley's caddo_precincts spreadsheet.

**Table 2: Dr. Handley's Votes for Candidates in 2020 Presidential Election (Reproduced first five rows (precincts) and Columns BW to CH from Dr. Handley's "caddo_precincts" Spreadsheet[9])**

| BW | BX | BY | BZ | CA | CB | CC | CD | CE | CF | CG | CH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| president_as | president_bc | president_co | president_c | president_c | president_f | presidentl_ | president_l | president_r | president_s | president_s | president_t |
| 0.00 | 1.15 | 1.15 | 0.00 | 191.04 | 1.32 | 1.19 | 0.00 | 3.88 | 0.00 | 0.00 | 0.00 |
| 2.42 | 0.00 | 0.00 | 0.00 | 423.03 | 0.00 | 4.75 | 0.00 | 369.52 | 0.00 | 0.00 | 1.15 |
| 1.21 | 0.00 | 0.00 | 1.39 | 489.74 | 0.00 | 5.94 | 0.00 | 9.04 | 0.00 | 0.00 | 0.00 |
| 2.42 | 1.15 | 0.00 | 1.39 | 808.14 | 0.00 | 3.57 | 0.00 | 104.65 | 0.00 | 0.00 | 1.15 |
| 4.83 | 5.76 | 1.15 | 4.17 | 1437.38 | 0.00 | 5.94 | 1.23 | 111.11 | 0.00 | 1.22 | 11.46 |

**Remark 1:** Note that in Tables 1 and 2, I have simply reproduced voter turnout data for the first five precincts and the votes for 12 candidates as reported by Dr. Handley based on her proportional allocation.

Next, I have added the total candidate votes from Table 2 and presented it next to the total voter turnout from the Table 1.

**Table 3: Estimated Bias for First 5 Precincts in Caddo Parish due to Dr. Handley's Methodology: 2020 Presidential Elections**

| Parish | Precinct | Total Candidate Votes | Total Voter Turnout | More Votes than Voters? |
|---|---|---|---|---|
| Caddo Parish | 1 | 199.73 | 182 | Yes, 17.73 Votes Surplus |
| Caddo Parish | 2 | 800.86 | 948 | No, 147.14 Votes Fewer |
| Caddo Parish | 3 | 507.32 | 471 | Yes, 36.32 Votes Surplus |
| Caddo Parish | 4 | 922.47 | 868 | Yes, 54.47 Votes Surplus |
| Caddo Parish | 5 | 1584.25 | 1427 | Yes, 157.26 Votes Surplus |

**Remark 2:** Table 3 illustrates the first 5 precincts showing the total candidate votes based on Dr. Handley's allocation methodology and the voter turnout reported by her[10]. But you cannot actually have more votes cast in a precinct than the total voter turnout in the precinct! Note that the surplus votes[11] in above reported precincts are not small/negligible numbers. For example, in Caddo Parish

---

[9] The numbers have been rounded to two decimal places for ease of review.
[10] The voter turnout matches with the SOS voter level data showing which of the registered voters voted.
[11] The surplus votes count is a conservative estimate as spreadsheet has omitted the candidate Bill Hammons and Eric Bodenstab (Unity Party America) who received 37 votes Caddo parish. Inclusion of votes by this candidate would increase the total votes by candidates. Additionally, it is conservative estimate for surplus votes as some voters vote on a specific election day but do not vote for every election being held that day.

Precinct 2, Dr. Handley's analysis fails to account for 16% of the votes cast in that precinct. In Caddo Parish Precinct 5, Dr. Handley over reports the precinct votes by close to 10%. Nowhere in Dr. Handley's original report, or in her rebuttal report has she reported what potential bias this surplus or deficit of votes in precincts creates or any impact on the reliability of her EI estimates based on this data. This error/bias due to her adopted methodology will likely cast serious doubts onto the reliability of her EI estimates[12].

**Remark 3:** The votes for some candidates in certain precincts are more than the total voter turnout in the precinct. For example, in precinct 1, Dr. Handley's projection is President Biden got 191.04 votes whereas there were only 182 votes casted in the precinct. Complete parish wide bias analysis is provided in Appendix 1 and shows significant variation across nearly all precincts.

