# **<u>EXHIBIT A</u>**



# Transcript of Michael McClanahan, Designated Representative

**Date:** September 8, 2023
**Case:** Nairne, et al. -v- Ardoin

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

3

4   DR. DOROTHY NAIRNE,     :     CIVIL ACTION NO.:

5   et al.,                 :     3:22-cv-00178-SDD-SDJ

6            Plaintiffs,    :

7   v.                      :     Chief Judge

8   R. KYLE ARDOIN, in his  :     Shelly D. Dick

9   official capacity as    :     Magistrate Judge

10  Secretary of State of   :     Scott D. Johnson

11  Louisiana,              :

12           Defendant.     :

13  -----------------------x

14

15              30(b)(6) DEPOSITION

16      OF LOUISIANA STATE CONFERENCE OF THE NAACP

17          through their representative

18              MICHAEL McCLANAHAN

19             CONDUCTED VIRTUALLY

20          FRIDAY, SEPTEMBER 8, 2023

21              10:04 a.m. EST

22

23  Job No.:  506194

24  Pages 1 - 137

25  Reported by:  APRIL REID

```
1              Deposition of MICHAEL McCLANAHAN, held

2      virtually.  All appeared remotely.

3

4                  A P P E A R A N C E S

5

6              ON BEHALF OF THE NAACP LEGAL DEFENSE AND

7      EDUCATIONAL FUND, INC.:

8              VICTORIA "TORI" WENGER, ESQ.

9              SARA ROHANI, ESQ.

10             STUART NAIFEH, ESQ.

11             40 Rector Street

12             Fifth Floor

13             New York, NY  10006

14

15             ON BEHALF OF THE DEFENDANT:

16             CASSIE HOLT, ESQ.

17             ALYSSA M. RIGGINS, ESQ.

18             NELSON MULLINS RILEY & SCARBOROUGH, LLP

19             301 Hillsborough Street

20             Suite 1400

21             Raleigh, NC  27603

22             (919) 877-3800

23

24

25
```

```
1      A P P E A R A N C E S   cont'd

2

3   ALSO ON BEHALF OF THE DEFENDANT:

4   JOHN C. WALSH, ESQ.

5   JOHN C. CONINE, JR., ESQ.

6   SHOWS, CALL & WALSH, L.L.P.

7   628 St. Louis Street

8   Baton Rouge, LA  70802

9   (225) 346-1461

10

11  ON BEHALF OF LEGISLATIVE INTERVENORS:

12  ERIKA PROUTY, ESQ.

13  BAKER HOSTETLER

14  200 Civic Center Drive

15  Suite 1200

16  Columbus, OH  43215

17  (614) 462-4710

18

19

20

21

22

23

24

25
```

```
 1      A P P E A R A N C E S  cont'd

 2

 3    ALSO PRESENT:

 4

 5    AMANDA LAGROUE,

 6    Louisiana Attorney General's Office

 7

 8    ROB CLARK, ESQ.

 9    AMANDA GIGLIO, ESQ.

10    DAKOTA KNEHANS, ESQ.

11    Cozen O'Connor - observing only

12

13    ALORA THOMAS-LUNDBORG, ESQ.

14    ACLU

15

16    JACK ADCOCK

17

18    JACKSON SCHUELER,

19    Remote Technician

20

21

22

23

24

25
```

1            MS. HOLT:  Oh, Exhibit 4.  Excuse me.

2            (Exhibit 4 was marked for identification

3            and is attached to the transcript.)

4            REMOTE TECHNICIAN:  Yes.  The Amended

5       Complaint was Exhibit 3.

6            MS. HOLT:  Thank you.  Thank you.

7       Counting is not a lawyer's strong suit.

8            Okay.  And if we can please scroll

9       through this entire document for Mr.

10       McClanahan.

11  BY MS. HOLT:

12       Q.   Okay.  Mr. McClanahan, do you recognize

13  this document?

14       A.   Yes.

15            MS. HOLT:  And if we can go back to the

16       top.

17       Q.   And what is this document?

18       A.   It is the Plaintiff, NAACP Louisiana

19  State Conference's Supplemental Responses and

20  Objections to Defendant Ardoin's First Set of

21  Interrogatories and First Set of Requests for

22  Production of Documents to the Organizational

23  Plaintiffs.

24       Q.   Thank you.  I know that's a long title.

25            MS. HOLT:  If we can turn to the very

1              last page of this Exhibit 4, please.

2     BY MS. HOLT:

3         Q.    Mr. McClanahan, do you recall signing

4     that verification?

5         A.    Yes.

6         Q.    So you understand that these responses

7     you've sworn to answer in the best of your

8     knowledge and belief?

