IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

## **NOTICE OF CONSTITUTIONAL QUESTION**

Pursuant to Federal Rule of Civil Procedure 5.1(a), Defendant R. Kyle Ardoin, in his official capacity as Secretary of State of Louisiana, and Intervenor-Defendants, the State of Louisiana through the Attorney General, and Speaker of the House Clay Schexnayder; and President of the Senate Patrick Page Cortez (collectively, "Defendants") hereby file a notice of constitutional question. The questions, as raised initially in Defendant's Affirmative Defenses [Rec. Doc. No. 32], and born out through discovery in this matter are as follows:

1. Defendants assert that finding for Plaintiffs requires interpreting the Voting Rights Act in a way that calls its constitutionality into question because the Voting Rights Act's inherently race-based remedies, as applied to the facts in this matter and at this time, are not justified by present conditions, and are not congruent and proportional to the exercise of congressional power under the Fourteenth and Fifteenth Amendments to authorize race-based redistricting indefinitely as articulated by Justice Kavanaugh in his concurrence in *Allen v. Milligan*, 599 U.S. 1, 45, 143 S. Ct. 1487, 1519, 216 L. Ed. 2d 60 (2023).

2. To grant the relief Plaintiffs seek, the Court must interpret the Voting Rights Act in a way that violates the U.S. Constitution.

Pursuant to Federal Rule of Civil Procedure 5.1 Defendants will also serve a copy of this Notice on the Department of Justice.

Respectfully submitted, this the 9th day of November, 2023.

By: */s/Michael W. Mengis*
LA Bar No. 17994
BAKERHOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Fax: (713) 751-1717
Email: mmengis@bakerlaw.com

E. Mark Braden*
Katherine L. McKnight*
Richard B. Raile*
BAKERHOSTETLER LLP
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Patrick T. Lewis*
BAKERHOSTETLER LLP
127 Public Square, Ste. 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
Robert J. Tucker*
BAKERHOSTETLER LLP
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com

*/s/ Phillip J. Strach*
Phillip J. Strach*
    *Lead Counsel*
Thomas A. Farr*
John E. Branch, III*
Alyssa M. Riggins*
Cassie A. Holt*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
tom.farr@nelsonmullins.com
john.branch@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com

*/s/ John C. Walsh*
John C. Walsh, LA Bar Roll No. 24903
John C. Conine, Jr., LA Bar Roll No. 36834
**SHOWS, CALL & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467
john@scwllp.com
coninej@scwllp.com

*\* Admitted pro hac vice*

*Counsel for Defendant R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana*

| | |
|---|---|
| *\* Admitted pro hac vice*<br><br>*Counsel for Legislative Intervenors, Clay Schexnayder, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his Official Capacity as President of the Louisiana Senate* | Jeff Landry<br>Louisiana Attorney General<br>By: */s/ Jeffrey M. Wale*<br>Angelique Duhon Freel (LSBA No. 28561)<br>Carey Tom Jones (LSBA No. 07474)<br>Amanda M. LaGroue (LSBA No. 35509)<br>Jeffrey M. Wale (LSBA No. 36070)<br>OFFICE OF THE ATTORNEY GENERAL<br>LOUISIANA DEPARTMENT OF JUSTICE<br>1885 N. Third St.<br>Baton Rouge, LA 70804<br>(225) 326-6000 phone<br>(225) 326-6098 fax<br>freela@ag.louisiana.gov<br>jonescar@ag.louisiana.gov<br>lagrouea@ag.louisiana.gov<br>walej@ag.louisiana.gov<br><br>Jason B. Torchinsky\* (DC Bar No 976033)<br>Phillip M. Gordon\* (DC Bar No. 1531277)<br>Brennan Bowen\* (AZ Bar No. 36639)<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY & JOSEFIAK, PLLC<br>15405 John Marshall Hwy.<br>Haymarket, VA 20169<br>Telephone: (540) 341-8808<br>Facsimile: (540) 341-8809<br>jtorchinsky@holtzmanvogel.com<br>pgordon@holtzmanvogel.com<br>bbowen@holtzmanvogel.com<br><br>*\*Admitted pro hac vice* |