# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
NOVEMBER 27, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

DOROTHY NAIRNE, et al

versus

R. KYLE ARDOIN, in his capacity
as Secretary of State of Louisiana, et al.

CIVIL ACTION

22-178-SDD-SDJ

This matter came on this day for a *Bench Trial*.

PRESENT:   Megan C. Keenan, Esq.
           Victoria Wenger, Esq.
           Sarah E. Brannon, Esq.
           Stuart C. Naifeh, Esq.
           Josephine M. Bahn, Esq.
           Robert S. Clark, Esq.
           Tiffany Alora Thomas, Esq.
           Amanda Giglio, Esq.
           John N. Adcock, Esq.
           Sara Rohani, Esq.
           Dayton Campbell-Harris, Esq.
           Counsel for Plaintiffs

           Phillip J. Strach, Esq.
           John Carroll Walsh, Esq.
           John Clifton Conine, Jr., Esq.
           Thomas A. Farr, Esq.
           Cassie Holt, Esq.
           Alyssa Riggins, Esq.
           Counsel for R. Kyle Ardoin

           Robert J. Tucker, Esq.
           Michael W. Mengis, Esq.
           Katherine L. McKnight, Esq.
           Patrick T. Lewis, Esq.
           Counsel for Intervenor Schexnayder and Cortez

       Phillip Michael Gordon, Esq.
       Amanda Marie LaGroue, Esq.
       Brenan Bowen, Esq.
       Jeffrey Michael Wale, Esq.
       Angelique Duhon Freel, Esq.
       Counsel for Intervenor State of Louisiana

Counsel make appearances.

For oral reasons given, the Court DENIES the Joint Motion to Stay Proceedings.[1]

Court and parties go over preliminary matters.

Stipulations and Joint Exhibits 1-54 are admitted into the record.

The following persons are sworn and testify:

       Dr. Dorothy Nairne
       Rev. Clee Earnest Lowe
       Rev. Steven Harris
       Dr. Alice Washington
       Michael McClanahan
       Cedric Glover

Exhibits filed.

Court recesses until November 28, 2023, at 9:00 a.m.

                  * * * * *

S. Thompson/Reporter
C:  CV 6; T 6 hrs.

                  * * * * *

---

[1] Rec. Doc. 184.