**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

MINUTE ENTRY:
NOVEMBER 28, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

DOROTHY NAIRNE, et al

versus

R. KYLE ARDOIN, in his capacity
as Secretary of State of Louisiana, et al.

CIVIL ACTION

22-178-SDD-SDJ

This matter came on this day for continuation of the *Bench Trial*.

PRESENT:   Megan C. Keenan, Esq.
Victoria Wenger, Esq.
Sarah E. Brannon, Esq.
Stuart C. Naifeh, Esq.
Josephine M. Bahn, Esq.
Robert S. Clark, Esq.
Tiffany Alora Thomas, Esq.
Amanda Giglio, Esq.
John N. Adcock, Esq.
Sara Rohani, Esq.
Dayton Campbell-Harris, Esq.
Garrett Muscatel, Esq.
Counsel for Plaintiffs

Phillip J. Strach, Esq.
John Carroll Walsh, Esq.
John Clifton Conine, Jr., Esq.
Thomas A. Farr, Esq.
Cassie Holt, Esq.
Alyssa Riggins, Esq.
Counsel for R. Kyle Ardoin

Robert J. Tucker, Esq.
Michael W. Mengis, Esq.
Katherine L. McKnight, Esq.
Patrick T. Lewis, Esq.
Counsel for Intervenor Schexnayder and Cortez

J-55 and J-56 are admitted into the record.

Dr. Lisa Handley, is sworn, tendered, accepted as an expert in the field of redistricting and minority vote dilution, and testifies. Exhibits filed.

Defendants moved for admission of Dr. Solanky's testimony. For oral reasons given, the Court denied the motion.

Dr. Craig Colten, is sworn, tendered, accepted as an expert in the field of historical geography in Louisiana, and testifies. Exhibits filed.

Dr. R. Blakeslee Gilpin, is sworn, tendered, accepted as an expert in the field of Louisiana history, and testifies. Exhibits filed.

William Cooper, is sworn, tendered, accepted as an expert in the field of demographic census data and redistricting, and testifies. Exhibits filed.

Court recesses until Wednesday, November 29, 2023, at 9:00 a.m.

\* \* \* \* \*

G. Delatte-Richard and Natalie Breaux/Reporters
C:  CV 6; T 6 hrs.

\* \* \* \* \*

CV 38c; 30 mins.