# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

AMENDED MINUTE ENTRY:
NOVEMBER 29, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

DOROTHY NAIRNE, et al

versus

R. KYLE ARDOIN, in his capacity
as Secretary of State of Louisiana, et al.

CIVIL ACTION

22-178-SDD-SDJ

This matter came on this day for continuation of the *Bench Trial*.

PRESENT:  Megan C. Keenan, Esq.
Victoria Wenger, Esq.
Sarah E. Brannon, Esq.
Stuart C. Naifeh, Esq.
Josephine M. Bahn, Esq.
Robert S. Clark, Esq.
Tiffany Alora Thomas, Esq.
Amanda Giglio, Esq.
John N. Adcock, Esq.
Sara Rohani, Esq.
Dayton Campbell-Harris, Esq.
Garrett Muscatel, Esq.
Counsel for Plaintiffs

Phillip J. Strach, Esq.
John Carroll Walsh, Esq.
John Clifton Conine, Jr., Esq.
Thomas A. Farr, Esq.
Cassie Holt, Esq.
Alyssa Riggins, Esq.
Counsel for R. Kyle Ardoin

Robert J. Tucker, Esq.
Michael W. Mengis, Esq.
Katherine L. McKnight, Esq.
Patrick T. Lewis, Esq.
Counsel for Intervenor Schexnayder and Cortez

Bill Cooper resumes his testimony.  Exhibits filed.

Dr. Traci Burch, is sworn, tendered, accepted as an expert in the field of racial discrimination, political participation and barriers to voting, and testifies.  Exhibits filed.

Plaintiffs rest.

Court recesses until Thursday, November 30, 2023, at 9:00 a.m.

\* \* \* \* \*

S. Thompson and Natalie Breaux/Reporters
C:  CV 6; T 6 hrs.

\* \* \* \* \*

CV 38c; 30 mins.