# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
NOVEMBER 30, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

DOROTHY NAIRNE, et al

versus

R. KYLE ARDOIN, in his capacity
as Secretary of State of Louisiana, et al.

CIVIL ACTION

22-178-SDD-SDJ

This matter came on this day for continuation of the *Bench Trial*.

PRESENT:   Megan C. Keenan, Esq.
Victoria Wenger, Esq.
Sarah E. Brannon, Esq.
Stuart C. Naifeh, Esq.
Josephine M. Bahn, Esq.
Robert S. Clark, Esq.
Tiffany Alora Thomas, Esq.
Amanda Giglio, Esq.
John N. Adcock, Esq.
Sara Rohani, Esq.
Dayton Campbell-Harris, Esq.
Garrett Muscatel, Esq.
Counsel for Plaintiffs

Phillip J. Strach, Esq.
John Carroll Walsh, Esq.
John Clifton Conine, Jr., Esq.
Thomas A. Farr, Esq.
Cassie Holt, Esq.
Alyssa Riggins, Esq.
Counsel for R. Kyle Ardoin

Robert J. Tucker, Esq.
Michael W. Mengis, Esq.
Katherine L. McKnight, Esq.
Patrick T. Lewis, Esq.
Counsel for Intervenor Schexnayder and Cortez

Counsel present argument relative to *Joint Motion to Dismiss.*[1] Court takes under advisement until close of evidence.

Page Cortez is sworn and testifies.

Dr. John Alford is sworn, tendered, accepted as an expert in the field voting behavior and redistricting, and testifies. Exhibit filed.

Sean Trende is sworn, tendered, accepted as an expert in political methodology, American politics with emphasis on voting behavior and redistricting and voting rights act. Exhibits filed.

Court recesses until Friday, December 1, 2023, at 9:00 a.m.

\* \* \* \* \*

Teri Norton/Reporter
C:  CV 6; T 5.5 hrs.

---

[1] Rec. Doc. 187.