**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

MINUTE ENTRY:
DECEMBER 1, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

DOROTHY NAIRNE, et al

versus

R. KYLE ARDOIN, in his capacity
as Secretary of State of Louisiana, et al.

CIVIL ACTION

22-178-SDD-SDJ

This matter came on this day for continuation of the *Bench Trial*.

PRESENT:  Megan C. Keenan, Esq.
Victoria Wenger, Esq.
Sarah E. Brannon, Esq.
Stuart C. Naifeh, Esq.
Josephine M. Bahn, Esq.
Robert S. Clark, Esq.
Tiffany Alora Thomas, Esq.
Amanda Giglio, Esq.
John N. Adcock, Esq.
Sara Rohani, Esq.
Dayton Campbell-Harris, Esq.
Garrett Muscatel, Esq.
Counsel for Plaintiffs

Phillip J. Strach, Esq.
John Carroll Walsh, Esq.
John Clifton Conine, Jr., Esq.
Thomas A. Farr, Esq.
Cassie Holt, Esq.
Alyssa Riggins, Esq.
Counsel for R. Kyle Ardoin

Robert J. Tucker, Esq.
Michael W. Mengis, Esq.
Katherine L. McKnight, Esq.
Patrick T. Lewis, Esq.
Counsel for Intervenor Schexnayder and Cortez

Sean Trende resumes his testimony.

Dr. Douglas Johnson, is sworn, tendered, accepted as an expert in political science redistricting, political geography and maptitude software, and testifies.  Exhibits filed.

Counsel for Intervenor moved to reconsider the *Motion in Limine*[1] as it pertains to Dr. Douglas Johnson.  Parties present argument.  The Court denied the motion.  Intervenor-51 and Intervenor-58 are admitted in the record with redactions that reflect the court's ruling on the *Motion in Limine*.  Counsel will be permitted to submit new records in JERS for proffer.

Dr. Michael Barber, is sworn, tendered, accepted as an expert in political science, American politics, voting behavior and patterns, and simulated maps, and testifies.  Exhibits filed.

Court recesses until Monday, December 4, 2023, at 9:00 a.m.

\* \* \* \* \*

Teri Norton/Reporter
C:  CV 6; T 5.5 hrs.

---

[1] Rec. Doc. 156.