IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

## DECLARATION OF GARRETT MUSCATEL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Garrett Muscatel, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. A Certificate of Good Standing from the State of New York dated November 27, 2023 is attached as Exhibit 2 to the accompanying motion for admission. The Certificate confirms that I, Garrett Muscatel, was duly admitted to practice in all the courts of New York State on November 20, 2023 and am in good standing as a member of the bar.

1

2

4.    Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 30, 2023	Respectfully submitted,

*/s/ Garrett Muscatel*
Garrett Muscatel
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
gmuscatel@aclu.org