# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
DECEMBER 4, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

DOROTHY NAIRNE, et al

versus

R. KYLE ARDOIN, in his capacity
as Secretary of State of Louisiana, et al.

CIVIL ACTION

22-178-SDD-SDJ

This matter came on this day for continuation of the *Bench Trial*.

PRESENT:   Megan C. Keenan, Esq.
Victoria Wenger, Esq.
Sarah E. Brannon, Esq.
Stuart C. Naifeh, Esq.
Josephine M. Bahn, Esq.
Robert S. Clark, Esq.
Tiffany Alora Thomas, Esq.
Amanda Giglio, Esq.
John N. Adcock, Esq.
Sara Rohani, Esq.
Dayton Campbell-Harris, Esq.
Garrett Muscatel, Esq.
Counsel for Plaintiffs

Phillip J. Strach, Esq.
John Carroll Walsh, Esq.
John Clifton Conine, Jr., Esq.
Thomas A. Farr, Esq.
Cassie Holt, Esq.
Alyssa Riggins, Esq.
Counsel for R. Kyle Ardoin

Robert J. Tucker, Esq.
Michael W. Mengis, Esq.
Katherine L. McKnight, Esq.
Patrick T. Lewis, Esq.
Counsel for Intervenor Schexnayder and Cortez

Dr. Michael Barber resumes his testimony.

Sherri Wharton Hadskey is sworn and testifies.

Dr. Alan Murray, is sworn, tendered, accepted as an expert in geographic demographic analysis, special analytics as it relates to race and statistics, and testifies. Exhibits filed.

Dr. Jeffrey Lewis, is sworn, tendered, accepted as an expert in Political science, quantitative methods, and racially polarized voting analysis, and testifies. Exhibits filed.

Court recesses until Tuesday, December 5, 2023, at 10:00 a.m.

\* \* \* \* \*

S. Thompson and G. Delatte-Richard/Reporter
C:  CV 6; T 6.5 hrs.