IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DOROTHY NAIRNE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>Defendant. | Case No. 3:22-cv-178-SDD-SDJ |

## UNITED STATES' NOTICE OF INTERVENTION PURSUANT TO 28 U.S.C. § 2403(a)

Pursuant to 28 U.S.C. § 2403(a) and in response to Defendant and Intervenor-Defendants' Notice of Constitutional Question, ECF No. 178, the United States hereby respectfully notifies the Court that it exercises its right to intervene in this proceeding to defend the constitutionality of Section 2 of the Voting Rights Act, 52 U.S.C. § 10301. Unless otherwise directed by the Court, the United States will submit a brief addressing Defendant and Defendant-Intervenors' constitutional arguments by December 19, 2023.

Date:  December 7, 2023

                                                    Respectfully submitted,

| | |
|---|---|
| RONALD C. GATHE, JR.<br>United States Attorney<br>Middle District of Louisiana | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| /s/ Justin A. Jack<br>JUSTIN A. JACK, LBN 36508<br>Assistant United States Attorney<br>777 Florida Street, Suite 208<br>Baton Rouge, Louisiana 70801<br>Phone: (225) 389-0443<br>Fax: (225) 389-0685<br>E-mail: justin.jack@usdoj.gov | /s/ Daniel J. Freeman<br>TIMOTHY F. MELLETT<br>DANIEL J. FREEMAN<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street NE, Room 8.923<br>Washington, DC 20530<br>Phone: (800) 253-3931<br>Fax: (202) 307-3961<br>Email: daniel.freeman@usdoj.gov |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 7, 2023, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

              /s/ Justin A. Jack
              Justin A. Jack, LBN 36508
              Assistant United States Attorney