IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DOROTHY NAIRNE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>Defendant. | Case No. 3:22-cv-178-SDD-SDJ |

**NOTICE OF APPEARANCE**
**ATTORNEY REPRESENTING THE UNITED STATES OF AMERICA**

Pursuant to Local Rule 83(b)(4), the undersigned hereby notifies the Clerk of the Court of the appearance of Daniel J. Freeman as lead counsel for Intervenor United States of America on behalf of the United States Department of Justice, Civil Rights Division. Mr. Freeman's contact information is as follows:

>Daniel J. Freeman (N.Y. Bar No. 4582037)
>Trial Attorney
>Voting Section, Civil Rights Division
>U.S. Department of Justice
>4 Constitution Square
>150 M Street NE, Room 8.143
>Washington, DC 20530
>Phone: (202) 305-5451
>Fax: (202) 307-3961
>daniel.freeman@usdoj.gov

Respectfully submitted this 7th day of December, 2023,

          UNITED STATES OF AMERICA, by

          RONALD C. GATHE, JR.
          UNITED STATES ATTORNEY


          /s/ Justin A. Jack
          Justin A. Jack, LBN 36508
          Assistant United States Attorney
          777 Florida Street, Suite 208
          Baton Rouge, Louisiana  70801
          Telephone: (225) 389-0443
          Fax: (225) 389-0685
          E-mail: justin.jack@usdoj.gov


## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *Notice of Appearance* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

    Baton Rouge, Louisiana, this 7th day of December, 2023.


          /s/ Justin A. Jack
          Justin A. Jack, LBN 36508
          Assistant U.S. Attorney