# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Dorothy Nairne, et al.,
Plaintiff

v.

R. Kyle Ardoin
Defendant

Civil Action No. 3:22-cv-178-SDD-SDJ

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1, Intervenor, United States of America provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Dorothy Nairne, Clee E. Lowe, Rose Thompson, Alice Washington, Steven Harris, Black Voters Matter Capacity Building Institute, Louisiana State Conference of the NAACP, Adcock Law LLC, John Adcock, Ronald Lawrence Wilson, American Civil Liberties Union Foundation, Sarah E. Brannon, Megan C. Keenan, Sophia Lin Lakin, Dayton Campbell-Harris, Luis Manuel Rico Roman, the ACLU Foundation of Louisiana, Nora Ahmed, Stephanie Legros, Cozen O'Connor, Michael de Leeuw, Amanda Giglio, Josephine Bahn, Robert S. Clark, NAACP Legal Defense & Educational Fund, Inc., Jared Evans, Kathryn C. Sadasivan, Leah C. Aden, Stuart C. Naifeh, Victoria Wenger, I. Sara Rohani, National Association for the Advancement of Colored People, Daniel J. Hessel, Tiffany Alora Thomas, R. Kyle Ardoin, Shows, Cali & Walsh LLP, John Carroll Walsh, John Clifton Conine, Jr., Baker & Hostetler LLP, Michael W. Mengis, Efrem Mark Braden, Erika Dackin Prouty, Katherine L. McKnight, Patrick T. Lewis, Richard B. Raile, Robert J. Tucker, Nelson Mullins Riley & Scarborough LLP, Alyssa Riggins, Cassie Holt, Phillip J. Strach, Thomas A. Farr, Charlton J. Meginley, John E. Branch, III, Clay Schexnayder, Patrick Page Cortez, State of Louisiana, Office of the Louisiana Attorney General, Elizabeth Baker Murrill, Amanda Marie LaGrone, Andrew B. Pardue, Angelique Duhon Freel, Michael W. Mengis, Holtzman Vogel Josefiak Torchinsky PLLC, United States of America, U.S. Department of Justice, U.S. Attorney's Office, MDLA, Brennan Bowen, Carey T. Jones, Jason Brett Torchinsky, Jeffrey Michael Wade, Phillip Michael Gordon

Justin A. Jack, LBN 36508
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.