# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
DECEMBER 5, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

DOROTHY NAIRNE, et al

versus

R. KYLE ARDOIN, in his capacity
as Secretary of State of Louisiana, et al.

CIVIL ACTION

22-178-SDD-SDJ

This matter came on this day for continuation of the *Bench Trial*.

PRESENT:   Megan C. Keenan, Esq.
   Victoria Wenger, Esq.
   Sarah E. Brannon, Esq.
   Stuart C. Naifeh, Esq.
   Josephine M. Bahn, Esq.
   Robert S. Clark, Esq.
   Tiffany Alora Thomas, Esq.
   Amanda Giglio, Esq.
   John N. Adcock, Esq.
   Sara Rohani, Esq.
   Dayton Campbell-Harris, Esq.
   Garrett Muscatel, Esq.
   Counsel for Plaintiffs

   Phillip J. Strach, Esq.
   John Carroll Walsh, Esq.
   John Clifton Conine, Jr., Esq.
   Thomas A. Farr, Esq.
   Cassie Holt, Esq.
   Alyssa Riggins, Esq.
   Counsel for R. Kyle Ardoin

   Robert J. Tucker, Esq.
   Michael W. Mengis, Esq.
   Katherine L. McKnight, Esq.
   Patrick T. Lewis, Esq.
   Counsel for Intervenor Schexnayder and Cortez

Dr. Jeffrey Lewis resumes his testimony.  Exhibits filed.

Defendants proffer exhibits.

Defendants rest.

Dr. Marvin King is sworn, tendered, accepted as an expert in political science, voting behavior and racially polarized voting, and testifies as a rebuttal witness.  Exhibits filed.

The Court advised the parties that no argument at the close of hearing will be necessary but will allow the parties to submit simultaneous briefs with citations, not to exceed 40 pages.  Briefing shall be submitted by close of business on Tuesday, December 19, 2023.

Dr. Cory McCartan is sworn, tendered, accepted as an expert in redistricting and use of simulations in redistricting, and testifies as a rebuttal witness.  Exhibit filed.

Dr. Lisa Handley is sworn and testifies on rebuttal. Exhibit filed.

Defendants renew their *Rule 52c Motion.*

Court takes this matter under advisement.

*  *  *  *  *

N. Breaux/Reporter
C:  CV 6; T 5.5 hrs.