# Exhibit 1

Figure 5: Location of Black and White populations in Cooper Illustrative District 1. One blue dot represents 10 Black residents of voting age. One orange 'x' represents 10 White residents of voting age. Dashed blue lines reflect Parish boundaries.



Figure 6: Most compact group of Black residents of voting age in Cooper Illustrative District 1 sufficient to constitute a majority of the population in the district, using the moment of inertia approach. Here, dashed blue lines indicate the outer boundary of precincts containing the most compact group. This is the most compact collection of at least 16,737 Black residents of voting age this approach identifies within the boundaries of of Illustrative District 1.

