# Exhibit 1

```
1                    UNITED STATES DISTRICT COURT
2                    MIDDLE DISTRICT OF LOUISIANA
3
4   DOROTHY NAIRNE, ET AL      *      CIVIL ACTION
                               *
5   VERSUS                     *      NO. 3:22-178-SDD
                               *
6   KYLE ARDOIN, ET AL         *      DECEMBER 4, 2023
                               *
7   * * * * * * * * * * * * * *      MORNING SESSION
8
9                              DAY 6
                             BENCH TRIAL
10              BEFORE THE HONORABLE SHELLY D. DICK
                 UNITED STATES CHIEF DISTRICT JUDGE
11
12
13  APPEARANCES:
14  FOR THE PLAINTIFFS:        AMERICAN CIVIL LIBERTIES UNION
                               FOUNDATION
15                             BY:  MEGAN C. KEENAN, ESQ.
                                    SARAH E. BRANNON, ESQ.
16                                  DAYTON CAMPBELL-HARRIS, ESQ.
                               915 15TH STREET, NW
17                             WASHINGTON, DC 20005
18                             NAACP LEGAL DEFENSE & EDUCATION
                               FUND, INCORPORATED
19                             BY:  VICTORIA WENGER, ESQ.
                                    SARA ROHANI, ESQ.
20                                  STUART C. NAIFEH, ESQ.
                               40 RECTOR STREET, FIFTH FLOOR
21                             NEW YORK, NEW YORK 10006
22                             COZEN O'CONNOR
                               BY:  JOSEPHINE M. BAHN, ESQ.
23                             1200 19TH STREET, NW
                               THIRD FLOOR
24                             WASHINGTON, DC 20036
25
```

```
 1                                      COZEN O'CONNOR
                                        BY:  ROBERT S. CLARK, ESQ.
 2                                      ONE LIBERTY PLACE
                                        1650 MARKET STREET, SUITE 2800
 3                                      PHILADELPHIA, PENNSYLVANIA 19103

 4                                      COZEN O'CONNOR
                                        BY:  AMANDA GIGLIO, ESQ.
 5                                      3 WORLD TRADE CENTER
                                        55TH FLOOR
 6                                      NEW YORK, NEW YORK 10007

 7                                      ELECTION LAW CLINIC
                                        HARVARD LAW SCHOOL
 8                                      BY:  T. ALORA THOMAS, ESQ.
                                        6 EVERETT STREET, SUITE 4105
 9                                      CAMBRIDGE, MASSACHUSETTS 02138

10                                      ADCOCK LAW, LLC
                                        BY:  JOHN N. ADCOCK, ESQ.
11                                      3110 CANAL STREET
                                        NEW ORLEANS, LOUISIANA 70119

12

13   FOR THE DEFENDANT,                 NELSON MULLINS RILEY & SCARBOROUGH,
     KYLE ARDOIN, IN HIS                LLP
14   OFFICIAL CAPACITY AS               BY:  PHILLIP J. STRACH, ESQ.
     SECRETARY OF STATE:                     THOMAS A. FARR, ESQ.
15                                           CASSIE A. HOLT, ESQ.
                                             ALYSSA M. RIGGINS, ESQ.
16                                      4140 PARKLAKE AVENUE, SUITE 200
                                        RALEIGH, NORTH CAROLINA 27612
17
                                        SHOWS, CALI & WALSH, LLP
18                                      BY:  JOHN C. CONINE, JR., ESQ.
                                             JOHN C. WALSH, ESQ.
19                                      628 ST. LOUIS STREET
                                        BATON ROUGE, LOUISIANA 70802
20

21   FOR THE DEFENDANT,                 BAKER & HOSTETLER, LLP
     CLAY SCHEXNAYDER:                  BY:  KATE MCKNIGHT, ESQ.
22                                           ROBERT J. TUCKER, ESQ.
                                             PATRICK LEWIS, ESQ.
23                                      200 CIVIC CENTER DRIVE, SUITE 1200
                                        COLUMBUS, OHIO 43215
24

25
```

```
                                    BAKER & HOSTETLER, LLP
                                    BY:  MICHAEL W. MENGIS, ESQ.
