1            UNITED STATES DISTRICT COURT

2            MIDDLE DISTRICT OF LOUISIANA

3

4    DOROTHY NAIRNE, ET AL     : CIVIL ACTION

5    VERSUS                    : NO. 3:22-178-SDD

6    KYLE ARDOIN, ET AL        : NOVEMBER 28, 2023

7    ========================================================
                     DAY 2 (AFTERNOON SESSION)
8                         BENCH TRIAL
              BEFORE THE HONORABLE SHELLY D. DICK
9            UNITED STATES CHIEF DISTRICT JUDGE

10                   A P P E A R A N C E S

11

     FOR THE PLAINTIFFS:
12

         AMERICAN CIVIL LIBERTIES UNION FOUNDATION
13       BY: MEGAN C. KEENAN, ESQ.
         BY: SARAH E. BRANNON, ESQ.
14       BY: DAYTON CAMPBELL-HARRIS, ESQ.
         915 15TH STREET, NW
15       WASHINGTON, DC 20005

16       NAACP LEGAL DEFENSE & EDUCATION FUND, INC.
         BY: VICTORIA WENGER, ESQ.
17       BY: SARA ROHANI, ESQ.
         BY: STUART C. NAIFEH, ESQ.
18       40 RECTOR STREET, FIFTH FLOOR
         NEW YORK, NEW YORK 10006
19

         COZEN O'CONNOR
20       BY: JOSEPHINE M. BAHN, ESQ.
         1200 19TH STREET, NW, THIRD FLOOR
21       WASHINGTON, DC 20036

22       COZEN O'CONNOR
         BY: ROBERT S. CLARK, ESQ.
23       ONE LIBERTY PLACE
         1650 MARKET STREET, SUITE 2800
24       PHILADELPHIA, PENNSYLVANIA  19103

25

```
1              A P P E A R A N C E S (CONTINUED)

2         COZEN O'CONNOR
          BY: AMANDA GIGLIO, ESQ.
3         3 WORLD TRADE CENTER, 55TH FLOOR
          NEW YORK, NEW YORK 10007
4
          ELECTION LAW CLINIC
5         HARVARD LAW SCHOOL
          BY: T. ALORA THOMAS, ESQ.
6         6 EVERETT STREET, SUITE 4105
          CAMBRIDGE, MASSACHUSETTS 02138
7
          ADCOCK LAW, LLC
8         BY: JOHN N. ADCOCK, ESQ.
          3110 CANAL STREET
9         NEW ORLEANS, LOUISIANA 70119

10   FOR THE DEFENDANT, KYLE ARDOIN, IN HIS OFFICIAL
     CAPACITY AS SECRETARY OF STATE:
11
          NELSON MULLINS RILEY & SCARBOROUGH, LLP
12        BY: PHILLIP J. STRACH, ESQ.
          BY: THOMAS A. FARR, ESQ.
13        BY: CASSIE A. HOLT, ESQ.
          BY: ALYSSA M. RIGGINS, ESQ.
14        4140 PARKLAKE AVENUE, SUITE 200
          RALEIGH, NORTH CAROLINA 27612
15
          SHOWS, CALI & WALSH, LLP
16        BY: JOHN C. CONINE, JR., ESQ.
          BY: JOHN C. WALSH, ESQ.
17        628 ST. LOUIS STREET
          BATON ROUGE, LOUISIANA 70802
18
          SECRETARY OF STATE'S OFFICE
19        BY: CHARLTON J. MEGINLEY, ESQ.
          8585 ARCHIVES AVENUE
20        BATON ROUGE, LOUISIANA 70809

21   FOR THE DEFENDANT, CLAY SCHEXNAYDER:

22        BAKER & HOSTETLER, LLP
          BY: KATE MCKNIGHT, ESQ.
23        BY: ROBERT J. TUCKER, ESQ.
          BY: PATRICK LEWIS, ESQ.
24        200 CIVIC CENTER DRIVE, SUITE 1200
          COLUMBUS, OHIO 43215
25
```

1              A P P E A R A N C E S (CONTINUED)

2      BAKER HOSTETLER, LLP
       BY: MICHAEL W. MENGIS, ESQ.
3      811 MAIN STREET, SUITE 1100
       HOUSTON, TEXAS 77002
4
   FOR THE INTERVENOR, THE STATE OF LOUISIANA BY AND
5  THROUGH ATTORNEY GENERAL JEFF LANDRY:

6      HOLTZMAN VOGEL JOSEFIAK TORCHINSKY, PLLC
       BY: BRENNAN BOWEN, ESQ.
7      2575 EAST CAMELBACK ROAD, SUITE 860
       PHOENIX, ARIZONA 85016
8
       HOLTZMAN VOGEL JOSEFIAK TORCHINSKY, PLLC
9      BY: PHILLIP M. GORDON, ESQ.
       15404 JOHN MARSHALL HIGHWAY
10     HAYMARKET, VIRGINIA 20169

11     LOUISIANA DEPARTMENT OF JUSTICE
       BY: ANGELIQUE D. FREEL, ESQ.
12     BY: JEFFREY M. WALE, ESQ.
       BY: AMANDA M. LAGROUE, ESQ.
13     1885 NORTH THIRD STREET
       BATON ROUGE, LOUISIANA 70804
14

15

16

17

18

19

20

21       REPORTED BY:  NATALIE W. BREAUX, RPR, CRR
              UNITED STATES COURTHOUSE
22              777 FLORIDA STREET
           BATON ROUGE, LOUISIANA 70801
23              (225) 389-3565

24  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY USING
         COMPUTER-AIDED TRANSCRIPTION SOFTWARE
25

1              I N D E X

2  PLAINTIFFS WITNESS:

3  CRAIG COLTEN                                    PAGE

4      VOIR DIRE EXAMINATION BY MS. KEENAN ............6

5      DIRECT EXAMINATION BY MS. KEENAN ..............18

6      CROSS-EXAMINATION BY MR. FARR .................64

7  ROBERT BLAKESLEE GILPIN

8      DIRECT EXAMINATION BY MR. ADCOCK ..............84

9      CROSS-EXAMINATION BY MR. FARR .................96

10      REDIRECT EXAMINATION BY MR. ADCOCK ...........101

11  WILLIAM S. COOPER

12      VOIR DIRE EXAMINATION BY MS. THOMAS ..........106

13      DIRECT EXAMINATION BY MS. THOMAS .............113

14

15

16

17

18

19

20

21

22

23

24

25

01:05p

1          (NOVEMBER 28, 2023 AFTERNOON SESSION)

2                        PROCEEDINGS

3              (CALL TO THE ORDER OF COURT)

4          THE COURT:  GOOD AFTERNOON.  BE SEATED.

5                READY WITH YOUR NEXT WITNESS?

6          MS. KEENAN:  YES, YOUR HONOR.

7                PLAINTIFFS CALL DR. CRAIG COLTEN.

8          (WHEREUPON, CRAIG COLTEN, BEING DULY SWORN,

9   TESTIFIED AS FOLLOWS.)

10          THE COURTROOM DEPUTY:  WOULD YOU PLEASE

11  STATE YOUR NAME AND SPELL IT FOR THE RECORD.

12          THE WITNESS:  MY NAME IS CRAIG COLTEN.

13  C-R-A-I-G, C-O-L-T-E-N.

14          MS. KEENAN:  YOUR HONOR, BEFORE WE GET

15  STARTED, I'D LIKE TO HAND DR. COLTEN A BINDER WITH

16  SEVERAL DOCUMENTS MARKED AS EXHIBITS IN THIS CASE.

17  MAY I APPROACH?

18          THE COURT:  YOU MAY.

19          MS. KEENAN:  AND, YOUR HONOR, JUST TO

20  CONFIRM YOUR PREFERENCE STATED DURING DR. HANDLEY'S

21  EXAMINATION, WOULD YOU LIKE US TO INTRODUCE THE

22  EXPERT'S REPORTS AND HIS C.V. AT THE OUTSET OR AFTER

23  TENDERING HIM AS AN EXPERT?

24          THE COURT:  IF THERE IS NO OBJECTION, JUST

25  GO AHEAD AND OFFER THEM.

01:07p

1      IS THERE GOING TO BE CROSS ON THE

2  TENDER?  YOU MIGHT WAIT IF YOU'RE GOING TO CROSS ON

3  THE TENDER, MR. FARR.

4      **MR. FARR:**  YOUR HONOR, I'M NOT GOING TO

5  CROSS HIM ON HIS EXPERTISE.  I HAVE NO OBJECTION TO

6  THE ADMISSION OF THE EXPERT REPORT.

7      **THE COURT:**  OR HIS C.V.?

8      **MR. FARR:**  NO, MA'AM.

9      **THE COURT:**  OKAY.  GO AHEAD AND MOVE THEIR

10  ADMISSION.

11      **MS. KEENAN:**  OKAY.  SO, YOUR HONOR, WE'LL

12  MOVE FOR THE ADMISSION OF PLAINTIFFS' EXHIBIT 129,

13  130, 131, AND 132.

14      **THE COURT:**  THE EXHIBITS ARE ADMITTED.

15                  **VOIR DIRE**

16  BY MS. KEENAN:

17   **Q**   SO, DR. COLTEN, I'D LIKE TO START BY ASKING

18  YOU A FEW QUESTIONS ABOUT YOUR QUALIFICATIONS AS AN

19  EXPERT.

20      COULD YOU TURN TO TAB 1 OF THE BINDER YOU

21  HAVE IN FRONT OF YOU.

22   **A**   YES.

23   **Q**   AND WHAT IS THE DOCUMENT IN TAB 1?

24   **A**   IT'S MY CURRICULUM VITAE.

25      **MS. KEENAN:**  LET THE RECORD REFLECT THAT

01:08p

1    CURRICULUM IS -- VITAE -- IS PLAINTIFFS' EXHIBIT 130.

2    **BY MS. KEENAN:**

3        **Q**    DR. COLTEN, COULD YOU TELL US WHAT POSITIONS

4    YOU CURRENTLY HOLD.

5        **A**    MY MAIN POSITION IS PROFESSOR EMERITUS,

6    WHICH BASICALLY IS I'M RETIRED FROM THE LOUISIANA

7    STATE UNIVERSITY DEPARTMENT OF GEOGRAPHY AND

8    ANTHROPOLOGY.  I ALSO HOLD THE POSITION OF SENIOR

9    ADVISOR TO THE WATER INSTITUTE OF THE GULF HERE IN

10   BATON ROUGE.

11       **Q**    AND PRIOR TO YOUR RETIREMENT, HOW LONG WERE

12   YOU AN ACTIVE PROFESSOR?

13       **A**    I WAS AN ACTIVE FULL-TIME PROFESSOR FOR 21

14   YEARS HERE IN BATON ROUGE AND FOUR YEARS IN TEXAS.

15       **Q**    WERE YOU TENURED PRIOR TO YOUR RETIREMENT?

16       **A**    YES, I WAS.

17       **Q**    AND AT YOUR RETIREMENT DID YOU HOLD ANY

18   SPECIFIC TITLE AT LSU?

19       **A**    YES.  I WAS THE HOLDER OF THE CARL O. SAUER

20   PROFESSOR OF GEOGRAPHY.

21       **Q**    AND WHAT'S THAT?

22       **A**    IT'S AN HONORARY TITLE AWARDED TO PEOPLE WHO

23   HAVE DISTINGUISHED THEMSELVES IN THE COURSE OF THEIR

24   CAREER.

25       **Q**    COULD YOU TELL ME ABOUT YOUR EDUCATIONAL

01:09p

1   BACKGROUND.

2       A    CERTAINLY.  I RECEIVED MY BACHELOR OF ARTS

3   DEGREE HERE AT LSU IN 1974, MY MASTER OF ARTS HERE IN

4   BATON ROUGE AT LSU IN 1978, AND MY PH.D. FROM

5   SYRACUSE UNIVERSITY IN 1984.

6       Q    AND WHAT SUBJECT WAS EACH OF YOUR DEGREES

7   IN?

8       A    EACH DEGREE WAS IN GEOGRAPHY.

9       Q    HAVE THE COURSES YOU'VE TAUGHT AS A

10  PROFESSOR SPECIALIZED IN ANY AREA?

11      A    YES.  THEY'VE ALL BEEN IN -- WELL, MOST OF

12  THEM HAVE BEEN IN GEOGRAPHY.

13      Q    AND DO YOU VIEW GEOGRAPHY THROUGH ANY

14  SPECIFIC LENS IN YOUR WORK AS A PROFESSOR AND AS A

15  RESEARCHER?

16      A    YEAH, MY TRAINING WAS IN HISTORICAL

17  GEOGRAPHY, AND I CONTINUE TO PURSUE THAT IN MY

18  RESEARCH AND MY TEACHING.

19      Q    HOW WOULD YOU DEFINE "HISTORICAL GEOGRAPHY"?

20      A    A VERY SHORTHAND WAY OF SAYING IT IS WE

21  STUDY PAST GEOGRAPHIES; WHAT ARE THE PROCESSES AND

22  MOVEMENTS OF PEOPLE AND THINGS THAT CREATE A PLACE IN

23  THE PAST.  WE GO BACK AND TRY TO RECONSTRUCT THAT.

24  ONE OF THE -- AND HOW PLACE EVOLVES OVER TIME.  AND

25  HISTORIANS, FOR EXAMPLE, TEND TO ORGANIZE THINGS

01:10p

1   CHRONOLOGICALLY.  HISTORICAL GEOGRAPHERS TEND TO RELY

2   FIRST ON PLACE AND SPACE TO ORGANIZE THINGS.  SO

3   IT'S -- THAT'S A PRINCIPLE FRAMEWORK FOR WHAT -- THE

4   WORK WE DO.

5       Q    HAVE YOU TAUGHT ANY COURSES ON HISTORICAL

6   GEOGRAPHY?

7       A    YES.  I'VE TAUGHT BOTH A UNDERGRADUATE AND A

8   GRADUATE COURSE IN HISTORICAL GEOGRAPHY.

9       Q    AND WHAT KIND OF THINGS DO YOU COVER IN YOUR

10  COURSE ON HISTORICAL GEOGRAPHY?

11      A    MY UNDERGRADUATE COURSE IS TYPICALLY

12  ORGANIZED INTO THREE MAJOR SECTIONS; THE FIRST BEING

13  A REVIEW OF THE MAJOR FIGURES IN THE FIELD, THEIR

14  CONTRIBUTIONS IN TERMS OF CONCEPTS AND THEORIES.  A

15  SECOND PHASE LOOKS AT METHODS AND SOURCES TO GO ABOUT

16  CONSTRUCTING PAST GEOGRAPHIES.  I INTRODUCE STUDENTS

17  TO HOW TO DO THAT.

18          AND ON THE THIRD SECTION IS WE REVIEW A

19  SERIES OF CASE STUDIES WHERE EXPERTS IN THE FILED WHO

20  HAVE ACTUALLY DONE THIS WOULD TRY TO CRITIQUE THEIR

21  IDEAS, POINT OUT THE -- REALLY THE FAVORABLE

22  EXCELLENT EXAMPLES OF PEOPLE DOING HISTORICAL

23  GEOGRAPHY.

24      Q    HAVE YOU ALSO SUPERVISED DISSERTATIONS

25  RELATING TO HISTORICAL GEOGRAPHY?

01:11p

1    **A**   YES.  I'VE SUPERVISED A NUMBER OF

2    DISSERTATIONS AND SEVERAL IN HISTORICAL GEOGRAPHY.

3       **Q**   APART FROM YOUR ROLE AS A PROFESSOR, HAVE

4    YOU HELD ANY OTHER AFFILIATIONS OR ROLES IN THE FIELD

5    OF HISTORICAL GEOGRAPHY?

6       **A**   IN MY FIRST JOB OUT OF -- AFTER MY PH.D. WAS

7    I WAS RECRUITED TO BE A HISTORICAL GEOGRAPHER WITH

8    THE STATE OF ILLINOIS.

9       **Q**   HOW LONG DID YOU HOLD THAT POSITION?

10      **A**   I WAS WITH THE ILLINOIS DEPARTMENT OF ENERGY

11   AND NATURAL RESOURCES -- SPECIFICALLY THE STATE

12   MUSEUM -- FOR NEARLY A DECADE; A FEW MONTHS SHY OF A

13   DECADE.

14      **Q**   AND YOU MENTIONED YOUR ROLE WITH THE WATER

15   INSTITUTE OF THE GULF.  COULD YOU TELL ME A LITTLE

16   BIT ABOUT YOUR ROLE AND YOUR WORK THERE?

17      **A**   YES.  I WAS BROUGHT ON AT A HALF-TIME

18   POSITION, MORE OR LESS.  I RETAINED MY POSITION AT

19   LSU BUT ALSO WORKED MORE OR LESS HALF TIME AT THE

20   WATER INSTITUTE AS DIRECTOR OF HUMAN DIMENSIONS.

21   THEY'RE A BASIC/APPLIED RESEARCH ORGANIZATION HERE IN

22   BATON ROUGE.  AND MY JOB WAS TO COMPLEMENT THE WORK

23   OF THE PHYSICAL SCIENTISTS, LOOKING AT ISSUES RELATED

24   TO COASTAL LAND LOSS AND HYDROLOGY AND TO TRY TO

25   INTRODUCE HOW PEOPLE FIT INTO THAT PICTURE, HOW

01:12p

1   HUMANS AND SOCIETY SHOULD BE FACTORED INTO THE

2   RESEARCH THEY WERE DOING AND HOW IT MIGHT EXPAND

3   THEIR UNDERSTANDING.

4        Q    WHEN YOU TALK ABOUT THE HUMAN DIMENSION,

5   COULD YOU TELL US A LITTLE BIT ABOUT WHETHER YOU'VE

6   EVER STUDIED HISTORICAL COMMUNITIES IN YOUR FIELD OF

7   HISTORICAL GEOGRAPHY AND HOW THAT WORKS?

8        A    CERTAINLY.  FROM MY DISSERTATION RESEARCH

9   ON, I'VE LOOKED VERY CAREFULLY AT COMMUNITIES -- IN

10  MY DISSERTATION -- LOOKED AT HOW COMMUNITIES OR

11  GROUPS OF PEOPLE MIGRATE FROM THE EASTERN SEABOARD TO

12  THE STATE OF OHIO AND HOW THEY USED RELIGIOUS

13  INSTITUTIONS TO KIND OF RECREATE COMMON COMMUNITIES,

14  COMMUNITIES THAT WERE FAMILIAR TO THEM ON THIS

15  FRONTIER SETTING AT THE TIME IN THE MIDDLE OF THE

16  19TH CENTURY.

17           WHEN I CAME HERE TO BATON ROUGE, I STARTED

18  DOING A SERIES OF STUDIES ON ENVIRONMENTAL JUSTICE

19  FOR THE DEPARTMENT OF THE MINERALS MANAGEMENT

20  SERVICE, WHICH IS PART OF THE DEPARTMENT OF THE

21  INTERIOR.  SO WE LOOKED AT COMMUNITY FORMATION AS

22  EXPRESSED THROUGH RACIAL COMMUNITIES AND LOW-INCOME

23  COMMUNITIES.  ALL MY WORK OVER THE LAST 10 OR 12

24  YEARS HAS LOOKED AT TOPICS SUCH AS SOCIAL MEMORY AND

25  COMMUNITY RESILIENCE TO UNDERSTAND HOW COMMUNITIES

01:13p

1   ARE ABLE TO SURVIVE AND RECOVER AND REBOUND FROM

2   DISASTERS, ENVIRONMENTAL EVENTS.

3       Q    SO YOU STARTED TO TALK A LITTLE BIT ABOUT

4   YOUR WORK OUTSIDE OF TEACHING.  HAVE YOU PUBLISHED

5   ANY PEER-REVIEWED BOOKS OR ARTICLES?

6       A    QUITE A NUMBER, YES.

7       Q    APPROXIMATELY HOW MANY PEER-REVIEWED BOOKS

8   HAVE YOU PUBLISHED?

9       A    I'VE BEEN AUTHOR OR COAUTHOR FOR I THINK

10  SIX.

11      Q    AND WHAT ABOUT ARTICLES?  HOW MANY

12  PEER-REVIEWED ARTICLES HAVE YOU PUBLISHED?

13      A    ARTICLES AND BOOK CHAPTERS -- A NUMBER --

14  ABOUT A HUNDRED.

15      Q    ARE ANY OF THOSE BOOKS AND ARTICLES LISTED

16  IN YOUR C.V.?

17      A    MY C.V. LIST A SELECTIVE GROUP OF THEM, BUT

18  SOME OF THEM ARE, YES.

19      Q    HAVE THOSE RESEARCH AND PUBLICATION EFFORTS

20  FOCUSED ON ANY PARTICULAR SUBJECT MATTER?

21      A    FOR MUCH OF THE EARLY PART OF MY CAREER I

22  WAS STUDYING MAINLY ENVIRONMENTAL ISSUES,

23  PARTICULARLY AS IT RELATES TO HAZARDOUS WASTE AND

24  SOCIAL AND ENVIRONMENTAL IMPACTS OF HAZARDOUS WASTE

25  DISPOSAL.  MORE RECENTLY MY WORK HAS TENDED TO LOOK

01:14p

1  AT HUMAN ENVIRONMENT INTERACTIONS, PARTICULARLY AS IT

2  RELATES TO DEALING WITH HAZARDOUS EVENTS SUCH AS

3  HURRICANES AND FLOODS AND THOSE KINDS OF THINGS AND

4  HOW COMMUNITY HELPS PEOPLE REBOUND FROM THOSE SORT OF

5  EVENTS.

6       Q    AND HOW DO THOSE FOCUS AREAS RELATE TO YOUR

7  FIELD OF HISTORICAL GEOGRAPHY?

8       A    THEY ALL -- ALL MY WORK HAS A HISTORICAL

9  DEPTH TO IT; THAT I DON'T START JUST WITH THE PRESENT

10 AND TRY TO EXPLAIN WHAT'S GOING ON NOW.  I LOOK AT --

11 EACH STUDY MAY START AT A DIFFERENT TIME IN THE PAST.

12 BUT THERE IS A HISTORICAL DEPTH AND THE BASIC PURPOSE

13 TO SHOW HOW THINGS CHANGE OVER TIME OR HOW THINGS ARE

14 DIFFERENT OR WERE DIFFERENT IN THE PAST THAN THEY ARE

15 TODAY, BUT ALWAYS CONNECTING TO THE PRESENT TO SHOW

16 THAT THERE IS CONTINUITY; THAT THE PAST HAS AN IMPACT

17 ON THE PRESENT.

18      Q    HOW MANY YEARS OF EXPERIENCE DO YOU HAVE

19 RESEARCHING AND ANALYZING THE HISTORICAL GEOGRAPHY OF

20 LOUISIANA SPECIFICALLY?

21      A    WELL, NOT REALLY COUNTING THE TERM PAPERS I

22 DID IN GRADUATE SCHOOL, I BEGAN WORK ON THE LOUISIANA

23 TOPIC SPECIFICALLY IN ABOUT '96, '97 AND HAVE DONE

24 THAT TO THE PRESENT.

25      Q    HAVE YOU PUBLISHED ANY OF THOSE

01:15p

**1**   PEER-REVIEWED ARTICLES OR BOOKS YOU MENTIONED ON THE

**2**   TOPIC OF HISTORICAL GEOGRAPHY OF LOUISIANA

**3**   SPECIFICALLY?

**4**      **A**    YES, I HAVE.  QUITE A NUMBER.

**5**      **Q**    COULD YOU GIVE US ANY EXAMPLES?

**6**      **A**    THE BOOK I DID IN NINETEEN -- OR IN TWO --

**7**   THAT CAME OUT IN 2005, "AN UNNATURAL METROPOLIS,"

**8**   VERY MUCH WAS A HISTORICAL GEOGRAPHY OF ENVIRONMENTAL

**9**   CHANGE IN NEW ORLEANS.  MY MOST RECENT BOOK, "STATE

**10**  OF DISASTER" IS AN EXAMPLE.  ANOTHER BOOK, "PERILOUS

**11**  PLACE," IS CERTAINLY AN EXAMPLE OF THAT AS WORK

**12**  CONTRACTED BY THE CORPS OF ENGINEERS.  AND THEN

**13**  ANOTHER BOOK, "SOUTHERN WATERS," INCLUDES LOUISIANA,

**14**  BUT IT REALLY LOOKS AT THE BROADER REGION OF THE

**15**  SOUTH.

**16**     **Q**    WHAT ABOUT ANY TEXTBOOKS?  HAVE YOU EVER

**17**  AUTHORED OR CO-EDITED ANY TEXTBOOKS RELATING TO

**18**  HISTORICAL GEOGRAPHY IN LOUISIANA?

**19**     **A**    I'VE CO-AUTHORED A TEXTBOOK SPECIFICALLY

**20**  ABOUT THE GEOGRAPHY OF LOUISIANA, YES.

**21**     **Q**    HAVE YOU RECEIVED ANY ACADEMIC AWARDS OR

**22**  PROFESSIONAL HONORS FOR YOUR WORK?

**23**     **A**    YES, I HAVE.

**24**     **Q**    COULD YOU GIVE US ANY EXAMPLES OF THOSE.

**25**     **A**    MY UNIVERSITY AWARDED ME A -- WHAT THEY CALL

01:16p

1  A RAINMAKER AWARD A FEW YEARS AGO.  I RECEIVED A

2  COUPLE OF NATIONAL BOOK AWARDS FOR THE BOOK I

3  MENTIONED EARLIER, "AN UNNATURAL METROPOLIS," FROM

4  THE -- ONE FROM THE PRINCIPAL GEOGRAPHY ORGANIZATION

5  IN THE COUNTRY, THE AMERICAN ASSOCIATION OF

6  GEOGRAPHERS, AS WELL AS ANOTHER ORGANIZATION.  AND

7  THEN RECENTLY I WAS -- I RECEIVED THE GILBERT WHITE

8  PUBLIC SERVICE HONOR FROM THE AMERICAN ASSOCIATION OF

9  GEOGRAPHERS.

10     Q    WHAT IS THAT, THAT LAST HONOR THAT YOU

11  MENTIONED?

12     A    THAT ONE IS AWARDED -- IT'S A VERY SELECTIVE

13  PROCESS WHERE NOMINATIONS GO FORWARD TO A COMMITTEE

14  WITHIN THE ASSOCIATION AND THEY SELECT VARIOUS

15  HONOREES FOR DIFFERENT AWARDS IN THE COURSE OF A

16  YEAR.  SO IT'S ONCE A YEAR THIS AWARD IS GIVEN OUT,

17  IF THERE IS A RECIPIENT.

18     Q    AND WHAT ABOUT THE RAINMAKER AWARD YOU

19  MENTIONED FROM LSU?  COULD YOU EXPLAIN THAT?

20     A    AGAIN, THAT'S A PROCESS -- THERE IS A

21  PROCESS OF SELECTION THAT GOES ON WITHIN THE

22  UNIVERSITY ADMINISTRATION THAT SEEKS TO RECOGNIZE

23  PEOPLE IN DIFFERENT AREAS OF EXPERTISE FOR THEIR

24  CONTRIBUTIONS IN TERMS OF BRINGING IN FUNDED RESEARCH

25  GRANTS TO -- THAT COME IN THROUGH THE UNIVERSITY AND

01:18p

1   THEN PUBLISHING THE FINDINGS FROM THAT RESEARCH.

2       Q    DR. COLTEN, COULD YOU EXPLAIN IN GENERAL

3   TERMS THE METHODOLOGY THAT YOU'VE EMPLOYED TO ANALYZE

4   THE HISTORICAL GEOGRAPHY OF LOUISIANA?

5       A    CERTAINLY.  AND THIS GOES BEYOND LOUISIANA.

6   THE FIRST STEP IS REALLY DEFINING A REASONABLE

7   RESEARCH QUESTION THAT GIVES YOU THE BASIS FOR THE

8   WORK THAT FOLLOWS.  ONCE THE RESEARCH QUESTION IS

9   DEVELOPED, YOU BEGIN TO INVESTIGATE WHERE PRIMARY AND

10  SECONDARY SOURCES ARE, WHAT THE LITERATURE SAYS ABOUT

11  THE TOPIC, WHERE THE GAPS ARE IN THE LITERATURE, WHAT

12  THE UNANSWERED QUESTIONS ARE THAT YOU MIGHT SEEK TO

13  ANSWER.

14       AND YOU ASSEMBLE CREDIBLE, AUTHORITATIVE

15  RESOURCES, LITERATURE AND OTHER PRIMARY SOURCES.  YOU

16  ANALYZE THAT TYPICALLY IN AN INDUCTIVE FASHION.  YOU

17  CAN'T DO LAB EXPERIMENTS IN HISTORICAL GEOGRAPHY.

18  AND THEN YOU PRODUCE A WRITTEN REPORT, WHETHER IT BE

19  A BOOK OR AN ARTICLE OR ARTICLES.

20       Q    AND IS THAT CONSISTENT WITH THE APPROACH YOU

21  TOOK IN DEVELOPING YOUR REPORT IN THIS CASE?

22       A    YES, IT IS.

23       Q    IS THAT APPROACH CONSISTENT WITH THE

24  GENERALLY ACCEPTED STANDARDS IN THE FIELD OF

25  HISTORICAL GEOGRAPHY?

01:19p

1     **A**    YES, I BELIEVE IT IS.

2     **Q**    DR. COLTEN, HAVE YOU EVER TESTIFIED IN COURT

3  BEFORE AS AN EXPERT IN A REDISTRICTING CASE?

4     **A**    NO.

5     **Q**    HAVE YOU OFFERED EXPERT REPORTS OR OPINIONS

6  IN OTHER CASES?

7     **A**    YES, I HAVE.

