**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Dorothy Nairne, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kyle Ardoin, in his official capacity as Secretary of State for Louisiana, <br><br> Defendant. | Civil Action: 3:22-cv-00178 |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, through undersigned counsel, comes Intervenor-Defendant the State of Louisiana, through Louisiana Attorney General Jeff Landry, who respectfully submits this motion to withdraw Angelique Freel as counsel of record in this matter.

Angelique Freel currently represents the Intervenor-Defendant and is employed as an Assistant Attorney General in the Louisiana Department of Justice. She is leaving her employment in the Louisiana Department of Justice. The State of Louisiana will remain represented by the other counsel enrolled in this suit.

WHEREFORE, Intervenor-Defendant the State of Louisiana, through Louisiana Attorney General Jeff Landry, respectfully prays that this motion be granted and Angelique Freel be withdrawn as counsel of record in this matter.

Respectfully submitted,

Jeff Landry
Louisiana Attorney General

*/s Jeffrey M. Wale*
Elizabeth B. Murrill (LSBA No. 20685)
Solicitor General
Shae McPhee (LSBA No. 38565)
Angelique Duhon Freel (LSBA No. 28561)
Carey Tom Jones (LSBA No. 07474)
Jeffrey M. Wale (LSBA No. 36070)
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
freela@ag.louisiana.gov
walej@ag.louisiana.gov
jonescar@ag.louisiana.gov
mcphees@ag.louisiana.gov


Jason Torchinsky (DC 976033)
Phillip M. Gordon (DC 1531277)
Dallin Holt (VSB 97330)
Brennan Bowen (AZ 36639)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: jtorchinsky@holtzmanvogel.com
       pgordon@holtzmanvogel.com
       dholt@holtzmanvogel.com
       bbowen@holtzmanvogel.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 3rd day of January, 2024, the foregoing has been sent electronically to all counsel of record.

*/s/ Jeffrey M. Wale*
Jeffrey M. Wale