## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Dorothy Nairne, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Kyle Ardoin, in his official capacity as Secretary of State for Louisiana,<br><br>    Defendant. | Civil Action: 3:22-cv-00178 |

## **[PROPOSED] ORDER**

CONSIDERING the foregoing Motion to Withdraw as Counsel,

IT IS ORDERED that Angelique Freel is withdrawn as counsel of record for Intervenor-Defendant the State of Louisiana, through Louisiana Attorney General Jeff Landry.

READ SIGNED AND DATED this _____ day of _____, 2024, in Baton Rouge, Louisiana.

_____
Judge
United States District Court
Middle District of Louisiana