# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Dorothy Nairne, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> Kyle Ardoin, in his official capacity as Secretary of State for Louisiana, <br><br> Defendant. | Civil Action: 3:22-cv-00178 |

## [PROPOSED] ORDER

CONSIDERING the foregoing Motion to Withdraw as Counsel,

IT IS ORDERED that Jeffrey Wale is withdrawn as counsel of record for Intervenor-Defendant the State of Louisiana, through Louisiana Attorney General Jeff Landry.

READ SIGNED AND DATED this _____ day of _____, 2024, in Baton Rouge, Louisiana.

_____
Judge
United States District Court
Middle District of Louisiana