UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**DR. DOROTHY NAIRNE, ET AL.**                    CIVIL ACTION

**VERSUS**                                        NO. 3:22-CV-00178

**R. KYLE ARDOIN, in his official capacity**
**As Secretary of State of Louisiana**

## MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, who respectfully requests that CHARLTON J. MEGINLEY (La. Bar Roll No. 28150) be allowed to withdraw as counsel of record for Defendant in this matter.

Charlton J. Meginley represented the Defendant, and was employed as General Counsel for R. Kyle Ardoin. He has left his employment with the Secretary of State. The Defendant will remain represented by the other counsel in this suit.

WHEREFORE, Defendant, R. KYLE ARDOIN, respectfully prays that Charlton J. Meginley be withdrawn as counsel of record for Defendant in this matter.

Respectfully Submitted:

/s/John C. Walsh
John C. Walsh, La. Bar Roll No. 24903
SHOWS, CALI & WALSH, LLP
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
Email:  john@scwllp.com
        coninej@scwllp.com

1

/s/Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
John E. Branch, III*
john.branch@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLLP**
301 Hillsborough St., Ste 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
*Admitted pro hac vice*

*Counsel for R. Kyle Ardoin, in his official capacity As Secretary of State of Louisiana*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January, 2024**,** a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel by operation of the court's electronic filing system.

*s/ John C. Walsh*
JOHN C. WALSH