# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**DR. DOROTHY NAIRNE, ET AL.**                **CIVIL ACTION**

**VERSUS**                                    **NO. 3:22-CV-00178**

**R. KYLE ARDOIN, in his official capacity**
**As Secretary of State of Louisiana**

## ORDER

Considering the foregoing *Motion to Withdraw Counsel of Record*,

**IT IS ORDERED,** that Charlton J. Meginley is hereby withdrawn as additional counsel of record for Defendant in this matter.

Baton Rouge, Louisiana, on this _____ day of _____, 2024.

_____
JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA