1                   UNITED STATES DISTRICT COURT

2                   MIDDLE DISTRICT OF LOUISIANA

3

4    DOROTHY NAIRNE, ET AL        *        CIVIL ACTION
                                  *
5    VERSUS                       *        NO. 3:22-178-SDD
                                  *
6    KYLE ARDOIN, ET AL           *        DECEMBER 4, 2023
                                  *
7    * * * * * * * * * * * * * *  *        MORNING SESSION

8                                          PROFFERED TESTIMONY

9

10                              DAY 6
                             BENCH TRIAL
11          (PROFFERED TESTIMONY OF MICHAEL BARBER, PH.D.)
                BEFORE THE HONORABLE SHELLY D. DICK
12              UNITED STATES CHIEF DISTRICT JUDGE

13

14   APPEARANCES:

15   FOR THE PLAINTIFFS:          AMERICAN CIVIL LIBERTIES UNION
                                  FOUNDATION
16                                BY:  MEGAN C. KEENAN, ESQ.
                                       SARAH E. BRANNON, ESQ.
17                                     DAYTON CAMPBELL-HARRIS, ESQ.
                                  915 15TH STREET, NW
18                                WASHINGTON, DC 20005

19                                NAACP LEGAL DEFENSE & EDUCATION
                                  FUND, INCORPORATED
20                                BY:  VICTORIA WENGER, ESQ.
                                       SARA ROHANI, ESQ.
21                                     STUART C. NAIFEH, ESQ.
                                  40 RECTOR STREET, FIFTH FLOOR
22                                NEW YORK, NEW YORK 10006

23                                COZEN O'CONNOR
                                  BY:  JOSEPHINE M. BAHN, ESQ.
24                                1200 19TH STREET, NW
                                  THIRD FLOOR
25                                WASHINGTON, DC 20036

```
 1

 2                              COZEN O'CONNOR
                               BY:  ROBERT S. CLARK, ESQ.
 3                              ONE LIBERTY PLACE
                               1650 MARKET STREET, SUITE 2800
 4                              PHILADELPHIA, PENNSYLVANIA 19103

 5                              COZEN O'CONNOR
                               BY:  AMANDA GIGLIO, ESQ.
 6                              3 WORLD TRADE CENTER
                               55TH FLOOR
 7                              NEW YORK, NEW YORK 10007

 8                              ELECTION LAW CLINIC
                               HARVARD LAW SCHOOL
 9                              BY:  T. ALORA THOMAS, ESQ.
                               6 EVERETT STREET, SUITE 4105
10                              CAMBRIDGE, MASSACHUSETTS 02138

11                              ADCOCK LAW, LLC
                               BY:  JOHN N. ADCOCK, ESQ.
12                              3110 CANAL STREET
                               NEW ORLEANS, LOUISIANA 70119

13

14   FOR THE DEFENDANT,         NELSON MULLINS RILEY & SCARBOROUGH,
     KYLE ARDOIN, IN HIS        LLP
15   OFFICIAL CAPACITY AS       BY:  PHILLIP J. STRACH, ESQ.
     SECRETARY OF STATE:             THOMAS A. FARR, ESQ.
16                                   CASSIE A. HOLT, ESQ.
                                     ALYSSA M. RIGGINS, ESQ.
17                              4140 PARKLAKE AVENUE, SUITE 200
                               RALEIGH, NORTH CAROLINA 27612
18
                               SHOWS, CALI & WALSH, LLP
19                              BY:  JOHN C. CONINE, JR., ESQ.
                                     JOHN C. WALSH, ESQ.
20                              628 ST. LOUIS STREET
                               BATON ROUGE, LOUISIANA 70802
21

22   FOR THE DEFENDANT,         BAKER & HOSTETLER, LLP
     CLAY SCHEXNAYDER:          BY:  KATE MCKNIGHT, ESQ.
23                                   ROBERT J. TUCKER, ESQ.
                                     PATRICK LEWIS, ESQ.
24                              200 CIVIC CENTER DRIVE, SUITE 1200
                               COLUMBUS, OHIO 43215
25
```

```
 1

 2                                      BAKER & HOSTETLER, LLP
                                        BY:  MICHAEL W. MENGIS, ESQ.
 3                                      811 MAIN STREET, SUITE 1100
                                        HOUSTON, TEXAS 77002
 4
      FOR THE INTERVENOR, THE           HOLTZMAN VOGEL JOSEFIAK
 5    STATE OF LOUISIANA BY AND         TORCHINSKY, PLLC
      THROUGH ATTORNEY GENERAL          BY:  BRENNAN BOWEN, ESQ.
 6    JEFF LANDRY:                      2575 EAST CAMELBACK ROAD, SUITE 860
                                        PHOENIX, ARIZONA 85016
 7
                                        HOLTZMAN VOGEL JOSEFIAK
 8                                      TORCHINSKY, PLLC
                                        BY:  PHILLIP M. GORDON, ESQ.
 9                                      15404 JOHN MARSHALL HIGHWAY
                                        HAYMARKET, VIRGINIA 20169
10
                                        LOUISIANA DEPARTMENT OF JUSTICE
11                                      BY:  ANGELIQUE D. FREEL, ESQ.
                                             JEFFREY M. WALE, ESQ.
12                                           AMANDA M. LAGROUE, ESQ.
                                        1885 N. THIRD STREET
13                                      BATON ROUGE, LOUISIANA 70804

14
      OFFICIAL COURT REPORTER:          SHANNON L. THOMPSON, CCR
15                                      UNITED STATES COURTHOUSE
                                        777 FLORIDA STREET
16                                      BATON ROUGE, LOUISIANA 70801
                                        SHANNON_THOMPSON@LAMD.USCOURTS.GOV
17                                      (225)389-3567

18            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY USING
                     COMPUTER-AIDED TRANSCRIPTION SOFTWARE
19

20

21

22

23

24

25
```

