## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**DR. DOROTHY NAIRNE, ET AL.**                         **CIVIL ACTION**

**VERSUS**                                             **NO. 3:22-CV-00178**

**R. KYLE ARDOIN, in his official capacity**
**As Secretary of State of Louisiana**

### MOTION FOR LEAVE TO SUBSTITUTE PLEADING

NOW INTO COURT, through undersigned counsel, comes Defendant, NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, who respectfully requests this Court to grant leave to substitute the attached Motion to Withdraw Counsel of Record for the document previously filed on January 10, 2024 as Document 220..

WHEREFORE, Defendant, Nancy Landry, respectfully prays that Court permit the attached Motion to Withdraw Counsel of Record to be filed in this matter.

Respectfully Submitted:

/s/John C. Walsh
John C. Walsh, La. Bar Roll No. 24903
SHOWS, CALI & WALSH, LLP
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
Email:   john@scwllp.com
             coninej@scwllp.com

/s/Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
John E. Branch, III*
john.branch@nelsonmullins.com

1

> Alyssa M. Riggins*
> alyssa.riggins@nelsonmullins.com
> Cassie A. Holt*
> cassie.holt@nelsonmullins.com
> **NELSON MULLINS RILEY & SCARBOROUGH LLLP**
> 301 Hillsborough St., Ste 1400
> Raleigh, NC 27603
> Telephone: (919) 329-3800
> Facsimile: (919) 329-3799
> *Admitted pro hac vice
>
> *Counsel for Nancy Landry, in her official capacity As Secretary of State of Louisiana*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of January, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel by operation of the court's electronic filing system.

> *s/ John C. Walsh*
> JOHN C. WALSH