UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**DR. DOROTHY NAIRNE, ET AL.**                CIVIL ACTION

**VERSUS**                                    NO. 3:22-CV-00178

**R. KYLE ARDOIN, in his official capacity**
**As Secretary of State of Louisiana**

## MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, who respectfully requests that CHARLTON J. MEGINLEY (La. Bar Roll No. 28150) be allowed to withdraw as counsel of record for Defendant in this matter.

Charlton J. Meginley represented the Defendant, and was employed as General Counsel for R. Kyle Ardoin. He has left his employment with the Secretary of State. The Defendant will remain represented by the other counsel in this suit. Pursuant to Local Rule 83(b)(13), the undersigned certifies that Charlton J. Meginley has consented to his withdrawal from these proceedings.

WHEREFORE, Defendant, NANCY LANDRY, respectfully prays that Charlton J. Meginley be withdrawn as counsel of record for Defendant in this matter.

Respectfully Submitted:

/s/John C. Walsh
John C. Walsh, La. Bar Roll No. 24903
SHOWS, CALI & WALSH, LLP
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461

Facsimile: (225) 346-1467
Email:  john@scwllp.com
        coninej@scwllp.com

/s/Phillip J. Strach* (Lead Counsel)
phillip.strach@nelsonmullins.com
Thomas A. Farr*
tom.farr@nelsonmullins.com
John E. Branch, III*
john.branch@nelsonmullins.com
Alyssa M. Riggins*
alyssa.riggins@nelsonmullins.com
Cassie A. Holt*
cassie.holt@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLLP**
301 Hillsborough St., Ste 1400
Raleigh, NC 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
*Admitted pro hac vice*

*Counsel for Nancy Landry, in her official capacity
As Secretary of State of Louisiana*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of January, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel by operation of the court's electronic filing system.

*s/ John C. Walsh*
JOHN C. WALSH

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, ET AL.                CIVIL ACTION

VERSUS                                     NO. 3:22-CV-00178

R. KYLE ARDOIN, in his official capacity
As Secretary of State of Louisiana

ORDER

Considering the foregoing *Motion to Withdraw Counsel of Record*,

**IT IS ORDERED,** that Charlton J. Meginley is hereby withdrawn as additional counsel of record for Defendant in this matter.

Baton Rouge, Louisiana, on this _____ day of _____, 2024.

_____
JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1