UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**DR. DOROTHY NAIRNE, ET AL.**　　　　　　　CIVIL ACTION

**VERSUS**　　　　　　　　　　　　　　　　　NO. 3:22-CV-00178

**R. KYLE ARDOIN, in his official capacity**
**As Secretary of State of Louisiana**

## ORDER

Considering the foregoing *Motion for Leave to Substitute Pleading*,

**IT IS ORDERED,** that the Motion for Leave to Substitute Pleading filed by Defendant, Nancy Landry, is GRANTED, thereby substituting the attached Motion to Withdraw Counsel of Record, and allowing the withdrawal of Charlton J. Meginley as counsel of record for Defendant in this matter.

Baton Rouge, Louisiana, on this _____ day of _____, 2024.

_____
JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA