IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>     *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>     *Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**[PROPOSED] SCHEDULING ORDER**

Having sought submissions from the parties for scheduling proposals in its February 8, 2024 Order, ECF No. 233, the Court **HEREBY ORDERS** as follows:

1. The following schedule shall govern briefing on Plaintiffs' motion for special elections:

    a. February 13, 2024: Deadline for Plaintiffs' motion for special elections

    b. February 27, 2024: Deadline for Defendants' response

    c. March 1, 2024: Deadline for Plaintiffs' reply

2. The hearing to establish the proper remedy in this case is set for March 27, 2024, commencing at 9:00 a.m. in Courtroom 3.

3. The following schedule shall govern pre-hearing submissions:

    a. March 5, 2024: Deadline for Plaintiffs' submission regarding proposed remedial maps

b. March 15, 2024: Deadline for Legislature to enact state House and Senate maps that are compliant with the Court's February 8, 2024 Order

c. March 19, 2024: Deadline for Plaintiffs to notify Court whether they oppose the new enacted maps, if any

d. March 19, 2024: Deadline for Defendants' submission regarding proposed remedial maps

e. March 25, 2024: Deadline for Plaintiffs' reply regarding proposed remedial maps

Signed in Baton Rouge, Louisiana, this _____ day of _____, 2024.

_____
Chief Judge Shelly D. Dick