IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>     *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>     *Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**PLAINTIFFS' MOTION FOR SCHEDULING CONFERENCE**

Plaintiffs—Dr. Dorothy Nairne, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Black Voters Matter Capacity Building Institute, and Louisiana State Conference of the NAACP—respectfully move the Court for a scheduling conference.

On February 8, 2024, the Court permanently enjoined elections under S.B. 1 and H.B. 14 for violating Section 2 of the Voting Rights Act. ECF No. 233. The Court ordered that the state shall have "a reasonable period of time" to "address the Court's findings and implement State House and Senate election maps that that comply with § 2 of the Voting Rights Act," and specified that the Court would determine the "period of time" that the State would be afforded "following submittals by the parties." ECF No. 233 at 91. Plaintiffs are filing two motions related to determining the appropriate period of time for the state to draw new maps: a motion for special elections on the remedial state legislative maps in November 2024, which will be filed tomorrow

(February 13, 2024), and a motion to grant Plaintiffs' proposed scheduling order for the remedial phase of this case, which was filed today.

Both motions emphasize that it is vital to Plaintiffs' fundamental right to vote that this case move forward to the remedial stage as quickly as possible, and Plaintiffs believe it would be prudent for the parties and the Court to discuss the appropriate schedule for the remedial phase of this case at the Court's earliest convenience.

Plaintiffs therefore respectfully request that the Court set a status conference at its earliest convenience.

Date: February 12, 2024

Respectfully submitted,

/s/ Megan C. Keenan

| | |
|---|---|
| Leah Aden (admitted *pro hac vice*) | Megan C. Keenan (admitted *pro hac vice*) |
| Stuart Naifeh (admitted *pro hac vice*) | Sarah Brannon (admitted *pro hac vice*)* |
| Victoria Wenger (admitted *pro hac vice*) | American Civil Liberties Union Foundation |
| NAACP Legal Defense & Educational Fund | 915 15th St. NW |
| 40 Rector Street, 5th Floor | Washington, DC 20005 |
| New York, NY 10006 | sbrannon@aclu.org |
| laden@naacpldf.org | mkeenan@aclu.org |
| snaifeh@naacpldf.org | |
| vwenger@naacpldf.org | Sophia Lin Lakin (admitted *pro hac vice*) |
| | Dayton Campbell-Harris (admitted *pro hac vice*)* |
| I. Sara Rohani (admitted *pro hac vice*) | American Civil Liberties Union Foundation |
| NAACP Legal Defense & Educational Fund | 125 Broad Street, 18th Floor |
| 700 14th Street, Suite 600 | New York, NY 10004 |
| Washington, DC 20005 | slakin@aclu.org |
| srohani@naacpldf.org | dcampbell-harris@aclu.org |
| | |
| John Adcock (La. Bar No. 30372) | T. Alora Thomas-Lundborg (admitted *pro hac vice*) |
| Adcock Law LLC | Daniel J. Hessel (admitted *pro hac vice*) |
| Louisiana Bar No. 30372 | Election Law Clinic |
| 3110 Canal Street | Harvard Law School |
| New Orleans, LA 701119 | 6 Everett Street, Ste. 4105 |
| jnadcock@gmail.com | Cambridge, MA 02138 |
| | |
| Michael de Leeuw (admitted *pro hac vice*) | |

2

Amanda Giglio (admitted *pro hac vice*)
Robert Clark (admitted *pro hac vice*)
Cozen O'Connor
3 WTC, 175 Greenwich St.,
55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Josephine Bahn (admitted *pro hac vice*)
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Nora Ahmed
NY Bar No. 5092374 (admitted *pro hac vice*)
Pronouns: she, her, hers
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com

*Practice is limited to federal court.*

*Attorneys for Plaintiffs*