IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>                *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>                *Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**[PROPOSED] ORDER**

Having considered Plaintiffs' motion for a scheduling conference, the Court **HEREBY ORDERS** that the parties shall meet to discuss the schedule for the remedial proceedings in this case on _____, 2024, at ___ [a.m./p.m.].

Signed in Baton Rouge, Louisiana, this _____ day of _____, 2024.

_____
Chief Judge Shelly D. Dick