IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>     *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>     *Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**[PROPOSED] ORDER GRANTING EXPEDITED BRIEFING**

Having considered Plaintiffs' motion for expedited briefing, the Court **HEREBY ORDERS** that the following schedule shall govern briefing on Plaintiffs' motion for a special election:

 a. February 13, 2024: Deadline for Plaintiffs' motion for special election

 b. February 27, 2024: Deadline for Defendants' response

 c. March 1, 2024: Deadline for Plaintiffs' reply

Signed in Baton Rouge, Louisiana, this ____ day of _____, 2024.

_____
Chief Judge Shelly D. Dick