IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>                *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>                *Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**[PROPOSED] ORDER GRANTING EXPEDITED BRIEFING**

Having considered Plaintiffs' motion for a special election, the Court **HEREBY ORDERS** the State to hold a special election for the Louisiana state legislature in November 2024 concurrent with other elections on the calendar, using new remedial maps either drawn by the legislature or this Court.

Signed in Baton Rouge, Louisiana, this _____ day of _____, 2024.

_____
Chief Judge Shelly D. Dick