IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DOROTHY NAIRNE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>　　　　Defendant. | Case No. 3:22-cv-178-SDD-SDJ |

## [PROPOSED] ORDER

Upon consideration of the United States' Motion for Leave to Appear by Videoconference, ECF No. ____, the Motion is hereby **GRANTED**. The United States may appear by videoconference at the February 21, 2024, scheduling conference in the above-captioned case. Participant instructions will be sent separately by email.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana, on _____, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge Shelly D. Dick
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　Middle District of Louisiana.