UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

## EX PARTE MOTION FOR LEAVE TO PARTICIPATE REMOTELY

Pursuant to this Court's Order at ECF No. 238, counsel for Legislative Intervenors respectfully request leave to participate by telephone in the February 21, 2024, scheduling conference in this action. *See* ECF No. 238 (Feb. 14, 2024) (ordering that counsel "may participate by telephone upon seeking leave of Court.") Legislative Intervenors' counsel seeks leave to participate by telephone given their schedules which were set prior to the February 14, 2024, Order. Legislative Intervenors respectfully submit that their counsel's participation by telephone will not delay the proceedings or inhibit their full participation in this matter.

WHEREFORE, for the foregoing reasons, counsel for Legislative Intervenors respectfully seek leave to participate by telephone at the scheduling conference set for February 21, 2024, at 2:00 p.m. CT.

Respectfully submitted, this the 16th day of February, 2024.

                                                                          Respectfully submitted,

| | |
|---|---|
| Patrick T. Lewis* | By: */s/Michael W. Mengis* |
| BAKERHOSTETLER LLP | LA Bar No. 17994 |
| 127 Public Square, Ste. 2000 | BAKERHOSTETLER LLP |
| Cleveland, Ohio 44114 | 811 Main Street, Suite 1100 |
| (216) 621-0200 | Houston, Texas 77002 |
| plewis@bakerlaw.com | Phone: (713) 751-1600 |
| | Fax: (713) 751-1717 |
| Erika Dackin Prouty* | mmengis@bakerlaw.com |
| Robert J. Tucker* | |
| BAKERHOSTETLER LLP | E. Mark Braden* |
| 200 Civic Center Dr., Ste. 1200 | Katherine L. McKnight* |
| Columbus, Ohio 43215 | Richard B. Raile* |
| (614) 228-1541 | BAKERHOSTETLER LLP |
| eprouty@bakerlaw.com | 1050 Connecticut Ave., N.W., Ste. 1100 |
| rtucker@bakerlaw.com | Washington, D.C. 20036 |
| | (202) 861-1500 |
| * *Admitted pro hac vice* | mbraden@bakerlaw.com |
| | kmcknight@bakerlaw.com |
| | rraile@bakerlaw.com |

*Counsel for Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Cameron Henry, in his Official Capacity as President of the Louisiana Senate*

## CERTIFICATE OF SERVICE

    I do hereby certify that on February 16, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System, which will transmit a copy to all counsel of record.

                                                           */s/ Michael W. Mengis*
                                                             Michael W. Mengis