UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

**[PROPOSED] ORDER**
**GRANTING EX PARTE MOTION FOR LEAVE TO PARTICIPATE REMOTELY**

Upon consideration of the Ex Parte Motion for Leave to Participate Remotely submitted by counsel to Legislative Intervenors, the motion is found well-taken and is GRANTED.

Counsel for Legislative Intervenors may appear by telephone at the February 21, 2024, scheduling conference in this matter. Participant instructions will be sent separately by email.

**IT IS SO ORDERED.**

Signed at Baton Rouge, Louisiana, this _____ day of February, 2024.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT