IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>     *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>     *Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**[PROPOSED] ORDER**
**GRANTING EX PARTE LEAVE TO PARTICIPATE REMOTELY**

 Upon consideration of the Ex Parte Motion for Leave to Participate Remotely submitted by Plaintiffs' counsel, the motion is found well-taken and is GRANTED.

 The members of Plaintiffs' counsel team who are not attending the February 21, 2024 scheduling conference in person may appear by telephone. Participant instructions will be sent separately by email.

**IT IS SO ORDERED.**

 Signed at Baton Rouge, Louisiana, this _____ day of February, 2024.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT