IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br>　　　　　　　　　　*Plaintiffs*,<br>v.<br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br>　　　　　　　　　　*Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR SPECIAL ELECTION

Plaintiffs seek leave to file a brief reply motion to respond to Defendants' opposition to Plaintiffs' motion for special election.

Defendants' motion raises new issues that were not addressed in Plaintiffs' motion—indeed, several of the events discussed in their opposition had not yet occurred at the time Plaintiffs filed their motion, including Defendants' notice of appeal and their motion in the alternative to stay this case. Plaintiffs seek leave to reply to brief, among other things, this Court's jurisdiction, its authority under Federal Rule of Civil Procedure 62, and the stay factors enumerated in *Nken v. Holder*, 556 U.S. 418 (2009). Moreover, because the Court's status conference to discuss the pending motions and schedule in this case was canceled, Plaintiffs also seek leave to reply regarding the State's arguments about Plaintiffs' burden and the record evidence in support of a special election, as well as to respond to Defendants' arguments about what *In re Landry*, 83 F.4th 300 (5th Cir. 2023), instructs about the appropriate schedule in this case.

Plaintiffs respectfully request that the Court grant Plaintiffs leave to file a reply motion.

Date: February 22, 2024

Leah Aden (admitted *pro hac vice*)
Stuart Naifeh (admitted *pro hac vice*)
Victoria Wenger (admitted *pro hac vice*)
NAACP Legal Defense & Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

I. Sara Rohani (admitted *pro hac vice*)
NAACP Legal Defense & Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
srohani@naacpldf.org

John Adcock (La. Bar No. 30372)
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

Michael de Leeuw (admitted *pro hac vice*)
Amanda Giglio (admitted *pro hac vice*)
Robert Clark (admitted *pro hac vice*)
Cozen O'Connor
3 WTC, 175 Greenwich St.,
55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Josephine Bahn (admitted *pro hac vice*)
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

*Practice is limited to federal court.*

Respectfully submitted,

*/s/ Megan C. Keenan*
Megan C. Keenan (admitted *pro hac vice*)
Sarah Brannon (admitted *pro hac vice*)*
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Sophia Lin Lakin (admitted *pro hac vice*)
Dayton Campbell-Harris (admitted *pro hac vice*)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg (admitted *pro hac vice*)
Daniel J. Hessel (admitted *pro hac vice*)
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Nora Ahmed
NY Bar No. 5092374 (admitted *pro hac vice*)
Pronouns: she, her, hers
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com

*Attorneys for Plaintiffs*