IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

## **MOTION TO WITHDRAW AS COUNSEL**

NOW INTO COURT, through undersigned counsel, comes Defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana ("Defendant"), who respectfully submits this motion to withdraw John E. Branch, III as counsel of record in this matter.

John E. Branch, III, is currently an attorney with Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins"), counsel for Defendant in this matter. Mr. Branch is withdrawing as counsel because he is leaving the employment of Nelson Mullins. Nelson Mullins, along with Shows, Cali & Walsh, L.L.P., will continue to represent Defendant in this matter.

WHEREFORE, Defendant prays that this motion be granted and that John E. Branch, III, be withdrawn as counsel of record for Defendant in the above-captioned matter.

Respectfully submitted, this the 29th day of February, 2024.

*/s/ John E. Branch, III*
John E. Branch, III*
**NELSON MULLINS RILEY &
SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800

john.branch@nelsonmullins.com

*/s/ John C. Walsh*
John C. Walsh, LA Bar Roll No. 24903
John C. Conine, Jr., LA Bar Roll No. 36834
**SHOWS, CALI & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467
john@scwllp.com
coninej@scwllp.com

\* *Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Secretary of State of Louisiana*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 29th day of February, 2024, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a notice of electronic filing to all counsel of record.

*/s/ John E. Branch, III*
John E. Branch, III