IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

## [PROPOSED] ORDER

CONSIDERING the foregoing Motion to Withdraw as Counsel,

IT IS HEREBY ORDERED that John E. Branch, III is withdrawn as counsel of record for Defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana.

READ, SIGNED, AND DATED this the _____ day of _____, 2024.

_____
United States District Court Judge
for the Middle District of Louisiana