IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>   *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>   *Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

## PLAINTIFFS' RENEWED MOTION FOR SCHEDULING CONFERENCE

Pursuant to Local Civil Rule 7 and the Court's February 8, 2024 Order, Plaintiffs—Dr. Dorothy Nairne, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Black Voters Matter Capacity Building Institute, and Louisiana State Conference of the NAACP—respectfully renew their motion for a scheduling conference. Plaintiffs' memorandum in support of this motion is attached.

Date: March 5, 2024           Respectfully submitted,

                  */s/ Megan C. Keenan*

| | |
|---|---|
| Leah Aden (admitted *pro hac vice*)<br>Stuart Naifeh (admitted *pro hac vice*)<br>Victoria Wenger (admitted *pro hac vice*)<br>NAACP Legal Defense & Educational Fund<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>laden@naacpldf.org<br>snaifeh@naacpldf.org<br>vwenger@naacpldf.org | Megan C. Keenan (admitted *pro hac vice*)<br>Sarah Brannon (admitted *pro hac vice*)\*<br>American Civil Liberties Union Foundation<br>915 15th St. NW<br>Washington, DC 20005<br>sbrannon@aclu.org<br>mkeenan@aclu.org |

I. Sara Rohani (admitted *pro hac vice*)
NAACP Legal Defense & Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
srohani@naacpldf.org

John Adcock (La. Bar No. 30372)
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

Michael de Leeuw (admitted *pro hac vice*)
Amanda Giglio (admitted *pro hac vice*)
Robert Clark (admitted *pro hac vice*)
Cozen O'Connor
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Josephine Bahn (admitted *pro hac vice*)
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

Sophia Lin Lakin (admitted *pro hac vice*)
Dayton Campbell-Harris (admitted *pro hac vice*)*
Garrett Muscatel (admitted *pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org
gmuscatel@aclu.org

T. Alora Thomas-Lundborg (admitted *pro hac vice*)
Daniel J. Hessel (admitted *pro hac vice*)
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Nora Ahmed
NY Bar No. 5092374 (admitted *pro hac vice*)
Pronouns: she, her, hers
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com

*Practice is limited to federal court.*

*Attorneys for Plaintiffs*