IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**[PROPOSED] SCHEDULING ORDER**

Having sought submissions from the parties for scheduling proposals in its February 8, 2024 Order, ECF No. 233, the Court **HEREBY ORDERS** as follows:

In *In re Landry*, 83 F.4th 300 (5th Cir. 2023), the Fifth Circuit mandamus panel pointed to Alabama's process following the Supreme Court's issuance of *Merrill v. Milligan* as an example of "an adequate opportunity to accomplish a redistricting compliant with final judgment," highlighting that the court afforded the legislature six weeks from the Supreme Court's remand. *Id.* at 306 ("the Alabama court on remand from the Supreme Court afforded the state an adequate opportunity to accomplish a redistricting compliant with final judgment"). That six-week period was measured from the date of the Supreme Court's order remanding the case, not the date of the three-judge panel's scheduling order. And the six-week period was not measured by number of *legislative session* weeks—the *total* number of weeks from the date the decision was issued was six, whereas the Legislature had only one week of session time. *See Singleton v. Allen*, No. 2:21-

CV-1291-AMM, 2023 WL 5691156, at *2 (N.D. Ala. Sept. 5, 2023); Governor of Alabama, *Proclamation* (June 27, 2023), https://perma.cc/D4F9-78VJ.

The Court hereby enters the following schedule, which provides the Legislature with more than six weeks from the date of this Court's merits decision (issued on February 8, 2024) to pass new state legislative maps:

a. March 11, 2024: Deadline for Plaintiffs to serve proposed remedial maps on Defendants

b. March 19, 2024: Deadline for Plaintiffs' submission on proposed remedial maps (including supporting expert reports)

c. March 25, 2024: Deadline for Legislature to enact state House and Senate maps that are compliant with the Court's February 8, 2024 Order

d. March 27, 2024: Deadline for Plaintiffs to notify Court whether they oppose the new enacted maps, if any

e. March 29, 2024: Deadline for Defendants' opposition to Plaintiffs' maps (including rebuttal reports), and Defendants' submission on proposed remedial maps (including any supporting expert reports)

f. April 4, 2024: Deadline for Plaintiffs' opposition to Defendants' maps (including rebuttal reports)

g. April 10, 2024: Remedial hearing

Signed in Baton Rouge, Louisiana, this _____ day of _____, 2024.

_____

Chief Judge Shelly D. Dick