# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>    *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

## **LEGISLATIVE INTERVENORS' NOTICE OF APPEAL**

Notice is hereby given that Legislative Intervenors Phillip DeVillier, Speaker of the Louisiana House of Representatives, and Cameron Henry, President of the Louisiana Senate, in their respective official capacities,[1] appeal to the United States Court of Appeals for the Fifth Circuit from the February 8, 2024, Ruling and Order, Docs. 233 & 234, granting an injunction, and all orders related to, or forming the basis of, that Ruling and Order.

                                                        Respectfully submitted,

| | |
|---|---|
| E. Mark Braden*<br>Katherine L. McKnight*<br>Richard B. Raile*<br>**BAKERHOSTETLER LLP**<br>1050 Connecticut Ave., N.W., Ste. 1100<br>Washington, D.C. 20036<br>(202) 861-1500<br>mbraden@bakerlaw.com<br>kmcknight@bakerlaw.com<br>rraile@bakerlaw.com | */s/ Michael W. Mengis*<br>Michael W. Mengis, LA Bar No. 17994<br>**BAKERHOSTETLER LLP**<br>811 Main Street, Suite 1100<br>Houston, Texas 77002<br>Phone: (713) 751-1600<br>Fax: (713) 751-1717<br>Email: mmengis@bakerlaw.com |

---

[1] Former Speaker of the Louisiana House of Representatives, Clay Schexnayder, and former President of the Louisiana Senate no longer hold their respective offices and were replaced "automatically" by their successors Speaker DeVillier and President Henry under Federal Rule of Civil Procedure 25(d).

Patrick T. Lewis*
**BAKERHOSTETLER LLP**
127 Public Square, Ste. 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
Robert J. Tucker*
**BAKERHOSTETLER LLP**
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com

*\* Admitted pro hac vice*

*Counsel for Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Cameron Henry in his Official Capacity as President of the Louisiana Senate*

## CERTIFICATE OF SERVICE

I certify that on March 6, 2024, this document was filed electronically on the Court's electronic case filing system. Notice of the filing will be served on all counsel of record through the Court's system. Copies of the filing are available on the Court's system.

*/s/ Michael W. Mengis*
Michael W. Mengis, LA Bar No. 17994
**BAKERHOSTETLER LLP**

*Counsel for Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Cameron Henry, in his Official Capacity as President of the Louisiana Senate*