IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br>Magistrate Judge Scott D. Johnson |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83(b)(8), John Adcock, a member of the bar of this Court, hereby moves for the admission of Colin Burke of the NAACP Legal Defense and Educational Fund, Inc. to appear *pro hac vice* in the above-captioned matter as counsel for the Plaintiffs.

Pursuant to Local Rule 83(b)(8)(B), attached as Exhibit A is a Certificate of Good Standing issued by the Clerk of the Appellate Division of the Supreme Court of New York, showing that Mr. Burke has been admitted and is in good standing in the state of New York.

Pursuant to Local Rule 83(b)(8)(C), attached as Exhibit B is a declaration under oath by Colin Burke swearing that no disciplinary proceedings or criminal charges have been instituted against him.

Mr. Burke's contact information is as follows: Colin Burke, NAACP Legal Defense and Educational Fund, Inc., 40 Rector Street, 5th Floor, New York, NY; Phone: (212)965-2200; Fax: (202) 682-1312; Email: cburke@naacpldf.org.

The undersigned local counsel understands that he will be responsible to the Court at all stages of the proceedings and that he must co-sign all documents filed in this matter.

Respectfully submitted,

*/s/ John Adcock*
John Adcock
ADCOCK LAW LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
Tel.: (504) 233-3125
Fax: (504) 308-1266
jnadcock@gmail.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2024, I electronically filed the foregoing *Motion for Admission Pro Hac Vice* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record who are registered with the Court's CM/ECF system.

*/s/ John Adcock*
John Adcock (La. Bar No. 30372)
*Attorney for Plaintiffs*