IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br>Magistrate Judge Scott D. Johnson |

### DECLARATION OF COLIN BURKE

Pursuant to Local Rule 83(b)(8)(C), I, Colin Burke, declare the following:

1. I am a member in good standing and am eligible to practice before the courts of the state of New York.

2. I am not currently, nor have I ever been, sanctioned, disciplined, or suspended in any jurisdiction in which I have been admitted. I have never been the subject of disciplinary actions or grievances by the bar or courts of any jurisdiction. No criminal charges have been instituted against me.

3. A Certificate of Good Standing issued by the Clerk of the Appellate Division of the Supreme Court of New York, showing that Mr. Burke has been admitted and is in good standing in the state of New York is attached to the Motion for Admission Pro Hac Vice as an exhibit.

4. I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

    Respectfully submitted,
    ***/s/ Colin Burke***
    Colin Burke
    NY Bar No. 6093488
    NAACP Legal Defense
    & Educational Fund, Inc.
    40 Rector St., 5th FL
    New York, NY, 10006
    Tel: (212)965-2200
    cburke@naacpldf.org