IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br>Magistrate Judge Scott D. Johnson |

## **ORDER**

Considering the foregoing *Motion for Admission Pro Hac Vice*,

IT IS HEREBY ORDERED that attorney Colin Burke be enrolled as counsel of record for Plaintiffs in the above-captioned matter.

_____    _____
Date                                                                      HONORABLE SCOTT D. JOHNSON
                                                                                  UNITED STATES MAGISTRATE JUDGE