UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>*Defendants* | Civil Action No. 3:22-cv-00178 |

## MOTION FOR LEAVE TO SUBSTITUTE PLEADING

NOW INTO COURT, through undersigned counsel, comes Defendant, the State of Louisiana, through Attorney General Liz Murrill, who respectfully requests this Court to grant leave to substitute the attached Transcript Order Form for the Transcript Order Form previously filed by counsel *pro hac vice* on March 1, 2024 as R. Doc 252.

WHEREFORE, Defendant, the State of Louisiana, through Attorney General Liz Murrill, respectfully prays that the Court permit the attached Transcript Request to be filed in this matter.

Respectfully submitted,

LIZ MURRILL
ATTORNEY GENERAL

BY:  /s/ Carey T. Jones
CAREY T. JONES (#07474)
Carey T. Jones (La. Bar #07474)
Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone No. 225-326-6766
Facsimile No. 225-326-6793
E-Mail Address:
jonescar@ag.louisiana.gov

Jason Torchinsky (VSB 47481)*
Phillip M. Gordon (TX 24096085)*
HOLTZMAN VOGEL JOSEFIAK
TORCHINSKY PLLC
45 N. Hill Drive, Suite 100
Warrenton, VA 20186
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: jtorchinsky@hvjt.law
pgordon@hvjt.law
*admitted pro hac vice

*Counsel for Defendant State of Louisiana*

## CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing was filed electronically and served on counsel for the parties by electronic notification by CM/ECF on March 11, 2024.

/s/ *Carey T. Jones*
Carey T. Jones