# TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court **Middle District of Louisiana**　　　　District Court Docket No. **3:22-cv-00178**

Short Case Title **Nairne v. Landry**

**ONLY ONE COURT REPORTER PER FORM** Court Reporter **Shannon L. Thompson, Natalie W. Breaux, Gina Delatte-Richard, Teri Norton, Janice Russell**
**\*\*The Clerk of the District Court confirmed that all court reporters could be placed on one form because all transcripts are already docketed.\*\***

Date Notice of Appeal Filed in the District Court **2/19/2024**　　　　Court of Appeals No. **24-30115**

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☒ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for **DISMISSAL OF APPEAL**.

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;　☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;　☐ Advance Payment Waived by Reporter;　☐ U.S. Government Funds
☐ Other _____

Signature _[signature]_　　　Date Transcript Ordered **N/A**
Print Name **Carey T. Jones**　　　Phone **225-326-6017**
Counsel for **State of Louisiana**
Address **1885 N. Third Street, Baton Rouge, LA 70802**
Email of Attorney: **JonesCar@ag.louisiana.gov**

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
　　　　☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____　　　Actual Number of Volumes _____

Date _____ Signature of Reporter _____