## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, AND THE LOUISIANA STATE CONFERENCE OF THE NAACP, | Civil Action No. 3:22-cv-00178 |
| *Plaintiffs* | |
| v. | |
| NANCY LANDRY, in her official capacity as Secretary of State of Louisiana | |
| *Defendants* | |

## ORDER - PROPOSED

Considering the foregoing Motion for Leave to Substitute Pleading,

IT IS ORDERED, that the Motion for Leave to Substitute Pleading filed by Defendant, State of Louisiana, Through Attorney General Liz Murrill, is GRANTED, thereby substituting the Transcript Order Form attached to the motion for the Transcript Order Form previously filed herein on March 1, 2024 as R. Doc 252.

Baton Rouge, Louisiana, on this ____ day of _____, 2024.

_____
JUDGE SCOTT D. JOHNSON
MIDDLE DISTRICT OF LOUISIANA

1