IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DOROTHY NAIRNE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>Defendant. | Case No. 3:22-cv-178-SDD-SDJ |

**CONSENT MOTION TO APPEAR BY VIDEOCONFERENCE**

The United States respectfully requests leave to appear by videoconference at the July 17, 2024, status conference in the above-captioned case. The United States intervened in this matter to defend the constitutionality of Section 2 of the Voting Rights Act, 52 U.S.C. § 10301. U.S. Notice of Intervention, ECF No. 199; *see also* Notice of Constitutional Question, ECF No. 178. The United States has taken no position on any factual dispute in this matter nor on any legal question other than the constitutionality and appropriate application of Section 2. U.S. Br. 1 n.1, ECF No. 205. The United States has also declined to take a position on disputed matters in the Joint Status Report, ECF No. 273.

The United States has met and conferred with all parties, who consent to this request.

Pursuant to Local Rule 7(c), a proposed order is attached hereto.

Date: July 8, 2024

                                                      Respectfully submitted,

| | |
|---|---|
| RONALD C. GATHE, JR.<br>United States Attorney<br>Middle District of Louisiana | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| */s/ Justin A. Jack*<br>JUSTIN A. JACK, LBN 36508<br>Assistant U.S. Attorney<br>777 Florida Street<br>Baton Rouge, Louisiana 70801<br>Phone: (225) 389-0443<br>Fax: (225) 389-0685<br>E-mail: justin.jack@usdoj.gov | */s/ Daniel J. Freeman*<br>TIMOTHY F. MELLETT<br>DANIEL J. FREEMAN<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street NE, Room 8.923<br>Washington, DC 20530<br>Phone: (800) 253-3931<br>Fax: (202) 307-3961<br>Email: daniel.freeman@usdoj.gov |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 8, 2024, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

    */s/ Daniel J. Freeman*
DANIEL J. FREEMAN
Civil Rights Division
U.S. Department of Justice