IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DOROTHY NAIRNE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>Defendant. | Case No. 3:22-cv-178-SDD-SDJ |

### [PROPOSED] ORDER

Upon consideration of the United States' Motion for Leave to Appear by Videoconference, ECF No. ____, the Motion is hereby **GRANTED**. The United States may appear by videoconference at the July 17, 2024, status conference in the above-captioned case. Participant instructions will be sent separately by email.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana, on _____, 2024.

_____
Judge Shelly D. Dick
United States District Court
Middle District of Louisiana.