## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

## LEGISLATIVE INTERVENORS' MOTION FOR LEAVE TO PARTICIPATE REMOTELY

Counsel for Legislative Intervenors respectfully request leave to participate remotely in the July 17, 2024, status conference in this action. Legislative Intervenors' counsel seeks leave to participate remotely to conserve costs. Additionally, the undersigned counsel is still dealing with the aftermath of Hurricane Beryl and is currently without power, making it difficult to travel. Legislative Intervenors respectfully submit that their counsel's remote participation will not delay the proceedings or inhibit their full participation in this matter. Legislative Intervenors have conferred with all parties, who consent to this request.

WHEREFORE, for the foregoing reasons, counsel for Legislative Intervenors respectfully seek leave to participate remotely at the status conference set for July 17, 2024, at 3:00 p.m.

Respectfully submitted, this the 11th day of July, 2024.

|  |  |
|---|---|
| E. Mark Braden*<br>Katherine L. McKnight*<br>Richard B. Raile*<br>**BAKERHOSTETLER LLP**<br>1050 Connecticut Ave., N.W., Ste. 1100<br>Washington, D.C. 20036<br>(202) 861-1500<br>mbraden@bakerlaw.com<br>kmcknight@bakerlaw.com<br>rraile@bakerlaw.com<br><br>Patrick T. Lewis*<br>**BAKERHOSTETLER LLP**<br>127 Public Square, Ste. 2000<br>Cleveland, Ohio 44114<br>(216) 621-0200<br>plewis@bakerlaw.com<br><br>Erika Dackin Prouty*<br>Robert J. Tucker*<br>**BAKERHOSTETLER LLP**<br>200 Civic Center Dr., Ste. 1200<br>Columbus, Ohio 43215<br>(614) 228-1541<br>eprouty@bakerlaw.com<br>rtucker@bakerlaw.com<br><br>* *Admitted Pro Hac Vice* | Respectfully submitted,<br><br>*/s/ Michael W. Mengis*<br>Michael W. Mengis, LA Bar No. 17994<br>**BAKERHOSTETLER LLP**<br>811 Main Street, Suite 1100<br>Houston, Texas 77002<br>Phone: (713) 751-1600<br>Fax: (713) 751-1717<br>Email: mmengis@bakerlaw.com<br><br>*Counsel for Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Cameron Henry, in his Official Capacity as President of the Louisiana Senate* |

## CERTIFICATE OF SERVICE

I certify that on July 11, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System, which will transmit a copy to all counsel of record.

*/s/ Michael W. Mengis*
Michael W. Mengis