# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

## **[PROPOSED] ORDER**

Before the Court is Legislative Intervenors' Motion for Leave to Participate Remotely. After considering the motion, the Court is of the opinion it should be GRANTED.

IT IS THEREFORE ORDERED that counsel for Legislative Intervenors may participate remotely in the July 17, 2024 status conference.

Baton Rouge, Louisiana, this \_\_\_\_ day of _____, 2024.

_____
Honorable Judge Shelly D. Dick
UNITED STATES DISTRICT JUDGE
Middle District of Louisiana