UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JULY 17, 2024
CHIEF DISTRICT JUDGE SHELLY D. DICK

**DOROTHY NAIRNE, et al.**

**VERSUS**

**R. KYLE ARDOIN, in his capacity as Secretary of State of Louisiana, et al.**

CIVIL ACTION

22-178-SDD-SDJ

This matter came on this day for a Status Conference.

    **PRESENT:**    **Megan Keenan, Esq.**
**Robert S. Clark, Esq.**
**Sarah Brannon, Esq.**
**Sara Romani, Esq.**
Counsel for Plaintiffs

**Phillip J. Stratch, Esq.**
**John C. Walsh, Esq.**
**John C. Conine, Jr., Esq.**
Counsel for R. Kyle Ardoin

**Michael W. Mengis, Esq.**
**Katherine L. McKnight, Esq.**
**Mark Breiden, Esq.**
**Erika Prouty, Esq.**
Counsel for the Legislative Intervenors

**Michael Freeman, Esq**.
Counsel for the United States

The parties discussed the status of the case.

The Court discussed the Status Report[1] and the procedural history.

The Court finds it has jurisdiction to move forward with remedial phase for reasons stated in open record.

---

[1] Rec Doc. 273

The parties consent to the following deadlines:

The remedial evidentiary hearing is set to commence on 8/25/2025 at 9:00 A.M. in Courtroom 3 before Chief Judge Shelly D. Dick.

Fact Discovery, if any, Expert Reports and Remedial maps shall be completed 90 days before the remedial evidentiary hearing.

Expert Discovery shall be completed 60 days before the remedial evidentiary hearing.

Motions in Limine are due 45 days before the remedial evidentiary hearing.

A Pretrial Conference before Chief Judge Shelly D. Dick is set for Monday 8/18/2025 at 2:00 P.M.

* * * * *

Cv36b/ 0h 33m