IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*,<br>     *Plaintiffs,*<br>v.<br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br>     *Defendant.* | Civil Action No. 3:22-cv-00178<br>SDD-SDJ |

**PLAINTIFFS' UNOPPOSED MOTION TO
CORRECT THE RECORD ON APPEAL**

  Plaintiffs move to correct the Record on Appeal ("ROA") that this Court transmitted to the Fifth Circuit. The Federal Rules of Appellate Procedure direct parties to submit requests to correct the ROA to the district court, so that this Court can certify and forward additional documents to the court of appeals as needed to conform the ROA to the record before this Court. Fed. R. App. 10(e). Plaintiffs have consulted with all parties about this motion, and all Defendants and Intervenors consent to Plaintiffs' motion to correct the record.

  Plaintiffs respectfully request that this Court certify and forward additional exhibits to the Fifth Circuit that were admitted at trial but are currently missing from the ROA. The admitted exhibits missing from the ROA are Plaintiffs' Exhibits 186, 188, 191, 192, 193, 194, 195, 196, 199, 200, 203, 205, 206, 207, and 208. *See* Ex. A (compiling a courtesy copy of these exhibits in one PDF for the Court's convenience).

  These fifteen exhibits appear to have been inadvertently omitted from the set of exhibits uploaded at ECF No. 198, and in turn, from the district court's transmission of the ROA to the Fifth Circuit, despite having been admitted at trial

without objection. The trial transcript reflects that each of these exhibits was admitted without objection. *See* Ex. B (ROA.9625-9628). Because each of these exhibits in their original format contained non-public personal identifying information of non-parties, Plaintiffs uploaded redacted copies of each exhibit to the JERS system on the evening of November 27, 2023 to ensure that the trial record did not publicize this personal identifying information. *See* Ex. C (ROA.9772). Before the close of Plaintiffs' case in chief, Plaintiffs confirmed with the clerk that the Court had received the redacted copies of these exhibits and that the Court's exhibit log confirmed they had been admitted into evidence. *See* Ex. D (preliminary exhibits log received from clerk). This Court's order and findings of fact include citations to the mistakenly omitted exhibits, further confirming that they were relied on by this Court and should be part of the ROA before the Fifth Circuit. *See* Ex. E (ROA.9134 n.67 and ROA.9214 n.8, each citing to "Pla-207" and "Pla-208").

Plaintiffs therefore move to correct the ROA to include these exhibits that were admitted into evidence at trial before this Court and inadvertently omitted when the record was transmitted.

## CONCLUSION

This Court should certify and forward the redacted copies of Plaintiffs' Exhibits 186, 188, 191, 192, 193, 194, 195, 196, 199, 200, 203, 205, 206, 207, and 208 to the Fifth Circuit to conform the ROA to the record this Court considered at trial.

Date: August 22, 2024                              Respectfully submitted,

                                                   */s/ Megan C. Keenan*

Stuart Naifeh*                                     Megan C. Keenan*
Victoria Wenger*                                   Sarah Brannon*
NAACP Legal Defense & Educational                  American Civil Liberties Union
Fund                                               Foundation
40 Rector Street, 5th Floor                        915 15th St. NW
New York, NY 10006                                 Washington, DC 20005
snaifeh@naacpldf.org                               sbrannon@aclu.org
vwenger@naacpldf.org                               mkeenan@aclu.org

I. Sara Rohani*                                    Sophia Lin Lakin*
NAACP Legal Defense & Educational                  Dayton Campbell-Harris*†
Fund                                               American Civil Liberties Union
700 14th Street, Suite 600                         Foundation
Washington, DC 20005                               125 Broad Street, 18th Floor
srohani@naacpldf.org                               New York, NY 10004
                                                   slakin@aclu.org
John Adcock (La. Bar No. 30372)                    dcampbell-harris@aclu.org
Adcock Law LLC
Louisiana Bar No. 30372                            T. Alora Thomas-Lundborg (admitted *pro hac vice*)
3110 Canal Street                                  Daniel J. Hessel (admitted *pro hac vice*)
New Orleans, LA 701119                             Election Law Clinic
jnadcock@gmail.com                                 Harvard Law School
                                                   6 Everett Street, Ste. 4105
Michael de Leeuw*                                  Cambridge, MA 02138
Amanda Giglio*                                     tthomaslundborg@law.harvard.edu
Cozen O'Connor                                     dhessel@law.harvard.edu
3 WTC, 175 Greenwich St.,
55th Floor                                         Nora Ahmed
New York, NY 10007                                 NY Bar No. 5092374
MdeLeeuw@cozen.com                                 Pronouns: she, her, hers
AGiglio@cozen.com                                  ACLU Foundation of Louisiana
                                                   1340 Poydras St, Ste. 2160
Robert S. Clark*                                   New Orleans, LA 70112
Cozen O'Connor                                     Tel: (504) 522-0628
One Liberty Place                                  nahmed@laaclu.org
1650 Market Street, Suite 2800
Philadelphia, PA 19103
robertclark@cozen.com                              Ron Wilson (La. Bar No. 13575)

3

| | |
|---|---|
| Josephine Bahn (admitted *pro hac vice*) | 701 Poydras Street, Suite 4100 |
| Cozen O'Connor | New Orleans, LA 70139 |
| 1200 19th Street NW | cabral2@aol.com |
| Washington, D.C. 20036 | |
| JBahn@cozen.com | \* Admitted *pro hac vice.* |
| | † *Practice is limited to federal court.* |

*Attorneys for Plaintiffs*

4