**Subject:** FOR IMMEDIATE RELEASE: NAACP, BLACK VOTERS MATTER, LOUISIANA PROGRESS, PEOPLES PROMISE, MOMS DEMAND ACTION ISSUE JOINT STATEMENT STRONGLY OPPOSING SB 1 and HB 14
NAACP Joint Press Release.pdf

Hello,
Please see attached release.

There will be a VIRTUAL press conference tomorrow at 10:30 a.m. (CST), via zoom (link will open in new window). For housekeeping, when you enter the zoom, please add your news agency to your name.

There will also be a rally at the Governor's Mansion tomorrow at 3 p.m. (CST) *see attached flier.*



   

BVM-LA-Leg 0000518

BVM-LA-Leg 0002982

**From:** Omari Ho-Sang ██████@blackvotersmatterfund.org]
**Sent:** Wed 9/22/2021 7:07:36 PM (UTC)
**Subject:** BVM- Louisiana Upcoming Calls, Election Strategy & Redistricting Prep

25cac1758-SDD-SDJ    Document 281-1    08/22/24    Page 3 of 53

BVM November Partner Call.png
BVM October Partner Call.png

Greetings Family!

I hope you are doing well, in the aftermath of what has been a very rough season of dangerous weather. We have been thankful to connect with each of you in our check-ins and know that you all are alright! Big shout out to all of our partners and allies doing the work necessary to bring our communities. We appreciate you for constantly taking care of our people. Sharing a link for those who want to register to volunteer for the Power Coalition's *Rebuild-a-Tho*n day. (https://powercoalition.org/powervolunteerday/)

Are you doing work to help our people during the storm, and need additional support? Do you know folx who were impacted and still need assistance? Contact us. We want to make sure our partner communities are getting the resources they need in this time of rebuilding.

**Upcoming:**

The election and Re-Districting season is upon us and we have big work to do. Letting Louisiana citizens know what's happening and the power they have in this process is critical. The next two months, we will have subject matter experts around elections and re-districting join our statewide and regional calls.

**October 12th (https://tinyurl.com/BVMOctober21)**, we will be joined by Julian and Jamal from the *BVM Data Team* to present to us on how data can inform our election strategy this season. Please come with any questions or data requests you may have.

**November 8th (https://tinyurl.com/BVMNovember21)** , we will be joined by the *NAACP Legal Defense & Education Fund* to discuss next steps in this critical Re-Districting Cycle. I am attaching the schedule for the Roadshows, which will begin next month, so that partners can start planning to attend those. Roadshow sessions are hosted by the legislative committee responsible for the Re-Districting process in Louisiana. These public hearings will be key opportunities for community members to testify and even present their own redistricting plans or desired maps. Please join November's call to find out more about how you can be involved in Redistricting 2021.

 We look forward to seeing your faces and fielding your questions on these calls. Please see below for the schedule and registration links:

**SAVE THE DATE:**

- October 12th, 2021 - **October Statewide Partner Call (*Data & Election Strategy*)** - 6pm
- Register Here:https://tinyurl.com/BVMOctober21
- November 8th, 2021- **October Statewide Partner Call (*"Power on the Line(s)"*)** - 6pm
- Register Here: https://tinyurl.com/BVMNovember21

 I look forward to seeing each of you soon. As always feel free to reach out to me at anytime. Schedule a one-on-one with me using the calendly link in my signature.

Sincerely,



**Omari J. Ho-Sang**, *Louisiana Coordinator*
**Black Voters Matter Fund**

**DIRECT:** ██████████
**EMAIL:** ███████@blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** ████████████████
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr | https://www.linkedin.com/company/black-voters-matter/

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

**To:**     Omari Ho-Sang[ ]@blackvotersmatterfund.org]
**From:**   Keturah Butler-Reed[ ]@blackvotersmatterfund.org]
**Sent:**    Tue 10/19/2021 6:10:57 PM (UTC)

Case 3:22-cv-00178-SDD-SDJ    Document 281-1    08/22/24    Page 5 of 53

Good afternoon Partners,

I am hoping that all is well. As the Southern Regional organizer, there are a few resources that I would love to go over briefly. As you know, elections are less than a month away. With elections coming up on November 13th and December 11th, it is critical that we prioritize our GOTV efforts within the next few months. In addition to GOTV, we are also offering resources to prepare for Redistricting and Redistricting Hearings.

Below I have attached various links for you all to go over some of the GOTV tools we can offer or registrations for upcoming trainings and meetings:

- To request GOTV resources such as Phone Bank/Walk List, Partner Supplies, Text Campaigns, and Bus Tour request form, please be sure to book an appointment with me and Omari using this calendly invite: ███████████████

-For resources on Redistricting:
  - For a list of the Public hearings (link:https://redist.legis.la.gov) - to provide testimonies
  - October 19th, the ACLU is offering an in-person hearing: http://laaclu.org/redistricting
  - https://action.aclu.org/webform/la-road-to-fair-maps-shreveport
  - BVM Training on Representable Tool Training: https://docs.google.com/forms/d/e/1FAIpQLSfTqwfaWp0rxkJsX-TfgcDPZjNnQgjs7mAX-MZCMMsRjKSxEA/viewform

-Save the Dates:
  - October 25, 2021 - Redistricting Pep Rally in Lafayette
  - October 26, 2021- Redistricting Public Hearing in Lafayette
  - **November 8th, 2021 Statewide Partner Meeting:** https://tinyurl.com/BVMNovember21
  - **November 13th, 2021 Election Date**
  - **December 11th, 2021 Election Date**

In addition to some of the resources that I shared above, I would also like to encourage you all to schedule using this link "███████████████" to do a regular check-in. There are a few of you that I have not gotten a chance to speak with yet, but I am eager to learn more about how we can amplify the work that you are already doing in your communities.

I hope to speak with you soon,

**Keturah Butler-Reed**, She/her/hers

**Louisiana Regional Organizer**

**Black Voters Matter Fund**

**EMAIL:** ████@blackvotersmatterfund.org

**WEBSITE:** www.blackvotersmatterfund.org

facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr |

Exhibit
**PL 191**

BVM-LA-Leg 0002196

https://www.linkedin.com/company/black-voters-matter/  https://www.facebook.com/groups/329283305545394/?ref=share



NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the personal use of the recipient(s) named above. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.

BVM-LA-Leg 0002197

**To:**

**Cc:**
**Bcc:**

**From:** Omari Ho-Sang[_____@blackvotersmatterfund.org]
**Sent:** Mon 11/15/2021 1:08:23 PM (UTC)
**Subject:** Community Mapping - Last Day to Register!
flyeraclu.png

Good Morning Family!

**THANK YOU!!!**

I first want to thank each and every partner, who I will list below, for pulling off a phenomenal "We Got Power" GOTV 3-day 9-city tour this past week! It is without a doubt that we empowered, inspired and uplifted our people around not only voting, but building power in Louisiana communities 365 days a year. We have the best

BVM-LA-Leg 0002691

partners on this side of heaven. We appreciate you!!!

