**NOVEMBER 28TH, 2023**

**(CALL TO THE ORDER OF THE COURT)**

**THE COURT:** GOOD MORNING, BE SEATED. THE PLAINTIFFS MAY CALL THEIR NEXT WITNESS.

**MS. KEENAN:** YOUR HONOR, WE DO HAVE A HANDFUL OF QUICK HOUSEKEEPING MATTERS FIRST, IF THAT'S OKAY?

**THE COURT:** YES.

**MS. KEENAN:** SO IT'S JUST THREE ITEMS, YOUR HONOR. MEGAN KEENAN FOR THE PLAINTIFFS. FIRST, DURING MS. (INAUDIBLE) DIRECT YESTERDAY, THE COURT NOTED THAT SEVERAL OF THE EXHIBITS HAD NONPUBLIC PERSONAL IDENTIFYING INFORMATION. WE DID UPLOAD THOSE EXHIBITS TO JERS WITH THE REDACTIONS. DO YOU NEED US TO LIST THE EXHIBITS THAT WERE REDACTED FOR THE RECORD OR IS IT OKAY THAT WE JUST UPLOADED THEM?

**THE COURT:** DID YOU SUPPLEMENT THE ONES THAT WERE IN THERE? SUZIE, HOW DO I NEED TO HANDLE THAT?

**MS. KEENAN:** I BELIEVE WE REPLACED THEM TO AVOID THE --

**THE COURT:** THE DUPLICATE.

**MS. KEENAN:** YES.

**THE COURT:** OKAY. THAT'S FINE.

**MS. KEENAN:** OKAY. SECOND, ALSO RELATED TO JERS, IN PREPARING WITH SOME WITNESSES LAST NIGHT, WE NOTICED TWO OTHER SMALL ERRORS ON JERS, WHICH WE'VE CORRECTED. WE JUST WANTED TO BRING IT TO THE COURT'S ATTENTION. THE FIRST IS JOINT EXHIBIT