United States District Court
Louisiana Middle District
Exhibits Log: 22cv00178-SDD-SDJ Bench Trial
Nairne et al v. Ardoin Bench Trial, 11/27/2023

| EXHIBIT | DESCRIPTION | RLS | SEAL |
| --- | --- | --- | --- |
| Pla-001 | Expert Report of Dr Lisa Handley | No | No |
| Pla-002 | CV of Dr Lisa Handley | No | No |
| Pla-003 | Appendix A1 from Lisa Handley Repor | No | No |
| Pla-004 | Appendix A2 from Lisa Handley Report | No | No |
| Pla-005 | Appendix A3 from Lisa Handley Report | No | No |
| Pla-006 | Appendix A4 from Lisa Handley Report | No | No |
| Pla-007 | Appendix A5 from Lisa Handley Report | No | No |
| Pla-008 | Appendix A6 from Lisa Handley Report | No | No |
| Pla-009 | Appendix A7 from Lisa Handley Report | No | No |
| Pla-010 | Appendix B1 from Lisa Handley Report | No | No |
| Pla-011 | Appendix B2 from Lisa Handley Report | No | No |
| Pla-016 | Supplemental Rebuttal Report from Dr Lisa Handley | No | No |
| Pla-017 | Appendix A from Dr Handley Supplemental Rebuttal Report | No | No |
| Pla-018 | Appendix B from Dr Handley Supplemental Rebuttal Report | No | No |
| Pla-019 | Appendix C from Dr Handley Supplemental Rebuttal Report | No | No |
| Pla-020 | Corrected Report for William Cooper 9-29-2023 | No | No |
| Pla-021 | Exhibit A Cooper CV to William Cooper Report | No | No |
| Pla-022 | Exhibit B to William Cooper Report | No | No |
| Pla-023 | Exhibit B-1 to William Cooper Report | No | No |
| Pla-024 | Exhibit B-2 to William Cooper Report | No | No |
| Pla-025 | Exhibit C-1 to William Cooper Report | No | No |
| Pla-026 | Exhibit C-2 to William Cooper Report | No | No |
| Pla-027 | Exhibit C-3 to William Cooper Report | No | No |
| Pla-028 | Exhibit D to William Cooper Report | No | No |
| Pla-029 | Exhibit E-1 to William Cooper Report | No | No |
| Pla-030 | Exhibit E-2 to William Cooper Report | No | No |
| Pla-031 | Exhibit F to William Cooper Report | No | No |
| Pla-032 | Exhibit G to William Cooper Report | No | No |
| Pla-033 | Exhibit H-1 Corrected to William Cooper Report | No | No |
| Pla-034 | Exhibit H-2 Corrected to William Cooper Report | No | No |
| Pla-035 | Exhibit H-3 Corrected to William Cooper Report | No | No |
| Pla-036 | Exhibit H-4 Corrected to William Cooper Report | No | No |
| Pla-037 | Exhibit H-5 Corrected to William Cooper Report | No | No |
| Pla-038 | Exhibit H-6 Corrected to William Cooper Report | No | No |
| Pla-039 | Exhibit H-7 Corrected to William Cooper Report | No | No |
| Pla-040 | Exhibit I-1 Corrected to William Cooper Report | No | No |
| Pla-041 | Exhibit I-2 Corrected to William Cooper Report | No | No |
| Pla-042 | Exhibit I-3 Corrected to William Cooper Report | No | No |
| Pla-043 | Exhibit I-4 Corrected to William Cooper Report | No | No |

| EXHIBIT | DESCRIPTION | RLS | SEAL |
|---|---|---|---|
| Pla-044 | Exhibit I-5 Corrected to William Cooper Report | No | No |
| Pla-045 | Exhibit I-6 Corrected to William Cooper Report | No | No |
