IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

### DEFENDANT'S MOTION TO CONFIRM THE SCOPE OF THE COURT'S INJUNCTION

Defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana (the "Secretary"), by and through undersigned counsel, hereby moves this Court for an order confirming that she can conduct the elections mandated by President of the Louisiana Senate J. Cameron Henry, Jr.'s December 11, 2023 proclamations made pursuant to Article II, Section 4(D) of the Louisiana Constitution and Louisiana Revised Statutes Section 18:601 to fill vacancies in SD14 and SD23 prior to the start of the Legislature's 2025 Regular Session. For reasons set forth in the accompanying memorandum in support, which are incorporated herein by reference, the Secretary interprets the Court's February 8, 2024 injunction, Rec. Doc. 233, to prohibit her from conducting the October 2027 regularly scheduled legislative elections under H.B. 1 and S.B. 14, unless the Court's injunction is otherwise altered by the Fifth Circuit or the Supreme Court of the United States. The Secretary does not currently understand the Court's injunction to apply to these two vacancy elections. In the alternative, should this Court disagree with the Secretary's interpretation of its previous orders, the Secretary respectfully moves for a stay of this Court's February 8, 2024 Injunction Order as to Senate Districts 14 and 23.

Respectfully submitted this the 23rd day of December, 2024.

/s/ Phillip J. Strach
Phillip J. Strach*
    *Lead Counsel*
Alyssa M. Riggins*
Cassie A. Holt*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com

/s/ John C. Walsh
John C. Walsh, LA Bar Roll No. 24903
John C. Conine, Jr., LA Bar Roll No. 36834
**SHOWS, CALL & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467
john@scwllp.com
coninej@scwllp.com
* *Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Secretary of State of Louisiana*