# Exhibit 1

**SENATE
STATE OF LOUISIANA**



**OFFICE**
101 W. Farrel Road
Bldg. 5, Suite 100
Lafayette, LA 70508

**EMAIL**
sen23@legis.la.gov

**COMMITTEES**
Commerce, Consumer Protection &
International Affairs, Vice Chair
Judiciary B
Labor & Industrial Relations
Legislative Audit Advisory Council

**Jean-Paul P. Coussan**
SENATOR ~ DISTRICT 23

November 21, 2024

The Honorable J. Cameron Henry, Jr.
President of the Senate
900 N. Third Street
Baton Rouge, LA 70802

Dear President Henry,

I am truly grateful for the opportunity to have served alongside you and our dedicated colleagues in the Senate and the House of Representatives.

As you are aware, I have been elected as Public Service Commissioner for District 2. Accordingly, I am submitting my resignation from the Senate, effective December 31, 2024.

I extend my sincere thanks to you for your collaboration, guidance, and support. It has been a privilege to contribute to the meaningful work of this legislative body, and I look forward to witnessing your continued leadership that will shape the future of our state.

Please accept my heartfelt appreciation and best wishes for the Senate's ongoing success.

Respectfully,

*[signature]*

Jean-Paul Coussan
State Senator, District 23

*[Notary signature: Monica B. Waguespack]*
MONICA B. WAGUESPACK
Notary Public
State of Louisiana
Notary ID #51628
My Commission is For Life

# SENATE
## STATE OF LOUISIANA



**Cleo Fields**
State Senator

**State Capitol Office:**
P.O. Box 94183
Baton Rouge, LA 70804
Suite B274
(225) 342-9845

**District Office:**
2147 Government Street
Baton Rouge, LA 70806
(225) 342-9514

**Committees**
Senate and Governmental Affairs,
  Chairman
Finance
Labor and Industrial Relations
Senate Executive Committee
Senate Select Committee on
  Homeland Security
Joint Legislative Committee
  on the Budget

**RECEIVED**
DEC 0 9 2024
SENATE
PRESIDENT'S
OFFICE

December 4, 2024

The Honorable Cameron Henry
President of the Louisiana State Senate
P.O. Box 94183
Baton Rouge, LA 70804

Dear President Henry:

Please accept this letter as my formal resignation as State Senator of District 14, effective December 31, 2024. Representing the people of District 14 has been one of the greatest honors of my life, and I am deeply grateful for the support they have shown me throughout my tenure.

As I prepare to serve Louisiana's 6th Congressional District in the United States House of Representatives, I do so with immense pride in the work that my colleagues and I have accomplished together in the State Senate. Although I will miss serving in this capacity, I remain committed to the progress and prosperity of our great state and will always treasure the relationships and experiences I have gained as a member of this esteemed body.

Thank you for your leadership and friendship. It has been an honor to serve with you.

Sincerely,

*Cleo Fields*
Cleo Fields
State Senator

Sworn to and signed before me on this
4th day of December, 2024.

By: *Miquela Charles 6m*
    NOTARY PUBLIC LBN 25406