# Exhibit 2



# Louisiana Senate

## PROCLAMATION

**WHEREAS,** a vacancy exists in the office of State Senator, District 23 due to the resignation of Senator Jean-Paul Coussan, effective December 31, 2024; and

**WHEREAS,** Louisiana Revised Statutes 18:601 provides that such vacancy shall be filled by special election called by the President of the Senate.

**NOW, THEREFORE I,** J. Cameron Henry, Jr., President of the Senate of the Legislature of Louisiana, do hereby issue this notice, call, and proclamation for a special primary and special general election to be held throughout the jurisdiction of State Senate District 23, for the purpose of electing a State Senator.

Any qualified person desiring to become a candidate for the office shall file the notice of candidacy, accompanied either by a qualifying fee or a nominating petition, as required or authorized by law, with the appropriate election official in the manner and form and under the procedures and conditions provided by Subpart B of Part IV of Chapter 5, or any other applicable provision, of Title 18 of the Louisiana Revised Statutes of 1950, during the period commencing on Tuesday, January 7, 2025, and ending at 4:30 p.m. on Thursday, January 9, 2025.

The election herein called, noticed, and provided for and proclaimed shall be held and conducted under the applicable provisions of the Louisiana Election Code, being Title 18 of the Louisiana Revised Statutes of 1950.

I hereby fix the date of the primary election for Saturday, February 15, 2025, and the date for the general election for Saturday, March 29, 2025, at the times and places and in the manner prescribed by law.

Accordingly, I now authorize, request, direct, and empower the Secretary of State, the Commissioner of Elections, the Parish Board of Election Supervisors for the parish of Lafayette, the clerk of court, the Registrars of Voters and all other persons charged with any power, function, right, duty, or responsibility in conducting elections in the jurisdiction of State Senate District 23, to exercise every lawful function, do every act necessary to conduct elections, cause the returns thereof to be made, and in general to perform all related and incidental functions necessary to canvass and promulgate the results thereof.

**IN WITNESS WHEREOF,** I have hereunto set my hand officially and caused to be affixed the Seal of the Senate of Louisiana, at the Capitol, in the city of Baton Rouge, on this _11th_ day of _December_, 2024.

J. Cameron Henry, Jr.
**President of the Senate**

**ATTEST BY**
**THE SECRETARY**

Yolanda J. Dixon
**Secretary of the Senate**

# Louisiana Senate

## PROCLAMATION

**WHEREAS,** a vacancy exists in the office of State Senator, District 14, parish of East Baton Rouge, due to the resignation of Senator Cleo Fields, effective December 31, 2024; and

**WHEREAS,** Louisiana Revised Statutes 18:601 provides that such vacancy shall be filled by special election called by the President of the Senate.

**NOW, THEREFORE I**, J. Cameron Henry, Jr., President of the Senate of the Legislature of Louisiana, do hereby issue this notice, call, and proclamation for a special primary and special general election to be held throughout the jurisdiction of State Senate District 14, for the purpose of electing a State Senator.

Any qualified person desiring to become a candidate for the office shall file the notice of candidacy, accompanied either by a qualifying fee or a nominating petition, as required or authorized by law, with the appropriate election official in the manner and form and under the procedures and conditions provided by Subpart B of Part IV of Chapter 5, or any other applicable provision of Title 18 of the Louisiana Revised Statutes of 1950, during the period commencing on Tuesday, January 7, 2025, and ending at 4:30 p.m. on Thursday, January 9, 2025.

The election herein called, noticed, and provided for and proclaimed shall be held and conducted under the applicable provisions of the Louisiana Election Code, being Title 18 of the Louisiana Revised Statutes of 1950.

I hereby fix the date of the primary election for Saturday, February 15, 2025, and the date for the general election for Saturday, March 29, 2025, at the times and places and in the manner prescribed by law.

Accordingly, I now authorize, request, direct, and empower the Secretary of State, the Commissioner of Elections, the Parish Board of Election Supervisors for the parish of East Baton Rouge, the clerk of court, the Registrar of Voters and all other persons charged with any power, function, right, duty, or responsibility in conducting elections in the jurisdiction of State Senate District 14, to exercise every lawful function, do every act necessary to conduct elections, cause the returns thereof to be made, and in general, to perform all related and incidental functions necessary to canvass and promulgate the results thereof.

**IN WITNESS WHEREOF**, I have hereunto set my hand officially and caused to be affixed the Seal of the Senate of Louisiana, at the Capitol, in the city of Baton Rouge, on this 19th day of December, 2024.

J. Cameron Henry, Jr.
**President of the Senate**

**ATTEST BY**
**THE SECRETARY**

Yolanda J. Dixon
Secretary of the Senate