# Exhibit List

Exhibit A: Email from M. Keenan to P. Strach, et al. (Dec. 17, 2024)