# EXHIBIT A

**Outlook**

### LA State Senate Special Elections - Nairne Injunction

**From** Megan Keenan <MKeenan@aclu.org>

**Date** Tue 12/17/2024 5:54 PM

**To** Phil Strach <phil.strach@nelsonmullins.com>; alyssa.riggins@nelsonmullins.com <alyssa.riggins@nelsonmullins.com>; cassie.holt@nelsonmullins.com <cassie.holt@nelsonmullins.com>; John Conine <coninej@scwllp.com>; john@scwllp.com <john@scwllp.com>

**Cc** Aguinaga, Ben <AguinagaJ@ag.louisiana.gov>; Bokat-Lindell, Noah (CRT) <Noah.Bokat-Lindell@usdoj.gov>; rraile@bakerlaw.com <rraile@bakerlaw.com>; Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; Freeman, Daniel (CRT) <Daniel.Freeman@usdoj.gov>; Colin Burke <cburke@naacpldf.org>; Sarah Brannon <sbrannon@aclu.org>; Giglio, Amanda <agiglio@cozen.com>; de Leeuw, Michael <mdeleeuw@cozen.com>; External - John Adcock <jnadcock@gmail.com>; Bahn, Josephine M. <jbahn@cozen.com>; Nora Ahmed <Nahmed@laaclu.org>; Ron Wilson <cabral2@aol.com>; Stuart Naifeh <snaifeh@naacpldf.org>; Sara Rohani <srohani@naacpldf.org>; jevans <jevans@naacpldf.org>; Clark, Robert <RobertClark@cozen.com>; Margulis, David <dmargulis@cozen.com>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>

Counsel:

We have become aware that the Secretary intends to conduct elections for two seats in the State Senate, with primary races scheduled for February 15, 2025 and a general election on March 29, 2024. As you are aware, following our trial, the district court "ORDERED that elections under S.B. 1 and H.B. 14 be and are hereby ENJOINED." *Nairne v. Ardoin*, 715 F. Supp. 3d 808, 878 (M.D. La. 2024). Please confirm, as soon as possible, whether a new State Senate map will be implemented in time for the upcoming election.

Best,
Megan


**Megan Keenan**
Pronouns: she/her

Staff Attorney, Voting Rights Project
American Civil Liberties Union
915 15th St. NW, Washington, DC
740.632.0671 | mkeenan@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*