IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>*Defendant.* | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

## MOTION TO STRIKE INCORRECTLY FILED DOCUMENTS

Plaintiffs seek to strike incorrectly filed documents, ECF 287 and ECF 289, from the record due to the incorrect filing procedures, including the lack of a separate exhibit list for the singular exhibit attached to ECF 287 and not including the signature from the local counsel. These documents are replaced by a corrected filing, ECF 290.

Dated: January 7, 2025

Respectfully submitted,

/s/ John Adcock

Stuart Naifeh*
Victoria Wenger*
NAACP Legal Defense & Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006
snaifeh@naacpldf.org
vwenger@naacpldf.org

John Adcock (La. Bar No. 30372)
Adcock Law LLC
Louisiana Bar No. 30372 3110 Canal St.
New Orleans, LA 701119
jnadcock@gmail.com

/s/ Sarah Brannon

Sara Rohani*
NAACP Legal Defense & Educational Fund

700 14th Street, Suite 600
Washington, DC 20005
srohani@naacpldf.org

Sarah Brannon*†
Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th St. NW Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Michael de Leeuw* Amanda Giglio* Cozen O'Connor
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Sophia Lin Lakin*
Dayton Campbell-Harris*†

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org

Josephine Bahn* Cozen
O'Connor 1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

T. Alora Thomas-Lundborg*
Daniel J. Hessel*
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Robert S. Clark* Cozen
O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
RobertClark@cozen.com

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com

Nora Ahmed*
NY Bar No. 5092374
ACLU Foundation of Louisiana 1340 Poydras St, Ste. 2160 New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

*Attorneys for Plaintiffs*
*\*Admitted pro hac vice.*
*†Practice is limited to federal court.*

2

## CERTIFICATE OF SERVICE

I certify that on January 7, 2025, this document was filed electronically on the Court's electronic case filing system on behalf of all parties. Notice of the filing will be served on all counsel of record through the Court's system. Copies of the filing are available on the Court's system.

/s/ Sarah Brannon
Sarah Brannon (admitted pro hac vice)
American Civil Liberties Union Foundation

*Counsel for Plaintiffs*