IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

**JOINT NOTICE OF FILING PROPOSED ORDER**

NOW COME the parties[1] in the above-captioned matter, by and through undersigned counsel, and pursuant to this text order entered on January 14, 2025 (Rec. Doc. 292[2]), jointly submit the proposed order attached as **Exhibit 1** for the Court's consideration.

Respectfully submitted, this the 22nd day of January, 2025.

| | |
|---|---|
| */s/ John Adcock* <br> John Adcock (La. Bar No. 30372) <br> Adcock Law LLC <br> Louisiana Bar No. 30372 <br> 3110 Canal Street <br> New Orleans, LA 701119 <br> jnadcock@gmail.com <br><br> Megan C. Keenan (admitted pro hac vice) <br> Sarah Brannon (admitted pro hac vice) <br> American Civil Liberties Union Foundation <br> 915 15th St. NW <br> Washington, DC 20005 <br> sbrannon@aclu.org <br> mkeenan@aclu.org | */s/Philip J. Strach* <br> Phillip J. Strach* <br>     *Lead Counsel* <br> Alyssa M. Riggins* <br> Cassie A. Holt* <br> **NELSON MULLINS RILEY & SCARBOROUGH LLP** <br> 301 Hillsborough Street, Suite 1400 <br> Raleigh, North Carolina 27603 <br> Ph: (919) 329-3800 <br> phil.strach@nelsonmullins.com <br> alyssa.riggins@nelsonmullins.com <br> cassie.holt@nelsonmullins.com <br><br> */s/ John C. Walsh* <br> John C. Walsh, LA Bar Roll No. 24903 |

---

[1] The parties include Plaintiffs, Defendant, and Intervenor-Defendants. The United States takes no position on the joint notice and proposed order.

[2] The text order referred to SD14 and SD17, but the districts at issue are SD14 and SD23. *See* Rec. Docs. 285-286, 290.

Sophia Lin Lakin (admitted pro hac vice)
Dayton Campbell-Harris (admitted pro hac vice)*
Garrett Muscatel (admitted pro hac vice)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org
gmuscatel@aclu.org


T. Alora Thomas-Lundborg (admitted pro hac vice)
Daniel J. Hessel (admitted pro hac vice)
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Nora Ahmed
NY Bar No. 5092374 (admitted pro hac vice)
Pronouns: she, her, hers
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org


Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com


 *Practice is limited to federal court.


Leah Aden (admitted pro hac vice)
Stuart Naifeh (admitted pro hac vice)
Victoria Wenger (admitted pro hac vice)
NAACP Legal Defense & Educational Fund

John C. Conine, Jr., LA Bar Roll No. 36834
**SHOWS, CALL & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467
john@scwllp.com
coninej@scwllp.com
* *Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Secretary of State of Louisiana*


*/s/Morgan Brungard*
Elizabeth B. Murrill (LSBA No. 20685)
   Louisiana Attorney General
Morgan Brungard (LSBA No. 40298)
Carey Tom Jones (LSBA No. 07474)
Amanda M. LaGroue (LSBA No. 35509)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
jonescar@ag.louisiana.gov
brungardm@ag.louisiana.gov
LaGroueA@ag.louisiana.gov

Jason B. Torchinsky (DC 976033)*
Phillip M. Gordon (DC 1531277)*
Brennan A.R. Bowen (AZ 036639)*
Holtzman Vogel Baran
Torchinsky & Josefiak, PLLC
15405 John Marshall Highway
Haymarket, VA 20169
(540) 341-8808 phone
(540) 341-8809 fax
jtorchinsky@holtzmanvogel.com
pgordon@holtzmanvogel.com
bbowen@holtzmanvogel.com

2

40 Rector Street, 5th Floor
New York, NY 10006
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

I. Sara Rohani (admitted pro hac vice)
NAACP Legal Defense & Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
srohani@naacpldf.org

Michael de Leeuw (admitted pro hac vice)
Amanda Giglio (admitted pro hac vice)
Cozen O'Connor
3 WTC, 175 Greenwich St.,
55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Josephine Bahn (admitted pro hac vice)
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

Robert S. Clark (admitted pro hac vice)
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
RobertClark@cozen.com

*Attorneys for Plaintiffs*

*Counsel for Defendant State of Louisiana*

By: */s/Michael Mengis*
LA Bar No. 17994
BAKERHOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Fax: (713) 751-1717
Email: mmengis@bakerlaw.com

E. Mark Braden*
Katherine L. McKnight*
Richard B. Raile*
BAKERHOSTETLER LLP
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Patrick T. Lewis*
BAKERHOSTETLER LLP
127 Public Square, Ste. 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
Robert J. Tucker*
BAKERHOSTETLER LLP
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com

* *Admitted pro hac vice*

*Counsel for Legislative Intervenors*

3