IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

## ORDER

This matter comes before the Court on a Motion to Confirm the Scope of the Court's Injunction filed by Defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana ("Defendant" or "Movant"), Rec. Docs. 285-86, filed on December 23, 2024, seeking to confirm that the Court's Injunction Order, Rec. Doc. 233 (the "Injunction Order"), does not apply to vacancy elections for SD14 and SD23 or, in the alternative, seeking a partial stay of the Injunction Order to allow special elections to fill the current vacancies in SD14 and SD23 to proceed. *See* La. Const. art. 3, § 4(D); Louisiana R.S. § 18:601. Plaintiffs opposed the Motion, but agreed that, short of holding an immediate remedial hearing, the alternative relief of a partial and narrowly crafted stay is reasonable. [Rec. Doc. 290].

Upon consideration of the motion and response(s) thereto, Movant's request for an Order decreeing that elections to fill the current vacancies for SD14 and SD23 are not within the Injunction Order is DENIED, but Movant's alternative request that the Court enter a partial stay of the Injunction Order to allow special elections to fill the current vacancies for SD14 and SD23 to proceed is GRANTED.

It is hereby ORDERED that the Injunction Order, Rec. Doc. 233, is partially stayed solely for the purpose of allowing special elections to be held under S.B. 1 to fill the current vacancies for SD14 and SD23 to proceed in accordance with La. Const. art. 3, § 4(D) and Louisiana R.S. § 18:601.

SO ORDERED.

This the 23rd day of January, 2025.

_Shelly D. Dick_

Chief Judge Shelly D. Dick