UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes Defendant, NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, who respectfully requests that JOHN C. CONINE, JR. (La. Bar Roll No. 36834) be allowed to withdraw as counsel of record for Defendant in the above-captioned matter. Mr. Conine's employment with Shows, Cali & Walsh, L.L.P. will conclude on January 30, 2025. All other counsel of record for Defendant consent to this motion and shall remain counsel for Defendant. There is no indication that this withdrawal will cause any disruption in representation or ongoing litigation as a result.

In addition, Defendant requests substitution of BROOKE R. YDARRAGA (La. Bar Roll No. 41000) of the law firm Shows, Cali & Walsh, L.L.P., 628 St. Louis St. (70802), P.O. Drawer 4425, Baton Rouge, Louisiana, 70821; telephone (225) 346-1461; facsimile (225) 346-1467, as counsel of record. The addition of Mrs. Ydarraga as counsel of record for Defendant will neither hinder nor delay the progress of this matter.

WHEREFORE, Defendant, NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, respectfully requests that JOHN C. CONINE, JR. be withdrawn as counsel of record for Defendant in the above-captioned matter. Defendant also requests that BROOKE R.

1

YDARRAGA be substituted as counsel of record, and that BROOKE R. YDARRAGA be added to the list of e-noticing recipients so that she may hereinafter receive notice of all actions in the referenced matter, through the inclusion of the email address of brooke@scwllp.com.

      Respectfully submitted,

      */s/ John C. Conine, Jr.*
      John C. Walsh, LA Bar Roll No. 24903
      John C. Conine, Jr., LA Bar Roll No. 36834
      Brooke R. Ydarraga, LA Bar Roll No. 41000
      **SHOWS, CALL & WALSH, L.L.P.**
      628 St. Louis St. (70802)
      P.O. Box 4425
      Baton Rouge, LA 70821
      Ph: (225) 346-1461
      Fax: (225) 346-1467
      john@scwllp.com
      coninej@scwllp.com
      brooke@scwllp.com

      */s/ Phillip J. Strach*
      Phillip J. Strach*
      *Lead Counsel*
      Alyssa M. Riggins*
      Cassie A. Holt*
      **NELSON MULLINS RILEY & SCARBOROUGH LLP**
      301 Hillsborough Street, Suite 1400
      Raleigh, North Carolina 27603
      Ph: (919) 329-3800
      phil.strach@nelsonmullins.com
      alyssa.riggins@nelsonmullins.com
      cassie.holt@nelsonmullins.com
      * *Admitted pro hac vice*

      *Counsel for Defendant NANCY LANDRY, in her official capacity as Secretary of State of Louisiana*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of January, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel by operation of the court's electronic filing system.

*s/ John C. Conine, Jr.*
JOHN C. Conine, Jr.