UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, *Plaintiffs,* v. R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ Chief Judge Shelly D. Dick Magistrate Judge Scott D. Johnson |

## ORDER

Considering the foregoing *Motion to Withdraw and Substitute Counsel of Record*,

**IT IS HEREBY ORDERED** that John C. Conine, Jr. of the law firm Shows, Cali & Walsh, L.L.P., is withdrawn as counsel of record and Brooke R. Ydarraga of the law firm Shows, Cali & Walsh, L.L.P. is substituted as counsel of record for Defendant in this matter.

Baton Rouge, Louisiana, on this _____ day of _____, 2025.

_____
JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA