IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, | |
| *Plaintiffs,* | Civil Action No. 3:22-cv-00178-SDD-SDJ |
| v. | Chief Judge Shelly D. Dick |
| R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | Magistrate Judge Scott D. Johnson |
| *Defendant.* | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, Phillip Michael Gordon, Andrew B. Pardue, and Brennan A.R. Bowen of the Law Firm Holtzman Vogel Baran Torchinsky & Josefiak PLLC and hereby moves the Court for an order allowing them to withdraw as counsel as they are leaving the firm and will no longer be representing Defendant State of Louisiana. Attorney's Jason B. Torchinsky, Elizabeth B. Murrill, Morgan Brungard, Carey Tom Jones, and Amanda M. LaGroue will continue to serve as counsel of record for the Plaintiffs.

WHEREFORE, Phillip M. Gordon and Brennan A.R. Bowen pray this Honorable Court grant their motion and issue an order permitting their withdrawal as counsel of record.

Respectfully submitted this the 29th day of January, 2025.

1

/s/    Elizabeth B. Murrill
Elizabeth B. Murrill (LSBA No. 20685)
   Louisiana Attorney General
Morgan Brungard (LSBA No. 40298)
Carey Tom Jones (LSBA No. 07474)
Amanda M. LaGroue (LSBA No. 35509)

Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
jonescar@ag.louisiana.gov
brungardm@ag.louisiana.gov
LaGroueA@ag.louisiana.gov

/s/ Jason B. Torchinsky
Jason B. Torchinsky (DC 976033)*
Holtzman Vogel Baran
Torchinsky & Josefiak, PLLC
15405 John Marshall Highway
Haymarket, VA 20169
(540) 341-8808 phone
(540) 341-8809 fax
jtorchinsky@holtzmanvogel.com

_____
Andrew B. Pardue (VSB 95926)*
Holtzman Vogel Baran
Torchinsky & Josefiak, PLLC
15405 John Marshall Highway
Haymarket, VA 20169
(540) 341-8808 phone
(540) 341-8809 fax
apardue@holtzmanvogel.com

2

_____
Phillip M. Gordon (DC 1531277)*
**NAMAN HOWELL SMITH & LEE**
400 Austin Ave., Suite 800
Waco, TX 76701
Phone: 254.755.4100
Fax: 254.754.6331
pgordon@namanhowell.com


_____
Brennan A.R. Bowen (AZ 036639)*
FRAZIER LAW
7702 E. Doubletree Ranch Road
Suite 300
Scottsdale, AZ 85258
BBowen@frazierlawpllc.net


*Counsel for Defendant State of Louisiana*