## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, | Civil Action No. 3:22-cv-00178-SDD-SDJ |
| *Plaintiffs,* | |
| v. | Chief Judge Shelly D. Dick |
| R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | Magistrate Judge Scott D. Johnson |
| *Defendant.* | |

## **ORDER**

CONSIDERING the foregoing Motion to Withdraw as Counsel*:*

IT IS ORDERED that the Motion is GRANTED, and Phillip M. Gordon, Andrew B. Pardue, and Brennan A.R. Bowen re hereby withdrawn as additional counsel for the Defendant State of Louisiana, in the above captioned matter.

READ SIGNED AND DATED this _____ day of _____, 2025.

_____
United States District Court, Middle District of Louisiana

1