IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, | Civil Action No. 3:22-cv-00178-SDD-SDJ |
| *Plaintiffs,* | |
| v. | Chief Judge Shelly D. Dick |
| R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | Magistrate Judge Scott D. Johnson |
| *Defendant.* | |

## **DEFENDANT'S MOTION FOR PARTIAL STAY**

Defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana (the "Secretary"), by and through undersigned counsel, hereby moves the court to stay its February 8, 2024 Injunction Order, Rec. Doc. as to House Districts ("HD") 45 and 67 for the purpose of allowing special elections to be held to under H.B. 14 to fill the vacancies for HD45 and HD67. For the same reasons set forth in this Court's prior Order of Partial Stay entered on January 23, 2025, Rec. Doc. 295, and for the reasons set forth in the accompanying memorandum in support, a narrowly crafted stay is reasonable and necessary to fill the forthcoming vacancies. The Legislative Intervenors and the State Intervenors consent to the relief sought in this motion, the Plaintiffs do not consent to the relief sought in this motion, and the United States takes no position on the motion.

WHEREFORE, for the foregoing reasons, the Secretary respectfully requests the Court enter a partial stay of the Injunction Order to allow special elections to fill the vacancies in House Districts 45 and 67 to proceed.

Respectfully submitted this the 28th day of February, 2025.

/s/ Phillip J. Strach
Phillip J. Strach*
    *Lead Counsel*
Alyssa M. Riggins*
Cassie A. Holt*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com

/s/ John C. Walsh
John C. Walsh, LA Bar Roll No. 24903
Brooke R. Ydarraga, LA Bar Roll No. 41000
**SHOWS, CALL & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467
john@scwllp.com
brooke@scwllp.com
*\* Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Secretary of State of Louisiana*