# Exhibit 1



## STATE OF LOUISIANA

**MICHELLE D. FONTENOT**
**Clerk, House of Representatives**

P.O. Box 44281
Baton Rouge, LA 70804
Email: fontenom@legis.la.gov
Office: 225.342.7259
Fax: 225.342.5045

February 28, 2025

Secretary of State
Elections Division
Essen Lane
Baton Rouge, LA 70808

ATTENTION: Tray Brazon

RE: Special Vacancy Election - House District No. 67

Enclosed is the resignation of Representative Larry Selders and the proclamation of a vacancy in House District No. 67 signed by Speaker DeVillier on February 27, 2025.

Please let me know if you need further information in this matter.

Sincerely,

Michelle D. Fontenot
Clerk of the House

# LOUISIANA HOUSE OF REPRESENTATIVES



251 Florida Street, Suite 300
Baton Rouge, LA 70801
Email: hse067@legis.la.gov
Office: 225.342.7106
Fax: 225.342.7117

**COMMITTEES:**
Agriculture, Forestry, Aquaculture
and Rural Development
Health and Welfare
Transportation, Highways and Public Works
House Select Committee
on Homeland Security

## LARRY SELDERS
State Representative ~ District 67

February 25, 2025

Speaker Phillip DeVillier
900 N. 3rd Street
Baton Rouge, LA 70804

Dear Speaker DeVillier,

I am writing this letter as formal notification that I am resigning from my current position as State Representative effective Monday, March 10, 2025 date at 11:59 pm. I am excited to announce that I will be transitioning to a new role as State Senator starting on March 11, 2025.

It has been my great honor to represent the people and interests of District 67 in the Louisiana House of Representatives and I look forward to continuing my service in the Senate for District 14.

I want to express my sincere gratitude for the opportunities and support I have received during my time in the Louisiana House of Representatives. It has been an honor to serve with my colleagues in the House and under your leadership.

Thank you for your continued support.

Sincerely,

*[signature]*

Larry C. Selders
Louisiana State Representative, District 67

*[handwritten:]* This done and signed before me this 20th day of February, 2025

*[signature]* Cinthia Simmons Mancuso
CINTHIA SIMMONS MANCUSO
Bar # 17799



## STATE OF LOUISIANA

**MICHELLE D. FONTENOT**
**Clerk, House of Representatives**

P.O. Box 44281
Baton Rouge, LA 70804
Email: fontenom@legis.la.gov
Office: 225.342.7259
Fax: 225.342.5045

February 28, 2025

Secretary of State
Elections Division
Essen Lane
Baton Rouge, LA  70808

ATTENTION:  Tray Brazon

RE: Special Vacancy Election - House District No. 45

Enclosed is the resignation of Representative Brach Jerad Myers and the proclamation of a vacancy in House District No. 45 signed by Speaker DeVillier on February 27, 2025.

Please let me know if you need further information in this matter.

Sincerely,

Michelle D. Fontenot
Clerk of the House



February 27, 2025

Speaker Philip Devillier
900 N. 3rd Street
Baton Rouge, LA 70804

Dear Speaker Devillier:

I am writing to notify you that I will be resigning from my position as State Representative for District 45 of the State of Louisiana effective 11:59pm, March 10th, 2025. It has been my great honor to represent the people and interests of District 45 in the Louisiana House of Representatives, and I look forward to continuing to represent the people of Senate District 23 and of Louisiana as a newly elected State Senator.

It has also been a great honor to serve with my colleagues in the House and under your leadership. Thank you for all you do for Louisiana.

Sincerely,

Brach J. Myers
Louisiana State Representative, District 45

Sworn to and signed before me on
this 27th day of February 2025.

RICHARD A. MACMILLAN
Bar Roll No. 23199
STATE OF LOUISIANA
My Commission is For Life