# Exhibit 2

STATE OF LOUISIANA

# HOUSE of REPRESENTATIVES
Baton Rouge
## PROCLAMATION

WHEREAS, a vacancy exists in the office of State Representative, District 67, parish of East Baton Rouge, due to the resignation of Representative Larry Selders on February 27, 2025; to become effective on 11:59 p.m. on March 10, 2025.

WHEREAS, Louisiana Revised Statutes 18:601 provides that such vacancy shall be filled by special election called by the Speaker of the House of Representatives.

NOW, THEREFORE, I, Phillip R. DeVillier, Speaker of the House of Representatives of the Legislature of Louisiana, issue this notice, call, and proclamation for a special primary and special general election to be held throughout the jurisdiction of Representative District 67, parish of East Baton Rouge, for the purpose of electing a State Representative.

Any qualified person desiring to become a candidate for the office shall file the notice of candidacy, accompanied either by a qualifying fee or a nominating petition, as required or authorized by law, with the appropriate election official in the manner and form and pursuant to the procedures and conditions provided by Subpart B of Part IV of Chapter 5, or any other applicable provision, of Title 18 of the Louisiana Revised Statutes of 1950, during the period commencing on Wednesday, March 12, 2025 and ending at 4:30 pm on Friday, March 14, 2025.

The election herein called, noticed, provided for, and proclaimed shall be held and conducted under the applicable provisions of the Louisiana Election Code, constituting Title 18 of the Louisiana Revised Statutes of 1950.

I hereby fix the date of the primary election for Saturday, May 3, 2025, and the date for the general election for Saturday, June 7, 2025, and at the times and places, and in the manner prescribed by law.

Accordingly, I now authorize, request, direct, and empower the Secretary of State, the Commissioner of Elections, the Parish Boards of Elections Supervisors for the parish of East Baton Rouge, the clerks of court for the parish of East Baton Rouge, the registrars of voters for the parish of East Baton Rouge, and all other persons charged with any power, function, right, duty, or responsibility in conducting elections in the jurisdiction of Representative District 67, parish of East Baton Rouge, to exercise any lawful function, do every act necessary to conduct elections, cause the returns thereof to be made, and in general, to perform all related and incidental functions necessary to canvass and promulgate the results thereof.

IN WITNESS WHEREOF, I have hereunto set my hand officially and caused to be affixed the Seal of the House of Representatives, at the Capitol, in the city of Baton Rouge, on this 27th day of February, 2025.

Phillip R. DeVillier
Speaker of the House of Representatives

ATTEST BY
THE CLERK

Michelle D. Fontenot
Clerk of the House of Representatives

STATE OF LOUISIANA

# HOUSE of REPRESENTATIVES
Baton Rouge
# PROCLAMATION

WHEREAS, a vacancy exists in the office of State Representative, District 45, parish of Lafayette, due to the resignation of Representative Brach Jerad Myers on February 27, 2025; to become effective on 11:59 p.m. on March 10, 2025.

WHEREAS, Louisiana Revised Statutes 18:601 provides that such vacancy shall be filled by special election called by the Speaker of the House of Representatives.

NOW, THEREFORE, I, Phillip R. DeVillier, Speaker of the House of Representatives of the Legislature of Louisiana, issue this notice, call, and proclamation for a special primary and special general election to be held throughout the jurisdiction of Representative District 45, parish of Lafayette, for the purpose of electing a State Representative.

Any qualified person desiring to become a candidate for the office shall file the notice of candidacy, accompanied either by a qualifying fee or a nominating petition, as required or authorized by law, with the appropriate election official in the manner and form and pursuant to the procedures and conditions provided by Subpart B of Part IV of Chapter 5, or any other applicable provision, of Title 18 of the Louisiana Revised Statutes of 1950, during the period commencing on Wednesday, March 12, 2025 and ending at 4:30 pm on Friday, March 14, 2025.

The election herein called, noticed, provided for, and proclaimed shall be held and conducted under the applicable provisions of the Louisiana Election Code, constituting Title 18 of the Louisiana Revised Statutes of 1950.

I hereby fix the date of the primary election for Saturday, May 3, 2025, and the date for the general election for Saturday, June 7, 2025, and at the times and places, and in the manner prescribed by law.

Accordingly, I now authorize, request, direct, and empower the Secretary of State, the Commissioner of Elections, the Parish Boards of Elections Supervisors for the parish of Lafayette, the clerks of court for the parish of Lafayette, the registrars of voters for the parish of Lafayette, and all other persons charged with any power, function, right, duty, or responsibility in conducting elections in the jurisdiction of Representative District 45, parish of Lafayette, to exercise any lawful function, do every act necessary to conduct elections, cause the returns thereof to be made, and in general, to perform all related and incidental functions necessary to canvass and promulgate the results thereof.

IN WITNESS WHEREOF, I have hereunto set my hand officially and caused to be affixed the Seal of the House of Representatives, at the Capitol, in the city of Baton Rouge, on this _27th_ day of February, 2025.

Phillip R. DeVillier
Speaker of the House of Representatives

ATTEST BY
THE CLERK

Michelle D. Fontenot
Clerk of the House of Representatives