# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, et al.,

Plaintiff

v.

R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,

Defendant

3:22-cv-00178-SDD-SDJ

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

Defendant, Nancy Landry, in her official capacity as Secretary of State of Louisiana

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

None on behalf of Defendant, Secretary of State Nancy Landry.

John C. Walsh, LA Bar Roll No. 24903

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.