IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

## NOTICE REGARDING HOUSE DISTRICT 45

Defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana (the "Secretary"), by and through undersigned counsel, hereby notifies the Court that no election shall be held on May 3, 2025 for House District 45 ("HD45") because only one candidate qualified for elected office in that district. As such, the sole qualifying candidate for HD45 is eligible to take office as soon as the time for candidate challenges expires as set forth in La. R.S. 18:1405—seven days after close of the candidate qualification period provided there are no challenges. *See* La. R.S. 18:511(B); La. R.S. 18:493. The time for challenges expired today at 4:30 CST, and no challenges were filed. As such, the candidate may now take office, and the Secretary must provide the appropriate certification pursuant to La. R.S. 18:513, even though no formal election occurred.

Defendant continues to seek a partial stay of the Injunction Order as to House Districts 45 and 67 as set forth in her Motion for Partial Stay and Memorandum in Support, Rec. Docs. 300–300-3. Elections remain scheduled for May 3, 2025 for HD 67.

Respectfully submitted this the 21st day of March, 2025.

/s/ Phillip J. Strach
Phillip J. Strach*
    *Lead Counsel*
Alyssa M. Riggins*
Cassie A. Holt*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com

/s/ John C. Walsh
John C. Walsh, LA Bar Roll No. 24903
Brooke R. Ydarraga, LA Bar Roll No. 41000
**SHOWS, CALL & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467
john@scwllp.com
brooke@scwllp.com
* *Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Secretary of State of Louisiana*