# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>       *Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>       *Defendant.* | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

## RESPONSE TO NOTICE REGARDING HOUSE DISTRICT 45

Plaintiffs respectfully respond briefly to the Notice of Defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana (the "Secretary"), regarding House District 45 ("HD45"). Plaintiffs maintain their positions opposing Defendant's Motion for Partial Stay and in support of their Cross-Motion to Reconsider the Remedial Schedule, *see* ECF No. 304, and respond only to address the point raised in the Defendant's Notice.

In this Notice, the Secretary has informed the Court that only one candidate qualified for the special elections for HD45. *See* ECF No. 306. Under Louisiana law, this would typically result in such candidate being "declared elected by the people." La. R.S. 18:511(B). This Court, however, has enjoined "elections under … H.B. 14," *see* ECF No. 233 at 91, so the sole qualifying candidate for HD45 cannot be "declared elected" absent a stay. La. R.S. 18:511(B). There is no exception to this Court's injunction for uncontested elections, in which a candidate is "declared elected" by operation of statute. *Id.* If this Court interprets the Secretary's notice as a motion for clarification, it should be denied based on the plain text of both this Court's injunction and the statute.

Date: March 21, 2025

Stuart Naifeh*
Victoria Wenger*
Colin Burke*
NAACP Legal Defense & Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org
cburke@naacpldf.org

I. Sara Rohani*
NAACP Legal Defense & Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
srohani@naacpldf.org

Michael de Leeuw*
Amanda Giglio*
Cozen O'Connor
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Josephine Bahn*
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

Robert S. Clark*
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
robertclark@cozen.com

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com

Respectfully submitted,

*/s/ John Adcock*
John Adcock
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

*/s/ Megan C. Keenan*
Megan C. Keenan*
Sarah Brannon*
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Sophia Lin Lakin*
Dayton Campbell-Harris*†
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org

T. Alora Thomas-Lundborg
Daniel J. Hessel
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Nora Ahmed
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

*Attorneys for Plaintiffs*
*\* Admitted pro hac vice.*
*† Practice is limited to federal court.*

2

## CERTIFICATE OF SERVICE

I certify that on March 21, 2025, this document was filed electronically on the Court's electronic case filing system on behalf of all parties. Notice of the filing will be served on all counsel of record through the Court's system. Copies of the filing are available on the Court's system.

*/s/ Megan C. Keenan*
Megan C. Keenan (admitted *pro hac vice*)
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
mkeenan@aclu.org

*Counsel for Plaintiffs*
