UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, *et al.*,

    *Plaintiffs,*

v.

NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,

    Defendant.

3:22-cv-00178-SDD-SDJ

**MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR LEGISLATIVE INTERVENORS**

    Counsel for Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Cameron Henry, in his Official Capacity as President of the Louisiana Senate, and the Office of the Attorney General of Louisiana respectfully move for the entry of an order permitting the law firm of Baker & Hostetler LLP ("Baker") to withdraw as counsel and permitting the substitution of the Office of the Attorney General in their place. In support of this motion, undersigned counsel states the following:

    1.    Baker served as counsel for Defendant Legislative Intervenors in the above-captioned proceedings.

    2.    The Office of the Attorney General currently represents Intervenor State of Louisiana in this matter and agrees to appear for Legislative Intervenors as counsel in the above-captioned proceedings.

    3.    Defendant Legislative Intervenors knowingly and voluntarily agree to this substitution of counsel in the above-captioned proceedings.

4. This motion is brought in good faith and not for the purpose of delay. No parties will be prejudiced by the granting of this motion.

6. A proposed order is attached.

| | Respectfully submitted, |
|---|---|
| LIZ MURRILL<br>LOUISIANA ATTORNEY GENERAL | |
| s/ *Carey T. Jones*<br>CAREY T. JONES (#07474)<br>Assistant Attorney General<br>**OFFICE OF THE ATTORNEY GENERAL**<br>LOUISIANA DEPARTMENT OF JUSTICE<br>Post Office Box 94005<br>Baton Rouge, Louisiana 70804<br>Telephone: (225) 326-6000<br>Facsimile: (225) 326-6098<br>E-mail: jonescar@ag.louisiana.gov<br><br>Jason Brett Torchinsky*<br>**HOLTZMAN VOGEL PLLC**<br>2300 N Street NW<br>Suite 643<br>Washington, DC 20037<br>(202) 737-8808<br>E-mail: jtorchinsky@holtzmanvogel.com | s/ *Michael W. Mengis*<br>Michael W. Mengis, LA Bar No. 17994<br>**BAKERHOSTETLER LLP**<br>811 Main Street, Suite 1100<br>Houston, Texas 77002<br>Phone: (713) 751-1600<br>Fax: (713) 751-1717<br>E-mail: mmengis@bakerlaw.com<br><br>E. Mark Braden*<br>Katherine L. McKnight*<br>Richard B. Raile*<br>**BAKERHOSTETLER LLP**<br>1050 Connecticut Ave., N.W., Ste. 1100<br>Washington, D.C. 20036<br>(202) 861-1500<br>mbraden@bakerlaw.com<br>kmcknight@bakerlaw.com<br>rraile@bakerlaw.com<br><br>Patrick T. Lewis*<br>**BAKERHOSTETLER LLP**<br>127 Public Square, Ste. 2000<br>Cleveland, Ohio 44114<br>(216) 621-0200<br>plewis@bakerlaw.com<br><br>Erika Dackin Prouty*<br>Robert J. Tucker<br>**BAKERHOSTETLER LLP**<br>200 Civic Center Dr., Ste. 1200<br>Columbus, Ohio 43215<br>(614) 228-1541<br>eprouty@bakerlaw.com<br>rtucker@bakerlaw.com |

*Counsel for Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Cameron Henry, in his Official Capacity as President of the Louisiana Senate*

\* *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

    I certify that on May 6, 2025, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System, which will transmit a copy to all counsel of record.

    *Michael W. Mengis*
    Michael W. Mengis