**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| |
|---|
| DR. DOROTHY NAIRNE, *et al.*, |
| |
| *Plaintiffs,* |
| |
| v. |
| |
| NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, |
| |
| Defendant. |

**3:22-cv-00178-SDD-SDJ**

**ORDER GRANTING MOTION FOR WITHDRAWAL AND**
**SUBSTITUTION OF COUNSEL FOR LEGISLATIVE INTERVENORS**

THIS CAUSE comes before the Court on Baker & Hostetler LLP's Motion for Withdrawal and Substitution of Counsel for Legislative Intervenors (the "Motion"). Being fully advised it is:

ORDERED that the Motion is GRANTED. Attorneys from Baker & Hostetler LLP having appeared in this matter on behalf of Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Cameron Henry, in his Official Capacity as President of the Louisiana Senate, are hereby relieved of their representation of Legislative Intervenors in this matter, and the attorneys from the Office of the Attorney General identified in the Motion are hereby substituted in their place.

This the _____ day of _____, 2025.

_____
United States District Judge Shelly D. Dick