UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, *et al.*,

    *Plaintiffs,*

v.

NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,

    Defendant.

3:22-cv-00178-SDD-SDJ

## MOTION TO SUBSTITUTE PLEADING

Counsel for Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Cameron Henry, in his Official Capacity as President of the Louisiana Senate, respectfully request this Court to substitute the attached Motion for Withdrawal and Substitution of Counsel for Legislative Intervenors for the document previously filed today as Document 311.

The attached Motion is signed by all withdrawing counsel and contains a certification that all the listed withdrawing and enrolling counsel have consented to the Motion in compliance with Local Rule 83(b)(13).

WHEREFORE, Counsel for Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Cameron Henry, in his Official Capacity as President of the Louisiana Senate respectfully pray that this Court permit the attached Motion for Withdrawal and Substitution of Counsel for Legislative Intervenors be filed in this matter.

Respectfully submitted,

/s/ Michael W. Mengis
Michael W. Mengis, LA Bar No. 17994
**BAKERHOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Fax: (713) 751-1717
E-mail: mmengis@bakerlaw.com

E. Mark Braden*
Katherine L. McKnight*
Richard B. Raile*
**BAKERHOSTETLER LLP**
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Patrick T. Lewis*
**BAKERHOSTETLER LLP**
127 Public Square, Ste. 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
Robert J. Tucker
**BAKERHOSTETLER LLP**
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com

*Counsel for Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Cameron Henry, in his Official Capacity as President of the Louisiana Senate*

* *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

    I certify that on May 6, 2025, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System, which will transmit a copy to all counsel of record.

                                  */s/ Michael W. Mengis*
                                  Michael W. Mengis