## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>    *Defendant.* | 3:22-cv-00178-SDD-SDJ |

## **ORDER**

Considering the above and foregoing Motion to Substitute Pleading;

IT IS HEREBY ORDERED that Document 311, Motion for Withdrawal and Substitution of Counsel filed on behalf of Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and Cameron Henry, in his Official Capacity as President of the Louisiana Senate, and the Office of the Attorney General of Louisiana on May 6, 2025, be and is hereby stricken from the record of the above-numbered and captioned cause;

IT IS FURTHER ORDERED that the revised Motion for Withdrawal and Substitution of Counsel for Legislative Intervenors attached to the Motion to Substitute Pleading is hereby substituted for the prior Motion.

This the _____ day of _____, 2025.

 

_____
United States District Judge Shelly D. Dick