UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>    Defendant. | 3:22-cv-00178-SDD-SDJ |

**MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR LEGISLATIVE INTERVENORS**

    Counsel for Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Cameron Henry, in his Official Capacity as President of the Louisiana Senate, and the Office of the Attorney General of Louisiana respectfully move for the entry of an order permitting the law firm of Baker & Hostetler LLP ("Baker") to withdraw as counsel and permitting the substitution of the Office of the Attorney General in their place. In support of this motion, undersigned counsel states the following:

    1.    Baker served as counsel for Defendant Legislative Intervenors in the above-captioned proceedings.

    2.    The Office of the Attorney General currently represents Intervenor State of Louisiana in this matter and agrees to appear for Legislative Intervenors as counsel in the above-captioned proceedings.

    3.    Defendant Legislative Intervenors knowingly and voluntarily agree to this substitution of counsel in the above-captioned proceedings.

4. This motion is brought in good faith and not for the purpose of delay. No parties will be prejudiced by the granting of this motion.

5. All counsel listed below consent to the filing of this motion.

6. A proposed order is attached.

Respectfully submitted,

LIZ MURRILL
LOUISIANA ATTORNEY GENERAL

*/s/ Carey T. Jones*
CAREY T. JONES (#07474)
Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
LOUISIANA DEPARTMENT OF JUSTICE
Post Office Box 94005
Baton Rouge, Louisiana 70804
Telephone: (225) 326-6000
Facsimile: (225) 326-6098
E-mail: jonescar@ag.louisiana.gov

Jason Brett Torchinsky*
**HOLTZMAN VOGEL PLLC**
2300 N Street NW
Suite 643
Washington, DC 20037
(202) 737-8808
E-mail: jtorchinsky@holtzmanvogel.com

*/s/ Michael W. Mengis*
Michael W. Mengis, LA Bar No. 17994
**BAKERHOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Fax: (713) 751-1717
E-mail: mmengis@bakerlaw.com

*/s/ E. Mark Braden*
E. Mark Braden*
*/s/ Katherine L. McKnight*
Katherine L. McKnight*
*/s/ Richard B. Raile*
Richard B. Raile*
**BAKERHOSTETLER LLP**
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

*/s/ Patrick T. Lewis*
Patrick T. Lewis*
**BAKERHOSTETLER LLP**
127 Public Square, Ste. 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

2

*/s/ Ericka Dackin Prouty*
Erika Dackin Prouty*
*/s/ Robert J. Tucker*
Robert J. Tucker
**BAKERHOSTETLER LLP**
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com

*Counsel for Legislative Intervenors, Phillip DeVillier, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Cameron Henry, in his Official Capacity as President of the Louisiana Senate*

\* *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on May 6, 2025, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF System, which will transmit a copy to all counsel of record.

*/s/ Michael W. Mengis*
Michael W. Mengis