IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

DOROTHY NAIRNE, *et al.*,

    Plaintiffs,

v.

R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,

    Defendant.

Case No. 3:22-cv-178-SDD-SDJ

## UNITED STATES' MOTION TO WITHDRAW
## DANIEL J. FREEMAN AS COUNSEL

Pursuant to Local Rule 83.1(b)(13), the United States respectfully moves to withdraw the appearance of Daniel J. Freeman as counsel. Mr. Freeman will no longer serve as an attorney for the U.S. Department of Justice as of the close of business on this date. Mr. Freeman's withdrawal will not delay any proceedings.

Date:  May 8, 2025

| | |
|---|---|
| APRIL M. LEON<br>Acting United States Attorney<br>Middle District of Louisiana | Respectfully submitted,<br><br>HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division |
| JUSTIN A. JACK, LBN 36508<br>Assistant U.S. Attorney<br>777 Florida Street, Suite 208<br>Baton Rouge, Louisiana 70801<br>Phone: (225) 389-0443<br>Fax: (225) 389-0685<br>E-mail: justin.jack@usdoj.gov | */s/ Daniel J. Freeman*<br>TIMOTHY F. MELLETT<br>DANIEL J. FREEMAN<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street NE, Room 8.923<br>Washington, DC 20530<br>Phone: (800) 253-3931<br>Email: daniel.freeman@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

> */s/ Daniel J. Freeman*
> DANIEL J. FREEMAN
> Civil Rights Division
> U.S. Department of Justice