IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DOROTHY NAIRNE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>Defendant. | Case No. 3:22-cv-178-SDD-SDJ |

**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO WITHDRAW DANIEL J. FREEMAN AS COUNSEL**

The Court has considered the United States' Motion to Withdraw Daniel J. Freeman as Counsel and has found it should be GRANTED. Accordingly, it is hereby ORDERED that Daniel J. Freeman is withdrawn as counsel of record for the United States in this matter.

Date: May _____, 2025

_____

United States District Judge