IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, | Civil Action No. 3:22-cv-00178-SDD-SDJ |
| *Plaintiffs,* | |
| v. | Chief Judge Shelly D. Dick |
| R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | Magistrate Judge Scott D. Johnson |
| *Defendant.* | |

## **CONSENT MOTION TO MODIFY THE COURT'S REMEDIAL DEADLINES**

Defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana, by and through undersigned counsel, files this Consent Motion to Modify the Court's July 17, 2024, Remedial Deadlines. Rec. Doc. 279. Having met and conferred, the Parties[1] jointly submit the proposed order attached as **Exhibit 1** and request the Court modify its remedial deadlines as follows:

- Exchange of the identities and resumes of experts from whom a party will submit a remedial map and/or an affirmative expert report: **May 12, 2025**.

- Exchange of affirmative expert reports of experts disclosed on May 12, 2025: **May 23, 2025**.

- Completion of fact discovery: **May 27, 2025**.

- Exchange of the identities and resumes of rebuttal experts from whom a party will submit a rebuttal to the remedial maps and/or expert reports disclosed on May 23, 2025: **May 30, 2025**.

- Exchange of rebuttal expert reports of experts disclosed on May 30, 2025: **June 13, 2025**.

---

[1] The parties include Plaintiffs, Defendant, and Intervenor-Defendants. The United States takes no position on the consent motion and proposed order.

- Exchange of surrebuttal expert reports rebutting expert reports disclosed on June 13, 2025: **June 20, 2025**.

- Completion of expert discovery: **July 9, 2025**.

- Deadline for motions in limine: **July 11, 2025**.

This Motion does not alter or affect the remedial hearing or the Court's pretrial conference dates, and the Parties do not seek any additional changes beyond those set forth herein.

Respectfully submitted this, the 9th day of May, 2025.

*/s/ John Adcock*
John Adcock (La. Bar No. 30372)
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

Megan C. Keenan (admitted pro hac vice)
Sarah Brannon (admitted pro hac vice)
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Sophia Lin Lakin (admitted pro hac vice)
Dayton Campbell-Harris (admitted pro hac vice)*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org

*/s/ Phillip J. Strach*
Phillip J. Strach*
        *Lead Counsel*
Alyssa M. Riggins*
Cassie A. Holt*
Jordan A. Koonts*
**NELSON MULLINS RILEY &
SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
jordan.koonts@nelsonmullins.com

*/s/ John C. Walsh*
John C. Walsh, LA Bar Roll No. 24903
Brooke R. Ydarraga, LA Bar Roll No. 41000
**SHOWS, CALL & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467
john@scwllp.com
brooke@scwllp.com
* *Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Secretary of State of Louisiana*

T. Alora Thomas-Lundborg (admitted pro hac vice)
Daniel J. Hessel (admitted pro hac vice)
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Nora Ahmed
NY Bar No. 5092374 (admitted pro hac vice)
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com

 *Practice is limited to federal court.*

Stuart Naifeh (admitted pro hac vice)
Victoria Wenger (admitted pro hac vice)
NAACP Legal Defense & Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

I. Sara Rohani (admitted pro hac vice)
NAACP Legal Defense & Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
srohani@naacpldf.org

By: */s/ Tom C. Jones*
Elizabeth B. Murrill (LSBA No. 20685)
   Louisiana Attorney General
Carey Tom Jones (LSBA No. 07474)
Amanda M. LaGroue (LSBA No. 35509)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
jonescar@ag.louisiana.gov
LaGroueA@ag.louisiana.gov

Jason B. Torchinsky (DC 976033)*
Holtzman Vogel PLLC
2300 N. Street NW, Suite 643
Washington, DC 20037
(202) 737-8808
*Admitted Pro Hac Vice*

*Counsel for Defendant State of Louisiana and Legislative Intervenors*

By: */s/ Michael W. Mengis*
Michael W. Mengis**
LA Bar No. 17994
BAKERHOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Fax: (713) 751-1717
Email: mmengis@bakerlaw.com

E. Mark Braden**
Katherine L. McKnight**
Richard B. Raile**
BAKERHOSTETLER LLP

Michael de Leeuw (admitted pro hac vice)
Amanda Giglio (admitted pro hac vice)
Cozen O'Connor
3 WTC, 175 Greenwich St.,  55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Josephine Bahn (admitted pro hac vice)
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

Robert S. Clark (admitted pro hac vice)
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
RobertClark@cozen.com

*Attorneys for Plaintiffs*

1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Patrick T. Lewis**
BAKERHOSTETLER LLP
127 Public Square, Ste. 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty**
Robert J. Tucker**
BAKERHOSTETLER LLP
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com

** *Withdrawal Pending*

*Counsel for Legislative Intervenors*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 9th day of May, 2025, a copy of the foregoing document was filed electronically with the Clerk of Court via the CM/ECF system, which gives notice of filing to all counsel of record.

/s/ Phillip J. Strach      
Phillip J. Strach
