# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, | Civil Action No. 3:22-cv-00178-SDD-SDJ |
| *Plaintiffs,* | |
| v. | Chief Judge Shelly D. Dick |
| R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | Magistrate Judge Scott D. Johnson |
| *Defendant.* | |

**[PROPOSED] ORDER**

Having considered Defendant's Consent Motion to Modify the Court's July 17, 2024 Remedial Deadlines, the Court HEREBY ORDERS as follows:

The following schedule shall govern the Parties' discovery prior to the Court's August 25, 2025, remedial evidentiary hearing:

- **May 12, 2025**: Deadline to exchange the identities and resumes of experts from whom a party will submit a remedial map and/or an affirmative expert report.

- **May 23, 2025**: Deadline to exchange affirmative expert reports of experts disclosed on May 12, 2025.

- **May 27, 2025**: Completion of fact discovery.

- **May 30, 2025**: Deadline to exchange the identities and resumes of rebuttal experts from whom a party will submit a rebuttal to the remedial maps and/or expert reports disclosed on May 23, 2025.

- **June 13, 2025**: Deadline to exchange rebuttal expert reports of experts disclosed on May 30, 2025.

- **June 20, 2025**: Deadline to exchange surrebuttal expert reports rebutting expert reports disclosed on June 13, 2025.

- **July 9, 2025**: Completion of expert discovery.

2

- **July 11, 2025**: Deadline for motions in limine.

SO ORDERED.

This the ___ day of _____, 2025.

_____