IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

**ORDER**

Having considered Defendant's Consent Motion to Modify the Court's July 17, 2024 Remedial Deadlines, the Court HEREBY ORDERS as follows:

The following schedule shall govern the Parties' discovery prior to the Court's August 25, 2025, remedial evidentiary hearing:

- **May 12, 2025**: Deadline to exchange the identities and resumes of experts from whom a party will submit a remedial map and/or an affirmative expert report.

- **May 23, 2025**: Deadline to exchange affirmative expert reports of experts disclosed on May 12, 2025.

- **May 27, 2025**: Completion of fact discovery.

- **May 30, 2025**: Deadline to exchange the identities and resumes of rebuttal experts from whom a party will submit a rebuttal to the remedial maps and/or expert reports disclosed on May 23, 2025.

- **June 13, 2025**: Deadline to exchange rebuttal expert reports of experts disclosed on May 30, 2025.

- **June 20, 2025**: Deadline to exchange surrebuttal expert reports rebutting expert reports disclosed on June 13, 2025.

- **July 9, 2025**: Completion of expert discovery.

- **July 11, 2025**: Deadline for motions in limine.

SO ORDERED.

This the 12th day of May, 2025.

*Shelly D. Dick*
CHIEF JUDGE SHELLY D. DICK
MIDDLE DISTRICT OF LOUISIANA

Case 3:22-cv-00178-SDD-SDJ    Document 318    05/12/25    Page 2 of 2