# <u>Exhibit 1</u>



# Compass Demographics Inc

# INVOICE

David Ely
6575 N Vista Street
San Gabriel, CA 91775
Phone (626) 807-0719

Email Ely@Compass-Demographics.com

**BILL TO:**

**DATE:**    August 15, 2019
**INVOICE #** 190812A

**FOR:**    TERREBONNE PARISH
BRANCH NAACP,ET AL.
VERSUS
PIYUSH ("BOBBY") JINDAL,
the GOVERNOR of the
STATE OF LOUISIANA, in
his official capacity, ET AL.

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Special Master analysis report and recommendation<br><br>(see attached timesheet) | 113.83 | $250 | $         28,458.33 |
| | | **TOTAL** | $         28,458.33 |

Please make checks payable to Compass Demographics Inc. **(EIN 90-0877169)**
For questions regarding the services covered by this invoice, please
contact Dave Ely at (626) 807-0719.

**THANK YOU FOR YOUR BUSINESS!**

Case 3:14-cv-00069-SDD    Document 419-1 08/15/19/25 Page 2 of 3

| Date | Description | Start | End | Hours |
|------|-------------|-------|-----|-------|
| 4/3/2019 | Download and initial review - Cooper Data | 6:50 PM | 8:20 PM | 1.50 |
| 4/4/2019 | Organize,Followup, and review of Documents | 1:00 PM | 2:10 PM | 1.17 |
| 4/4/2019 | Analyze geographic relationships | 5:00 PM | 6:20 PM | 1.33 |
| 4/5/2019 | Review documents and data | 12:00:00 PM | 2:00 PM | 2.00 |
| 4/5/2019 | Review documents and data | 7:00 PM | 10:10 PM | 3.17 |
| 4/6/2019 | Review and followup regarding documents and dat | 9:30 AM | 11:20 AM | 1.83 |
| 4/8/2019 | Review documents and data | 9:30 AM | 12:00 PM | 2.50 |
|  | Review documents and data | 4:00 PM | 7:00 PM | 3.00 |
| 4/9/2019 | Prep and Phone Conference with Court | 8:30 AM | 10:00 AM | 1.50 |
|  | Geographic analysis | 12:30 PM | 4:30 PM | 4.00 |
|  | Review documents and data | 4:30 PM | 6:20 PM | 1.83 |
| 4/12/2019 | Review documents and data | 10:00 AM | 12:00 PM | 2.00 |
|  | Geographic analysis | 2:00 PM | 5:00 PM | 3.00 |
| 4/13/2019 | Data and Geographic analysis | 8:30 AM | 5:00 PM | 8.50 |
| 4/14/2019 | Single Member District analysis - draft report | 12:00 PM | 4:00 PM | 4.00 |
| 4/15/2019 | Single Member District analysis - draft report | 10:00 AM | 10:00 PM | 12.00 |
| 4/16/2019 | report draft | 1:00 AM | 6:00 AM | 5.00 |
|  | Review documents and data | 1:00 PM | 5:00 PM | 4.00 |
| 4/17/2019 | Review documents and data | 7:00 AM | 2:30 PM | 7.50 |
| 4/18/2019 | Single Member District analysis | 1:00 PM | 6:00 PM | 5.00 |
| 4/19/2019 | Review documents and data - draft report | 10:00 AM | 3:00 PM | 5.00 |
| 4/20/2019 | Single Member District analysis - draft report | 8:00 AM | 11:30 AM | 3.50 |
| 4/23/2019 | Single Member District analysis - draft report | 11:30 AM | 10:00 PM | 10.50 |
| 4/24/2019 | Oragnize Final Report | 8:00 AM | 12:30 PM | 4.50 |
| 4/25/2019 | Draft exhibits | 2:00 PM | 8:00 PM | 6.00 |
| 4/26/2019 | Finalize and proof report and recommendation | 4:30 PM | 9:00 PM | 4.50 |
| 4/27/2019 | Finalize exhibits | 7:00 AM | 12:00 PM | 5.00 |

Case 3:14-cv-00069-SDD    Document 419-2  08/15/19/25  Page 390 of 3

113.83  28458.33