# Exhibit 2

STATE OF NORTH CAROLINA

COUNTY OF WAKE

NORTH CAROLINA LEAGUE OF
CONSERVATION VOTERS, et al.,

               *Plaintiffs,*

and

COMMON CAUSE,
               *Plaintiff-Intervenor,*

vs.

REPRESENTATIVE DESTIN HALL, in his
official capacity as Chair of the House Standing
Committee on Redistricting, et al.,

               *Defendants.*

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
21 CVS 015426



STATE OF NORTH CAROLINA

COUNTY OF WAKE

REBECCA HARPER, et al.,
               *Plaintiffs,*

vs.

REPRESENTATIVE DESTIN HALL, in his
official capacity as Chair of the House
Standing Committee on Redistricting, et al.,

               *Defendants.*

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
21 CVS 500085

## NOTICE OF THE COURT'S INTENT TO ASSESS COSTS RELATING TO THE SERVICES OF THE COURT-APPOINTED SPECIAL MASTERS

     Pursuant to the undersigned three-judge panel's prior Order Appointing Special Masters,

entered February 16, 2022, the Court notifies the parties that it intends to enter an Order

allocating amongst the parties the reasonable costs and expenses of the Special Masters, including the Special Masters and the Special Masters' assistants and advisors. These costs and expenses are reflected in the invoices in Attachment One. The Court invites comments from the parties as to the allocation of the costs and expenses. The parties shall have thirty (30) days from the entry of this notice within which to file their comments. The parties shall forward filed copies of the comments to Rachel Posey at rachel.g.posey@nccourts.org.

This 12th day of May, 2022.

A. Graham Shirley, Superior Court Judge

Nathaniel J. Poovey, Superior Court Judge

Dawn M. Layton, Superior Court Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the persons

indicated below via electronic transmission by e-mail addressed as follows:

Burton Craige
Narendra K. Ghosh
Paul E. Smith
PATTERSON HARKAVY LLP
100 Europa Dr., Suite 420
bcraige@pathlaw.com
nghosh@pathlaw.com
psmith@pathlaw.com
*Counsel for Harper Plaintiffs*

Stephen D. Feldman
Adam K. Doerr
Erik R. Zimmerman
ROBINSON, BRADSHAW & HINSON, P.A.
434 Fayetteville Street, Suite 1600
Raleigh, NC 27601
sfeldman@robinsonbradshaw.com
adoerr@robinsonbradshaw.com
ezimmerman@robinsonbradshaw.com
*Counsel for NCLCV Plaintiffs*

Allison J. Riggs
Hilary H. Klein
Mitchell Brown
Katelin Kaiser
Jeffrey Loperfido
SOUTHERN COALITION FOR
SOCIAL JUSTICE
1415 W. Highway 54, Suite 101
Durham, NC 27707
allison@southerncoalition.org
hilaryhklein@scsj.org
mitchellbrown@scsj.org
katelin@scsj.org
jeffloperfido@scsj.org
*Counsel for Common Cause Plaintiff-Intervenor*

1

Phillip J. Strach
Thomas A. Farr
Alyssa M. Riggins
John E. Branch, III
NELSON MULLINS RILEY &
SCARBOROUGH LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Phillip.strach@nelsonmullins.com
Tom.farr@nelsonmullins.com
Alyssa.riggins@nelsonmullins.com
John.Branch@nelsonmullins.com
*Counsel for Legislative Defendants*

Terence Steed
Amar Majmundar
Stephanie A. Brennan
NORTH CAROLINA DEPARTMENT
OF JUSTICE
Post Office Box 629
Raleigh, NC 27602
tsteed@ncdoj.gov
amajmundar@ncdoj.gov
sbrennan@ncdoj.gov
*Counsel for State Board Defendants*


Service is made upon local counsel for all attorneys who have been granted pro hac vice admission, with the same effect as if personally made on a foreign attorney within this state.

This the 12TH day of May 2022.

