# **Exhibit 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SANDRA LITTLE COVINGTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | 1:15-CV-399 |
| | ) | |
| THE STATE OF NORTH CAROLINA, et al., | ) | |
| Defendants. | ) | |

**SPECIAL MASTER'S FEE STATEMENT**

Pursuant to the Court's Order of November 1, 2017, (ECF Doc. 206) I am submitting the following fee request for work performed as Special Master in the above captioned case. Attached please find a statement of hours and expenses for my work and that of my assistant, Professor Patrick Egan.

I incurred $16,694.50 in expenses and worked 219 hours, which at $500/hour, amounts to $109,500. (All my hours are rounded down to the nearest half hour.) With the expectation that my bill will be paid within the month timeframe expressed in the Court's order, I will waive compensation for my expenses and reduce my fee by an additional ten percent, for a total due to me of $98,500. Professor Egan worked a total of 102.5 hours at a rate of $250 per hour, amounting to $25,625 owed to him. Fees can be paid to me at the following address: Professor Nathaniel Persily, Stanford Law School, 559 Nathan Abbott Way, Stanford CA, 94305-8610. Please feel free to contact me if I can provide further information or assistance.

1

SUBMITTED this 23rd day of January, 2018.

*[signature]*

Nathaniel Persily

Special Master

2

**Statement of Hours for Work Performed by Nathaniel Persily for Covington v. NC**

| Date | Hours | Task |
|---|---|---|
| 27-Oct | 2.5 | Preparation of affidavit and review of filings |
| 30-Oct | 6 | Review of Filings and maps |
| 31-Oct | 6 | Review of new filings and cited precedent |
| 1-Nov | 2 | Administrative work to acquire technology and hardware |
|  | 4 | Reviewed earlier court drawn redistricting plans and Covington materials |
|  | 2 | Review decisions interpreting NC whole county provision |
|  | 2 | Craft order for special master plan |
| 2-Nov | 7 | Analyzed existing Senate plan and drew multiple solutions |
| 4-Nov | 8 | Worked on Senate plan and analyzed house plans |
| 5-Nov | 4 | Worked on Senate plan |
| 6-Nov | 8 | Worked on House plans |
| 7-Nov | 8 | Worked on plans for Guilford county |
| 8-Nov | 9 | Worked on draft plan and draft report |
| 9-Nov | 9 | Worked on draft plan and helped create images with Pat Egan |
| 10-Nov | 9 | Worked on draft plan and helped create images and tables with Pat Egan |
| 13-Nov | 3 | Prepared plans and report for release to parties |
| 14-Nov | 3 | Began analyzing incumbency effects of plans |
| 17-Nov | 3 | Read parties' responses to Draft Plan; Began preparation of final plan and report. |
| 20-Nov | 9 | Worked on Special Master's Recommended Plan |
| 21-Nov | 4 | Worked on Special Master's Recommended Plan and Report |
|  | 2 | Reviewed Parties Replies |
|  | 3 | Worked on Several Scenarios to deal with incumbency |
| 22-Nov | 8 | Made final changes to plan to incorporate incumbency, worked on report to explain them |
| 23-Nov | 6 | Worked to create Guilford Alternatives 1 and 2, continued work on the Special Master's Report |
| 24-Nov | 5 | Redid Guilford House to accommodate State's objections; worked on Report |
| 25-Nov | 8 | Wrote Special Master's Final Report |
| 26-Nov | 9 | Wrote Special Master's Final Report |
| 27-Nov | 6 | Wrote Special Master's Final Report and developed exhibits |
| 28-Nov | 6 | Wrote Special Master's Final Report and prepared exhibits |
| 29-Nov | 8 | Wrote Special Master's Final Report and prepared exhibits |
| 30-Nov | 5 | Proofread Special Master's Final Report |
| 27-Dec | 5 | Read Defendants' objections, questions and expert report; began preparing responses. |
| 1-Jan | 5 | Worked on presentation for hearing |
| 2-Jan | 5 | Worked on presentation for hearing |
| 3-Jan | 7 | Travel to Greensboro from Miami; Worked on Responses to Court's Questions in new Order |
| 4-Jan | 9 | Toured Courthouse; Worked with A/V and Court personnel; Prepared presentation |
| 5-Jan | 5 | Preparation and Oral argument in court |
|  | 9 | Travel back home from Greensboro and Preparation of Bill |
| TOTAL | 219.5 | x $500 = $98,775 |

