IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana<br><br>　　　　　　　　*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ<br><br>Dr. Handley Remedial Expert Report |

**Expert Report on Remedial Louisiana State House and Senate Plans**

**Dr. Lisa Handley**

I.      **Introduction**

Plaintiffs have introduced proposed state senate and state house remedial maps (Remedial Maps), drawn by plaintiffs' demography expert Bill Cooper, for consideration by the Court. I have been asked to review the Remedial Maps to determine whether the additional Black majority districts in these maps would provide Black voters with an opportunity to elect their candidates of choice. Additionally, I have analyzed voting patterns by race in the October and November 2023 elections as well as the November 2024 presidential election. Because voting in the four 2023 statewide elections that included Black candidates and the 2024 presidential election was racially polarized, I have updated the state legislative district effectiveness scores to include these contests.

In addition to analyzing five statewide contests (the four 2023 contests that included Black candidates and the presidential election in 2024), I also analyzed all of the 2023 state legislative elections (whether or not they included Black candidates) in the districts in my seven areas of interest. In my initial reports in this matter, I designated eight clusters of illustrative and enacted districts within seven areas of interest for comparison purposes. Each of the three state senate clusters contained an additional majority Black state senate district in the Illustrative Plan compared to the Enacted Plan. The five state house clusters also included one additional majority Black district, except for State House Cluster 5, which had two additional majority Black districts in the Illustrative Plan. The districts within these clusters are relevant to the evaluation of the proposed Remedial Maps because the changes between the Illustrative Plans and the Remedial Maps are minor and do not affect either the parishes included in the seven areas of interest previously analyzed or the state house and senate districts included in the eight comparison clusters.

While the effectiveness scores in some of the comparison districts changed, the overall conclusion as to whether a district provided Black voters with an opportunity to elect their candidates of choice, did not change. The Remedial Maps continue to offer Black voters a greater opportunity to participate in the electoral system and elect candidates of choice than the Enacted State House and Senate Plans.

**II.     Analysis of Voting Patterns by Race in the 2023 and 2024 Elections**

In my earlier reports, I presented the results of my analysis of voting patterns in 16 recent statewide contests that included Black candidates and 22 recent biracial state legislative contests in the seven areas of interest.[1] This report provides the results of my analysis of the 2023 state legislative election contests in the districts in my eight comparison clusters, the four 2023 statewide election contests that included Black candidates, and the 2024 presidential election.

***Racial bloc voting analysis of the 2023 state legislative elections***. There are 39 enacted state legislative districts in the clusters. There were no contested state legislative contests in 2023 in 17 (43.6%) of these districts.[2] The estimates of Black and White support for the candidates competing in the 22 contested state legislative elections can be found in Appendix A. Appendix A1 reports the results of the October 2023 elections, and Appendix A2 reports the results of the November 2023 runoff elections.

Only six of the 22 contested state legislative elections analyzed were biracial. All six of these contests were racially polarized. In addition, all contests that included both Democrats and Republicans, including six contests in which all of the candidates running were White, were racially polarized. Overall, 16 of the 22 state legislative contests (72.7%) were racially polarized. The six contests that were not polarized were contests either in majority White districts with only White Republicans competing for office (five district elections) or in majority Black districts with only Black Democrats competing for office (one district election).

There were November 2023 runoff elections in seven of the 22 districts. None of these contests were biracial. Two of the contests included a White Democrat and a White Republican and both were racially polarized. Two of the contests included only White Republicans, and they were both polarized. Three of the contests included only Black Democrats (all in majority Black districts) and these contests were not racially polarized.

***Racial bloc voting analysis of recent statewide elections***. There were three October 2023 statewide elections that included Black candidates: Governor (Shawn Wilson), Lieutenant Governor (Willie Jones and Elbert Guillory), and Secretary of State (Gwen Collins-Greenup and

---

[1] In my preliminary report (July 2022), I listed the results of 15 statewide contests and 20 biracial state legislative contests. In the June 2023 report, I added the November 2022 race for the U.S. Senate and two special state legislative contests.

[2] In 2023, there were no contested elections in State Senate Districts 9, 14, 15, and 16; and in State House Districts 22, 3, 5, 8, 33, 35, 36, 59, 60, 61, 67, and 69.

Arthur Morrell). One of the Black candidates in the October race for Secretary of State (Collins-Greenup) made it to the November 2023 runoff. Appendix B provides the statewide estimates of Black and White voter support for all of the candidates included in these four contests.[3]

All four of the 2023 election contests that included Black candidates were racially polarized statewide. Black voters supported the Black candidate (or, if there was more than one Black candidate, one of the Black candidates) in each of these contests. The candidates of choice of Black voters statewide were, in the gubernatorial contest, Shawn Wilson; in the race for lieutenant governor, Willie Jones; and in the election for Secretary of State (in both October and November), Gwen Collins-Greenup. (In the October 2023 election for Secretary of State, the other Black candidate, Arthur Morrell, was the second choice of Black voters.)

The 2024 presidential election was racially polarized in Louisiana. Black voters supported Kamala Harris and a large majority of White voters cast their votes for Donald Trump, who easily carried the state. The estimates for this election contests can be found in Appendix B.

III.  **Updated Effectiveness Scores**

Because the four 2023 statewide elections and the 2024 presidential election that I analyzed were racially polarized, and the candidates preferred by Black voters were Black candidates in all instances, I included those five contests in updated effectiveness scores.

