# CURRICULUM VITAE
# CRAIG E. COLTEN
### January 2025

Department of Geography & Anthropology                21-A Wesley Drive
Louisiana State University                            Asheville, NC 28803
Baton Rouge, LA 70803                                 appliedgeosophy@gmail.com
ccolten@lsu.edu

## Educational Experience

2021-present    **Professor Emeritus**, Louisiana State University

2004-2021       **Carl O. Sauer Professor,** Louisiana State University, research and graduate and undergraduate teaching and advising.

2002-2004       **Professor,** Louisiana State University, research and graduate and undergraduate teaching and advising.

2000-2002       **Associate Professor,** Louisiana State University, graduate and undergraduate teaching and advising.

1999-2000       **Professor**. Southwest Texas State University (now Texas State University), research and graduate and undergraduate teaching and advising.

1996-1999       **Associate Professor**. Southwest Texas State University (now Texas State University), research and graduate and undergraduate teaching and advising.

## Research/Administrative Experience

2022-25         **Senior Advisor.** The Water Institute of the Gulf.

2013-15         **Director of Human Dimensions**. The Water Institute of the Gulf. Foster, secure funding for, and oversee human-oriented research on Louisiana's coastal restoration efforts in highly interdisciplinary setting.

2007-2012       **Editor**. *Geographical Review*. Flagship journal of the American Geographical Society.

2007            **Interim Chair.** Department of Geography and Anthropology, Louisiana State University, coordinate and lead department operations.

2001-2003       **Chair**. Department of Geography and Anthropology, Louisiana State University, coordinate and lead department operations.

2000-2001       **Graduate Program Director**. Department of Geography and Anthropology, Louisiana State University, oversee graduate program.

1997-1998       **Director**. Center for Hazards and Environmental Geography, Southwest Texas State University (now Texas State University), coordinate and guide center operations.

1994-1996       **Senior Project Manager**. PHR Environmental Consultants, Washington, DC, manage and contribute to research projects for private- and public-sector clients. Worked closely with attorneys, historians, and environmental scientists to document past waste management practices.

1

| | |
|---|---|
| 1984-1994 | **Research Associate/Associate Curator/Senior Research Associate**.  Illinois Department of Natural Resources,  Illinois State Museum, Springfield, Illinois, supervised research team and public programs.  Worked with archaeologists, paleontologists, and a variety of environmental scientists on long-term waste management practices in Illinois. |
| | **Research Scientist**.  Illinois Department of Natural Resources, Hazardous Waste Research and Information Center, Champaign, Illinois; supervised research program focusing on environmental hazards.  Geologists, hydrologists, engineers, biologists, and others constituted the staff of this center. |

## Education

| | | |
|---|---|---|
| 1984 | Ph. D. | Syracuse University.  Geography.  D. W. Meinig, Advisor. |
| 1978 | M. A. | Louisiana State University.  Geography.  Sam B. Hilliard, Advisor. |
| 1974 | B. A. | Louisiana State University.  Geography. |

## Selected Contracts, Grants, and other Support ,

| | |
|---|---|
| 2023 | Rachel Carson Center, Munich, Germany, Landhaus Fellowship. |
| 2019-21 | Co-PI, in collaboration w/ U. of Georgia, U. of Florida, and U. of North Carolina, Coasts, Climate, and Environmental Humanities Consortium, Mellon Foundation. |
| 2019 | Distinguished Visiting Professor Fellowship.  Center for the History of Global Development.  Shanghai University, Shanghai, China. |
| 2018 | Co-PI, Human Coast Rolling Seminar, Louisiana Sea Grant. |
| 2017-20 | Co-Principal Investigator.  Inland from the Coast, National Academy of Sciences/Robert Wood Johnson Foundation. |
| 2013-15 | Principal Investigator.  SAMHSA.  Community Resilience. |
| 2012-13 | Fellow.  Rachel Carson Center, Munich Germany.  (withdrew after award) |
| 2012-13 | Principal Investigator.  Louisiana Board of Regents, ATLAS Grant, Southern Waters. |
| 2011-15 | Principal Investigator. National Institute of Environmental Health Sciences, Gulf Coast Health Alliance: Health Risks Related to the Macondo Spill, U19ES020676. |
| 2009-10 | Principal Investigator.  Oak Ridge National Laboratory.  Community and Regional Resilience: Summary Report. |
| 2007-2008 | Principal Investigator.  Oak Ridge National Laboratory.  Community Resilience after Disaster: Lessons from New Orleans. |
| 2005-2006 | Principal Investigator.  U.S. Army Corps of Engineers.  History of New Orleans Area Hurricane Protection System. |
| 2004-2006 | Principal Investigator.  National Park Service. Cultural Landscape Study:  Thomas Affleck Papers. |
| 2004 | Principal Investigator.  Louisiana Board of Regents, Economic Development Assistantship. |

