IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>    *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>    *Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**PLAINTIFFS' NOTICE OF SERVICE OF
CORRECTED EXPERT REPORT**

Plaintiffs—Dr. Dorothy Nairne, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Black Voters Matter Capacity Building Institute, and Louisiana State Conference of the NAACP—file this notice to inform the Court that Plaintiffs have served a corrected version of Mr. Bill Cooper's expert report.

Today, Plaintiffs became aware of minor errors in the report Mr. Cooper submitted on May 23, 2025, which have been corrected as follows:

1. Updating Figure 14, to reflect the accurate number for populated precinct splits.

2. Updating Figure 19 to reflect the accurate number of municipalities not split and total municipal splits for the Remedial House district.

3. Updating the language in paragraph 99, to mirror the numbers in Figure 19.

None of these updates affect the exhibits that Plaintiffs transmitted to Defendants on May 23, 2025, which reflected the correct number of splits. Plaintiffs attach the corrected report as well as a

redline reflecting the changes described above.

Date: May 30, 2025                                  Respectfully submitted,

                                                    /s/ *John Adcock*
Stuart Naifeh*                                      John Adcock
Victoria Wenger*                                    Adcock Law LLC
Colin Burke*                                        Louisiana Bar No. 30372
NAACP Legal Defense & Educational Fund              3110 Canal Street
40 Rector Street, 5th Floor                         New Orleans, LA 701119
New York, NY 10006                                  jnadcock@gmail.com
laden@naacpldf.org
snaifeh@naacpldf.org                                /s/ *Megan C. Keenan*
vwenger@naacpldf.org                                Megan C. Keenan*
cburke@naacpldf.org                                 Sarah Brannon*
                                                    American Civil Liberties Union Foundation
I. Sara Rohani*                                     915 15th St. NW
NAACP Legal Defense & Educational Fund              Washington, DC 20005
700 14th Street, Suite 600                          sbrannon@aclu.org
Washington, DC 20005                                mkeenan@aclu.org
srohani@naacpldf.org
                                                    Sophia Lin Lakin*
Michael de Leeuw*                                   Dayton Campbell-Harris*†
Amanda Giglio*                                      American Civil Liberties Union Foundation
Cozen O'Connor                                      125 Broad Street, 18th Floor
3 WTC, 175 Greenwich St., 55th Floor                New York, NY 10004
New York, NY 10007                                  slakin@aclu.org
MdeLeeuw@cozen.com                                  dcampbell-harris@aclu.org
AGiglio@cozen.com
                                                    T. Alora Thomas-Lundborg
Josephine Bahn*                                     Daniel J. Hessel
Cozen O'Connor                                      Election Law Clinic
1200 19th Street NW                                 Harvard Law School
Washington, D.C. 20036                              6 Everett Street, Ste. 4105
JBahn@cozen.com                                     Cambridge, MA 02138
                                                    tthomaslundborg@law.harvard.edu
                                                    dhessel@law.harvard.edu
Robert S. Clark*
Cozen O'Connor                                      Nora Ahmed
One Liberty Place                                   ACLU Foundation of Louisiana
1650 Market Street, Suite 2800                      1340 Poydras St, Ste. 2160
Philadelphia, PA 19103                              New Orleans, LA 70112
robertclark@cozen.com

2

| | |
|---|---|
| Ron Wilson (La. Bar No. 13575)<br>701 Poydras Street, Suite 4100<br>New Orleans, LA 70139<br>cabral2@aol.com | Tel: (504) 522-0628<br>nahmed@laaclu.org<br><br>*Counsel for Plaintiffs*<br>\* *Admitted pro hac vice.*<br>† *Practice is limited to federal court.* |

## **CERTIFICATE OF SERVICE**

I certify that on May 30, 2025, this document was filed electronically on the Court's electronic case filing system on behalf of all parties. Notice of the filing will be served on all counsel of record through the Court's system. Copies of the filing are available on the Court's system.

/s/ John Adcock
John Adcock
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

*Counsel for Plaintiffs*