# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, JARRETT
LOFTON, REV. CLEE EARNEST LOWE,
DR. ALICE WASHINGTON, STEVEN
HARRIS, ALEXIS CALHOUN, BLACK
VOTERS MATTER CAPACITY BUILDING
INSTITUTE, and THE LOUISIANA STATE
CONFERENCE OF THE NAACP,

        *Plaintiffs*,

    v.

R. KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana,

        *Defendant*.

CIVIL NO. 3:22-cv-00178

## <u>DECLARATION OF WILLIAM S. COOPER</u>

WILLIAM S. COOPER, acting in accordance with 28 U.S.C. § 1746, Federal Rule of Civil

Procedure 26(a)(2)(B), and Federal Rules of Evidence 702 and 703, does hereby declare and say:

## I.    INTRODUCTION

1.    My name is William S. Cooper. I serve as a demographic and redistricting expert for the Plaintiffs in the above-captioned case. I testified at trial in Baton Rouge on November 27, 2023 and November 28, 2023.

### A.    <u>Recent Trial Testimony</u>

2.    Since my November 2023 trial testimony, I have testified at trial in three state-level Section 2 redistricting lawsuits. I testified in *DeSoto County State Conference of the NAACP v. State Board of Election Commissioners*, No. 3:22-cv-734-DPJ-HSO-LHS (S.D. Miss.); and *White v. State Board of Election Commissioners*, No. 4:22-cv-62-MPM-JMV (N.D. Miss.). I also testified for a second time in *Allen v. Milligan* (on behalf of the Caster plaintiffs). The 3-judge panel in Alabama credited my testimony in its May 8, 2025 order.

3.    Also, in 2025, I testified at trial as an expert on demographics and redistricting in a county-level racial gerrymandering lawsuit—*McClure v. Jefferson County* No. 2:23-cv-00443-MHH (N.D. Ala.).

4.    **Exhibit A** updates my review of redistricting and demographic projects to include additional lawsuits where I have been deposed or filed declarations since the November 2023 trial.

### B.    <u>Purpose of Report</u>

5.    I drafted a supplemental declaration in this matter which I understand was shared with Defendants on March 19, 2024. That plan introduced proposed Remedial Plans with minor changes to the Illustrative Senate and House Plans presented at the trial stage.

6.     The attorneys for the Plaintiffs have now asked me to develop remedial 2025 House and Senate plans, based on the Legislature's updated 2025 precinct boundaries.[1] In addition, they requested that I reconfigure Illustrative SD 29 and Illustrative HD 21 to match the boundaries for both districts under the Enacted Legislative Plans.[2] I also made a minor change to a district to account for new incumbents that have been elected in special elections, since I drafted my maps. In addition, I split a precinct in Tangipahoa to avoid an inadvertent incumbent conflict in the 2024 Remedial Plan.

C.     **Sources and Methodology**

7.     On January 10, 2025, the Legislature released a new set of GIS shapefiles,[3] depicting statewide 2025 precinct boundaries[4] and 2025 block boundaries.[5] I have minimized 2025 precinct splits to the extent practicable in the Remedial Plans.

8.     I designed the Remedial Plans so that the perimeters of the legislative districts follow 2020 census blocks. I also tried to avoid splitting the newly released 2025 state-defined census blocks—the map only splits several unpopulated 2020 blocks. Accordingly, the remedial

---

[1] https://redist.legis.la.gov/default_ShapeFiles2020

[2] The Plaintiffs' attorneys advised me that Dr. Handley's recent electoral analysis brings into question whether voters in Illustrative Plan SD 29 and Illustrative Plan HD 21 would elect the candidates favored by Black voters in districts where Black voters had historically been able to elect candidates of choice.

[3] https://redist.legis.la.gov/default_ShapeFiles2020

[4] https://redist.legis.la.gov/2025%201RS/Shapefiles/2025%20Precinct%20Shapefiles%20(01-16-2025).zip

[5]     https://redist.legis.la.gov/2025%201RS/Shapefiles/2025%20Block%20Shapefile%20(01-16-2025).zip

plans can be converted into 2020 census block equivalency files or 2025 block equivalency files for importation into GIS software.

9.     In addition, I have avoided 2025 incumbent conflicts where I had information about incumbent addresses.[6] All of the Plaintiffs remain in the same districts where they were assigned under the Illustrative Plans.

10.     I drew the Remedial Plans based on traditional redistricting principles, including population equality, compactness, contiguity, respect for communities of interest,[7] and the non-dilution of minority voting strength. I followed the guidelines spelled out by the Legislature in Joint Rule 21, the legislative guidelines for the 2022 map (**Section II**, *infra*).[8]

---

[6] Based on the ACLU's 2022 database that I relied upon to develop the Remedial Plans, no 2027 term-eligible incumbents were paired. I also avoided incumbent pairs based on all the updated address information I had. But because I do not have an official state database of the 2025 home addresses of all incumbent state legislators, there may remain incumbent conflicts in this set of Remedial Plans. However, should the Court determine that it is necessary, I am confident that with an official state incumbent home address database, I could quickly revise the Remedial Plans (within a day or two) in order to reduce or eliminate 2025 incumbent pairings, if any. I am also confident that the revisions would maintain three additional majority-Black Senate districts and six additional majority-Black House districts while abiding by traditional redistricting principles.

[7] In my opinion, the Brennan Center provides a reasonable definition of "community of interest," which I have endeavored to follow in the development of the plaintiffs' Remedial Plans.

"Several redistricting criteria—like following county or municipal lines, or drawing districts that are compact—are in some ways proxies for finding communities of common interest. These are groups of individuals who are likely to have similar legislative concerns, and who might therefore benefit from cohesive representation in the legislature." According to the Brennan Center, 24 states define "community of interest," but Louisiana does not.

https://www.brennancenter.org/sites/default/files/analysis/6%20Communities%20of%20Interest.pdf

[8] "Community of interest" is not defined in the Legislature's Joint Rule 21. Nor am I aware of an official state definition of the term. I am not aware of an official state database containing the residential addresses of incumbent legislators.

11.     My initial 2023 Declaration included data and charts documenting socioeconomic disparities based on the 5-year 2015-2019 ACS. I have produced updated statewide and parish-level socioeconomic charts based on the 2019-2023 ACS in **Exhibit B**.

**D.**     Report Overview

12.     The Remedial Plans are based on the 2020 Census and the 2025 state-defined census blocks and precincts, containing 14 majority-Black Senate districts and 35 majority-Black House districts.

13.     Like the Illustrative Plans, the Remedial Plans are superior to or on par with the Enacted Plans on virtually every metric that one could apply to legislative redistricting plans.

14.     The Remedial Senate Plan keeps majority-Black SD 29 in the central part of the state as drawn in the Enacted Senate.  In so doing, it maintains SD 29 as an identifiable community of interest, extending from the Alexandria area north to Natchitoches Parish and on to Lincoln Parish, where Grambling (a Historically Black College or University, or HBCU) is located. Elsewhere, the Remedial Senate Plan generally mirrors the Illustrative Senate Plan presented at trial.

15.     The Remedial House Plan maintains majority-Black HD 21 as drawn in the Enacted House Plan. HD 21 is in the northeast corner of the Delta and runs south along the Mississippi River to encompass all of Concordia and Tensas Parishes.

16.     All told, the Remedial Senate Plan modifies 35 Enacted Senate districts. The Remedial House Plan modifies 66 Enacted House districts.

