# EXHIBIT B

 Outlook

---

## Re: Disclosure of Experts Submitting Affirmative Reports - Nairne v. Ardoin, 3:22-cv-178

---

**From** Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>

**Date** Fri 5/16/2025 1:37 PM

**To**   Megan Keenan <MKeenan@aclu.org>; Cassie Holt <cassie.holt@nelsonmullins.com>; Freeman, Daniel (CRT) <daniel.freeman@usdoj.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Jack, Justin (USALAM) <justin.jack@usdoj.gov>; Margulis, David <dmargulis@cozen.com>; Dayton Campbell Harris <DCampbell Harris@aclu.org>; Sophia Lakin <slakin@aclu.org>; Thomas-Lundborg, Alora <tthomaslundborg@law.harvard.edu>; Dayle Chung <dchung@naacpldf.org>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Molly Garyantes <MGaryantes@aclu.org>; Hessel, Daniel <dhessel@law.harvard.edu>; Jones, Carey <jonescar@ag.louisiana.gov>; LaGroue, Amanda <lagrouea@ag.louisiana.gov>; Kim Kron <kimk@scwllp.com>; Brungard, Morgan <brungardm@ag.louisiana.gov>; Victoria Wenger <vwenger@naacpldf.org>; Phil Strach <phil.strach@nelsonmullins.com>; John Walsh <john@scwllp.com>

---

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

All,

  My apologies for the Friday afternoon notice and the couple of days delay from Monday, but the Attorney General will be submitting an affirmative expert report from demographer Tom Bryan.  I will provide his CV as soon as possible.

Thanks,
Jason Torchinsky

  - Counsel for the State and Legislature

Get Outlook for iOS

**Jason Torchinsky**
Partner • Washington, DC

M 202.302.6768
O 202.737.8808
Bio • LinkedIn



DC • VA • FL • AZ • NY • TN
**holtzmanvogel.com** 

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged  They are intended for the sole use of the addressee  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney client, accountant client, or other privileges as to this communication or otherwise  If you have received this communication in error, please contact me at the above email address. Thank you.

DISCLAIMER
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis  Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**From:** Megan Keenan <MKeenan@aclu.org>
**Sent:** Monday, May 12, 2025 6:38 PM
**To:** Cassie Holt <cassie.holt@nelsonmullins.com>; Freeman, Daniel (CRT) <daniel.freeman@usdoj.gov>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Jack, Justin (USALAM) <justin.jack@usdoj.gov>; Margulis, David <dmargulis@cozen.com>; Dayton Campbell-Harris <DCampbell-Harris@aclu.org>; Sophia Lakin <slakin@aclu.org>; Thomas-Lundborg, Alora <tthomaslundborg@law.harvard.edu>; Dayle Chung <dchung@naacpldf.org>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Molly Garyantes <MGaryantes@aclu.org>; Hessel, Daniel <dhessel@law.harvard.edu>; Jones, Carey <jonescar@ag.louisiana.gov>; LaGroue, Amanda <lagrouea@ag.louisiana.gov>; Kim Kron <kimk@scwllp.com>; Brungard, Morgan <brungardm@ag.louisiana.gov>; Victoria Wenger <vwenger@naacpldf.org>; Phil Strach <phil.strach@nelsonmullins.com>; John Walsh <john@scwllp.com>; Robert Clark <robertclark@cozen.com>; Sarah Brannon <sbrannon@aclu.org>; Giglio, Amanda <agiglio@cozen.com>; Brooke Ragusa <brooke@scwllp.com>; Jordan Koonts <jordan.koonts@nelsonmullins.com>; Julia Louizides <adcocklawparalegal1@gmail.com>; External - John Adcock <jnadcock@gmail.com>; Sara Rohani <srohani@naacpldf.org>; Stuart Naifeh <snaifeh@naacpldf.org>; de Leeuw, Michael <mdeleeuw@cozen.com>; Nora Ahmed <Nahmed@laaclu.org>; Alanah Odoms <aodoms@laaclu.org>; Ashley Fox <AFox@laaclu.org>; Ron Wilson <cabral2@aol.com>; Jason Torchinsky <jtorchinsky@holtzmanvogel.com>; Aguinaga, Ben <aguinagaj@ag.louisiana.gov>; Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Subject:** Disclosure of Experts Submitting Affirmative Reports - Nairne v. Ardoin, 3:22-cv-178

Counsel:

Plaintiffs will be submitting affirmative reports from three experts in the remedial phase of this case: William Cooper, Lisa Handley, and Craig Colten. Their resumes are attached.

Best,
Megan


**Megan Keenan**
Pronouns: she/her

Staff Attorney, Voting Rights Project
American Civil Liberties Union
915 15th St. NW, Washington, DC
740.632.0671 | mkeenan@aclu.org
aclu.org 



Case 3:22-cv-00178-SDD-SDJ        Document 325-2        06/04/25        Page 4 of 4

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*