# EXHIBIT C

 Outlook

### Re: Filing Affirmative Expert Reports - Nairne v. Ardoin, 3:22-cv-178

From  Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>
Date  Fri 5/23/2025 9:53 PM
To    Megan Keenan <MKeenan@aclu.org>
Cc    Cassie Holt <cassie.holt@nelsonmullins.com>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Justin.Jack@usdoj.gov <Justin.Jack@usdoj.gov>; Margulis, David <dmargulis@cozen.com>; Dayton Campbell Harris <DCampbell-Harris@aclu.org>; Sophia Lakin <slakin@aclu.org>; Thomas-Lundborg, Alora <tthomaslundborg@law.harvard.edu>; Dayle Chung <dchung@naacpldf.org>; Greenwood, Ruth <rgreenwood@law.harvard.edu>; Molly Garyantes <MGaryantes@aclu.org>; Hessel, Daniel <dhessel@law.harvard.edu>; Carey Jones <JonesCar@ag.louisiana.gov>; LaGroueA@ag.louisiana.gov <LaGroueA@ag.louisiana.gov>; Kim Kron <kimk@scwllp.com>; brungardm@ag.louisiana.gov <brungardm@ag.louisiana.gov>; Victoria Wenger <vwenger@naacpldf.org>; Phil Strach <phil.strach@nelsonmullins.com>; John Walsh <john@scwllp.com>; Robert Clark <RobertClark@cozen.com>; Sarah Brannon <sbrannon@aclu.org>

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

All,

Wanted to let everyone know that the AG will not be submitting a map or expert report today.

Jason


Sent from my iPhone. Please excuse any typos.

**Jason Torchinsky**
Partner • Washington, DC

M 202.302.6768
O 202.737.8808
Bio • LinkedIn



DC • VA • FL • AZ • NY • TN
holtzmanvogel.com 

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney client, accountant client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

DISCLAIMER
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

On May 23, 2025, at 2:24 PM, Megan Keenan <MKeenan@aclu.org> wrote:

Counsel:

As we prepare to exchange and file affirmative expert reports, we wanted to confer about whether and how to exchange the exhibits to those expert reports with the Court.

This evening, Plaintiffs will transmit all of their experts' reports and exhibits to Defendants via email using a file-sharing platform. Several of Mr. Cooper's exhibits that we will be sharing cannot be uploaded to the docket, and we anticipate that the same may be true for Mr. Bryan.

Plaintiffs propose filing the reports and CVs sans exhibits on the docket, along with a cover notice explaining how we have transmitted the exhibits to Defendants and offering to transmit the exhibits to the Court via email using the same platform.
Do Defendants intend to take that same approach? If not, should we find a time this afternoon to propose a joint call with chambers about the best process here?

Best,
Megan


**Megan Keenan**
Pronouns: she/her

Staff Attorney, Voting Rights Project
American Civil Liberties Union
915 15th St. NW, Washington, DC
740.632.0671 | mkeenan@aclu.org
aclu.org
<Outlook_Descriptio.png>

<Outlook-Descriptio.png>

<Outlook-ommlkip1.png>

*This message may contain information that is confidential or legally privileged  If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system*