# EXHIBIT I

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 2, 2018
DICK, C. J.

TERREBONNE PARISH BRANCH NAACP, ET AL

VERSUS

PIYUSH (Bobby) JINDAL the GOVERNOR of
the State of Louisiana, in his official capacity, ET AL

CIVIL ACTION

NO. 14CV00069-SDD-EWD

This matter came before the Court for status conference.

PRESENT:   Leah C. Aden, Esq.
           Michaele N. Turnage Young, Esq.
           Ronald L. Wilson, Esq.
           Counsel for Plaintiffs


           Matthew Block, Esq.
           Jeffrey Wale, Esq.
           Madeline Carbonette, Esq.
           Angelique Freel, Esq.
           Lee J. Ledet, Esq.
           Counsel for Defendant

Status of matter discussed.

Proposed procedures, remedies, and appointment of a Special Master discussed.

As instructed by the Court, Counsel shall file position papers stating an appropriate process and scope regarding method of procedure moving forward and the appointment of a Special Master.

Position papers shall be short and succinct and filed no later than the close of business on Thursday, August 9, 2018.

Evidentiary hearing is scheduled for January 22, 2018 and January 23, 2018 at 9:30 a.m. in Courtroom 3.

CV 25c - 38
Recorded