IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana*, et al.,*<br><br>*Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

### DEFENDANT'S NOTICE OF SERVICE OF REMEDIAL REBUTTAL EXPERT REPORT

Defendant Nancy Landry, in her Official Capacity as Secretary of State of Louisiana (hereinafter "Defendant"), files this notice in accordance with the Court's May 16, 2025 Order [Rec. Doc. 322] to inform the Court that Defendant has served the Remedial Rebuttal Expert Report of Dr. Michael Barber, Dr. Barber's CV, and supporting backup materials on all parties in the above-captioned matter. Dr. Barber's Remedial Rebuttal Expert Report is attached as Exhibit 1, and Dr. Barber's CV is attached as Exhibit 2.

Respectfully submitted, this the 13th day of June, 2025.

By: */s/ Phillip J. Strach*
Phillip J. Strach*
    *Lead Counsel*
Alyssa M. Riggins*
Cassie A. Holt*
Jordan A. Koonts*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com

4908-4360-0973 v.1

jordan.koonts@nelsonmullins.com

*/s/ John C. Walsh*
John C. Walsh, LA Bar Roll No. 24903
Brooke R. Ydarraga, LA Bar Roll No. 41000
**SHOWS, CALL & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467
john@scwllp.com
brooke@scwllp.com
* *Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Secretary of State of Louisiana*

4908-4360-0973 v.1