IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State of Louisiana*, et al.,* <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

### DEFENDANT'S NOTICE OF SERVICE OF REMEDIAL REBUTTAL EXPERT REPORT

The State of Louisiana and Legislative Intervenors, (hereinafter "State"), files this notice in accordance with the Court's May 16, 2025 Order [Rec. Doc. 322] to inform the Court that the State has served the Remedial Rebuttal Expert Report of Dr. Steve Voss, Dr. Voss' CV, and will be serving supporting backup materials on all parties in the above-captioned matter. Dr. Voss' Remedial Rebuttal Expert Report is attached as Exhibit 1, and Dr. Voss' CV is attached as Exhibit 2.

Respectfully submitted, this the 13th day of June, 2025.

By: */s/ Jason Torchinsky*

Jason B. Torchinsky (DC 976033)*
Holtzman Vogel PLLC
2300 N. Street NW, Suite 643
Washington, DC 20037
(202) 737-8808
**Admitted Pro Hac Vice*

Elizabeth B. Murrill (LSBA No. 20685)
Louisiana Attorney General
Carey Tom Jones (LSBA No. 07474)
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.

Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
jonescar@ag.louisiana.gov

*Counsel for Defendant State of Louisiana and Legislative Intervenors*