**Remark 4:** It is also important to note that in order to have total number of votes for each candidate to match what is reported on the SOS website, and to balance out the surplus votes in certain precincts, the votes in other precincts are deflated. Deflation of votes for a candidate creates as much bias as the surplus/inflation of votes. Dr. Handley utterly fails to account for this bias in her data set too.

**Remark 5:** In order to understand if this bias/error of more candidate votes than total votes cast in the precinct is a rarity or not, in Appendix 1, I have reported on all 145 precincts from Dr. Handley's spreadsheet by comparing total votes by candidates and total votes cast in the precinct. Overall, 81 out of 145, or 55.9 percent of the precincts had more total votes by candidates and total votes cast in the precinct. This is not a rare occurrence.

**Remark 6:** While the disparities in all 145 precincts from Dr. Handley's spreadsheet between the total votes by candidates and total votes cast in the precinct are provided in Appendix 1, below I have summarized how many precincts have a large disparity between total candidate votes according to Dr. Handley's methodology and the total voter turnout in the Caddo parish. The boundary for total candidate votes to be considered a large disparity or biased are as below:

(i) two or more[13] than the total number of voter turnout, or

(ii) 3 times or less than what is the expected voter turnout after accounting for who turned out but did not vote for Presidential election on November 3, 2020. That is,

   Total Voter Turnout – 3 x Total Voter Turnout* $0.014^{14}$.

Using the above metric, the bias in Dr. Handley's methodology is seen in 128 out of 145 or, 88.3 percent of the precincts in the Caddo parish.

---

[12] Dr. Handley has not reported how in her EI analysis she was able to overcome the discrepancies in total votes of candidates and the total voter turnout by race. These need to be equal for each precinct for the EI analysis.

[13] To account for rounding approximations.

[14] For 2020 Presidential election in Caddo parish, 1.4% of the voters who turned out did not vote for the Presidential election. So, the cut-off boundary is set as 3 times the 1.4% of the voter turnout in parish below the voter turnout in the precinct. For example, in precinct 1 in Caddo parish, voter turnout was 182 voters, 1.4 percent of 182 is 2.548 voters, And three times 2.548 is 7.644. So, if the total candidate votes are over 184 (182 +2) or below 174.356 (182-7.644) then the estimate of Dr. Handley's early vote allocation is biased. The number 1.4% can be computed using Dr. Handley's caddo_precincts spreadsheet.

**Remark 7:** In the above Remark 6, using 5 times or below what is the expected voter turnout after accounting for who turned out but did not vote, the bias in Dr. Handley's methodology is 116 out of 145 or, 80.0 percent of the precincts in the Caddo parish.

9. A similar review of Dr. Handley's proportional allocation (spreadsheet titled "ussen2022nov (1).xlsx" provided by Dr. Handley) shows that even for 2022 Senate elections, there were instances when the total candidate votes based on Dr. Handley's allocation methodology were more than the voter turnout in that precinct. In Table 4, I have reproduced the first 5 rows of the data from the provided spreadsheet. The reported voter turnout matches the voter level data provided by SOS office.

**Table 4: Selected Voter Turnout data for 2022 Senate Election Reproduced from Dr. Handley's "ussen2022nov (1).xlsx" Spreadsheet[15]**

| county | precinct | turnout_white | turnout_black | turnout_other | Total_Voter_Turnout |
|---|---|---|---|---|---|
| ACADIA | 44927 | 581 | 14 | 15 | 610 |
| ACADIA | 44928 | 501 | 89 | 9 | 599 |
| ACADIA | 44929 | 553 | 80 | 8 | 641 |
| ACADIA | 44930 | 683 | 61 | 9 | 753 |
| ACADIA | 44931 | 122 | 119 | 0 | 241 |

10. **Bias Estimation due to Dr. Handley's Methodology for Senate 2022 Election Estimates:** Next, in Table 5, I have simply reproduced the first 5 rows of data of the 2022 Senate elections in Dr. Handley's spreadsheet.