9         A.    Yes.

10             MS. HOLT:   Now, if we can turn back to

11        the bottom of page 1.  And if we can include

12        the top of page 2 in this view we're

13        looking -- yeah.  Great.

14        Q.    Mr. McClanahan, can you please read that

15    Interrogatory No. 3 to yourself and let me know

16    when you're finished.

17        A.    Okay.  Read the --

18        Q.    Perfect.

19        A.    -- first and the -- okay.

20        Q.    Okay.  Do you see part (a) there?

21        A.    Right.

22        Q.    And can you read that out loud for the

23    record.

24        A.    "Identify the members of your

25    organization living in each challenged district."

1      Q.   Thank you.

2           MS. HOLT:  And if we can look down on

3      page 2 to the response.  Great.

4      Q.   Can you please read that first paragraph

5  in the response to paragraph (a).  I'm sorry.

6  It's the second paragraph down under Supplemental

7  Response, starting with -- it starts with the

8  subsection (a).

9      A.   Do I read it silently or out loud?

10     Q.   If you can read it out loud for the

11 record, please.

12     A.   "Plaintiff has identified at least one

13 member who resides in, among others, each of the

14 following Louisiana senate districts:  2, 5, 7, 8,

15 10, 14, 15, 17, 19, 31, 36, 38 and 39."

16     Q.   Great.  Thank you.

17          Is every senate district listed in this

18 response?

19          MS. ROHANI:  Objection, calls for a

20     legal conclusion.

21          You can answer.

22     A.   Now repeat your question again.

23     Q.   Sure.

24          How many senate districts does Louisiana

25 have?

1          MS. ROHANI:  Objection.

2          You can answer.

3     A.   I don't know.  Off the top of my head, I

4  don't know.  I know --

5     Q.   That's totally fine.

6          Do you see the number 1 in this

7  response?

8     A.   I see 1 down by the house districts.

9     Q.   Okay.

10    A.   But I don't see nothing by the senate.

11    Q.   So what I'm getting at is:  Can we agree

12  that there are numbers missing between 1 and 39 in

13  this response?

14    A.   Okay.  All right.  We can.

15    Q.   So what does the Louisiana State

16  Conference mean when it says it has identified at

17  least one member?

18         MS. ROHANI:  Objection.

19         You can answer.

20    A.   Okay.  It means that we have at least

21  one member living in these identified senatorial

22  districts, 2, 5, 7, 8, 10, 14, 15, 17, 19, 31, 36,

23  38, and 39.

24    Q.   And how do you know that?

25         MS. ROHANI:  Objection.

1      A.   Well, what we've done is looked at these

2   maps, the legal maps of the -- that were passed,

3   looked at the illustrative maps.  And I'm from

4   Louisiana.  I'm a -- I'm from north Louisiana, the

5   best part of Louisiana.  It's Sabine Parish in

6   Zwolle, Louisiana.  But I've been all over the

7   state of Louisiana as the NAACP State Conference

8   president.  And as I -- as I cross-reference

9   these, I do know that we have members residing in

10  all of these -- these senatorial districts.

11      Q.   Sir, I believe you testified earlier

12  that you don't receive any reports on membership

13  from the branches; is that correct?

14      A.   I don't receive a report about member --

15  about membership, but I receive -- you know, they

16  tell me what they're doing.  I receive -- I

17  receive activity reports.

18      Q.   So how do you know the members or

19  what -- what members are in which house -- or

20  which senate district?  Excuse me.

21           MS. ROHANI:  Objection.

22      A.   Okay.  I'm a native.  I'm a native

23  Louisianan.  I've been all over the state.

24           I've gone to many of these parishes

25  where they have branches and they have Freedom

1    Fund banquets.

2                I've gone to many of these areas where

3    we've had to deal with police brutality.

4                I've gone to many of these areas where

5    we've had to deal with voter registration.

6                I've gone to many of these areas where

7    they've had an issue with school systems, the

8    desegregation suits.

9                I've gone to many of these areas where

10   we had to go talk to the senate -- the senator for

11   that particular area.

12               I've gone to many of these areas because

13   I've gone to the football games with members.

14               And we've had rallies at these various

15   places.

16               I've attended parades in these various

17   areas.

18               I'm familiar with leadership.  I might

19   not be familiar with every member, but I'm

20   familiar with the leadership of those various

21   areas.

22               And so -- and sometime members come up

23   to me and say, Mr. McClanahan, how you doing, I'm

24   a member.  I might remember that day.  I might not

25   remember his face, but I remember I met them

1    there.

2            So I'm familiar with having members

3    in -- at least one member that reside in each one

4    of these questioned senatorial districts.

5        Q.   Do you know those members' home

6    addresses?

7            MS. ROHANI:  Objection, to the extent

8        that this is protected by attorney-client

9        privilege.