                                    811 MAIN STREET, SUITE 1100
                                    HOUSTON, TEXAS 77002

FOR THE INTERVENOR, THE             HOLTZMAN VOGEL JOSEFIAK
STATE OF LOUISIANA BY AND           TORCHINSKY, PLLC
THROUGH ATTORNEY GENERAL            BY:  BRENNAN BOWEN, ESQ.
JEFF LANDRY:                        2575 EAST CAMELBACK ROAD, SUITE 860
                                    PHOENIX, ARIZONA 85016

                                    HOLTZMAN VOGEL JOSEFIAK
                                    TORCHINSKY, PLLC
                                    BY:  PHILLIP M. GORDON, ESQ.
                                    15404 JOHN MARSHALL HIGHWAY
                                    HAYMARKET, VIRGINIA 20169

                                    LOUISIANA DEPARTMENT OF JUSTICE
                                    BY:  ANGELIQUE D. FREEL, ESQ.
                                         JEFFREY M. WALE, ESQ.
                                         AMANDA M. LAGROUE, ESQ.
                                    1885 N. THIRD STREET
                                    BATON ROUGE, LOUISIANA 70804


OFFICIAL COURT REPORTER:            SHANNON L. THOMPSON, CCR
                                    UNITED STATES COURTHOUSE
                                    777 FLORIDA STREET
                                    BATON ROUGE, LOUISIANA 70801
                                    SHANNON_THOMPSON@LAMD.USCOURTS.GOV
                                    (225)389-3567

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY USING
                 COMPUTER-AIDED TRANSCRIPTION SOFTWARE
```

```
 1                              INDEX
 2                                                              PAGE
 3   PLAINTIFFS' WITNESS:
 4   MICHAEL BARBER, PH.D.
 5        DIRECT EXAMINATION CONTINUED BY MR. FARR                6
 6        CROSS-EXAMINATION BY MR. NAIFEH                         48
 7        REDIRECT EXAMINATION BY MR. FARR                        80
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

09:19 1  WHO ARE HELD IN THE SAME DISTRICT FROM THE PREVIOUS MAP TO THE
2  NEW MAP DISTRICT BY DISTRICT.
3  **Q.** DID MR. COOPER DO A CORE RETENTION ANALYSIS FOR HIS
4  ILLUSTRATIVE MAPS?
5  **A.** HE HAS A REFERENCE TO CORE RETENTION, BUT IT'S IN
6  REFERENCE TO THE DEGREE TO WHICH THE ILLUSTRATIVE MAP RETAINS
7  THE ENACTED MAP, THE 2022 MAP.
8  I CALCULATE CORE RETENTION TO THE DEGREE TO WHICH THE
9  ENACTED MAP AND THE ILLUSTRATIVE MAP RETAIN THE 2011 MAP, WHICH
10 I THINK IS THE MORE APT COMPARISON SINCE THAT'S THE DISTRICTS
11 THAT THE VOTERS ARE COMING FROM IN THE PREVIOUS DECADE.
12 SO WE WOULD WANT TO KNOW WHETHER THE ENACTED MAP IS
13 THE ONE THAT GOES FORWARD OR THE ILLUSTRATIVE MAP IS
14 IMPLEMENTED.  WE WOULD WANT TO KNOW THE DEGREE TO WHICH VOTERS
15 FROM THE PREVIOUS DECADE ARE RETAINED INTO THE DISTRICTS THAT
16 ARE GOING TO BE USED GOING FORWARD.
17 **Q.** OKAY.  AND COULD CORE RETENTION BE AN EXPLANATION FOR WHY
18 MR. COOPER'S ILLUSTRATIVE MAPS CONTAIN MORE MAJORITY-BLACK
19 VOTING AGE POPULATION DISTRICTS THAN THE SIMULATIONS OR THE
20 ENACTED MAPS?
21 **MR. NAIFEH:** OBJECTION.  THAT'S ASKING FOR MR.