8     **Q**    ABOUT HOW MANY TIMES?

9     **A**    I'VE BEEN DEPOSED IN THE NEIGHBORHOOD OF 25

10 TIMES, I THINK COURT TESTIMONY IN OTHER CASES A

11 HANDFUL OF TIMES; THREE, FOUR MAYBE.

12    **Q**    AND HAVE YOU OFFERED REPORTS IN CASES WHERE

13 YOU DIDN'T TESTIFY OR WERE DEPOSED?

14    **A**    YES.  QUITE A NUMBER.

15    **Q**    IN WHAT FIELD WERE YOU QUALIFIED AS AN

16 EXPERT IN THOSE CASES?

17    **A**    AS FAR AS I RECALL, IT WAS ALWAYS JUST A

18 HISTORICAL GEOGRAPHER.

19    **Q**    WHEN WAS THE FIRST TIME YOU WERE DEPOSED AS

20 AN EXPERT IN HISTORICAL GEOGRAPHY?

21    **A**    I BELIEVE THAT WAS '93.  NINETEEN -- YES,

22 1993.

23    **Q**    AND WHAT'S THE MOST RECENT TIME YOU'VE

24 OFFERED EXPERT TESTIMONY AS A HISTORICAL GEOGRAPHER

25 PRIOR TO TODAY?

01:20p

1    **A**    LAST YEAR.

2    **Q**    WAS YOUR EXPERT TESTIMONY ACCEPTED BY THE

3    COURT IN EACH OF THOSE CASES, TO THE BEST OF YOUR

4    RECOLLECTION?

5    **A**    YES, IT WAS.

6    **Q**    AND ARE YOU AWARE OF ANY INSTANCE IN WHICH

7    YOUR TESTIMONY OR OPINION AS AN HISTORICAL GEOGRAPHER

8    HAS BEEN EXCLUDED BY A COURT?

9    **A**    NO, I'M NOT.

10        **MS. KEENAN:**  YOUR HONOR, AT THIS POINT THE

11   PLAINTIFFS OFFER DR. COLTEN AS AN EXPERT IN THE

12   HISTORICAL GEOGRAPHY OF LOUISIANA.

13        **MR. FARR:**  AS WE STATED, YOUR HONOR, NO

14   OBJECTION.

15        **THE COURT:**  DR. COLTEN WILL BE ACCEPTED BY

16   THE COURT TO GIVE OPINION TESTIMONY IN HISTORICAL

17   GEOGRAPHY OF LOUISIANA.

18        YOU MAY PROCEED.

19            **DIRECT EXAMINATION**

20   BY MS. KEENAN:

21   **Q**    DR. COLTEN, COULD YOU TURN TO TAB 2 OF THE

22   BINDER IN FRONT OF YOU, WHICH IS PLAINTIFFS' EXHIBIT

23   129.

24   **A**    YES.

25   **Q**    WHAT IS THIS DOCUMENT?

01:20p

1    **A**    THIS IS MY PRELIMINARY EXPERT REPORT

2    SUBMITTED LAST YEAR.

3    **Q**    AND WHAT WAS YOUR ASSIGNMENT IN PREPARING

4    THIS INITIAL REPORT?

5    **A**    I WAS ASKED TO ASSEMBLE QUANTITATIVE AND

6    QUALITATIVE INFORMATION TO TRY TO MAP OUT AND

7    UNDERSTAND THE LOCATION OF COMMUNITIES OF INTEREST

8    WITHIN SEVERAL SPECIFIC SECTIONS OF THE STATE.

9    **Q**    AND WOULD YOU PLEASE -- BEFORE WE GET INTO

10   THAT REPORT, WOULD YOU PLEASE TURN TO TAB 3, WHICH IS

11   PLAINTIFFS' EXHIBIT 131.

12   **A**    YES.

13   **Q**    WHAT IS THAT DOCUMENT?

14   **A**    THAT IS A SUPPLEMENT TO MY INITIAL EXPERT

15   REPORT.

16   **Q**    AND WHAT WAS YOUR ASSIGNMENT IN PREPARING

17   THIS REPORT?

18   **A**    THIS WAS SUPPLEMENTAL.  I WAS ASKED TO

19   REVIEW THE LEGISLATIVE SENATE AND HOUSE DISTRICTS AND

20   COMPARE THE BOUNDARIES OF THOSE DISTRICTS IN TERMS OF

21   THEIR GEOGRAPHIC CORRESPONDENCE TO HISTORICAL

22   COMMUNITIES OF INTEREST.

23   **Q**    NOW, BEFORE WE GET TOO MUCH FARTHER INTO

24   YOUR OPINIONS, COULD YOU CLARIFY HOW YOU'RE USING THE

25   TERM "COMMUNITIES OF INTEREST" AS YOU USED IT IN YOUR

01:22p

1   REPORTS?  I'M NOT ASKING FOR ANY SORT OF LEGAL

2   DEFINITION.

3       A    WHEN I WAS ASKED TO PARTICIPATE IN THIS

4   CASE, I TURNED FIRST TO A NUMBER OF GEOGRAPHERS WHO

5   HAD DONE WORK ON REDISTRICTING AND SPECIFICALLY THE

6   TOPIC OF COMMUNITIES OF INTEREST.  AND I FOUND THEIR

7   DEFINITION CORRESPONDED WITH THAT OF BROADER GROUPS.

8            BUT I TYPICALLY LOOK AT A COMMUNITY OF

9   INTEREST AS A GROUP OF PEOPLE WITH COMPARABLE,

10  SIMILAR SOCIAL, CULTURAL, ECONOMIC, POLITICAL

11  INTERESTS WITHIN A GIVEN TERRITORY.

12      Q    HOW DO YOU IDENTIFY COMMUNITIES WITH SHARED

13  CULTURAL HISTORIES OR INTERESTS?

14      A    I'M SORRY?

15      Q    HOW DO YOU IDENTIFY COMMUNITIES THAT HAVE

16  SHARED CULTURAL HISTORIES OR INTERESTS?

17      A    THANK YOU.  ONE OF THE -- THE BASIC WAYS OF

18  DOING THIS IS I INVESTIGATE FIRST THE LONG-TERM

19  PROCESS OF SETTLEMENT, HOW THESE PEOPLE HAVE COME --

20  HOW PEOPLE HAVE COME TO BE IN A GIVEN PLACE; WHAT IS

21  THE CONTINUITY OF THEIR PRESENCE IN THAT PLACE; HAVE

22  THERE BEEN INTERACTIONS WITH OTHER GROUPS; HAVE THEY

23  SUSTAINED GROUP IDENTITY OVER TIME AND REMAIN A

24  COHERENT GROUP WITH THE SHARED INTERESTS.

25      Q    WHERE IN THE STATE DID YOU TRY TO IDENTIFY

01:23p

**1**    THOSE HISTORICAL COMMUNITIES?

**2**        **A**    I'M SORRY.  ONE MORE --

**3**        **Q**    SORRY.  WHERE IN THE STATE DID YOU TRY TO

**4**    IDENTIFY THOSE SHARED COMMUNITIES?

**5**        **A**    IN THE INITIAL REPORT THERE IS A MAP THAT

**6**    CAN HELP US SEE THAT.  BUT IT WAS BASICALLY THE UPPER

**7**    RED RIVER PARISHES, WHICH IS BASICALLY FROM

**8**    NATCHITOCHES -- OR, EXCUSE ME -- FROM ALEXANDRIA

**9**    NORTHWARD TO THE NORTHWEST CORNER OF THE STATE.  I

**10**   WAS ASKED TO LOOK AT ACADIANA, WHICH IS A LARGE

**11**   TRIANGULAR AREA THAT RADIATES FROM AVOYELLES TO THE

**12**   NORTH, WHICH IS MORE OF CENTRAL LOUISIANA, DOWN TO

**13**   THE MOUTH OF THE SABINE RIVER IN THE SOUTHWEST AND

**14**   DOWN INTO LOWER LAFOURCHE PARISH AND PARTS OF THE

**15**   LOWER MISSISSIPPI RIVER.

**16**        I WAS ALSO ASKED TO LOOK AT THE RIVER

**17**   PARISHES, MEANING THE MISSISSIPPI RIVER PARISHES.

**18**   AND I CHOSE TO LOOK AT THOSE PARISHES MOSTLY ON THE

**19**   WEST BANK FROM POINTE COUPEE PARISH DOWN TO JEFFERSON

**20**   PARISH; ALTHOUGH SOME OF THOSE PARISHES STRADDLED THE

**21**   RIVER.

**22**        **Q**    ARE YOU REFERRING TO THE MAP THAT YOU

**23**   INCLUDED IN YOUR REPORT AT PAGE 4 OF PLAINTIFFS'

**24**   EXHIBIT 129?

**25**        **A**    YES, I AM.

01:24p

**1**      Q    WOULD YOU RECOGNIZE A COPY OF THAT MAP IF WE

**2**  SHARED IT ON THE SCREEN?

**3**      A    YES.

**4**      Q    WE'RE GOING TO CALL UP PLAINTIFFS'

**5**  DEMONSTRATIVE 26, WHICH IS JUST AN ENLARGED COPY OF

**6**  THE MAP INCLUDED ON PAGE 4 OF THAT REPORT.

**7**           DR. COLTEN, COULD YOU WALK --

**8**           **MR. FARR:**  YOUR HONOR, I JUST WANT TO SAY

**9**  THAT I HAVE NO OBJECTION TO THIS EXHIBIT, BUT I MAY

**10**  HAVE AN OBJECTION TO OTHER DEMONSTRATIVE EXHIBITS

**11**  THAT WE JUST RECEIVED THIS MORNING.

**12**           **THE COURT:**  OKAY.

**13**           **MR. FARR:**  BUT THIS EXHIBIT IS ACTUALLY IN

**14**  THE REPORT, UNLIKE THE OTHERS WE'RE GOING TO BE

**15**  LOOKING AT.

**16**           **THE COURT:**  ALL RIGHT.

**17**  BY MS. KEENAN:

**18**      Q    SO COULD YOU TALK US THROUGH WHICH AREA

**19**  YOU'VE JUST DESCRIBED IS WHICH ON THE DEMONSTRATIVE

**20**  YOU SEE IN FRONT OF YOU?

**21**      A    YES.  THE -- WHAT I HAVE LABELED HERE WITH

**22**  THE MORE OR LESS STIPPLED PATTERN IS THE UPPER RED

**23**  RIVER REGION, WHICH INCLUDES CADDO AND BOSSIER,

**24**  DESOTO, RED RIVER, NATCHITOCHES, GRANT AND LAFITTE

**25**  PARISHES, ACADIANA, WHICH IS A GRAY TONE.  THAT'S THE

01:25p

**1** RED RIVER PARISHES.

**2**        NOW WE'RE GOING TO GO TO ACADIANA, WHICH

**3** STARTING IN THE CENTER OF THE STATE AT AVOYELLES,

**4** MOVING TO THE SOUTHWEST, EVANGELINE, JEFF DAVIS,

**5** CALCASIEU, CAMERON, VERMILION, ACADIA, ST. LANDRY,

**6** POINTE COUPEE, WEST BATON ROUGE, IBERVILLE,

**7** ST. MARTIN, IBERIA, ST. MARY, ST. MARTIN, ASSUMPTION,

**8** ST. JAMES, ST. JOHN THE BAPTIST, ST. CHARLES,

**9** LAFOURCHE AND TERREBONNE.

**10**    **Q**   WHAT ABOUT THE RIVER PARISHES?  WHERE ARE

**11** THEY ON THIS MAP?

**12**    **A**   I INCLUDED IT IN THIS ASSIGNMENT:  POINTE

**13** COUPE, WEST BATON ROUGE, IBERVILLE, ASCENSION,

**14** ASSUMPTION, ST. JAMES, ST. JOHN THE BAPTIST, AND ST.

**15** CHARLES.

**16**    **Q**   HOW DOES IDENTIFYING COMMUNITIES BASED ON

**17** THE SHARED CULTURAL HISTORIES THAT YOU JUST TALKED

**18** ABOUT DIFFER FROM IDENTIFYING COMMUNITIES BASED ON

**19** POLITICAL BOUNDARIES LIKE THE PARISH LINES YOU SEE

**20** HERE?

**21**    **A**   PARISH BOUNDARIES ARE TYPICALLY ASSIGNED BY

**22** GOVERNMENT BODIES.  COMMUNITIES OF INTEREST ARE MORE

**23** GENETIC, THEY'RE MORE EVOLUTIONARY.  THEY ARISE BASED

**24** ON LONG-TERM PATTERNS OF WHERE PEOPLE LIVE AND WHERE

**25** THEY CAME FROM AND HOW THEY GO ABOUT PURSUING

01:27p

1   LIVELIHOODS AND PRACTICING THEIR LIVES.

2       **Q**   SO NOW I WANT TO WALK THROUGH EACH OF THE

3   AREAS YOU'VE JUST DISCUSSED IN A LITTLE MORE DETAIL,

4   STARTING FROM NORTH TO SOUTH.

5           **MS. KEENAN:**  LET THE RECORD REFLECT THAT I'M

6   NOW SHOWING THE WITNESS PLAINTIFFS' DEMONSTRATIVE 1,

7   WHICH IS A DEMONSTRATIVE MAP OF THE SHREVEPORT AND

8   BOSSIER PARISHES.

9           **MR. FARR:**  YOUR HONOR, I OBJECT TO THIS

10  EXHIBIT.

11          **THE COURT:**  IS THIS YOUR OBJECTION?

12          **MR. FARR:**  MAY I STATE MY OBJECTION, YOUR

13  HONOR?

14          **THE COURT:**  PLEASE.

15          **MR. FARR:**  YES, YOUR HONOR.