INDEX

PAGE

**PLAINTIFFS' WITNESS:**

**MICHAEL BARBER, PH.D.**

DIRECT EXAMINATION BY MR. FARR                    5

MICHAEL BARBER, PH.D.

| | |
|---|---|
| 1 | **(DECEMBER 4, 2023)** |
| 2 | **MR. FARR:**  THE PURPOSE OF THIS EXAMINATION IS TO MAKE |
| 3 | A PROFFER OF TRUTH OF DR. BARBER'S TESTIMONY. |
| 4 | **MICHAEL BARBER, PH.D.,** |
| 5 | **HAVING PREVIOUSLY BEEN DULY SWORN, TESTIFIED AS FOLLOWS:** |
| 6 | **DIRECT EXAMINATION** |
| 7 | **BY MR. FARR:** |
| 8 | **Q.**  DR. BARBER, YOU TESTIFIED ABOUT YOUR UNDERSTANDING OF THE |
| 9 | TERM "PREDOMINATE" AS A POLITICAL SCIENTIST.  DO YOU REMEMBER |
| 10 | THAT? |
| 11 | **A.**  YES, I DO. |
| 12 | **Q.**  DO YOU HAVE AN OPINION ON WHETHER RACE WAS THE PREDOMINATE |
| 13 | FACTOR FOR MR. COOPER'S ILLUSTRATIVE PLANS AND THE |
| 14 | MAJORITY-BLACK DISTRICTS THERE ARE INCLUDED IN THOSE PLANS? |
| 15 | **A.**  YES. |
| 16 | **MR. NAIFEH:**  OBJECTION. |
| 17 | **BY MR. FARR:** |
| 18 | **Q.**  AND CAN YOU TELL US WHAT THAT IS? |
| 19 | **MR. NAIFEH:**  THE OBJECTION IS THAT IT CALLS FOR A |
| 20 | LEGAL CONCLUSION.  IT'S THE SAME OBJECTION I HAD MADE ON THE |
| 21 | RECORD EARLIER.  I JUST WANT TO PRESERVE IT FOR THE PROFFER. |
| 22 | **BY THE WITNESS:** |
| 23 | **A.**  I'M SORRY.  CAN YOU SAY THE QUESTION AGAIN. |
| 24 | **Q.**  YES.  I'M ASKING YOU TESTIFY AS TO YOUR UNDERSTANDING AS A |
| 25 | POLITICAL SCIENTIST AND NOT TO MAKE ANY LEGAL CONCLUSION.  SO |

MICHAEL BARBER, PH.D.

11:17 1   MY QUESTION IS:  DO YOU HAVE AN OPINION ON WHETHER RACE WAS THE
2   PREDOMINATE FACTOR IN THE CONSTRUCTION OF MR. COOPER'S
3   ILLUSTRATIVE MAPS, IN PARTICULAR, HIS MAJORITY-BLACK DISTRICTS?
4   **A.**   YES.  I THINK IT'S CLEAR FROM LOOKING AT THE SIMULATIONS
5   AND THE RESULTS OF BOTH SETS OF SIMULATIONS THAT RACE WAS THE
6   PREDOMINANT FACTOR IN THE DRAWING OF THE ILLUSTRATIVE MAP, IN
7   PARTICULAR, THE BOUNDARIES OF THOSE ADDITIONAL MAJORITY-BVAP
8   DISTRICTS.
9        I DON'T THINK THAT THERE'S REALLY ANY POSSIBLE WAY
10   THAT THOSE DISTRICTS COULD ARISE USING THE OTHER NONRACIAL
11   REDISTRICTING CRITERIA.  THE SIMULATIONS THAT INCORPORATE THOSE
12   CRITERIA PRODUCE MAPS THAT ARE SO FAR DISTANT AND DIFFERENT
13   FROM THE ILLUSTRATIVE MAP THAT IT'S SIMPLY A STATISTICAL
14   IMPOSSIBILITY THAT THOSE CRITERIA COULD GIVE RISE TO THE
15   ILLUSTRATIVE MAP WITHOUT RACE BEING THE PREDOMINANT FACTOR.
16        **MR. FARR:**  NO FURTHER QUESTIONS.
17             THANK YOU, DR. BARBER.
18        **MR. NAIFEH:**  I JUST WANT TO NOTE THE OBJECTION FOR
19   THE RECORD.  THE OBJECTION THAT THE QUESTION ABOUT PREDOMINANCE
20   CALLS FOR A LEGAL CONCLUSION.  I ALSO HAVE AN OBJECTION THAT
21   THE ANSWER WENT WELL BEYOND THE SCOPE OF THE REPORT.
22        **MR. FARR:**  THANK YOU, DR. BARBER.
23        **(WHEREUPON, THE PROFFER WAS CONCLUDED.)**
24                  * * *
25

11:18  1                        **CERTIFICATE**

2          I, SHANNON THOMPSON, CCR, OFFICIAL COURT REPORTER FOR THE

3      UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF LOUISIANA,

4      CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO

5      THE BEST OF MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF

6      PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

7

8                        *Shannon Thompson*

9                        SHANNON THOMPSON, CCR

10                       OFFICIAL COURT REPORTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25