**We Got Power Bus Tour Partners:**
United Ballot PAC
Sunvestka
NAACP Lafayette
Black Folks Talking
A New Chapter PUSH
LDF
RISE St. James
The Jeremiah Group & Partners
Power Coalition
Lower 9th Ward Voter's Coalition
Karen Kaia Livers

**COMING UP TODAY**

The movement work continues! Today,we will be with the ACLU and other partners in Baton Rouge preparing to demand Fair Maps at a Community Dinner this evening at the Valdry Center, Southern University. If you are in the Baton Rouge area, I encourage you to register and join us. The flyer is attached!

**COMMUNITY MAPPING THIS WEDNESDAY (LAST DAY TO REGISTER)**

Lastly, this **Wednesday, November 17th, 2021** - we are training to prepare a mass mobilization of 100 Black folks to testify in the Extraordinary Session of the Roadshow Public hearings on Redistricting. The ***Black Voters Matter Policy Team*** is presenting a **Community Map** training with a specific focus on local/Parish maps. PLEASE REGISTER AND ATTEND:
  **https://tinyurl.com/BlackMaps2021**

Can't Stop, Won't Stop!



**Omari J. Ho-Sang**, *State Organizing Manager*
**Black Voters Matter Fund**
**DIRECT:** ███████████
**EMAIL:** ██████@blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** ████████████████████
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr |https://www.linkedin.com/company/black-voters-matter/

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

BVM-LA-Leg 0002692

**To:**

**Cc:**
**From:**    Omari Ho-Sang          @blackvotersmatterfund.org]
**Sent:**    Wed 11/17/2021 1:15:18 AM (UTC)
**Subject:**    REGISTER: Community Mapping TOMORROW at 3pm

Louisiana Family,

"The question shouldn't be what it costs to address inequality, the question should be what it has cost us not to."

Yesterday, I shared these words in regards to our upcoming Community Mapping meeting **tomorrow at 3pm**. Our ability to decide, design and determine the maps in our local communities takes investment and intentionality, and it has power. *The revolution is local.*

Please join me and the ***BVM Data & Policy Team*** to train on Representable, a easy-to-use map cutting tool,

BVM-LA-Leg 0002669

and prepare to mobilize 100 Black folks to testify at the Extraordinary Session on Redistricting in January 2022.

Register Here:
**https://tinyurl.com/BlackMaps2021**
See you tomorrow!



**Omari J. Ho-Sang**, *State Organizing Manager*
**Black Voters Matter Fund**
**DIRECT:** ████████
**EMAIL:** ██████@blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** ████████████████
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr | https://www.linkedin.com/company/black-voters-matter/

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

BVM-LA-Leg 0002670

**To:** ▮▮▮@blackvotersmatterfund.org ▮▮@blackvotersmatterfund.org]
**From:** Google Forms [forms-receipts-noreply@google.com]
**Sent:** Thur 1/20/2022 5:35:22 AM (UTC)
**Subject:** Communications Request Form

Case 3:22-cv-00178-SDD-SDJ    Document 281-1    08/22/24    Page 11 of 53



## Thanks for filling out Communications Request Form

Here's what was received.

Edit response

# Communications Request Form

The BVM Communications Team has developed a Communications Request Form, which is an essential document in managing the process of the effective and efficient delivery of external and internal communications activity. This template described will provide a solid foundation for this process. Once the form is completed, the Communications Team will respond within 24 hours acknowledging receipt and requesting a meeting (if necessary) to receive further information and associated files. 🚨🚨🚨THIS FORM IS FOR BLACK VOTERS MATTER STAFF ONLY!🚨🚨 🚨Please try to submit request(s) at least 48 HOURS IN ADVANCE. Any requests made after 5 PM ET will not be completed until the following business day during work hours. 🚨 Please make sure ALL information is COMPLETE, FINALIZED and APPROVED by your direct supervisor before sending a request! Once all information is received then the process will start. If you are in need of any digital assets such as logos, letterheads, active QR codes and keywords, style guide, photo release forms, etc. please visit: https://bit.ly/bvmcommsite

Email *

▮▮▮@blackvotersmatterfund.org

Today's Date

| MM | |
|---|---|
| 01 | |
| / | |
| DD | |
| 19 | |
| / | |
| YYYY | |
| 2022 | |

Project Title *

Redistricting Takeover

Deliverable(s) Needed *

☑ Talking Points

☑ Press Release

☑ Media Advisory

☑ Flyer

☑

**Exhibit**
**PL 194**

BVM-LA-Leg 0001116

Post on Social Media

☑ Social Media Graphic

Blog Post
Video
Volunteer Recruitment

☑ Email Blast

Photography
Push Card
Door Hangers

☑ Digital Campaigns (Broadcast Text, QR Codes, Petitions, Forms, etc.)

☑ Data Request (Sign-ups/Opt-ins)

☑ Key Words

Communications Trainings (Please include at least THREE available days and times)
Other:

**Project Lead \***

Omari Ho-Sang/Keturah Butler-Reed

**Event Date \***

| MM | | |
|---|---|---|
| 02 | | |
| / | | |
| DD | | |
| 09 | | |
| / | | |
| YYYY | | |
| 2022 | | |

**Due Date**

| MM | | |
|---|---|---|
| 01 | | |
| / | | |
| DD | | |
| 26 | | |
| / | | |
| YYYY | | |
| 2022 | | |

**Which team is this for? \***

Central Team
Partners
Black Voters Matter Fund (Organization-Wide)

☑ Field Team

Other:

**Project Overview/Scope \***

The Redistricting Takeover is centering the voices of the most marginalized, yet most impacted people of the state of Louisiana. Grassroots partners from all across the bayou state will caravan and convene in Baton Rouge, Louisiana to leverage our power during the Extraordinary Session on Redistricting February 8th, 9th, and 10th. Our central objective is to mobilize at least 100 black folks to testify and lobby legislators on the joint committee on redistricting during this special session. This session is the culmination of a few months of "roadshow hearings" that traveled to large metropolitan areas in the state, providing citizens opportunity to testify on the type of map that thought would be fair. On the line are several new majority-minority or "opportunity" districts ranging in seats of power from the Congressional districts, on down to the State Legislative and Board of Education districts. It has been business as usual to keep the most impacted citizens away from this critical process. Many of the rural and urban centers were not touched by the Roadshow hearing. Therefore, BVM is calling our partners to action from every reach of the state for a Caravan, Pep Rally, and Redistricting Takeover at the Capitol. The takeover will include a press conference, testimony and lobbying of individual members of the Joint committee that will be making the ultimate decision on the maps that come out of the Redistricting process. What makes the Extraordinary Session testimony different from the Roadshow is that we will have a sense of responsiveness to the maps that the legislators are planning to produce when it's all said and done. We are reclaiming our Redistricting power by not only being a part of the process before it starts, but seeing this process to the finish line by being a part of the work until it's done.

## Who are we talking to ? (key audience) *

We are talking to potential BVM partners, Joint Committee members, and (Black) legislators and legislators of conscious.

## Marketing Objective *

Our marketing objective is to get current and potential partners to join our caravan, our pep rally and the testimony/lobby day at the Capitol on the 2/8-10.

## Messaging *

Black Voters Matter, and these are voices... will be the unifying theme of the testimonies at the capitol on February 9th. We have the opportunity to add several more fair districts that actually represent a 1/3 of the state of Louisiana. We are reclaiming our Redistricting power by not only being a part of the process before it starts, but seeing this process to the finish line by being a part of the work until it's done.