| Pla-046 | Exhibit I-7 Corrected to William Cooper Report | No | No |
| Pla-047 | Exhibit J-1 to William Cooper Report | No | No |
| Pla-048 | Exhibit J-2 to William Cooper Report | No | No |
| Pla-049 | Exhibit J-3 to William Cooper Report | No | No |
| Pla-050 | Exhibit J-4 to William Cooper Report | No | No |
| Pla-051 | Exhibit J-5 to William Cooper Report | No | No |
| Pla-052 | Exhibit J-6 to William Cooper Report | No | No |
| Pla-053 | Exhibit J-7 to William Cooper Report | No | No |
| Pla-054 | Exhibit K-1 Corrected to William Cooper Report | No | No |
| Pla-055 | Exhibit K-2 to William Cooper Report | No | No |
| Pla-056 | Exhibit L-1 to William Cooper Report | No | No |
| Pla-057 | Exhibit L-2 Corrected to William Cooper Report | No | No |
| Pla-058 | Exhibit L-3 to William Cooper Report | No | No |
| Pla-059 | Exhibit L-4 Corrected to William Cooper Report | No | No |
| Pla-060 | Exhibit M-1 to William Cooper Report | No | No |
| Pla-061 | Exhibit M-2 to William Cooper Report | No | No |
| Pla-062 | Exhibit M-3 to William Cooper Report | No | No |
| Pla-063 | Exhibit M-4 to William Cooper Report | No | No |
| Pla-064 | Exhibit M-5 to William Cooper Report | No | No |
| Pla-065 | Exhibit M-6 to William Cooper Report | No | No |
| Pla-066 | Exhibit N-1 to Corrected William Cooper Report 9-29-2023 | No | No |
| Pla-067 | Exhibit N-2 to William Cooper Report | No | No |
| Pla-068 | Exhibit N-3 to William Cooper Report | No | No |
| Pla-069 | Exhibit N-4 to William Cooper Report | No | No |
| Pla-070 | Exhibit N-5 to William Cooper Report | No | No |
| Pla-071 | Exhibit N-6 to William Cooper Report | No | No |
| Pla-072 | Exhibit N-7 to William Cooper Report | No | No |
| Pla-073 | Exhibit O-1 Corrected William Cooper Report | No | No |
| Pla-074 | Exhibit O-2 to William Cooper Report | No | No |
| Pla-075 | Exhibit P-1 to William Cooper Report | No | No |
| Pla-076 | Exhibit P-2 Corrected to William Cooper Report | No | No |
| Pla-077 | Exhibit P-3 to William Cooper Report | No | No |
| Pla-078 | Exhibit P-4 Corrected to William Cooper Report | No | No |
| Pla-079 | Exhibit Q-1 to William Cooper Report | No | No |
| Pla-080 | Exhibit Q-2 to William Cooper Report | No | No |
| Pla-081 | Exhibit Q-3 to William Cooper Report | No | No |
| Pla-082 | Exhibit Q-4 to William Cooper Report | No | No |
| Pla-083 | Exhibit Q-5 to William Cooper Report | No | No |
| Pla-084 | Exhibit Q-6 to William Cooper Report | No | No |
| Pla-085 | Exhibit Q-7 to William Cooper Report | No | No |
| Pla-086 | Exhibit Q-8 to William Cooper Report | No | No |
| Pla-087 | Exhibit Q-9 to Corrected William Cooper Report 9-29-2023 | No | No |

| EXHIBIT | DESCRIPTION | RLS | SEAL |
|---|---|---|---|
| Pla-088 | Exhibit Q-10 to Corrected William Cooper Report 9-29-2023 | No | No |
| Pla-089 | William Cooper Rebuttal Report | No | No |
| Pla-090 | Exhibit B-1 to Cooper Rebuttal Report | No | No |