Kellie Z. Myers
Court Administrator - 10th Judicial District
Kellie.Z.Myers@nccourts.org

# ATTACHMENT ONE

## Special Master and Assistant Expenses

| | Hours | Rate/hr | Final Invoice Amount | Other Expenses (Travel, Lodging, and Food) |
|---|---|---|---|---|
| **Special Masters** | | | | |
| Robert F. Orr | 43.25 | $ 690.00 | $ 29,842.50 | |
| Robert H. Edmunds, Jr. | 61.9 | $ 690.00 | $ 42,711.00 | $ 323.68 |
| Thomas Ross | 59.5 | $ 690.00 | $ 41,055.00 | $ 859.64 |
| | | | | |
| **Assistants** | | | | |
| Dr. Bernard N. Groffman | 61.5 | $ 450.00 | $ 27,675.00 | |
| Zachary R. Griggy | 22 | $ 75.00 | $ 1,650.00 | |
| Dr. Tyler Jarvis | 46.5 | $ 450.00 | $ 20,925.00 | |
| Dr. Jarvis' Research Assistants | 73.25 | $ 75.00 | $ 5,493.75 | |
| Dr. Jarvis' Supercomputer | 56 | $ 0.72 | $ 40.32 | |
| Dr. Samuel Wang | 27.75 | $ 450.00 | $ 12,487.50 | |
| Dr. Eric McGhee | 26.83 | $ 450.00 | $ 12,075.00 | |
| | | | | |
| **Total** | | | $ 193,955.07 | $ 1,183.32 |
| **Final Total** | | | | $ 195,138.39 |

Robert H. Edmunds Jr. Time Sheet

Hours worked as court-appointed special mater on the cases of North Carolina League of
Conservation Voters, Inc. *et al.*, v. Representative Dustin Hall, *et al.*, 21 CVS 015426, and
Rebecca Harper, *et al.*, v. Representative Dustin Hall, *et al.*, 21 CVS 500085

February 16, 2022:    Discussions with special master Robert Orr and Judge Shirley
regarding appointment. Research and print out pertinent
redistricting cases, review and respond to draft of appointment
order, review special master Tom Ross's response to draft
appointment order, review final court order, conference call with
special masters Orr and Ross. 2.9 hours

February 17, 2022:    Read and annotate opinion of Supreme Court of North Carolina in
*Harper v. Hall*, 413 PA 21 (Feb. 14, 2022) and the earlier Order
issued by Supreme Court of North Carolina on February 4, 2022.
Conference call with special masters Orr and Ross. 3.9 hours

February 18, 2022:    Continue to read and annotate opinion of Supreme Court of North
Carolina in *Harper v. Hall*, print out and read and annotate
pertinent prior redistricting opinions of the Supreme Court of
North Carolina, discussion with special master Tom Ross,
conference call with special masters Ross and Orr, download
materials submitted by parties, print out pertinent materials
submitted by parties, complete and submit to Administrative
Office of Courts form for computer use. 6.2 hours

February 19, 2022:    Print out, read, and annotate additional materials submitted by the
parties. Conference call with special masters Orr and Ross. 8.5
hours

February 20, 2022:    Continue reading and annotating materials, print out and work on
material submitted by the parties today, prepare notes for work
with special masters Orr and Ross, drive to Cary, meeting with
special masters Ross and Orr, return to Greensboro. 7.1 hours, 140
miles.

February 21, 2022:    Drive to Administrative Office of the Courts in Raleigh, meet with
special masters Orr and Ross, meet with AOC staff, confer, review
materials submitted by the parties and various experts and
specialists, review map proposals, discussions with other special
masters, work on draft report, discuss materials submitted by
parties, return to Greensboro, download, print, and read materials
submitted by the parties during the day. 15.9 hours, 146 miles

February 22, 2022:    Drive to AOC in Raleigh, meet with other masters, review and
discuss materials most recently submitted by the parties, work on
report, consult with experts engaged by the special masters, consult

1

with the judicial panel, edit drafts of report, return to Greensboro. <u>13.3 hours</u>, 146 miles

February 23, 2022:    Drive to Raleigh, meet with special masters Orr and Ross, final review and editing of report, conference call with judicial panel, signing and submitting of report, return to Greensboro. <u>4.1 hours</u>, 146 miles.

Total hours: 61.9

Total miles (expenses): 578 miles


_Robert H. Edmunds, Jr._

Robert H. Edmunds, Jr.