3

Statement of Expenses for Nathaniel Persily for Covington v. NC

| Expenses | |
|---|---:|
| Two Maptitude licenses plus NC Data | 14000 |
| Hardware | 1700 |
| Travel to and from RDU | 534.4 |
| Hotel | 385.24 |
| Rental Car | 74.86 |
| | |
| TOTAL | $16,694.50 |

4

**PATRICK J. EGAN**
**14 WASHINGTON PLACE, 11-M**
**NEW YORK, NY 10003**

January 8, 2018

Nathaniel Persily
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610

Dear Professor Persily,

Attached please find a bill and a statement of hours related to the work I performed in *Covington v. North Carolina*, developing the tables and images for the Special Master's Draft Plan and Report, the Special Master's Recommended Plan and Report, as well as the related presentation for the Court.

As we discussed, my hourly rate is $250 per hour and I spent 102.5 hours on the project. The total bill for my work is therefore $25,625.

You can send payment to me at the address above.

Sincerely yours,

*Patrick J. Egan*

Patrick J. Egan

**Patrick J. Egan, assistance to Special Master Nathaniel Persily in** *Covington v. North Carolina*

| Date | Hours | Task |
|---|---|---|
| Nov. 1, 2017 | 3 | familiarize with special master appointment and instructions from court |
| | 0.5 | telecon w/NP re planning work process |
| Nov. 2 | 0.5 | telecon w/NP: planning work process |
| Nov. 3 | 0.5 | Download and install Maptitude, gather files |
| Nov. 4 | 1.5 | Familiarize with current plans in place |
| | 4 | Setup of Maptitude on laptop, install all map layers |
| Nov. 5 | 2 | Continue to set up maps |
| Nov. 9 | 4 | Preparation of maps and statistics for draft plan |
| | 8 | Work with NP on preparation of maps and statistics for draft plan |
| Nov. 10 | 4 | Preparation of maps and statistics for draft plan |
| | 8 | Work with NP to finalize maps and statistics for draft plan |
| Nov. 14 | 1 | telecon with NP to prepare corrected draft plan |
| Nov. 22 | 8 | Prepare maps and statistics for final recommended plan |
| Nov. 23 | 2 | Prepare maps for final recommended plan |
| Nov. 24 | 6 | Calculate statistics for final recommended plan, continue to prepare maps |
| Nov. 25 | 4 | Prepare maps for final report |
| Nov. 26 | 16 | Run reports, prepare maps, prepare statistics, and prepare exhibits for final report |
| Nov. 27 | 10 | Prepare final maps and statistics for report, including for alternate plans |
| Nov. 28 | 8 | Proofing of statistics and maps; creation of shapefiles and block equivalency files for recomme |
| Nov. 29 | 4 | Additional proofs and edits to statistical reports for recommended plan |
| Nov. 30 | 1 | Additional changes to maps and final report |
| | 1.5 | Final proofing of report and exhibits |
| Dec. 19 | 1 | Prepare maps of plans with BVAP at VTD level for Special Master's presentation |
| Dec. 22 | 1 | Complete BVAP maps for Special Master's presentation |
| Dec. 28 | 1 | Create comparison maps of CDPs and Municipalities for Special Master's presentation |
| Jan. 2, 2018 | 0.5 | Data analysis for Special Master's presentation |
| Jan. 4 | 1.5 | Generate and tabulate report on split municipalities |
| **Total hours** | **102.5** | |
| Rate | $250 per hour | |
| **Total billed** | **$ 25,625** | |