*Effectiveness Score #1* is now calculated on the basis of the following 21 election contests: the November 2024 race for U.S. President; the October 2023 Governor, Lieutenant Governor, and Secretary of State contests; the November 2023 runoff for Secretary of State; the November 2022 U.S. Senate contest; the November 2020 races for U.S. President and U.S. Senate; the October 2019 Lieutenant Governor, Attorney General, Secretary of State, and State Treasurer contests; the 2019 runoff for Secretary of State; the November 2018 contest and the December 2018 runoff for Secretary of State; the October 2017 contest and the November 2017 runoff for State Treasurer; the October 2015 Lieutenant Governor, Attorney General, and Secretary of State contests; and the November 2015 runoff for Lieutenant Governor.

---

[3] Because the Court previously found that voting is racially polarized in all seven areas of interest, I did not conduct an analysis of the statewide elections in each of the individual areas of interest.

*Effectiveness Score #2* is now calculated on the basis of the subset of the ten two-candidate contests: the November 2024 election for U.S. President, the November 2023 runoff for Secretary of State, the November 2020 race for U.S. President, the October 2019 Lieutenant Governor and Attorney General contests, the 2019 runoff for Secretary of State, the December 2018 runoff for Secretary of State, the November 2017 runoff for State Treasurer, the October 2015 Secretary of State contest, and the November 2015 runoff for Lieutenant Governor.

In addition to updated effectiveness scores, the cluster comparison tables also list the name, race, and political party of the legislator representing the district as of the 2023 elections, demonstrating how the districts actually performed in the recent elections. Bolded district numbers indicate Enacted or Remedial Districts with Black majority voting age population.

**Comparison Table 1: State Senate Cluster 1 (Bossier and Caddo Parishes)**

| Enacted District | Effectiveness Score #1 | Effectiveness Score #2 | State Senator Elected in 2023 |
|---|---|---|---|
| 36 | 0.0% | 0.0% | Adam Bass (W, R) |
| 38 | 19.0% | 0.0% | Thomas Pressly (W, R) |
| **39** | 100.0% | 100.0% | Samuel L. Jenkins, Jr. (B, D) |

| Remedial District | Effectiveness Score #1 | Effectiveness Score #2 |
|---|---|---|
| 36 | 0.0% | 0.0% |
| **38** | 100.0% | 100.0% |
| **39** | 81.0% | 70.0% |

**Comparison Table 2: State Senate Cluster 2 (Jefferson and St. Charles Parishes)**

| Enacted District | Effectiveness Score #1 | Effectiveness Score #2 | State Senator Elected in 2023 |
|---|---|---|---|
| 8 | 23.8% | 0.0% | Patrick Connick (W, R) |
| 9 | 14.3% | 0.0% | J. Cameron Henry, Jr. (W, R) |
| 10 | 0.0% | 0.0% | Kirk Talbot (W, R) |
| 19 | 14.3% | 0.0% | Gregory Miller (W, R) |

| Remedial District | Effectiveness Score #1 | Effectiveness Score #2 |
|---|---|---|
| 8 | 4.8% | 0.0% |
| 9 | 14.3% | 0.0% |
| 10 | 0.0% | 0.0% |
| **19** | **95.2%** | **100.0%** |

**Comparison Table 3: State Senate Cluster 3**
**(East and West Baton Rouge, Iberville, and Point Coupee Parishes)**

| Enacted District | Effectiveness Score #1 | Effectiveness Score #2 | State Senator Elected in 2023 |
|---|---|---|---|
| 6 | 9.5% | 0.0% | Rick Edmonds (W, R) |
| **14** | 100.0% | 100.0% | Cleo Fields (B, D) |
| **15** | 100.0% | 100.0% | Regina Barrow (B, D) |
| 16 | 14.3% | 10.0% | Franklin Foil (W, R) |

| Remedial District | Effectiveness Score #1 | Effectiveness Score #2 |
|---|---|---|
| **14** | 100.0% | 100.0% |
| **15** | 90.5% | 90.0% |
| 16 | 14.3% | 10.0% |
| **17** | 81.0% | 70.0% |

**Comparison Table 4: State House Cluster 1
(DeSoto, Natchitoches, and Red River Parishes)**

| Enacted District | Effectiveness Score #1 | Effectiveness Score #2 | State Representative Elected in 2023 |
|---|---|---|---|
| 7 | 14.3% | 0.0% | Larry Bagley (W, R) |
| 22 | 0.0% | 0.0% | Gabe Firment (W, R) |
| 25 | 0.0% | 0.0% | Jason Dewitt (W, R) |

| Remedial District | Effectiveness Score #1 | Effectiveness Score #2 |
|---|---|---|
| 23 | 76.2% | 70.0% |

**Comparison Table 5: State House Cluster 2 (Calcasieu Parish)**

| Enacted District | Effectiveness Score #1 | Effectiveness Score #2 | State Representative Elected in 2023 |
|---|---|---|---|
| 33 | 0.0% | 0.0% | Les Farnum (W, R) |
| **34** | 100.0% | 100.0% | Wilford Carter, Sr. (B, D) |
| 35 | 0.0% | 0.0% | Brett Geymann (W, R) |
| 36 | 0.0% | 0.0% | Phillip E. Tarver (W, R) |

| Remedial District | Effectiveness Score #1 | Effectiveness Score #2 |
|---|---|---|
| 33 | 0.0% | 0.0% |
| **34** | 100.0% | 100.0% |
| 35 | 0.0% | 0.0% |
| 36 | 0.0% | 0.0% |
| **38** | 100.0% | 100.0% |