2

| | |
|---|---|
| 2003-2006 | Principal Investigator.  Coastal Marine Institute/Minerals Management Service.  Environmental Justice:  A comparative perspective in Louisiana. |
| 2001-2003 | Principal Investigator.  Coastal Marine Institute/Minerals Management Service.  Environmental Justice in Lafourche Parish, Louisiana. |
| 2002 | Principal Investigator.  Louisiana Water Resources Research Institute/USGS.  Impacts of hurricane-induced flooding on architectural resources in New Orleans, Louisiana. |
| 2001 | Principal Investigator.  Louisiana State University, Regents Faculty Research Award.  Environmental History of New Orleans. |
| 1996-2006 | Consultant/Project Manager.  Manage research and provide expert services in environmental litigation. |
| 1997 | Principal Investigator.  Southwest Texas State University Faculty Enhancement Grant.  Supervise research of early pollution enforcement actions in Texas. |
| 1994-1996 | Project Manager.  Multiple investigations of environmental policy and law, industrial practices, and developments in scientific understanding of environmental processes.  Public- and private-sector clients. |
| 1993-1994 | Principal Investigator.  Derelict Industrial Properties:  A Geographic Assessment and Policy Review.  Illinois Environmental Protection Trust Fund. |
| 1992-1993 | Principal Investigator.  Historical Context of Industrial Waste Management, 1900-1970.  Review of long-term policy and technology impinging on hazardous waste management.  Hazardous Waste Research and Information Center. |
| 1990-1992 | Principal Investigator.  Hazardous Material Sites Inventory and Analysis.  Directed creation of a geographic information system containing historical land-use information.  Illinois Environmental Protection Trust Fund. |
| 1989-1990 | Principal Investigator.  Methods for Preparing Property Transfer Site Assessments.  Examination of public policy and commercial site assessment practice.  Hazardous Waste Research and Information Center. |
| 1987-1989 | Project Director.  Researched and developed mobile, waterborne exhibit on the environmental change in the Illinois River valley, included oral history and archival research components.  Supported by the National Endowment for the Humanities, the Illinois Humanities Council, the Illinois Arts Council and several private contributors. Towner Award for Outstanding public humanities program. |
| 1984-1989 | Principal Investigator.  Multiple case studies of major industrial districts in Illinois to develop methods for documenting past hazardous material management.  Included southeast Chicago, Winnebago, St. Clair, and Madison counties.  Illinois Hazardous Waste Research and Information Center. |

**Selected Publications** (solo author unless indicated otherwise)

2024   co-author, ***Compounding Disaster in the Gulf Coast Communities 2020-2021.***  Washington: National Academies Press, 2024.

co-author, ***Community-Driven Relocation: Recommendations for the U.S. Gulf Coast Region and Beyond***.  Washington: National Academies Press, 2024.

2023   "Fluid Landscapes: Water," in ***Companion to the American Landscape***, Chris Post, Alyson Greiner, and Geoffrey Buckley, eds., (New York: Routledge, 2023), 21-32

3

2022    Craig Colten, Bruce Glavovic, Scott Hemmerling. "Editorial: Coastal Cities in a Changing Climate." *Frontiers in Science*, https://www.frontiersin.org/articles/10.3389/fenvs.2022.878888/full.

2021    *State of Disaster: A Historical Geography of Louisiana's Land Loss Crisis*. Baton Rouge: LSU Press.

"Redirecting Sediment and Rearranging Social Justice." *Water History* 12: (2021): 33-43.

"An Inland Urban Area Becomes Coastal: Shifting Risks and Environmental Justice," *Global Environment* 14 (2021): 475-504.

2020    "Shifting Definitions of Hazardous Wastes," *Worldwide Waste: Journal of Interdisciplinary Studies*, 3:1 (2020): 1–10. DOI: https://doi.org/10.5334/wwwj.36

"Eroding Memories and Erecting Risk on the Amite River," *Open Rivers* 16 (2020): https://editions.lib.umn.edu/openrivers/article/amite-river/

2019    "Adaptive Transitions: The Long Term Perspective on Humans in Changing Coastal Settings," *Geographical Review* 109:1 (2019): 1-20.

"The Values of Practicing Historical Geography (Annual Distinguished Historical Geographer Lecture)" *Historical Geography* 46 (2018 - appeared 2019): 1-31.

2018    "Cartographic Depictions of Louisiana Land Loss: A Tool for Sustainable Policies," *Sustainability* 10 (2018): doi:10.3390/su10030763.

"Raising New Orleans: Historical Analogs and Future Environmental Risks," *Environmental History* 23:1 (2018): 135-42.