17.     Detailed map and statistical exhibits of the Enacted and Remedial Plans are referenced *infra*. In the exhibits, the Enacted Plans are referenced as the "2022 House" or "2022 Senate."  The Remedial Plans are sometimes referenced as the "2025 Remedial Plans."

18.    **Section III** and **Section IV**, *infra*, are condensed (in part) from my September 29, 2023 Declaration.

19.    For ease of reference and comparison, exhibit numbers and content in Section III and Section IV (**Exhibits C to I**) are identical to exhibits in my September 29, 2023 Declaration. **Exhibits E**, **F**, and **G** contain socioeconomic data based on the 2015-2019 ACS.

20.    Also, detailed maps in the style of the September 29, 2023 Exhibit M series (Illustrative Senate) and September 29, 2023 Exhibit Q series (Illustrative House) are not replicated.

## II.    REDISTRICTING GUIDELINES

### A.    <u>Traditional Redistricting Principles</u>

21.    I applied traditional redistricting principles—one-person one-vote, compactness, contiguity, the non-dilution of minority voting strength, and preservation of communities of interest[9]—when drafting the Remedial Plans (one for the Senate and one for the House). I also took into account available incumbent addresses, which may factor into the overall framework of communities of interest.

22.    The Remedial Plans are drawn to follow, to the extent possible, parish and municipal boundaries. Where parishes and municipalities are split, I have generally used whole 2020 VTDs and whole 2025 precincts as sub-parish components.[10] Where VTDs or 2025 precincts are split, I have followed 2020 municipal boundaries, 2020 census block group boundaries, or 2020 census block boundaries.

---

[9] In my opinion, the Remedial Plans adhere to the communities of interests outlined by Dr. Craig E. Colten in his expert reports prepared for this lawsuit.

[10] VTDs are 2020 precincts or precinct proxies defined by the Census Bureau in the PL94-171 redistricting file, with corresponding geographic shapefiles.

23.     Like the Illustrative Plans, the Remedial Plans I have drawn take into account present-day, historical, and cultural regional demographics and socio-economic characteristics.

B.     **Joint Rule No. 21 Redistricting Criteria**

24.     I have reviewed the Legislature's Census 2020 redistricting criteria as embodied in the Legislature's Joint Rule No. 21 "Redistricting criteria" ("JR 21").[11] In my opinion, the Remedial Plans comply with JR 21, specifically with respect to the following:

- *Sec. G(1) – To the extent practicable, each district within a redistricting plan submitted for consideration shall contain whole election precincts as those are represented as Voting Districts (VTDs).*

- *Sec. H – All redistricting plans shall respect the established boundaries of parishes, municipalities, and other political subdivisions and natural geography of this state to the extent practicable. However, this criterion is subordinate to and shall not be used to undermine the maintenance of communities of interest within the same district to the extent practicable.*

25.     JR 21 requires a +/- 5% deviation from the ideal district population size (119,430 for the Senate and 44,360 for the House), which I followed.

III.   **DEMOGRAPHIC PROFILE OF LOUISIANA**

A.     **Decennial Census – Statewide Population – 2000 to 2020**

26.     The table in **Figure 1** presents the population of Louisiana by race and ethnicity for the decennial censuses between 2000 and 2020.

---

[11] *See* Joint Rule No. 21, https://www.legis.la.gov/Legis/Law.aspx?d=1238755.

**Figure 1: Louisiana – 2000 to 2020 Census
Population by Race and Ethnicity**

| All Ages | 2000 | Percent of Total Population | 2010 | Percent of Total Population | 2020 | Percent of Total Population |
|---|---|---|---|---|---|---|
| Total Population | 4,468,976 | 100% | 4,533,372 | 100% | 4,657,757 | 100.00% |
| NH White* | 2,794,391 | 62.53% | 2,734,884 | 60.33% | 2,596,702 | 55.75% |
| Total Minority Pop. | 1,674,585 | 37.47% | 1,798,488 | 39.67% | 2,061,055 | 44.25% |
| Latino | 107,738 | 2.41% | 192,560 | 4.25% | 322,549 | 6.92% |
| NH Black* | 1,443,390 | 32.30% | 1,442,420 | 31.82% | 1,452,420 | 31.18% |
| NH Asian* | 54,256 | 1.21% | 69,327 | 1.53% | 85,336 | 1.83% |
| NH Hawaiian and Pacific Islander* | 24,129 | 0.54% | 28,092 | 0.62% | 1,706 | 0.04% |
| NH Indigenous* | 1,076 | 0.02% | 1,544 | 0.03% | 25,994 | 0.56% |
| NH Other* | 4,736 | 0.11% | 6,779 | 0.15% | 16,954 | 0.36% |
| NH Two or More Races | 39,260 | 0.88% | 57,766 | 1.27% | 156,096 | 3.35% |
| SR Black (Single-race Black) | 1,451,944 | 32.49% | 1,452,396 | 32.04% | 1,464,023 | 31.43% |
| AP Black (Any Part Black) | 1,468,317 | 32.86% | 1,486,885 | 32.80% | 1,543,119 | 33.13% |

\* Single-race, non-Hispanic.

27.     According to the 2020 Census, non-Hispanic Whites comprise 55.75% of the population in Louisiana. African Americans are the next largest racial/ethnic category, representing 33.13% of the population in 2020—the second highest proportion of any state in the nation.

28.     As shown in **Figure 1**, the statewide Any Part Black ("AP Black") percentage increased from 32.86% in 2000 to 33.13% in 2020.[12] The minority population climbed from

---

[12] In this Declaration, "African American" or "Black" refers to persons who are Any Part Black (*i.e.*, persons of one or more races that are some part Black), including Hispanic Black, unless otherwise specified. It is my understanding that following the U.S. Supreme Court decision in *Georgia v. Ashcroft*, 539 U.S. 461 (2003), the "Any Part" definition is the appropriate Census classification to use in Section 2 cases.

37.47% in 2000 to 44.25% in 2020, with a corresponding drop in NH White population from 62.53% to 55.75%.

     **B.**     <u>**2023 Population Estimates by Race (U.S. Census Bureau)**</u>

     **29.**     As shown in the table in **Figure 1-A,** 2023 populations estimates published by the Census Bureau indicate that the NH White population and AP Black populations have increased slightly in percentage terms since the 2020 Census enumeration, even as the overall population is estimated to have fallen by 84,008 persons.[13]  Voting age estimates by race and ethnicity are not published by the Census Bureau.

**Figure 1-A: Louisiana – 2020 Census and 2023 Census Bureau Estimates Population by Race and Ethnicity**

| All Ages | 2020 | Percent of Total 2020 Population | 2023 Population Estimates | 2020 to 2023 Estimated Change | Percent of Total 2023 Estimate |
|---|---|---|---|---|---|
| Total | 4,657,757 | 100.00% | 4,573,749 | -84,008 | 100.00% |
| NH White* | 2,596,702 | 55.75% | 2,590,904 | -5,798 | 56.65% |
| Total Minority | 2,061,055 | 44.25% | 1,982,845 | -78,210 | 43.35% |
| AP Black | 1,543,119 | 33.13% | 1,543,160 | 41 | 33.74% |

     **C.**     <u>**2020 Census – Black Regional Population Distribution**</u>

     **30.**     **Exhibit C-1** reports 2020 population by race and ethnicity for the 64 parishes. **Exhibits C-2** (2010) and **C-3** (2000) follow the same format.