**Table 5: Dr. Handley's Votes for Candidates in 2022 Senate Election (Reproduced first five rows (precincts) for Acadia Parish[16] and Columns AR to BD from Dr. Handley's "ussen2022nov (1).xlsx" Spreadsheet[17])**

| AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ussenate_statew | ussenate_state | ussenate_stat | ussenate_state | ussenate_statew | ussenate_stat | ussenate_stat | ussenate_s | ussenate_s | ussenate_s | ussenate_s | ussenate_s | ussenate_s |
| 5.69 | 29.11 | 15.50 | 2.60 | 590.53 | 0.00 | 0.00 | 3.89 | 36.55 | 0.00 | 1.18 | 0.00 | 0.00 |
| 3.42 | 60.86 | 8.34 | 1.30 | 475.27 | 0.00 | 8.00 | 2.59 | 25.89 | 3.97 | 2.35 | 5.63 | 1.28 |
| 3.42 | 50.28 | 7.15 | 1.30 | 484.34 | 1.36 | 1.33 | 3.89 | 19.80 | 0.00 | 2.35 | 4.22 | 0.00 |
| 3.42 | 55.57 | 11.92 | 2.60 | 594.41 | 0.00 | 6.67 | 3.89 | 28.94 | 2.65 | 1.18 | 11.26 | 1.28 |
| 9.11 | 63.51 | 7.15 | 1.30 | 101.01 | 1.36 | 1.33 | 5.18 | 22.85 | 1.32 | 1.18 | 5.63 | 1.28 |

---

[15] The last column (Total Vote) is obtained by adding the voter turnout from three previous columns. The precinct numbers in Dr. Handley's spreadsheet are incorrect for some parishes.
[16] For the same five precincts as in Table 4.
[17] The numbers have been rounded to two decimal places for better presentation.

Note that in Tables 4 and 5, I have simply reproduced voter turnout data for the first five precincts and the votes for 13 candidates as reported by Dr. Handley based on her proportional allocation in her "ussen2022nov (1).xlsx" spreadsheet.

Next, in Table 6 I have added the total candidate votes from Table 4 and presented it next to the total voter turnout from the Table 5.

**Table 6: Estimated Bias for First 5 Precincts due to Dr. Handley's Methodology: 2022 Senate Elections**

| Parish | Precinct | Total Candidate Votes | Total Voter Turnout | More Votes than Voters? |
|---|---|---|---|---|
| Acadia | 44927 | 685.04 | 610 | Yes, 75.04 Votes Surplus |
| Acadia | 44928 | 598.91 | 599 | No, 0.09 Votes Fewer |
| Acadia | 44929 | 579.44 | 641 | No, 61.56 Votes Fewer |
| Caddo Parish | 44930 | 723.77 | 753 | No, 29.23 Votes Fewer |
| Acadia | 44931 | 222.21 | 241 | No, 18.79 Votes Fewer |

11. Table 5 illustrates the first 5 precincts showing the total candidate votes based on Dr. Handley's allocation methodology and the voter turnout reported by her[18]. Again, as remarked earlier, you cannot actually have more votes cast in a precinct than the total voter turnout in the precinct! A complete review of Dr. Handley's proportional allocation (spreadsheet titled "ussen2022nov (1).xlsx" provided by Dr. Handley) shows that for 2022 Senate elections, Dr. Handley's allocation method allocates votes per precinct higher than the actual precinct voter turnout in 1906 out of 3760 precincts (50.7 percent), Again, that is a not a rare occurrence of bias or error in methodology. The detailed results are included with backup data with this report.

12. Using the above metric defined in Remark 6 above with 3 times or below what is the expected voter turnout after accounting for who turned out but did not vote[19], the bias in Dr. Handley's methodology for the Senate 2022 election is 3018 out of 3760 or, 80.26 percent of the precincts in Louisiana. And, using 5 times or below what is the expected voter turnout after accounting for who turned out but did not vote, the bias in Dr. Handley's methodology is 2673 out of 3760 or, 71.09 percent of the precincts.

13. The second explanation Dr. Handley stated to defend her methodology was simply to state that I had also adopted an allocation method. This is misleading. While it is true that I adopted an allocation method[20] to equally divide the 2020 Presidential election votes in precinct

---

[18] The voter turnout matches with the SOS voter level data showing which of the registered voters voted on November 8, 2022.