10           But you can answer.

11       A.   I've gone to some of their homes.  I

12   haven't -- probably haven't gone to all of them,

13   but I've gone to a lot of homes.  And not only

14   eaten gumbo, but crackers.  I'm telling you.

15           I was up in Cottonport last night.

16   That's right outside of Marksville, right.

17           And I've gone to those places and I've

18   sat down.

19           And I've also attended funerals.

20           But I might not have gone to each home,

21   but I've gone to enough of them to understand that

22   we have members that reside there.

23       Q.   So let me -- let me try it this way.  So

24   do you see how it lists Senate District 2?

25       A.   Yes.

1      Q.    The member identified in that

2  district -- I'm not asking for their identity, but

3  do you know their home address?

4          MS. ROHANI:  Objection.

5      A.    I know they live there, yes.

6      Q.    How do you know that?

7      A.    Because I've already looked at that

8  particular area, and I know we have at least one.

9  I might not know every one at -- at that

10 particular senatorial dist- -- address, but I know

11 at least one of the membership that stays in that

12 area.  And I know -- I've been to the homes.  I've

13 been -- most of these homes I've been to.

14          And Louisiana is a welcoming state.

15 We -- we love to bring you in, watch some LSU,

16 southern football and eat some barbecue and some

17 dirty rice and some -- so I've been to many of

18 those homes.  And so I -- I can get to most of

19 their homes from -- just on memory alone.

20     Q.    Okay.  Now, Mr. McClanahan, I'm -- I'm

21 not doubting that you go to certain members'

22 homes.

23          What I'm getting at is:  This response

24 says that plaintiff has identified at least one

25 member who resides in Senate District 2.  Now, I

1    want to know how you know that.

2              MS. ROHANI:  Objection.

3              You can answer.

4         A.   Okay.  So as I alluded to earlier, the

5    senate districts are a whole lot larger than the

6    house representative districts, right.  So I do

7    know, based upon looking -- and looking at the

8    maps that have the parishes -- Louisiana has

9    parishes, not counties.  So looking at the

10   parishes, cross-referencing them with our

11   branches, where our branch is located, it's easy.

12   I know that easily, that we have branches in and

13   the members that make up the branches in these

14   particular senatorial districts.

15        Q.   Does "member" mean member in good

16   standing?

17             MS. ROHANI:  Objection.

18        A.   Either you're a member or you're not.

19   Either you're a member -- paid dues member or

20   you're not.  I don't know if there's a quasi -- a

21   place where members go until they get in good

22   standing.  I'm not aware of anything like that.

23             So if your $30 paid up, then I want

24   everybody on the call, on this Zoom, that paid

25   their $30 to become a member of the oldest and the

1    boldest civilized organization in the country.

2         Q.   So how did you verify that the

3    identified member was, in fact, a member?

4              MS. ROHANI:  Objection.

5              I want to make sure that none of these

6         answers Mr. McClanahan gives invites

7         discussions or consultation with counsel, he

8         or the NAACP had with counsel.

9         A.   Repeat your question.

10        Q.   Sure.

11             So how did you verify that the

12   identified member in Senate District 2 was

13   actually a member of the NAACP?

14        A.   Well, I do know that we have at least

15   one member -- several members.  And so I looked at

16   the -- I know the leadership of the various

17   branches, and I know that somebody from the

18   leadership lives in that area.  And if they're not

19   part of the leadership, then the branch would know

20   because national would tell them that, you know,

21   this -- this person or that person cannot be part

22   of the leadership because they're not a member.

23   But I haven't -- I haven't gotten anything saying

24   that the leadership as the branch has it is not in

25   good standing.

1          So when I look around and go to these

2     places, I speak to the presidents, vice

3     presidents, or some -- somebody in leadership.

4     And they're situated, living in these questioned

5     senatorial districts.

6          Q.   Mr. McClanahan, did you have a

7     conversation with a local branch president whose

8     jurisdiction covers Senate District 2 before this

9     litigation?

10          MS. ROHANI:  Objection.

11          Apologies, Cassie.

12          A.   Okay.  So what I've done, you know, I

13     have these calls, the quarterly meetings, I have

14     the state convention, and we talk about issues

15     that affect them.

16          So we know -- we know that, once we

17     talked about how the state looks like, they were

18     going to -- going to vote.  We decided as a group.

19     And it included members from all of these

20     questioned senatorial districts.  And we -- we

21     decided as a group, as a -- to -- to agree to a

22     lawsuit.

23          Q.   Mr. McClanahan, I'm a little confused

24     because I believe you testified that you don't get

25     membership lists and that you rely on the local

1    branches to tell you about their members.  But how

2    do you -- how do you know, then, what members

3    actually reside in which senate districts?