22 COOPER'S INTENT AGAIN.
23 **MR. FARR:** MAY I BE HEARD ON THAT, YOUR HONOR?
24 **THE COURT:** YES, YOU MAY.
25 **MR. FARR:** I SHOULD HAVE SAID THIS EARLIER, YOUR

09:20  1  HONOR, BUT I WANT TO MAKE THE POINT THAT THE PLAINTIFFS IN THIS
2  CASE FILED A *DAUBERT* MOTION ON DR. JOHNSON TESTIFYING ABOUT THE
3  SUBJECTIVE INTENT OF MR. COOPER.  THEY DIDN'T FILE A *DAUBERT*
4  MOTION ON DR. BARBER.
5  I WILL SUGGEST TO YOU, YOUR HONOR, THE REASON
6  WHY THEY DIDN'T DO THAT IS -- WE'VE CITED TO A BRIEF IN OUR
7  FINDINGS OF FACT AT DOCUMENT 177, PAGE 34, NOTE 5, THAT WAS
8  FILED BY MS. THOMAS'S ORGANIZATION, THE HARVARD LAW ELECTION
9  SCHOOL CLINIC, WITH THE UNITED STATES SUPREME COURT IN THE
10  SOUTH CAROLINA CASE.
11  AND I WON'T QUOTE IT BECAUSE WE'VE CITED IT TO
12  YOU, BUT THERE'S A LENGTHY DISCUSSION IN THIS CASE ABOUT WHY
13  SIMULATIONS ARE RELEVANT EVIDENCE ON THE INTENT OF THE MAP
14  DRAWER IN A RACIAL CASE WHERE THERE'S A CLAIM OF RACIAL
15  GERRYMANDERING.
16  SO THEY WERE AWARE OF THIS BRIEF AT THE TIME
17  THAT THE *DAUBERT* MOTION WAS FILED.  NO *DAUBERT* MOTION WAS
18  FILED.  AND THEN AFTERWARDS, YOUR HONOR, THERE WAS A
19  STIPULATION ENTERED IN THIS CASE.  AND I'LL TRY TO QUOTE IT THE
20  BEST I CAN.  I THINK IT'S DOCUMENT 182.  BUT THE STIPULATION
21  SAYS THAT THE EXPERT REPORTS OF ALL THE EXPERTS WOULD COME INTO
22  EVIDENCE WITHOUT ANY OBJECTION AS TO THE AUTHENTICITY OR THE
23  ADMISSIBILITY IF THE EXPERT APPEARED TO TESTIFY.  THAT
24  STIPULATION DID NOT SAY IF THE EXPERT APPEARS TO TESTIFY AND
25  HE'S QUALIFIED AS AN EXPERT.  IT DID NOT SAY THAT THE REPORT

09:22 1  COMES INTO EVIDENCE SUBJECT TO SUBSEQUENT MOTIONS TO STRIKE
2  TESTIMONY IN THE REPORT.  IT SAYS THE REPORTS IN EVIDENCE.
3              SO THE PLAINTIFFS HAVE, IN OUR VIEW, WAIVED ANY
4  RIGHT TO OBJECT TO THIS TESTIMONY BY DR. BARBER.  IN ANY CASE,
5  AGAIN, THIS IS NOT TESTIMONY ABOUT MR. COOPER'S SUBJECTED
6  INTENT.  HE'S NEVER MENTIONED MR. COOPER.  HE'S NEVER -- UNLIKE
7  --
8              **THE COURT:**  YOUR QUESTION MENTIONS MR. COOPER.
9              **MR. FARR:**  WHAT'S THAT?
10             **THE COURT:**  YOUR QUESTION MENTIONS MR. COOPER.  AND
11 SO IF -- YOU ARE ONE STEP REMOVED, PERHAPS, FROM CALLING FOR
12 INTENT.  YOUR QUESTION DOESN'T CALL FOR INTENT, BUT YOUR
13 QUESTION CALLS FOR WHAT IS THE CONCLUSION THAT YOU DRAW ABOUT
14 MR. COOPER'S MAPS.
15             **MR. FARR:**  WELL, OKAY, YOUR HONOR, THEN I'M GOING TO
16 HAVE TO READ --
17             **THE COURT:**  AND THAT QUESTION --
18             **MR. FARR:**  -- THE REPORT OR THE BRIEF THAT WAS
19 SUBMITTED BY --
20             **THE COURT:**  YOU DON'T NEED TO DO THAT.