16          DR. COLTEN'S REPORT IN THIS CASE, THE

17  ORIGINAL REPORT, WAS 25 PAGES LONG.  THIS MORNING WE

18  GOT 17 PAGES OF DEMONSTRATIVE EXHIBITS, ONE OF WHICH

19  I'VE ALREADY AGREED CAN COME INTO EVIDENCE BECAUSE

20  IT'S IN THE EXPERT REPORT.  THESE OTHER MAPS WERE NOT

21  INCLUDED IN THE EXPERT REPORT.  WE HAVE NO IDEA WHEN

22  THEY WERE MADE.  WE HAVE NO IDEA WHO MADE THEM.

23          IT IS IMPOSSIBLE, HAVING RECEIVED THESE

24  MAPS TODAY, FOR DEFENDANTS TO HAVE AN ADEQUATE

25  OPPORTUNITY TO STUDY THEM, TO BE ABLE TO CROSS-

01:28p

**1**  EXAMINE DR. COLTEN ON THEM, TO DETERMINE WHETHER OR

**2**  NOT THERE IS ADDITIONAL INFORMATION ON THESE MAPS

**3**  THAT WAS NOT INCLUDED IN THIS REPORT.

**4**          AND, YOUR HONOR, I HAVE TO CONFESS, YOU

**5**  PROBABLY HAVE A BETTER HANDLE ON THIS THAN I DO, BUT

**6**  I ALWAYS GET CONFUSED BETWEEN DEMONSTRATIVE EXHIBITS

**7**  AND REGULAR EXHIBITS.  BUT WHATEVER A DEMONSTRATIVE

**8**  EXHIBIT IS, WE -- THIS CROSSES THE LINE, YOUR HONOR.

**9**  THIS IS -- 16, 17 MAPS DELIVERED TODAY THAT WE'VE

**10** NEVER SEEN BEFORE THAT COULD HAVE BEEN PRODUCED AT A

**11** MUCH EARLIER TIME CROSSES THE LINE FROM A

**12** DEMONSTRATIVE EXHIBIT TO AN AMENDMENT TO A REPORT.

**13** AND THIS IS ESSENTIALLY GIVING DR. COLTEN A CHANCE TO

**14** ENHANCE AND AMEND HIS REPORT WITHOUT THE DEFENDANTS

**15** HAVING A CHANCE TO STUDY THIS INFORMATION TO BE ABLE

**16** TO EFFECTIVELY CROSS-EXAMINE HIM.

**17**          **MS. KEENAN:**  MAY I EXPLAIN, YOUR HONOR?

**18**          **THE COURT:**  YOU MAY -- YOU MAY RESPOND.

**19**          **MS. KEENAN:**  ONE POINT OF CLARIFICATION,

**20** JUST FOR THE RECORD:  THESE WERE NOT SENT THIS

**21** MORNING.  THESE WERE SENT LAST NIGHT AT THE TIME THAT

**22** THE PARTIES AGREED TO SHARE ALL DEMONSTRATIVES BEING

**23** USED IN THIS CASE.  SO IT'S JUST NOT RIGHT THAT WE

**24** SENT THEM TODAY.

**25**          SECOND, THOUGH, YOUR HONOR, NONE OF

01:29p

**1** THESE ARE INTENDED TO BE OFFERED INTO EVIDENCE.

**2** WE'RE NOT PURPORTING THAT DR. COLTEN MADE THESE.

**3** THESE ARE MAPS TAKEN FROM THE SHAPE FILES THAT WERE

**4** INTRODUCED IN THIS CASE.  ALL WE'RE GOING TO SHOW, IF

**5** I CAN MAKE AN OFFER OF PROOF ABOUT WHAT THE

**6** DEMONSTRATIVES ARE, WHICH, AGAIN, WE WON'T BE

**7** OFFERING INTO EVIDENCE.

**8**          **THE COURT:**  OKAY.  THE COURT WILL VIEW THEM

**9** AS ILLUSTRATIVE AIDS.  THEY'RE NOT GOING TO BE

**10** OFFERED INTO EVIDENCE.  THE COURT WILL NOT ADMIT THEM

**11** INTO EVIDENCE, SO THEY'LL BE USED ILLUSTRATIVE FOR

**12** THE ASSISTANCE OF THIS COURT.  YOU RECOGNIZE THAT THE

**13** COURT OF APPEAL WILL HAVE NO ACCESS TO THIS, SO I

**14** DON'T KNOW HOW -- WHAT YOUR RECORD'S GOING TO BE.

**15**           IF, AS DEFENSE COUNSEL HAS INDICATED,

**16** WE CROSS INTO AN AREA THAT IS NOT COVERED IN DR.

**17** COLTEN'S REPORT, WHICH I HAVE READ AND I HAVE ON MY

**18** IPAD, THEN I WILL RELY ON YOU TO MAKE AN OBJECTION,

**19** AT WHICH POINT THE COURT WILL RULE ON THE OBJECTION.

**20**           BUT AS IN ALL CASES, THE EXPERT

**21** WITNESSES OR THE OPINION WITNESSES WILL BE LIMITED TO

**22** THOSE OPINIONS STATED IN THEIR REPORTS.

**23**          **MS. KEENAN:**  OF COURSE, YOUR HONOR.

**24**          **MR. FARR:**  YOUR HONOR --

**25**          **THE COURT:**  YES, SIR.

01:30p

1          MR. FARR:  -- THANK YOU FOR THAT RULING,

2   YOUR HONOR.  I DO WANT TO CORRECT A STATEMENT THAT I

3   MADE.  I'M TOLD THAT WE RECEIVED THESE LAST NIGHT.

4   THE REASON WHY I THOUGHT IT WAS THIS MORNING IS I WAS

5   ASLEEP WHEN WE RECEIVED THESE MAPS.

6          THE COURT:  YOU'RE ENTITLED TO SLEEP --

7          MS. KEENAN:  IT WAS AT 6 P.M., YOUR HONOR.

8          THE COURT:  -- I GUESS, YOU KNOW.

9          MS. KEENAN:  JUST --

10          MR. FARR:  BUT ALSO, YOUR HONOR, I WILL JUST

11   SAY AGAIN THANK YOU FOR YOUR RULING.  I UNDERSTAND

12   IT.

13              BUT I HAVE TO SAY THAT THESE MAPS COULD

14   HAVE BEEN PRODUCED EARLIER EVEN IF THEY'RE GOING TO

15   BE USED AS DEMONSTRATIVE EXHIBITS.  AND I HAVE TO SAY

16   IT'S QUITE DIFFICULT FOR ME TO LOOK AT THESE MAPS NOW

17   AND TRY TO FIGURE OUT WHAT, IF ANYTHING, IS ON THESE

18   MAPS THAT'S IN HIS REPORT, BECAUSE, AS YOU KNOW, THIS

19   IS NOT EASY STUFF LOOKING AT THESE MAPS.  THERE IS A

20   LOT OF STUFF YOU CAN THROW ONTO A MAP THAT MAY NOT BE

21   OBVIOUS TO YOU WHEN YOU HAVE JUST A FEW MINUTES TO

22   LOOK AT IT.

23              SO I APPRECIATE YOUR RULING, YOUR

24   HONOR.  WE ACCEPT IT.  BUT I DID WANT TO MAKE THAT

25   OBJECTION.

01:31p

1          THE COURT:  I UNDERSTAND.  AND MISTER --

2   IT'S MR. FARR.  RIGHT?

3          MR. FARR:  YES, MA'AM.  I'M SORRY, I DIDN'T

4   IDENTIFY MYSELF.

5          THE COURT:  NO, THAT'S OKAY.  DO YOU NEED TO

6   STAY SEATED?  I CAN'T -- THERE WAS PERMISSION ASKED

7   FOR ONE OF THE LAWYERS TO BE ABLE TO REMAIN SEATED,

8   AND I CAN'T REMEMBER WHICH LAWYER.  I APOLOGIZE.

9          MR. FARR:  YES, MA'AM.  I'M THE OLD GEEZER

10  THAT'S GOT A FEW MEDICAL PROBLEMS, BUT --

11         THE COURT:  YOU MAY REMAIN SEATED, SIR.  YOU

12  DON'T --

13         MR. FARR:  I LIKE TO -- I LIKE TO STAND AND

14  -- WHEN I'M ADDRESSING THE COURT.  BUT IF YOU WILL

15  LET ME SIT WHILE I'M ASKING QUESTIONS, I'D BE

16  GRATEFUL TO YOU.

17         THE COURT:  I WOULD BE MORE THAN HAPPY TO

18  OBLIGE.

19             OKAY.  CARRY ON.

20         MS. KEENAN:  SO LET THE RECORD REFLECT THAT

21  I'M SHOWING THE WITNESS PLAINTIFFS' DEMONSTRATIVE 1,

22  WHICH IS JUST A DEMONSTRATIVE MAP OF THE SHREVEPORT

23  AND BOSSIER PARISHES.

24  BY MS. KEENAN:

25      Q   IS THIS AN AREA THAT YOU ANALYZED IN YOUR

01:31p

**1**   REPORT IN TRYING TO DETERMINE WHETHER THERE WERE

**2**   COMMUNITIES WITH SHARED CULTURAL HISTORIES?

**3**       **A**   YES, I DID.

**4**       **Q**   CAN YOU WALK THROUGH THE HISTORICAL

**5**   COMMUNITIES THAT YOU IDENTIFIED IN THE SHREVEPORT AND

**6**   BOSSIER PARISHES?

**7**       **A**   YES.  NORTHWEST LOUISIANA, WHICH INCLUDES

**8**   BOSSIER AND CADDO PARISH, WAS ORIGINALLY INDIGENOUS

**9**   LANDS.  AND IN THE 1830s A MAJOR LOG JAM ON THE RIVER

**10**  WAS BROKEN BY CAPTAIN SHREVE.  AND THIS AREA BECAME

**11**  THE DESTINATION FOR ANGLO SETTLERS WHO HAD NOT BEEN

**12**  IN THIS PART OF THE STATE IN ANY LARGE NUMBERS.  SO

**13**  WE BEGIN TO HAVE THIS MIGRATION AND SETTLEMENT OF

**14**  ANGLO PLANTERS WHO CAME IN SEEKING FORTUNES RAISING

**15**  COTTON USING ENSLAVED LABOR FOR THE WORK ON THE

**16**  PLANTATIONS.

**17**       THIS WORK WAS CARRIED OUT LARGELY ALONG THE

**18**  FLOODPLAIN IN THE AREAS CLOSEST TO THE RIVER.

**19**  RELATIVELY FLAT LAND WAS WHERE THE BULK OF THIS KIND

**20**  OF LARGE-SCALE PLANTATION AGRICULTURE OCCURRED.  SO

**21**  YOU HAD IN SHREVEPORT AND BOSSIER AREAS ON THE

**22**  RIVER -- ACTUALLY, THE MAJORITY OF AFRICAN AMERICANS

**23**  CAME TO BE ASSEMBLED IN THE PLANTATIONS ALONG THIS

**24**  PART OF THE RIVER, WITH A LESSER NUMBER OF ANGLOS FOR

**25**  THE MOST PART.

01:33p

**1**      SHREVEPORT BECAME AN IMPORTANT PORT,

**2** EXPORTING COTTON DOWNRIVER.  AND YOU BEGIN TO HAVE

**3** WITHIN THE CITY DISTINCT NEIGHBORHOODS GROWING AND

**4** EVOLVING.  IN THE EARLY 20TH CENTURY THE TRADITIONAL

**5** AGRICULTURAL ECONOMIES WAS REALLY DISRUPTIVE WITH THE

**6** DISCOVERY OF OIL IN CADDO PARISH, AND WE BEGAN TO SEE

**7** A RASH OF NEW MIGRANTS COMING INTO THE STATE, THE

**8** GROWTH OF SHREVEPORT ITSELF.  WE ALSO BEGIN TO SEE --

**9** WELL, I'M SORRY.  LET ME STEP BACK.

**10**      IN THE WAKE OF THE CIVIL WAR, THERE WAS

**11** EMANCIPATION AND THE ENSLAVED PEOPLE WERE RELEASED,

**12** AND WE BEGIN TO SEE A CONSIDERABLE AMOUNT OF RACIAL

**13** VIOLENCE.  CADDO BECAME KNOWN AS BLOODY CADDO BECAUSE

**14** OF THE LARGE NUMBER OF MURDERS BY WHITES AGAINST

**15** BLACKS.  WE BEGAN TO SEE THE EVOLUTION OF JIM CROW

**16** LAWS.  AND EVEN WITH EMANCIPATION OF BLACKS FOR A

**17** TIME PERIOD DURING RECONSTRUCTION, THOSE RIGHTS WERE

**18** GRADUALLY CONSTRICTED AND REMOVED.

**19**      SHREVEPORT ALSO BECAME THE LOCUS FOR MANY

**20** FORMERLY ENSLAVED WORKERS MOVING TO THE CITY, MOVING

**21** TO TOWN, AND YOU BEGIN TO HAVE A CONSIDERABLE NUMBER

**22** OF BLACKS LIVING IN TOWN.  WITH THIS MEMORY OF

**23** ENSLAVEMENT, THEY TENDED TO LIVE IN COMPACT

**24** NEIGHBORHOODS BECAUSE OF VARIOUS SEGREGATION POLICIES

**25** AND THEIR POVERTY AND BEING JUST RECENTLY FREED.  SO

01:34p

1  YOU HAVE VERY DISTINCT SEGREGATED NEIGHBORHOODS

2  WITHIN SHREVEPORT.

3          AS THE 20TH CENTURY ROLLED, SHREVEPORT

4  AND -- CADDO AND BOSSIER PARISH BOTH HAD INCREDIBLY

5  HIGH NUMBERS OF LYNCHINGS.  THERE WAS RACIAL TENSION

6  AND OVERT RACIAL VIOLENCE WITH THE DISCOVERY OF OIL.

7  THERE WAS A RASH OF SMALL-SCALE BLACK FARM OWNERS IN

8  THE OIL-PRODUCING AREAS UP NEAR OIL CITY WHO TURNED

9  TO WHITE LAWYERS FOR GUIDANCE ON HOW TO MANAGE THEIR

10 NEW-FOUND WEALTH, AND IN MANY CASES THEY WERE

11 BASICALLY ROBBED OF THEIR POTENTIAL WEALTH BY

12 UNETHICAL ATTORNEYS.

13         SO YOU HAVE THIS HISTORICAL PATTERN OF

14 RACIAL VIOLENCE, RACIAL DECEPTION, RACIAL

15 DISCRIMINATION.  THAT WAS ALSO CARRIED OUT IN TERMS

16 OF EDUCATIONAL SITUATIONS, POOR EDUCATIONAL

17 FACILITIES FOR AFRICAN AMERICANS.  THE REDLINING WAS

18 EVIDENT IN SHREVEPORT, AND AREAS OF OPPORTUNITY FOR

19 RESIDENTIAL MOVEMENT OF BLACKS WAS VERY LIMITED TO

20 AREAS WHERE THEY COULD SECURE FUNDING OR BUY

21 PROPERTIES OUTRIGHT.

22         SO THIS WAS -- THESE SERIES OF EVENTS LED TO

23 THE DEVELOPMENT OF DISTINCT COMMUNITIES THAT WERE

24 SELF-IDENTIFIED.  AND THAT THEN CONTINUED INTO THE

25 NINETEEN -- LATE, '60s, EARLY '70s WITH

01:36p

**1**   DESEGREGATION.  THERE WERE BETTER PROTESTS AGAINST

**2**   INTEGRATION OF SCHOOLS IN THE CADDO/BOSSIER PARISH

**3**   AREAS.  WE HAD GOING ON BEFORE THEN AND AFTER THEN

**4**   WHITE FLIGHT, WHITES MOVING TO THE SUBURBS, LEAVING

**5**   CADDO PARISH, HEADING TO BOSSIER PARISH.

**6**         SO YOU HAD THIS VERY, VERY RACIALIZED

**7**   PATTERN OF RESIDENCE.  IT WASN'T NECESSARILY A MATTER

**8**   OF EXPLICIT CHOICE, BUT IT WAS A MATTER OF DE FACTO

**9**   CHOICE WHERE THERE WEREN'T OTHER CHOICES OF WHERE

**10**  THEY LIVED.  AND SO THIS CREATED A GREAT DEAL OF --

**11**  THIS FURTHER ENHANCED COMMUNITY IDENTITY WITHIN THE

**12**  BLACK COMMUNITY.  AND IT'S BASED ON THEIR SHARED

**13**  HISTORY AS MUCH AS THEIR SKIN COLOR.

**14**     Q   SO I'M GOING TO SHOW YOU PLAINTIFFS'

**15**  DEMONSTRATIVE 2, WHICH IS JUST A DEMONSTRATIVE MAP OF

**16**  THE SAME AREA OF THE STATE BUT WITH AN OVERLAY OF

**17**  ILLUSTRATIVE SENATE DISTRICT 38.

**18**         CAN YOU TELL US HOW ILLUSTRATIVE DISTRICT

**19**  38 -- SORRY.  JUST TO BE CLEAR FOR THE RECORD,

**20**  ILLUSTRATIVE SENATE DISTRICT 38 -- CORRELATES TO THE

**21**  HISTORICAL GEOGRAPHY AND COMMUNITIES THAT YOU'VE JUST

**22**  DISCUSSED HERE AND THAT YOU DISCUSSED IN YOUR REPORT.

**23**     A   CERTAINLY.  IF YOU LOOK AT THE AREA WHERE

**24**  THE ROADS CONVERGE WHERE THE SMALL WORD "SHREVEPORT"

**25**  IS JUST SLIGHTLY BELOW AND TO THE LEFT OF THE WORD

01:38p

1   "BOSSIER CITY," THIS IS THE DOWNTOWN AREA, THE CORE

2   OF THE CITY.  AND JUST IMMEDIATELY TO THE WEST OF

3   THAT WAS THE OLD WHAT SOME PEOPLE CALL THE

4   COUNTERPUBLIC NEIGHBORHOOD, THE AREAS WHERE BLACK

5   BUSINESSES AND BLACK CHURCHES AND BLACK RESIDENTS

6   FIRST SET UP THEIR NEIGHBORHOOD IN SHREVEPORT.  SO

7   THIS WAS THE CORE.

8        BUT BY THE -- DURING THE POST-WAR PERIOD,

9   MANY BEGAN MOVING OUT TOWARDS THE NEIGHBORHOOD THAT'S

10  LABELED THERE AS "CADDO HEIGHTS" AND OUT FURTHER WEST

11  TOWARDS THE AIRPORT, THE KIND OF GREEN AREA WITH THE

12  BIG X TO THE -- AND SOUTHWEST OF THIS DISTRICT.  SO

13  THESE WERE AREAS THAT PRESENTED A CONTINUITY IN TERMS

14  OF THE COMMUNITY MEMBERS FROM THE OLD CORE AS THEY

15  MOVED FURTHER OUTWARD.  SO THIS CONTAINS A SHARED

16  COMMUNITY OF INTEREST.

17   Q    AND JUST TO CONFIRM FOR THE RECORD, ARE EACH

18  OF THE COMMUNITIES THAT YOU JUST DISCUSSED IN THE

19  NEIGHBORHOODS LOCATED WITHIN THE BOUNDARIES OF SENATE

20  DISTRICT 38 AS YOU SEE IT IN THIS MAP OF THE

21  ILLUSTRATIVE DISTRICT?

22   A    YES.  THE OLD CORE COUNTERPUBLIC

23  NEIGHBORHOOD AS WELL AS THE AREAS WHERE THE LARGE

24  WORD "SHREVEPORT" IS AND THE "CADDO HEIGHTS" WORD,

25  THOSE WERE AREAS WITHIN THAT DISTRICT THAT I WAS

01:39p

 1  DISCUSSING.

 2         MS. KEENAN:  LET THE RECORD REFLECT THAT I'M

 3  NOW SHOWING THE WITNESS PLAINTIFFS' DEMONSTRATIVE 3.

 4  THIS IS, AGAIN, THE SAME AREA BUT WITH AN OVERLAY

 5  INSTEAD OF ILLUSTRATIVE HOUSE DISTRICTS.  AND I'M

 6  GOING TO FOCUS ON HD 1 AND 2.

 7         THE COURT:  ONE MOMENT.

 8  BY MS. KEENAN:

 9     Q   COULD YOU TELL US HOW --

10         MR. FARR:  YOUR HONOR --

11         THE COURT:  HE'S GOT AN OBJECTION.

12         MS. KEENAN:  OF COURSE.

13         MR. FARR:  MIGHT I INDULGE THE COURT AND ASK

14  FOR A STANDING OBJECTION TO THE ILLUSTRATIVE MAPS?

15         THE COURT:  YES.  SUSTAINED --

16         MR. FARR:  THANK YOU VERY MUCH, YOUR HONOR.

17         THE COURT:  SUSTAINED OBJECTION.

18         LET'S -- I KNOW THAT WE'RE USING THE

19  WORDS "ILLUSTRATIVE MAPS," BUT LET'S USE -- TRY TO

20  USE THE WORDS "ILLUSTRATIVE AIDS" INSTEAD OF

21  "DEMONSTRATIVE."  THEY DO -- THEY ARE TERMS OF ART

22  THAT HAVE DISTINCT MEANINGS, AND MAYBE THAT WILL HELP

23  KEEP THE RECORD STRAIGHT.

24         MS. KEENAN:  OF COURSE.  AND JUST TO

25  CLARIFY, THESE ARE DEMONSTRATIVE MAPS OF THE

01:40p

1   PLAINTIFFS' ILLUSTRATIVE DISTRICTS, SO I'LL TRY TO

2   MAKE THAT CLEAR FOR THE RECORD IN TERMS OF THE

3   DISTINCTION BETWEEN THE TERMS.

4           THE COURT:  RIGHT.  MY APPRECIATION IS THAT

5   DEMONSTRATIVE EVIDENCE IS ADMITTED AND IT MAKES PART

6   OF THE RECORD.  AT LEAST IN A JURY TRIAL YOU WOULD

7   SEND YOUR DEMONSTRATIVES BACK FOR THE JURY.

8   ILLUSTRATIVE AIDS ARE NOT PART OF RECORD.

9           MS. KEENAN:  OKAY, SURE.  SO "ILLUSTRATIVE

10  AID" IS THE TERM YOU'D LIKE ME TO USE INSTEAD OF

11  "DEMONSTRATIVE" --

12          THE COURT:  I'M SORRY.  BECAUSE IT'S GOING

13  TO BE REDUNDANT WITH "ILLUSTRATIVE MAPS," BUT I THINK

14  IT'S MORE CLEAR FOR THE RECORD.

15          MS. KEENAN:  THAT'S OKAY.  HAPPY TO MAKE IT

16  CLEAR FOR THE RECORD.

17  BY MS. KEENAN:

18    Q   OKAY.  SO THIS IS THE FOURTH ILLUSTRATIVE

19  THAT WE'RE -- SORRY -- THE THIRD ILLUSTRATIVE AID

20  THAT WE'RE USING.  AND IT'S A MAP OF THE SAME AREA

21  BUT WITH AN OVERLAY OF ILLUSTRATIVE HOUSE DISTRICTS 1

22  AND 2.

23          COULD YOU TELL US HOW ILLUSTRATIVE HOUSE

24  DISTRICTS 1 AND 2 CORRELATE TO THE HISTORICAL

25  GEOGRAPHY AND THE COMMUNITIES THAT YOU JUST DISCUSSED

01:40p

1    HERE AND IN YOUR REPORT?

2        **A**    IS THIS ILLUSTRATIVE --

3        **Q**    YES, THIS IS --

4        **A**    -- DISTRICTS?

5        **Q**    THESE ARE THE ILLUSTRATIVE HOUSE DISTRICTS 1

6    AND 2, YES.

7        **A**    THIS SHOWS THE -- AGAIN, STARTING WHERE --

8    IN DISTRICT 1 WHERE YOU SEE THE WORD "SHREVEPORT,"

9    THE SMALL "SHREVEPORT" NEAR WHERE THE ROADS CONVERGE,

10   YOU SEE THE -- JUST TO THE WEST OF THE WORD

11   "SHREVEPORT" WAS THE OLD COUNTERPUBLIC NEIGHBORHOOD,

12   THE OLD CORE AFRICAN-AMERICAN NEIGHBORHOOD.  AND THIS

13   INCLUDES ONE OF THE FIRST EXTENSIONS OF AFRICAN

14   AMERICANS OUTWARD FROM THAT CORE DISTRICT TO THE

15   WEST.

16           AND DISTRICT 2 CONTAINS MUCH OF THE

17   CONTINUATION OF THAT TO THE SOUTH AND THE WEST

18   TOWARDS THE AIRPORT AND DOWN TOWARDS CADDO HEIGHTS.

19       **Q**    AND JUST TO CONFIRM, THAT CORE COUNTERPUBLIC

20   SPACE THAT YOU WERE TALKING ABOUT, IS THAT WITHIN THE

21   BOUNDARIES OF HOUSE DISTRICT 1 AS YOU SEE IT ON THIS

22   SCREEN?

23       **A**    YES.

24       **Q**    OKAY.

25           **MS. KEENAN:**  I WANT TO MOVE ON TO THE NEXT

01:41p

**1** AREA OF THE STATE, AND SO THIS TIME I'M GOING TO SHOW

**2** THE WITNESS AN ILLUSTRATIVE AID THAT WE'VE TITLED,

**3** FOR JUST OUR PURPOSES OF THE TECH, PLAINTIFFS' D4.

**4** THIS SHOWS DESOTO, RED RIVER, NATCHITOCHES AND SOME

**5** OF THE SURROUNDING PARISHES.

**6** BY MS. KEENAN:

**7**     Q    DR. COLTEN, ARE THESE AREAS THAT YOU STUDIED

**8** IN YOUR REPORT AND TRIED TO IDENTIFY HISTORICAL

**9** COMMUNITIES WITHIN?

**10**    A    YES, THEY ARE.

**11**    Q    OKAY.  CAN YOU TELL US HOW -- CAN YOU TELL

**12** US ABOUT THE HISTORICAL COMMUNITIES THAT YOU

**13** IDENTIFIED IN THIS AREA OF THE STATE?

**14**    A    IN MANY RESPECTS ALONG THE RIVER THERE WAS A

**15** CONTINUATION OF THE FLOODPLAIN.  AND THEN AGAIN IN

**16** THE 1830s AFTER THE CLEARING OF THE LOG JAM, THIS

**17** AREA ATTRACTED ANGLO SETTLERS.  BUT TO THE SOUTH IN

**18** NATCHITOCHES -- NATCHITOCHES WAS PERHAPS THE FIRST

**19** PERMANENT SETTLEMENT IN LOUISIANA SETTLED IN 1714 BY

**20** THE FRENCH.  THIS WAS AN AREA THAT DEVELOPED A VERY

**21** DISTINCTIVE AND CLOSE-NIT COMMUNITY.  FRENCH

**22** LANGUAGE, FRENCH NEWSPAPERS, LEGAL DOCUMENTS IN

**23** FRENCH CONTINUED UNTIL THE 1860s AT LEAST.

**24**         SO THIS WAS AN AREA THAT WAS REALLY SET

**25** APART FROM THAT WAVE OF ANGLOS WHO CAME IN MUCH LATER

01:43p

1    IN THE 1830s.  AND NATCHITOCHES WAS A -- AN AREA THAT

2    ALSO HAD PLANTATION AGRICULTURE.  IT WAS EARLIER THAN

3    THE COTTON BOOM, AND WE SEE THERE WAS SOME RICE,

4    THERE WAS SOME INDIGO AND OTHER CROPS, A LITTLE

5    COTTON EARLY ON.

6             AND JUST TO THE SOUTH OF NATCHITOCHES WAS AN

7    AREA THAT WAS SETTLED BY EMANCIPATED MIXED-RACE

8    PEOPLE WHO BECAME KNOWN AS CREOLES OF COLOR WHO LIVED

9    IN PLANTATIONS.  THEY WERE SLAVE OWNERS.  THEY WERE

10   PLANTERS.  THEY HAD ECONOMIC AND -- RELATIONSHIPS

11   WITH PEOPLE IN -- WITH THE WHITE COMMUNITY IN THE

12   AREA.  SO THIS WAS A -- NOT THAT THIS WAS A, YOU

13   KNOW, A PANACEA, BUT THEY DIDN'T HAVE VOTING RIGHTS.

14   BUT THEY WERE A GROUP THAT HAD GREATER MEANS AND

15   GREATER INFLUENCE IN THE LOCALITY.

16            THEY PERSISTED AS A VERY SEPARATE DISTINCT

17   COMMUNITY FROM NATCHEZ, IN PART BECAUSE OF THEIR

18   RACIAL COMPOSITION.  SO THIS WAS A HISTORICAL

19   FEATURE, NOT NECESSARILY JUST ONE OF RACE.  BUT

20   THIS -- AND THIS COMMUNITY STILL EXISTS.  IT'S

21   BEEN -- THERE HAVE BEEN MOVIES MADE ABOUT IT.  IT'S

22   NOW BEEN RECOGNIZED AS A NATIONAL HISTORIC DISTRICT.

23   AND SO THESE -- THE AREAS ALONG THE RIVER WERE

24   ENGAGED IN PLANTATION AGRICULTURE.

25            AS YOU MOVE OUTWARD FROM THE RIVER UP INTO

01:44p

**1**   AREAS, FOR EXAMPLE, AROUND HALL SUMMIT OR INLAND IN

**2**   NATCHITOCHES PARISH AND TOWARDS MANSFIELD AND DESOTO

**3**   PARISH, YOU GET INTO AN AREA THAT WAS PRIMARILY

**4**   FORESTED BUT THAT WAS BEING WORKED BY SMALL-SCALE

**5**   FARMER -- WHAT WE CALL YEOMAN FARMERS.  THEY MAY HAVE

**6**   BEEN PLANTING COTTON, THEY MAY HAVE HAD A SLAVE OR

**7**   TWO, BUT THEY WERE NOT PLANTERS IN THE SENSE OF THE

**8**   WORD THAT THE LOWER-SCALE AGRICULTURAL UNITS ON THE

**9**   RIVER WERE.

**10**       SO THIS WAS A VERY DIFFERENT -- BUT THEY

**11**  WERE ALSO VERY MUCH INTEGRATED INTO THE LOCAL

**12**  ECONOMY.  AND THESE PARISHES THAT HAD A MIX OF UPLAND

**13**  AND FLOODPLAIN AREAS SAW THAT AS AN ADVANTAGE.  IT

**14**  WAS SOMETHING THAT WAS CHARACTERISTIC OF THE REGION,

**15**  AND THOSE PEOPLE HAD A SHARED INTEREST AS WELL.

**16**       **MS. KEENAN:**  SO I'M NOW GOING TO SHOW THE

**17**  WITNESS AN ILLUSTRATIVE AID THAT WE'VE MARKED FOR THE

**18**  TECH AS D5.  THIS IS A MAP, OF COURSE, OF THE SAME

**19**  AREA, BUT IT HAS AN OVERLAY OF ILLUSTRATIVE HOUSE

**20**  DISTRICTS 23.

**21**  BY MS. KEENAN:

**22**    **Q**   COULD YOU TALK A LITTLE BIT ABOUT HOW

**23**  ILLUSTRATIVE HOUSE DISTRICT 23 CORRELATES TO THE

**24**  HISTORICAL GEOGRAPHY AND THE COMMUNITIES THAT YOU'VE

**25**  JUST DISCUSSED HERE AND IN YOUR REPORT?

01:46p

1    **A**   YES.  THE -- IF WE START IN THE DESOTO/RED

2    RIVER AREA, YOU SEE THAT THIS AREA, I BELIEVE THE --

3    THE DISTRICT CONTAINS BOTH THE UPLAND AND THE LOWLAND

4    AREAS.  IF YOU LOOK AT THE -- THE FLOODPLAIN

5    BASICALLY RUNS FROM THE RIVER, THE RED RIVER -- THE

6    BLUE SQUIGGLY LINE -- TO THE EASTERN EDGE OF DESOTO

7    PARISH.  THAT'S BASICALLY THE FLOODPLAIN.

8        AND SO THE FLOODPLAIN WAS BASICALLY IN RED

9    RIVER.  BUT DESOTO PARISH TOUCHED THAT, SO YOU HAD

10   WITHIN THIS -- YOU DO A CROSS-SECTION EAST TO WEST,

11   SAY FROM CANE RIVER TO MARTIN, YOU HAVE THE UPLANDS,

12   YOU HAVE THE FLOODPLAIN, AND YOU HAVE THE UPLANDS

13   AGAIN, THE FORESTED AREA.  SO THIS WAS A BALANCE OF

14   THOSE TERRITORIES.

15       AS YOU MOVE FURTHER DOWN INTO NATCHITOCHES

16   PARISH, AGAIN YOU SEE -- WITHIN NATCHITOCHES PARISH

17   YOU SEE BOTH UPLANDS AND FLOODPLAIN AREAS.  AND THE

18   MOST DISTINCTIVE FEATURE HERE IS THAT NATCHITOCHES,

19   THE -- MUCH OF THE CITY OF NATCHITOCHES IS WITHIN ONE

20   SINGLE DISTRICT.

21   **Q**   WE WILL TALK A LITTLE BIT MORE ABOUT

22   NATCHITOCHES IN JUST A MINUTE.  BUT BEFORE WE GET

23   THERE, I'M GOING TO SHOW YOU ANOTHER ILLUSTRATIVE

24   AID.  THIS IS D8 -- OH, NO.  WE'LL GET TO

25   NATCHITOCHES NOW.

01:47p

**1**        LET'S CUE UP D8.  THIS IS AN ILLUSTRATIVE

**2** AID THAT ZOOMS IN ON THE CITY OF NATCHITOCHES BUT

**3** WITH THE SAME OVERLAY OF ILLUSTRATIVE HOUSE DISTRICT

**4** 23 THAT YOU WERE JUST TALKING ABOUT WITH THE COURT.

**5** YOU WERE TALKING ABOUT HOW THE CITY OF NATCHITOCHES

**6** IS TREATED IN HD 23.  COULD YOU EXPLAIN A LITTLE BIT

**7** FURTHER?

**8**    **A**    YEAH.  THIS MAP SHOWS MUCH GREATER DETAIL

**9** THAN THE LAST ONE AND CERTAINLY THE MAP THAT WE

**10** WORKED WITH PREVIOUSLY ON THE VRA SIDE.  BUT THIS

**11** SHOWS THAT -- WHAT'S IMPORTANT TO NOTE HERE IS THAT

**12** WHERE YOU HAVE A FAIRLY DENSE STREET GRID PATTERN IN

**13** NATCHITOCHES, THAT IS BASICALLY THE POPULATED

**14** RESIDENTIAL AND COMMERCIAL AREA OF THE CITY.  ALMOST

**15** ALL OF THAT IS WITHIN THE CITY OF NATCHITOCHES.

**16**        AND THAT AREA TO THE NORTH-CENTRAL PART OF

**17** NATCHITOCHES, WHICH IS IN DISTRICT 22, IS LARGELY

**18** UNPOPULATED.  AND THE AREA WITHIN THE CITY LIMITS OF

**19** NATCHITOCHES -- THAT DARK SECTION THAT RADIATES TO

**20** THE SOUTH INTO 25 -- THAT'S LARGELY RURAL AREA AS

**21** WELL.  SO THIS KEEPS -- 23 KEEPS NATCHITOCHES

**22** BASICALLY TOGETHER WITHIN ONE EFFECTIVE MUNICIPALITY.

**23**    **Q**    OKAY.  I'M NOW GOING TO SHOW YOU WHAT'S BEEN

**24** MARKED AS D6.  THIS IS AN ILLUSTRATIVE AID OF THE

**25** DESOTO, RED RIVER AND NATCHITOCHES PARISHES WE WERE

01:48p

1    JUST DISCUSSING BUT THIS TIME WITH AN OVERLAY OF

2    ENACTED HOUSE DISTRICTS 5, 7 AND 25.

3             COULD YOU TALK A LITTLE BIT ABOUT HOW THE

4    ENACTED HOUSE DISTRICTS IN THIS AREA CORRELATE TO THE

5    HISTORICAL GEOGRAPHY AND COMMUNITIES YOU'VE DISCUSSED

6    HERE AND IN YOUR REPORT?

7        A    YES.  THIS REALLY SEPARATES DESOTO FROM ITS

8    CONNECTION WITH THE RIVER AND THE FLOODPLAIN AND RED

9    RIVER TO THE EAST.  SO THIS -- BETWEEN DISTRICTS 5

10   AND 7, THIS REALLY CREATES A STARK BOUNDARY BETWEEN

11   THOSE TWO PARISHES THAT IN MANY RESPECTS HAD A

12   COMPARABLE SORT OF HISTORY -- ONE THING I FORGOT TO

13   MENTION:  THESE TWO PARISHES WERE PARTICULARLY

14   NOTEWORTHY IN TERMS OF POST-RECONSTRUCTION VIOLENCE

15   AGAINST BLACK COMMUNITIES.  SO THE BLACK COMMUNITIES

16   BOTH IN RURAL AND URBAN AREAS HAD A STRONG SENSE OF

17   IDENTITY.  AND THIS SEPARATES THOSE COMMUNITIES THAT

18   HAD THAT SIMILAR HISTORICAL PAST.

19            AND WE SEE NATCHITOCHES IS REALLY -- THE

20   CITY IS BASICALLY TAKEN OUT FROM NATCHITOCHES PARISH

21   AND PUT INTO GRANT -- INTO DISTRICT 22, WHICH IS

22   MAINLY IN GRANT PARISH.

23       Q    I'M GOING TO SHOW YOU ANOTHER ILLUSTRATIVE

24   AID THAT ZOOMS BACK IN ON NATCHITOCHES.  THIS IS

25   PLAINTIFFS' D9.  AND AGAIN, THIS IS THAT SAME ZOOM ON

01:50p

1   THE CITY OF NATCHITOCHES BUT WITH AN OVERLAY OF

2   TWENTY -- ENACTED HD 22 AND ENACTED HD 25, WHICH YOU

3   WERE JUST SPEAKING ABOUT.  COULD YOU TALK A LITTLE

4   BIT MORE ABOUT HOW THESE DISTRICTS TREAT THE

5   COMMUNITY YOU'VE DISCUSSED IN NATCHITOCHES?

6       A   YES.  YOU CAN SEE THAT THE NORTHWEST SECTION

7   OF NATCHITOCHES IS IN DISTRICT 25 AND THE BULK OF THE

8   CITY IS IN DISTRICT 22.  BUT THIS REALLY CARVES UP

9   THE CITY OF NATCHITOCHES.  AND ACTUALLY THERE IS A

10  SECTION OF IT THAT'S PUT INTO DISTRICT 13 AS WELL.

11  BUT IT JUST CARVES UP THE CITY AND PLACES IT IN TWO

12  SEPARATE DISTRICTS.

13      Q   SO NOW I WANT TO TALK ABOUT THE NEXT AREA

14  YOU EXAMINED IN YOUR REPORT.

15          MS. KEENAN:  LET THE RECORD REFLECT THAT I'M

16  NOW SHOWING THE WITNESS D10.  THIS IS AN ILLUSTRATIVE

17  AID OF THE OVERLAPPING ACADIANA AND RIVER PARISH AREA

18  THAT HE IDENTIFIED IN HIS REPORT AND THE MAP ON PAGE

19  4 OF PLAINTIFFS' EXHIBIT 129.

20  BY MS. KEENAN:

21      Q   LOOKING AT THIS ILLUSTRATIVE AID, COULD YOU

22  TELL US A LITTLE BIT ABOUT THE HISTORICAL COMMUNITIES

23  YOU IDENTIFIED WITHIN THIS AREA OF THE STATE?

24      A   LET'S START WITH ACADIANA.  THE ACADIANS

25  WERE RECRUITED BY THE SPANISH IN THE -- IN THE 1760s

01:51p

1  TO COME TO LOUISIANA BECAUSE, IN PART, THEY WERE

2  DEVOTED CATHOLICS AND HAD A GREAT RESENTMENT TO THE

3  BRITISH WHO EXILED THEM AND DRIVEN THEM OUT OF WHAT

4  THE BRITISH CALLED NOVA SCOTIA.  THEY CAME AND

5  SETTLED IN AREAS SOUTH OF BATON ROUGE ALONG THE RIVER

6  NEAR THE TOWN OF ST. GABRIEL, WHICH IS SORT OF ALMOST

7  DEAD CENTER IN THIS MAP.  THEY SETTLED ALONG THE

8  RIVER.

9         THEY REMAINED THERE FOR SOME TIME, BUT THEY

10 WERE SMALL-SCALE FARMERS.  THEY WEREN'T LARGE

11 PLANTATION OWNERS.  THEY DIDN'T ENGAGE IN LARGE-SCALE

12 RICE OR EVEN LATER IN SUGAR PLANTING, WHICH DIDN'T

13 REALLY BEGIN UNTIL -- IN A MAJOR WAY UNTIL THE 1790s.

14 OVER TIME -- AND THEN SOME OF THEM ALSO MOVED INTO

15 AREAS IN ST. MARTIN PARISH NEAR THE TOWN OF

16 ST. MARTINVILLE.  OTHERS FOUND THEIR WAY DOWN THE

17 RIVER INTO LAFOURCHE PARISH.  SO THIS -- THESE WERE

18 KIND OF THE CORE AREAS OF INITIAL ACADIAN SETTLEMENT

19 IN -- NEAR ST. GABRIEL, IN LAFOURCHE PARISH AND IN

20 ST. MARTIN PARISH ALONG BAYOU TECHE.

21         WITH THE ARRIVAL OF ANGLO PLANTERS IN THE

22 19TH CENTURY, MANY OF THE ACADIANS WERE BOUGHT OUT.