## Printed and/or Electronic *

Printed ( Contact Wanda or Dean for More Information)

 Electronic

## Mandatories (required messaging, colors, etc.) *

Redistricting Takeover is the name of the list of events that include the Caravan, Pep-Rally/Press Conference, Testimony/Lobby Day at the Capitol - We want to include the design for the flyer on a shirt that will include the logos of each of the participating partners. We should have a confirmation of those partners by 1/25. Most logos are already in the Comms folder for Louisiana, any additional will be added as needed. Colors: Black, Green, Red - For the central image we want the outline of Louisiana with the BVM fist/logo with the words "Redistricting Takeover"

## Additional Comments *

There will be a bus tour incorporated into this. The bus tour will begin on the 7th in the Northern end of the state (Monroe/Shreveport) and travel down to Baton Rouge (destination).

## Partner Logo, Images or Additional Content to Include

No files submitted

Create your own Google Form

BVM-LA-Leg 0001118

Report Abuse

BVM-LA-Leg 0001119

**From:**

**Location:**   https://us02web.zoom.us/j/89229428475?pwd=VXNZRmhKUjA3aTlhVmFtVVczM2xGQT09

**Importance:**   Normal

**Subject:**   Invitation: Redistricting Check - In @ Mon Jan 24, 2022 3pm - 4pm (CST)
(███████@blackvotersmatterfund.org)

**Start Time:**   Mon 1/24/2022 9:00:00 PM (UTC)

**End Time:**   Mon 1/24/2022 10:00:00 PM (UTC)

**Required Attendees:**   ██████@blackvotersmatterfund.org; ███████████████████████

████████████████████████@blackvotersmatterfund.org; ███████████████

invite.ics

---

**You have been invited to the following event.**

**Redistricting Check - In**

*When*   Mon Jan 24, 2022 3pm – 4pm Central Time - Chicago

*Where*   https://us02web.zoom.us/j/89229428475?pwd=VXNZRmhKUjA3aTlhVmFtVVcz
M2xGQT09 (map)

*Joining info*   Join with Google Meet

meet.google.com/pjy-ymsb-gib

Join by phone
(US) +1 304-568-6654 (PIN: 359433150)

More phone numbers

*Calendar*   ████████@blackvotersmatterfund.org

*Who*
████████████████████████████ organizer
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
██████@blackvotersmatterfund.org
█████████████████████
██████@blackvotersmatterfund.org
██████████████████████

more details »

██████████ is inviting you to a scheduled Zoom meeting.

**Exhibit**

**PL 195**

Join Zoom Meeting
https://us02web.zoom.us/j/89229428475?pwd=VXNZRmhKUjA3aTlhVmFtVVczM2xGQT09

Meeting ID: 892 2942 8475
Passcode: 460605
One tap mobile
+13017158592,,89229428475#,,,,*460605# US (Washington DC)
+13126266799,,89229428475#,,,,*460605# US (Chicago)

Dial by your location
+1 301 715 8592 US (Washington DC)
+1 312 626 6799 US (Chicago)
+1 929 436 2866 US (New York)
+1 253 215 8782 US (Tacoma)
+1 346 248 7799 US (Houston)
+1 669 900 6833 US (San Jose)
Meeting ID: 892 2942 8475
Passcode: 460605
Find your local number: https://us02web.zoom.us/u/keCXOlQPwT

Going (keturah@blackvotersmatterfund.org)?  **Yes** - **Maybe** - **No**  more options »

Invitation from Google Calendar

You are receiving this courtesy email at the account ██████@blackvotersmatterfund.org because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://calendar.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

BVM-LA-Leg 0005267

**To:**    Omari Ho-Sang ██████ @blackvotersmatterfund.org]; Venkayla Haynes ██████ @blackvotersmatterfund.org]; Wanda Mosley ██████ @blackvotersmatterfund.org]
**Cc:**    Danielle Brown ██████ @blackvotersmatterfund.org]; Joe White ██████ @blackvotersmatterfund.org]
**From:**    Gabby Miernik ██████ @blackvotersmatterfund.org]
**Sent:**    Thur 1/27/2022 5:35:11 PM (UTC)
**Subject:**    Re: Redistricting Takeover - Comms Request
124 - Redistricting Takeover Post.zip
124 - Redistricting Takeover Flyer.pdf
124 - Redistricting Takeover Louisiana Pushcard.pdf

Here are the updated files.

---

**From:** Omari Ho-Sang ██████ @blackvotersmatterfund.org>
**Sent:** Thursday, January 27, 2022 11:56 AM
**To:** Venkayla Haynes ██████ @blackvotersmatterfund.org>; Gabby Miernik ██████ @blackvotersmatterfund.org>; Wanda Mosley ██████ @blackvotersmatterfund.org>
**Cc:** Danielle Brown ██████ @blackvotersmatterfund.org>; Joe White ██████ @blackvotersmatterfund.org>
**Subject:** Re: Redistricting Takeover - Comms Request

I agree, Venkayla! The key events; pep rally, press conference on Capitol steps, and the Testimony Day are the most important elements. Thank you!

**BLACK VOTERS MATTER**

**Omari J. Ho-Sang**, *State Organizing Manager*
**Black Voters Matter Fund**
**DIRECT:** ██████
**EMAIL:** ██████ @blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** ██████████
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr | https://www.linkedin.com/company/black-voters-matter/

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

---

**From:** Venkayla Haynes ██████ @blackvotersmatterfund.org>
**Sent:** Thursday, January 27, 2022 11:49 AM
**To:** Gabby Miernik ██████ @blackvotersmatterfund.org>; Omari Ho-Sang ██████ @blackvotersmatterfund.org>; Wanda Mosley ██████ @blackvotersmatterfund.org>
**Cc:** Danielle Brown ██████ @blackvotersmatterfund.org>; Joe White ██████ @blackvotersmatterfund.org>
**Subject:** Re: Redistricting Takeover - Comms Request

Hey team, I think for the caravan we can remove all the cities it will stop at off the flyer and social graphic, it takes a lot of space. All that information can just live on mobilize. We probably can include the start location on flyers/graphics and further details they will have to text 25225 where it links to a more detailed description.

**Exhibit**

**PL 196**

BVM-LA-Leg 0000990



**Venkayla Haynes**, Digital *Communications Manager*
**Black Voters Matter Fund**
**DIRECT:** ▮▮▮▮▮▮▮
**EMAIL:** ▮▮▮▮▮@blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** ▮▮▮▮▮▮▮▮▮▮▮▮
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr | https://www.linkedin.com/company/black-voters-matter/

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

---

**From:** Venkayla Haynes ▮▮▮▮▮@blackvotersmatterfund.org>
**Sent:** Thursday, January 27, 2022 11:38 AM
**To:** Gabby Miernik ▮▮▮▮▮@blackvotersmatterfund.org>; Omari Ho-Sang ▮▮▮▮▮@blackvotersmatterfund.org>; Wanda Mosley ▮▮▮▮▮@blackvotersmatterfund.org>
**Cc:** Danielle Brown ▮▮▮▮▮@blackvotersmatterfund.org>; Joe White ▮▮▮▮@blackvotersmatterfund.org>
**Subject:** Re: Redistricting Takeover - Comms Request

Thanks Gabby, going to go in and make some minor changes to spacing. Particularly on social media graphic, the attached link shows an error. Thanks so much for all of your work on this!