| Pla-091 | Exhibit B-2 to Cooper Rebuttal Report | No | No |
| Pla-092 | Exhibit B-3 to Cooper Rebuttal Report | No | No |
| Pla-093 | Exhibit C-1 to Cooper Rebuttal Report | No | No |
| Pla-094 | Exhibit C-2 to Cooper Rebuttal Report | No | No |
| Pla-095 | Exhibit D-1 to Cooper Rebuttal Report | No | No |
| Pla-096 | Exhibit D-2 to Cooper Rebuttal Report | No | No |
| Pla-097 | Exhibit D-3 to Cooper Rebuttal Report | No | No |
| Pla-098 | Exhibit D-4 to Cooper Rebuttal Report | No | No |
| Pla-100 | Exhibit E-2 to Cooper Rebuttal Report | No | No |
| Pla-101 | Exhibit E-3 to Cooper Rebuttal Report | No | No |
| Pla-102 | Exhibit E-4 to Cooper Rebuttal Report | No | No |
| Pla-103 | Exhibit F-1 to Cooper Rebuttal Report | No | No |
| Pla-104 | Exhibit F-2 to Cooper Rebuttal Report | No | No |
| Pla-105 | Exhibit F-3 to Cooper Reubttal Report | No | No |
| Pla-106 | Exhibit F-4 to Cooper Rebuttal Report | No | No |
| Pla-107 | Exhibit G-1 to Cooper Rebuttal Report | No | No |
| Pla-108 | Exhibit G-2 to Cooper Rebuttal Report | No | No |
| Pla-109 | Exhibit G-3 to Cooper Rebuttal Report | No | No |
| Pla-110 | Exhibit H-1 to Cooper Rebuttal Report | No | No |
| Pla-111 | Exhibit H-2 to Cooper Rebuttal Report | No | No |
| Pla-112 | Exhibit H-3 to Cooper Rebuttal Report | No | No |
| Pla-113 | Exhibit H-4 to Cooper Rebuttal Report | No | No |
| Pla-114 | Exhibit H-5 to Cooper Rebuttal Report | No | No |
| Pla-115 | Exhibit H-6 to Cooper Rebuttal Report | No | No |
| Pla-116 | Illustrative Senate 2023 expanded (replacement) | No | No |
| Pla-117 | Illustrative House 2023 expanded (replacement) | No | No |
| Pla-124 | Expert Report of Dr Blakeslee Gilpin | No | No |
| Pla-125 | CV of Dr Gilpin | No | No |
| Pla-126 | Expert Report of Dr Traci Burch | No | No |
| Pla-127 | CV of Dr Burch | No | No |
| Pla-128 | Supplemental Report of Dr Traci Burch | No | No |
| Pla-129 | Expert Report of Dr Craig E Colten | No | No |
| Pla-130 | CV of Craig E Colten | No | No |
| Pla-131 | Corrected Supplemental Report of Craig E Colten | No | No |
| Pla-132 | Rebuttal Report of Craig E Colten | No | No |
| Pla-163-a | 2015-2019 ACS Socioeconomic Charts for Parishes Pages 0001-2050 | No | No |
| Pla-163-b | 2015-2019 ACS Socioeconomic Charts for Parishes Pages 2051-end | No | No |
| Pla-184 | BVM-LA-Leg 0000573-0000591 | No | No |
| Pla-185 | BVM-LA-Leg 0001127-0001178 | No | No |
| Pla-186 | BVM-LA-Leg 0000518Redacted (replacement) | No | No |
| Pla-187 | BVM-LA-Leg 0000519-0000520 | | |

| EXHIBIT | DESCRIPTION | RLS | SEAL |
|---|---|---|---|
| Pla-188 | BVM-LA-Leg 0002982-0002984Redacted (replacement) | No | No |
| Pla-191 | BVM-LA-Leg 0002196-0002197Redacted (replacement) | No | No |
| Pla-192 | BVM-LA-Leg 0002691-0002692Redacted (replacement) | No | No |
| Pla-193 | BVM-LA-Leg 0002669-0002670Redacted (replacement) | No | No |
| Pla-194 | BVM-LA-Leg 0001116-0001119Redacted (replacement) | No | No |