_March 2, 2022_

Date

Biographical information

1971:        BA from Vassar College, with honors

1975:        JD from University of North Carolina School of Law, Chapel Hill, NC

1975-77:        United States Navy

1978-1982;        Assistant District Attorney, Guilford County

1982-1986:        Assistant United States Attorney, Middle District of North Carolina

1986-1993:        United States Attorney, Middle District of North Carolina

1993-1998:        Partner, Stern & Klepfer, LLP, Greensboro, North Carolina.  Board certified specialist in state and federal criminal law; board certified specialist in appellate practice.

1999-2001:        Judge, North Carolina Court of Appeals

2001-2016:        Associate Justice, Supreme Court of North Carolina

2004:  LLM (Masters in Judicial Studies), University of Virginia School of Law

2017-present:  Of council with Smith Moore Leatherwood, which has merged with Fox Rothschild, LLP

Current legal activities:  President of the Appellate Judges Education Institute, Member and former Chair of American Bar Association's Appellate Judges Conference, Chair of North Carolina Bar Association's Judicial Independence and Integrity Committee, Education Committee of National Judicial College.

Robert F. Orr
Attorney at Law
PLLC

INVOICE
#202296

BILLING DATE
04/18/22

3434 Edwards Mill Rd.
Suite 112-372
Raleigh NC 27612

919-608-5335
orr@rforrlaw.com

Judge Graham Shirley
Wake County Courthouse
PO Box 352
Raleigh NC 276902

Hours: February 16, 2022 through February 23, 2022
North Carolina Redistricting

| DATE | BY | SERVICE SUMMARY | HRS | RATE | AMOUNT |
|------|----|-----|----|----|----|
| 02/16/22 | RFO | Calls and Emails w/ Judge Shirley; Review of proposed order; Calls w/ Bob Edmunds (BE) and Tom Ross (TR); Read material | 3.25 | | |
| 02/17/22 | RFO | Meeting w/ Judge Shirley and support staff; Call w/ BE and TR; Research and reading | 2.25 | | |
| 02/18/22 | RFO | Telephone conference w/ BE and TR; Emails; Begin reviewing the files and material | 4.75 | | |
| 02/19/22 | RFO | Call w/ BE and TR; Continue reading documents and research | 6.25 | | |
| 02/20/22 | RFO | Continue reading materials; Meeting w/ BE and TR; Call w/ Judge Shirley | 6 | | |
| 02/21/22 | RFO | Meeting w/ BE and TR and staff to review the Experts' reports | 8.5 | | |
| 02/21/22 | RFO | Prepare for redrawing of congressional map | 1.25 | | |
| 02/22/22 | RFO | Work on redrawing congressional map w/ expert and with BE and TR | 9.5 | | |
| 02/23/22 | RFO | Review draft Report; Meet w/ 3 judge panel and staff to discuss the Report | 1.5 | | |
| | | | | | |
| **Total** | | | 43.25 | | |
| | | | | | |
| Robert F. Orr · Attorney at Law PLLC INVOICE #202296 | | | | | |