**Comparison Table 6: State House Cluster 3 (Bossier and Caddo Parishes)**

| Enacted District | Effectiveness Score #1 | Effectiveness Score #2 | State Representative Elected in 2023 |
|---|---|---|---|
| 1 | 4.8% | 0.0% | Danny McCormick (W, R) |
| 2 | 100.0% | 100.0% | Steven Jackson (B, D) |
| 3 | 100.0% | 100.0% | Tammy Phelps (B, D) |
| 4 | 100.0% | 100.0% | Joy Walters (B, D) |
| 5 | 0.0% | 0.0% | Dennis Bamburg (W, R) |
| 6 | 4.8% | 0.0% | Michael Melerine (W, R) |
| 8 | 0.0% | 0.0% | Raymond Crews (W, R) |
| 9 | 0.0% | 0.0% | Dodie Horton (W, R) |

| Remedial District | Effectiveness Score #1 | Effectiveness Score #2 |
|---|---|---|
| 1 | 76.2% | 60.0% |
| 2 | 100.0% | 100.0% |
| 3 | 90.5% | 80.0% |
| 4 | 100.0% | 100.0% |
| 6 | 4.8% | 0.0% |
| 8 | 0.0% | 0.0% |
| 9 | 0.0% | 0.0% |
| 22 | 0.0% | 0.0% |

**Comparison Table 7: State House Cluster 4 (Ascension and Iberville Parishes)**

| Enacted District | Effectiveness Score #1 | Effectiveness Score #2 | State Representative Elected in 2023 |
|---|---|---|---|
| 59 | 9.5% | 0.0% | Tony Bacala (W, R) |
| 60 | 38.1% | 20.0% | Chad Brown (W, D) |
| 88 | 4.8% | 0.0% | Kathy Edmonston (W, R) |

| Illustrative District | Effectiveness Score #1 | Effectiveness Score #2 |
|---|---|---|
| 59 | 9.5% | 0.0% |
| **60** | 100.0% | 100.0% |
| 88 | 4.8% | 0.0% |

**Comparison Table 8: State House Cluster 5**
**(East Baton Rouge and East Feliciana Parishes)**

| Enacted District | Effectiveness Score #1 | Effectiveness Score #2 | State Representative Elected in 2023 |
|---|---|---|---|
| **61** | 100.0% | 100.0% | C. Denise Marcelle (B, D) |
| **62** | 90.5% | 90.0% | Roy Daryle Adams (W, D) |
| **63** | 95.2% | 100.0% | Barbara West Carpenter (B, D) |
| 65 | 4.8% | 0.0% | Lauren Ventrella (W, R) |
| 66 | 9.5% | 0.0% | Emily Chenevert (W, R) |
| **67** | 100.0% | 100.0% | Larry Selders (B, D) |
| 68 | 23.8% | 10.0% | Dixon McMakin (W, R) |
| 69 | 9.5% | 0.0% | Paula Davis (W, R) |
| 70 | 23.8% | 10.0% | Barbara Reich Freiberg (W, R) |
| **101** | 100.0% | 100.0% | Vanessa Caston LaFleur (B, D) |

| Remedial District | Effectiveness Score #1 | Effectiveness Score #2 |
|---|---|---|
| **61** | 95.2% | 100.0% |
| 62 | 23.8% | 10.0% |
| **63** | 90.5% | 90.0% |
| **65** | 85.7% | 80.0% |
| 66 | 9.5% | 0.0% |
| **67** | 100.0% | 100.0% |
| **68** | 90.5% | 90.0% |
| **69** | 81.0% | 70.0% |
| 70 | 9.5% | 10.0% |
| **101** | 85.7% | 80.0% |

### IV. Conclusion

My analysis demonstrates that the Remedial Maps would provide Black voters with an opportunity to elect their candidates of choice in three additional Senate Districts and in six additional House Districts compared to the Enacted Plans.

Furthermore, my analysis of voting patterns by race in the 2023 and 2024 Louisiana elections further supported my prior opinion that voting is racially polarized in the seven areas of Louisiana that I examined. The Black community is cohesive in supporting their preferred candidates and White voters consistently bloc vote to defeat these candidates.

Racially polarized voting substantially impedes the ability of Black voters to elect candidates of their choice to the Louisiana State Legislature in these areas. The Enacted State Senate and House Plans dilute the voting strength of Black voters in Louisiana by failing to create additional districts in these areas that offer Black voters an opportunity to elect their candidates of choice to the state legislature.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed May 23, 2025.