Craig Colten and Audrey Grismore, "Can Public Policy Perpetuate the Memory of Disasters?" *Perspectives* 3 (2018): 43-51. Special issue: Sites of Remembering, edited by Vikas Lakhani and Eveline de Smalen.

w/ Jessica R.Z. Simms, Audrey A. Grismore, Scott A. Hemmerling, "Social Justice and Mobility in Coastal Louisiana, USA," *Regional Environmental Change* 18 (2018): 371-83.

2017    "Environmental Management in Coastal Louisiana," *Journal of Coastal Research* 33:3 (2017): 699-711.

"Industrial Ecology and Groundwater Contamination," *Global Environment* 10:1 (2017): 229-52.

Craig E. Colten, "Floods Collide with Sprawl in Louisiana's Amite River Basin," *Focus on Geography* 60: (2017): http://www.focusongeography.org/publications/articles/louisiana/index.html.

2016    "Obscuring Risk: The Levees of New Orleans," in *Cities as Multiple Landscapes*, Christina Antenhofer and Robert Dupont, eds. Frankfurt: Campus Verlag, 187-216.

"Trading Degradation for Conservation: Revaluing Rural Landscapes in the American South," in *Trading Environments: Frontiers, Commercial Knowledge, and Environmental Transformation*, edited by Gordon Winder and Andreas Dix. New York: Routledge, 216-39.

2015    "Reshaping the Riparian: Human Mobility and Fixed Infrastructure," *Confins* 23 (2015): 2-10.

w/ Audrey A. Grismore, and Jessica RZ Simms. "Oil Spills and Community Resilience: Uneven Impacts and Protection in Historical Perspective." *Geographical Review* 105, no. 4 (2015): 391-407.

"Historic City with a Poor Memory," invited submission in *The Katrina Effect,* editors Oenoe Rooksby and Joely-Kym Sobott. London: Bloomsbury Publishing, 305-330.

2014    *Southern Waters: The Limits to Abundance*. Baton Rouge: LSU Press.

Co-editor w/ Geoffrey Buckley, *American Odyssey: Historical Geographies for the 21st Century*. Lanham, MD: Rowman & LIttlefield.

David M. Abramson, Lynn M. Grattan, Brian Mayer, Craig E. Colten, Farah A. Arosemena, Airane Bedimo-Rung, and Maureen Lichtveld, "The Resilience Activation Framework: A Conceptual Model of How Access to Social Resources Promotes Adaptation and Rapid Recovery in Post-disaster Settings," *The Journal of Behavioral Health Services & Research* 41 (May 2014): doi 10.1007/-s11414-014-9410-2.

"Making a Lemon Out of Lemonade: The Transformation of Louisiana's Petrochemical Corridor," in *Energy Capitals*, editors Martin V. Melosi and Joseph Pratt. Pittsburgh: University of Pittsburgh Press, 58-76.

2013    "Environmental Historical Geography Since The American Environment," *Journal of Historical Geography* 42 (2013): 156-60.

2012    "An Incomplete Solution: Oil and Water in Louisiana," *Journal of American History* 99 (June 2012): 91-99.

"Forgetting the Unforgettable: Losing Resilience in New Orleans," in *American Environments: Climate –Cultures – Catastrophe*, edited by Christof Mauch and Sylvia Mayer. Heidelberg: Universitätsverlag, 159-76.

"Fluid Geographies: Comparing Urban Influences on Their Watersheds," in *Urban Rivers: Remaking Rivers, Cities, and Space in Europe and North America*, edited by Matthew Evenden and Stephane Castonguay,. Pittsburgh: University of Pittsburgh Press, 201-19.

Jean-Marc Zaninetti and Craig E. Colten, "Shrinking New Orleans: Post-Katrina Population Adjustments," *Urban Geography* 33:5 (2012): 675-99.

Colten, Craig E., Jenny Hay, and Alexandra Giancarlo. "Community Resilience and Oil Spills in Coastal Louisiana." *Ecology and Society* 17:3 (2012): http://dx.doi.org/10.5751/ES-05047-170305.

2011    "Floods and Inequitable Responses: New Orleans Before Katrina," in *Environmental and Social Justice in the City: Historical Perspectives*, editors Richard Roger and Genevieve Massard-Guilbaud. Cambridge, UK: White Horse Press, 113-129.

w/ Alexandra Giancarlo, "Losing Resilience on the Gulf Coast: Hurricanes and Social Memory," *Environment: Science and Policy for Sustainable Development* 53:4 (2011): 6-19.

2010    "Navigable Waters: A Different Course in the American South," *Water History* 2: 3-17.