     **31.**     **Figure 2** outlines the eight planning and development districts in Louisiana (established by the State Legislature in 1956)—smoothing out the 2020 Black population

---

[13] https://www.census.gov/data/tables/time-series/demo/popest/2020s-state-detail.html

2024 total population estimates by state and parish were published by the Census Bureau in March 2025. As of July 2024, the Census Bureau estimates that the state has a total population of 4,597,740.  Detailed 2024 estimates by race and ethnicity are not yet available. *See* https://www.census.gov/data/tables/time-series/demo/popest/2020s-counties-total.html

percentage from the parish to the regional level. Populations in the planning districts range between 24% Black and 40% Black. Blue labels show the 2020 Black population.

**Figure 2: 2020 Black Population by Planning District**



32.  **Figure 3** presents the 2020 population by race and ethnicity for the eight planning and development districts.

**Figure 3: Planning and Development Districts – 2020 Census
Population by Race and Ethnicity**

|  | Planning District | Population | Latino | NH White | AP Black | % AP Black | % Minority | % NH White |
|---|---|---|---|---|---|---|---|---|
| PD-1 | New Orleans Area | 1,156,627 | 139,164 | 558,843 | 401,566 | 34.7% | 51.68% | 48.32% |
| PD-2 | Capital Region | 1,028,150 | 62,922 | 562,770 | 363,101 | 35.3% | 45.26% | 54.74% |
| PD-3 | South Central | 392,800 | 26,243 | 235,411 | 110,099 | 28.0% | 40.07% | 59.93% |
| PD-4 | Acadiana | 593,274 | 29,010 | 374,488 | 170,358 | 28.7% | 36.88% | 63.12% |
| PD-5 | Imperial Calcasieu | 313,951 | 15,479 | 211,324 | 74,487 | 23.7% | 32.69% | 67.31% |
| PD-6 | Kisatchie-Delta | 296,774 | 15,581 | 187,492 | 80,485 | 27.1% | 36.82% | 63.18% |
| PD-7 | NW Development Corp. | 573,210 | 24,900 | 295,920 | 228,523 | 39.9% | 48.37% | 51.63% |
| PD-8 | North Delta | 302,971 | 9,250 | 170,454 | 114,500 | 37.8% | 43.74% | 56.26% |

**D.    Decennial Census – Statewide Voting Age Population – 2000 to 2020**

33.    **Figure 4** reports the statewide voting age population ("VAP") by race and ethnicity for 2000 to 2020.

34.    Reflecting a younger and growing population, the statewide 2020 BVAP is 31.25% (1.88 points lower than the overall Black population percentage). By contrast, the NH White VAP is 58.31% (2.56 points higher than the corresponding percentage for the overall NH White population).

35.    As shown in **Figure 4**, the statewide BVAP increased from 29.95% in 2000 to 31.25% in 2020. During that same time period, the NH White VAP dropped about seven percentage points, from 65.51% in 2000 to 58.31% in 2020.

**Figure 4: Louisiana – 2000 to 2020 Census**
**Voting Age Population by Race and Ethnicity**

| Voting Age | 2000 | Percent of Voting Age | 2010 | Percent of Voting Age | 2020 | Percent of Voting Age |
|---|---|---|---|---|---|---|
| Voting Age Population | 3,249,177 | 100.00% | 3,415,357 | 100.00% | 3,570,548 | 100.00% |
| NH White* | 2,128,485 | 65.51% | 2,147,661 | 62.88% | 2,082,110 | 58.31% |
| Total Minority Pop. | 1,120,692 | 34.49% | 1,267,696 | 37.12% | 1,488,438 | 41.69% |
| Latino | 77,083 | 2.37% | 138,091 | 4.04% | 223,662 | 6.26% |
| NH Black* | 959,622 | 29.53% | 1,019,582 | 29.85% | 1,066,511 | 29.87% |
| NH Asian* | 39,702 | 1.22% | 53,638 | 1.57% | 67,983 | 1.90% |
| NH Hawaiian and Pacific Islander* | 800 | 0.02% | 1,152 | 0.03% | 1,322 | 0.04% |
| NH Indigenous* | 16,315 | 0.50% | 19,952 | 0.58% | 19,531 | 0.55% |
| NH Other* | 2,803 | 0.09% | 4,526 | 0.13% | 11,524 | 0.32% |
| NH Two or More Races | 24,367 | 0.75% | 30,755 | 0.90% | 97,905 | 2.74% |
| Black (Single-race Black) | 965,052 | 29.70% | 1,026,233 | 30.05% | 1,073,754 | 30.07% |
| AP Black (Any Part Black) | 973,149 | 29.95% | 1,040,701 | 30.47% | 1,115,769 | 31.25% |

\* Single-race, non-Hispanic.

**E.    Citizen Voting Age Population – 1-Year 2023 American Community Survey**

**36.**    According to the 1-year 2023 ACS, Black Louisianans comprise 30.86% of the citizen voting age population ("CVAP"), as compared to 59.7% NH White CVAP.[14] Black CVAP is poised to climb for the remainder of this decade. Of citizens of all ages, 33.8% are AP Black.

---

[14]    **Table S2901 -- CITIZEN, VOTING-AGE POPULATION BY SELECTED CHARACTERISTICS** (1-year 2023 ACS)
https://data.census.gov/table?q=S2901&g=040XX00US22&tid=ACSST1Y2023.S2901

**Public   Use   Microdata   Sample   of   the   1-Year   2023   ACS AP Black CVAP:**
https://data.census.gov/app/mdat/ACSPUMS1Y2023/table?cv=CIT,RACBLK&rv=ucgid&vv=AGEP(1:18:99)&wt=PWGTP&g=AwFm-BVBlAmWg

**AP Black Citizens – all ages:**
https://data.census.gov/app/mdat/ACSPUMS1Y2023/table?cv=CIT,RACBLK&rv=ucgid&wt=PWGTP&g=AwFm-BVBlAmWg

**F.**    **Statewide Population Change by Decade – 2000 to 2020**

**37.**    As shown in **Figure 5**, Louisiana's population grew between 2000 and 2020 (blue

shaded rows)—up 4.22% from 4.47 million to 4.66 million.

**Figure 5: Louisiana – 2000 to 2020 Census
Population Change by Race**

|  | Total Pop. | NH White | Total Minority | AP Black |
|---|---|---|---|---|
| **2000 Census** | 4,468,976 | 2,794,391 | 1,674,585 | 1,468,317 |
| **2010 Census** | 4,533,372 | 2,734,884 | 1,798,488 | 1,486,885 |
| **2020 Census** | 4,657,757 | 2,596,702 | 2,061,055 | 1,543,119 |
|  |  |  |  |  |
| **2000 - 2010 Gain/Loss** | 64,396 | -59,507 | 123,903 | 18,568 |
| **% 2000 - 2010 Gain/Loss** | 1.44% | -2.13% | 7.40% | 1.26% |
| **% of Statewide 2000 - 2010 Gain** | 100.0% | Net loss | 192.4% | 28.8% |
|  |  |  |  |  |
| **2010 to 2020 Gain/Loss** | 124,385 | -138,182 | 262,567 | 56,234 |
| **% 2010 to 2020 Gain/Loss** | 2.74% | -5.05% | 14.60% | 3.78% |
| **% of Statewide 2010 - 2020 Gain** | 100% | Net loss | 211.09% | 45.21% |
|  |  |  |  |  |
| **2000 to 2020 Gain/Loss** | 188,781 | -197,689 | 386,470 | 74,802 |
| **% 2000 to 2020 Gain/Loss** | 4.42% | -7.07% | 23.08% | 5.09% |
| **% of Statewide 2000 - 2020 Gain** | 100% | Net loss | 204.7% | 39.6% |

**38.**    The statewide population growth between 2000 and 2020 can be attributed entirely

to a 23.08% gain in the minority population. Over the two decades, the Black population increased

by 5.09%, while the NH White population fell by 7.07%.