[19] On the 2022 Senate election date, voters who turned out to vote but did not vote for the Senate election was 1.927%.

[20] As explained in my original report, for Caddo parish's 2022 senate elections, precinct 159 was absorbed by precincts 122, 163, and 165. In order, to match the VTDs for the 2020 and 2022 elections in Caddo parish, the precinct-level votes for the 2020 election have been equally divided into these three precincts. There were a total of 900 votes cast on election day in precinct 159 in 2020 presidential elections.

159 to the precincts 122, 163, and 165 which had absorbed the precinct 159, however, the difference in what I did and what Dr. Handley did is not even comparable. My allocation did not create precincts which had more votes for candidates than the total votes that were cast in the precinct. Moreover, this was a single allocation resulting from the fact that Parish 159 did not exist in that election, and the voters were absorbed into the other three precincts. This is hardly comparable to Dr. Handley's flawed methodology used parish wide and without regard for the bias it causes. Additionally, it is unlikely my single allocation caused any measurable bias. Looking at the 2022 Senate election where this allocation was not needed and comparing the results to the 2020 elections yields nearly identical results.

      14. Dr. Handley's comments (Handley rebuttal on page 9) stating that

*"While Dr. Solanky contends that he has shown that Black and White voters have different voting patterns across parishes, and "sometimes different areas within the same parish" (Solanky Report, page 29), he fails to relate this to any way to specific enacted or illustrative state legislative districts at issue in this litigation."*

But this criticism entirely misses the point that there is clear evidence that Black and White voters have different voting patterns across parishes and even different areas within parishes. Dr. Handley fails to account for this assumption which she has made in her expert report. Her EI estimates simply assume that there is uniformity within the regions she has studied and that is demonstratively false, as shown on page 29 of my original report.

      15. Based on the extensive analysis reported in my original report, it is evident that there is significant variation in the percentage of white voters voting for a democrat candidate from parish to parish. The parishes I studied have different voting patterns, and sometimes different areas within the same parish vote differently. My report includes EI estimates for the entire parish under the minimum density in VTD of zero and different areas within the same parish are studied as well by pooling VTDs with certain minimum population density values. The purpose of the analysis was to show that denser areas consistently vote differently, and this was observed in all parishes that I studied. The purpose of the study was not to conclude what I consider as dense, but rather to show how the voting pattern changes as the VTDs get denser. I only had limited time available to study two elections, the 2020 Presidential election and 2022 Senate election; however, even from these two elections the trend is quite clear.

      16. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21 day of August 2023, in Metairie, Louisiana.