4           How did you identify those particular

5    members?

6           MS. ROHANI:  Objection.

7           Again, I want to make sure that, Mr.

8      McClanahan, the answers you give invite [sic]

9      conversations you've discussed with counsel,

10      including General Counsel.

11      A.   As I alluded to you before, I looked --

12    I cross-referenced the legal maps, the

13    illustrative maps with the membership.  The

14    state -- the state map had -- with the parishes in

15    it, right, with the parishes.  And I

16    cross-referenced that.  And I've been to many of

17    these places, and I know the membership and I know

18    the leadership.  And they're there, at least one

19    or two.

20           And I know the leadership.  That means

21    the president, vice president, secretary,

22    treasurer, the various vice presidents are in

23    those areas.  I know that.  I know that.  I've

24    been to their homes and I know -- I know this area

25    well.  I know the terrain of Louisiana, if I don't

1  know anything else.

2      Q.   Okay.  Now, you said you

3  cross-referenced the map.  Did you cross-reference

4  the map of the membership list?

5      A.   I --

6           MS. ROHANI:  Objection.

7           THE WITNESS:  Go ahead.

8           MS. ROHANI:  Objection.

9           Please go ahead and answer.

10     A.   I cross-referenced the maps with -- with

11  the -- with the vice president and those areas

12  that they represent, the vice president.  So

13  the -- so the maps would have the parish.  Because

14  that, based upon my knowledge -- I know for a fact

15  that I've been in those towns and I've sat down at

16  those tables.  And I know for a fact that I was in

17  2, 5, and I got calls from members in 14 and 15.

18  And I've attended funerals in 38, 39.  All over

19  the state of Louisiana I've been.  And I've sat

20  down and I've talked to members.  And we've

21  rallied together in all of those senatorial

22  districts in question.

23           MS. ROHANI:  Counsel, I would like to

24      ask for a quick five-minute break, if

25      possible.

1          MS. HOLT:  Okay.  We can certainly do

2     that.

3          Would you like to meet back -- I guess

4     we're about -- we can go ahead and do a

5     little bit longer than five because every

6     time I look at the clock, it keeps going up.

7     You want to do 11:55?

8          MS. ROHANI:  That's fine.

9          MS. HOLT:  10:55 your time.

10          MS. ROHANI:  That's fine.

11          We just need to clarify.  We think

12     there's an issue with the attorney-client

13     privilege.  That's fine.

14          MS. HOLT:  Okay.  Do you need to consult

15     with -- well, no.  I'll -- that's totally

16     fine.  All right.

17          MS. ROHANI:  We'll be back at 11:55.

18          (Recess in proceedings.)

19  BY MS. HOLT:

20      Q.   Mr. McClanahan, before the break --

21          MS. HOLT:  And if we could bring back up

22     Exhibit 4, please.

23          Thank you.

24      Q.   Mr. McClanahan, before the break we were

25  talking about the second paragraph there regarding

1    the identification of members in Louisiana senate

2    districts.

3              And do -- do you see the senate

4    districts identified in 3(a), Mr. McClanahan?

5         A.   Yes, I do.

6         Q.   Did you review any list or document with

7    addresses and names to verify that a branch member

8    lives in each of these districts?

9         A.   I didn't -- I didn't look at a list.  I

10   didn't have a list.  But I do know, and -- and in

11   reviewing this, talked with my lawyers and we took

12   the legal maps and illustrative maps, put

13   together.  And based upon our conversations -- and

14   I told them that I've been all over these places,

15   and I could identify where members live in these

16   particular senatorial districts.

17        Q.   Did you speak with any branch leaders

18   for the purpose of identifying these districts?

19             MS. ROHANI:  Objection.

20             You can answer.

21        A.   Did I speak to any -- any leadership

22   about the districts?

23        Q.   Any branch leaders.

24        A.   What do you mean, "speak with" them?

25        Q.   Did you ask any branch leaders whether

1    they had been a member and residing in each of

2    these senate districts?

3            MS. ROHANI:  Objection.

4            You can answer.

5        A.   Well, besides going to these branch --

6    branches, branches and branch meetings, I know for

7    a fact because I've been to all of them.  There's

8    probably not too many branches I haven't visited.

9    And I visited all of these.  I know the

10   leadership.

11           And in preparing for this, I speak with

12   my lawyers.  I know these.  I know this.  We have

13   members there.  We have branches there in these

14   districts and these areas.  And -- and the

15   membership's excited about being a part of the

16   NAACP.

17       Q.   So I don't believe you answered my

18   question there.

19           I -- I asked if you spoke with specific

20   branch leaders for the purpose of answering this

21   interrogatory.