21             **MR. FARR:**  WELL, I NEED TO MAKE A RECORD, YOUR HONOR.
22 IT'S IMPORTANT FOR YOU TO UNDERSTAND THIS, IF I MAY HAVE YOUR
23 PERMISSION, BECAUSE IT EXPLAINS BETTER.  THEY HAVE EXPLAINED
24 BETTER THAN I HAVE BEEN ABLE TO DO, WHY THIS IS RELEVANT
25 TESTIMONY.

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
| 09:24 | 1  | **THE COURT:** IT IS IN THE RECORD. THERE IS A RECORD. |
|       | 2  | I AM OVERRULING THE OBJECTION. ASK YOUR QUESTION AGAIN. |
|       | 3  | **BY MR. FARR:** |
|       | 4  | **Q.** ALL RIGHT, DR. BARBER. DID YOU COMPARE THE CORE RETENTION |
|       | 5  | FIGURES FOR MR. COOPER'S MAP AND FOR THE ENACTED PLAN? |
|       | 6  | **A.** YES. |
|       | 7  | **Q.** WHICH ONE OF THOSE PLANS PERFORMED BETTER? |
|       | 8  | **A.** THE ENACTED MAP. |
|       | 9  | **Q.** CAN YOU TURN TO PAGE 1 OF SECRETARY OF EXHIBIT -- OR |
|       | 10 | EXCUSE ME, PAGE 26 OF SECRETARY EXHIBIT 1, TABLE 5. |
|       | 11 | AND CAN YOU TELL THE COURT WHAT THAT TABLE IS, |
|       | 12 | PLEASE. |
|       | 13 | **A.** SO THIS TABLE SHOWS THE RESULTS OF THE CORE RETENTION |
|       | 14 | ANALYSIS. YOU CAN SEE, THE ROWS SHOW THE VARIOUS RANGES OF |
|       | 15 | CORE RETENTION: THE ENACTED MAP, AND THE NUMBER OF DISTRICTS |
|       | 16 | THAT FALL IN THOSE RANGES FOR THE SENATE; AND THE ILLUSTRATIVE |
|       | 17 | MAP, AND THE NUMBER OF DISTRICTS THAT FALL WITHIN THOSE RANGES. |
|       | 18 | AND THEN AT THE BOTTOM, THE AVERAGE CORE RETENTION IN EACH OF |
|       | 19 | THE MAPS. |
|       | 20 | **Q.** ALL RIGHT. NOW, LET'S TURN TO SECRETARY OF STATE'S |
|       | 21 | EXHIBIT 1, PAGE 65, TABLE 12. |
|       | 22 | AND CAN TELL YOU THE COURT WHAT THAT TABLE IS. |
|       | 23 | **A.** THIS TABLE SHOWS THE SAME ANALYSIS FOR THE HOUSE. SO WE |
|       | 24 | HAVE, AGAIN, CORE RETENTION AND THE VARIOUS RANGES FOR THE |
|       | 25 | ENACTED MAP AND THE ILLUSTRATIVE HOUSE MAP. AND AT THE BOTTOM |

```
11:15   1                THE COURT IS AT RECESS.
        2    (WHEREUPON, A PROFFER WAS MADE OUTSIDE THE PRESENCE OF THE
        3    COURT.  THE PROFFER IS FILED IN A SEPARATE TRANSCRIPT.)
        4                          * * *
        5                       **CERTIFICATE**
        6       I, SHANNON THOMPSON, CCR, OFFICIAL COURT REPORTER FOR THE
        7    UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF LOUISIANA,
        8    CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO
        9    THE BEST OF MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF
       10    PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
       11
       12                                  *Shannon Thompson*
       13                                  SHANNON THOMPSON, CCR
       14                                  OFFICIAL COURT REPORTER
```