23 THEY MOVED SOME OF THEM INTO THE ATCHAFALAYA BASIN IN

24 IBERVILLE, ASSUMPTION, IBERIA PARISH, ST. MARTIN, ST.

25 LANDRY, AND THEN SOME MOVED EVEN FURTHER WEST INTO

01:53p

1   THE PRAIRIES, WHICH WAS A VERY, VERY DIFFERENT

2   ENVIRONMENTAL SETTING THAT LATER BECAME A PRINCIPAL

3   AREA FOR RICE PRODUCTION IN THE AREA OF CROWLEY AND

4   RAYNE, THOSE COMMUNITIES, AND FURTHER WEST,

5   PARTICULARLY AS MIDWESTERN FARMERS WERE RECRUITED TO

6   COME IN AND PRACTICE LARGE-SCALE AGRICULTURE.

7           SO YOU HAVE ACADIANS SPREAD THROUGHOUT THIS

8   AREA FROM AVOYELLES AND POINTE COUPEE AND ALL THE WAY

9   DOWNRIVER TO ST. CHARLES.  THOSE FRONTING THE

10  MISSISSIPPI RIVER DECLINED IN POPULATION OVER TIME,

11  BUT IN OTHER PARTS OF THE STATE, PARTICULARLY

12  CENTERING ON LAFAYETTE AND ST. MARTINVILLE, THEY

13  REALLY GREW IN NUMBER.

14          AND THIS -- THE ACADIANS WERE A VERY, VERY

15  INSULAR POPULATION IN THE EARLY DAYS OF THEIR

16  SETTLEMENT IN THE STATE.  THEY RETAINED THE FRENCH

17  LANGUAGE AND CATHOLICISM, UNLIKE NEIGHBORS TO THE

18  NORTH.  THEY WERE SMALL-SCALE FARMERS, NOT -- MOST OF

19  THEM, NOT -- THERE WERE SOME WHO DID PRACTICE

20  LARGE-SCALE AGRICULTURE.  BUT FOR THE MOST PART THEY

21  RETAINED THEIR IDENTITY.  AND EVEN WHEN THEIR

22  IDENTITY WAS CHALLENGED IN THE 1960s, THERE WAS THIS

23  KIND OF REVIVAL OF CAJUN IDENTITY AND EFFORTS TO

24  REVIVE THE FRENCH LANGUAGE IN -- IN THE SCHOOLS IN

25  LOUISIANA.  SO THEY RETAINED THIS REALLY POWERFUL

01:54p

1  SENSE OF IDENTITY.

2        ANOTHER GROUP WITHIN THAT ACADIA, THAT

3  TERRITORY, WERE A GROUP OF WHAT WE CALL CREOLES OF

4  COLOR.  THEY WERE AFRICAN AMERICANS, SOME OF THEM

5  MULATTOS WHO WERE SENT BY FRENCH LAND OWNERS ALONG

6  THE RIVER TO MANAGE THEIR LIVESTOCK IN THE PRAIRIES

7  PARTS OF THE PARISH.  A LOT OF THIS TOOK PLACE AROUND

8  THE CITY -- OR AROUND THE REGION OF ST. LANDRY AND

9  FURTHER WEST.  IN ST. LANDRY PARISH, THE CITY OF

10 OPELOUSAS.

11       SO THIS WAS ANOTHER GROUP THAT WORKED ON THE

12 PLANTATIONS -- OR THE RANCHES OF THE SPANISH AND THE

13 FRENCH WHO ADDED DIVERSITY TO THIS REGION, BUT THEY

14 ALSO RETAINED A VERY, VERY POWERFUL SENSE OF

15 IDENTITY.  AND EVEN TODAY THEY STILL PRACTICE TRAIL

16 RIDES HARKENED BACK TO THEIR TRADITIONAL PRACTICES

17 FROM PREVIOUS GENERATIONS AS RANCHERS.  AND THEY'RE

18 STILL VERY MUCH AN IDENTIFIABLE POPULATION IN --

19 WITHIN ACADIANA, BUT THEY'RE NOT CAJUNS.

20    Q    NOW, YOU'VE TALKED ABOUT THE POPULATION THAT

21 YOU DESCRIBED IN ACADIANA ON THIS MAP.  COULD YOU

22 TAKE A LOOK IN THE BINDER IN FRONT OF YOU ON -- AT

23 THE MAP ON PAGE 4.

24    A    YES.

25    Q    IS IT FAIR TO SAY THAT THE AREA DEPICTED IN

01:56p

1    THIS ILLUSTRATIVE AID INCLUDES SOME OF THE AREA

2    THAT'S ALSO SHADED AS RIVER PARISHES IN THE MAP ON

3    PAGE 4 OF YOUR REPORT?

4        A    YES, IT DOES.

5        Q    CAN YOU EXPLAIN THE HISTORICAL GEOGRAPHY IN

6    THE RIVER PARISHES AS YOU IDENTIFIED IT IN YOUR

7    REPORT IN THIS AREA OF THE STATE?

8        A    YES.  THIS AREA FROM POINTE COUPEE PARISH

9    DOWNRIVER TO JEFFERSON PARISH WAS, AGAIN, AN AREA OF

10   FLOODPLAIN AGRICULTURE SETTLED INITIALLY BY THE

11   FRENCH WHO EMPLOYED MANY ENSLAVED LABORERS TO DO THE

12   BACK-BREAKING WORK.  IT ALSO CONTAINED BACK SWAMP

13   AREAS.  BUT IT WAS HERE YOU HAD IN MANY CASES

14   MAJORITY AFRICAN AMERICANS WORKING ON THESE

15   PLANTATIONS EVEN AFTER THE END OF THE CIVIL WAR AFTER

16   EMANCIPATION.

17          THE SUGAR-PRODUCING DISTRICTS OF THE STATE

18   WERE VERY DIFFERENT THAN AREAS THAT PRODUCED COTTON.

19   THEY REALLY DEMANDED HIGHLY SKILLED LABOR TO RUN THE

20   SUGAR MILLS, SO MANY OF THE AFRICAN AMERICANS WERE

21   SOUGHT AT AND PAID BETTER THAN THEY MIGHT HAVE BEEN

22   IN OTHER -- HAVING OTHER OPPORTUNITIES.  AND THEY

23   REMAINED ON THESE PLANTATIONS.  ALSO, MANY -- IN SOME

24   CASES LAND OWNERS GAVE SOME SLAVES LITTLE SLIVERS OF

25   LAND, AND THEY DEVELOPED THESE SMALL, NARROW, LINEAR

01:57p

**1** VILLAGES THAT IN MANY CASES EVENTUALLY BECAME PETRO

**2** COMMUNITIES ADJACENT TO PETROCHEMICAL PLANTS.

**3**         SO IN THIS AREA YOU HAD A HISTORY OF

**4** SLAVERY, YOU HAD A HISTORY OF SLAVE INSURRECTION,

**5** AND -- AND THEN ALL THE OTHER DISCRIMINATION THAT

**6** GOES ALONG WITH BEING A MINORITY COMMUNITY IN THIS

**7** PART OF THE WORLD OVER TIME, AND THEN THE ULTIMATE

**8** BURDEN OF EXPOSURE TO INDUSTRIAL EMISSIONS.

**9**         AND SO THIS WAS AN AREA WHERE, AGAIN -- AND

**10** THAT HISTORY OF INSURRECTION HAS BEEN CAPTURED IN THE

**11** SPIRIT OF THESE COMMUNITIES NOW, AND THERE IS A

**12** CELEBRATION FOR THE SLAVE INSURRECTION.  THERE IS --

**13** THIS WAS ONE OF THE BIRTH PLACES OF THE ENVIRONMENTAL

**14** JUSTICE MOVEMENT IN THE COUNTRY -- BASICALLY FOMENTED

**15** WITHIN THE AFRICAN-AMERICAN COMMUNITY BECAUSE OF

**16** THEIR INORDINATE EXPOSURE TO POLLUTION AND NOISE AND

**17** OTHER THINGS.

**18**         MS. KEENAN:  SO NOW I'M GOING TO SHOW THE

**19** WITNESS WHAT'S BEEN MARKED FOR THE TECH AS D11.  THIS

**20** IS AN ILLUSTRATIVE AID OF THAT SAME AREA WE JUST SAW

**21** BUT WITH AN OVERLAY OF ILLUSTRATIVE SENATE DISTRICTS.

**22** IN PARTICULAR I'D LIKE TO FOCUS ON 2 AND 17.

**23** BY MS. KEENAN:

**24**     Q   CAN YOU TELL US HOW THESE ILLUSTRATIVE HOUSE

**25** DISTRICTS 2 AND 17 CORRELATE TO THE HISTORICAL

01:58p

**1**   GEOGRAPHY AND COMMUNITIES THAT YOU'VE DISCUSSED HERE

**2**   AND IN YOUR REPORT?

**3**      **A**    YEAH.   17 REFLECTS ONE THING THAT I DIDN'T

**4**   MENTION; AND THAT'S THAT WEST FELICIANA AND EAST

**5**   FELICIANA AND EAST BATON ROUGE ARE BASICALLY PARISHES

**6**   WITH MORE OF AN ANGLO TRADITION, A COTTON ECONOMY.

**7**   BUT 17, FOR THE MOST PART, STAYS ON THE WEST BANK OF

**8**   THE RIVER AND INCLUDES PEOPLE WHO ARE GROWING

**9**   SUGARCANE FROM POINTE COUPEE ALL THE WAY DOWN INTO

**10**  IBERVILLE, AS WELL AS COMMUNITIES THAT WERE IN THE

**11**  BACK SWAMP AREAS, PLACES LIKE GROSSE TETE AND

**12**  MARINGOUIN.  SO -- AND -- SO THIS -- THIS KEEPS ONE

**13**  STRONG COMMUNITY TOGETHER FOR THE MOST PART.

**14**        DISTRICT 2 LIKEWISE -- WELL, DISTRICT 2 IN

**15**  CONTRAST, I SHOULD SAY, STRADDLES THE RIVER.  IT

**16**  ENCOMPASSES BOTH SIDES OF THE RIVER, BECAUSE AT THIS

**17**  POINT MOVING DOWNSTREAM FROM PLAQUEMINE YOU REALLY

**18**  HAVE COMPARABLE POPULATIONS ON BOTH SIDES OF THE

**19**  RIVER WITH SIMILAR ECONOMIC HISTORY, SIMILAR

**20**  SETTLEMENT HISTORY, SIMILAR COMMUNITIES OF INTEREST

**21**  ON BOTH SIDES OF THE RIVER ALL THE WAY DOWN TO AND

**22**  BEYOND ST. CHARLES.

**23**     **Q**   AND JUST TO CONFIRM, WHEN YOU SAY A SIMILAR

**24**  ECONOMIC HISTORY IN WHAT YOU'VE IDENTIFIED AS

**25**  ILLUSTRATIVE SENATE DISTRICT 2 HERE, CAN YOU DESCRIBE

02:00p

1    WHAT THAT ECONOMIC HISTORY IS?

2        A    IT WAS A HISTORY OF SUGARCANE PLANTATIONS

3    SINCE THE SEVENTEEN -- OR SINCE ABOUT 1800 WITH

4    ENSLAVED LABOR AND -- AS I MENTIONED BEFORE.

5        Q    OKAY.  LET'S MOVE ON TO THE NEXT AREA OF THE

6    STATE THAT YOU EXAMINED.

7            MS. KEENAN:  LET THE RECORD REFLECT I'M

8    SHOWING THE WITNESS WHAT'S BEEN MARKED FOR THE TECH

9    AS D12.  THIS IS AN ILLUSTRATIVE AID OF BATON ROUGE

10   AND THE SURROUNDING AREA.

11   BY MS. KEENAN:

12       Q    DR. COLTEN, IS THIS ONE OF THE AREAS THAT

13   YOU EXAMINED IN YOUR REPORTS?

14       A    YES, IT IS.

15       Q    AND CAN YOU TELL US ABOUT THE HISTORICAL

16   COMMUNITIES THAT YOU IDENTIFIED IN THIS AREA OF THE

17   STATE?

18       A    WELL, BATON ROUGE, EVEN THOUGH IT HAS A

19   FRENCH NAME, WAS LARGELY AN ANGLO SETTLEMENT.  FOR

20   MANY YEARS IT WAS PART OF BRITISH WEST FLORIDA -- OR

21   SPANISH WEST FLORIDA AND THEN PART OF THE BRITISH

22   TERRITORY HELD IN THIS PART OF THE WORLD.  AND THE

23   BRITISH CALLED IT RICHMOND.  THERE WEREN'T THAT MANY

24   FRENCH WHO LIVED IN BATON ROUGE.  THERE WAS A SMALL

25   NUMBER.  BUT IT'S MORE OF A PROTESTANT CITY THAN

02:01p

1    AREAS TO THE WEST.

2         IT HAD -- IT BECAME A DESTINATION FOR FREED

3    SLAVES AFTER THE END OF THE CIVIL WAR, BY WHICH TIME

4    IT HAD ALREADY BECOME THE STATE CAPITAL, SO IT WAS

5    GROWING -- IT WAS A FAIRLY SMALL CITY EVEN IN 1900,

6    BUT IT WAS GROWING.  AND IT TENDED TO GROW FIRST TO

7    THE NORTH, THE -- WHAT'S LABELED HERE AS THE BATON

8    ROUGE REFINERY, YOU'LL SEE WHAT'S NOW THE EXXONMOBIL

9    REFINERY.  AND THAT WAS BUILT IN THE EARLY 20TH

10   CENTURY.  AND IT ATTRACTED LARGELY A WHITE

11   WORKING-CLASS POPULATION THAT LIVED IN THE -- WHAT WE

12   CALL THE MILLGATE COMMUNITY JUST OUTSIDE.

13        SO YOU HAD AN EXTENSION OF WHITE POPULATION

14   TO THE NORTH.  YOU HAD WHITE POPULATIONS EXTENDING TO

15   THE SOUTHWEST TOWARDS LSU AND OUT DIRECTLY TO THE

16   WEST.  AND WITHIN THE CORE OF THE CITY THERE WAS A

17   FAIRLY -- THERE WAS FAIRLY SMALL AREAS, AN AREA THAT

18   IS CALLED HERE, AS IT IS IN OTHER CITIES -- AT THE

19   BOTTOM IS AN AREA JUST SOUTH OF DOWNTOWN BATON ROUGE,

20   IT WAS PRIMARILY THE AFRICAN-AMERICAN RESIDENTIAL

21   DISTRICT.

22        AFTER -- AND THEN THE CITY GRADUALLY WAS

23   INCHING ITS WAY EASTWARD ALONG FLORIDA AND GOVERNMENT

24   STREETS.  FLORIDA IS THE U.S. 190 ON THE -- LABELED

25   AS U.S. 190 ON THIS MAP.  IN THE 1940s THE FIRST

02:02p

**1** MAJOR BRIDGE WAS COMPLETED ACROSS THE MISSISSIPPI

**2** RIVER AND EXTENDED TO THE SOUTH AND EAST, WHAT'S

**3** LABELED HERE AS AIRLINE HIGHWAY.  AND WITH THAT

**4** HIGHWAY, ADDITIONAL NEIGHBORHOODS WERE CONSTRUCTED IN

**5** THE '60s AND '70s, PUSHING THE CITY FURTHER EASTWARD.

**6**         IT WAS ALSO AT THIS TIME PERIOD THAT, IN THE

**7** '60s AND '70s, WE BEGIN TO GET INTEGRATION.  WE BEGIN

**8** TO SEE A REAL STRONG PUSH FOR BATON ROUGE TO EXTEND

**9** FURTHER EAST, AS WE HAVE WHITE FLAGGED AS THE

**10** DEPOPULATION OF INNER-CITY NEIGHBORHOODS OR OLD

**11** SUBURBS MOVING FURTHER OUT AND EAST.

**12**         AND IT WAS DURING THIS PHASE OF DEVELOPMENT

**13** THAT WE SEE A LOT OF THE MILLWORKERS, YOU KNOW, THE

**14** EXXONMOBIL, MOVING FURTHER OUT.  AND MUCH OF THAT

**15** AREA NEAR THE MILLS BECAME AN AFRICAN-AMERICAN

**16** NEIGHBORHOOD.  SO THIS IS A PROCESS OF NEIGHBORHOOD

**17** TURNOVER THAT WAS GOING ON.  AND WE HAD A SERIES OF

**18** NEW SUBDIVISIONS THAT WERE PLATTED AND APPROVED BY

**19** THE CITY AND THE PARISH THAT ENABLED THE CITY TO ADD

**20** NEW RESIDENTIAL NEIGHBORHOODS.  AND EACH NEW

**21** NEIGHBORHOOD WAS MORE OR LESS -- CONSTITUTED MORE OR

**22** LESS AN ARC, A SEMICIRCLE OF DEVELOPMENT; THAT ONE

**23** WAS BUILT, ANOTHER TO THE EAST OF THAT, ANOTHER TO

**24** THE EAST OF THAT.  AND SO THE CITY WAS GROWING

**25** EASTWARD OUT TOWARDS THE AMITE RIVER AND OUT TOWARDS

02:04p

1   DENHAM SPRINGS AND THEN TO THE SOUTH AND EAST TOWARDS

2   NEW ORLEANS.

3       Q    OKAY.  I'M GOING TO SHOW YOU ANOTHER

4   ILLUSTRATIVE AID.  THIS IS D13.  AGAIN, A MAP OF THE

5   SAME AREA BUT THIS TIME WITH AN OVERLAY OF THE

6   ILLUSTRATIVE HOUSE DISTRICTS.  I'M GOING TO READ INTO

7   THE RECORD SOME OF THE HOUSE DISTRICTS THAT ARE SHOWN

8   IN THIS ILLUSTRATIVE AID.  IT INCLUDES ILLUSTRATIVE

9   HOUSE DISTRICTS 29, 67, 61, 68, 69, 70, 65, 101, AND

10  A COUPLE IN THE SURROUNDING AREA.

11           DR. COLTEN, COULD YOU TELL US HOW THESE

12  ILLUSTRATIVE HOUSE DISTRICTS CORRELATE TO THE

13  HISTORICAL GEOGRAPHY AND COMMUNITIES THAT YOU'VE

14  DISCUSSED HERE AND IN YOUR REPORT?

15      A    YES.  LET ME START WITH 67, WHICH IS THE ONE

16  CLOSEST TO THE RIVER.  IT INCLUDES THE AREA

17  IMMEDIATELY ADJACENT TO THE BATON ROUGE REFINERY,

18  WHICH WAS ORIGINALLY WORKING CLASS WHITES.  BUT BY

19  THE 1980s, 1990s IT WAS BECOMING AN AFRICAN-AMERICAN

20  NEIGHBORHOOD.

21           WE ALSO SEE AT THE FAR SOUTHERN END OF THIS

22  DISTRICT 77 GARDERE, WHICH IS AN AREA THAT WAS

23  INITIALLY INTENDED FOR -- A WHOLE GROUP OF APARTMENT

24  COMPLEXES WERE BUILT THERE THAT WERE COMPLETED DURING

25  THE BIG OIL BUST.  AND THE DEVELOPERS FOUND THAT THEY

02:05p

1    NEEDED -- THAT THEY WERE ABLE TO FILL THEM BY RENTING

2    THEM TO AFRICAN AMERICANS.  SO YOU HAD BOTH THESE

3    AREAS NEAR THE REFINERY AND AROUND GARDERE WERE AREAS

4    OF AFRICAN AMERICANS WHO LEFT THE CENTER CITY AND

5    MOVED OUT TO MORE SUBURBAN LOCATIONS.

6          DISTRICT 61 ALSO REPRESENTS ANOTHER PHASE, A

7    VERY EARLY PHASE OF MOVEMENT OUT FROM THE CITY;

8    SCHOOLS, COMMERCIAL DISTRICTS BUILT AT COMPARABLE

9    TIMES SO THAT YOU HAD KIND OF A -- THE HISTORICAL

10   GEOGRAPHY, THE CHRONOLOGY HERE IS THAT THIS WAS AN

11   AREA THAT WAS MORE OR LESS ADDED AT ONE -- MORE OR

12   LESS ONE TIME.  68 REPRESENTS THE PUSH OF THE CITY

13   OUTWARD TOWARDS AIRLINE HIGHWAY; 69, ANOTHER ARC

14   BEYOND THAT; 101, ANOTHER ARC BEYOND THAT.  AND 65 IS

15   MORE OF A LINEAR MOVEMENT OUTWARDS TOWARDS CENTRAL, A

16   CITY THAT WAS ESTABLISHED TO HAVE A SEPARATE SCHOOL

17   DISTRICT.  SO THIS REALLY QUITE CONVINCINGLY MIMICS

18   THAT ADDITION OF THESE DIFFERENT ADDITIONS OVER TIME.

19     Q    SO A COUPLE OF FOLLOW-UP QUESTIONS.  AT ONE

20   POINT I BELIEVE YOU SAID DISTRICT 77.  WERE YOU

21   REFERRING TO DISTRICT 67 HERE ON THE AID?

22     A    I STARTED -- IF I SAID 77, I APOLOGIZE.  I

23   MEANT 67, WHICH IS THE FIRST ONE I DISCUSSED THAT

24   INCLUDES THE REFINERY AND GARDERE.

25     Q    THANK YOU.

02:06p

**1**       AND YOU'VE TALKED A LITTLE BIT ABOUT SORT OF

**2** THE WAY THAT THESE ARCS FORMED AT THE SAME TIME, I

**3** BELIEVE WAS THE THING YOU JUST SAID.  I'D LIKE YOU TO

**4** EXPLAIN A LITTLE BIT ABOUT -- FROM THE HISTORICAL

**5** GEOGRAPHY'S PERSPECTIVE -- ABOUT HOW THE COMMUNITIES

**6** WITHIN THESE ARCS RELATE TO EACH OTHER BASED ON WHAT

**7** YOU TALKED ABOUT IN YOUR REPORT.

**8**    **A**   YES.  MANY OF THESE PEOPLE WHO WERE MOVING

**9** TO THESE SUBURBAN AREAS BOUGHT HOMES IN AND REMAINED

**10** IN THEM, RAISED THEIR FAMILIES THERE AND SPENT THE

**11** BULK OF THEIR LIFE THERE.  WHILE THEY WERE THERE, THE

**12** CITY RESPONDED, THE PARISH RESPONDED WITH BUILDING

**13** SCHOOLS IN THOSE AREAS.  PEOPLE BUILT CHURCHES.  SO

**14** YOU DEVELOPED COMMUNITIES WITHIN THESE TERRITORIES.

**15** AND THAT'S A FAIRLY CONSISTENT PATTERN YOU SEE IN

**16** THESE NEIGHBORHOODS AS THEY EXTENDED EASTWARD.

**17**    **Q**   OKAY.  I'M NOW GOING TO SHOW YOU ANOTHER

**18** ILLUSTRATIVE AID MARKED FOR THE TECH AS D14.  THIS IS

**19** THE SAME AREA AGAIN, BUT INSTEAD OF THE ILLUSTRATIVE

**20** HOUSE DISTRICTS, IT OVERLAYS THE ENACTED HOUSE

**21** DISTRICTS.  AGAIN, JUST FOR THE RECORD, SOME OF THOSE

**22** DISTRICTS INCLUDE ENACTED HOUSE DISTRICT 29, 67, 61,

**23** 68, 69, 70, 101, 65, AND SOME OF THE SURROUNDING

**24** AREA.

**25**       DR. COLTEN, COULD YOU TELL US HOW THE

02:08p

1   ENACTED HOUSE DISTRICTS THAT YOU SEE IN THIS AREA

2   CORRELATE TO THE HISTORICAL GEOGRAPHY AND THE

3   COMMUNITIES THAT YOU'VE DISCUSSED HERE AND IN YOUR

4   REPORT?

5       A    WELL, THE -- LET'S START WITH 29.  MUCH OF

6   IT FOLLOWS THE RIVER ON THE WEST SIDE OF THE RIVER,

7   BUT IT ALSO LEAPS ACROSS THE RIVER, INCLUDES THE

8   AREAS TO THE EAST OF THE BATON ROUGE REFINERY, AS

9   SHOWN HERE.  THE AREA WEST OF THE RIVER WAS IN A

10  DIFFERENT ADMINISTRATIVE UNIT, A DIFFERENT PARISH.

11  THERE WAS A VERY DIFFERENT POPULATION.

12          ONE OF THE MARKS OF DISTINCTION WAS THAT THE

13  BARS STAYED OPEN LATER BECAUSE THERE WAS MORE OF A

14  CATHOLIC INFLUENCE, WHICH WAS MORE TOLERANT OF LATER

15  NIGHT DRINKING.  ON THE EAST SIDE IT WAS -- BATON

16  ROUGE WAS MORE OF A BAPTIST CITY.  AND SO THESE

17  REALLY -- THE TWO -- THE AREAS ON THE EAST AND WEST

18  BANK OF DISTRICT 29 WERE REALLY QUITE DIFFERENT IN

19  TERMS OF THEIR COMPOSITION, BOTH HISTORICALLY AND

20  RECENTLY.

21          THE 67 INCLUDES GARDERE BUT ALSO INCLUDES

22  SOME LARGELY WHITE AREAS ON THE SOUTH SIDE OF BATON

23  ROUGE.  70, 68, 69 ALL ARE MORE OR LESS RADIAL --

24  FOLLOWED MORE OR LESS A RADIAL LINE EXTENDING OUT

25  FROM THE CENTER OF THE CITY TO THE SOUTH AND EAST,

02:09p

1    STRADDLING OLD BARRIERS LIKE AIRLINE HIGHWAY, AS DOES

2    61.   61 STRADDLES AIRLINE HIGHWAY, WHICH, ONCE IT WAS

3    OPENED, IT REALLY -- WE SAW A REAL ACCELERATION OF

4    DEVELOPMENT ON THE EAST SIDE.

5         SO THESE DISTRICTS REALLY DON'T COMPORT OR

6    DON'T MESH PARTICULARLY WELL WITH THE HISTORICAL

7    GEOGRAPHY OF THE GROWTH OF BATON ROUGE.

8      Q    OKAY.  AND I'D LIKE TO MOVE ON TO THE LAST

9    AREA OF THE STATE THAT YOU EXAMINED.

10         **MS. KEENAN:**  LET THE RECORD REFLECT THAT I'M

11   SHOWING THE WITNESS WHAT'S BEEN MARKED FOR THE TECH

12   AS D15.  THIS IS AN ILLUSTRATIVE AID OF JEFFERSON AND

13   ORLEANS PARISHES AS WELL AS SOME OF THE SURROUNDING

14   AREA.

15   **BY MS. KEENAN:**

16     Q    IS THIS ONE OF THE AREAS THAT YOU STUDIED IN

17   YOUR REPORTS?

18     A    YES, IT IS.

19     Q    AND CAN YOU TELL US ABOUT THE HISTORICAL

20   COMMUNITIES THAT YOU IDENTIFIED IN THIS AREA OF THE

21   STATE.

22     A    I TOUCHED ON SOME OF THEM EARLIER.  BUT THIS

23   IS -- MOST OF THE AREA FROM DESTREHAN DOWNRIVER

24   THROUGH ALGIERS ON BOTH SIDES OF THE RIVER, AT LEAST

25   INITIALLY IN THE EARLY FRENCH PERIOD, WAS SETTLED BY

02:10p

1   FRENCH PLANTERS.  THE EAST BANK REALLY DEVELOPED

2   AHEAD OF THE WESTBANK.

3        FOR THOSE OF YOU WHO ARE NOT FROM LOUISIANA,

4   THE AREA SOUTH OF THE RIVER IS THE WESTBANK AND THE

5   AREA TO THE NORTH OF THE RIVER IS THE EAST BANK.

6        SO AS NEW ORLEANS GREW UPRIVER, MUCH OF THE

7   AREA THAT'S LABELED "GARDEN DISTRICT," "UPTOWN," MUCH

8   OF THAT AREA WAS SETTLED BY ANGLOS.  AND WE BEGIN TO

9   SEE THE DISAPPEARANCE OF THE OLD TRADITIONAL

10  FRANCOPHONE SUGARCANE PLANTATIONS WITH AFRICAN-

11  AMERICAN LABOR.  THAT DOESN'T MEAN AFRICAN AMERICANS

12  DISAPPEAR OR THAT WEALTHY CREOLE FRENCH DISAPPEAR,

13  BUT THIS WAS AN AREA MORE CHARACTERIZED BY ANGLO

14  SETTLEMENT.

15       ON THE WESTBANK PLANTATION AGRICULTURE

16  PERSISTED A BIT LONGER AS IT DID UPRIVER.  BUT BY THE

17  1940s WE BEGIN TO SEE A WHOLESALE TRANSFORMATION OF

18  JEFFERSON PARISH ON THE EAST BANK.  NEW ORLEANS WAS

19  GROWING AND BY 1950 WAS BEGINNING TO PUSH INTO

20  METAIRIE, LATER ULTIMATELY INTO KENNER.  AFTER

21  HURRICANE BETSY IN '65 THERE WAS AN ACCELERATION OF

22  THIS.  DESEGREGATION PROMPTED EVEN MORE RAPID WHITE

23  FLIGHT FROM NEW ORLEANS TO METAIRIE AND KENNER.

24       ON THE WESTBANK, ON THE SOUTH SIDE OF THE

25  RIVER, WE SEE A SERIES OF HIGHLY SEGREGATED

02:12p

1   RESIDENTIAL COMMUNITIES THAT WERE BEING BUILT IN

2   GRETNA AND MARRERO AND WESTWEGO IN PARTICULAR,

3   NEIGHBORHOODS THAT WERE DESIGNATED FOR THE PEOPLE OF

4   DIFFERENT COLOR.  SO IT WAS A HIGHLY DELIBERATE

5   SEGREGATION OF POPULATIONS THAT REPLACED AGRICULTURE.

6        BUT THESE WERE RESIDENTIAL AREAS FOR WORKING

7   CLASS PEOPLE WORKING IN THE NEW MILLS, THE

8   SHIPBUILDING FACILITIES AND ON THE DOCKS ON THE

9   HARVEY CANAL AND OTHER PLACES ON THE WESTBANK.  SO

10  THIS WAS VERY MUCH A WORKING-CLASS LABORING

11  POPULATION ON THIS SIDE.  IT'S VERY DIFFERENT THAN

12  THE POPULATIONS IN UPTOWN AND THE GARDEN DISTRICT IN

13  NEW ORLEANS IMMEDIATELY ACROSS THE RIVER.

14     Q    AND YOU TALKED A LITTLE BIT ABOUT THIS --

15  SORRY, NOT BY THE MICROPHONE.

16        YOU TALKED A LITTLE BIT ABOUT THIS EARLIER

17  WHEN WE WERE LOOKING AT A DIFFERENT MAP THAT CAPTURED

18  PART OF THESE PARISHES AS WELL.  BUT UPSTREAM FROM

19  NEW ORLEANS AND JEFFERSON PARISH, COULD YOU TALK A

20  LITTLE BIT ABOUT THE SHARED EXPERIENCE OF RESIDENTS

21  IN -- I THINK DESTREHAN IS A CITY THAT YOU MENTIONED

22  CLOSER TO THE ST. CHARLES SIDE OF THE LINE.

23     A    YEAH.  IT WAS UPSTREAM IN SOME OF THE SUGAR

24  PLANTING AREAS THAT FOR MANY YEARS EVEN THE SPANISH

25  HAD BEEN CONCERNED WITH SLAVE INSURRECTION.  THE

02:13p

1   SLAVE POPULATION OUTNUMBERED THE WHITE POPULATION IN

2   THE SPANISH PERIOD AND INTO THE EARLY U.S. PERIOD

3   AFTER THE LOUISIANA PURCHASE IN 1803.

4          BUT IT WAS -- AND IT WAS HERE THE FIRST AND

5   THE LARGEST SLAVE INSURRECTION IN U.S. HISTORY