**Venkayla Haynes**, Digital *Communications Manager*
**Black Voters Matter Fund**
**DIRECT:** ▮▮▮▮▮▮▮
**EMAIL:** ▮▮▮▮▮@blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** ▮▮▮▮▮▮▮▮▮▮▮▮
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr | https://www.linkedin.com/company/black-voters-matter/

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

---

**From:** Gabby Miernik ▮▮▮▮▮@blackvotersmatterfund.org>
**Sent:** Thursday, January 27, 2022 11:36 AM
**To:** Omari Ho-Sang ▮▮▮▮▮@blackvotersmatterfund.org>; Wanda Mosley ▮▮▮▮▮@blackvotersmatterfund.org>; Venkayla Haynes ▮▮▮▮▮@blackvotersmatterfund.org>
**Cc:** Danielle Brown ▮▮▮▮▮@blackvotersmatterfund.org>; Joe White ▮▮▮▮@blackvotersmatterfund.org>

Good Afternoon,

Here are the deliverables, I just need to add the QR Code to the pushcard. I will send over PNG/PDF files once everything is approved/I add the QR Code.

- Pushcard
- Flyer
- SM Graphics

---

**From:** Omari Ho-Sang ███████@blackvotersmatterfund.org>
**Sent:** Tuesday, January 25, 2022 12:34 PM
**To:** Wanda Mosley ███████@blackvotersmatterfund.org>; Venkayla Haynes ███████@blackvotersmatterfund.org>; Gabby Miernik ███████@blackvotersmatterfund.org>
**Cc:** Danielle Brown ███████@blackvotersmatterfund.org>; Joe White ███████@blackvotersmatterfund.org>
**Subject:** Re: Redistricting Takeover - Comms Request

Got it, thanks.



**Omari J. Ho-Sang**, *State Organizing Manager*
**Black Voters Matter Fund**
**DIRECT:** ███████
**EMAIL:** ███████@blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** ███████
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr | https://www.linkedin.com/company/black-voters-matter/

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

---

**From:** Wanda Mosley ███████@blackvotersmatterfund.org>
**Sent:** Tuesday, January 25, 2022 11:52 AM
**To:** Omari Ho-Sang ███████@blackvotersmatterfund.org>; Venkayla Haynes ███████@blackvotersmatterfund.org>; Gabby Miernik ███████@blackvotersmatterfund.org>
**Cc:** Danielle Brown ███████@blackvotersmatterfund.org>; Joe White ███████@blackvotersmatterfund.org>
**Subject:** Re: Redistricting Takeover - Comms Request

Hey Omari,

I believe Joe already created the QR code for your event. Also, we don't use Eventbrite for our events, Mobilize is the portal we use. Please let Joe work on that and disable or delete the Eventbrite. Thanks!

--
Wanda Mosley, she/her/hers
National Field Director
Black Voters Matter
Email: ███████@blackvotersmatterfund.org
Phone: ████████████
Website: www.blackvotersmatterfund.org
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr

NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.

---

**From:** Omari Ho-Sang ███████@blackvotersmatterfund.org>
**Sent:** Tuesday, January 25, 2022 11:37:08 AM
**To:** Venkayla Haynes ███████@blackvotersmatterfund.org>; Wanda Mosley ███████@blackvotersmatterfund.org>; Gabby Miernik ███████@blackvotersmatterfund.org>
**Cc:** Danielle Brown ███████@blackvotersmatterfund.org>; Joe White ████@blackvotersmatterfund.org>
**Subject:** Re: Redistricting Takeover - Comms Request

Gabby, Venkayla and Joe,

Thanks for all the work that is happening!

I have added all logos except for the O2R and Honoring Our Ancestors logo (still waiting on partners) to the Sharepoint.

**Event Info:**
**2/8 - 6am - 5pm**
Caravan - Monroe to Baton Rouge (stops in registration link)
Takeover Rally (Media) - Southern University - Baton Rouge - 5pm - Registration 6pm - Rally begins

**2/9 - 8am - 3pm**
Testimony Day
8am - Press Conference on Capitol Steps (Media)
9am - Testimony in Committee & Meetings with Legislators
1pm - Organize & Eat Lunch

Here's the Redistricting Takeover registration link.  https://www.eventbrite.com/e/the-redistricting-takeover-tickets-255229738017



### The Redistricting Takeover!
Grassroots groups from across Louisiana will descend upon the Capitol to leverage our powerful voice & testify for the districts we deserve.
www.eventbrite.com

and QR
code:



Would love an opportunity to meet for about 15 minutes, and make sure you all have everything needed.

With Appreciation,
Omari



**Omari J. Ho-Sang**, *State Organizing Manager*
**Black Voters Matter Fund**

**DIRECT:** ███
**EMAIL:** ███ @blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** ████████
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr | https://www.linkedin.com/company/black-voters-matter/

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

---

**From:** Venkayla Haynes ███ @blackvotersmatterfund.org>
**Sent:** Tuesday, January 25, 2022 11:11 AM
**To:** Wanda Mosley ███ @blackvotersmatterfund.org>; Gabby Miernik ███ @blackvotersmatterfund.org>; Omari Ho-Sang ███ @blackvotersmatterfund.org>
**Cc:** Danielle Brown ███ @blackvotersmatterfund.org>; Joe White ███ @blackvotersmatterfund.org>
**Subject:** Re: Redistricting Takeover - Comms Request

Will do!



**Venkayla Haynes**, Digital *Communications Manager*
**Black Voters Matter Fund**
**DIRECT:** ███
**EMAIL:** ███ @blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** ████████
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr | https://www.linkedin.com/company/black-voters-matter/

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

---

**From:** Wanda Mosley ███ @blackvotersmatterfund.org>
**Sent:** Tuesday, January 25, 2022 11:10 AM
**To:** Venkayla Haynes ███ @blackvotersmatterfund.org>; Gabby Miernik ███ @blackvotersmatterfund.org>; Omari Ho-Sang ███ @blackvotersmatterfund.org>
**Cc:** Danielle Brown ███ @blackvotersmatterfund.org>; Joe White ███ @blackvotersmatterfund.org>
**Subject:** Re: Redistricting Takeover - Comms Request

Please hold on any work on a shirt.

--

Wanda Mosley, she/her/hers
National Field Director
Black Voters Matter Fund
Email: █████@blackvotersmatterfund.org
Website: www.blackvotersmatterfund.org
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr

NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.

---

**From:** Venkayla Haynes <█████@blackvotersmatterfund.org>
**Sent:** Tuesday, January 25, 2022 11:02:21 AM
**To:** Gabby Miernik █████@blackvotersmatterfund.org>; Omari Ho-Sang █████@blackvotersmatterfund.org>
**Cc:** Danielle Brown █████@blackvotersmatterfund.org>; Wanda Mosley █████@blackvotersmatterfund.org>; Joe White █████@blackvotersmatterfund.org>
**Subject:** Re: Redistricting Takeover - Comms Request

Morning all! Chiming in here to clarify a few things to make this process easier so we can close out this request. See below:

- Talking Points and Media Advisory/Press Release are already being worked on by the Fenton Team so we can check that off the list. The advisory will go out to media by January 31st and again in February ahead of the event.
- Joe has created a Keyword (**LATAKEOVER**) and QR Code for this effort.