| Pla-195 | BVM-LA-Leg 0005266-0005267Redacted (replacement) | No | No |
| Pla-196 | BVM-LA-Leg 0000990-0001002Redacted (replacement) | No | No |
| Pla-199 | BVM-LA-Leg 0001020-0001022Redacted (replacement) | No | No |
| Pla-200 | BVM-LA-Leg 0003722-0003729Redacted (replacement) | No | No |
| Pla-201 | VM-LA-Leg 0005349-0005352 | No | No |
| Pla-203 | BVM-LA-Leg 0000014-0000015Redacted (replacement) | No | No |
| Pla-204 | BVM-LA-Leg 0005694 | No | No |
| Pla-205 | BVM-LA-Leg 0000488Redacted (replacement) | No | No |
| Pla-206 | BVM-LA-Leg 0000474Redacted (replacement) | No | No |
| Pla-207 | BVM-LA-Leg 0000383-0000384Redacted (replacement) | No | No |
| Pla-208 | BVM-LA-Leg 0003053 0005833-36 0005840Redacted (replacement) | No | No |
| Pla-249 | SOS Voter Portal - Member1Redacted | No | No |
| Pla-249-a | SEALED - SOS Voter Portal - Unredacted | No | Yes |
| Pla-250 | SOS Voter Portal - Member2Redacted | No | No |
| Pla-250-a | SEALED - SOS Voter Portal - Unredacted | No | Yes |
| Pla-251 | SOS Voter Portal - Member3Redacted | No | No |
| Pla-251-a | SEALED - SOS Voter Portal - Unredacted | No | Yes |
| Pla-252 | SOS Voter Portal - Member4Redacted | No | No |
| Pla-252-a | SEALED - SOS Voter Portal - Unredacted | No | Yes |
| Pla-253 | SOS Voter Portal - Member5Redacted | No | No |
| Pla-253-a | SEALED - SOS Voter Portal - Unredacted | No | Yes |
| Pla-254 | SOS Voter Portal - Member6Redacted | No | No |
| Pla-254-a | SEALED - SOS Voter Portal - Unredacted | No | Yes |
| Pla-255 | SOS Voter Portal - Member7Redacted | No | No |
| Pla-255-a | SEALED - SOS Voter Portal - Unredacted | No | Yes |
| Pla-256 | SOS Voter Portal - Member8Redacted | No | No |
| Pla-256-a | SEALED - SOS Voter Portal - Unredacted | No | No |
| Joint-001 | JX 001 - NAACP-LA-Leg0000531-062 | No | No |
| Joint-002 | JX 002 - NAACP-LA-Leg0000628-0715 | No | No |
| Joint-003 | JX 003 - NAACP-LA-Leg0000716-0822 | No | No |
| Joint-004 | JX 004 - NAACP-LA-Leg0000913-1022 | No | No |
| Joint-005 | JX 005 - NAACP-LA-Leg0001023-1096 | No | No |
| Joint-006 | JX 006 - NAACP-LA-Leg0001151-1285 | No | No |
| Joint-007 | JX 007 - NAACP-LA-Leg0001286-1342 | No | No |
| Joint-008 | JX 008 - NAACP-LA-Leg0001343-1502 | No | No |
| Joint-009 | JX 009 - NAACP-LA-Leg0000823-0912 | No | No |
| Joint-010 | JX 010 - NAACP-LA-Leg1097-1150 | No | No |
| Joint-011 | JX 011 - Special Session HGA Committee Transcript dated February 7 2022 - NAACP-LA-Leg0001938-2124 | No | No |
| Joint-012 | JX 012 - Special Session HGA Committee Transcript dated February 8 2022 - NAACP-LA-Leg0002125-2265 | No | No |

| EXHIBIT | DESCRIPTION | RLS | SEAL |
|---|---|---|---|
| Joint-013 | JX 013 - Special Session HGA Committee Transcript dated February 9 2022 - NAACP-LA-Leg0002266-2357 | No | No |
| Joint-014 | JX 014 - Special Session HGA Committee Transcript dated February 10 2022 - NAACP-LA-Leg0002358-257 | No | No |