Thomas Ross Time Sheet - Special Master Activity 2022

| Date | Hours | Activities |
|---|---|---|
| 2/16/2022 | 0.5 | Conversation with Justice Orr |
| 2/16/2022 | 0.5 | Research potential experts to assist in analysis |
| 2/16/2022 | 6 | Read NC Supreme Court 2 4 2022 order and 2 15 2022 and review of Stevenson I and Stevenson II opinions |
| 2/16/2022 | 0.5 | Review draft and final order appointing the special master |
| 2/16/2022 | 0.25 | Review and respond to email from Adam Steele |
| 2/16/2022 | 0.5 | Conversation with Justices Orr and Edmunds |
| 2/17/2022 | 7.5 | Prepare and send emials to potential experts; further research on potential experts; Conversations with two potential experts; send materials to potential experts; review of court filings and expert reports; |
| 2/17/2022 | 0.5 | Conversation with Justices Orr and Edmunds |
| 2/18/2022 | 1 | Conversation with Potential expert, emails to potential experts |
| 2/18/2022 | 0.5 | Conversation with Justice Orr and separate call with Edmunds |
| 2/18/2022 | 1.5 | Call with two potential advisors and email sending materials to them and Adam |
| 2/18/2022 | 0.5 | Make hotel reservations and other travel arrangements |
| 2/18/2022 | 0.25 | Email to Advisor Grofman |
| 2/18/202 | 0.25 | Find and send Advisor CVs to Adam and the Justices |
| 2/18/2022 | 0.25 | Complete IT form, scan and email it to Adam |
| 2/18/2022 | 0.25 | Conversation with Justices Orr and Edmunds; emails |
| 2/19/2022 | 1.5 | Correspondence with advisors; download and begin review of submissions |
| 2/19/2022 | 1 | Review of submissions of the parties |
| 2/19/202 | 0.5 | Conversation with Justices Orr and Edmunds |
| 2/20/2022 | 2 | Draft Letter of Engagement for Advisors; emails; conversation with Advisor |
| 2/20/2022 | 1 | Review of McGhee Metric memo and Congressional Map Memo; Review of suggestions to Advisor Engagement Letter and email. |
| 2/20/2022 | 0.75 | Prepare and send letters of engagement to each Advisor |
| 2//20/2022 | 3 | Drive from Davidson to Raleigh |
| 2/20/2022 | 0.25 | read and respond to emails |
| 2/20/2022 | 2 | Dinner Conversation with Justices Orr and Edmunds |
| 2/21/2022 | 8.5 | Review of Expert reports, reports of Advisor, discussions with Justices Orr and Edmunds; |

1

|  |  | Review of metrics; discussion related to constitutionality of three submitted remedial plans; Meeting with trial judges to discuss preliminary conclusion; emails with Advisors; read additional submissions; review additional reports from Advisors; Discussions with several Advisor; discuss conclusions with Justices Orr and Edmunds |
| 2/22/2022 | 9.5 | Review initial template map provided by Advisor Grofman; become familiar with Dave's resitricting software; print Advisor reports and other submissions for Justices Orr and Edmunds; Discuss alternative maps with Justices Orr and Edmunds; Provide instructions to Advisor Grofman to produce three additional maps;  Review three maps with Grofman and Justices Orr and Edmunds;  discard two maps and instruct Advisor Grofman of modifications requested in third map; Review third map and discuss it with Justices Orr and Edmunds; Reach conclusion to recommend the third map and instruct Advisor Grofman to even out population numbers in each district and conduct efficiency gap, mean/median difference, and partisan symmetry analysis; Edit and re-write potions of Special Master's report; Meet with Judges to discuss may selected by Speical Masters; Review and discuss emails from Advisors to party experts; Obtain emails from Advisors; |
| 2/23/2022 | 2 | Review and edit Special Master's report; incorporate edits to the report from Justices Orr and Edmunds; Finalize, print, sign final report of the Special Masters; Meet with Trial Judges to discuss the Special Master's report, questions regarding confidentiality while the case is pending; Email to Advisors re: confidentiality; Discussion with tria judges changes to map as a result of equalizing the population in each district. |
| 2/23/2022 | 3 | Drive from Raleigh to Davidson; |
| 2/23/2022 | 0.5 | Review of Final Court Order |
| 2/23/2022 | 1 | Review all emails, organize documents and correspondence for retention; conversations with Adam Steele re: Stat Pack; conversation with Dr. Grofman re: block data |
| 2/24/2022 | 1.5 | Emails to Advisors, Judicial Fellow; Review of court order; organize documents and correspondence for retention |
| 2/28/2022 | 0.5 | Prepare expense report and finalize time sheet |

Total Hours     59.5

2

Thomas Ross Expenses

| Date | Expense | Amount |
|---|---|---|
| 2/20/2022 | Dinner for Orr, Edmunds and Ross - Bonefish Grill | $174.48 |
| 2/21/2022 | Lunch for Orr, Edmunds, Ross and Steele - Lady Justice Café | $57.20 |
| 2/21/2022 | Dinner for Ross - Backyard Bistro (lost receipt) Same salad as 2/22 | $27.73 |
| 2/22/2022 | Lunch for Ross (no receipt) | $7.25 |
| 2/22/2022 | Dinner for Ross - Backyard Bistro | $27.73 |
| 2/23/2022 | Lunch for Ross - Cook Out | $6.80 |
| 2/20/2022-2/22/2022 | Hotel for Ross - Four Points Sheraton - 3 nights | $351.81 |
| 2/20/2022-2/23/2022 | Mieage to and from Davidson and local to and from Justice Center, etc. 369 miles X .56 | $206.64 |
|  | Total Expenses | $859.64 |