_____
Lisa Handley, Ph.D.

**Appendix A1**
**Louisiana State Legislative Elections October 2023**

| | | | | Estimates for Black Voters | | | | | Estimates for White Voters | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Party | Race | Vote | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **State Senate Elections** | | | | | | | | | | | | | |
| **St Senate District 6** | | | | | | | | | | | | | |
| Rick Edmonds | R | W | 61.5 | 61.4 | 51.5, 71.5 | 61.0 | 62.1 | - | 62.0 | 58.9, 64.9 | 61.4 | 62.7 | 59.6 |
| Barry Ivey | R | W | 38.5 | 38.6 | 28.6, 48.6 | 38.5 | 38.5 | - | 38.0 | 35.1, 41.1 | 38.5 | 37.2 | 40.4 |
| **St Senate District 8** | | | | | | | | | | | | | |
| Patrick Connick | R | W | 52.4 | 75.1 | 66.2, 83.3 | 78.8 | 77.3 | - | 46.7 | 43.2, 50.2 | 42.6 | 44.8 | 35.3 |
| Timothy Kerner Jr. | R | W | 47.6 | 24.9 | 16.7, 33.8 | 21.2 | 22.5 | - | 53.3 | 49.8, 56.8 | 57.4 | 55.2 | 64.7 |
| **St Senate District 9** | | | | | | | | | | | | | |
| J. Cameron Henry Jr. | R | W | 69.9 | 19.8 | 7.3, 38.2 | 1.2 | - | - | 74.8 | 73.0, 76.1 | 76.5 | 78.5 | 74.7 |
| Mary Anne Mushatt | D | W | 30.1 | 80.3 | 61.8, 92.7 | 97.4 | - | - | 25.2 | 23.9, 27.0 | 23.4 | 21.4 | 25.3 |
| **St Senate District 19** | | | | | | | | | | | | | |
| Marilyn Bellock | D | B | 31.2 | 91.2 | 88.0, 93.8 | 92.1 | 94.5 | 88.3 | 8.4 | 7.2, 9.9 | 7.7 | 8.6 | 11.5 |
| Gregory A. Miller | R | W | 68.8 | 8.8 | 6.2, 12.0 | 7.9 | 5.4 | 11.7 | 91.6 | 90.1, 92.8 | 92.3 | 91.4 | 88.5 |
| **St Senate District 36** | | | | | | | | | | | | | |
| Adam Bass | R | W | 62.0 | 53.5 | 45.2, 61.6 | 52.2 | 57.0 | 52.2 | 64.2 | 62.1, 66.3 | 64.3 | 63.6 | 63.7 |
| Robert Mills | R | W | 38.0 | 46.6 | 38.4, 54.8 | 47.7 | 43.0 | 47.8 | 35.8 | 33.7, 37.9 | 35.9 | 36.3 | 36.3 |
| **St Senate District 38** | | | | | | | | | | | | | |
| Chase Jennings | R | W | 18.1 | 21.7 | 17.7, 25.8 | 23.5 | 24.8 | - | 16.5 | 15.0, 18.1 | 14.7 | 19.3 | 15.2 |
| John Milkovich | R | W | 25.8 | 51.6 | 46.6, 56.3 | 51.1 | 50.7 | - | 18.1 | 16.4, 19.9 | 17.9 | 19.0 | 19.9 |
| Thomas A. Pressly | R | W | 56.2 | 26.7 | 21.8, 31.9 | 23.4 | 24.8 | - | 65.3 | 63.5, 67.2 | 66.5 | 61.5 | 64.8 |
| **St Senate District 39** | | | | | | | | | | | | | |
| Cedric B. Glover | D | B | 26.4 | 32.0 | 30.6, 33.4 | 32.2 | 32.7 | 30.9 | 17.4 | 15.3, 19.5 | 17.5 | 18.8 | 12.7 |
| Samuel L. Jenkins Jr. | D | B | 33.7 | 47.0 | 45.5, 48.4 | 47.6 | 46.9 | 46.2 | 13.3 | 11.4, 15.2 | 12.5 | 11.0 | 13.7 |
| Barbara M. Norton | D | B | 13.8 | 20.3 | 19.2, 21.3 | 21.2 | 22.0 | 21.2 | 2.3 | 1.3, 3.4 | 2.0 | 1.8 | 3.8 |
| James Slagle | R | W | 26.0 | 0.7 | .4, 1.2 | 0.8 | -1.5 | 1.7 | 67.1 | 65.5, 68.5 | 67.2 | 68.4 | 69.7 |
| **State House Elections** | | | | | | | | | | | | | |
| **St House District 1** | | | | | | | | | | | | | |
| Randall Liles | R | W | 33.6 | 64.8 | 45.3, 81.8 | 60.4 | 63.1 | - | 25.4 | 20.7, 31.0 | 26.3 | 24.6 | 27.3 |
| Danny McCormick | R | W | 66.4 | 35.2 | 18.2, 54.7 | 39.0 | 37.6 | - | 74.6 | 69.0, 79.4 | 73.7 | 75.3 | 72.7 |