*"Waste and Pollution: Changing Views and Environmental Consequences," in, Illusory Boundary*, edited by Martin Reuss and Stephen Cutcliffe, 171-207. Charlottesville: University of Virginia Press.

w/ Lary M. Dilsaver, "Devil in the Cathedral: Sewage and Garbage in Yosemite National Park, in *Cities in Nature: Urban Environments in the American West,* edited by Char Miller (Reno: University of Nevada Press, 2010), 154-170.

2009    w/ Amy Sumpter, "Social Memory and Resilience in New Orleans," *Natural Hazards* 48: 355-364.

*Perilous Place and Powerful Storms: Hurricane Protection in Coastal Louisiana*. Jackson: University Press of Mississippi.

2008    "Southern Pollution Permissiveness: Another Regional Myth?" *Southeastern Geographer* 48:1 (2008): 75-96.

w/ Robert Kates, and Shirley Laska, "Three Years After Katrina,: Lessons for Community Resilience," **Environment** 50 (5): 36-47.

"Meaning of Water in the American South: Transatlantic Encounters," **Atlantic Studies** 5:2 (2008): 165-18.

2007 "Environmental Justice in a Landscape of Tragedy*,"* **Technology in Society** 29: (2007): 173-79.

w/ Elaine Yodis, **Louisiana Geography**, 3rd.  New York:  McGraw-Hill.

2006 Robert W.Kates, Craig Colten, Shirley Laksa, and Stephen Leatherman. "Reconstruction of New Orleans following Hurricane Katrina: A Research Perspective," **Proceedings of the National Academy of Sciences** 103 (40): 14653-14660.

"Contesting Pollution in Dixie: The Case of Corney Creek" **Journal of Southern History** 72: 605-634.

"Rusting of the Chemical Corridor" **Technology and Culture** 47 (1): 95-101

2005 **An Unnatural Metropolis:  Wresting New Orleans from Nature**.  Baton Rouge:  LSU Press.  (Winner of J.B.  Jackson Prize, AAG)

"Cities and Water Pollution:  An Historical and Geographic Perspective," **Urban Geography** 25:5 (2005):  435-58.

w/ Lary Dilsaver, "The Hidden Landscape of Yosemite National Park," **Journal of Cultural Geography** 22 (2005): 27-50.

2004 w/ Peter Hugill, Terry Young, and Karen Morin, "Historical Geography," in **Geography in America: At the Dawn of the 21st Century**, Gary Gaile and Cort Willmott, eds. New York:  Oxford University Press, 2004, 149-163.

"Hazardous Wastes and Environmental Remediation," in **Public History and the Environment**, Martin Melosi and Philip Scarpino, eds.  Malabar, FL:  Krieger Publishing, 106-124.

2003 "Cypress in New Orleans:  Revisiting the Observations of Le Page du Pratz," **Louisiana History** 44: 463-77.

w/ Elaine Yodis and David Johnson, **Louisiana Geography**, 2nd.  New York:  McGraw-Hill.

2002 "Basin Street Blues:  Drainage and Environmental Equity in New Orleans, 1890-1930," **Journal of Historical Geography** 28:  235-57.

"Reintroducing Nature to the City:  Wetlands in New Orleans," **Environmental History** 7:  226-46.

2001 "Texas v. the Petrochemical Industry:  Contesting Pollution in an Era of Industrial Growth," in **The Second Wave:  Southern Industrialization from the 1940s to the 1970s**, Philip Scranton, ed.  Athens:  University of Georgia Press, 146-67.

"Environmental Justice in the Big Easy?  The Agriculture Street Landfill Tragedy."  **Environmental Practice** 3 (1):  19-26.

2000 Editor and Contributor to **Transforming New Orleans and Its Environs:  Centuries of Change**.  Pittsburgh:  University of Pittsburgh Press.  "Too Much of A Good Thing:  Industrial Pollution in the Lower Mississippi River," 141-59.

1999 "Historical Geography and Environmental History," and "Industrial Topography, Groundwater, and the Contours of Environmental Knowledge," **Geographical Review** 88 (2): iii-iv and 199-218.  Special issue on environmental history, guest editor.

6

1998     "Groundwater Contamination: Reconstructing Historical Knowledge for the Courts," **Applied Geography** 18: 259-73.

        "Groundwater v. the Law: Records v. Recollections." **Public Historian** 20 (Spring): 25-44.

1997     "Environmental Justice on the American Bottom," in **Common Fields**, Andrew Hurley, ed. St. Louis: Missouri Historical Society, 163-75.

        "Land of Lincoln: Genesis of a Vernacular Region." **Journal of Cultural Geography** 16: 55-76.

1996     w/ Peter Skinner, P.E., **The Road to Love Canal: Managing Industrial Wastes Before EPA.** Austin: University of Texas Press.