G.    **The Rural to Urban Shift – MSA Population Change – 2000 to 2020**

39.    The table in **Figure 6** shows population change between 2000 and 2020 by MSA and the statewide non-metro remainder.[15] For reference, **Exhibit D** is a Census Bureau-produced map depicting the nine MSAs in Louisiana.

40.    All told, in this century, the MSAs have grown by 233,382 persons (equivalent to about two Senate districts and five House districts), while non-metro/rural areas of the state lost 44,601 persons (equivalent to about one House district).

**Figure 6: Louisiana by MSA Region – 2000 to 2020 Population Change**

| MSA/Region (# of parishes) | 2000 Pop. | 2010 Pop. | 2020 Pop. | Pop. Change (2000-2020) | % Pop. Change (2000-2020) |
|---|---|---|---|---|---|
| Alexandria (2) | 145,035 | 153,922 | 152,192 | 7,157 | 4.93% |
| Baton Rouge (10) | 729,361 | 825,905 | 870,569 | 141,208 | 19.36% |
| Hammond (1) | 100,588 | 121,097 | 133,157 | 32,569 | 32.38% |
| Houma-Thibodaux (2) | 194,477 | 208,178 | 207,137 | 12,660 | 6.51% |
| Lafayette (4) | 425,020 | 466,750 | 478,384 | 53,364 | 12.56% |
| Lake Charles (2) | 193,568 | 199,607 | 222,402 | 28,834 | 14.90% |
| Monroe (3) | 201,074 | 204,420 | 207,104 | 6,030 | 3.00% |
| New Orleans-Metairie (8) | 1,337,726 | 1,189,866 | 1,271,845 | **-65,881** | **-4.92%** |
| Shreveport-Bossier City (3) | 375,965 | 398,604 | 393,406 | 17,441 | 4.64% |
| **Subtotal MSA** | 3,702,814 | 3,768,349 | 3,936,196 | 233,382 | 6.30% |
| Non-MSA Remainder | 766,162 | 765,023 | 721,561 | **-44,601** | **-5.82%** |
| **Statewide** | 4,468,976 | 4,533,372 | 4,657,757 | 188,781 | 9.45% |

---

[15] Metropolitan Statistical Areas are defined by the U.S. Office of Management and Budget and reported in historical and current census data produced by the Census Bureau. MSAs "consist of the county or counties (or equivalent entities) associated with at least one urbanized area of at least 50,000 population, plus adjacent counties having a high degree of social and economic integration with the core as measured through commuting ties." Source: https://www.census.gov/geo/reference/gtc/gtc_cbsa.html.

The population figures in **Figure 5** are adjusted to reflect boundaries conforming to the 2020 MSA boundaries. In 2015, St. James Parish was added to the New Orleans MSA and Hammond (Tangipahoa Parish) became a newly defined MSA.

41.    The Baton Rouge MSA (+141,208) accounts for more than half of the total 2000-2020 population gain in the MSAs. The New Orleans MSA has yet to recover to pre-Katrina population levels and is the only MSA that lost population (-65,881) over the two decades.

42.    As shown in **Figure 7,** between 2000 and 2020, Black population at the MSA-level grew in eight of the nine MSAs. The exception is the New Orleans MSA. But the 2000-2010 New Orleans losses are reversing. The 2020 Census reported that the New Orleans MSA has gained 32,272 Black persons and 81,979 persons overall since the 2010 Census.

**Figure 7: Louisiana by MSA Region – 2000 to 2020 Black Population Change**

| MSA/Region (# of Parishes) | 2000 Black | 2010 Black | 2020 Black | Black Change (2000-2020) | % Black Change (2000-2020) |
|---|---|---|---|---|---|
| Alexandria (2) | 41,168 | 46,752 | 45,927 | 4,759 | 11.56% |
| Baton Rouge (10) | 250,386 | 297,951 | 314,008 | 63,622 | 25.41% |
| Hammond (1) | 28,737 | 37,381 | 41,879 | 13,142 | 45.73% |
| Houma-Thibodaux (2) | 30,515 | 35,435 | 39,002 | 8,487 | 27.81% |
| Lafayette (4) | 103,279 | 119,699 | 125,287 | 22,008 | 21.31% |
| Lake Charles (2) | 45,189 | 49,960 | 59,511 | 14,322 | 31.69% |
| Monroe (3) | 69,777 | 76,717 | 78,925 | 9,148 | 13.11% |
| New Orleans-Metairie (8) | 508,464 | 418,180 | 450,452 | **-58,012** | **-11.41%** |
| Shreveport-Bossier City (3) | 145,217 | 158,435 | 161,828 | 16,611 | 11.44% |
| **Subtotal MSA** | 1,222,732 | 1,240,510 | 1,316,819 | 94,087 | 7.69% |
| Non-MSA Remainder | 245,585 | 246,375 | 226,300 | **-19,285** | **-7.85%** |
| **Statewide** | 1,468,317 | 1,486,885 | 1,543,119 | 74,802 | 5.09% |

43.    Rural non-metro parishes lost Black population (-19,285) between 2000 and 2020, reflecting a rural-to-urban shift as the Black population grew by 94,087 persons at the MSA-level.

44.    In contrast to 2000-2020 Black population growth at the MSA level, the map in **Figure 8** and table in **Figure 9** paint a different regional pattern for the White population over the two decades.

45.     Black lines on the **Figure 8** map delineate the boundaries of the nine MSAs. Green labels show Black population change by MSA between 2000 and 2020. Grey labels show White population change between 2000 and 2020. Red fonts indicate population loss. Non-MSA parishes are shaded yellow.

**Figure 8: MSA-level Black vs. White Population Change 2000-2020**



46.     As detailed in the **Figure 9** table, between 2000 and 2020, the White population fell in six of the nine MSAs for a net loss of 201,689 persons (equivalent to almost two Senate districts and five House districts). Over the two decades, the White population fell (-116,698) in

the New Orleans MSA, with an incremental loss between 2010 and 2020 (-24,540), even as the New Orleans MSA Black population grew over the past decade.[16]

**Figure 9: Louisiana by MSA – 2000 to 2020 NH White Population Change**

| MSA/Region (# of Parishes) | 2000 NH White | 2010 NH White | 2020 NH White | NH White Change (2000-2020) | % NH White Change (2000-2020) |
|---|---|---|---|---|---|
| Alexandria (2) | 98,918 | 98,984 | 93,001 | -5,917 | -5.98% |
| Baton Rouge (10) | 453,697 | 480,750 | 466,937 | 13,240 | 2.92% |
| Hammond (1) | 69,300 | 77,807 | 79,825 | 10,525 | 15.19% |
| Houma-Thibodaux (2) | 150,485 | 151,869 | 139,524 | -10,961 | -7.28% |
| Lafayette (4) | 307,873 | 322,165 | 310,101 | 2,228 | 0.72% |
| Lake Charles (2) | 142,960 | 140,168 | 142,284 | -676 | -0.47% |
| Monroe (3) | 127,000 | 121,222 | 113,935 | -13,065 | -10.29% |
| New Orleans-Metairie (8) | 731,514 | 639,356 | 614,816 | -116,698 | -5.95% |
| Shreveport-Bossier City (3) | 217,317 | 218,052 | 195,831 | -21,486 | -9.89% |
| Subtotal MSA | 2,299,064 | 2,250,373 | 2,156,254 | -142,810 | -6.21% |
| Non-MSA Remainder | 495,327 | 484,511 | 440,448 | -54,879 | -11.08% |
| Statewide | 2,794,391 | 2,734,884 | 2,596,702 | -197,689 | -7.07% |
| Baton Rouge (adjusting for 2020 Census Angola prison count error) - 4,000 NH white estimate | | | 462,937 | 9,240 | 2.04% |
| Statewide (adjusted) | | | 2,592,702 | -201,689 | -7.22% |

47.     White population gains between 2000 and 2020 were recorded in the MSAs of Baton Rouge, Lafayette, and Hammond, but the Black population increased at a much faster pace in the Baton Rouge and Lafayette areas.