*[signature: Tumulesh Solanky]*
_____

Tumulesh K. S. Solanky, PhD

# APPENDIX 1

### Estimated Bias All Precincts in Caddo Parish due to Dr. Handley's Methodology
### 2020 Presidential Elections

| Row Number | County | Precinct | Biden Votes | Trump Votes | Total Candidate Votes | Total Voter Turnout | Surplus Votes in Precinct |
|---|---|---|---|---|---|---|---|
| 1 | Caddo Parish | 1 | 191.04 | 3.88 | 199.73 | 182.00 | 17.73 |
| 2 | Caddo Parish | 2 | 423.03 | 369.52 | 800.86 | 948.00 | -147.14 |
| 3 | Caddo Parish | 3 | 489.74 | 9.04 | 507.32 | 471.00 | 36.32 |
| 4 | Caddo Parish | 4 | 808.14 | 104.65 | 922.47 | 868.00 | 54.47 |
| 5 | Caddo Parish | 5 | 1437.38 | 111.11 | 1584.25 | 1427.00 | 157.25 |
| 6 | Caddo Parish | 6 | 122.81 | 20.67 | 144.67 | 151.00 | -6.33 |
| 7 | Caddo Parish | 7 | 327.50 | 124.04 | 463.35 | 489.00 | -25.65 |
| 8 | Caddo Parish | 8 | 485.19 | 350.14 | 853.35 | 777.00 | 76.35 |
| 9 | Caddo Parish | 9 | 150.11 | 333.34 | 497.75 | 482.00 | 15.75 |
| 10 | Caddo Parish | 10 | 195.59 | 457.38 | 671.95 | 621.00 | 50.95 |
| 11 | Caddo Parish | 11 | 227.43 | 687.36 | 943.59 | 988.00 | -44.41 |
| 12 | Caddo Parish | 12 | 215.30 | 496.14 | 730.27 | 759.00 | -28.73 |
| 13 | Caddo Parish | 13 | 359.34 | 857.91 | 1252.90 | 1313.00 | -60.10 |
| 14 | Caddo Parish | 14 | 288.08 | 281.66 | 601.63 | 648.00 | -46.37 |
| 15 | Caddo Parish | 15 | 456.38 | 258.41 | 740.73 | 769.00 | -28.27 |
| 16 | Caddo Parish | 16 | 269.89 | 586.58 | 877.92 | 903.00 | -25.08 |
| 17 | Caddo Parish | 17 | 354.80 | 220.94 | 595.81 | 678.00 | -82.19 |
| 18 | Caddo Parish | 20 | 253.21 | 366.94 | 647.50 | 728.00 | -80.50 |
| 19 | Caddo Parish | 21 | 183.46 | 428.96 | 628.96 | 719.00 | -90.04 |
| 20 | Caddo Parish | 22 | 241.08 | 596.92 | 862.88 | 1159.00 | -296.12 |
| 21 | Caddo Parish | 23 | 471.54 | 32.30 | 513.20 | 432.00 | 81.20 |
| 22 | Caddo Parish | 24 | 282.02 | 361.77 | 664.02 | 716.00 | -51.98 |
| 23 | Caddo Parish | 25 | 882.44 | 56.85 | 961.03 | 802.00 | 159.03 |
| 24 | Caddo Parish | 26 | 216.82 | 264.87 | 492.57 | 561.00 | -68.43 |
| 25 | Caddo Parish | 27 | 272.92 | 295.88 | 591.47 | 618.00 | -26.53 |
| 26 | Caddo Parish | 28 | 37.91 | 15.50 | 53.41 | 63.00 | -9.59 |
| 27 | Caddo Parish | 29 | 406.35 | 14.21 | 430.09 | 438.00 | -7.91 |
| 28 | Caddo Parish | 30 | 867.28 | 77.52 | 959.47 | 1019.00 | -59.53 |
| 29 | Caddo Parish | 31 | 482.16 | 36.18 | 538.94 | 521.00 | 17.94 |
| 30 | Caddo Parish | 32 | 397.25 | 45.22 | 447.18 | 416.00 | 31.18 |
| 31 | Caddo Parish | 34 | 820.27 | 50.39 | 879.22 | 773.00 | 106.22 |
| 32 | Caddo Parish | 35 | 497.32 | 37.47 | 541.99 | 463.00 | 78.99 |
| 33 | Caddo Parish | 36 | 752.04 | 68.48 | 835.69 | 708.00 | 127.69 |
| 34 | Caddo Parish | 37 | 503.38 | 19.38 | 527.66 | 444.00 | 83.66 |