22           MS. ROHANI:  Objection.

23           You can answer.

24       A.   I -- I may have spoke with some, but may

25   have spoke with all.  But a good many of them, in

1    terms of our Monday call, in terms of our

2    quarterly meetings, in terms of our state

3    conventions about -- about this litigation.  And,

4    you know, they all agreed that we have members in

5    these districts.  I know for a fact they have

6    members in these districts.  I've been there.

7            And so in terms of the leadership, we

8    know that there's -- somebody lives in each one of

9    those districts from the leadership team.

10   Q.   Now, you just said we know individuals

11   live in each of those districts from the

12   leadership team.

13           What particular conversations did you

14   have or documents did you review to come up with

15   that conclusion?

16       MS. ROHANI:  Objection, again, with

17       respect that it seeks information covered by

18       attorney-client privilege.

19           But, President McClanahan, anything

20       that's not, you can feel free to answer.

21   A.   Well, I do know that I've been to and

22   having these -- all these quarterly meetings,

23   quarterly meetings and conventions, going to all

24   of these Freedom Fund banquets, going to these

25   galas in every -- these towns, in these -- I do

1  know that we have somebody there.  And in talking

2  to -- on the calls about this litigation,

3  preparing them for as we go down toward the end of

4  this litigation, I'm aware of members that stay in

5  each one of these districts.

6       Q.   Are those members black?

7       A.   Our membership is diverse.

8       Q.   Yes, but you said you're aware of

9  members in the specific district.

10           Is the member that you're aware of

11  black?

12      A.   It all depends.  It all depends on where

13  the senatorial district is located at.

14      Q.   Okay.

15      A.   But most of it's black.

16      Q.   So the member that you say you

17  identified for Senate District 2, is that member

18  black?

19      A.   I probably -- identify it in my head,

20  probably 2.  And yes, that one's probably black.

21      Q.   How do you -- you said "probably."  What

22  do you -- what do you mean in your -- in your

23  head?  What do you mean by "probably" and in your

24  head?

25      A.   Because our membership is diverse.  I

1    was at a meeting on -- last night where the

2    members were -- where two or three of the members

3    were white.  And so it's -- you know.  So -- and

4    Louisiana is diverse.  And so our membership also

5    refers diversity.  And so I can't assume that the

6    member's going to be black because he could have

7    very well been white.

8        Q.    Okay.  Do you know if that member is

9    registered to vote?

10       A.    No, I don't.

11       Q.    And would your answer -- I asked you

12   specifically about Senate District 2.  Would your

13   answer be the same for the other senate districts

14   listed here?

15       A.    Probably so.

16       Q.    Okay.  So this response to part (a)

17   regarding the senate districts, is that based on

18   your own personal knowledge?

19       A.    If I would have to say an answer, yes.

20       Q.    I'm sorry, I didn't hear that first

21   part.

22       A.    Yes.  Yes, it's based upon my personal

23   knowledge, and it's based upon me talking with the

24   lawyers and me looking at the maps, the

25   illustrative maps, me looking at the illegal maps

1   that we looking -- I know where I've been and

2   where the membership resides through the state --

3   the state of Louisiana, yes.

4       Q.   Mr. McClanahan, who is that member who

5   live -- who's been identified who lives in Senate

6   District 2?

7              MS. ROHANI:  Objection.

8              Direct not to answer.

9       Q.   Mr. McClanahan, who is that member who

10  has been identified who resides in District 5?

11             MS. ROHANI:  Objection.

12             Direct not to answer.

13             MS. HOLT:  And, Sara, is your

14       instruction going to be the same for every

15       senate district on this list?

16             MS. ROHANI:  Correct.

17             I just want to clarify that there was a

18       motion to compel filed in order to get this

19       information already, and it was denied.  So

20       these are questions that shouldn't be asked

21       in this deposition.  It's really improper to

22       even ask that.

23             MS. HOLT:  Sara, we intend to challenge

24       that.

25             And in addition, the motion -- the

1    denial of the motion to compel didn't say

2    that we couldn't ask these questions at

3    30(b)(6).

4        MS. ROHANI:  It is still -- at this

5    current point, it was denied.

6        You -- it's not appropriate to be asking

7    personally-identifiable information from the

8    president.

9        MS. HOLT:  Sure.  And I understand that

10   it's been denied.  I need to ask these

11   questions to create a record, and it is a

12   topic in the 30(b)(6) notice.

13       MS. ROHANI:  I just want to get on the

14   record that it is improper to even ask.  This

15   is based on First Amendment privileges, and

16   my answers will be exactly the same for every

17   single district.

18       MS. HOLT:  And is your objection going

19   to be the same for Senate District 15?

20       MS. ROHANI:  Yes.

21       MS. HOLT:  Even though Mr. McClanahan

22   lives in Senate District 15?