6   OCCURRED IN 1811.  AND SLAVES MARCHED THROUGH

7   DESTREHAN DOWNSTREAM TOWARDS NEW ORLEANS, AND THEY

8   WERE REPULSED BRUTALLY AND VICIOUSLY AS THEY

9   APPROACHED KENNER.  SO THIS SLAVE INSURRECTION,

10  AGAIN, IS NOW CELEBRATED AS AN ACT OF DEFIANCE.

11         IN THESE AREAS YOU ALSO SEE, JUST BACK FROM

12  THE RIVER, LARGE GREEN AREAS, WHICH ENABLE YOU TO SEE

13  THESE MARSH AREAS AND SWAMP AREAS.  THESE WERE AREAS

14  THAT WERE DESTINATIONS FOR ESCAPED SLAVES, WHICH WAS

15  A FUNDAMENTAL PART OF SLAVE EXISTENCE IN THIS AREA.

16  SO THEY ESCAPED AND ESTABLISHED WHAT THEY CALLED

17  MAROON COLONIES IN THE BACK SWAMPS.

18         SO THOSE ARE THINGS THAT ADDED TO THIS GROUP

19  IDENTITY, AS DID SEGREGATION AND HOUSING AND A WHOLE

20  HOST OF OTHER ISSUES SUCH AS POOR QUALITY HOUSING,

21  SCHOOLS AND THE LIKE.

22     Q   SO I'M NOW GOING TO SHOW YOU ANOTHER

23  ILLUSTRATIVE AID MARKED FOR THE TECH AS D16.  THIS IS

24  AN ILLUSTRATIVE AID ABOUT THE SAME AREA WE JUST

25  DISCUSSED WITH AN OVERLAY OF THE ILLUSTRATIVE SENATE

02:14p

**1**  DISTRICTS.  AND IN PARTICULAR I'D LIKE TO FOCUS ON

**2**  ILLUSTRATIVE SENATE DISTRICT 19.

**3**          CAN YOU TELL US HOW ILLUSTRATIVE SENATE

**4**  DISTRICT 19 CORRELATES TO THE HISTORICAL GEOGRAPHY

**5**  AND THE COMMUNITIES THAT YOU DISCUSSED HERE AND IN

**6**  YOUR REPORT.

**7**     **A**   BY EXTENDING OVER BOTH SIDES OF THE RIVER

**8**  FOR A LARGE PORTION ABOVE -- WELL, ABOVE HARAHAN, IT

**9**  INCLUDES PEOPLE WHO WERE RESIDENT IN THE AREA OR HAD

**10**  ANCESTORS WHO WERE RESIDENT IN THE AREA DURING THE

**11**  PERIOD OF ENSLAVEMENT.  THESE AREAS HAVE EXPERIENCED

**12**  EXPOSURE TO INDUSTRIAL POLLUTION.  THEY ARE PART OF

**13**  THE GROUP THAT CELEBRATE THE ANNIVERSARY OF THE SLAVE

**14**  INSURRECTION, SO THERE IS SOME REAL STRONG SENSE OF

**15**  COMMUNITY WITHIN THESE AREAS -- IN THAT AREA ABOVE

**16**  HARAHAN WHERE IT STRADDLES THE RIVER.

**17**          AS YOU MOVE FURTHER DOWNSTREAM ACROSS FROM

**18**  HARAHAN DOWN TO THE BOTTOM OR TO THE SOUTH OF THE

**19**  RIVER WHERE THE WORD "WAGGAMAN" IS, THESE AREAS --

**20**  THAT AREA IS MORE OF WORKING-CLASS COMMUNITIES.

**21**  NEIGHBORHOODS OF LABORING CLASSES BECOME MORE AND

**22**  MORE AFRICAN AMERICAN OVER TIME, AND SO THESE AREAS

**23**  ALSO HAVE A STRONG SENSE OF IDENTITY.

**24**          AND THE EXTENSION FAR DOWN TO THE SOUTH

**25**  INCLUDES SOME OF THESE AREAS THAT WERE EXPOSED TO

02:16p

1    FLOODING BEFORE THE POST-HURRICANE BETSY HURRICANE

2    PROTECTION LEVIES WERE PUT IN.  SO THESE AREAS ON THE

3    BACK SWAMP SIDE OF THESE COMMUNITIES HAVE SEEN --

4    THEY'VE BEEN EXPOSED TO FLOODING IN MORE RECENT

5    YEARS.  AND THAT'S ANOTHER PART OF THEIR SOCIAL

6    MEMORY OF EXISTENCE IN THIS AREA.

7         MS. KEENAN:  AND FINALLY I'D LIKE TO SHOW

8    THE WITNESS WHAT'S BEEN MARKED FOR THE TECH AS D17.

9    THIS IS AN ILLUSTRATIVE AID OF THE SAME AREA BUT THIS

10   TIME WITH AN OVERLAY OF THE ENACTED SENATE DISTRICTS

11   IN THE AREA.  I'D LIKE TO FOCUS THIS TIME ON ENACTED

12   SENATE DISTRICT 5.

13   BY MS. KEENAN:

14      Q    COULD YOU TELL US HOW THAT DISTRICT

15   CORRELATES TO THE HISTORICAL GEOGRAPHY AND

16   COMMUNITIES OF INTEREST THAT YOU JUST DISCUSSED HERE

17   AND IN YOUR REPORT?

18      A    WELL, THE EXTENSION OF DISTRICT 5 TO THE

19   WESTBANK OF THE RIVER REALLY IGNORES THE HISTORICAL

20   GEOGRAPHY OF THIS AREA -- THE SETTLEMENT HISTORY, THE

21   CULTURE HISTORY OF THIS REGION -- BY INCLUDING

22   NEIGHBORHOODS IN JEFFERSON PARISH, IN ORLEANS PARISH.

23   IT TENDS TO DISRESPECT THE JUDICIAL OR JURISDICTIONAL

24   LINES THAT WERE PLACED IN DIFFERENT CITIES, DIFFERENT

25   PARISHES EVEN.

02:17p

1    **Q**    AND WHAT ABOUT THAT COMMUNITY IN JEFFERSON

2    PARISH THAT YOU WERE JUST DISCUSSING THAT APPEARS IN

3    AND ENACTED SD5?  HOW DOES IT COMPARE TO THE

4    SURROUNDING JEFFERSON PARISH COMMUNITIES IN ENACTED

5    SENATE DISTRICT 8?

6    **A**    REPEAT THE QUESTION, PLEASE.

7    **Q**    SURE.  SO THE PART OF JEFFERSON PARISH THAT

8    APPEARS IN ENACTED SD5, HOW DOES IT COMPARE TO THE

9    SURROUNDING TERRITORY IN JEFFERSON PARISH THAT'S

10   PLACED IN ENACTED SENATE DISTRICT 8?

11   **A**    THE -- WELL, SENATE DISTRICT -- OR DISTRICT

12   8 LOSES A BIG CHUNK OF ITS TERRITORY WITH THAT

13   EXTENSION OF 5 MOVING INTO IT AND -- AND THEN THAT

14   CAUSES DISCONTINUITY.

15   **Q**    OKAY.  THANK YOU.

16       **MS. KEENAN:**  I HAVE NO FURTHER QUESTIONS FOR

17   DR. COLTEN AT THIS TIME.

18           YOUR HONOR, I DID WANT TO PUT ONE MORE

19   THING INTO THE RECORD ABOUT THESE ILLUSTRATIVE AIDS,

20   JUST TO MAKE SURE IT'S CLEAR.  ALL OF THESE

21   ILLUSTRATIVE AIDS WERE PRODUCED FROM SHAPE FILES AND

22   MATERIALS FROM MR. COOPER'S BACKUP FILES THAT WERE

23   PRODUCED TO THE DEFENDANTS.  I JUST WANTED TO MAKE

24   SURE I HAD PUT THE ORIGIN OF THESE ILLUSTRATIVE AIDS

25   INTO THE RECORD.

02:19p

 1              THANK YOU, YOUR HONOR.

 2          THE COURT:  CROSS?

 3          MR. FARR:  MAY I PROCEED, YOUR HONOR?

 4          THE COURT:  YOU MAY.

 5          MR. FARR:  THANK YOU, YOUR HONOR.

 6                    CROSS-EXAMINATION

 7  BY MR. FARR:

 8      Q    HELLO, DR. COLTEN.

 9          THE COURT:  DR. COLTEN, CAN YOU SEE THE

10  ATTORNEY?

11          THE WITNESS:  I CAN BARELY SEE -- I CAN SEE

12  HIM, BUT IT'S -- I WOULD ASK HIM TO SPEAK UP.

13  BY THE WITNESS:

14      A    I WOULD ASK YOU TO SPEAK UP, IF YOU COULD,

15  PLEASE.

16      Q    I WILL.  CAN YOU HEAR ME NOW?

17      A    BARELY.

18      Q    CAN YOU HEAR ME NOW?

19      A    I CAN HEAR YOU, BUT A LITTLE EXTRA VOLUME

20  WOULDN'T HURT.

21      Q    OKAY.  HOW'S THAT?

22      A    BETTER.

23      Q    ALL RIGHT.  FIRST I'M GOING TO ASK YOU SOME

24  QUESTIONS ABOUT THESE ILLUSTRATIVE MAPS.  WHEN DID

25  YOU FIRST SEE THE MAPS THAT HAVE BEEN DESCRIBED AS

02:19p

1    ILLUSTRATIVE MAPS TODAY?

2        A    THE ILLUSTRATIVE MAPS I SAW OVER A YEAR AGO.

3        Q    SO YOU HAD ACCESS TO THESE MAPS OVER A YEAR

4    AGO BUT YOU DID NOT INCLUDE THEM IN YOUR REPORT?

5        A    THE ILLUSTRATIVE MAPS I HAD ACCESS TO FOR

6    OVER A YEAR.  THE ILLUSTRATIVE AIDS I DID NOT.

7        Q    OKAY.  AND COUNSEL SAID THERE WAS A SHAPE

8    FILE.  WAS THAT YOUR SHAPE FILE OR WAS IT SOMEONE

9    ELSE'S SHAPE FILE?

10       A    I BELIEVE SHE SAID IT WAS MR. COOPER'S.

11       Q    AND YOU'VE NEVER TALKED TO MR. COOPER, HAVE

12   YOU?

13       A    WE'VE EXPLAINED SOME -- WE EXCHANGED SOME

14   PLEASANTRIES IN THE HALL THIS AFTERNOON OR EARLIER

15   TODAY.

16       Q    OKAY.  NOW, I WANT TO ASK YOU ABOUT

17   DEMONSTRATIVE EXHIBIT 14.

18            IF WE CAN PUT THAT UP ON THE SCREEN.

19            AND I SEEM TO RECALL THAT YOUR COUNSEL SAID

20   THIS WAS A MAP OF THE ILLUSTRATIVE DISTRICTS IN THE

21   BATON ROUGE AREA?

22       MS. KEENAN:  OBJECTION, YOUR HONOR.

23   MISCHARACTERIZES THE TESTIMONY.  THIS IS THE ENACTED

24   DISTRICTS, JUST TO AVOID CONFUSION.

25       MR. FARR:  WHICH ONES WERE THESE?

02:21p

1      MS. KEENAN:  THE ONES YOU HAVE ON THE SCREEN

2  HERE AT LEAST REFLECT THE ENACTED DISTRICTS.  I CAN

3  TELL FROM THE SHAPE OF DISTRICT 29.  THE ONE IN THE

4  SERIES IMMEDIATELY BEFORE THAT'S SHOWING ON THE

5  SCREEN RIGHT NOW, THIS IS THE ILLUSTRATIVE DISTRICTS,

6  JUST FOR CLARITY.

7      MR. FARR:  SO WHAT WE HAVE ON THE MAP NOW IS

8  MR. COOPER'S MAP?

9      MS. KEENAN:  THIS IS THE ILLUSTRATIVE AID

10  THAT INCLUDES THE ILLUSTRATIVE DISTRICTS THAT WERE IN

11  MR. COOPER'S MAP.  I'M SORRY FOR THE TERMINOLOGY, BUT

12  JUST WANT TO BE CLEAR.

13      MR. FARR:  THANK YOU VERY MUCH.

14  BY MR. FARR:

15    Q    NOW, DR. COLTEN, YOU TESTIFIED ABOUT THE

16  COMMUNITIES OF INTEREST THAT WERE RELATED TO THESE

17  ILLUSTRATIVE DISTRICTS.  IS THIS THE ONLY WAY THAT

18  YOU CAN DRAW THIS AREA OF BATON ROUGE TO RESPECT THE

19  COMMUNITIES OF INTEREST THAT YOU TALKED ABOUT?  COULD

20  THOSE DISTRICTS BE CONFIGURED IN DIFFERENT WAYS AND

21  STILL RESPECT THE COMMUNITIES OF INTEREST THAT YOU'VE

22  IDENTIFIED?

23    A    I SUSPECT SO.  I MEAN, THERE'S PROBABLY

24  INFINITE NUMBER OF WAYS YOU CAN DRAW THE BOUNDARIES.

25    Q    AND YOUR REPORT DOESN'T LOOK INTO THE IMPACT

02:22p

1  THAT RACE HAD IN DRAWN DISTRICTS, DID IT?

2      **A**    I'M SORRY?

3      **Q**    YOU DIDN'T TALK ABOUT RACE IN YOUR REPORT?

4      **A**    I'M SORRY.  DID YOU SAY I DIDN'T OR I DID?

5      **Q**    DID NOT.

6      **A**    I DID MENTION RACE.

7      **Q**    YOU DID NOT -- YOU MENTIONED RACE?

8      **A**    I MENTIONED RACE.

9      **Q**    OKAY.  DID YOU LOOK AT HOW RACE MAY HAVE

10  AFFECTED HOW THE LINES WERE DRAWN IN MR. COOPER'S

11  ILLUSTRATIVE DISTRICTS?

12          **MS. KEENAN:**  OBJECTION, YOUR HONOR.  TO THE

13  EXTENT HE'S ASKING THE WITNESS ABOUT MR. COOPER'S

14  INTENT, YOUR HONOR HAS ALREADY EXCLUDED TESTIMONY

15  THAT GOES TO THE INTENT OF MR. COOPER IN DRAWING

16  THESE MAPS.  AND WE ASKED THAT THIS WITNESS NOT BE

17  CALLED TO OFFER OPINION TESTIMONY ABOUT THAT SAME

18  IMPROPER INFERENCE.

19          **MR. FARR:**  WELL, YOUR HONOR, HE'S TESTIFYING

20  ABOUT COMMUNITIES OF INTEREST THAT HE THINKS WENT

21  INTO THE LOCATION OF THESE LINES.  AND I'M TRYING TO

22  INQUIRE AS TO WHETHER HE LOOKED AT OTHER THINGS THAT

23  MAY ACCOUNT FOR THE LOCATION OF THE LINES.

24          **THE COURT:**  OTHER THINGS OTHER THAN

25  COMMUNITIES OF INTEREST?  I GUESS I'M NOT -- I'M

02:23p

1   HAVING DIFFICULTY WITH YOUR QUESTION.

2        **MR. FARR:**  WELL, MY -- THE POINT I'M TRYING

3   TO MAKE, YOUR HONOR, IS THAT HE DIDN'T STUDY WHETHER

4   OR NOT THESE -- HE'S ADMITTED THAT THESE DISTRICTS

5   ARE NOT THE PERFECT AND ONLY WAY TO RESPECT THE

6   COMMUNITIES OF INTEREST IN BATON ROUGE.  AND I'M

7   ASKING HIM IF HE LOOKED AT ANY OTHER FACTORS THAT

8   COULD HAVE AFFECTED THE WAY THE LINES WERE DRAWN,

9   INCLUDING THE IMPACT OF RACE.  I DON'T SEE WHY THAT'S

10  NOT A FAIR QUESTION.

11       **MS. KEENAN:**  I DON'T THINK THAT WAS THE

12  QUESTION THAT WAS ASKED.

13       **THE COURT:**  I DIDN'T UNDERSTAND --

14       **MS. KEENAN:**  BUT I DON'T HAVE ANY OBJECTION

15  TO THAT QUESTION ABOUT --

16       **THE COURT:**  I DIDN'T UNDERSTAND THAT THAT

17  WAS THE QUESTION.  WHY DON'T YOU -- I'M GOING TO

18  OVERRULE THE OBJECTION, BUT I'M GOING TO ASK YOU TO

19  PLEASE REPHRASE YOUR QUESTION, BECAUSE THAT WAS NOT

20  THE QUESTION THAT I UNDERSTOOD.

21       **MR. FARR:**  OKAY.  ALL RIGHT.  THANK YOU,

22  YOUR HONOR.

23  BY MR. FARR:

24     **Q**   IN YOUR REPORT, DR. COLTEN, IN THIS AREA OF

25  THE STATE IN BATON ROUGE, YOU DID NOT MAKE A STUDY ON

02:24p

**1**  WHETHER OR NOT RACE COULD HAVE IMPACTED THE LOCATION

**2**  OF THE LINES IN MR. COOPER'S ILLUSTRATIVE DISTRICTS?

**3**          **MS. KEENAN:**  OBJECTION.  I THINK THIS IS --

**4**  IN ADDITION TO THE OBJECTION I PREVIOUSLY RAISED,

**5**  IT'S OUTSIDE THE SCOPE OF THE WITNESS'S TESTIMONY.

**6**  HE WAS NEVER ASKED ABOUT WHAT THINGS MR. COOPER MAY

**7**  HAVE CONSIDERED IN DRAWING THE MAPS, ONLY OBJECTIVELY

**8**  HOW HIS FIELD OF STUDY CORRELATES TO THE ILLUSTRATIVE

**9**  AND ENACTED DISTRICTS AT ISSUE IN THIS CASE.  HE WAS

**10**  NEVER ASKED ABOUT MR. COOPER'S INTENT OR ATTEMPTS IN

**11**  DRAWING THOSE MAPS.

**12**          **THE COURT:**  I'M GOING TO SUSTAIN THE

**13**  OBJECTION.  ASKING DR. COLTEN TO GIVE ESSENTIALLY

**14**  OPINION TESTIMONY ON WHETHER RACE -- ESSENTIALLY WHAT

**15**  YOU'RE TRYING TO GET AT IS WHETHER RACE PREDOMINATED

**16**  IN MR. COOPER'S MAPS, AND THAT'S AN

**17**  INAPPROPRIATE QUESTION FOR THIS PARTICULAR WITNESS.

**18**          **MR. FARR:**  ALL RIGHT, YOUR HONOR.  THANK

**19**  YOU.

**20**          **MR. TUCKER:**  YOUR HONOR, IF I MAY CLARIFY

**21**  SOMETHING?

**22**          **THE COURT:**  NO, YOU MAY NOT.  THANK YOU.

**23**  ONE WITNESS, ONE -- ONE LAWYER, ONE WITNESS.

**24**  BY MR. FARR:

**25**      **Q**   DR. COLTEN, YOU'VE NEVER TESTIFIED IN COURT

02:25p

1   BEFORE ABOUT COMMUNITIES OF INTEREST?

2       A    THAT'S CORRECT.

3       Q    AND YOU AGREE THAT THERE ARE COUNTLESS WAYS

4   TO DEFINE COMMUNITIES OF INTEREST?

5       A    THERE ARE MANY, MANY WAYS TO DEFINE

6   COMMUNITIES OF INTEREST.

7       Q    AND I'M SORRY --

8       A    AND I -- THERE ARE MANY WAYS TO DEFINE

9   COMMUNITIES OF INTEREST, AND I TRIED TO EXPLAIN TO

10  YOU HOW I DEFINED THOSE.

11      Q    YOU CAN HAVE YOUR COUNSEL ASK YOU THAT

12  QUESTION.  I JUST WANT YOU TO -- I THINK YOU'VE

13  ADMITTED THERE IS MANY WAYS THAT YOU CAN DEFINE

14  COMMUNITIES OF INTEREST.  IN FACT, IN YOUR DEPOSITION

15  YOU SAID THERE IS COUNTLESS WAYS TO DEFINE

16  COMMUNITIES OF INTEREST, DID YOU NOT?

17      A    I DON'T RECALL EXACTLY.

18      Q    OKAY.  DO YOU AGREE TODAY THAT THERE ARE

19  COUNTLESS WAYS TO DEFINE COMMUNITIES OF INTEREST?

20      A    YES, BUT I USED ONE.

21          MR. FARR:  COULD WE TURN TO EXHIBIT 129,

22  PAGE 4, PLEASE.  COULD YOU EXPAND THE MAP.

23  BY MR. FARR:

24      Q    SO, DR. COLTEN, I THINK YOU TESTIFIED ABOUT

25  THIS MAP.  IS IT FAIR TO SAY THAT THE SHADED AREAS ON

02:26p

1  THIS MAP ARE THE AREAS THAT YOU FOCUSED ON IN YOUR

2  REPORT?

3      **A**   I'M SORRY?

4      **Q**   THE AREAS THAT ARE SHADED IN THIS MAP ARE

5  THE AREAS YOU FOCUSED ON IN YOUR REPORT?

6      **A**   YES.

7      **Q**   THOSE ARE THE REGIONS YOU LOOKED AT?

8      **A**   THOSE ARE THE SECTIONS OF THE STATE I LOOKED

9  AT, YES.

10     **Q**   AND THE AREAS THAT ARE IN WHITE, YOU DID NOT

11  LOOK AT THOSE AREAS FOR COMMUNITIES OF INTEREST?

12     **A**   I DID DO A REVIEW OF THEM AT SOME EARLY

13  STAGE BUT NOT FOR COMMUNITIES OF INTEREST.

14     **Q**   AND YOU DIDN'T INCLUDE ANYTHING IN YOUR

15  REPORT ABOUT THE COMMUNITIES OF INTEREST IN THE AREAS

16  OF THIS MAP THAT ARE SHADED WHITE?

17     **A**   OTHER THAN EAST BATON ROUGE PARISH.

18     **Q**   OKAY.  SO YOU DID NOT ASSESS THE HISTORICAL

19  COMMUNITIES OF INTEREST FOR THE ENTIRE STATE OF

20  LOUISIANA?

21     **A**   THAT'S CORRECT.

22     **Q**   ALL RIGHT.  NOW, DR. COLTEN, I THINK WE

23  AGREE THERE IS 39 SENATE DISTRICTS IN THE SENATE

24  PLAN.  IS THAT CORRECT?

25     **A**   THIRTY-NINE SENATE DISTRICTS.  YES, I AGREE

02:27p

1   WITH THAT.

2       Q    IN YOUR REPORT YOU ONLY CRITICIZE TWO OF THE

3   ENACTED SENATE DISTRICTS.  IS THAT RIGHT?

4       A    I'D HAVE TO GO BACK AND LOOK.  I DON'T

5   REMEMBER THAT NUMBER.

6           MR. FARR:  CAN WE PULL UP DR. COLTEN'S

7   DEPOSITION, PLEASE, PAGE 38.

8   BY MR. FARR:

9       Q    OKAY.  COULD YOU LOOK AT THE QUESTION

10  BEGINNING ON LINE 10 AND THE WAY YOU ANSWERED THAT

11  QUESTION?

12          AND DOES THAT REFRESH YOUR MEMORY ABOUT

13  WHETHER YOU ONLY CRITICIZED TWO OF THE ENACTED SENATE

14  DISTRICTS?

15      A    WHAT WAS THE -- WHAT WAS THE QUESTION IN

16  REFERENCE TO?  WAS IT TO ONE OF MY REPORTS?

17      Q    I'M ASKING YOU:  IN YOUR REPORTS YOU ONLY

18  CRITICIZED TWO OF THE ENACTED SENATE DISTRICTS.

19      A    IN THE SUPPLEMENTAL I MENTIONED TWO.  I

20  COMMENT ON -- ONE, TWO, THREE -- FOUR IN THE

21  REBUTTAL, SO I'VE LOOKED -- I COMMENTED EXPLICITLY ON

22  MORE THAN TWO.

23      Q    ALL RIGHT.  WELL, LET'S TURN TO YOUR

24  DEPOSITION; PAGE 38, LINE 10.  I'M GOING TO READ THE

25  QUESTION AND YOU CAN READ THE ANSWER.

02:29p

 1              "OKAY.  SO IN THE SENATE PLAN, IT'S MY

 2    UNDERSTANDING THAT THERE ARE 30 TO 39 SENATE

 3    DISTRICTS IN LOUISIANA.  AND IS IT FAIR TO SAY THAT

 4    YOU CRITICIZED TWO OF THOSE DISTRICTS?"

 5              AND COULD YOU READ YOUR ANSWER, PLEASE?

 6      **A**    "OF THOSE I LOOKED AT, YES.  I DIDN'T LOOK

 7    AT ALL OF THEM."

 8              AND YOU ASKED IS IT FAIR TO SAY -- WELL, IT

 9    SAYS THAT YOU --

10      **Q**    THAT'S FINE, DR. COLTEN.

11      **A**    YOU ASKED IF I CRITICIZED TWO OF THOSE, NOT

12    ONLY TWO OF THOSE, AS YOU ASKED ME JUST NOW.

13      **Q**    OKAY.  BUT IN YOUR DEPOSITION YOU SAID IN

14    YOUR REPORT YOU ONLY CRITICIZED TWO SENATE DISTRICTS.

15              **MS. KEENAN:**  OBJECTION.  THAT

16    MISCHARACTERIZES THE WITNESS'S TESTIMONY.  HE

17    ANSWERED THE QUESTION BUT HE NEVER SAID HE CRITICIZED

18    ONLY TWO IN THE DEPOSITION.  YOU CAN SEE ON THE

19    SCREEN.

20              **THE COURT:**  THE WORD "ONLY" IS NOT CONTAINED

21    IN THE DEPOSITION.  I'LL SUSTAIN THE OBJECTION.  I

22    GET YOUR POINT.

23    **BY MR. FARR:**

24      **Q**    OKAY.  DR. COLTEN, IN YOUR STUDY IN YOUR

25    REPORT YOU ONLY CRITICIZE SEVEN OF THE HUNDRED AND

02:30p

1    FIVE ENACTED HOUSE DISTRICTS.  IS THAT CORRECT?

2        A    I DON'T RECALL RIGHT OFF THE TOP OF MY HEAD.

3    I'M SORRY.

4            MR. FARR:  CAN WE TURN TO HIS DEPOSITION

5    AGAIN, PAGE 46.  CAN WE TURN TO PAGE 45, PLEASE.

6    BY MR. FARR:

7        Q    ALL RIGHT.  DR. COLTEN, I'M GOING TO START

8    ASKING QUESTIONS ON PAGE 45 AND 46, AND I'D LIKE YOU

9    TO ANSWER -- GIVE THE ANSWER THAT YOU GAVE IN THE

10   DEPOSITION.

11           SO ON PAGE 45, LINE 21, I ASKED:  "AM I

12   CORRECT THERE IS 105 HOUSE DISTRICTS IN THE LOUISIANA

13   LEGISLATURE"?

14       A    I RESPONDED:  "I DON'T DO -- I HADN'T LOOKED

15   AT THAT FULL LIST HERE TODAY AND I DON'T RECALL RIGHT

16   OFF THE TOP OF MY HEAD, SO I DON'T KNOW THE NUMBER."

17       Q    "ALL RIGHT.  NO PROBLEM.  I HAVE TO LOOK IT

18   UP MYSELF ALL THE TIME.  BUT HOWEVER MANY THERE ARE,

19   YOU ONLY CRITICIZE SIX ENACTED DISTRICTS.  IS THAT

20   FAIR TO SAY?"

21           YOUR ANSWER?

22       A    "OF THOSE I LOOKED AT WHICH WERE WITHIN THE

23   LIMITED DISTRICTS, THOSE LIMITED REGIONS."

24       Q    "OKAY.  YOU ONLY LOOKED AT SIX OF THEM.  IS

25   THAT CORRECT?"

02:32p

**1**      A    I RESPOND: "I THINK THERE IS ONE, TWO,

**2**   THREE, FOUR, FIVE, SIX, SEVEN TOTAL THAT I COMMENTED

**3**   ON.  I LOOKED AT MORE."

**4**      Q    "BUT YOU ONLY COMMENTED ON SEVEN?"

**5**      A    "THAT'S CORRECT."

**6**      Q    OKAY.  NOW, THE SECTIONS OR REGIONS THAT YOU

**7**   CHOSE TO STUDY IN YOUR REPORT WERE CHOSEN BY YOU IN

**8**   CONSULTATION WITH COUNSEL FOR THE PLAINTIFFS.  IS

**9**   THAT CORRECT?

**10**     A    WHERE ARE YOU QUOTING FROM?

**11**     Q    WELL, I JUST AM ASKING YOU IS THAT CORRECT.

**12**  I'LL GO TO YOUR DEPOSITION IF YOU CAN'T REMEMBER.

**13**     A    WOULD YOU REPEAT THE QUESTION THEN, PLEASE?

**14**  I'M SORRY.  I'M HAVING A HARD TIME HEARING YOU.

**15**     Q    ALL RIGHT.  THE SECTIONS YOU CHOSE TO STUDY

**16**  IN YOUR REPORT WERE CHOSEN BY YOU IN CONSULTATION

**17**  WITH COUNSEL FOR THE PLAINTIFFS.

**18**         **THE COURT:**  IT'S MORE OF A STATEMENT THAN A

**19**  QUESTION.  I THINK HE'S ASKING "IS THAT CORRECT?"

**20**         **THE WITNESS:**  IF HE'S ASKING IF THAT'S

**21**  CORRECT, THAT'S CORRECT.

**22**  **BY MR. FARR:**

**23**     Q    OKAY.  AND THE SECTIONS YOU DECIDED TO STUDY

**24**  ENCOMPASSED THE DISTRICTS IN MR. COOPER'S

**25**  ILLUSTRATIVE MAP.  IS THAT CORRECT?

02:33p

1      **A**    I'M SORRY?

2      **Q**    THE SECTIONS YOU DECIDED TO STUDY

3   ENCOMPASSED THE DISTRICTS IN MR. COOPER'S

4   ILLUSTRATIVE MAP?

5      **A**    WELL, THEY INCLUDED DISTRICTS IN THE

6   ILLUSTRATIVE MAPS.

7      **Q**    OKAY.  AND ISN'T IT CORRECT THAT YOU LOOKED

8   AT THE COMMUNITIES WITHIN THE REGIONS IDENTIFIED BY

9   PLAINTIFFS' COUNSEL?

10     **A**    YES.

11     **Q**    AND WOULD YOU ALSO AGREE THAT AN EXPERT CAN

12  DEFINE REGIONS DIFFERENT WAYS DEPENDING ON HIS

13  PURPOSE?

14     **A**    YES.  AND I RESPONDED TO THE REQUEST OF

15  COUNSEL FOR WHAT AREAS TO STUDY.

16     **Q**    RIGHT.  BUT JUST "YES" OR "NO."  YOU CAN

17  DEFINE REGIONS THAT AN EXPERT WANTS TO STUDY

18  DEPENDING UPON THE PURPOSE.  IS THAT A "YES" OR "NO"?

19     **A**    THERE ARE MANY WAYS TO DEFINE REGIONS.  I

20  CHOSE TO FOLLOW THE GUIDANCE OF COUNSEL, AND SO THERE

21  ARE MANY WAYS TO DO THAT.

22         **MR. FARR:**  COULD YOU TURN TO DR. COLTEN'S

23  DEPOSITION, PAGE 32.

24  BY MR. FARR:

25     **Q**    SO I'M GOING TO READ THE QUESTION, DR.