So what we have left is a flyer, social media graphic, a push card (which was just added), and the shirt. I would HIGHLY recommend that the front of the shirt says **Redistricting Takeover** (a nice design can be made) with the organizations logos on the back - similar to Freedom Ride shirts. I would not recommend putting a social media graphic on the front of the shirt based on the same points Gabby mentioned earlier. In order for the flyer and social media graphic to be completed we do need locations and times. As for the push card that was added, is the information that goes on this that will not be on the flyer and social media graphic? If so, we need clarification on that since it was not mentioned in the Communications Request Form. If you would like to schedule a meeting to discuss this please let us know.

Thanks so much!



**Venkayla Haynes**, Digital *Communications Manager*
**Black Voters Matter Fund**
**DIRECT:** █████
**EMAIL:** █████@blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** █████
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr |https://www.linkedin.co

BVM-LA-Leg 0000996

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

---

**From:** Gabby Miernik ⬛⬛⬛@blackvotersmatterfund.org>
**Sent:** Tuesday, January 25, 2022 10:32 AM
**To:** Omari Ho-Sang ⬛⬛⬛@blackvotersmatterfund.org>
**Cc:** Venkayla Haynes ⬛⬛⬛@blackvotersmatterfund.org>; Danielle Brown ⬛⬛⬛@blackvotersmatterfund.org>; Wanda Mosley ⬛⬛⬛@blackvotersmatterfund.org>; Joe White ⬛⬛⬛@blackvotersmatterfund.org>
**Subject:** Re: Redistricting Takeover - Comms Request

Good Morning Omari,
  The last message was an auto-send and just saw the message you sent last night.

I still need the times and locations for each day, and if there is a link to sign up. Also, you didn't request a push card when this was filed, are we supposed to be working on that as well? I also know that you want the flyer design to be the t-shirt design but I can't promise that it will look good on a shirt because it will end up needing to be stretched to fit and since it's not a vector file it will lose resolution/be pixelated. I can create the design as a vector but since the flyer/post was made in Canva it may not have the same assets when I do it in Adobe depending on which design you end up picking.

I also need the logos for these organizations:

- United Ballot PAC
- All Streets, All People (ASAP)
- The People's Promise
- Honoring Our Ancestors
- Opportunity to Restore
-

---

**From:** Omari Ho-Sang ⬛⬛⬛@blackvotersmatterfund.org>
**Sent:** Monday, January 24, 2022 11:58 PM
**To:** Gabby Miernik ⬛⬛⬛@blackvotersmatterfund.org>
**Cc:** Venkayla Haynes ⬛⬛⬛@blackvotersmatterfund.org>; Danielle Brown ⬛⬛⬛@blackvotersmatterfund.org>; Wanda Mosley ⬛⬛⬛@blackvotersmatterfund.org>; Joe White ⬛⬛⬛@blackvotersmatterfund.org>
**Subject:** Re: Redistricting Takeover - Comms Request

Hi Gabby!

Thanks so much. At this moment, unless there are last minute changes, no other logos need to be added at this time. There may be additional partners that sign on by the end of the week. I've added three additional logos. Below is a list of the current participating partners, so you know which logos to add :

- Jeremiah Group
- A New Chapter PUSH
- United Ballot PAC
- Sunvestka
- Lead Louisiana
- NAACP- Lafayette
- Power Coalition
- Color of Change

BVM-LA-Leg 0000997

- Housing Louisiana
- All Streets, All People (ASAP)
- The People's Promise
- CitizenSHE United
- Honoring Our Ancestors
- Opportunity to Restore

Spoke to Dean last week to get cleared for a shirt for event. Would utilize the same logo for the push card and flyer for the shirt. Let me know if you have any questions!

Omari

Get Outlook for iOS

---

**From:** Gabby Miernik ▮▮▮@blackvotersmatterfund.org>
**Sent:** Thursday, January 20, 2022 8:39:41 AM
**To:** Omari Ho-Sang ▮▮▮@blackvotersmatterfund.org>
**Cc:** Venkayla Haynes ▮▮▮@blackvotersmatterfund.org>; Danielle Brown ▮▮▮@blackvotersmatterfund.org>; Wanda Mosley ▮▮▮@blackvotersmatterfund.org>; Joe White ▮▮▮@blackvotersmatterfund.org>
**Subject:** Redistricting Takeover - Comms Request

Good morning Omari,

We've received your request for the following deliverables:

- Talking Points
- Press Release
- Media Advisory
- **Flyer**
- **Post on Social Media**
- **Social Media Graphic**
- Email Blast
- Digital Campaigns (Broadcast Text, QR Codes, Petitions, Forms, etc.)
- Data Request (Sign-ups/Opt-ins)
- Key Words

I'll start working on the items in Bold and get back to you once completed. Can you just confirm that these are all the logos you would like on the flyer/graphic and that none need to be added?



**Gabby Miernik**, *Social Media Associate*
**Black Voters Matter Fund**
**DIRECT:** ▮▮▮
**EMAIL:** ▮▮▮@blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** ▮▮▮
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr | https://www.linkedin.com/company/black-voters-matter/

BVM-LA-Leg 0000998



# REDISTRICTING TAKEOVER!

Join Black Voters matter and our partners for a Redistricting Takeover as we continue to raise awareness about the importance of fair maps!

## FEB. 8TH | 6AM - 5PM CT

**CROSS-STATE CARAVAN**
*STARTING IN* MONROE

## FEB. 8TH | 5 - 8PM CT

**THE TAKEOVER RALLY**
SOUTHERN UNIVERSITY – BATON ROUGE CAMPUS
801 HARDING BLVD, BATON ROUGE, LA 70807

TEXT "**LATAKEOVER**" TO 25225 FOR MORE INFORMATION!



BLACK VOTERS MATTER

BVM-LA-Leg 0000999



# REDISTRICTING TAKEOVER!

Join Black Voters matter and our partners for a Redistricting Takeover as we continue to raise awareness about the importance of fair maps!

## FEB. 8TH | 6AM - 5PM CT
**CROSS-STATE CARAVAN**
*STARTING IN* MONROE

## FEB. 8TH | 5 - 8PM CT
**THE TAKEOVER RALLY**
SOUTHERN UNIVERSITY – BATON ROUGE CAMPUS
801 HARDING BLVD, BATON ROUGE, LA 70807

TEXT "**LATAKEOVER**" TO 25225 FOR MORE INFORMATION!



BLACK VOTERS MATTER

BVM-LA-Leg 0001000



# REDISTRICTING TAKEOVER!

Join Black Voters matter and our partners for a Redistricting Takeover as we continue to raise awareness about the importance of fair maps!

## FEB. 9TH | 8AM -12PM CT

**PRESS ON THE CAPITOL STEPS**
**COMMITTEE TESTIMONY**
**MEETINGS WITH LEGISLATORS**
*900 N 3RD ST B170, BATON ROUGE, LA 70802*

TEXT "**LATAKEOVER**" TO 25225 FOR MORE INFORMATION!



BVM-LA-Leg 0001001



# REDISTRICTING TAKEOVER!

Join Black Voters matter and our partners for a Redistricting Takeover as we continue to raise awareness about the importance of fair maps!