| Joint-015 | JX 015 - Special Session HGA Committee Transcript dated February 11 2022 - NAACP-LA-Leg0002572-266 | No | No |
| Joint-016 | JX 016 - Special Session HGA Committee Transcript dated February 14 2022 - NAACP-LA-Leg0002669-272 | No | No |
| Joint-017 | JX 017 amended 1027 - Special Session HGA Committee Transcript dated February 15 2022 LDTX56 | No | No |
| Joint-018 | JX 018 - Special Session HGA Committee Transcript dated February 16 2022 - NAACP-LA-Leg0002730-291 | No | No |
| Joint-019 | JX 019 - Special Session House Full Floor Debate Transcript dated February 14 2022 - NAACP-LA-Leg | No | No |
| Joint-020 | JX 020 - Special Session House Full Floor Debate Transcript dated February 15 2022 - NAACP-LA-Leg | No | No |
| Joint-021 | JX 021 amended 1027 - Special Session SGA Committee Transcript - 222022 LDTX11 | No | No |
| Joint-022 | JX 022 - Special Session SGA Committee Transcript - 232022 - NAACP-LA-Leg0002969-2985 | No | No |
| Joint-023 | JX 023 - Special Session SGA Committee Transcript - 242022 - NAACP-LA-Leg0002986-3019 | No | No |
| Joint-024 | JX 024 - Special Session Senate Full Floor Debate Transcript - 282022 - NAACP-LA-Leg0003086-3138 | No | No |
| Joint-025 | JX 025 - amended 1027 - Special Session SGA Committee Transcript - 282022 LDTX57 | No | No |
| Joint-026 | JX 026 - LDTX13 | No | No |
| Joint-027 | JX 027 - LDTX19 | No | No |
| Joint-028 | JX 028 - LDTX22 | No | No |
| Joint-029 | JX 029 - LDTX24 | No | No |
| Joint-030 | JX 030 - LDTX26 | No | No |
| Joint-031 | JX 031 - LDTX27 | No | No |
| Joint-032 | JX 032 - LDTX30 | No | No |
| Joint-033 | JX 033 - LDTX31 | No | No |
| Joint-034 | JX 034 - LDTX32 | No | No |
| Joint-035 | JX 035 - HB 14 - final | No | No |
| Joint-036 | JX 036 - SB 1 - final | No | No |
| Joint-037 | JX 037 - SB 17 - Original Bill Text | No | No |
| Joint-038 | JX 038 - SB 17 - Block Equivalency File (replacement) | No | No |
| Joint-039 | JX 039 - HB 14 - Amendment 62 Glover | No | No |
| Joint-040 | JX 040 - HB 14 - Amendment 90 Glover | No | No |
| Joint-041 | JX 041 - HB 14 - Amendment 113 Glover | No | No |
| Joint-042 | JX 042 - HB 21 - Original Bill Text | No | No |
| Joint-043 | JX 043 - HB 21 - Block Equivalency File Original Bill (replacement) | No | No |
| Joint-044 | JX 044 - HB 21 - Amendment 91 Glover | No | No |
| Joint-045 | JX 045 - HB 23 - Original Bill Text | No | No |
| Joint-046 | JX 046 - HB 23 - Block Equivalency File (replacement) | No | No |
| Joint-047 | JX 047 - HB 24 - Original Bill Text | No | No |
| Joint-048 | JX 048 - HB 24 - Block Equivalency File Original Bill (replacement) | No | No |
| Joint-049 | JX 049 - SB 1 - Amendment 155 Glover | No | No |
| Joint-050 | JX 050 - LDTX35 | No | No |
| Joint-051 | JX 051 - LDTX36 | No | No |
| Joint-052 | JX 052 - LDTX37 | No | No |
| Joint-053 | JX 053 - LDTX55 | No | No |
| Joint-054 | JX 054 (replacement) | No | No |
| Joint-055 | JX 055 - HB 16 | No | No |
| Joint-056 | JX 056 - Joint Rule 21 | No | No |