Dr. Grofman Invoice

| date | hours | time | work |
|------|-------|------|------|
| 18-Feb | 11 | 9am-1pm; 4pm-8pm, 9pm-midnight | careful reading of the Harper v. Hall Supreme Court opinion and legal briefs, instructions to research assistant to prepare information on demography and electoral geography in North Carolina, review past maps to familiarize myself with the geography, including the county clusters, informally work on maps to see the range of possible outcomes; read or skim all the previous expert witness reports, instructions to research assistant to load new proposed maps on DRA; brief examination of whether/how newly proposed maps might be improved |
| 19-Feb | 11.25 | 6.30 am-11.30 am, 12.30pm-6.45 pm | develop chart comparing proposed maps on multiple metrics, begin work on my Report, reread carefully some previous expert witness reports (esp. Duchin, Chen, Magleby), very short phone call to Ross re feasibility of comunications with other experts, further instructions to research assistant to examine potential alternative congressional maps, more work on my Report. |
| 20-Feb | 13 | 7am-11.45 am, 1.30pm-7.45pm,9.30pm-11pm | work on my report, give further instructions to my research assistant re replicating charts in Chen and Duchin reports; calls to research assistant re what I thought were needed corrections to Table 1 in my Report but which turned out not to be, further work on my report |
| 21-Feb | 7 | 3.45am-10.45am | work on revisions to my Report |
| 21-Feb | 8.5 | 2.30 pm-8.30 pm, 9.30pm-midnight | call from Tom Ross that starts me working on ideas for revising the submitted congressional map to deal with constitutional issues;development of illustrative plans bg2 and further iterations (bg3, bg4A); instructions to research assistant for further work, resulting in bg4B (and alternative map bg 4C),very partial skim of supplemental materials forwarded by Adam Steele |
| 22-Feb | 4.25 | 6.45am-11am | review of maps, video conference call with special masters and work on alternative maps under their direction, call to my research assistant with instructions from the special masters |
| 22-Feb | 3.75 | 11.30am-12.30pm , 1pm-2.45pm | work with RA on zeroing out process; briefly discuss Lewis Report with special masters; work on SM2 map. |

Dr. Grofman Invoice

| | | | |
|---|---|---|---|
| | | | review data files;instructions to research assistant, responses to Steele, preparation  of SM2 color map  and population data; sending of shape files and block equivalency list to Steele in .pdf format; send e-mail to Griggy's instructor to ask that Griggy be given a one  day extenions on his paper deadline since he is working  to help me meet  the NC Court's midnight deadline for preparing map visualizations. Work on issues of local shape files with Griggy and issues of CDP and city splits. |
| 22-Feb | 2.75 | 6.45pm-8.05pm; 8.20 pm-8.30 pm 9.30-9.45pm;11.55pm-12.55am | |
| 23-Feb | 1.25 | 8.30am-9.45pm, 10.20pm- | further work on maps and data file re requests from Steele, instructions to RA re color maps and need to correct corrupt block equivalency file. |
| TOTAL | 61.50 | $450/hour | $27,675.00 |

*Tyler J. Jarvis, PhD*
*811 E 2680 N*
*Provo, UT 84604*

*25 February 2022*

VIA EMAIL
Attn: Adam Steele

*Invoice for Work and Expenses*

This invoice covers my hours and expenses during the period February 18–22, 2022
for redistricting data analysis and support as an advisor to the North Carolina Special
Masters in *Harper v. Hall* and *NCLCV v. Hall.* Four research assistants supported the
project, working under my direction.

|  | Hours | Rate | Total |
|---|---|---|---|
| Tyler Jarvis | 46.50 | $450/hr | $20,925.00 |
| Research assistants | 73.25 | $75/hr | $5,493.75 |
| Supercomputer time | 56.00 | 72¢/hr | $40.32 |
| Total due |  |  | $26,459.07 |