| Appendix A1 Louisiana State Legislative Elections October 2023 | Party | Race | Vote | Estimates for Black Voters | | | | | Estimates for White Voters | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **St House District 2** | | | | | | | | | | | | | |
| Steven Jackson | D | B | 51.5 | 50.7 | 47.9, 53.6 | 50.1 | 48.2 | 50.5 | 53.5 | 45.1, 61.8 | 57.0 | 54.6 | - |
| Terence Vinson | D | B | 48.5 | 49.3 | 46.4, 52.1 | 49.8 | 52.0 | 49.5 | 46.5 | 38.2, 54.9 | 43.0 | 45.6 | - |
| **St House District 4** | | | | | | | | | | | | | |
| Jasmine R. Green | D | B | 33.2 | 36.8 | 31.3, 41.1 | - | 38.7 | 41.8 | 22.3 | 11.2, 34.3 | 19.0 | 16.3 | - |
| Lyndon B. Johnson | D | B | 32.8 | 29.4 | 25.0, 34.0 | - | 29.0 | 26.9 | 42.2 | 30.1, 54.2 | 44.3 | 46.9 | - |
| Joy Walters | D | B | 34.0 | 33.8 | 29.2, 38.4 | - | 32.2 | 31.3 | 35.5 | 23.3, 47.7 | 34.3 | 37.1 | - |
| **St House District 6** | | | | | | | | | | | | | |
| Robert Darrow | D | W | 28.2 | 52.1 | 23.3, 77.7 | 68.0 | 68.9 | - | 25.7 | 23.0, 28.6 | 20.7 | 24.5 | 26.2 |
| Evan McMichael | no | W | 3.7 | 11.1 | 3.9, 19.8 | 1.4 | 0.5 | - | 1.5 | .8, 2.4 | 4.0 | 4.1 | 4.0 |
| Michael Melerine | R | W | 68.1 | 36.8 | 11.5, 65.6 | 32.3 | 30.6 | - | 72.8 | 70.0, 75.5 | 70.2 | 71.4 | 69.8 |
| **St House District 7** | | | | | | | | | | | | | |
| Larry Bagley | R | W | 61.2 | 63.5 | 57.1, 69.9 | 64.8 | 62.9 | 43.5 | 61.0 | 57.6, 64.2 | 62.7 | 62.5 | 62.8 |
| Tim Pruitt | R | W | 38.8 | 36.5 | 30.1, 42.9 | 35.4 | 36.8 | 56.5 | 39.1 | 35.8, 42.4 | 37.3 | 37.5 | 37.2 |
| **St House District 9** | | | | | | | | | | | | | |
| Dodie Horton | R | W | 60.1 | 46.3 | 25.5, 68.4 | 47.2 | 41.6 | - | 62.9 | 58.5, 67.2 | 60.0 | 66.2 | 61.1 |
| Chris Turner | R | W | 39.9 | 53.7 | 31.6, 74.6 | 52.3 | 58.0 | - | 37.1 | 32.8, 41.5 | 40.0 | 33.9 | 38.9 |
| **St House District 25** | | | | | | | | | | | | | |
| Jason Dewitt | R | W | 59.0 | 59.3 | 49.9, 68.7 | 57.7 | 57.1 | 53.6 | 58.4 | 56.0, 60.9 | 58.5 | 61.9 | 61.5 |
| Patricia Leleux | R | W | 41.0 | 40.7 | 31.3, 50.1 | 42.3 | 42.6 | 46.4 | 41.6 | 39.1, 44.0 | 41.5 | 38.1 | 38.5 |
| **St House District 34** | | | | | | | | | | | | | |
| Wilford Carter Sr. | D | B | 62.2 | 74.0 | 71.5, 76.2 | 76.0 | 78.4 | 74.5 | 12.3 | 5.3, 21.4 | 6.3 | 5.5 | - |
| Kevin D. Guidry | D | B | 30.0 | 19.3 | 17.0, 22.0 | 16.0 | 14.3 | 18.0 | 77.7 | 67.3, 86.4 | 87.4 | 86.2 | - |
| Franklin Lewis Sr. | D | B | 7.9 | 6.6 | 4.9, 8.3 | 7.6 | 7.4 | 7.5 | 10.1 | 4.4, 16.4 | 8.0 | 8.5 | - |
| **St House District 62** | | | | | | | | | | | | | |
| Roy Daryl Adams | D | W | 51.0 | 23.9 | 19.1, 29.5 | 21.5 | 16.5 | 9.6 | 83.2 | 76.7, 88.7 | 84.5 | 91.0 | 79.7 |
| Daniel Banguel | D | B | 20.4 | 27.9 | 22.3, 33.0 | 29.2 | 27.1 | 27.7 | 11.4 | 5.7, 17.9 | 10.6 | 12.7 | 14.3 |
| Darius Lanus | D | B | 28.7 | 48.2 | 44.1, 51.6 | 51.2 | 56.5 | 62.7 | 5.4 | 2.1, 10.0 | 2.8 | -3.5 | 6.0 |