        "Adapting the Road to a New Transport Technology," in **The National Road,** Karl Raitz, ed. Baltimore: Johns Hopkins University Press, 193-223.

1995     Contributor to **Environmental Site Assessments and Their Impact on Property Value**, R.V. Colangelo and R.D. Miller, eds. Chicago: Appraisal Institute, Ch. 5.

1994     "Chicago's Waste Lands: Refuse Disposal and Urban Growth," **Journal of Historical Geography** 19: 124-42.

        "Creating a Toxic Landscape: Chemical Waste Disposal Policy and Practice," **Environmental History Review** 18: 85-116.

        "Harvesting the River: Extending a Museum's Reach," in **History Outreach: Programs for Museums, Historical Organizations, and Academic History Departments**, J.D. and D.F. Britton, eds. New York: Krieger, 101-16.

1993     Editor, **Site Histories: Documenting Relict Hazards for Site Assessments**. Chicago: Cahners. Author of three chapters and co-author of fourth.

        "Material Culture and Environmental Change on the Illinois River," **Geoscience and Man** 32: 1-18: 257-74.

1992     Co-editor with Lary M. Dilsaver, **The American Environment: Interpretations of Past Geographies**. Lanham, MD: Rowman & Littlefield. Co-author of "Historical Geography of the Environment: A Preliminary Literature Review," 1-21 and author of "Illinois River Pollution Control, 1900-1970," 193-214.

1991     "Illinois Sanborn Geographic Information System," **Proceedings of the 34th Association of Engineering Geologists Annual Meeting**. Chicago, IL, 287-93.

        "A Historical Perspective on Industrial Wastes and Groundwater Contamination," **Geographical Review** 81: 215-28.

1990     "Environmental Development in the East St. Louis Region, 1890-1970,*" Environmental History Review* 14: 92-114.

        "Historical Hazards: The Geography of Relict Industrial Wastes," **Professional Geographer** 42: 143-56.

1989     "Historical Development of Waste Minimization," **Environmental Professional** 11: 94-99.

        Co-author of "Historical Geography," in Gary Gale and Court Willmott, eds. **Geography in America**. Columbus: Merrill Publishing Company, 156-91.

1988     "Industrial Middens in Illinois: The Search for Historical Hazardous Wastes, 1870-1980," **IA: The**

**Journal for Industrial Archeology** 14: 51-61.

"Historical Questions in Hazardous Waste Management," **Public Historian** 10: 7-20.

"Historical Geographic Identification of Hazardous Waste Disposal Sites: Illinois Examples," **Environmental Professional** 10: 54-61.

1986    "Industrial Wastes in Southeast Chicago: Production and Disposal, 1870-1970." **Environmental Review** 10 (1986): 93-106.

1985    "Shaping Sacred Space in Urban Ohio," **Ohio Geographers** 13: 70-83.

**Publicly-Supported Research Reports and Digital Products** (solo authored unless indicated otherwise)

2016    Transplanting Communities Facing Environmental Change: An Annotated Bibliography on Resettlement. Baton Rouge: Water Institute of the Gulf.

2015    Garrett Wolf and Craig E. Colten. Adaptation Toolkit for Coastal Louisiana Baton. Rouge: Water Institute of the Gulf.

2014    Craig E. Colten and Scott Hemmerling. Social Impact Assessment Methodology for Diversions and other Louisiana Coastal Master Plan Restoration and Protection Projects. Baton Rouge: Water Institute of the Gulf.

Scenario Building Workshops. Baton Rouge: Water Institute of the Gulf.

2013    Taylor Marshall, Craig E. Colten, Ann Hijuelos. National Flood Insurance Program: Impact of the Biggert-Waters Flood Insurance Reform Act. Baton Rouge: Water Institute of the Gulf, 2013.

2010    Building Community Resilience: A Summary of Case Studies from Charleston, Gulfport, and Memphis, CARRI Research Reports No. 9. Oak Ridge, TN: Oak Ridge National Laboratory.

2008    Craig E. Colten, Robert Kates, and Shirley Laska. Community Resilience: Lessons from New Orleans. CARRI Research Reports, No. 3. Oak Ridge, TN: Oak Ridge National Laboratory, 2008.

2006    Perilous Place, Powerful Storms: Hurricane Protection for Southeast Louisiana. Washington: U. S. Army Corps of Engineers, Office of History.

Craig Colten and John Welch, Thomas Affleck Papers: Special Landscape Study. Natchez, MS: National Park Service, Natchez Historic Park.

2003    Scott Hemmerling and C.E. Colten, Environmental Justice Consideration in Lafourche Parish, Louisiana. U.S. Department of the Interior, Minerals Management Service.

Craig E. Colten and John Welch. Hurricane Betsy and Its Effect on the Architectural Integrity of the Bywater Neighborhood (New Orleans. Technical Report to Louisiana Water Resources Research Institute/U.S. Geological Survey.