---

[16] As shown in yellow highlights in **Figure 9**, after adjusting for a clear 2020 Census error involving Angola prison in West Feliciana Parish—not yet corrected by the Census Bureau—White population grew by an estimated 9,240 persons in the Baton Rouge MSA. Under the 2020 Census, there are 5,429 persons (4,095 NH White) assigned to the three prison census blocks, of whom 5,265 are incarcerated. In all likelihood, the Census Bureau has mismatched the NH White and Black prison population in the prison blocks.

48.     After accounting for the Angola prison error, the statewide MSA-total White population (*i.e.*, including only White population within MSAs) was down by -7.22% between 2000 and 2020, while the MSA-total Black population grew at a 7.69% clip. Both groups experienced substantial losses in non-metro population over the 20-year time frame, but the non-metro -11.08% White loss was steeper than the -7.85% loss for the Black population.[17]

49.     The combined impact of the 2000 to 2020 rural-to-urban Black population shift (**Figure 7** and **Figure 8**) and Black population gains vis-à-vis White population losses (**Figure 8** and **Figure 9**) in the MSAs makes it possible to draw additional majority-Black legislative districts that were not drawn in the 2022 Enacted Plan (see Remedial Plans in **Section VI** and **VII**, *infra*).

## IV.    LEGISLATIVE PLANS – 1990s BENCHMARK TO 2022

### A.    <u>Majority-Black Districts – 1990s Benchmark to 2022</u>

50.     As shown in **Figure 10**, at the start of the 21st century, there were 26 majority-Black House districts and 10 majority-Black Senate districts in Louisiana, based on the 1990s Legislative Plan and according to the 2000 Census.

51.     After the Census 2000 legislative redistricting, there were 27 majority-Black House districts and 9 majority-Black Senate districts. On balance, this was a backward step because a majority-Black Senate seat was removed (from 10 to 9) and replaced with a majority-Black House district (from 26 to 27).

---

[17] For simplicity and consistency with the current uncorrected 2020 Census data, other than references to the **Figure 8** map and **Figure 9** table, I have made no adjustments to the 2020 Census elsewhere in this Declaration—including election plan district statistics.

**Figure 10: Number of Majority-Black Legislative Districts**
**by Plan – 1990s to 2020s**

| Decennial Census | Legislative Plan | Statewide Majority-Black Senate Districts | Statewide Majority-Black House Districts |
|---|---|---|---|
| 2000 | 1990 | 10 | 26 |
| 2000 | 2001 | 9 | 27 |
| 2010 | 2001 | 9 | 23 |
| 2010 | 2011 | 11 | 28 |
| 2020 | 2011 | 10 | 28 |
| 2020 | 2022 | 11 | 29 |

52.     By 2010, the number of majority-Black House districts under the 2000 Plan had dropped to 23 – due in large part to residential dislocations in the New Orleans area caused by Katrina. The 2011 Legislative Plan brought the number of majority-Black Senate districts back to 11, with 28 majority-Black House districts.

53.     There were 11 majority-Black districts under the 2011 Senate Plan (2010 Census) and there are 11 under the Enacted Senate Plan. The Enacted Senate Plan restores SD 5 to the majority-Black status it held based on the 2010 Census. Between 2010 and 2020, SD 5 dropped from 50.1% BVAP to 43% BVAP.

54.     On the other hand, the Enacted House Plan adds one majority Black House district—up to 29 from 28 under the 2011 House Plan. The new Enacted House district is HD 62 in the Baton Rouge MSA, encompassing part of East Baton Rouge Parish, as well as all of East Feliciana Parish.

55.     All told, since 2000, one majority-Black Senate district (compared to the 1990 Senate Plan) and two majority-Black House districts (compared to the 2000 House Plan) have been added. Still, this is a paltry increase given the more than 7% statewide decline in the NH White population and the 5.09% climb in the Black population over the same 20-year period.

19

B.     **Demographics of Majority-Black and Majority-White Districts**

56.     As **Figure 11** reveals, despite the major changes in the composition of the State's

population over the past two decades, the percentage of Black Louisianans of voting age residing

in majority-Black legislative districts has hovered around 50%—except for the 2000s when the

Black VAP dropped to the 40% range in both chambers under the 2001 Legislative Plan.

**Figure 11: Same Race VAP in Majority-Black and Majority-White Districts
1990s to 2022 Legislative Plans**

| Decennial Census | Legislative Plan | Black VAP in Majority Black Senate Districts | NH White VAP in Majority White Senate Districts | Black VAP in Majority Black House Districts | NH White VAP in Majority White House Districts |
|---|---|---|---|---|---|
| 2000 | 1990s | 47.8% | 88.4% | 50.6% | 90.3% |
| 2000 | 2001 | 39.8% | 86.7% | 47.9% | 87.8% |
| 2010 | 2001 | 39,0% | 88.7% | 42.6% | 86.9% |
| 2010 | 2011 | 53.2% | 84.3% | 55.1% | 85.2% |
| 2020 | 2011 | 47.0% | 82.3% | 53.8% | 85.3% |
| 2020 | 2022 | 53.6% | 84.4% | 55.6% | 83.4% |

57.     By contrast, the percentage of the White VAP in majority-White districts has

remained in the mid-80s over the same timeframe. This huge 30-point White-to-Black majority-

district residency gap indicates that Black populations have been disproportionately "cracked"[18]

into majority-White districts, "packed"[19] into overwhelmingly majority-Black districts, or both.

---

[18] "Cracking" describes election districts that fragment or divide the minority population, resulting in an overall dilution of minority voting strength in the voting plan.

[19] "Packing" describes election districts where a minority population is unnecessarily concentrated, resulting in an overall dilution of minority voting strength in the voting plan.

C.     **Enacted Senate Plan**

**58.**     **Exhibit H-1** contains detailed 2020 population statistics by district for the Enacted Senate Plan. The map in **Exhibit H-2** is a statewide map of the Enacted Senate Plan (best viewed or printed at 200%). **Exhibit H-3** identifies parish-level population by district. **Exhibit H-4** identifies district splits by parish and VTD. **Exhibit H-5** identifies municipal splits by district.

**59.**     To facilitate comparison with the Remedial Senate Plan, I have prepared several sets of more detailed maps. For ease of reference and complete visual coverage, regional maps accompanying the Enacted Senate Plan (**Exhibit H-6**) are organized by planning district ("PD") number (from PD 1 to PD 8 – see **Figure 2**, *supra*).

**60.**     **Exhibit H-7** contains maps in sequential order that zoom in on each of the 11 majority-Black Enacted Senate Plan districts.

**61.**     MSAs are identified in all of the maps with bold black lines. Parish lines are shown with dotted grey lines. Blue labels identify majority-Black districts.