| 35 | Caddo Parish | 38 | 645.91 | 18.09 | 672.39 | 559.00 | 113.39 |
| 36 | Caddo Parish | 39 | 310.82 | 1.29 | 318.05 | 301.00 | 17.05 |
| 37 | Caddo Parish | 40 | 309.31 | 6.46 | 319.39 | 298.00 | 21.39 |
| 38 | Caddo Parish | 41 | 274.44 | 10.34 | 288.33 | 273.00 | 15.33 |
| 39 | Caddo Parish | 43 | 374.51 | 16.80 | 394.86 | 321.00 | 73.86 |
| 40 | Caddo Parish | 44 | 427.57 | 19.38 | 457.57 | 422.00 | 35.57 |
| 41 | Caddo Parish | 45 | 692.91 | 60.73 | 760.54 | 920.00 | -159.46 |
| 42 | Caddo Parish | 46 | 562.52 | 36.18 | 599.88 | 517.00 | 82.88 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 43 | Caddo Parish | 47 | 501.87 | 330.76 | 844.53 | 938.00 | -93.47 |
| 44 | Caddo Parish | 48 | 160.72 | 481.93 | 662.96 | 640.00 | 22.96 |
| 45 | Caddo Parish | 49 | 413.93 | 771.34 | 1211.43 | 1486.00 | -274.57 |
| 46 | Caddo Parish | 50 | 629.23 | 15.50 | 650.99 | 630.00 | 20.99 |
| 47 | Caddo Parish | 51 | 827.86 | 25.84 | 867.91 | 797.00 | 70.91 |
| 48 | Caddo Parish | 52 | 736.88 | 29.72 | 781.97 | 617.00 | 164.97 |
| 49 | Caddo Parish | 53 | 561.00 | 40.05 | 609.50 | 514.00 | 95.50 |
| 50 | Caddo Parish | 54 | 641.36 | 21.96 | 682.40 | 674.00 | 8.40 |
| 51 | Caddo Parish | 55 | 312.34 | 120.16 | 440.74 | 427.00 | 13.74 |
| 52 | Caddo Parish | 56 | 336.60 | 704.16 | 1054.94 | 1223.00 | -168.06 |
| 53 | Caddo Parish | 57 | 545.84 | 11.63 | 563.63 | 473.00 | 90.63 |
| 54 | Caddo Parish | 58 | 606.49 | 33.59 | 653.18 | 552.00 | 101.18 |
| 55 | Caddo Parish | 59 | 691.40 | 21.96 | 726.47 | 680.00 | 46.47 |
| 56 | Caddo Parish | 60 | 524.61 | 14.21 | 544.85 | 490.00 | 54.85 |
| 57 | Caddo Parish | 61 | 542.81 | 15.50 | 565.32 | 546.00 | 19.32 |
| 58 | Caddo Parish | 62 | 779.34 | 139.54 | 934.21 | 990.00 | -55.79 |
| 59 | Caddo Parish | 63 | 324.47 | 156.34 | 487.78 | 478.00 | 9.78 |
| 60 | Caddo Parish | 64 | 424.54 | 65.89 | 502.26 | 501.00 | 1.26 |
| 61 | Caddo Parish | 65 | 348.73 | 196.39 | 549.83 | 586.00 | -36.17 |
| 62 | Caddo Parish | 66 | 304.76 | 997.45 | 1317.78 | 1220.00 | 97.78 |
| 63 | Caddo Parish | 67 | 298.70 | 5.17 | 309.65 | 300.00 | 9.65 |
| 64 | Caddo Parish | 68 | 322.95 | 414.74 | 748.54 | 842.00 | -93.46 |
| 65 | Caddo Parish | 69 | 541.29 | 254.53 | 810.13 | 867.00 | -56.87 |
| 66 | Caddo Parish | 70 | 958.25 | 93.03 | 1054.80 | 987.00 | 67.80 |
| 67 | Caddo Parish | 71 | 400.28 | 19.38 | 423.20 | 461.00 | -37.80 |
| 68 | Caddo Parish | 72 | 301.73 | 378.57 | 696.17 | 697.00 | -0.83 |
| 69 | Caddo Parish | 73 | 1006.77 | 5.17 | 1029.96 | 980.00 | 49.96 |
| 70 | Caddo Parish | 74 | 181.95 | 7.75 | 194.46 | 198.00 | -3.54 |
| 71 | Caddo Parish | 75 | 269.89 | 687.36 | 977.72 | 1205.00 | -227.28 |
| 72 | Caddo Parish | 76 | 257.76 | 412.16 | 684.13 | 758.00 | -73.87 |