23       MS. ROHANI:  Yes.

24       MS. HOLT:  Okay.

25

1    BY MS. HOLT:

2        Q.   All right.  So let's now go to that

3    second paragraph of this response.

4             Mr. McClanahan, can you please read that

5    out loud, for the record?

6        A.   "Plaintiff has identified at least one

7    member who lives in, among others, each of the

8    following Louisiana House Districts:  1, 2, 3, 4,

9    5, 6, 7, 8, 9, 13, 22, 25, 27, 34, 35, 36, 37, 47,

10   57, 58, 59, 60, 61, 62, 63, 65, 66, 67, 68, 69,

11   70, 80, 88, and 101.

12       Q.   Thank you, Mr. McClanahan.

13            Is that -- do you know how many house

14   districts Louisiana has?

15       A.   No, I don't.  Not off the top of my

16   head.

17       Q.   Let's see.  Do you see number 10 in this

18   response?

19       A.   No, I don't.

20       Q.   So is it fair to say that not all the

21   Louisiana house districts are listed in this

22   response?

23       A.   Right.

24       Q.   Okay.  Now, did you review any list or

25   documents with names and addresses to verify that

1    a member lives in each of these house districts?

2           A.    I didn't have a list.

3           Q.    Okay.  What did you have?

4                 MS. ROHANI:  Objection.

5           Q.    You can answer, I believe.

6                 MS. ROHANI:  No.  Direct not to answer.

7                 MS. HOLT:  Direct not to answer?  Okay.

8                 MS. ROHANI:  Yeah.  It's confidential.

9                 MS. HOLT:  Okay.

10   BY MS. HOLT:

11          Q.    On -- Mr. McClanahan, do you have

12   personal knowledge of at least one member

13   identified in each of these house districts?

14          A.    Yes.

15          Q.    And how do you know that?

16                MS. ROHANI:  Objection.

17                Direct not to answer.

18                MS. HOLT:  Sara, I'm a little confused.

19                MS. ROHANI:  My apologies, Cassie.  I

20          merely object to the extent that this may be

21          covered by attorney-client privileges;

22          however, Mr. McClanahan can answer how.  My

23          apologies.

24                MS. HOLT:  Okay.

25          A.    Okay.  Well, as I alluded to you in the

1    answer to (a), that I'm a native Louisianan.  How

2    I travel this whole state, bad roads and all, and

3    I looked at the illustrative maps, I looked at the

4    illegal maps, and I know -- I know that we have

5    members in the house district because the house

6    district is smaller than the senatorial district.

7            So we eat, watch football games.  We go

8    to festivals.  We go to Freedom Fund banquets.  I

9    go to protest police brutality.  We go to stand in

10   the school district or -- or kicking our kids out

11   of school for literally nothing.  I go there to

12   test medication or -- or healthcare, inadequate

13   healthcare.  I've been to these areas and I've

14   stood with members.  Stood with members in all of

15   these areas.

16           And so I know, based upon looking at the

17   illustrative maps, looking at the illegal maps,

18   and just knowledge of Louisiana, talked with our

19   lawyers, knowing that we have a plaintiff -- we've

20   identified at least one member in each one of

21   these house districts.

22       Q.   Mr. McClanahan, how many house -- do you

23   know how many house districts Baton Rouge has?

24       A.   I don't, not off the top of my head.

25       Q.   Sure.

1          Is it more than one?

2     A.    Yes.

3     Q.    How did you verify that at least one

4  member lives in at least two house districts in

5  Baton Rouge?

6          MS. ROHANI:  Again, objection, to the

7     extent that there are maybe privileged

8     communications.

9          However, President McClanahan, you can

10    answer.

11         THE WITNESS:  Okay.

12    A.    You say Baton Rouge?

13    Q.    Yes, sir.

14    A.    I used to be Baton Rouge vice president,

15 so I know for a fact that we have at least one or

16 two members living in each of the house districts

17 in Baton Rouge area.

18    Q.    How do you know that those members

19 didn't move?

20    A.    I live in Baton Rouge.  I know them

21 personally.

22    Q.    Okay.

23    A.    On more times than not I've been to

24 their house.  And then I've probably helped fix

25 their house, repair their house.

1     Q.   Okay.

2     A.   You know, we've been through floods and

3  all that, hurricane.  So I've been there.  I've

4  been the president -- when I was branch

5  president -- branch president, that they can call

6  on me to also pray for them and to welcome them,

7  you know, when they have bursts and to help grieve

8  with them when they've had losses.

9          So I've been to many of the houses.

10  Been on the Southern University branch.  I've been

11  to these homes and cheered on the Jaguars.  Been

12  to these homes to cheer on the Tigers.  And so

13  we're familiar with those here in the Baton Rouge

14  area in the house districts.