02:35p

1   COLTEN, AND I WANT YOU TO ANSWER AS YOU ANSWERED IN

2   YOUR DEPOSITION.

3          "SO IN OTHER WORDS, PEOPLE CAN DEFINE

4   COMMUNITIES OF INTEREST IN DIFFERENT WAYS.  IS THAT"

5   --

6          MS. KEENAN:  YOUR HONOR, I'M GOING TO OBJECT

7   AT THIS POINT.  I'M NOT SURE IF THIS READING FROM THE

8   DEPOSITION IS INTENDED AS IMPEACHMENT.  BUT TO THE

9   EXTENT THAT IT IS, THE QUESTION THAT MR. FARR IS

10  CURRENTLY READING IS NOT THE QUESTION THAT HE ASKED

11  DR. COLTEN, AND SO IT'S IMPROPER TO THE EXTENT HE'S

12  TRYING TO IMPEACH THE WITNESS.

13         MR. FARR:  THE QUESTION I'M GOING TO ASK HIM

14  IS COMING UP ON THE NEXT PAGE.  THIS IS BACKGROUND TO

15  THE QUESTION.

16         THE COURT:  IS IT THE SAME QUESTION THAT YOU

17  ASKED THE WITNESS?  I MEAN, IF IT'S NOT, THE

18  IMPEACHMENT HAS BEEN REALLY A BIT TORTURED AND

19  BORDERING ON IMPROPER OR IMPROPER.

20         IS IT THE SAME QUESTION THAT YOU ASKED

21  THE WITNESS?

22         MR. FARR:  IT WILL BE THE SAME QUESTION,

23  YOUR HONOR, WHEN WE GO TO THE NEXT PAGE.

24         THE COURT:  ALL RIGHT.  I'LL OVERRULE THE

25  OBJECTION.

02:35p

**BY MR. FARR:**

**1**

**2**     **Q**     "SO IN OTHER WORDS, PEOPLE CAN DEFINE

**3** COMMUNITIES OF INTEREST IN DIFFERENT WAYS.  IS THAT A

**4** FAIR STATEMENT?"

**5**          YOUR ANSWER?

**6**     **A**     I RESPONDED:  "WELL, COMMUNITIES OF INTEREST

**7** IN THE REGIONS WE'RE TALKING ABOUT ARE VERY

**8** DIFFERENT."

**9**     **Q**     "OKAY.  CAN PEOPLE DEFINE REGIONS" -- GO TO

**10** THE NEXT PAGE, PLEASE -- "IN DIFFERENT WAYS THAN

**11** YOU'VE DONE IN THIS EXPERT REPORT?"

**12**          **MS. KEENAN:**  I'M GOING TO OBJECT AGAIN, YOUR

**13** HONOR.  IF YOU LOOK AT THE ANSWER THAT DR. COLTEN

**14** PROVIDED, IT'S NOT INCONSISTENT WITH ANYTHING HE SAID

**15** HERE TODAY.  THIS IS AN IMPROPER IMPEACHMENT OF THE

**16** WITNESS.  IT'S NOT INCONSISTENT.

**17**          **THE COURT:**  IT'S BEEN ASKED AND ANSWERED.

**18** HE CONCEDED IN PROBABLY THE THIRD OR FOURTH ANSWER TO

**19** YOUR QUESTIONS, MR. FARR, THAT THERE ARE DIFFERENT

**20** DEFINITIONS FOR COMMUNITIES OF INTEREST.  ASK YOUR

**21** NEXT QUESTION, PLEASE.

**22**          **MR. FARR:**  OKAY.  BUT, YOUR HONOR, WE'RE

**23** GETTING TO THE NEXT QUESTION, IF YOU'LL LET ME

**24** CONTINUE.

**25**          **THE COURT:**  ASK YOUR NEXT QUESTION.

02:36p    **1**       MR. FARR:  OKAY.  CAN I GO BACK TO THE

**2**   PREVIOUS PAGE, PLEASE?

**3**       MS. KEENAN:  YOUR HONOR, I DON'T THINK HE

**4**   CAN JUST READ FROM THE PREVIOUS PAGE.  IT'S NOT A

**5**   QUESTION THAT HE'S ASKED THE WITNESS.  THAT'S NOT HOW

**6**   IMPEACHMENT WORKS.

**7**       MR. FARR:  OKAY.  I'LL START OVER.

**8**       THE COURT:  OKAY.  THE OBJECTION IS

**9**   SUSTAINED.

**10**       IMPEACHMENT IS ASKING THE QUESTION.  IF

**11**   HE DENIES THE QUESTION INCONSISTENT WITH HIS

**12**   DEPOSITION, THEN YOU CAN CONFRONT HIM WITH HIS

**13**   DEPOSITION.

**14**       MR. FARR:  THANK YOU, YOUR HONOR.

**15**   BY MR. FARR:

**16**    Q   WOULD YOU AGREE, DR. COLTEN, THAT AN EXPERT

**17**   CAN DEFINE REGIONS IN DIFFERENT WAYS DEPENDING UPON

**18**   THEIR PURPOSE?

**19**       MS. KEENAN:  YOUR HONOR, I'M GOING TO

**20**   OBJECT.  ASKED AND ANSWERED.

**21**       MR. FARR:  HE DID NOT ANSWER THAT QUESTION,

**22**   YOUR HONOR.

**23**   BY THE WITNESS:

**24**    A   I'M SORRY.  ARE YOU READING FROM THE

**25**   DEPOSITION AGAIN?

02:37p

1        Q    NO.  I'M ASKING YOU THE QUESTION.

2             **THE COURT:**  I HAVE TO RULE ON THE OBJECTION.

3             THE OBJECTION IS OVERRULED.  ASK YOUR

4    QUESTION AGAIN.

5    **BY MR. FARR:**

6        Q    DR. COLTEN, WOULD YOU AGREE THAT AN EXPERT

7    CAN DEFINE REGIONS IN DIFFERENT WAYS DEPENDING ON

8    THEIR PURPOSE?

9        A    YES.  AND I CHOSE TO FOLLOW THE GUIDANCE OF

10   COUNSEL ON THE AREAS I WAS ASSIGNED TO STUDY.

11       Q    BUT DO YOU AGREE THAT YOU COULD DEFINE THE

12   REGIONS DIFFERENTLY IF YOU HAD A DIFFERENT PURPOSE?

13       A    AS I'VE SAID, YES, BUT I CHOSE TO FOLLOW THE

14   GUIDANCE, THE ASSIGNMENT THAT I WAS GIVEN.

15       Q    OKAY.  NOW, I THINK YOU SAID BEFORE, DR.

16   COLTEN, THAT YOU NEVER TALKED TO MR. COOPER?

17       A    I'M SORRY?

18       Q    BEFORE TODAY YOU'VE NEVER TALKED WITH MR.

19   COOPER?

20       A    THAT'S CORRECT.

21       Q    AND I THINK YOU SAID TODAY YOU'VE NEVER

22   DRAWN A CONGRESSIONAL OR LEGISLATIVE REDISTRICTING

23   MAP?

24       A    THAT'S CORRECT.

25       Q    AND IT'S TRUE THAT YOU'VE NEVER USED THE

02:38p

1   SOFTWARE PROGRAM THAT MR. COOPER USED TO DRAW HIS

2   ILLUSTRATIVE PLANS?

3           **MS. KEENAN:**  OBJECTION, YOUR HONOR.  WE'RE

4   OUTSIDE THE SCOPE OF THE DIRECT AGAIN.  HE WAS NEVER

5   TENDERED AS AN EXPERT IN ANY OF THESE AREAS AND DID

6   NOT TESTIFY ABOUT DRAWING MAPS FOR THE PURPOSES OF

7   THIS CASE.

8           **THE COURT:**  HE'S NOT A CARTOGRAPHER.  I

9   WOULD -- UNLESS YOU HAVE SOME REASON FOR THE

10  RELEVANCE OF THAT QUESTION, MR. FARR.

11          **MR. FARR:**  WELL, YOUR HONOR, HE'S GIVING

12  EXPLANATIONS FOR WHY MR. COOPER DREW HIS MAP.  AND I

13  BELIEVE I'M ENTITLED TO ASK HIM SOME BACKGROUND ON

14  WHAT KNOWLEDGE HE HAS OF HOW MR. COOPER DREW HIS MAP

15  AND WHAT INFORMATION WAS AVAILABLE TO HIM.

16          **MS. KEENAN:**  MAY I RESPOND, YOUR HONOR?

17          **THE COURT:**  YOU MAY.

18          **MS. KEENAN:**  HE'S NEVER DONE THAT.  HE HAS

19  NOT OFFERED ANY TESTIMONY ABOUT WHAT MR. COOPER WAS

20  ATTEMPTING TO DO AS AN EXPERT IN HISTORICAL

21  GEOGRAPHY.  HE HAS TALKED ABOUT THE COMMUNITIES THAT

22  EXIST IN THE STATE OF LOUISIANA AND THE AREAS OF THE

23  STATE THAT HE LOOKED AT AND ABOUT HOW THOSE CORRELATE

24  TO THE VARIOUS DISTRICTS AT ISSUE IN THIS CASE.  HE

25  HAS NEVER TALKED ABOUT MR. COOPER'S INTENT OR HIS

02:39p

1    MOTIVES.

2              THE COURT:  SUSTAINED.

3    BY MR. FARR:

4       Q    YOU HAVE NO PERSONAL KNOWLEDGE OF THE

5    REASONS WHY MR. COOPER DREW HIS MAP?

6       A    I'M SORRY?

7       Q    YOU DO NOT HAVE ANY PERSONAL KNOWLEDGE OF

8    THE REASON WHY MR. COOPER DREW HIS MAP?

9       A    ONLY WHAT I CAN INFER FROM READING HIS

10   REPORT.

11      Q    YOU MADE NO ATTEMPT TO DETERMINE WHETHER THE

12   ENACTED PLAN BETTER SATISFIES THE COMMUNITIES OF

13   INTEREST THAT YOU'VE IDENTIFIED IN SOME AREAS OF THE

14   STATE THAN MR. COOPER'S PLAN?

15      A    THAT WAS NOT AN OBJECTIVE OF MINE.

16      Q    AND YOU WERE NOT ASKED TO IDENTIFY THE

17   COMMUNITIES OF INTEREST IN THE STATE BEFORE YOU

18   AGREED ON THE REGIONS WITH PLAINTIFFS' COUNSEL?

19      A    I'M SORRY?

20      Q    YOU WERE NOT ASKED TO DEFINE WHAT YOU

21   THOUGHT WERE THE COMMUNITIES OF INTEREST IN THE

22   ENTIRE STATE OF LOUISIANA BEFORE YOU AGREED ON THE

23   REGIONS THAT YOU WOULD STUDY WITH PLAINTIFFS'

24   COUNSEL?

25      A    THAT'S CORRECT.

02:40p

1          MR. FARR:  NO FURTHER QUESTIONS, YOUR HONOR.

2          THE COURT:  YOU TENDER?  I'M SORRY, SIR.

3  WHAT DID YOU SAY?  YOU TENDER THE WITNESS?

4          MR. FARR:  YES, MA'AM.

5          THE COURT:  ANY REDIRECT?

6          MS. KEENAN:  NO FURTHER QUESTIONS, YOUR

7  HONOR.

8          THE COURT:  YOU MAY STEP DOWN, SIR.

9              THIS IS A GOOD TIME FOR A SHORT BREAK.

10  WE'LL BE IN RECESS UNTIL 3:00.

11          **(WHEREUPON, A RECESS WAS TAKEN.)**

12          THE COURT:  BE SEATED.

13              CALL YOUR NEXT WITNESS, PLEASE.

14          MR. ADCOCK:  YOUR HONOR, NEXT THE PLAINTIFFS

15  CALL DR. BLAKE GILPIN.

16          **(WHEREUPON, ROBERT BLAKESLEE GILPIN, BEING**

17  **DULY SWORN, TESTIFIED AS FOLLOWS.)**

18          THE COURTROOM DEPUTY:  WOULD YOU PLEASE

19  STATE YOUR NAME AND SPELL IT FOR THE RECORD.

20          THE WITNESS:  IT'S ROBERT BLAKESLEE GILPIN.

21  DO YOU WANT ME TO SPELL THE WHOLE THING?

22  R-O-B-E-R-T, B-L-A-K-E-S-L-E-E, G-I-L-P-I-N.

23          MR. ADCOCK:  JUDGE, BEFORE WE START, I'D

24  LIKE -- IF THERE IS NO OBJECTION, I'D JUST LIKE TO

25  ENTER HIS REPORT AND C.V. INTO THE RECORD.  IT'S --

03:08p

 1      THE COURTROOM DEPUTY:  WOULD YOU STATE YOUR

 2   NAME FOR THE RECORD.

 3      MR. ADCOCK:  I'M SORRY.  IT'S JOHN ADCOCK ON

 4   BEHALF OF THE PLAINTIFFS.

 5          IF THERE IS NO OBJECTION, I'D JUST LIKE

 6   TO MOVE TO ENTER PX124 INTO THE RECORD, WHICH IS DR.

 7   GILPIN'S REPORT AND HIS C.V.

 8      MR. FARR:  NO OBJECTION, YOUR HONOR, AND NO

 9   OBJECTION TO DR. GILPIN'S QUALIFICATIONS.

10      THE COURT:  ALL RIGHT.  PLAINTIFFS' EXHIBIT

11   124 IS ADMITTED.

12                  DIRECT EXAMINATION

13   BY MR. ADCOCK:

14      Q    SO I'M GOING TO SKIP OVER YOUR

15   QUALIFICATIONS, WHAT YOU DO FOR A LIVING, DOCTOR.

16   WE'RE GOING TO GO RIGHT TO THE HEART OF THE MATTER.

17          NOW, YOU WROTE A REPORT IN THIS CASE.

18   CORRECT?

19      A    I DID.

20      Q    AND WHAT WERE YOU ASKED TO DO IN THAT

21   REPORT?

22      A    I WAS ASKED TO LOOK AT THE HISTORY OF RACIAL

23   DISCRIMINATION, PARTICULARLY AS IT RELATED TO VOTER

24   DISFRANCHISEMENT IN THE STATE OF LOUISIANA.

25      Q    AND WHAT SOURCES DID YOU USE, DID YOU

03:09p

1   REFERENCE, IN DRAFTING THAT REPORT?

2      A   I USED A PRETTY WIDE VARIETY OF SOURCES FROM

3   PRIMARILY HISTORICAL DOCUMENTS TO HISTORIANS WRITING

4   ABOUT THIS LONG HISTORY OF RACIAL DISCRIMINATION AND

5   VOTER DISENFRANCHISEMENT AS WELL AS COURT CASES AND

6   COURT DECISIONS.

7      Q   NOW, IS THAT CONSISTENT WITH GENERALLY

8   HAVING HISTORIANS -- THE KIND OF SOURCES HISTORIANS

9   WOULD LOOK AT IN ANALYZING THIS KIND OF DATA?

10     A   YEAH, TOTALLY IN KEEPING WITH THAT.

11     Q   NOW, WHAT WERE YOUR BASIC CONCLUSIONS IN

12  YOUR REPORT?

13     A   I THINK IT'S HARD FOR ANY HISTORIAN WHO

14  STUDIES THE HISTORY OF LOUISIANA TO COME AWAY WITH

15  ANY OTHER IMPRESSION THAN IT IS A OVERWHELMING

16  HISTORY OF DISCRIMINATION AGAINST BLACK PEOPLE ONCE

17  BLACKS GAINED CITIZENSHIP AFTER THE CIVIL WAR AGAINST

18  BLACK CITIZENS AND ALSO THE SORT OF OVERWHELMING AND

19  DELIBERATE EFFORTS TO PREVENT THEM FROM PARTICIPATING

20  IN THE POLITICAL PROCESS.

21     Q   NOW, WITHOUT GOING TOO FAR BACK, HOW DID

22  THIS DISCRIMINATION AGAINST BLACK VOTERS MANIFEST

23  ITSELF AFTER THE CIVIL WAR IN LOUISIANA?

24     A   WELL, MOST IMMEDIATELY AFTER THE CIVIL WAR,

25  LOUISIANA LAWMAKERS BEGAN TO DO WHAT MANY STATES IN

03:10p

1  THE FORMER CONFEDERACY DID, WHICH WAS TO WRITE BLACK

2  CODES, WHICH WERE BASICALLY DESIGNED TO PUT BLACK

3  CITIZENS BACK INTO A STATE OF QUASI-SLAVERY.  BUT

4  FOLLOWING THAT, ESPECIALLY FOLLOWING THE PASSAGE OF

5  THE 14TH AND 15TH AMENDMENTS, THERE WAS A PRETTY LONG

6  PERIOD OF QUITE EXPLICIT POLITICAL TERROR AND

7  VIOLENCE AIMED DIRECTLY AT BLACK VOTERS IN ORDER TO

8  PREVENT THEM FROM PARTICIPATING IN THE POLITICAL

9  PROCESS.  AND THAT LASTED APPROXIMATELY 30 YEARS --

10  20 TO 30 YEARS.

11      Q    TWENTY TO 30 YEARS UP UNTIL -- WHEN ARE WE

12  TALKING?

13      A    THE LATE 1890s IS WHEN THAT -- THAT PERIOD

14  OF VIOLENCE CHANGED PRETTY DRAMATICALLY AND SWITCHED

15  OVER TO A MUCH MORE FORMAL AND LEGAL MECHANISM TO

16  PREVENT BLACKS FROM VOTING.

17      Q    NOW, WHAT WAS THE STORY OF VOTER

18  REGISTRATION FOR BLACK FOLKS IN LOUISIANA POST-CIVIL

19  WAR UP TO 1900?

20      A    WELL, LOUISIANA IS ACTUALLY ONE OF THE MOST

21  CELEBRATED STATES DURING RECONSTRUCTION FOR ACHIEVING

22  SUCH INCREDIBLE HEIGHTS OF BLACK VOTER REGISTRATION.

23  SO THE PEAK OF THAT REGISTRATION WAS ACTUALLY IN 1898

24  WHEN IT REACHED 45 PERCENT OF THE BLACK POPULATION,

25  WHICH IS PRETTY UNPRECEDENTED IN ANY OTHER REGION IN

03:11p

1    THE SOUTH.  AND THAT WAS REALLY, MORE THAN ANYTHING

2    ELSE, A SIGNAL TO WHITE LOUISIANANS THAT THEY NEEDED

3    TO COME UP WITH NEW WAYS, AS IN MOVING AWAY FROM A

4    CANNON AT A POLLING PLACE OR, YOU KNOW, MURDER AND

5    TERRORISM TO SOMETHING LEGALLY THAT WAS GOING TO

6    PREVENT BLACKS FROM PARTICIPATING IN THE VOTING

7    PROCESS.

8        Q    AND SO WHAT ARE YOU REFERRING TO, THESE KIND

9    OF --

10       A    SO THE MOST DISPERSE TACTIC THAT WAS SORT OF

11   STRUCK UPON WAS THIS THING CALLED THE GRANDFATHER

12   CLAUSE, WHICH WAS IN MANY -- IN KEEPING WITH MANY OF

13   THE SCHEMES THAT WOULD COME UP OVER THE NEXT CENTURY

14   OR MORE, FAIRLY INGENIOUS WAYS TO LEGALLY PREVENT

15   BLACKS FROM VOTING.  IN THIS CASE THE GRANDFATHER

16   CLAUSE WAS A LAW THAT SAID "IF YOUR GRANDFATHER HAD

17   NOT BEEN A VOTER IN THE STATE OF LOUISIANA, YOU COULD

18   NOT BE A VOTER IN THE STATE OF LOUISIANA."  THAT WAS

19   A LOGISTICAL IMPOSSIBILITY FOR BLACK VOTERS BECAUSE

20   THEIR GRANDFATHERS HAD BEEN ENSLAVED.

21            AND SO THIS WAS A WAY TO LITERALLY

22   OBLITERATE VOTING REGISTRATION AMONG BLACK

23   LOUISIANANS IN A VERY SHORT TIME PERIOD.  SO 45

24   PERCENT WENT TO 5 PERCENT OR UNDER 5 PERCENT IN TWO

25   YEARS AND DOWN TO 1 PERCENT WITH -- BY 1900.  SO

03:13p

**1**   WE'RE TALKING ABOUT JUST A ABSOLUTE EVACUATION OF

**2**   BLACK VOTERS FROM THE ROLES IN THE STATE OF

**3**   LOUISIANA.

**4**       **Q**   WAS THE GRANDFATHER CLAUSE THE ONLY KIND OF

**5**   LEGAL MECHANISM, IN YOUR VIEW, TO AFFECT VOTER

**6**   REGISTRATION AND THE ABILITY OF BLACKS TO VOTE AROUND

**7**   THAT TIME?

**8**       **A**   I MEAN, IT WAS THE FIRST.  AS SOON AS

**9**   BASICALLY ONE METHOD BEGAN TO FAIL, WHITE

**10**   LOUISIANANS WOULD COME UP WITH A REPLACEMENT.  AND

**11**   MANY HISTORIANS HAVE WRITTEN ABOUT THIS SORT OF --

**12**   IT'S LIKE ALMOST LIKE WHAC-A-MOLE; IF -- ONCE THE

**13**   GRANDFATHER CLAUSE IS EITHER DECLARED ILLEGAL,

**14**   ESPECIALLY BY THE SUPREME COURT, THEN THERE WILL BE

**15**   NEW TESTS OR SCHEMES BY WHITE LOUISIANANS TO PREVENT

**16**   BLACKS FROM REGISTERING TO VOTE.  SO LITERACY TESTS

**17**   BECAME VERY COMMON, PROPERTY REQUIREMENTS -- THESE

**18**   ARE ON THE HEELS OF THE GRANDFATHER CLAUSE -- THEY'RE

**19**   ALL A MANNER OF STRATEGIES USED BY WHITE LOUISIANANS

**20**   TO PREVENT BLACKS FROM VOTING.

**21**       **Q**   CAN YOU EXPLAIN TO THE COURT WHAT A POLL TAX

**22**   IS?

**23**       **A**   THAT'S SIMPLY REQUIRING A CITIZEN TO PAY

**24**   MONEY WHEN THEY'RE TRYING TO REGISTER TO VOTE.

**25**       **Q**   AND WHEN GENERALLY WAS A POLL TAX USED IN

03:14p

1   LOUISIANA, IF ANY?

2       A    OH.  AT ELECTION TIME.

3       Q    NO, I KNOW.  BUT WHAT YEARS ARE WE TALKING

4   ABOUT?  WHAT PERIOD?

5       A    WE'RE TALKING ABOUT BASICALLY BEGINNING IN

6   1900.  THAT'S -- THAT IS A SCHEME THAT'S -- THAT

7   BEGAN TO BE USED.

8       Q    GOT YOU.  AND YOU WRITE IN YOUR REPORT ABOUT

9   THE KIND OF JELLYBEAN TEST.  CAN YOU EXPLAIN WHAT

10  THAT IS?

11      A    YEAH.  I MEAN, THAT'S A PHRASE THAT'S USED

12  TO SORT OF REFER TO ALL OF THE DIFFERENT SCHEMES THAT

13  WERE STRUCK UPON BY WHITE LOUISIANANS BASICALLY IN

14  THE POST-1898 PERIOD.  SO THEY COULD BE REDUCED AND

15  SOMETIMES WERE USED AS SIMPLE AS HAVING A JAR OF

16  JELLYBEANS NEXT TO THE WHITE REGISTRAR OF VOTERS AND

17  THEY WOULD ASK THE PROSPECTIVE BLACK VOTER WHETHER

18  THEY COULD TELL THEM HOW MANY JELLYBEANS WERE IN THE

19  JAR.  AND OBVIOUSLY THIS WAS A TASK THAT MOST LIKELY

20  HAD NO ANSWER AND CERTAINLY COULD NOT BE

21  INDEPENDENTLY VERIFIED, BUT IT WAS A WAY TO PREVENT

22  BLACKS FROM REGISTERING TO VOTE.

23      Q    AND THESE WERE TESTS USUALLY USED AGAINST

24  BLACK FOLKS AND NOT WHITE FOLKS.  IS THAT WHAT WE'RE

25  TALKING ABOUT?

03:15p

1      **A**    IT WAS, YES, VERY SELECTIVE AND OBVIOUSLY

2    DISCRIMINATORY.

3      **Q**    GOT YOU.  AND CAN YOU TELL THE COURT WHAT AN

4    ALL-WHITE PRIMARY IS AND WHEN IT WAS IN EFFECT, IF

5    YOU KNOW?

6      **A**    SO THE ALL-WHITE PRIMARY WAS FIRST USED IN

7    THE '40s.  AND THIS WAS SORT OF -- AS CIVIL RIGHTS

8    AGITATION BEGAN, THIS SORT OF BECOME A PART OF

9    AMERICAN LIFE.  AND THE ALL-WHITE PRIMARIES WERE

10   JUST, AGAIN, ANOTHER SCHEME THAT WERE USED,

11   ESPECIALLY IN ELECTORAL SITUATIONS, TO PREVENT BLACKS

12   FROM ADVANCING BLACK-PREFERRED CANDIDATES OR

13   CANDIDATES OF COLOR.

14     **Q**    WHAT ABOUT -- CAN YOU EXPLAIN WHAT SINGLE-

15   SHOT VOTING IS?

16     **A**    SINGLE-SHOT VOTING IS USED IN MULTI-MEMBER

17   ELECTIONS WHERE, BEFORE THERE WERE ANTI-SINGLE-SHOT

18   LAWS, MINORITY CITIZENS WOULD TRY TO SORT OF

19   AGGREGATE THEIR VOTES BEHIND A SINGLE CANDIDATE.  AND

20   INSTEAD THEY WERE TOLD THEY HAD TO VOTE FOR EVERY

21   CANDIDATE BEING RUN IN THE ELECTION, WHICH MEANT THAT

22   BLACK CANDIDATES OR BLACK-PREFERRED CANDIDATES WERE

23   NEVER BEING ELECTED.  I MEAN, THAT WAS THE END.  AND

24   THE MEANS WAS ANTI-SINGLE-SHOT VOTING.

25     **Q**    SO -- LET ME UNDERSTAND THIS.  SO YOU'VE GOT

Case 3:22-cv-00178-SDD-SDJ   Document 212   12/29/23   Page 91 of 125

03:16p

1   MAYBE FOUR CANDIDATES FOR THREE POSITIONS ON THE

2   PARISH COUNCIL AND UNION PARISH.

3       A    YES.

4       Q    AND PEOPLE WANT TO USE ONE VOTE AND NOT USE

5   THEIR OTHER TWO VOTES?

6       A    YES.

7       Q    AND THEY MADE THAT ILLEGAL.  CORRECT?

8       A    EXACTLY.  SO IF YOU DID VOTE FOR JUST A

9   SINGLE CANDIDATE, YOUR VOTE WOULD NOT BE -- WOULD BE

10  INVALIDATED IN THAT ELECTION.

11      Q    GOT YOU.  AND WHY WOULD THAT

12  DISPROPORTIONATELY PREVENT BLACK FOLKS FROM ATTAINING

13  ELECTIVE OFFICE?

14      A    WELL, IT WAS -- THIS WAS A SORT OF -- I

15  WOULD CALL IT A MEANS OF RESISTANCE AS TRYING TO

16  ELECT CANDIDATES OF THEIR PREFERENCE.  THE LAW WAS

17  WRITTEN IN ORDER TO MAKE SURE THAT THAT WAS NOT

18  POSSIBLE.

19      Q    NOW, YOU SAID THAT BLACK VOTERS WERE ABOUT 5

20  PERCENT OF THE ELECTORATE IN LOUISIANA IN 1948.  WHEN

21  THE VOTING RIGHTS ACT WAS PASSED, WHAT PERCENTAGE OF

22  THE ELECTORATE WERE THEY IN 1965?  DO YOU KNOW?

23      A    I'M NOT SURE.  I MEAN, I THINK IT'S IN MY

24  REPORT, BUT I DON'T RECALL OFF THE TOP OF MY HEAD.

25      Q    IF I SAID 31 PERCENT, WOULD THAT SOUND

03:17p

1   CORRECT?

2        A    THAT SOUNDS -- YEAH, THAT SOUNDS ACCURATE.

3        Q    NOW, WHAT -- IN YOUR OPINION, WHAT ARE THE

4   MOST IMPORTANT ASPECTS OF THE VOTING RIGHTS ACT AND

5   HOW IT RELATES TO THIS NARRATIVE OF RACIAL

6   DISCRIMINATION IN VOTING IN LOUISIANA?

7        A    WELL, THE VOTING RIGHTS ACT, QUITE SIMPLY,

8   IS A REAFFIRMATION OF PROMISES MADE MUCH EARLIER IN

9   AMERICAN HISTORY TO PRESERVE ALL CITIZENS EQUAL

10  OPPORTUNITY TO PARTICIPATE IN THE DEMOCRATIC PROCESS.

11  ONE OF THE SORT OF CORRELATIVE PROPERTIES OF THE

12  VOTING RIGHTS ACT IS TO ALERT PEOPLE WHEN THAT IS NOT

13  PROCEEDING AS IT SHOULD.  AND BY "IT SHOULD," THE

14  GOAL OF THE VOTING RIGHTS ACT OR THE GOAL OF AMERICAN

15  DEMOCRACY IS FOR AS MANY OF OUR CITIZENS TO

16  PARTICIPATE AS POSSIBLE.

17       AND SO WHEN THERE ARE EFFORTS SUCH AS THE

18  ONES WE'VE TALKED ABOUT IN THE LAST COUPLE OF

19  MINUTES, TO MAKE SURE THAT CERTAIN PEOPLE WERE NOT

20  ABLE TO VOTE, THOSE ARE THINGS THAT ARE VIOLATING NOT

21  ONLY THE PRINCIPLES OF AMERICAN DEMOCRACY BUT

22  SPECIFICALLY THE TENETS OF THE VOTING RIGHTS ACT.

23       SO I MEAN, I OFTEN COMPARE IT TO A CHECK

24  ENGINE LIGHT ON DEMOCRACY, WHICH IS THAT IT'S

25  ALERTING PEOPLE, AT LEAST PRECLEARANCE AS IT EXISTED

03:18p

1   WHEN THE VOTING RIGHTS ACT WAS WRITTEN, TO SOMETHING

2   THAT'S GOING WRONG, TO SOMETHING THAT'S AMISS WITH

3   THAT PRACTICE OF DEMOCRACY.

4       **Q**   AND THE PRECLEARANCE REQUIREMENT -- I'M SURE

5   THE COURT KNOWS -- THAT'S WHERE YOU HAVE TO SUBMIT A

6   VOTING CHANGE TO THE DEPARTMENT OF JUSTICE.  IS THAT

7   WHAT YOU'RE REFERRING TO?

8       **A**   YES.