## FEB. 9TH | 8AM -12PM CT

**PRESS ON THE CAPITOL STEPS**
**COMMITTEE TESTIMONY**
**MEETINGS WITH LEGISLATORS**
*900 N 3RD ST B170, BATON ROUGE, LA 70802*

TEXT "**LATAKEOVER**" TO 25225 FOR MORE INFORMATION!

BVM-LA-Leg 0001002

**To:** Omari Ho-Sang[██████]@blackvotersmatterfund.org]
**Cc:** Keturah Butler-Reed[██████]@blackvotersmatterfund.org]
**From:** Omari Ho-Sang[██████]@blackvotersmatterfund.org]
**Sent:** Sat 2/5/2022 6:20:23 PM (UTC)
**Subject:** Redistricting Takeover Informational Meeting TODAY at 1pm

Happy Saturday!

Are you ready for the Redistricting Takeover coming up Tuesday and Wednesday, February 8th and 9th!? We are getting very excited to stand in solidarity with each of you, and continue our demands for fair maps that we deserve. We will be joined by several grassroots organizations from around the state, to center marginalized voices during this once in a decade process.

**Today at 1:00pm, we are having our last informational session. Click here to register:** https://tinyurl.com/LATAKEOVER2

During this meeting we will cover the following:

1. Objective of the Redistricting Takeover
2. Legislative Context - Where are we in the session?
3. Itinerary
4. Overnight Logistics
5. Q&A

We look forward to seeing you soon!

Are you staying overnight? Willing to be a captain? Please complete this google form: https://tinyurl.com/rdtlogistics



Exhibit
**PL 199**





**Omari J. Ho-Sang,** *State Organizing Manager*
**Black Voters Matter Fund**
**DIRECT:**
**EMAIL:** ████@blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** ████████████

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

**From:** ██████████████████████
**on behalf of** ████████████████████████████
**Sent:** 2/7/2022 8:48:00 PM
**To:** Omari Ho-Sang ██████@blackvotersmatterfund.org]; Joe White ███@blackvotersmatterfund.org]
**CC:** Keturah Butler-Reed ██████@blackvotersmatterfund.org]
**Subject:** Re: Redistricting takeover registration link

Hey Omari,

Not sure why you didn't get a text. That's odd if you normally do.  The campaign was launched on 2/4. Our team is still working on a report for it, but here's the data.
244 People said yes to the event, which is dope!  I'm ccing @Joe White just in case you're interested in sending out a reminder text to those folks today.

████

On Sat, Feb 5, 2022 at 1:01 PM Omari Ho-Sang <████@blackvotersmatterfund.org> wrote:
Hi ████

Just wanted to check in on the status of the text campaign. Did it start yesterday? Typically I receive one of the messages when a campaign is launched and did not receive one yesterday. Thanks so much!

Sincerely,
Omari



**Omari J. Ho-Sang**, *State Organizing Manager*
**Black Voters Matter Fund**
**DIRECT:**
**EMAIL:** @blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:**
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr | https://www.linkedin.com/company/black-voters-matter/

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information*

BVM-LA-Leg 0003723

*contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

---

**From:** █████████████████████████
**Sent:** Wednesday, February 2, 2022 5:43 PM
**To:** Omari Ho-Sang <████@blackvotersmatterfund.org>
**Cc:** Keturah Butler-Reed <████@blackvotersmatterfund.org>
**Subject:** Re: Redistricting takeover registration link

Thanks Omari for making these edits. It looks great. we'll use this script. We're all set to launch on 2/4.

Let me know if you have any questions

██████

On Wed, Feb 2, 2022 at 12:34 AM Omari Ho-Sang <████@blackvotersmatterfund.org> wrote:
Hi ████

So there have been some updates to the venue due to bomb threats at HBCU's across the country, including Southern University, where the pep rally is supposed to be held. Due to that, the pep rally location is TBA. We are thinking it's going to be at McKinley High School, but don't have that confirmed yet. So we are okay with having the pep rally venue be TBA at this time, and having folks to register so that they can receive live updates. Folks can register here: https://www.mobilize.us/blackvotersmatter/event/438444/



Redistricting Takeover! · Black Voters Matter

www.mobilize.us

In terms of the script, this is my suggestion, however I'm leaning into your expertise on this:

**INITIAL TEXT:**
Hi Name, I'm Name, a volunteer w/ Black Voters Matter. Politicians are attempting to re-draw the lines of our district and divide our political power. The lines drawn will shape our community for the next *decade*, from schools to hospitals. We can push back & have an impact. We're holding a *Takeover Rally in Baton Rouge on Feb. 8th and Press & Testimony on Feb. 9th*. Can you join us?

**REPLIES:**
• **Yes**: Great! So Glad to hear you can join us. We're meeting at a *location TBA* on the evening of Feb. 8th and then at the State Capitol the next morning on Feb. 9th for a press conference. You can RSVP and find *live updates* about the *events* here:
[INSERT SHORTENED LINK]

• **Supportive wrong number or moved (Tag first)**

BVM-LA-Leg 0003724

Sorry about that, our list must be out of date. If you're in or around Baton Rouge on Feb.8th  or the morning of Feb. 9th we'd love for you to join the *events*. You can RSVP and find more information about the rallies here:
[INSERT SHORTENED LINK]

**No:**  I understand. Thanks for your time.



**Omari J. Ho-Sang**, *State Organizing Manager*
**Black Voters Matter Fund**
**DIRECT:**
**EMAIL:** ███@blackvotersmatterfund.org

**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** ██████████████

facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr | https://www.linkedin.com/company/black-voters-matter/

---

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

---

**From:** ████████████████████
**Sent:** Monday, January 31, 2022 8:08 PM
**To:** Omari Ho-Sang <████@blackvotersmatterfund.org>
**Cc:** Keturah Butler-Reed <████@blackvotersmatterfund.org>
**Subject:** Re: Redistricting takeover registration link

Hi Omari,

Thanks for submitting the campaign request.  I've been considering how we frame redistricting to folks who aren't involved in the process or in the know about redistricting and also do turnout for the events in Baton Rouge. I came up with the following script. This would go out to 119,000 Black folks with cells within 45 mins to an hr away from the State Capitol. We'll be launching this on the 4th due to our current que. Let me know if you'd like to make any changes to that plan.

**INITIAL TEXT:**
Hi Name, I'm Name, a volunteer w/ Black Voters Matter. Politicians are attempting to re-draw the lines of our district and divide our political power. The lines drawn will shape our community for the next 10 years, from schools to hospitals. We can push back & have an impact. We're holding rallies in Baton Rouge on Feb. 8th and Feb. 9th. Can you join us?

**REPLIES:**
•   **Yes**: Great! So Glad to hear you can join us. We're meeting at Southern Universityon the evening of Feb. 8th and then at the State Capitol the next morning on Feb. 9th for a press conference. You can RSVP and find more information about the rallies here:
[INSERT SHORTENED LINK]

•   **Supportive wrong number or moved (Tag first)**
Sorry about that, our list must be out of date. If you're in or around Baton Rouge on Feb.8th  or the morning of Feb. 9th we'd love for you to join the ralles.You can RSVP and find more information about the rallies here:
[INSERT SHORTENED LINK]

**No**: I understand. Thanks for your time.

██████

On Fri, Jan 28, 2022 at 8:40 AM Omari Ho-Sang <███@blackvotersmatterfund.org> wrote:
Good Morning ███

The Bus Tour was just approved last week, so we did not yet know that a tour was on the table. Turn out for the tour events in Baton Rouge are now our priority. Will complete the request for the tour to provide you the needed information. Feel free to reach out with any additional questions.