Tyler J. Jarvis

# INVOICE

Eric McGhee
5807 Morpeth St
Oakland, CA 94618
emcghee73@gmail.com
510.725.8020 c

Date:  Feb 24, 2022
Due Date:  Mar 24, 2022
Invoice Number:  001

**Total Due:  $12,075.00**

| DATE | DESCRIPTION | CHARGES |
|------|-------------|---------|
| Feb. 18-20, 2022 | Evaluation of initial remedial maps in *NCLCV* v *Hall* and *Harper* v *Hall* 26.83 hours @ $450/hr | $ 12,075.00 |

Payment due 30 days from invoice date

Please include invoice number with payment

**Total Due:  $12,075.00**

INVOICE

Dr. Wang Invoice

| NC Harper | | | | |
|---|---|---|---|---|
| **Date** | **Activity** | **Start** | **Hours** | |
| 18-Feb-2022 | Review plans | 7:30 PM | 3.50 | |
| 19-Feb-2022 | Design analysis | 6:00 AM | 2.00 | |
| 19-Feb-2022 | Design analysis | 8:00 AM | 1.50 | |
| 19-Feb-2022 | Perform analysis | 10:00 AM | 1.00 | |
| 19-Feb-2022 | Perform analysis | 11:00 AM | 3.00 | |
| 19-Feb-2022 | Perform analysis | 2:30 PM | 0.75 | |
| 19-Feb-2022 | Perform analysis | 4:00 PM | 6.00 | |
| 20-Feb-2022 | Perform analysis | 10:00 AM | 5.00 | |
| 21-Feb-2022 | Prepare report | 4:30 AM | 5.00 | |
| | | | | |
| | | | | |
| | | **Total hours** | **27.75** | |
| | | **rate** | **$450** | **/hr** |
| | | **Total due** | **$12,487.50** | |

TIME SHEET IN HARPER V. HALL FOR ZACHARY R. GRIGGY

zgriggy@uci.edu

| Date | Time In | Time out | Hours | Task |
|---|---|---|---|---|
| 2/18/22 | 1:15 PM | 5:00 PM | 3:45 | Phone call with Dr. Grofman to receive direction; preparing illustrative congressional and legislative district maps |
| 2/18/22 | 6:30 PM | 9:15 PM | 2:45 | Phone call with Dr. Grofman; inputting proposed plans into DRA mapping software |
| 2/18/22 | 10:30 PM | 12:00 AM | 1:30 | Inputting plans into DRA, phone call with Dr. Grofman. |
| 2/19/22 | 10:00 AM | 11:30 AM | 1:30 | Creating table with district statistics |
| 2/19/22 | 4:30 PM | 5:00 PM | 0:30 | Finalizing tables |
| 2/19/22 | 5:30 PM | 7:45 PM | 2:15 | Phone call with Dr. Grofman and preparing seat share table |
| 2/20/22 | 9:30 AM | 11:30 AM | 2:00 | Preparing district rank-order chart; phone call with Dr. Grofman |
| 2/20/22 | 3:30 PM | 3:45 PM | 0:15 | Phone call with Dr. Grofman to receive direction |
| 2/20/22 | 5:30 PM | 7:45 PM | 2:15 | Phone call with Dr. Grofman; preparing uniform swing analysis |
| 2/20/22 | 10:00 PM | 11:00 PM | 1:00 | Phone call with Dr. Grofman and correcting uniform swing analysis |
| 2/21/22 | 3:00 PM | 3:30 PM | 0:30 | Phone call with Dr. Grofman to receive direction |
| 2/21/22 | 10:00 PM | 11:30 PM | 1:30 | Phone call with Dr. Grofman to receive direction; making illustrative changes to congressional map |
| 2/22/22 | 10:30 AM | 2:30 PM | 4 | Several phone calls with Dr. Grofman to receive direction, zeroing out district population deviation in draft SM Map, making slight modifications to reflect Dr. Grofman's directions; mapping incumbent addresses |
| 2/22/22 | 7:15 PM | 8:30 PM | 1:15 | Generating SM Map block assignment file and shapefile |
| 2/23/22 | 12:00 AM | 1:00 AM | 1:00 | Phone call with Dr. Grofman to receive direction, generating shapefiles |
| Total: | | | 22:00 | at $75/hour |

$1,650.00