| Appendix A1 Louisiana State Legislative Elections October 2023 | | | | Estimates for Black Voters | | | | | Estimates for White Voters | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Party | Race | Vote | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **St House District 63** | | | | | | | | | | | | | |
| Chauna Banks | D | B | 33.3 | 46.1 | 43.0, 48.7 | 48.8 | 49.8 | 47.3 | 6.1 | 1.5, 12.3 | 1.3 | 0.0 | - |
| Barbara West Carpenter | D | B | 41.1 | 52.2 | 49.3, 55.3 | 52.5 | 51.6 | 51.1 | 16.9 | 10.7, 23.0 | 17.2 | 18.5 | - |
| Christopher Lemoine | R | W | 25.6 | 1.7 | .5, 3.7 | 0.7 | -1.4 | 1.6 | 77.0 | 72.0, 80.8 | 79.9 | 81.6 | - |
| **St House District 65** | | | | | | | | | | | | | |
| Brandon Ivey | R | W | 32.1 | 38.4 | 28.0, 48.8 | 39.8 | 42.8 | - | 31.1 | 28.9, 33.5 | 31.9 | 30.1 | 30.9 |
| Aaron Moak | R | W | 18.5 | 15.1 | 7.5, 23.2 | 15.4 | 13.7 | - | 19.3 | 17.4, 21.1 | 19.3 | 19.6 | 19.4 |
| Jamie Pope | R | W | 7.4 | 10.7 | 5.0, 16.6 | 10.6 | 11.4 | - | 6.4 | 5.1, 7.7 | 6.6 | 6.7 | 7.4 |
| Lauren Ventrella | R | W | 27.7 | 24.6 | 15.0, 34.6 | 23.6 | 23.4 | - | 28.5 | 26.3, 30.7 | 28.5 | 28.7 | 28.0 |
| Stephen Whitlow | R | W | 14.3 | 11.2 | 4.9, 18.3 | 8.3 | 8.8 | - | 14.6 | 13.0, 16.2 | 15.3 | 14.8 | 14.2 |
| **St House District 66** | | | | | | | | | | | | | |
| Monique Appeaning | R | B | 10.1 | 29.7 | 14.1, 44.3 | 39.7 | 39.1 | - | 6.4 | 3.8, 9.2 | 4.1 | 4.8 | 7.9 |
| Emily Chenevert | R | W | 32.0 | 19.2 | 6.2, 35.8 | 22.7 | 22.9 | - | 34.6 | 31.6, 37.1 | 34.4 | 36.3 | 32.1 |
| Hollis Day | R | W | 19.2 | 16.3 | 5.0, 31.0 | 6.3 | 10.3 | - | 19.7 | 17.0, 21.9 | 20.7 | 20.1 | 19.8 |
| Richie Edmonds | R | W | 27.3 | 16.0 | 4.2, 31.5 | 11.8 | 7.9 | - | 29.8 | 26.9, 32.2 | 30.3 | 29.6 | 29.6 |
| Drew Maranto | R | W | 11.4 | 18.8 | 6.4, 32.8 | 20.7 | 21.2 | - | 9.6 | 7.1, 11.9 | 9.3 | 9.1 | 10.6 |
| **St House District 68** | | | | | | | | | | | | | |
| Laura White Adams | R | W | 30.8 | 14.4 | 5.8, 25.8 | 8.0 | 7.3 | - | 34.9 | 32.3, 37.1 | 36.1 | 35.5 | 34.8 |
| Belinda Creel Davis | D | W | 31.1 | 59.9 | 46.4, 71.7 | 76.7 | 73.7 | - | 25.7 | 23.0, 28.6 | 20.5 | 23.7 | 24.7 |
| Robert Grodner Jr. | D | W | 4.1 | 12.2 | 7.3, 16.9 | 12.4 | 12.8 | - | 1.5 | .6, 2.7 | 2.2 | 2.4 | 2.6 |
| Dixon McMakin | R | W | 31.8 | 10.5 | 3.1, 19.7 | 4.2 | 3.3 | - | 36.5 | 34.4, 38.6 | 36.8 | 36.3 | 36.2 |
| Parry Thomas | no | W | 2.3 | 2.9 | .9, 5.3 | 2.8 | 2.7 | - | 1.4 | .9, 2.0 | 2.2 | 2.1 | 1.7 |
| **St House District 70** | | | | | | | | | | | | | |
| Brent Campanella | R | W | 12.8 | 9.8 | 3.2, 18.9 | 6.3 | 5.9 | - | 12.7 | 10.5, 14.7 | 14.8 | 13.8 | 10.8 |
| Barbara Reich Freiberg | R | W | 38.9 | 23.4 | 13.6, 35.3 | 17.9 | 19.7 | - | 43.3 | 40.3, 46.0 | 45.2 | 43.0 | 46.4 |
| Steve Myers | D | W | 27.2 | 57.6 | 44.2, 70.0 | 76.7 | 73.7 | - | 20.7 | 17.6, 23.9 | 17.3 | 16.6 | 20.4 |
| Jennie Seals | R | W | 21.2 | 9.2 | 3.0, 18.1 | 2.6 | 2.0 | - | 23.3 | 20.9, 25.4 | 26.1 | 26.5 | 22.3 |
| **St House District 88** | | | | | | | | | | | | | |
| Kathy Edmonston | R | W | 63.8 | 17.6 | 4.9, 36.8 | 4.8 | 4.7 | - | 69.8 | 67.2, 71.9 | 71.5 | 72.6 | 66.3 |
| Willie Robinson | R | B | 11.8 | 63.2 | 40.4, 80.3 | 73.6 | 80.7 | - | 5.6 | 3.3, 8.6 | 4.6 | 2.7 | 7.6 |
| Donald Schexnaydre | R | W | 24.4 | 19.2 | 5.7, 37.8 | 16.8 | 14.7 | - | 24.6 | 22.0, 26.7 | 25.4 | 24.7 | 26.1 |