1995    Derelict Properties: Scale and Scope of an Urban Environmental Problem. Springfield: Illinois Department of Energy and Natural Resources, ILENR/RE-95/01.

1992    Editor. Historical Hazards GIS. Savoy, IL: Illinois Hazardous Waste and Information Center. (Contained 35,000 sites derived from Sanborn Fire Insurance Maps for use in property transfer site assessments)

Craig Colten and Diane Mulville-Friel. Guidelines and Methods for Conducting Property Transfer Site Histories. Champaign, IL: Hazardous Waste Research and Information Center, Research Report 49.

1990   Editor.  Historical Hazardous Substance Data Base.  Champaign, IL: Hazardous Waste Research and Informaiton Center.

1988   Craig Colten and Ted Samsel.  Historical Assessment of Hazardous Waste Management in Madison and St. Clair Counties, Illinois, 1890-1980.  Champaign, IL: Hazardous Waste Research and Information Center, Research Report 30.

1986   Craig Colten and Gerard Breen.  Historical Industrial Waste Disposal Practices in Winnebago County, Illinois: 1870-1980.  Champaign, IL: Hazardous Waste Research and Information Center, Research Report 11.

1985   Industrial Wastes in the Calumet Area, 1869-1970: A Historical Geography.  Champaign, IL:  Hazardous Waste Research and Information Center, Research Report 1.

## Professional Affiliations

American Association of Geographers - Fellow
American Geographical Society - Councilor Delegate

## Selected Professional Service

-National Academy of Sciences, Engineering and Medicine, Gulf Health and Resilience Board, 2025-
-National Academies of Sciences, Engineering and Medicine, Community Driven Relocation Committee, 2021-2024
-National Academies of Sciences, Engineering and Medicine,Compounding Disasters Committee, 2021-2024
-Equity Advisory Group, Governor's Climate Initiatives Task Force, 2020-23
-Co-editor, *Frontiers in Science*, special issue on Coastal Cities in a Changing Climate, 2020-22.
-Council Delegate, American Geographical Society, 2019-present
-Academic Advisory Committee (chair), Louisiana Office of Community Development, Isle de Jean Charles Resettlement Project, 2017-21
-Board, International Water History Association, 2017-present
-Editorial Board, *Focus on Geography*, 2016-present
-Plenary Speaker, New Zealand Emergency Management Summit, 2014
-Council, American Geographical Society, 2013-2019
-Colombia Humanitaria, invited consultant following 2010-11 La Nina floods , 2013
- J.B. Jackson Book Prize Committee, American Association of Geographers, 2012-2019, Chair 2015-2019
-Strategic Science Group, U. S. Department of Interior, 2010-2012
-Research Associate, Community and Regional Resilience Institute, Oak Ridge National Laboratory, 2008-2010
-Editor, *Geographical Review*, 2007-2012
-Association of American Geographers, Council Secretary, 2007-2009
-Association of American Geographers, Southwestern Regional Councillor, 2006-2009
-Editorial Board, *Environmental History*, 2001-2013
-Association of American Geographers, Career Development and Employment Opportunities Committee, Chair 2001-2003; Member 1999-2001.
-Co-Editor, *Historical Geography*, 1999-2006;  Editorial Board, 2007-2014
-Association of American Geographers, Historical Geography Specialty Group, *Chair*, 1995-98; *Councillor*, 1990-1993.
**-*Geographical Review*, Editorial Board, 1996-2002.**
-American Society for Testing and Materials, Environmental Assessment Committee, 1990-94
-National Registry of Environmental Professionals, Advisory Board, 1991-1995
-National Council on Public History, Program Committee, for 1994
-Illinois Historic Sites Advisory Council, Museum Representative, 1990-1993

9

## Selected University Service

Executive Committee, Coastal Sustainability Studio, LSU, 2018-21
Search Committee, LSU Press Director, 2018
Center for Collaborative Knowledge, Board, 2017-2021
University Strategic Planning Committee, 2016-17
Program Review Committee, Interior Design, 2015
Faculty Senate, 2011-2012
HSS College Tenure and Promotion Committee, 2011-2012
LSU Grievance Committee, 2010-2011
LSU Program Review Council, 2010-11
LSU Press Committee, 2008-2011
Program Review, Landscape Architecture, Spring 2009
LSU Committee on Committees, 2005-2008
College of Arts and Sciences, Senate Faculty, 2004-2007
Ad-hoc Advisory Board, Center for French and Francophone Studies, 2004-2005
Program Review, Department of Oceanography and Coastal Sciences, Spring 2005
Distinguished Dissertation Selection Committee, 2001-2002
Dean's Ad Hoc Committee on Rewards for Service, 2001

## Selected Honors and Honorary Lectures

Gilbert White Distinguished Public Service Honor, American Association of Geographers, 2022

Rainmaker Award, Louisiana State University, 2021.