D.     **Enacted House Plan**

**62.**     Maps and statistics for the Enacted House Plan are organized in the same fashion as the Enacted Senate Plan.

**63.**     **Exhibit I-1** contains detailed 2020 population statistics by district for the Enacted House Plan. The map in **Exhibit I-2** is a statewide map of the Enacted House Plan (best viewed or printed at 200%). **Exhibit I-3** identifies parish-level population by district. **Exhibit I-4** identifies district splits by parish and VTD. **Exhibit I-5** identifies municipal splits by district.

**64.**     **Exhibit I-6** contains maps zooming on the eight regional planning districts (from PD 1 to PD 8). **Exhibit I-7** contains maps in sequential order that zoom in on each of the 29 majority-Black Enacted House Plan districts.

65.     MSAs are identified in all of the maps with bold black lines. Parish lines are shown with dotted grey lines. Blue labels identify majority-Black districts.

## V.     REMEDIAL SENATE PLAN

### A.     <u>Remedial Senate Plan – Overview</u>

66.     The map in **Figure 12** displays three additional majority-Black districts (outlined in red with small blue labels) in the Remedial Senate Plan: **Remedial SD 38** (Shreveport-Bossier City MSA), **Remedial SD 17** (Baton Rouge MSA), and **Remedial SD 19** (New Orleans MSA). All three of the additional majority-Black districts are urban-centric and more compact than their Enacted Senate Plan counterparts. As discussed *supra*, these districts are similar to the Illustrative Senate Plan districts and were changed to reflect new precinct and census block boundaries and as much as possible to ensure incumbents were not drawn out of their districts (based on the available information).

**Figure 12: Location of 3 Additional Majority-Black Districts
Remedial Senate Plan**



67.    Green areas on the **Figure 12** map represent other majority-Black districts in the

Remedial Senate Plan that generally encompass areas within majority-Black districts under the

Enacted Senate Plan. All told, the Remedial Senate Plan modifies in some fashion 35 of the 39

Senate districts in the Enacted Senate Plan. SD 11, 12, 16, and 29 are not changed. Put differently,

a core population[20] representing 75.09% of the state's population is kept together in the redraw

---

[20] I define "core population" as the largest district-level subset of a population that is kept together
in the shift from one plan to another (without taking into account changes in district numbers or
changes in incumbent representation). The core population is identified with shading in the
referenced tabular exhibits.

from the Enacted Senate Plan to the Remedial Senate Plan. (See **Exhibit L-2**, *infra*.) By comparison, 80.2% of the state's population was kept together in the redraw from the Benchmark 2011 Plan to the Enacted Senate Plan. (See **Exhibit L-4**, *infra*.)

68.     As documented in charts and datasets from the American Community Survey (see **Section III** in my September 29, 2023 Declaration) and updated charts in **Exhibit B**, *supra*, Black persons in Remedial SD 38, SD 17, and SD 19 are a community of interest based on socio-economic characteristics and racial disparities at the state and parish levels.

69.     Remedial SD 17 and Remedial SD 19 also encompass a 4-district community of interest in the Remedial Senate Plan. These two districts anchor the north and south ends of Louisiana's Chemical Corridor (aka "Cancer Alley"), with two majority-Black districts (Remedial SD 2 and Remedial SD 14) sandwiched in-between.

70.     Maps and statistics for the Remedial Senate Plan are organized in the same fashion as the Enacted Senate Plan (*supra*).

71.     **Exhibit J-1** contains detailed 2020 population statistics by district for the Remedial Senate Plan. The map in **Exhibit J-2** is a statewide map of the Remedial Senate Plan (best viewed or printed at 200%). **Exhibit J-3** identifies district splits by parish. **Exhibit J-4** identifies municipal splits by district . **Exhibit J-5** identifies 2025 precinct splits by district.

72.     To facilitate comparison with the Enacted Senate Plan, I have prepared several sets of more detailed maps of the Remedial Senate Plan. For ease of reference and complete visual coverage, regional maps (**Exhibit J-6**) are organized by planning district (PD 1 to PD 8 – see **Figure 2**, *supra*).

73.     **Exhibit J-7** contains maps in sequential order that zoom in on each of the 14 majority-Black Senate districts. MSAs are identified in all of the Exhibit J series maps with bold black lines and blue labels. Parish lines are shown with dotted grey lines.

74.     The Remedial Senate Plan can also be viewed and analyzed on the Dave's Redistricting website at the following link: https://davesredistricting.org/join/ef241b5b-2eca-4077-bdf5-dd00f2a4b3c6

B.      **Senate Plan Metrics – Remedial vs. 2022 Enacted**

    i.      **Compactness Measures**

75.     **Exhibit K-1** reports district-by-district compactness scores generated by Maptitude for the Enacted Senate. Compactness scores for the Remedial Senate Plan are in **Exhibit K-2**. Remedial SD 29 is identical to Enacted SD 29—and, in this instance, I have prioritized a community of interest (HBCU Grambling) over compactness.

76.     Each exhibit reports three compactness scores: Reock, Polsby-Popper, and Convex Area/Hull.[21] Higher scores indicate higher compactness.

---

[21] "The Reock test is an area-based measure that compares each district to a circle, which is considered to be the most compact shape possible. For each district, the Reock test computes the ratio of the area of the district to the area of the minimum enclosing circle for the district. The measure is always between 0 and 1, with 1 being the most compact. The Reock test computes one number for each district and the minimum, maximum, mean, and standard deviation for the plan." *Maptitude For Redistricting* software documentation (authored by the Caliper Corporation).

The Polsby-Popper test computes the ratio of the district area to the area of a circle with the same perimeter: 4pArea/ (Perimeter2). The measure is always between 0 and 1, with 1 being the most compact. The Polsby-Popper test computes one number for each district and the minimum, maximum, mean, and standard deviation for the plan. *Id.*

The Convex Area/Hull test computes the ratio the district area to the area of the convex hull of the district (minimum convex polygon which completely contains the district). The measure is always between 0 and 1, with 1 being the most compact. The Minimum Convex Polygon test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan. *Id.*

77. The table in **Figure 13** summarizes the Reock and Polsby-Popper scores (the two most commonly referenced measures) for the Enacted Senate Plan, alongside scores for the Remedial Senate Plan.

78. The higher scores are in boldface. The Remedial Senate Plan scores higher or the same on all of the 12 categories (mean, lowest, and highest).

**Figure 13: Compactness Scores – Enacted Senate vs. Remedial Senate Plan**

| | Reock | | | | Polsby-Popper | | |
|---|---|---|---|---|---|---|---|
| | **Mean** | **Low** | **High** | | **Mean** | **Low** | **High** |
| **Enacted Senate** | | | | | | | |
| All Districts | .36 | .11 | .59 | | .18 | .05 | .35 |
| 11 Majority-Black Districts | .28 | .11 | .37 | | .14 | .05 | .29 |
| **2025 Remedial Senate Plan** | | | | | | | |
| All Districts | .36 | .11 | .59 | | **.22** | .05 | **.36** |
| 14 Majority-Black Districts | **.31** | .11 | **.43** | | **.19** | .05 | **.36** |

**ii.    Political Subdivision Splits**

79. The table in **Figure 14** compares district splits by parish and 2025 precincts for the Enacted Senate Plan (*see* **Exhibit H-4**) and the Remedial Senate Plan (*see* **Exhibit J-4**). Municipal split counts are in **Exhibit H-5** for the Enacted Senate Plan and **Exhibit J-5** for the Remedial Senate Plan. Figures that indicate fewer municipal or precinct splits are bolded.