| 73 | Caddo Parish | 77 | 262.31 | 689.95 | 968.85 | 1265.00 | -296.15 |
| 74 | Caddo Parish | 78 | 330.54 | 55.56 | 393.50 | 356.00 | 37.50 |
| 75 | Caddo Parish | 79 | 403.31 | 152.46 | 563.98 | 556.00 | 7.98 |
| 76 | Caddo Parish | 80 | 467.00 | 18.09 | 493.55 | 456.00 | 37.55 |
| 77 | Caddo Parish | 81 | 896.09 | 99.49 | 1003.71 | 957.00 | 46.71 |
| 78 | Caddo Parish | 82 | 392.70 | 383.73 | 787.09 | 772.00 | 15.09 |
| 79 | Caddo Parish | 83 | 492.77 | 288.12 | 790.28 | 944.00 | -153.72 |
| 80 | Caddo Parish | 84 | 808.14 | 179.59 | 998.23 | 1100.00 | -101.77 |
| 81 | Caddo Parish | 85 | 439.70 | 326.88 | 778.23 | 1023.00 | -244.77 |
| 82 | Caddo Parish | 86 | 647.43 | 12.92 | 670.22 | 652.00 | 18.22 |
| 83 | Caddo Parish | 87 | 758.11 | 224.81 | 996.04 | 1150.00 | -153.96 |
| 84 | Caddo Parish | 88 | 363.89 | 593.04 | 967.61 | 1041.00 | -73.39 |
| 85 | Caddo Parish | 89 | 353.28 | 466.42 | 835.10 | 814.00 | 21.10 |
| 86 | Caddo Parish | 90 | 809.66 | 480.64 | 1309.30 | 1212.00 | 97.30 |
| 87 | Caddo Parish | 91 | 756.59 | 618.88 | 1400.40 | 1326.00 | 74.40 |
| 88 | Caddo Parish | 92 | 400.28 | 472.88 | 888.62 | 809.00 | 79.62 |
| 89 | Caddo Parish | 93 | 419.99 | 423.79 | 853.45 | 819.00 | 34.45 |
| 90 | Caddo Parish | 94 | 532.19 | 375.98 | 926.00 | 974.00 | -48.00 |
| 91 | Caddo Parish | 95 | 421.51 | 612.42 | 1043.63 | 1228.00 | -184.37 |
| 92 | Caddo Parish | 97 | 141.01 | 286.83 | 430.40 | 425.00 | 5.40 |
| 93 | Caddo Parish | 98 | 157.69 | 166.67 | 339.96 | 368.00 | -28.04 |
| 94 | Caddo Parish | 99 | 285.05 | 28.42 | 324.18 | 303.00 | 21.18 |
| 95 | Caddo Parish | 100 | 730.82 | 126.62 | 869.08 | 937.00 | -67.92 |
| 96 | Caddo Parish | 101 | 380.57 | 458.67 | 855.76 | 853.00 | 2.76 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 97 | Caddo Parish | 102 | 197.11 | 440.58 | 645.01 | 718.00 | -72.99 |
| 98 | Caddo Parish | 103 | 421.51 | 487.10 | 921.81 | 1153.00 | -231.19 |
| 99 | Caddo Parish | 104 | 200.14 | 1014.25 | 1236.90 | 1510.00 | -273.10 |
| 100 | Caddo Parish | 105 | 148.59 | 521.98 | 677.93 | 653.00 | 24.93 |
| 101 | Caddo Parish | 106 | 609.52 | 342.39 | 964.81 | 1028.00 | -63.19 |
| 102 | Caddo Parish | 107 | 248.66 | 334.64 | 589.12 | 589.00 | 0.12 |
| 103 | Caddo Parish | 108 | 65.20 | 364.35 | 445.20 | 604.00 | -158.80 |
| 104 | Caddo Parish | 109 | 321.44 | 1093.06 | 1434.67 | 1534.00 | -99.33 |
| 105 | Caddo Parish | 110 | 166.78 | 894.09 | 1083.54 | 1140.00 | -56.46 |
| 106 | Caddo Parish | 111 | 338.12 | 14.21 | 353.72 | 367.00 | -13.28 |
| 107 | Caddo Parish | 112 | 251.69 | 363.06 | 622.04 | 737.00 | -114.96 |
| 108 | Caddo Parish | 113 | 278.98 | 440.58 | 731.42 | 811.00 | -79.58 |
| 109 | Caddo Parish | 114 | 419.99 | 74.94 | 497.27 | 610.00 | -112.73 |
| 110 | Caddo Parish | 115 | 201.66 | 1084.02 | 1305.93 | 1325.00 | -19.07 |