15     Q.   When you go to a home, do you know which

16  house district you're in when you visit?

17     A.   Probably so.

18     Q.   Probably so?

19     A.   Probably so.  In the State of Louisiana,

20  probably.  And in Baton Rouge, probably so.

21     Q.   Now, there's -- there's other house

22  districts listed outside of Baton Rouge in this

23  response; is that correct?

24     A.   Yes.

25     Q.   Did you speak with any branch leaders

1    for the purposes of verifying this interrogatory

2    as to the house districts?

3              MS. ROHANI:  Objection.

4              You can answer.

5         A.   Okay.  You know, I've spoke with

6    leadership all over the state through the various

7    means I alluded to earlier.  And the response

8    would be the same because, you know, I know, and

9    they would tell me in these various house

10   districts.  And so I'm confident that I've spoken

11   with, or they made their voices known.  And so

12   they agreed with what we're doing.

13        Q.   Did you have a specific meeting with a

14   specific branch president --

15             MS. ROHANI:  Objection --

16        Q.   -- about these house districts?

17             MS. HOLT:  Oh.  I apologize, Sara.

18             MS. ROHANI:  My apologies, Cassie.  I

19        keep doing that.

20             Objection.

21             But you can answer.

22        A.   I've had conversation with a number of

23   members about -- about the -- about the methods we

24   were about to employ and the various issues that

25   we deal with.  And the leadership, which reflects

1    the membership, agrees that we should employ these

2    methods on these various house districts.

3             So I've spoken to them individually, but

4    they speak in global.  When they speak through --

5    the membership speak through the leadership.

6        Q.   But that -- there wasn't a specific

7    conversation with a branch leader.  That was my

8    question.

9        A.   If there was, I don't remember.  Because

10   a lot of times when we -- when we have these

11   various meetings, these various calls, they'll

12   speak out; they want to be part of this.  And so

13   sometimes they're speaking for themselves

14   individually, but -- but when they speak, they

15   speak as -- as a head, so they represent the whole

16   branch.

17       Q.   So for the house districts that are in

18   other parts of the state, like New Orleans, how do

19   you -- how did you identify a member who lived in

20   that specific house district?

21            MS. ROHANI:  Objection.

22            You can answer.

23       A.   Well, I'm a Louisiana native.  And I've

24   lived in New Orleans also.  And I've known -- I've

25   known each president, branch president of Orleans

1    for the last -- probably the last ten -- ten

2    years.  And I've sit with them all.  I know New

3    Orleans pretty good now.  So, you know, I've spoke

4    with the leadership and the membership when I

5    was -- then.

6                I used to be the administrator for the

7    entire branch.  That means when they're -- when

8    the branch president was in between.  And so I've

9    spoken with them.  And I -- I know Orleans.  And I

10   can say that I've spoken to -- not individually,

11   as the administrator.  But also in speaking with

12   the membership about -- about this.  And we have a

13   member, at least one member in each one of

14   these -- this house district in New Orleans in

15   question.

16       Q.    Mr. McClanahan, when did you speak with

17   the New Orleans branch president about this case?

18             MS. ROHANI:  Objection.

19       A.    I don't know a -- if you're asking for a

20   specific date and time, I'm not that good.  I'm

21   sorry.  But I spoke with him because he gets on

22   our Monday calls, too.  And he and I are friends.

23   I speak with him regularly.

24       Q.    Okay.  Now, Mr. McClanahan, sitting here

25   today, can you identify which house districts are

1    within New Orleans?

2         A.   I'm not -- I'm not that good.  I

3    don't -- I don't even know where my kids' rooms

4    are in my own house.

5         Q.   Do you know if any of the members

6    identified in these house districts are registered

7    voters?

8         A.   No, I don't.

9         Q.   Do you know if they are black?

10        A.   No, I don't.  Because the membership is

11   diverse.  And then when you talk about Orleans,

12   you're talking about really diversity, so I

13   wouldn't know.

14        Q.   Okay.  Now, let's see, house district

15   or -- yeah, House District 1, who is the member

16   who you identified that lives in House District 1?

17             MS. ROHANI:  Again, objection.

18             Direct not to answer.

19             MS. HOLT:  All right.  And, Sara, is

20        your objection and instruction going to be

21        the same for every house district --

22             MS. ROHANI:  Yes, ma'am.

23             MS. HOLT:  -- listed here?

24             MS. ROHANI:  Yes, Cassie.

25             MS. HOLT:  All right.

1        So if we can go to the very last

2        paragraph -- oh, we don't need to scroll.  I

3        apologize.  That's just -- my eyes need to go

4        down.