9       **Q**   NOW, WHAT VOTING RIGHTS ACT VIOLATIONS DO

10  YOU SPEAK OF IN YOUR REPORT POST-1965 IN TERMS OF

11  OBJECTION LETTERS OR ANYTHING LIKE THAT?

12      **A**   WELL, THERE ARE SO MANY OF THEM, IT'S HARD

13  TO SINGLE OUT JUST A SINGLE TYPE EVEN.  BUT I WOULD

14  SAY THAT THE BASIC PATTERNS THAT WERE IN PLACE BEFORE

15  THE VOTING RIGHTS ACT WAS PASSED ARE VERY MUCH

16  PRESENT AFTER IT IS ENFORCED, WHICH IS MAINLY

17  AT-LARGE VOTING, PACKING AND CRACKING OF DISTRICTS,

18  BASICALLY ALL MANNER OF DEVICES -- WHEN ONE FAILS,

19  ANOTHER ONE IS PUT IN PLACE -- TO TRY AND PREVENT,

20  ESPECIALLY BLACK LOUISIANANS, FROM PARTICIPATING IN

21  THE DEMOCRATIC PROCESS.

22      **Q**   THANK YOU.  YOU ALSO THOUGHT IT WAS

23  IMPORTANT IN YOUR REPORT TO SPEND QUITE A BIT OF TIME

24  ON *MAJOR V TREEN,* THE CASE THERE.  CAN YOU EXPLAIN

25  WHY THAT'S SIGNIFICANT TO THE COURT.

03:19p

1      A    IT'S PROBABLY THE MOST SIGNIFICANT CASE IN

2  THE HISTORY OF LOUISIANA THAT DEMONSTRATES THE

3  IMPORTANCE OF PRECLEARANCE, BECAUSE LOUISIANA VOTERS

4  WOULD LIKELY NEVER HAVE BEEN MADE AWARE OF THE

5  OFFENSES AND VIOLATIONS OF THE VOTING RIGHTS ACT WERE

6  IT NOT FOR PRECLEARANCE.

7           WHAT THAT CASE REVEALED, IT WAS A

8  REDISTRICTING CASE.  I MEAN, I'M -- PARDON MY

9  LANGUAGE HERE, BUT THE MAN IN CHARGE OF REDISTRICTING

10 SAID, "WE ALREADY HAVE A NIGGER MAYOR.  WE DON'T NEED

11 ANY MORE NIGGER BIG SHOTS."  SO THERE WERE -- IT WAS

12 QUITE EXPLICITLY CONCOCTED AS A SCHEME TO PREVENT

13 BLACKS FROM VOTING.

14          AND THE RESULTING REDISTRICTING AFTER THE

15 VIOLATION WAS DISCOVERED WAS THE FIRST BLACK MEMBER

16 OF CONGRESS ELECTED IN THE STATE OF LOUISIANA SINCE

17 1870.  SO THAT -- IF YOU WANT TO SORT OF UNDERSTAND

18 THE PROGRESS THAT THE VRA REPRESENTED TO THIS STATE,

19 IT -- *TREEN* IS PROBABLY THE MOST GLARING EXAMPLE OF

20 THAT PROGRESS BUT ALSO OF THE SORT OF DOGGED

21 RESISTANCE TO THE CHANGES THAT THE VRA WAS PROPOSING.

22     Q    AND WHEN YOU SAID THE MAN IN CHARGE OF

23 REDISTRICTING -- THIS IS AROUND 1981 -- WAS THAT IN

24 THE STATE LEGISLATURE?  WAS THAT IN THE --

25     A    YES, THAT WAS IN THE STATE LEGISLATURE.

03:21p

1    **Q**   OKAY.  NOW, I WANT TO MOVE ON MORE INTO THE

2    PRESENT DAY.  WHAT ARE -- CAN YOU JUST GIVE THE COURT

3    AN OVERVIEW HERE.  WHAT ARE RECENT EXAMPLES OF

4    DISCRIMINATION WITH REGARD TO VOTING IN LOUISIANA?

5    WHAT COMES TO MIND?

6    **A**   I MEAN, AT-LARGE VOTING IS REIGNED A HUGE

7    PROBLEM POST-'82, SO WE'RE JUST TALKING ABOUT POST-

8    *TREEN.*  MORE RECENTLY VOTER ID REQUIREMENTS, CLOSING

9    OF POLLING PLACES.  IN MANY WAYS, POST-2013 IS A VERY

10   DIFFERENT LANDSCAPE BECAUSE PRECLEARANCE IS NO LONGER

11   A PART OF THIS, AT LEAST OF WHAT WE CAN KNOW.  BUT

12   THE PRACTICES THAT ARE STILL IN PLACE AND ARE -- MOST

13   CLOSELY RESEMBLE THE THINGS THAT WERE TAKING PLACE

14   BEFORE 2013.  SO THE SAME SCHEMES TO PREVENT BLACK

15   LOUISIANANS FROM VOTING ARE BEING ATTEMPTED OVER AND

16   OVER AGAIN.

17   **Q**   THAT'S WHAT I WAS GOING TO ASK YOU.  SO WHY

18   -- OVERALL WHY IS HISTORY IMPORTANT --

19   **A**   OH, I SEE.

20   **Q**   -- IN TERMS OF UNDERSTANDING -- HOW DOES IT

21   RELATE TO PRESENT-DAY PRACTICES?

22   **A**   YEAH.  I MEAN, I THINK THAT THERE IS

23   OBVIOUSLY MANY FAMOUS SAYINGS THAT THOSE WHO IGNORE

24   HISTORY ARE DOOMED TO REPEAT IT.  BUT I THINK THAT

25   THE MORE SPECIFIC REASON WHY WE LOOK AT THINGS LIKE

03:22p

1  THE LONG HISTORY OF RACIAL DISCRIMINATION AND VOTER

2  DISENFRANCHISEMENT IN THE STATE OF LOUISIANA IS TO

3  SEE:  WELL, WHAT ARE THE PATTERNS?  WHAT WERE THE

4  PRACTICES THAT PEOPLE WERE USING?  ARE THOSE ENDS, AS

5  IN IS THE GOAL OF DISENFRANCHISING BLACK VOTERS STILL

6  OUT THERE WITHOUT THE CHECK ENGINE LIGHT OF

7  PRECLEARANCE, WITHOUT BEING MADE AWARE OF THIS

8  THROUGH THIS MECHANISM?  DOES IT MEAN THAT OUR ENGINE

9  IS RUNNING FINE?

10       I WOULD SAY THAT THE EVIDENCE IS QUITE TO

11  THE CONTRARY; THAT LOUISIANA IS STILL -- IT HAS AN

12  ENGINE THAT IS OCCASIONALLY MALFUNCTIONING.  AND THE

13  PURPOSE OF THAT IS TO TRY AND REMEDY IT AND EXTEND

14  THE PRIVILEGE OF VOTING TO AS MANY OF OUR CITIZENS AS

15  WE CAN.

16       **MR. ADCOCK:**  THAT'S ALL THE QUESTIONS I HAVE

17  FOR NOW, JUDGE.

18       **THE COURT:**  CROSS?

19       **MR. FARR:**  THANK YOU, YOUR HONOR.

20            **CROSS-EXAMINATION**

21  BY MR. FARR:

22    **Q**   HEY, DR. GILPIN.  HOW ARE YOU DOING?

23    **A**   I'M DOING FINE.  HOW ARE YOU?

24    **Q**   GOOD TO SEE YOU IN PERSON.  SORRY WE

25  COULDN'T HAVE DONE OUR DEPOSITION IN PERSON.  I MUCH

03:23p

1    PREFER BEING HERE WITH YOU TODAY.

2            IN YOUR REPORT -- AND I THINK YOU JUST

3    TESTIFIED ABOUT THE *TREEN* CASE?

4        A    UH-HUH.

5        Q    DOES YOUR REPORT HAVE ANY OTHER EXAMPLES OF

6    COURT DECISIONS WHERE ACTS OF THE LEGISLATURE HAVE

7    BEEN FOUND TO BE DISCRIMINATORY SINCE 1982?

8        A    I CAN'T THINK OF ANY.

9        Q    OKAY.  AND AS FAR AS THE LEGISLATURE IS

10   CONCERNED, THE LEGISLATURE HAS NOT USED MULTI-MEMBER

11   DISTRICTS SINCE 1982?

12       A    AS FAR AS I'M AWARE, THAT SOUNDS ACCURATE.

13       Q    OKAY.  SO AS FAR AS LEGISLATIVE DISTRICTS,

14   THE LEGISLATURE IS NOT GUILTY OF USING UNUSUALLY

15   LARGE DISTRICTS?

16       A    I DON'T BELIEVE SO.

17       Q    AND BECAUSE THEY DON'T HAVE MULTI-MEMBER

18   DISTRICTS, THERE IS NO ANTI-SINGLE-SHOT LAW THAT'S

19   APPLIED TO ELECTIONS FROM LEGISLATURE?

20       A    NO, I DON'T BELIEVE SO.

21       Q    AND DOES THE DEMOCRATIC PARTY OR THE

22   REPUBLICAN PARTY IN LOUISIANA HAVE WHAT'S KNOWN AS

23   CANDIDATE SLATING THAT ESSENTIALLY MAKES IT

24   IMPOSSIBLE FOR AN AFRICAN AMERICAN TO RECEIVE A

25   NOMINATION FROM THEIR PARTY FOR LEGISLATIVE RACES?

03:25p

1      **A**    THIS IS DEFINITELY NOT AN AREA THAT I'M AN
2   EXPERT IN, SO I CAN'T REALLY COMMENT ON THAT.
3      **Q**    OKAY.  ALL RIGHT.
4           CAN WE TURN TO SECRETARY OF STATE EXHIBIT
5   35.
6           **THE COURT:**  IS IT ALREADY IN EVIDENCE?
7           **MR. FARR:**  YES, IT IS, MA'AM.
8           **THE COURT:**  GO AHEAD.
9           **MR. FARR:**  I CAN'T REMEMBER.  HAS IT BEEN
10  ADMITTED?  OKAY, THANKS.
11  **BY MR. FARR:**
12     **Q**    DR. GILPIN, ARE YOU FAMILIAR WITH SECRETARY
13  OF STATE EXHIBIT 35?
14     **A**    YES, I AM.
15     **Q**    AND DO YOU CITE THAT IN YOUR REPORT?
16     **A**    I DO.
17     **Q**    AND IS IT FAIR TO SAY THAT THIS IS A REPORT
18  BY A MAJORITY OF THE COMMISSIONERS WHO SERVE ON THE
19  LOUISIANA ADVISORY COMMITTEE FOR THE UNITED STATES
20  COMMISSION ON CIVIL RIGHTS?
21     **A**    THAT WAS MY UNDERSTANDING, YES.
22     **Q**    SO IT'S NOT A UNANIMOUS OPINION.  CORRECT?
23     **A**    I THINK WE WENT OVER THIS IN DEPOSITION.
24  I'M NOT SURE.
25     **Q**    IN YOUR REPORT DID YOU IDENTIFY ANY

03:26p

**1**   DECISIONS WHERE A COURT HAS FOUND DISCRIMINATION IN

**2**   THE LOCATION OF POLLING PLACES?

**3**      **A**   I DON'T BELIEVE SO.

**4**      **Q**   AND HAVE YOU -- IN YOUR REPORT DID YOU CITE

**5**   ANY CASES WHERE A COURT HAS FOUND THAT LOUISIANA'S

**6**   LAWS ON EARLY VOTING DISCRIMINATE AGAINST BLACK

**7**   VOTERS?

**8**      **A**   I DON'T BELIEVE SO.

**9**      **Q**   AND DID YOUR REPORT CITE ANY CASES HOLDING

**10**   THE LEGISLATURE GUILTY OF DISCRIMINATION ON LAWS

**11**   RELATING TO VOTING ACCESSIBILITY?

**12**      **A**   WELL, I THINK THE DILEMMA WHEN YOU'RE

**13**   GETTING INTO THE LEGISLATURE IS WHAT IT DIDN'T DO AS

**14**   MUCH AS WHAT IT DID DO.

**15**      **Q**   WELL, THAT'S A FAIR POINT.  BUT MY QUESTION

**16**   IS:  ARE THERE ANY COURT DECISIONS HOLDING AN ACT OF

**17**   THE LEGISLATURE AS BEING DISCRIMINATORY FOR -- ON

**18**   VOTING ACCESSIBILITY ISSUES?

**19**      **A**   I DON'T BELIEVE SO.

**20**      **Q**   AND HAS THERE EVER BEEN A DECISION BY A

**21**   COURT --

**22**         **THE REPORTER:**  I'M SORRY, MR. FARR.  I

**23**   DIDN'T GET THAT ANSWER.

**24**         **THE WITNESS:**  I DON'T BELIEVE SO.

**25**   BY MR. FARR:

03:27p

1      Q    HAS THERE EVER BEEN A DECISION BY THE COURT

2  FINDING THAT LOUISIANA'S VOTER IDENTIFICATION LAW IS

3  DISCRIMINATORY?

4      A    I DON'T BELIEVE SO.

5      Q    HAS THERE EVER BEEN A DECISION BY A COURT

6  FINDING SINCE 1982 -- I WON'T DISPUTE YOUR HISTORY,

7  WHICH IS COMPELLING OF THINGS IN THE PAST.  BUT SINCE

8  1982, HAS ANY COURT MADE A DECISION THAT LOUISIANA'S

9  REGISTRATION LAWS DISCRIMINATE AGAINST BLACKS?

10     A    AFTER NINE- -- YOU'RE DRAWING A FIRM LINE AT

11 '82.

12     Q    YES, SIR.

13     A    I DON'T BELIEVE SO.

14     Q    IN YOUR REPORT, DR. GILPIN, YOU TESTIFIED

15 ABOUT LOUISIANA ACT 636.  DO YOU REMEMBER THAT?

16     A    UH-HUH.

17     Q    COULD YOU TELL THE COURT WHAT THAT ACT WAS

18 ALL ABOUT?

19     A    I REMEMBER IT, BUT I DON'T REMEMBER EXACTLY

20 WHAT IT WAS.

21     Q    LET ME SEE IF I CAN REFRESH YOUR MEMORY.

22 DID THAT LAW ALLOW THOSE WHO HAD NOT BEEN

23 INCARCERATED FOR THE PREVIOUS FIVE YEARS TO REGAIN

24 THEIR RIGHT TO VOTE REGARDLESS OF THEIR PROBATION OR

25 PAROLE STATUS?

03:28p

**1**    A    YES.  YES.  THAT'S CORRECT.

**2**    Q    AND WOULD YOU AGREE THAT THAT LAW

**3** DISPROPORTIONATELY BENEFITED BLACK VOTERS BECAUSE OF

**4** THE INCARCERATION RATES IN LOUISIANA?

**5**    A    I BELIEVE THAT WAS THE INTENDED BENEFIT,

**6** YEAH.

**7**         MR. FARR:  NO FURTHER QUESTIONS, YOUR HONOR.

**8**         THE COURT:  ANY REDIRECT?

**9**         MR. ADCOCK:  JUST A FEW, JUDGE.

**10**                   REDIRECT EXAMINATION

**11** BY MR. ADCOCK:

**12**    Q    NOW, COUNSEL ASKED YOU WHETHER YOU DISCUSSED

**13** ANY CASES IN YOUR REPORT THAT FIND DISCRIMINATION IN

**14** CERTAIN SCENARIOS.  DO YOU REMEMBER THAT?

**15**    A    YES, I DO.

**16**    Q    NOW, IS -- WHEN YOU'RE FORMING A NARRATIVE

**17** ABOUT WHAT HAPPENED IN HISTORY, DO HISTORIANS ONLY

**18** LOOK AT COURT CASES?

**19**    A    NO.  AND, I MEAN, I THINK THAT'S ONE OF THE

**20** MAIN PROBLEMS WITH THE LINES THAT ARE BEING DRAWN

**21** HERE, NOT ONLY IN REGARDS TO TIME BUT ALSO IN REGARDS

**22** TO WHAT ENTITY IS INVOLVED WITH WHAT OFFENSE.

**23**         ONE OF I THINK THE MORE GLARING LESSONS FROM

**24** THE HISTORY OF LOUISIANA IS NOT JUST THAT THE

**25** LEGISLATURE HAS NOT BEEN FOUND GUILTY OF DOING

03:29p

1   SOMETHING BUT THAT IT HAS NOT BEEN FOUND GUILTY OF

2   DOING SOMETHING POSITIVE OR DOING SOMETHING TO REMEDY

3   THESE SITUATIONS.  THE EVIDENCE IN MY REPORT I THINK

4   IS OVERWHELMING TO ANYONE OF HOW PERSISTENT AND

5   DOGGED THE EFFORTS OF DISENFRANCHISED BLACK VOTERS

6   HAVE BEEN.  THAT'S NOT SOMETHING RESTRICTED TO

7   PRE-1982.  IT IS SOMETHING THAT HAS CONTINUED UP

8   UNTIL THE PRESENT DAY.

9         THE QUESTION REALLY FOR THE LEGISLATURE IS

10  WHY THEY AREN'T DOING THINGS TO OUTLAW THESE

11  PRACTICES NO MATTER WHERE THEY ARISE.  IF IT'S IN

12  BOSSIER CITY CITY COUNCIL OR IF IT'S IN A SCHOOL

13  DISTRICT ON THE WESTBANK, IT DOESN'T REALLY MATTER

14  WHERE WE'RE TALKING ABOUT.  IT'S THE FACT THAT THESE

15  PRACTICES PERSIST IS REALLY A SORT OF HORRIBLE THING

16  THAT THE VRA WAS REALLY DESIGNED TO ALERT

17  LOUISIANANS TO -- NOT IN A PUTATIVE CONTEXT.  THAT'S

18  WHAT THE CHECK ENGINE LIGHT IS FOR.  IT'S YOUR

19  ENGINE.  YOU'VE GOT TO REPAIR IT.  IF YOU DON'T, YOUR

20  DEMOCRACY IS GOING TO FALL APART.

21     Q    ALL RIGHT.

22         **MR. ADCOCK:**  NO MORE QUESTIONS, JUDGE.

23         **THE COURT:**  OKAY.  YOU MAY STEP DOWN.  THANK

24  YOU, DR. GILPIN.

25              DO YOU HAVE ANOTHER WITNESS?  NEXT

03:31p

1    WITNESS.  DO WE HAVE A PROBLEM?  DO WE HAVE A

2    WITNESS?

3             **MS. THOMAS:**  NO, WE HAVE A WITNESS.  IT'S

4    SOMETHING ABOUT --

5             **THE COURT:**  CALL YOUR NEXT WITNESS, PLEASE.

6             **MR. ADCOCK:**  I JUST WANT TO ADDRESS TWO

7    EVIDENTIARY THINGS REALLY QUICK.  AND WE HAVE THE

8    WITNESS HERE.  IF I CAN DO THAT REAL QUICK, JUDGE.  I

9    APOLOGIZE.

10            **THE COURT:**  WHAT ARE THEY?  GO AHEAD.

11            **MR. ADCOCK:**  IF I CAN -- I ENTERED IN THE

12   REPORT AT PX124.  I ALSO WANTED TO ENTER IN PX125,

13   WHICH IS DR. GILPIN'S C.V.  IT IS IN PART ATTACHED TO

14   THE REPORT BUT NOT THE WHOLE THING, SO I WANTED TO

15   ENTER THAT IN, UNLESS THERE'S OBJECTION.

16            **MR. FARR:**  NO OBJECTION, YOUR HONOR.

17            **THE COURT:**  ALL RIGHT.  125 IS ADMITTED.

18            **MR. ADCOCK:**  AND I DON'T KNOW IF I -- YOUR

19   HONOR, I'M SORRY ABOUT THIS, BUT I THINK -- WHILE I

20   KNOW THAT OPPOSING COUNSEL STIPULATED TO THE EXPERT'S

21   QUALIFICATIONS, I DON'T KNOW IF I TENDERED HIM AS AN

22   EXPERT IN LOUISIANA HISTORY.

23            **THE COURT:**  YOU DID NOT.

24            **MR. ADCOCK:**  WELL, I'D LIKE TO TENDER HIM

25   NOW BASED ON THE TESTIMONY AND THE EVIDENCE IN THE

03:32p   1  RECORD AND HIS REPORT AND THE STIPULATION.

2          **THE COURT:**  MR. FARR?

3          **MR. FARR:**  WE AGREE.

4          **THE COURT:**  IF YOUR OPPOSING COUNSEL WASN'T

5  SO PROFESSIONAL, YOU WOULD HAVE HAD A PROBLEM.

6          **MR. ADCOCK:**  THANK YOU, JUDGE.

7          **THE COURT:**  DR. GILPIN IS A RECOGNIZED

8  EXPERT IN LOUISIANA HISTORY, AND THE COURT RECOGNIZES

9  HIM AS SUCH AS WELL.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

03:32p

1          MS. THOMAS:  HELLO, YOUR HONOR.  LAURA

2    THOMAS FOR THE PLAINTIFFS.

3               AND WE'LL BE CALLING MR. BILL COOPER.

4          (WHEREUPON, WILLIAM S. COOPER, BEING DULY

5    SWORN, TESTIFIED AS FOLLOWS.)

6          MS. THOMAS:  YOUR HONOR, MAY I APPROACH THE

7    WITNESS?  I HAVE A COUPLE OF BINDERS FOR HIM.

8          THE COURT:  AS LONG AS OPPOSING COUNSEL HAS

9    SEEN THEM, YES.

10         MS. THOMAS:  YES, I GAVE THEM TO OPPOSING

11   COUNSEL.

12         MR. TUCKER:  YES, YOUR HONOR, WE HAVE A

13   COPY.  THANK YOU.

14         MS. THOMAS:  AND I HAVE COPIES FOR THE

15   COURT, IF THE COURT IS INTERESTED.

16         THE COURT:  WELL, IF YOU'RE GOING TO REFER

17   TO HIS REPORTS, PERHAPS I HAVE THEM.

18         MS. THOMAS:  WE WILL BE REFERRING TO HIS

19   REPORTS AND MAPS.  I KNOW THAT THE WITNESS LIKES TO

20   HAVE PAPER COPIES.  THERE ARE ALSO A NUMBER OF

21   EXHIBITS ATTACHED TO HIS REPORTS, WHICH ARE IN THE

22   BINDERS.  WE'LL BE USING THE SCREEN ALSO, BUT --

23         THE COURT:  I MEAN, GIVE THEM TO --

24   CERTAINLY GIVE THEM TO MR. COOPER TO ASSIST HIM IN

25   HIS OPINION TESTIMONY.  AND OBVIOUSLY I DON'T HAVE A

03:34p

1   BINDER AS FAT AS YOURS, SO MAYBE I DON'T HAVE

2   EVERYTHING.  BUT I'VE GOT HIS REPORTS AND THE MAPS

3   THAT ARE ATTACHED TO HIS REPORTS.

4        **MS. THOMAS:**  THANK YOU, YOUR HONOR.

5             SO AT THE OUTSET, WITH THE PRACTICE OF

6   TODAY, WE WOULD LIKE TO MOVE IN EXHIBIT 20 THROUGH

7   88, WHICH ARE MR. COOPER'S CORRECTED REPORT AND THE

8   ATTACHED EXHIBITS THERETO.

9        **MR. TUCKER:**  NO OBJECTION, YOUR HONOR.

10       **THE COURT:**  PLAINTIFFS' EXHIBITS 20 THROUGH

11  88 ARE ADMITTED.

12       **MS. THOMAS:**  AND THEN IN ADDITION TO THOSE,

13  EXHIBITS 89 THROUGH 115, WHICH ARE MR. COOPER'S

14  REBUTTAL REPORTS AND THE EXHIBITS THERETO.

15       **THE COURT:**  IS THERE ANY OBJECTION?

16       **MR. TUCKER:**  NO OBJECTION, YOUR HONOR.

17       **THE COURT:**  ADMITTED.

18       **MS. THOMAS:**  THANK YOU, YOUR HONOR.

19                      **VOIR DIRE**

20  BY MS. THOMAS:

21     **Q**   GOOD AFTERNOON, MR. COOPER.  COULD YOU

22  PLEASE INTRODUCE YOURSELF TO THE COURT.

23     **A**   GOOD AFTERNOON.  MY NAME IS WILLIAM S.

24  COOPER.

25     **Q**   AND WHAT IS YOUR PROFESSION?

03:35p

1      **A**   I PROVIDE CONSULTING SERVICES RELATING TO

2   GIS MAPPING AND ANALYSIS OF CENSUS DATA TO VARIOUS

3   ORGANIZATIONS AROUND THE COUNTRY.  THE BULK OF MY

4   WORK IS ACTUALLY RELATED TO REDISTRICTING, BUT I DO

5   SOME OTHER SMALLER PROJECTS MAINLY FOR NON-PROFITS

6   HERE AND THERE.  I OCCASIONALLY ALSO WORK FOR LOCAL

7   GOVERNMENTS WITH RESPECT TO REDISTRICTING.

8      **Q**   AND CAN YOU BRIEFLY DESCRIBE YOUR

9   EDUCATIONAL BACKGROUND.

10     **A**   I HAVE A B.A. IN ECONOMICS FROM DAVIDSON

11  COLLEGE IN NORTH CAROLINA.

12     **Q**   AND CAN YOU -- SORRY.  PLEASE STRIKE THAT.