 Thanks so much!

Sincerely,
Omari



**Omari J. Ho-Sang**, *State Organizing Manager*

BVM-LA-Leg 0003727

**Black Voters Matter Fund**
**DIRECT:** ███████████
**EMAIL:** ██████@blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** ████████████████████
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr |https://www.linkedin.com/company/black-voters-matter/

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*

**From:** ████████████████████████
**Sent:** Thursday, January 27, 2022 2:07 PM
**To:** Omari Ho-Sang ██████@blackvotersmatterfund.org>
**Cc:** Keturah Butler-Reed ██████@blackvotersmatterfund.org>
**Subject:** Re: Redistricting takeover registration link

No worries! Thanks for sending this info.

I know we discussed doing texts for a virtual event that's taking place on the 1st, but I don't remember us discussing a bus tour. Anyway you or Keturah can submit a request for this? https://form.asana.com/?k=39ZvpiJ_ATX0-Mrf1CLG_g&d=524643913130691

It would cut down on the coordination needed to get the campaign built and help me understand exactly what you need, get things prepped and follow up for your confirmation and approval.  Otherwise I'd need to get the following from you in order to get this up and running:

• Bus tour locations with addresses and times for each stop?

• Should we be texting for every location and split the list?

• Should we reach all Black people w/ cells or is there a specific group?

• Is there a location you'd like to focus the mobilization power on to hit that 100 number?


Thanks!
████

On Wed, Jan 26, 2022 at 9:26 PM Omari Ho-Sang <██████@blackvotersmatterfund.org> wrote:
  Hi ████

Thanks so much for your patience! Here's the registration link for the Redistricting mobilization: https://www.mobilize.us/blackvotersmatter/event/438444/?force_banner=true&share_context=event_details&share_medium=copy_link

Let me know if you have any questions.

BVM-LA-Leg 0003728

Thanks so much!

Omari

Get [Outlook for iOS](#)

BVM-LA-Leg 0003729

**To:**     Omari Ho-Sang [@blackvotersmatterfund.org]
**Cc:**     Keturah Butler-Reed [@blackvotersmatterfund.org]
**Bcc:**    Louisiana Partners 2022; Funded Partners 2021; Redistricting Takeover; BVM Louisiana Central Region ; BVM Louisiana
Southern Region; BVM-Louisiana Northern Region;
**From:**   Omari Ho-Sang [@blackvotersmatterfund.org]
**Sent:**   Mon 2/14/2022 6:36:29 PM (UTC)
**Subject:** THANK YOU PARTNERS!!!!!! The Movement Continues...
THANK YOU.pdf

Good Afternoon Partners!

We hope that all of you are well, and had a restful and rejuvenating weekend. Our presence at The Louisiana
State Capitol for *The Redistricting Takeover* shook things up! Thanks to all of our partners that showed up and
showed out, we were able to inspire, advocate and light a fire under those who represent us on the state level!
This work would be IMPOSSIBLE without you all adding your super power to the mix. For that, we are endlessly
grateful! ***The movement continues...***

Tomorrow, **Tuesday, Feburary 15th at 6pm**, our 2nd Monday meetings will continue. We will have a special
guest in *Char Singleton, of The Movement Labs* to present on the broadcast text program. We will also discuss
next steps for the rest of the year.  This will be of tremendous use to us as we mobilize black folks to vote in the
upcoming 4 elections starting March 12th for early voting!

Be sure to register here: https://tinyurl.com/BVMFEB22

See you tomorrow evening!



**Omari J. Ho-Sang,** *State Organizing Manager*
**Black Voters Matter Fund**
**DIRECT:**
**EMAIL:**     @blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:**
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr |https://www.linkedin.co
m/company/black-voters-matter/

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named
above and for use consistent with the business discussed in this transmission. The information contained in this message is
privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are
hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have
received this communication in error, please notify me immediately by replying to the message and deleting it from your computer.
Thank you.*

# TO THE BEST PARTNERS ON THIS SIDE OF THE MISSISSIPPI...















# THE MOVEMENT CONTINUES...

BVM-LA-Leg 0000015

**To:** 
**Cc:** Omari Ho-Sang [ @blackvotersmatterfund.org]
**From:** Keturah Butler-Reed [ @blackvotersmatterfund.org]
**Sent:** Mon 2/28/2022 6:26:14 PM (UTC)
**Subject:** Redistricting Maps & Accountability Measures with Legislative Black Caucus

Hi

I am so glad to continue this work towards holding our elected officials following our Veto Rally last week. To reiterate some of your previous conversations with myself and Omari, one of our main initiatives this year are our Accountability campaigns throughout the year. Our current Accountability efforts in regard to Redistricting will include our #PointEm'Out Campaign in shedding a deeper light to the six members of the Legislative Black Caucus who voted against Fair and Equitable maps that increased Black Voting Power in our communities.

Our #PointEmOut campaign will consist of phone-banking, emailing, and utilizing social media kits our Governor to Veto the Maps and using the same methods reach out to all six Legislative Black Caucus members including your State Rep. Marcus Anthony Bryant, to encourage an explanation for their votes and overall accountability.

Our tentative date for you all to host your day for Accountability is March 4th, this Friday.

Please let me know if you would like to have a follow-up conversation and send your logo to add on our flyers.

In Unity,
**Keturah Butler-Reed**, She/her/hers
**Louisiana Regional Organizer**
**Black Voters Matter Fund**
**EMAIL:** @blackvotersmatterfund.org
**DIRECT:**
**WEBSITE:**www.blackvotersmatterfund.org
facebook.com/blackvotersmtr|twitter.com/blackvotersmtr|instagram.com/blackvotersmtr|
https://www.linkedin.com/company/black-voters-
matter/https://www.facebook.com/groups/329283305545394/?ref=share



NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the personal use of the recipient(s) named above. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.

BVM-LA-Leg 0000488

| **To:** | Black Voters Matter Fund |
|---|---|
| **Cc:** | Wanda Mosley[wanda@blackvotersmatterfund.org]; Omari Ho-Sang[omari@blackvotersmatterfund.org] |
| **From:** | Venkayla Haynes[venkayla@blackvotersmatterfund.org] |
| **Sent:** | Fri 3/4/2022 6:26:06 PM (UTC) |
| **Subject:** | Media Advisory/Talking Points Louisiana |

Good afternoon team! There has been a request for a Media Advisory and Talking Points for a Louisiana event, please see details below:

**Event Date**: March 7, 2022

Now is not the time to stay silent on issues that impact Black People in Louisiana. Black Legislators had an opportunity to finally create fair maps that strengthens our voting power. Not only did they fail to do so, they voted against the attempts of other Legislators to create equity in our districts. Black people of Louisiana deserve to know why. Help us hold them accountable.

We will have virtual press conference, Monday March 7th at noon, followed by the launch of the Point'emOut Campaign, designed to bring awareness and accountability to the actions of our elected public servants. #AccountabilitySeason #Point'emOut

Link to press conference: https://tinyurl.com/BVMPressCall322

I've copied in our Louisiana State Organizing Manager, Omari if you have any additional questions.