**Appendix A2**
Louisiana State Legislative Runoff Elections November 2023

| | Party | Race | Vote | Estimates for Black Voters | | | | | Estimates for White Voters | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **State Senate Elections** | | | | | | | | | | | | | |
| **St Senate District 39** | | | | | | | | | | | | | |
| Cedric B. Glover | D | B | 34.7 | 32.8 | 31.1, 34.5 | 32.9 | 33.6 | 32.2 | 37.9 | 34.4, 41.3 | 38.5 | 40.8 | 32.4 |
| Samuel L. Jenkins Jr. | D | B | 65.3 | 67.2 | 65.5, 68.9 | 67.1 | 66.4 | 67.8 | 62.1 | 58.7, 65.6 | 61.5 | 59.5 | 67.6 |
| **State House Elections** | | | | | | | | | | | | | |
| **St House District 4** | | | | | | | | | | | | | |
| Jasmine R. Green | D | B | 46.2 | 47.1 | 41.3, 52.9 | 40.2 | 49.8 | 50.8 | 41.9 | 24.2, 60.4 | 40.1 | 35.3 | - |
| Joy Walters | D | B | 53.8 | 52.9 | 47.4, 58.7 | 60.7 | 49.9 | 49.2 | 58.1 | 39.6, 75.8 | 60.2 | 64.2 | - |
| **St House District 63** | | | | | | | | | | | | | |
| Chauna Banks | D | B | 35.8 | 41.5 | 36.3, 46.5 | 42.1 | 42.2 | 38.9 | 23.0 | 11.7, 34.9 | 21.7 | 23.0 | - |
| Barbara West Carpenter | D | B | 64.2 | 58.5 | 53.5, 63.7 | 57.9 | 57.7 | 61.1 | 77.0 | 65.1, 88.3 | 78.2 | 77.0 | - |
| **St House District 65** | | | | | | | | | | | | | |
| Brandon Ivey | R | W | 43.3 | 53.4 | 31.3, 75.5 | 56.2 | 49.2 | - | 41.7 | 38.2, 45.2 | 41.8 | 42.4 | 43.8 |
| Lauren Ventrella | R | W | 56.7 | 46.6 | 24.5, 68.7 | 43.9 | 50.5 | - | 58.3 | 54.8, 61.8 | 58.1 | 57.8 | 56.2 |
| **St House District 66** | | | | | | | | | | | | | |
| Emily Chenevert | R | W | 60.0 | 46.1 | 15.5, 80.0 | 52.2 | 47.1 | - | 62.5 | 57.4, 67.3 | 62.1 | 63.9 | 58.8 |
| Richie Edmonds | R | W | 40.0 | 53.9 | 20.0, 84.5 | 45.0 | 53.4 | - | 37.5 | 32.7, 42.6 | 38.0 | 36.2 | 41.2 |
| **St House District 68** | | | | | | | | | | | | | |
| Belinda Creel Davis | D | W | 43.4 | 82.6 | 63.6, 95.8 | 99.5 | 96.7 | - | 35.5 | 32.2, 39.4 | 31.6 | 35.1 | 37.0 |
| Dixon McMakin | R | W | 56.6 | 17.4 | 4.2, 36.4 | 1.7 | 2.7 | - | 64.5 | 60.6, 67.8 | 68.4 | 64.7 | 63.0 |
| **St House District 70** | | | | | | | | | | | | | |
| Barbara Reich Freiberg | R | W | 64.9 | 23.8 | 10.8, 41.1 | 13.9 | 11.5 | - | 73.6 | 69.8, 76.9 | 73.9 | 76.7 | 70.1 |
| Steve Myers | D | W | 35.1 | 76.2 | 58.9, 89.2 | 86.0 | 88.2 | - | 26.4 | 23.1, 30.2 | 26.1 | 23.3 | 29.9 |