Visiting Fellow, Center for the History of Global Development, Shanghai, University, 2019.

American Association of Geographers, Fellow, 2018-present

*Distinguished Historical Geographer Lecture*, "The Values of Practicing Historical Geography," Annual meeting of the American Association of Geographers, 2018.

*John Fraser Hart Lecture*, "Louisiana: The Perpetual State of Disaster," South Dakota Geography Convention, Brookings, SD, March 17, 2017.

*Meinig Lecture*, "The End of Abundance: Uncivil Water Wars in the American South, Syracuse University, April 14, 2014.

*Green Honors Chair Lecture*. "Lessons Learned, Lessons Lost: Sustaining Resilience in New Orleans," invited Green Honors Chair Lecture, Texas Christian University, Fort Worth, TX, March 3, 2014.

*Harris Lecture*, "Sustaining Resilience Between Disasters in Louisiana," Brigham Young University, November 21, 2013.

*Rachel Carson Center Fellow*, Munich, Germany, awarded in 2012 (for 2013 - withdrew)

*Meyer Lecture*: "Forgetting the Unforgettable: Social Memory and Resilience in New Orleans," invited annual distinguished guest lecture, University of Wisconsin - Milwaukee, April 1, 2011.

*Lindsay O'Connor Professor of American Institutions*, Colgate University, visiting distinguished professor fall 2009.

*Strickland Distinguished Lecture*: "Extreme New Orleans: Growing beyond the City's Limits," Middle Tennessee State University, March 19, 2008.

*Hogan Lecture*: "Perilous Place: Learning to Live with Risk in New Orleans," (invited), South Dakota

10

State Geography Convention, March 2007.

*Leipold Lecture:* "Perilous Place: Learning to Live with Risk in New Orleans," (invited), St. Cloud State University, April 2007.

*Banner Lecture*: "Perilous Place: Learning to Live with Risk in New Orleans," (invited), McNeese State University, April 2007.

Association of American Geographers, *Media Achievement Award*, 2006.

Association of American Geographers, *J.B. Jackson Prize* for **An Unnatural Metropolis**, for 2005 publication, awarded in 2006.

Pioneer America Society, *Fred B. Kniffen Prize*, for **An Unnatural Metropolis,** 2006

*Distinguished Alumni Lecture,* "Race and Relief in New Orleans: A Hazardous Topography,"(invited), Syracuse University, Department of Geography, April 2006.

*Semple Lecture*, "Race and Relief in New Orleans: A Hazardous Topography," (invited), University of Kentucky, Department of Geography, April 2006.

Presidential Guest Lecture Series, University of Oklahoma, Department of Geography, (three presentations) March 2005.

Outstanding Faculty Service, SWTSU Department of Geography & Planning, Graduate Student Forum, 1998.

*Towner Award*, Illinois Humanities Council, Creative Humanities Project, 1989, for Harvesting the River exhibit, institutional award presented to the Illinois State Museum (over 75,000 visitors during main tour August - November 1989), C. E. Colten, Project Manager, exhibit still on display.

*John Thompson Award* for outstanding paper in **Ohio Geographers**, 1985.

## Cases in Which Testimony Offered

AT&T v. Aetna Casualty and Surety Company, et al., Superior Court of New Jersey, Deposition, October 1993. W-56581-88.

American Insurance Company and Associated Indemnity Corporation v. Fairchild Industries, Inc., U.S. District Court for the Eastern District of New York, Deposition, March 1994. 91 Civ. 2934 (LDW).

E.I. Dupont De Nemours and Company v. Admiral Insurance Company, et al., Superior Court of Delaware, Deposition, August/September and October 1994. 89-C-AU-99-1-C.

North American Philips Corporation v. Aetna Casualty and Surety Company, et al., Superior Court of Delaware, Deposition, November 1994, August 1995 and Trial August 1995. 88JA-155-1-CV.

Georgia-Pacific Corporation v. Aetna Casualty and Surety Company, et al., Superior Court of Washington, Deposition, January 1995. 92-2-21950-6.

City of Richmond, California, et al. v. United States of America, et al., United States District Court for the Northern District of California, Deposition, January/March 1995, Trial, March 1995. C89-2935-DL.

Koppers Company, Inc. v. Aetna Casualty and Surety Company, et al., U.S. District Court for the Western District of Pennsylvania, Deposition, February 1995. Civil Action No. 85-2136.

Freehold Cartage, Inc. v. Lumbermens Mutual Casualty Company, Superior Court of New Jersey, Deposition, April 1995. L - 55313-90.