**Figure 14: Political Subdivision Splits (excluding 100% splits and unpopulated splits)**

| | Parishes not Split | Total Parish Splits (lower is better) | 2025 Precinct Splits (lower is better) | Municipalities Not Split | Total Municipal Splits (lower is better |
|---|---|---|---|---|---|
| Enacted Senate | 24 | 117 | 4 | **266** | 107 |
| Remedial Senate | **28** | **102** | 32 | 265 | **90** |

80.     As **Figure 14** reveals, the Remedial Senate Plan is superior to the Enacted Senate Plan in terms of parish splits and superior to the Enacted Senate Plan on municipal splits. The Remedial Senate Plan keeps 28 parishes whole, while the Enacted Senate Plan keeps 24 parishes whole.

81.     The Remedial Senate Plan keeps 265 municipalities whole, with 90 populated municipal splits, which is better than the comparable municipal split count of 107 under the Enacted Senate Plan.

### iii.     Senate Districts – Majority-Black and Majority-White Comparison

82.     As shown in **Figure 15** (see **Figure 11**, *supra*, for historical comparisons)*,* with three additional majority-Black Senate districts, the percentage of the Black VAP residing in majority-Black Senate districts moves closer to parity with the White VAP, but there is still a 17-percentage point gap.

**Figure 15: Same Race VAP in Majority-Black and Majority-White Districts Statewide Enacted Senate and Remedial Senate Plan**

| Legislative Plan | 2020 Black VAP in Majority Black Senate Districts | 2020 NH White VAP in Majority White Senate Districts | Statewide Difference |
|---|---|---|---|
| Enacted Senate | 53.6% | 84.4% | -30.8% |
| Remedial Senate | 61.2% | 78.1% | -16.9% |

83.     As revealed in **Figure 16**, in the three MSAs where additional districts are created under the Remedial Senate Plan, the percentage of the Black VAP residing in majority-Black Senate districts does not exceed the statewide 84.4% White benchmark ceiling under the Enacted Senate Plan—Baton Rouge (73.5%), New Orleans (79.4%), and Shreveport (83.4%).

84.    And in those same three MSAs, the NH White VAP residing in majority-White districts is above the statewide 53.6% Black benchmark floor under the Enacted Senate Plan—Baton Rouge (70.5%), New Orleans (66.5%), and Shreveport (54.9%).

**Figure 16: Same Race VAP in Majority-Black and Majority-White Districts**
**Regional MSA-level – Enacted Senate and Remedial Senate Plan**

| MSA/Region (# of parishes) | 2020 Black VAP in Majority Black 2022 | 2020 White VAP in Majority White 2022 | 2020 Black VAP in Majority Black Remedial | 2020 White VAP in Majority White Remedial |
|---|---|---|---|---|
| Alexandria (2) | 79.0% | 74.4% | 75.6% | 74.8% |
| Baton Rouge (10) | 63.9% | 83.3% | 73.5% | 70.5% |
| Hammond (1) | 0.0% | 100.0% | 0.0% | 100.0% |
| Houma-Thibodaux (2) | 17.4% | 94.3% | 17.8% | 93.7% |
| Lafayette (4) | 34.9% | 90.0% | 32.6% | 90.4% |
| Lake Charles (2) | 0.0% | 100.0% | 0.0% | 100.0% |
| Monroe (3) | 64.8% | 87.5% | 64.8% | 87.5% |
| New Orleans-Metairie (8) | 69.6% | 74.9% | 79.4% | 66.6% |
| Shreveport-Bossier City (3) | 51.8% | 81.8% | 83.4% | 55.4% |

85.    To view all municipalities assigned by district in the Remedial Senate Plan, refer to **Exhibit L-1**. To view the Remedial Senate Plan district core components built from districts in the Enacted Senate Plan, refer to **Exhibit L-2**—"Core Constituencies." To view all municipalities assigned by district in the Enacted Senate Plan, refer to **Exhibit L-3**. To view the Enacted Senate Plan district core components built from districts in the 2011 Benchmark Senate Plan, refer to **Exhibit L-4** "Core Constituencies."

## VI.    REMEDIAL HOUSE PLAN

### A.    <u>Remedial House Plan – Overview</u>

86.    The map in **Figure 17** displays six additional majority-Black districts (in red with small blue labels) in the Remedial House Plan: **Remedial HD 1** (Shreveport-Bossier City MSA), **Remedial HD 23** (Natchitoches area and Shreveport-Bossier City MSA), **Remedial HD 38 (**Lake

Charles MSA), and **Remedial HDs 60, 65, and 68** (Baton Rouge MSA).[22] As discussed, *supra*, these districts are largely similar to the Illustrative Plan districts and were changed to reflect new precinct boundaries as much as possible and to ensure incumbents were not drawn out of their districts (based on the available information).

**Figure 17: Location of 6 Additional Majorities-Black Districts
Remedial House Plan**



87.     Green areas on the **Figure 17** map represent other majority-Black districts in the Remedial House Plan that generally encompass areas within majority-Black districts under the

[22] As in the Illustrative Plan, there are four new majority-Black districts in the Baton Rouge MSA: HD 60, 65, 68 and 69; however, given that Enacted HD 62 is no longer a majority-Black district, I consider it a net of three new majority-Black districts in the Baton Rouge MSA.

Enacted House Plan. All told, the Remedial House Plan modifies in some fashion 66 of the 105 House districts in the 2022 Enacted House Plan. Put differently, a core population[23] representing 79.24% of the state's population is kept together in the redraw from the Enacted House Plan to the Remedial House Plan. (See **Exhibit P-2**, *infra*.) By comparison, 83.2% of the state's population was kept together in the redraw from the Benchmark 2011 Plan to the Enacted House Plan. (See **Exhibit P-4**, *infra*.)

88.    As documented in **Section III** of my September 29, 2023 Declaration and updated charts in **Exhibit B**, *supra*, Black persons in Remedial Plan HD 1, HD 23, HD 38, HD 60, HD 65, and HD 68 are a community of interest based on socio-economic characteristics and racial disparities at the parish and municipal levels.

89.    The population residing in Baton Rouge MSA Remedial House Plan Districts 60, 65 and 68 also share a community of interest that goes beyond history, culture, and socioeconomic characteristics.[24] These three additional Remedial House Plan majority-Black districts would form a united community of interest with other Remedial House Plan majority-Black districts (displayed in green on the **Figure 17** map) whose residents must contend with negative environmental externalities along the Mississippi River.

90.    **Exhibit N-1** contains detailed 2020 population statistics by district for the Remedial House Plan. The map in **Exhibit N-2** is a statewide map of the Remedial House Plan

---

[23] As noted with respect to the Senate plans, I define "core population" as the largest district-level subset of a population that is kept together in the shift from one plan to another (without taking into account changes in district numbers or changes in incumbent representation). The core population is identified with shading in the referenced tabular exhibits.

[24] See for example: James, W., Jia, C., and Kedia, S. (2012). Uneven Magnitude of Disparities in Cancer Risks from Air Toxics. *Int. J. Environ. Res. Public Health*, *9*(12), 4365-4385. https://doi.org/10.3390/ijerph9124365.

(best viewed or printed at 200%). **Exhibit N-3** identifies parish-level population by district. **Exhibit N-4** identifies municipal splits by district. **Exhibit N-5** identifies 2025 precinct splits by district.