| 111 | Caddo Parish | 122 | 1037.09 | 202.85 | 1251.72 | 1530.00 | -278.28 |
| 112 | Caddo Parish | 123 | 204.69 | 701.57 | 916.93 | 941.00 | -24.07 |
| 113 | Caddo Parish | 125 | 404.83 | 627.93 | 1047.34 | 1041.00 | 6.34 |
| 114 | Caddo Parish | 126 | 107.65 | 450.92 | 569.18 | 516.00 | 53.18 |
| 115 | Caddo Parish | 127 | 59.13 | 301.04 | 363.78 | 333.00 | 30.78 |
| 116 | Caddo Parish | 128 | 248.66 | 1186.09 | 1450.18 | 1750.00 | -299.82 |
| 117 | Caddo Parish | 129 | 544.32 | 538.78 | 1112.78 | 1235.00 | -122.22 |
| 118 | Caddo Parish | 132 | 212.27 | 1019.41 | 1255.36 | 1205.00 | 50.36 |
| 119 | Caddo Parish | 133 | 180.43 | 470.30 | 651.92 | 672.00 | -20.08 |
| 120 | Caddo Parish | 134 | 83.39 | 205.43 | 293.71 | 302.00 | -8.29 |
| 121 | Caddo Parish | 135 | 288.08 | 705.45 | 1011.46 | 992.00 | 19.46 |
| 122 | Caddo Parish | 136 | 263.82 | 1697.73 | 1992.41 | 1847.00 | 145.41 |
| 123 | Caddo Parish | 137 | 312.34 | 684.78 | 1017.52 | 1035.00 | -17.48 |
| 124 | Caddo Parish | 138 | 33.36 | 208.02 | 247.34 | 222.00 | 25.34 |
| 125 | Caddo Parish | 139 | 115.23 | 944.48 | 1064.46 | 937.00 | 127.46 |
| 126 | Caddo Parish | 140 | 113.72 | 248.07 | 366.91 | 327.00 | 39.91 |
| 127 | Caddo Parish | 142 | 43.97 | 505.19 | 550.34 | 456.00 | 94.34 |
| 128 | Caddo Parish | 143 | 254.72 | 983.24 | 1241.49 | 1059.00 | 182.49 |
| 129 | Caddo Parish | 144 | 447.28 | 494.85 | 952.83 | 759.00 | 193.83 |
| 130 | Caddo Parish | 145 | 19.71 | 37.47 | 57.18 | 44.00 | 13.18 |
| 131 | Caddo Parish | 146 | 68.23 | 293.29 | 368.54 | 316.00 | 52.54 |
| 132 | Caddo Parish | 149 | 112.20 | 251.95 | 365.29 | 289.00 | 76.29 |
| 133 | Caddo Parish | 151 | 45.49 | 175.72 | 222.39 | 183.00 | 39.39 |
| 134 | Caddo Parish | 154 | 40.94 | 67.19 | 108.12 | 85.00 | 23.12 |
| 135 | Caddo Parish | 155 | 39.42 | 129.20 | 171.20 | 144.00 | 27.20 |
| 136 | Caddo Parish | 156 | 191.04 | 189.93 | 384.54 | 294.00 | 90.54 |
| 137 | Caddo Parish | 157 | 77.33 | 280.37 | 367.09 | 307.00 | 60.09 |
| 138 | Caddo Parish | 158 | 247.14 | 1239.06 | 1513.39 | 1463.00 | 50.39 |
| 139 | Caddo Parish | 159 | 409.38 | 801.06 | 1222.47 | 1235.00 | -12.53 |
| 140 | Caddo Parish | 160 | 57.62 | 403.11 | 465.50 | 460.00 | 5.50 |
| 141 | Caddo Parish | 161 | 33.36 | 416.03 | 458.86 | 420.00 | 38.86 |
| 142 | Caddo Parish | 162 | 104.62 | 742.92 | 855.84 | 816.00 | 39.84 |
| 143 | Caddo Parish | 163 | 212.27 | 387.61 | 601.27 | 661.00 | -59.73 |
| 144 | Caddo Parish | 165 | 136.46 | 280.37 | 422.69 | 433.00 | -10.31 |
| 145 | Caddo Parish | 166 | 118.27 | 454.80 | 580.16 | 564.00 | 16.16 |
| | **TOTAL** | | **55110** | **48021** | **104875**[21] | **106414** | **1539** |

---

[21] As reported earlier this does not include 37 votes for the omitted candidate.