5   BY MS. HOLT:

6        Q.   All right.  Mr. McClanahan, can you

7   please read this last paragraph out loud for the

8   record.

9        A.   "Plaintiff has identified at least one

10  member who would reside in each of the newly

11  created majority-Black districts or the newly

12  unpacked majority-Black districts in Bill Cooper's

13  June 2023 illustrative plans, including, among

14  others, illustrative House Districts 1, 3, 4, 29,

15  34, 38, 57, 58, 60, 61, 63, 65, 68, 69, and 101,

16  and illustrative Senate Districts 2, 7, 15, 17,

17  19, 38, and 39."

18       Q.   Thank you, Mr. McClanahan.

19            And some of these questions are going to

20  be the same as the previous sections.

21            But how did you identify a member that

22  lives in these illustrative districts?

23       A.   Well, being a native Louisianan, I

24  looked at the illustrative maps, looked at the

25  illegal -- illegal maps, and I know the areas,

1    spoke with my -- my lawyers, and I know these

2    areas and I know the membership that lives there.

3    And it was easy for me to identify where branches

4    are, where the leadership lives, and members live

5    in these particular districts.

6        Q.    Did you review any other documents to

7    make that determination?

8        A.    I didn't have a list or anything.

9              I spoke with my lawyers.  We got

10   together, and -- and I know -- I looked at the

11   illegal maps, which was the -- I looked at the

12   illustrative maps and, you know, came to the

13   conclusion, based upon the -- the membership,

14   based upon our -- where our branches are located.

15   We came to the conclusion.

16             I've been in these areas.  I've been in

17   these homes.  I've been in these football

18   stadiums.  I've been in these courtrooms.  I've

19   been here and I've been there.  I've eaten here

20   and I've bought from here.

21             And so we came to the conclusion that we

22   have persons -- because when I would go there, I

23   wouldn't go there by myself.  I would go there at

24   the request of the membership.  I would go there

25   at the request of the leadership.

1      Q.   So is it fair to say that this response

2   is based off your personal knowledge?

3      A.   Based upon my personal knowledge, and

4   it's based upon the information that the lawyers

5   and I talked about.

6      Q.   And did you speak with any branch

7   presidents to identify members that live in these

8   illustrative districts?

9           MS. ROHANI:  Objection.

10          But you can answer.

11          THE WITNESS:  Okay.

12     A.   So when I would have these quarterly

13  meetings and these state conventions and we would

14  talk about what's -- so I would keep them updated,

15  right.  And we would talk about these districts.

16  Literally talk about these districts.  And based

17  upon me talking to them about this -- this

18  litigation, about where we're headed with

19  litigation, we all agree -- they agreed with me

20  that we have somebody who lives in each one of

21  these districts in question.

22     Q.   Did you show them Mr. Cooper's

23  illustrative districts?

24          MS. ROHANI:  Objection.

25          You can answer.

1          A.    I didn't show them, per se, but we

2    talked about the districts, the numbers

3    themselves.  I probably didn't have the map to

4    show them.  If I did, I didn't have -- you know, I

5    didn't pull it up on a particular screen or

6    anything like that.  But we talked about the areas

7    in question, as you talk about Orleans, as you

8    talk about Baton Rouge.  It's easy for me to say

9    that to them, East Baton Rouge, Orleans Parish, or

10   Caddo Parish or Sabine Parish.

11         Q.    Do you know if any of those members

12   identified are registered to vote?

13         A.    No, I don't.

14         Q.    Do you know if any of those members

15   identified are black?

16         A.    Yes.

17         Q.    How do you know that?

18               MS. ROHANI:  Objection.

19               You can answer.

20               THE WITNESS:  Okay.

21         A.    Because in talking with some of them, or

22   two or three of them, they identify as black

23   because I know them personally.

24         Q.    And who are those members?

25               MS. ROHANI:  Objection.

1          Direct not to answer.

2    BY MS. HOLT:

3        Q.   Mr. McClanahan, so your sworn testimony

4    today is that you have identified members in each

5    of the districts listed in this interrogatory

6    response; is that correct?

7        A.   If the document you're talking about is

8    the one that I signed, yes.

9        Q.   Are you aware if any court cases or

10   local branches of the NAACP have been compelled to

11   produce member names?

12         MS. ROHANI:  Objection.

13         But you can answer.

14       A.   I'm not, because the NAACP is a vast

15   organization, so I wouldn't be aware of that kind

16   of stuff.

17       Q.   All right.

18         MS. HOLT:  We are done with this exhibit

19       for now.

20         And I'd like to pull up a document

21       called "NAACP's Responses to Defendant's

22       First Set of Discovery," which we -- I would

23       like to have marked as Exhibit 5, please.

24         (Exhibit 5 was marked for identification

25         and is attached to the transcript.)