13       HAVE YOU TESTIFIED AS AN EXPERT WITNESS IN

14  THE PAST?

15     **A**   YES.  I BELIEVE I'VE TESTIFIED IN ABOUT 55

16  CASES AT TRIAL AND ROUGHLY THE SAME -- AND THE SAME

17  NUMBER, 55 OR SO, BY WAY OF DEPOSITION OR

18  DECLARATION.  AND PROBABLY 95 PERCENT OF ALL THOSE

19  CASES HAVE RELATED TO REDISTRICTING.  AND THE VAST

20  MAJORITY OF THOSE, ANOTHER 95 PERCENT -- ANOTHER 95

21  PERCENT HAVE BEEN SECTION 2 CASES.

22     **Q**   HAVE ANY OF YOUR CASES INVOLVED STATE

23  REDISTRICTING PLANS?

24     **A**   YES.  I'VE TESTIFIED I BELIEVE IN NINE

25  CASES -- OR SEVEN CASES AT TRIAL INVOLVING STATE

03:36p

1   REDISTRICTING AND ANOTHER TWO BY WAY OF DEPOSITION OR

2   DECLARATION.

3       Q    AND HAVE ANY OF YOUR CASES INVOLVED

4   LOUISIANA?

5       A    YES.  NOT STATE LEVEL REDISTRICTING, OTHER

6   THAN THE CONGRESSIONAL REDISTRICTING I TESTIFIED AT

7   TRIAL IN -- I BELIEVE IT WAS IN MAY OF 2022 -- HERE

8   IN BATON ROUGE ON THE CONGRESSIONAL PLAN.  THE OTHER

9   TIMES I'VE TESTIFIED IN FEDERAL COURT IN LOUISIANA

10  HAVE RELATED TO LOCAL ELECTION PLANS.  ONCE FOR -- I

11  THINK THE FIRST CASE THAT I ACTUALLY TESTIFIED IN

12  FEDERAL COURT HERE IN BATON ROUGE INVOLVED THE CITY

13  OF ST. FRANCISVILLE IN WEST FELICIANA PARISH.  I ALSO

14  TESTIFIED IN A LAWSUIT INVOLVING THE 32ND JUDICIAL

15  DISTRICT IN TERREBONNE PARISH IN 2017, I BELIEVE,

16  ALSO IN FEDERAL COURT HERE IN BATON ROUGE.

17          IN OTHER INSTANCES I'VE PROVIDED

18  DECLARATIONS AND/OR DEPOSITIONS GOING BACK INTO THE

19  EARLY '90s ON SECTION 5 MATTERS AS WELL AS A SECTION

20  2 CASE OR SO.  THOSE -- THAT TESTIMONY HAS ALWAYS

21  BEEN DEPOSITIONS, NOT AT TRIAL.

22      Q    AND HAVE ANY OF THE CASES YOU'VE WORKED ON

23  IN LOUISIANA HAPPENED OUTSIDE OF THE VOTING CONTEXT?

24      A    THAT'S TRUE.  I HAVE TESTIFIED IN FEDERAL

25  COURT AS RECENTLY AS AUGUST ON A SCHOOL DESEGREGATION

03:38p

1    CASE IN ST. MARTIN PARISH.  THAT WAS ACTUALLY THE

2    THIRD TIME I'VE TESTIFIED IN THAT CASE.  AND I

3    BELIEVE IT'S NOW BEEN RESOLVED.  I TESTIFIED IN THAT

4    CASE IN 2021 AND AGAIN IN 2022 AT TRIAL.  THAT'S THE

5    ONLY OTHER SCHOOL DESEGREGATION CASE IN LOUISIANA

6    THAT I'VE TESTIFIED IN.  I HAVE PROVIDED A

7    DECLARATION IN ANOTHER.

8        Q    WHAT AREAS OF THE STATE HAS YOUR WORK

9    INVOLVED?

10       A    WELL, FRANKLY I'VE BEEN INVOLVED IN ALMOST

11   EVERY REGION OF THE STATE.  IN THE EARLY '90s IN THE

12   SECTION 5 MATTERS I TESTIFIED IN -- OR, RATHER, WAS

13   INVOLVED IN CASES AND VISITED THE PARISHES OF WEST

14   CARROLL, EAST CARROLL, MADISON, TENSAS.  AND THEN A

15   LITTLE BIT LATER IN THE EARLY '90S I TESTIFIED IN

16   CASES INVOLVING IBERVILLE, POINTE COUPEE AND A COUPLE

17   OF OTHER PARISHES.  I THINK IN BOTH INSTANCES I WAS

18   DEPOSED BY THE FORMER ATTORNEY GENERAL, BUDDY

19   CALDWELL, IN MONROE, LOUISIANA.  I'VE MENTIONED

20   ST. FRANCISVILLE, WHICH OF COURSE WAS TRIAL

21   TESTIMONY.

22           I PROVIDED ASSISTANCE ON A SECTION 5 LETTER

23   TO THE DOJ THAT WAS PUT TOGETHER BY ATTORNEYS AT THE

24   SOUTHERN REGIONAL OFFICE OF THE ACLU IN THE EARLY

25   2010s INVOLVING THE CITY OF LAKE CHARLES.  AND THOSE

03:40p

1   WOULD HAVE BEEN -- OH.  I WAS ALSO INVOLVED IN

2   BOSSIER PARISH AND ACTUALLY TESTIFIED -- THAT WAS A

3   BOSSIER PARISH SCHOOL BOARD CASE THAT WENT TO THE

4   SUPREME COURT.  AND I DID TESTIFY IN THAT CASE, BUT

5   THAT WAS AT THE U.S. DISTRICT COURT IN WASHINGTON,

6   D.C. AROUND 1994 OR SO.

7       Q    AND YOU TESTIFIED EARLIER THAT YOU HAVE

8   TESTIFIED IN SECTION 2 CASES.  CORRECT?

9       A    YES.

10      Q    WHAT IS THE NATURE OF YOUR TESTIMONY IN

11  SECTION 2 CASES IN THE PAST?

12      A    IT'S ALMOST ALWAYS RELATED TO -- I THINK

13  ALWAYS RELATED TO TESTIFYING WITH RESPECT TO THE

14  GINGLES 1 INQUIRY PREVENTING AN ILLUSTRATIVE PLAN.

15  AND I'VE ALWAYS BEEN RECOGNIZED BY THE COURT AS AN

16  EXPERT IN REDISTRICTING AND DEMOGRAPHICS, BECAUSE I

17  ALWAYS INCLUDE DEMOGRAPHICS WITH MY DECLARATIONS,

18  INCLUDING NOT JUST BASIC CENSUS RECORDS BUT ALSO

19  SOCIOECONOMIC STATISTICS THAT RELATE TO SENATE FACTOR

20  5.

21      Q    SINCE THE START OF THIS MOST CURRENT

22  REDISTRICTING CYCLE IN 2020, HOW MANY CASES HAVE YOU

23  SERVED AS AN EXPERT WITNESS?

24      A    EIGHT.  I THINK IN MY DECLARATION I'VE

25  LISTED SEVEN.  BUT SINCE MY DECLARATION AND EVEN

03:41p

1    REBUTTAL DECLARATION WAS FILED IN AUGUST, I HAVE

2    TESTIFIED IN ANOTHER ONE IN GALVESTON COUNTY, TEXAS,

3    IN THE EARLY PART OF AUGUST ALSO.

4        Q    AND DOES ONE OF THOSE CASES INCLUDE THE

5    ALABAMA BASE KNOWN AS *MERRILL V MILLIGAN* THAT

6    RECENTLY WENT TO THE SUPREME COURT?

7        A    YES.  THAT WAS A CASE I TESTIFIED IN IN

8    JANUARY OF 2022.

9        Q    ARE YOU AWARE OF THE OUTCOME OF THE CASE?

10       A    YES.  THE PLAINTIFFS PREVAILED IN THAT CASE.

11   THAT CASE ALSO WENT TO THE SUPREME COURT.  AND THE

12   WORK -- MY WORK IN THAT CASE WAS REVIEWED AND CITED

13   FAVORABLY BY THE SUPREME COURT.

14            **THE COURT:**  BY THE CHIEF JUSTICE.

15            **THE WITNESS:**  EXACTLY.

16            **MS. THOMAS:**  THANK YOU, YOUR HONOR.

17   **BY MS. THOMAS:**

18       Q    SO IF WE COULD BRIEFLY TAKE A LOOK AT

19   EXHIBIT -- PLAINTIFF EXHIBIT 21, WHICH I BELIEVE IS

20   YOUR C.V.

21       A    YES.

22       Q    DO YOU HAVE A COPY IN FRONT OF YOU?

23       A    YES.

24       Q    THIS IS A TRUE AND ACCURATE REPRESENTATION

25   OF YOUR C.V.?

03:42p

1      **A**    YES, AS IT RELATES TO THE DATE OF MAY 31,

2    2023.

3      **Q**    HAVE THERE BEEN CHANGES SINCE THAT DAY?

4      **A**    WELL, YES.  I DID TESTIFY IN FEDERAL COURT,

5    AS I MENTIONED, IN GALVESTON COUNTY.  IN FACT, THE

6    JUDGE IN THE GALVESTON COUNTY CASE LED OFF WITH A

7    QUOTE FROM ME IN HIS OPINION.  THAT'S NEVER HAPPENED

8    AGAIN BEFORE AND PROBABLY NEVER WILL AGAIN.  AND AS I

9    MENTIONED, THE ST. MARTIN PARISH SCHOOL BOARD CASE

10   WAS ALSO A CASE THAT TRANSPIRED IN, I THINK, JULY OF

11   2023.

12         AND I FILED DECLARATIONS IN OTHER CASES.  I

13   DON'T KNOW WHETHER I CAN SPEAK TO THOSE OR NOT.  BUT

14   I FILED A DECLARATION IN A DESOTO PARISH

15   REDISTRICTING CASE.  AND I HAVE NOT BEEN DEPOSED IN

16   THAT CASE, SO -- BUT THAT'S ANOTHER LOUISIANA

17   LOCALITY THAT I'VE BEEN INVOLVED IN IN RECENT MONTHS.

18     **Q**    IF WE COULD TURN TO PAGE 7 OF PLAINTIFF

19   EXHIBIT 21.  AND THEN IF WE COULD HIGHLIGHT THE

20   SECTION CALLED "LOUISIANA."

21         AND IT SHOULD BE ON YOUR SCREEN NOW, MR.

22   COOPER.

23     **A**    RIGHT.

24     **Q**    IS THIS AN EXAMPLE OF SOME OF YOUR WORK IN

25   LOUISIANA?

03:43p

**1**   **A**   YES.  THOSE ARE THE FIVE CASES WHERE I'VE

**2**   ACTUALLY TESTIFIED AT TRIAL.

**3**   **Q**   THANK YOU.

**4**        **MS. THOMAS:**  AT THIS TIME PLAINTIFFS WOULD

**5**   LIKE TO TENDER MR. COOPER AS AN EXPERT IN

**6**   DEMOGRAPHICS AND REDISTRICTING AND CENSUS DATA.

**7**        **THE COURT:**  ANY OBJECTION TO THE TENDER?

**8**        **MR. TUCKER:**  NO OBJECTION, YOUR HONOR.

**9**        **THE COURT:**  AND NO CROSS OF THE TENDER?

**10**        **MR. TUCKER:**  NO, YOUR HONOR.

**11**        **THE COURT:**  DR. COOPER -- OR MR. COOPER WILL

**12**   BE ACCEPTED TO GIVE OPINION TESTIMONY IN

**13**   DEMOGRAPHICS, CENSUS DATA, AND REDISTRICTING.

**14**                    **DIRECT EXAMINATION**

**15**   BY MS. THOMAS:

**16**   **Q**   MR. COOPER, WHEN WERE YOU RETAINED BY

**17**   PLAINTIFFS?

**18**   **A**   WELL, I WAS INITIALLY RETAINED AS PART OF A

**19**   MULTI-STATE LETTER OF ENGAGEMENT FROM THE ACLU IN THE

**20**   EARLY WINTER -- JANUARY MAYBE -- OF 2020, RIGHT

**21**   BEFORE THE PANDEMIC BROKE OUT.

**22**   **Q**   WHEN DID YOU ACTUALLY BEGIN WORKING ON THIS

**23**   CASE?

**24**   **A**   SPECIFICALLY WORKING WITH 2020 CENSUS DATA

**25**   IN LATE FEBRUARY OF 2022.

03:44p

**1**    **Q**    AND WHAT WERE YOU ASKED TO DO WHEN YOU

**2**  WERE -- BEGAN YOUR WORK?

**3**    **A**    I WAS ASKED TO INVESTIGATE THE GINGLES 1

**4**  INQUIRY; WHETHER OR NOT IT WOULD BE POSSIBLE TO

**5**  CREATE ONE OR MORE ADDITIONAL HOUSE OR SENATE SEATS

**6**  IN THE LOUISIANA LEGISLATURE ABOVE AND BEYOND THOSE

**7**  DISTRICTS THAT WOULD HAVE BEEN IN THE FINAL ENACTED

**8**  PLAN.

**9**    **Q**    AND HOW DID YOU APPROACH ANSWERING THIS

**10** QUESTION?

**11**   **A**    I OBTAINED THE CENSUS DATA FROM THE CENSUS

**12** BUREAU'S WEBSITE, THE P.L. 94-171 FILE.  AND I ALSO

**13** PURCHASED AND UTILIZED A DATA FILE THAT IS PRODUCED

**14** BY THE CALIPER CORPORATION, THE MAKERS OF MAPTITUDE

**15** FOR REDISTRICTING, WHICH IS THE SOFTWARE I USE.  AND

**16** THEN OBTAINED WHAT I THOUGHT WAS THE ENACTED VERSION

**17** OF THE STATE HOUSE AND STATE SENATE PLAN IN EARLY

**18** MARCH OF 2022.  SUBSEQUENT TO THAT I LEARNED THAT I

**19** ACTUALLY ONLY HAD A COMMITTEE PLAN.  AND SO I DID

**20** HAVE TO MAKE SOME ADJUSTMENTS TO MY DECLARATION

**21** FURTHER DOWN THE ROAD TO TAKE INTO ACCOUNT THAT

**22** LITTLE MISCUE.

**23**        SO I WAS BASICALLY RELYING ON DATA FROM THE

**24** LEGISLATURE AND DATA FROM THE CENSUS BUREAU AND THE

**25** CALIPER CORPORATION'S MAPTITUDE FOR REDISTRICTING

03:46p

1    SOFTWARE.  AND I ALSO, APART FROM THAT -- ALL THAT

2    SORT OF RELATED TO THE 2020 CENSUS.  I LOOKED AT

3    SOCIOECONOMIC DATA BASED ON THE 2015-2019 AMERICAN

4    COMMUNITY SURVEY THAT I HAD OBTAINED IN DECEMBER OF

5    2021.

6        Q    SO JUST PAUSING ON THE SOCIOECONOMIC DATA,

7    DID YOU END UP USING THE SOCIOECONOMIC DATA THAT YOU

8    COLLECTED?

9        A    YES.  I USED THAT SOCIOECONOMIC DATA TO GAIN

10   A BETTER UNDERSTANDING AND A LITTLE MORE INSIGHT INTO

11   SOME OF THE LOCALITIES WHERE I WAS CONSIDERING

12   WHETHER OR NOT IT MIGHT BE POSSIBLE TO DRAW AN

13   INITIAL MAJORITY-MINORITY DISTRICT.

14       Q    AND IN WHAT FORMAT DID YOU HAVE THE

15   SOCIOECONOMIC DATA?

16       A    WELL, IT WAS ORIGINALLY DOWNLOADED FROM THE

17   CENSUS BUREAU WEBSITE FOR THE AMERICAN COMMUNITY

18   SURVEY.  IT WAS IN A COMMA DELIMITED FORMAT.  I TOOK

19   THAT AND UPLOADED IT INTO MICROSOFT ACCESS AND THEN

20   PRODUCED A SERIES OF CHARTS AND TABLES, COMPARING AND

21   CONTRASTING THE SOCIOECONOMIC STATUS OF AFRICAN

22   AMERICANS AND LATINOS AND NONHISPANIC WHITES AT THE

23   PARISH AND MUNICIPAL LEVEL AND PLACE LEVEL --

24   NON-INCORPORATED PLACES -- ACROSS THE STATE.

25           SO I BASICALLY DID ALL OF THE PARISHES AND

03:47p

1   ALL OF THE MUNICIPALITIES OR PLACES THAT WERE AT

2   LEAST 10 PERCENT BLACK AND HAD A POPULATION OF MORE

3   THAN 2,500 PERSONS.  AND IF MEMORY SERVES, I BELIEVE

4   WE DID LOOK AT EAST CARROLL PARISH IN MY PREVIOUS

5   APPEARANCE IN THIS COURT IN THE CONGRESSIONAL PLAN.

6   AND THAT WAS THE SAME SET OF CHARTS THAT I WOULD BE

7   RELYING UPON IN THIS CASE.

8       Q    AND DID YOU TURN OVER THIS DATA TO THE

9   DEFENSE EXPERT WHEN YOU SUBMITTED YOUR REPORTS?

10      A    YES.

11      Q    OKAY.  IF WE COULD PULL UP PLAINTIFF EXHIBIT

12  20.  AND I'D LIKE TO GO TO PAGE 23, PARAGRAPH 51.

13           DID YOU ALSO IDENTIFY THIS DATA IN YOUR

14  REPORT?

15      A    YES.  YOU CAN STILL DOWNLOAD ALL OF THAT

16  INFORMATION AT THAT LINK.  I UNDERSTAND THAT MAYBE

17  SOME WEBSITES -- GOVERNMENT-RELATED WEBSITES MAY NOT

18  ALLOW YOU TO DOWNLOAD THAT DUE TO BLOCKAGE, BUT YOU

19  CAN GET IT OFF YOUR CELL PHONE PROBABLY.

20      Q    IF WE COULD PULL UP NOW WHAT HAS BEEN MARKED

21  PLAINTIFFS' EXHIBIT 163.  AND IF WE COULD JUST SCROLL

22  THROUGH THE FIRST COUPLE OF PAGES.

23           THIS IS PART OF WHAT IS A VERY LONG EXHIBIT

24  OF OVER 4,000 PAGES, WHICH WE HAVE BROKEN INTO TWO TO

25  BE UPLOADED INTO THE COURT SYSTEM AND PREVIOUSLY

03:49p

1    EXCHANGED WITH COUNSEL.

2            IS THIS A DEPICTION OF THE SOCIOECONOMIC

3    DATA THAT YOU HAD?

4        **A**    YES.  IT'S -- EACH MUNICIPALITY OR EACH

5    PARISH ANYWAY WOULD HAVE ABOUT 64 PAGES OF CHARTS AND

6    TABLES.  SOME OF THE MUNICIPALITIES, JUST DUE TO

7    MARGIN OF ERROR ISSUES, MAY NOT HAVE ALL OF THE DATA

8    PRESENTED.  BUT FOR THE MOST PART, THESE SHOULD RUN

9    BETWEEN 50 AND 60 PAGES, ONE SET OF CHARTS AND THEN

10   THE CORRESPONDING TABLE REFLECTED IN THE CHARTS.

11           **THE COURT:**  COUNSEL -- I'M SORRY.  THE

12   EXHIBIT NUMBER IS 164?

13           **MS. THOMAS:**  163, YOUR HONOR.

14           **THE COURT:**  163.  THANK YOU.

15   BY MS. THOMAS:

16       **Q**    AND SO THE RECORD IS CLEAR, IF YOU CLICK ON

17   THE LINK IN YOUR REPORT, YOU WOULD BE TAKEN TO A SITE

18   WITH THIS INFORMATION.  CORRECT?

19       **A**    WITH THAT INFORMATION.  ALTHOUGH INSTEAD OF

20   HAVING ONE BIG FILE OF SEVERAL THOUSAND PAGES, YOU

21   COULD LOOK FOR PARTICULAR PARISHES AND JUST CLICK ON

22   THE PARISH AND GET THE NUMBER -- AND GET THE REPORT

23   FOR THAT PARISH OR THAT MUNICIPALITY WITHOUT HAVING A

24   THOUSAND PAGES TO GO THROUGH.  ALTHOUGH I THINK YOU

25   COULD PROBABLY JUST DO IT BY FIND AND SEARCH ON ADOBE

03:50p

1   AND GET TO IT AS WELL.

2           MS. THOMAS:  AT THIS POINT PLAINTIFFS WOULD

3   LIKE TO MOVE IN EXHIBIT 163.  I KNOW DEFENSE COUNSEL

4   IN THE PAST HAD AN OBJECTION.

5           THE COURT:  COUNSEL?

6           MR. TUCKER:  I THOUGHT SHE HAD ALREADY MOVED

7   IT IN WITH PART OF THE OTHER EXHIBITS, SO NO

8   OBJECTION.

9           MS. THOMAS:  JUST SO THE RECORD IS CLEAR,

10  THESE -- THIS IS NOT AN EXHIBIT TO HIS REPORT.  THIS

11  IS THE DATA THAT HE USED.

12          THE COURT:  WHAT SHE'S MOVED PREVIOUSLY WAS

13  PLAINTIFFS' 20 THROUGH 88 AND 89 THROUGH 115.  AND

14  THIS IS, LIKE SHE SAID, NOT AN EXHIBIT TO HIS REPORT.

15          MR. TUCKER:  I APOLOGIZE, YOUR HONOR.  I

16  THOUGHT THIS WAS ONE OF THE EXEMPLARS THAT IS AN

17  EXHIBIT TO HIS REPORT.  NO OBJECTION, THOUGH.

18          THE COURT:  OKAY.  P163 IS ADMITTED.

19          MS. THOMAS:  THANK YOU, YOUR HONOR.

20          THE COURTROOM DEPUTY:  EXHIBITS 163A AND B.

21          MS. THOMAS:  YES.

22          YOUR HONOR, WE WOULD LIKE TO MOVE IN

23  163A AND B, WHICH IS HOW IT'S BEEN UPLOADED TO THE

24  COURT SYSTEM.

25          THE COURT:  SO ORDERED.

03:51p

**1**    BY MS. THOMAS:

**2**        **Q**    NOW, GOING BACK TO THE WORK THAT YOU

**3**    CONSULTED AS PART OF YOUR WORK IN THIS CASE, DID YOU

**4**    LOOK AT ANY PRIOR LEGISLATIVE PLANS IN LOUISIANA?

**5**        **A**    I DID LOOK AT -- TO A CERTAIN EXTENT I

**6**    LOOKED AT THE 2011 BENCHMARK PLAN AND, OF COURSE, THE

**7**    PRIOR PLANS, BEING THE ENACTED PLANS, SO I CERTAINLY

**8**    LOOKED AT THE ENACTED PLANS AS OF THE 2020

**9**    REDISTRICTING CYCLE.  I DID HAVE ACCESS TO EARLIER

**10**   CONGRESSIONAL PLANS, BUT I DON'T RECALL ACTUALLY

**11**   LOOKING AT STATE LEGISLATIVE PLANS THAT PREDATED THE

**12**   2011 BENCHMARK PLAN.

**13**       **Q**    AND AFTER YOU LOOKED AT THIS DATA, DID YOU

**14**   COME TO A CONCLUSION ABOUT THE ORIGINAL QUESTION YOU

**15**   WERE ASKED ABOUT GINGLES 1?

**16**       **A**    YES.  UNQUESTIONABLY ADDITIONAL

**17**   MAJORITY-BLACK DISTRICTS CAN BE CREATED IN LOUISIANA,

**18**   AT LEAST THREE NEW SENATE DISTRICTS AND AT LEAST SIX

**19**   NEW HOUSE DISTRICTS.  THERE WOULD BE, YOU KNOW,

**20**   VARIOUS WAYS THEY COULD BE CONSTRUCTED.  THIS IS

**21**   SIMPLY AN ILLUSTRATIVE PLAN.  IT IS NOT SUBMITTED AS

**22**   A PROPOSED REMEDIAL PLAN.

**23**       **Q**    AND DID YOU RECORD YOUR OPINION IN A REPORT?

**24**       **A**    YES.

**25**       **Q**    IF WE COULD PULL UP PLAINTIFF EXHIBIT 20.

03:52p

1          AND YOU HAVE IT BEFORE YOU ALSO, MR. COOPER.

2    IS THIS A TRUE AND ACCURATE COPY OF YOUR REPORT?

3        A    YES.

4        Q    DID YOU FILE ANY PREVIOUS VERSIONS OF THIS

5    REPORT?

6        A    YES.  I FILED A VERSION OF THIS REPORT IN

7    2022 WHICH HAD THE ERRONEOUS LINES FOR THE ENROLLED

8    HOUSE AND ENROLLED SENATE; A MOST UNFORTUNATE

9    OVERSIGHT ON MY PART.  THE DIFFERENCE IS REALLY QUITE

10   MINOR, AND THE DEFENDANT SPENT AN UNGODLY AMOUNT OF

11   TIME COMPARING AND CONTRASTING THE ACTUAL PLAN WITH

12   2022.  I DON'T UNDERSTAND THEIR POINT THERE.

13          BUT IN ANY EVENT, YES, THIS IS THE UPDATE

14   THAT IS THE FINAL REPORT, AND IT INCORPORATES THE

15   ACTUAL 2023 HOUSE AND SENATE PLANS.

16       Q    DID YOU FILE A FINAL CORRECTED VERSION IN

17   SEPTEMBER OF THIS YEAR?

18       A    YES.  I NEEDED TO CORRECT ONE FIGURE THAT

19   MISTAKENLY I HAD LEFT IN FROM MY EARLIER REPORT,

20   BECAUSE I DID MAKE SOME MINOR CHANGES TO THE

21   ILLUSTRATIVE PLAN IN '23 VERSUS THE ILLUSTRATIVE PLAN

22   I PRESENTED IN 2022.

23       Q    AND YOU'VE APPENDED EXHIBITS TO PLAINTIFF

24   EXHIBIT 20.  WHAT WAS THE PURPOSE OF THESE EXHIBITS?

25       A    THE EXHIBITS JUST SHOWED THE MAPS IN MORE

03:54p

1    DETAIL OR ADDITIONAL DEMOGRAPHIC INFORMATION.  THERE

2    ARE ALSO A NUMBER OF AUTOMATED REPORTS FROM THE

3    MAPTITUDE SOFTWARE.  THAT WOULD INCLUDE PLAN METRICS

4    SUCH AS COMPACTNESS, MUNICIPAL SPLITS, IDENTIFICATION

5    OF WHICH COUNTIES -- OR WHICH DISTRICTS ARE IN WHICH

6    PARISHES.  SO THOSE ARE LISTED IN MY DECLARATION BY

7    THE EXHIBIT NUMBER IN MY DECLARATION, SO IT WON'T

8    ACTUALLY DELIVER YOU TO THE RIGHT TAB ON THE EXHIBIT

9    BOOK.  I USED AN ALPHABETICAL ALIGNMENT OF EXHIBITS,

10   SO MY ALPHABETICAL ALIGNMENT OF EXHIBITS GOES FROM A

11   TO Z AND MAYBE BEYOND.

12       Q    DID YOU ALSO SUBMIT A REBUTTAL REPORT IN

13   THIS CASE?

14       A    YES, I DID.  THERE WERE A NUMBER OF

15   MISSTATEMENTS, MISACCURACIES, ASTONISHING FLAWS IN

16   THE REPORTS FILED BY THE THREE EXPERTS IN THIS

17   LITIGATION.  SO I DID FILE A REBUTTAL.

18       Q    NOW, BY "THREE EXPERTS," YOU MEAN YOU LOOKED

19   AT THREE OF THE DEFENSE EXPERTS.  IS THAT CORRECT?

20       A    YES.

21       Q    AND DO YOU RECALL WHICH EXPERT REPORTS YOU

22   REVIEWED?

23       A    YES.  YES.  DR. MURRAY, MR. TRENDE AND

24   DR. JOHNSON.

25       Q    DID YOU REVIEW THE REPORTS OF ANY OTHER

03:55p

1   DEFENSE EXPERTS?

2        **A**    I DON'T THINK SO.

3        **Q**    AND IF WE COULD PULL UP PLAINTIFF EXHIBIT

4   89.

5             AND IF YOU COULD TAKE A LOOK AT THE EXHIBIT

6   THAT YOU HAVE BEFORE YOU, 89.  IT SHOULD BE IN YOUR

7   SECOND BINDER IN VOLUME 2.

8        **A**    OKAY.  I AM NOW AT EXHIBIT 89.

9        **Q**    IS THIS A TRUE AND ACCURATE COPY OF YOUR

10  REBUTTAL REPORT?

11       **A**    YES.

12       **Q**    YOU ALSO APPENDED EXHIBITS TO YOUR REBUTTAL

13  REPORT.  WHAT WERE THOSE EXHIBITS?

14       **A**    AGAIN, MANY OF THE EXHIBITS ATTACHED TO MY

15  REBUTTAL REPORT MIRROR THE SAME EXHIBITS THAT I HAD

16  WITH MY INITIAL REPORT BUT EXAMINED SOME OF THE

17  ISSUES RAISED BY THE DEFENDANTS' EXPERTS.  SO I'VE

18  GOT A MORE EXTENSIVE REPORT ON MEASURES OF

19  COMPACTNESS FOR THE ADOPTED ENROLLED PLANS AS WELL AS

20  FOR THE ILLUSTRATIVE PLANS.

21            INSTEAD OF JUST LOOKING AT TWO OR THREE

22  COMPACTNESS SCORES, I LOOKED AT ALL 12 THAT ARE

23  AVAILABLE FROM MAPTITUDE FOR REDISTRICTING.  I LOOKED

24  AT SPLITS OF MUNICIPALITIES -- SOME OF THAT WAS

25  DISCUSSED BY THE EXPERTS -- SPLITS OF PLANNING

03:57p

1   DISTRICTS, SPLITS OF METROPOLITAN STATISTICAL AREAS.

2   SO IT'S -- YOU KNOW, IT'S BASICALLY A -- AN EXTENSION

3   OF MY INITIAL REPORT WITH MORE DETAIL DIRECTLY

4   CONTRADICTING SOME OF THE MISSTATEMENTS AND

5   INACCURACIES IN THE EXPERTS FOR THE DEFENDANTS.

6           THERE IS ONE SECTION HERE THAT'S -- LIKE I

7   HAVE A HUNDRED PAGES OF A SPLIT REPORT RESPONDING TO

8   A MISUNDERSTANDING OR MISSTATEMENT OF FACT FROM

9   DR. MURRAY, AND IT ALSO I THINK MAY ADDRESS SOMETHING

10  THAT DR. JOHNSON QUESTIONED, WHICH IS THE EXTENT TO

11  WHICH CENSUS BLOCK GROUPS ARE SPLIT IN THE

12  ILLUSTRATIVE PLANS.  AND ACTUALLY FEWER CENSUS BLOCKS

13  ARE SPLIT -- CENSUS BLOCK GROUPS ARE SPLIT IN THE

14  ILLUSTRATIVE PLANS THAN IN THE ENACTED PLANS.

15      Q   AND AFTER REVIEWING ALL THE MATERIALS IN

16  YOUR REBUTTAL REPORT, DID ANY OF YOUR INITIAL

17  CONCLUSIONS CHANGE?

18      A   ABSOLUTELY NOT.

19          MS. THOMAS:  YOUR HONOR, I CAN MOVE ON TO MY

20  NEXT SECTION OR WE COULD TAKE A BREAK.  I KNOW WE'RE

21  NEARING THE END OF THE DAY.

22          THE COURT:  HOW MUCH DIRECT EXAM DO YOU

23  HAVE?

24          MS. THOMAS:  AT LEAST AN HOUR, MAYBE 90

25  MINUTES.

03:58p

1       THE COURT:  OKAY.  WE WILL TAKE A BREAK FOR
2  THE DAY.  WE HAVE AGREED ON A NINE-TO-FOUR SCHEDULE
3  TO ALLOW EVERYBODY TO GET SOME SUITABLE REST BEFORE
4  COMMENCING THE FOLLOWING DAY, SO WE'LL BE IN RECESS
5  UNTIL 9:00 A.M.
6            THANK YOU.  I'M SORRY TO HOLD YOU OVER,
7  BUT THAT'S THE WAY IT GOES.
8            THE WITNESS:  I'LL BE NERVOUS.
9            THE LAW CLERK:  ALL RISE.
10           (WHEREUPON, THE PROCEEDINGS WERE ADJOURNED
11  UNTIL NOVEMBER 29, 2023 AT 9:00 A.M.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

0:0:0

1              C E R T I F I C A T E

2          I CERTIFY THAT THE FOREGOING IS A CORRECT

3  TRANSCRIPT FROM THE RECORD OF THE PROCEEDINGS IN THE

4  ABOVE-ENTITLED NUMBERED MATTER.

5  S:/NATALIE W. BREAUX

6  NATALIE W. BREAUX, RPR, CRR

7  OFFICIAL COURT REPORTER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25