**Venkayla Haynes**, Digital *Communications Manager*
**Black Voters Matter Fund**
**DIRECT:** (470) 653-0031
**EMAIL:** venkayla@blackvotersmatterfund.org
**WEBSITE:** www.blackvotersmatterfund.org
**SCHEDULE A CALL:** https://calendly.com/venkaylacomms
facebook.com/blackvotersmtr | twitter.com/blackvotersmtr | instagram.com/blackvotersmtr | https://www.linkedin.com/company/black-voters-matter/

*NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the recipient(s) named above and for use consistent with the business discussed in this transmission. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.*



Exhibit
**PL 206**

**To:** La Southern Region Partners[████████@blackvotersmatterfund.org]
**Cc:** Omari Ho-Sang[████@blackvotersmatterfund.org]
**From:** Keturah Butler-Reed[████@blackvotersmatterfund.org]
**Sent:** Mon 3/7/2022 8:42:42 PM (UTC)
**Subject:** #VetoTheMaps & #PointEmOut Campaign

Case 3:22-cv-00178-SDD-SDJ    Document 281-1    08/22/24    Page 45 of 53

Good afternoon, Partners

We are so excited to be continuing the work with you all as we shift gears into **#AccountabilitySeason.** This year we are encouraging all our partners to join us in not only turning out Black Voters to the polls but making sure that those who make it to the office uphold their responsibilities in ensuring fair and equal representation in our communities.

The first actions towards our Accountability Initiative of the year will center around Redistricting. Our campaigns will consist of **phone-banking, emailing, and utilizing our social media toolkits to** urge Governor Edwards to Veto the maps. Using those same methods, we will also reach out to all six Legislative Black Caucus members that voted against fair and equitable maps. We are starting with the #VetoTheMap Campaign. For our #VetoTheMaps campaign we **are urging Governor Bel Edwards to Veto the Congressional, House and Senate Legislative, and BESE School Board Maps. We** are reminding him that the Black community stood behind him during the last Gubernatorial election and are asking him to stand behind us at this time.

Our other actions towards our Accountability initiative are the #PointEm'Out Campaign. We are shedding a deeper light on the **six members of the Legislative Black Caucus who voted with conservatives against Fair and Equitable maps that increased Black Voting Power in our communities.** As members of the Black community across the state of Louisiana that are impacted by the voting decisions of every Black Legislator during the Special Session irrespective of district, we are asking why **they voted against** adding additional Majority-Minority Districts.

<u>Campaign Instructions:</u>
- **Choose a day between March 7th and 14th to organize your volunteers to make calls for1 hour shifts from 8am - 5pm.**
- **Fill out this form to register your organization:** https://tinyurl.com/BVMLAForm
- **Share the flyers on social media using our social media toolkit**
- **Use this link to access the Scripts for phone-banking AND Flyers for social media toolkits** https://tinyurl.com/VetoAndPointEmOut

For any additional questions do not hesitate to reach out to myself or Omari. Have a great day!
**Keturah Butler-Reed**, She/her/hers
**Louisiana Regional Organizer**
**Black Voters Matter Fund**
**EMAIL:** ████@blackvotersmatterfund.org
**DIRECT:** ████████
**CALENDLY LINK:** ████████████
**WEBSITE:** www.blackvotersmatterfund.org
facebook.com/blackvotersmtr |twitter.com/blackvotersmtr |instagram.com/blackvotersmtr |
https://www.linkedin.com/company/black-voters-matter/  https://www.facebook.com/groups/329283305545394/?ref=share





Exhibit
PL 207

BVM-LA-Leg 0000383

NOTE: Please consider the environment before printing this email. This e-mail message is intended only for the personal use of the recipient(s) named above. The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.

 **Omari Ho-Sang**
March 9, 2022 · 🌐

···

Here's an example post for folks! But making it your own is what will move the people! Let me know if you have any questions!

### #PointEmOut
**Join us in holding our elected officials accountable!**

Call and email Senator Regina Barrow and ask her why she voted against fair maps!



(225)359-9400
BARROWR@LEGIS.LA.GOV

### #PointEmOut
**Join us in holding our elected officials accountable!**

Call and email Representative Travis Johnson and ask him why he voted against fair maps!



(225) 308-4269
HSE021@LEGIS.LA.GOV

### #PointEmOut
**Join us in holding our elected officials accountable!**

Call and email Representative Marcus Anthony Bryant and ask him why he voted against fair maps!



(337) 373-9380
HSE096@LEGIS.LA.GOV

### #PointEmOut
**Join us in holding our elected officials accountable!**

Call and email Representative Ken Brass and ask him why he voted against fair maps!



(225) 265-9005
BRASSK@LEGIS.LA.GOV

### #PointEmOut
**Join us in holding our elected officials accountable!**

Call and email Representative Jason Hughes and ask him why he voted against fair maps!

 +5

(504) 246-9707
HSE100@LEGIS.LA.GOV

 **Omari Ho-Sang** is with ▬▬▬▬▬ and **5 others**.
March 9, 2022 · 🌐

In Louisiana we've been fighting for fair maps during this Redistricting session. Fair maps for black people have never happened in this state.

Last month, we had an opportunity to finally have maps that represented Black people and give us an opportunity to elect people who look like us. That's in the Congressional, Supreme Court, House and Senate Legislative, and Board of Elementary and Secondary maps.

And in true form, Conservatives in the Louisiana Legislature fought against representation for Black people, but they didn't do it alone.

Republicans were joined by a handful of members of the Black Legislative Caucus who also voted against Fair Maps. We are pointing them out and asking you to join us in calling them and asking them WHY.

We are also demanding the Governor to Veto the Maps. Give his office a call now, as he only has until Sunday, March 14th to get his Veto in before the racist maps become law!
#PointEmOut #vetothemaps

😍👍 3                                                    Seen by 16

**Exhibit
PL 208**

# #PointEmOut

## Join us in holding our elected officials accountable!

Call and email Representative Jason Hughes and ask him why he voted against fair maps!



**(504) 246-9707**

**HSE100@LEGIS.LA.GOV**









BVM-LA-Leg 0005833

# #PointEmOut

## Join us in holding our elected officials accountable!

Call and email Representative Marcus Anthony Bryant and ask him why he voted against fair maps!



## (337) 373-9380
## HSE096@LEGIS.LA.GOV









BVM-LA-Leg 0005834

# #PointEmOut

## Join us in holding our elected officials accountable!

Call and email Representative Travis Johnson and ask him why he voted against fair maps!



**(225) 308-4269**

**HSE021@LEGIS.LA.GOV**









BVM-LA-Leg 0005835

# #PointEmOut

## Join us in holding our elected officials accountable!

Call and  email Senator Regina Barrow and ask her why she voted against fair maps!



## (225)359-9400

## BARROWR@LEGIS.LA.GOV









BVM-LA-Leg 0005836

# #Point**Em**Out

## Join us in holding our elected officials accountable!

Call and email Representative Adrian Fisher and ask him why he voted against fair maps!



### (318) 556-7001
### HSE016@LEGIS.LA.GOV









BVM-LA-Leg 0005839

# #PointEmOut

## Join us in holding our elected officials accountable!

Call and email Representative Ken Brass and ask him why he voted against fair maps!



**(225) 265-9005**

**BRASSK@LEGIS.LA.GOV**








BVM-LA-Leg 0005840