| APPENDIX B Louisiana Statewide Elections 2023 and 2024 | Party | Race | Vote | Estimates for Black Voters ||||| Estimates for White Voters |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **2023 October** | | | | | | | | | | | | | |
| **Governor** | | | | | | | | | | | | | |
| Shawn Wilson | D | B | 25.9 | 78.9 | (78.4, 79.3) | 78.0 | 81.1 | 76.9 | 7.7 | (7.6, 8.0) | 7.9 | 5.3 | 8.1 |
| Jeff Landry | R | W | 51.6 | 4.8 | (4.5, 5.0) | 4.9 | 1.9 | 6.6 | 69.2 | (67.0, 69.3) | 68.9 | 71.3 | 67.1 |
| Stephen Waguespack | R | W | 5.9 | 0.8 | (.7, .9) | 0.7 | 0.1 | 0.9 | 7.7 | (7.6, 7.8) | 7.5 | 7.4 | 7.6 |
| John Schroder | R | W | 5.3 | 0.8 | (.7, .9) | 0.7 | 0.1 | 0.7 | 6.9 | (6.8, 7.0) | 7.0 | 6.3 | 7.4 |
| Hunter Lundy | I | W | 4.9 | 3.4 | (3.2, 3.6) | 4.0 | 4.0 | 3.9 | 4.6 | (4.5, 4.7) | 5.4 | 5.2 | 5.3 |
| Daniel Coles | D | W | 2.6 | 7.7 | (7.4, 7.8) | 7.7 | 8.7 | 7.3 | 0.8 | (.7, .9) | 0.7 | 0.7 | 0.9 |
| Others (9) | | | 3.8 | 3.8 | (3.6, 3.9) | 4.2 | 4.2 | 3.7 | 3.1 | (2.9, 3.2) | 3.7 | 3.8 | 3.7 |
| *Black turnout/BVAP* | | | 24.3 | | | | | | | | | | |
| *White turnout/WVAP* | | | 37.3 | | | | | | | | | | |
| **Lieutenant Governor** | | | | | | | | | | | | | |
| Willie Jones | D | B | 20.5 | 67.6 | (66.0, 68.1) | 67.1 | 70.5 | 64.9 | 3.8 | (3.5, 5.6) | 4.8 | 3.2 | 5.5 |
| Billy Nungesser | R | W | 65.5 | 24.1 | (23.6, 25.9) | 22.0 | 21.3 | 27.2 | 81.0 | (79.0, 81.4) | 81.2 | 79.8 | 78.7 |
| Elbert Guillory | R | B | 6.2 | 3.7 | (3.5, 3.9) | 3.7 | 3.6 | 3.5 | 7.1 | (7.0, 7.2) | 7.1 | 7.8 | 7.0 |
| Tami Hotard | R | W | 4.9 | 1.7 | (1.6, 1.9) | 1.4 | 1.3 | 1.6 | 5.9 | (5.8, 6.1) | 6.3 | 6.4 | 6.0 |
| Others | | | 2.9 | 3.0 | (2.8, 3.2) | 3.2 | 3.2 | 2.8 | 2.2 | (2.1, 2.3) | 2.8 | 2.8 | 2.8 |
| *Black turnout/BVAP* | | | 24.3 | | | | | | | | | | |
| *White turnout/WVAP* | | | 37.3 | | | | | | | | | | |
| **Secretary of State** | | | | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 19.3 | 55.6 | (47.8, 57.1) | 58.0 | 58.2 | 55.4 | 6.7 | (6.0, 9.7) | 5.3 | 5.0 | 6.5 |
| Nancy Landry | R | W | 19.3 | 2.9 | (2.5, 5.4) | 2.2 | 1.9 | 3.4 | 25.3 | (23.9, 25.7) | 25.7 | 25.1 | 24.3 |
| Mike Francis | R | W | 17.9 | 2.7 | (2.2, 5.3) | 2.4 | 0.2 | 2.6 | 23.4 | (21.7, 23.7) | 23.6 | 27.0 | 25.0 |
| Clay Schexnayder | R | W | 14.7 | 2.7 | (2.2, 5.1) | 1.8 | 1.3 | 2.2 | 19.1 | (18.0, 19.4) | 19.5 | 18.3 | 18.5 |
| Arthur Morrell | D | B | 11.1 | 31.1 | (29.6, 31.6) | 33.2 | 35.3 | 32.3 | 3.3 | (3.0, 5.0) | 3.1 | 2.4 | 3.9 |
| Thomas Kennedy | R | W | 10.1 | 2.1 | (1.8, 3.1) | 1.6 | 1.3 | 1.9 | 13.2 | (12.9, 13.3) | 13.3 | 13.3 | 12.5 |
| Brandon Trosclair | R | W | 6.3 | 1.4 | (1.1, 2.1) | 0.3 | 0.2 | 0.8 | 8.3 | (8.0, 8.4) | 8.6 | 7.7 | 8.0 |
| Amanda Jennings | O | W | 1.3 | 1.5 | (1.3, 1.6) | 1.7 | 1.7 | 1.4 | 0.8 | (.7, .8) | 1.2 | 1.2 | 1.2 |
| *Black turnout/BVAP* | | | 24.3 | | | | | | | | | | |
| *White turnout/WVAP* | | | 37.3 | | | | | | | | | | |

| APPENDIX B<br>Louisiana Statewide Elections 2023 and 2024 | Party | Race | Vote | Estimates for Black Voters | | | | | Estimates for White Voters | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EI RxC | 95% confidence interval | EI 2x2 | ER | HP | EI RxC | 95% confidence interval | EI 2x2 | ER | HP |
| **2023 November**<br>**Secretary of State** | | | | | | | | | | | | | |
| Gwen Collins-Greenup | D | B | 33.2 | 95.0 | (94.7, 95.4) | 92.0 | 99.5 | 92.2 | 11.1 | (10.9, 11.3) | 12.9 | 10.4 | 13.2 |
| Nancy Landry | R | W | 66.8 | 5.0 | (4.6, 5.3) | 8.0 | 0.5 | 7.8 | 88.9 | (88.7, 89.1) | 87.0 | 89.6 | 86.8 |
| *Black turnout/BVAP* | | | 15.0 | | | | | | | | | | |
| *White turnout/WVAP* | | | 24.1 | | | | | | | | | | |
| **2024 November**<br>**U.S. President** | | | | | | | | | | | | | |
| Kamala Harris | D | B | 38.2 | 64.1 | (55.9, 68.7) | 95.5 | 101.0 | 93.2 | 30.2 | (27.6, 36.4 0 | 13.5 | 10.4 | 13.1 |
| Donald Trump | R | W | 60.2 | 35.4 | (30.8, 43.6) | 4.4 | -1.2 | 6.6 | 69.6 | (63.3, 72.2) | 86.4 | 89.2 | 86.5 |
| Others | | | 1.6 | 0.5 | (.45, .52) | 0.2 | 0.2 | 0.2 | 0.2 | (.20,.26) | 0.3 | 0.4 | 0.3 |
| *Black turnout/BVAP* | | | 51.0 | | | | | | | | | | |
| *White turnout/WVAP* | | | 66.0 | | | | | | | | | | |