Weyerhaeuser Company v. Commercial Union Insurance Company, Superior Court of the State of Washington, Deposition, September 1995. 92-2-05214-8.

Aluminum Company of America v. Accidental Casualty Insurance Company, Inc., et al. Superior Court of the State of Washington, Deposition, October/November 1995 and January 1996. 92-2-28065-5.

CSXT v. Admiral Insurance Company, et al., U.S. District Court for the Middle District of Florida, Jacksonville Division, Deposition, November and December 1995. 93-132-CIV-J-10.

FMC Corporation v. Liberty Mutual, et al., Superior Court of the State of California, County of Santa Clara, Deposition, December 1995.

CIBA-GEIGY v. Liberty Mutual Insurance Company, et al., Superior Court of New Jersey, Deposition, January 1996. L-97515-87.

Transtechnology Corp. v. Travelers Indemnity Company, et al., Superior Court of New Jersey, Union County, Deposition, March 1996. UNN-L-2401-93.

Hatco Corp. v. W.R. Grace & Co. v. Allstate Insurance Company, et al., U.S. District Court for the District of New Jersey, Deposition, August 1996. 89-1031 (AWM).

Hercules Inc. v. Aetna, et al., Superior Court of the State of Delaware in and for New Castle County, Deposition, March and April 1997. 92C-10-105.

Ormet Primary Aluminum Corp. v. Wausau Insurance Companies, et al., Monroe County, Ohio, Court of Common Pleas, Deposition, July 1997. 95-103.

McGraw-Edison Company v. Employers Insurance of Wausau, et al., Circuit Court of the 19th Judicial Circuit of Du Page County, Illinois, Deposition, October 1997. 91 MR 0256.

Ford Motor Company v. Certain Underwriters at Lloyd's of London, et al., Superior Court of New Jersey, Middlesex County, No. L-11463-92, Deposition, May and July 1998.

American Cyanimid v. Aetna Casualty and Surety Co., et al, Superior Court of New Jersey, Passaic County, No. L-8275-91, Deposition, November 1998.

Interlake Corp., et al. v. Certain Underwriters at Lloyd's London, et al., Circuit Court of the 18th Judicial Circuit, DuPage County, Illinois, 94 MR 0272, December 1998.

Maremont v. American Motorists, et al., Circuit Court of Cook County, Illinois, 94 CH 01467, March 1999.

B.F. Goodrich v. Commercial Union, et al., Circuit Court of Summit County, Ohio, CV99-02-0410, October 2005.

City of Modesto, California, et al. v. Dow Chemical Company, et al., Superior Court for the State of California, CGC-98-999345 and CGC-98-999643, Deposition, April 2021 and Trial, September 2022..

Nairne, et al. v. Ardoin, U.S District Court for the Middle District of Louisiana, Civil Action No. 3:22-cv000178 SDD-SDJ, Trial, October 2023.

**Ph.D. Dissertations Directed**

Bean, Melanie Puka Tagimamao, "Home Beyond the Reef: Mapping Tokelau Imaginaries Through Aotearoa, New Zealand and Oahu, Hawai'I, 2023

Ashley Allen, "Talking About the Weather: Impacts of Tornado Stories on Memory and Identity," 2020

Aubrey Kyle,"Use of a Behavioral Health Framework to Assess Perceptions of Hurricane Evacuation Support Services in New Orleans, Louisiana," 2019

Audrey Grismore, "Natural Resources-Based Conflicts in Coastal Louisiana: A Multi-faceted Social and Ecological Setting," 2018

Jessica R. Z. Simms, "Grounds for Displacement: Issues of Migration on Louisiana's Disappearing Coast," 2017

Lauren L. Morris, "Ports Resilience Index: Participatory Methods to Assess Resilience," 2017.

Louise Bordelon, "Curated Landscapes: The Evolution of the Postcard Shot," 2015.

Jenny Hay, "Restoring Cultural Capital through Preservation in the Holy Cross Historic District," 2014

Yi-Chia Chen, "Shifting Place Identities in a Post-conflict Society: Irony and Multiculturality in Quemoy, Taiwan," 2013

Ryan Orgera, "Constructing Wilderness: The Nexus of Preservation and Ocean-space in the United States," 2012

Amy Sumpter, "Environment, Labor, and Race: An Historical Geography of St. Tammany Parish, Louisiana, 1878-1956," 2008.

Scott Hemmerling, "Environmental Equity in Southeast Louisiana: Oil, People, Policy, and the Geography of Industrial Hazards," 2007

Meg Streiff, "Boston's Settlement Housing: Social Reform in an Industrial City," 2005

Jacqueline Mills, "Wealth and Deprivation in the Delta: A Landscape of Subsidization," 2005

rev. 1/25