91.    To facilitate comparison with the Enacted House Plan, I have prepared several sets of more detailed maps. For ease of reference and complete visual coverage, regional maps accompanying the Remedial House Plan (**Exhibit N-6**) are organized by planning district (from PD-1 to PD-8). **Exhibit N-7** contains maps in sequential order that zoom in on each of the 35 majority-Black House districts. MSAs are identified in all of the Exhibit N series maps with bold black lines. Parish lines are shown with dotted grey lines. Blue labels identify majority-Black districts.

92.    The Remedial House Plan can also be viewed and analyzed on the Dave's Redistricting website at the following link: https://davesredistricting.org/join/e64e031b-326e-4abc-b4f9-b9943bd9d761

B.    **House Plan Metrics – Remedial Plan vs. 2022 Plan**

i.    **Compactness measures**

93.    The districts in the Remedial House Plan are reasonably shaped and compact. **Exhibit O-1** reports district-by-district compactness scores generated by Maptitude for the Enacted House Plan. Compactness scores for the Remedial House Plan are in **Exhibit O-2**. Each exhibit reports three compactness scores: Reock, Polsby-Popper, and Convex Area/Hull.[25] Higher scores indicate higher compactness.

---

[25] See n.21, *supra*, for formulas and explanatory text relating to these three compactness measures.

94. The table in **Figure 18** summarizes the Reock and Polsby-Popper scores (the two most commonly referenced measures) for the Enacted House Plan, alongside scores for the Remedial House Plan.

95. The higher scores are in boldface. The Remedial House Plan scores about the same as the Enacted House Plan on the Reock measure (.39) and the same on the Polsby-Popper (.29) measure.

**Figure 18: Compactness Scores – Enacted House vs. Remedial House Plan**

|  | Reock | | | | Polsby-Popper | | |
|---|---|---|---|---|---|---|---|
|  | **Mean** | **Low** | **High** | | **Mean** | **Low** | **High** |
| **Enacted House** | | | | | | | |
| All Districts (mean avg.) | **.40** | .13 | .63 | | .29 | .05 | .63 |
| 29 Majority-Black Districts | **.38** | .13 | .51 | | .27 | .05 | .46 |
| **Remedial House Plan** | | | | | | | |
| All Districts (mean avg.) | .39 | .13 | **.65** | | .29 | .05 | **.70** |
| 35 Majority-Black Districts | .37 | .13 | .51 | | .27 | .05 | **.50** |

96. When the majority-Black House districts are examined independent of other districts (as shown in **Figure 18**), the Remedial House Plan has about the same mean average Reock and Polsby Popper scores as the Enacted House majority-Black districts.

**ii.    Political Subdivision Splits**

97. The table in **Figure 19** compares district splits by parish and 2025 precincts for the Enacted House Plan (see **Exhibit I-4**) and the Remedial House Plan (see **Exhibit N-4**). Municipal split counts are in **Exhibit I-5** for the Enacted House Plan and **Exhibit N-5** for the Remedial House Plan.

98. As shown in **Figure 19**, the Remedial House Plan scores lower than the Enacted House Plan with respect to parish and precinct splits. The Enacted House Plan keeps 23 parishes intact with no splits, as compared to 19 parishes with no splits under the Remedial House Plan.

The Enacted House Plan has zero populated precinct splits, versus 12 populated precinct splits under the Remedial House Plan.

**99.** ~~On~~As shown in Figure 19, the ~~other hand, the Remedial~~Enacted House Plan also scores higher than the ~~Enacted~~Remedial House Plan with respect to municipal splits. The ~~Remedial~~Enacted House Plan keeps ~~265~~253 municipalities intact— ‑‑‑ higher than the ~~253~~242 intact municipalities under the ~~Enacted~~Remedial House Plan. ~~The Remedial House Plan contains just 98 municipal splits, which is much better than the 152 municipal splits in the Enacted House Plan.~~ Figures that indicate fewer municipal or precinct splits are bolded.

**Figure 19: Political Subdivision Splits (excluding 100% splits and unpopulated splits)**

| | Parishes not Split | Total Parish Splits (lower is better) | 2025 Precinct Splits (lower is better) | Municipalities Not Split | Total Municipal Splits (lower is better) |
|---|---|---|---|---|---|
| Enacted House | **23** | **157** | **0** | **253** | **152** |
| Remedial House | 19 | 164 | 12 | ~~265~~242 | ~~98~~168 |

### iii.    House Districts – Majority-Black and Majority-White Comparison

**100.**    As shown in **Figure 20** (see **Figure 12**, *supra*, for historical comparisons)*,* with six additional majority-Black House districts in the Remedial House Plan, the percentage of the Black VAP residing in majority-Black districts increases to 61.4%, but White voters still hold a 16-percentage point advantage.

**Figure 20: Same Race VAP in Majority-Black and Majority-White Districts Statewide – Enacted House and Remedial House Plan**

| Legislative Plan | 2020 Black VAP in Majority Black House Districts | 2020 NH White VAP in Majority White House Districts | Statewide Difference |
|---|---|---|---|

| Enacted House | 55.6% | 83.4% | -27.8% |
| Remedial House | 61.4% | 77.4% | -16.0% |

101.    As revealed in **Figure 21**, in the three MSAs where additional districts are created under the Remedial House Plan, the percentage of the Black VAP residing in majority-Black House districts does not exceed the statewide 83.4% White benchmark ceiling under the Enacted House—Baton Rouge (76.8%), Lake Charles (77.6%), and Shreveport (74.2%).

102.    And in those same three MSAs, the NH White VAP residing in majority White districts is above the statewide 55.6% Black benchmark floor under the Enacted House Plan—Baton Rouge (66.6%), Lake Charles (75.9%), and Shreveport (68.6%).

**Figure 21: Same Race VAP in Majority-Black and Majority-White Districts Regional MSA-level – Enacted House and Remedial House Plan**

| MSA/Region (# of parishes) | Black VAP in Majority Black Districts 2022 | White VAP in Majority White Districts 2022 | Black VAP in Majority Black Districts Remedial | White VAP in Majority White Districts Remedial |
|---|---|---|---|---|
| Alexandria (2) | 65.7% | 86.3% | 67.4% | 85.3% |
| Baton Rouge (10) | 63.4% | 82.3% | 76.8% | 66.6% |
| Hammond (1) | 43.5% | 84.3% | 47.3% | 82.0% |
| Houma-Thibodaux (2) | 0.0% | 100.0% | 0.0% | 100.0% |
| Lafayette (4) | 44.0% | 89.9% | 41.7% | 90.7% |
| Lake Charles (2) | 59.7% | 93.3% | 77.6% | 75.9% |
| Monroe (3) | 72.1% | 78.3% | 80.9% | 68.9% |
| New Orleans-Metairie (8) | 62.3% | 72.1% | 62.6% | 71.2% |
| Shreveport-Bossier City (3) | 63.4% | 84.5% | 74.2% | 68.6% |

103.    To view all municipalities assigned by district in the Remedial House Plan, refer to **Exhibit P-1**. To review population details for the Remedial House Plan district core components built from districts in the Enacted House Plan, refer to **Exhibit P-2**—"Core Constituencies." To view all municipalities assigned by district in the Enacted House Plan, refer to **Exhibit P-3**. To

review population details for the Enacted House Plan district core components built from districts in the 2012 Benchmark House Plan, refer to **Exhibit P-4**—"Core Constituencies."

# # #

I reserve the right to continue to supplement my reports in light of additional facts, testimony, and/or materials that may come to light during the pendency of the above-captioned case.


Executed on:  May 2330, 2025

WILLIAM S COOPER