# D. STEPHEN VOSS
### ASSOCIATE PROFESSOR • DEPARTMENT OF POLITICAL SCIENCE
### UNIVERSITY OF KENTUCKY

Office Phone: (859) 257-4313                                       1639 Patterson Office Tower
Mobile Phone: (859) 333-0423                                       Lexington, KY  40506-0027
UK email: dsvoss@uky.edu
Personal email: doubledennyconsulting@gmail.com

## EDUCATION

**Ph.D., Harvard University**: Government                                                    1998-2000
    Dissertation:    "Familiarity Doesn't Breed Contempt:
                            The Political Geography of Racial Polarization"
    Committee:       Gary King (chair), James Alt, Bradley Palmquist

**A.M., Harvard University**: Government                                         1990-1993; 1995-1998
    Focus Field:     Political Methodology (advisor: Gary King)

**B.A., Louisiana State University**: History, minor in Political Science                    1986-1990
**B.A.J., Louisiana State University**: (Print) Journalism, minor in Sociology               1986-1990
    Graduated:       *Summa Cum Laude*

## RESEARCH (ORC ID #0000-0001-6933-0268)

### *Peer-Reviewed Articles, Books, and Chapters*

Morina, Dastid, Ridvan Peshkopia, and D. Stephen **Voss**. 2025. "You Can Go Your Own Way: How Transit-Country Migration Attitudes Are Influenced by European Union Ideals." *Journal of International Migration and Integration*. Published online March 25. https://doi.org/10.1007/s12134-025-01254-0.

**Voss**, D. Stephen, and Ridvan Peshkopia. 2025. "Discovering Neighbors: The Regional Migration Experience as a Source of Intergroup Contact." *European Politics and Society* 26(1): Pp. 207-225. Published online July 24. https://doi.org/10.1080/23745118.2024.2380692.  Pp. 207-225.

Marleku, Alfred, Ridvan Peshkopia, and D. Stephen **Voss**.  2025.  "Let's Get Numerical: Explaining Social-Science Student Preferences for Quantitative Studies." *International Journal of Mathematical Education in Science and Technology* 56(6): Pp. 1114-1131.  https://doi.org/10.1080/0020739X.2024.2327560.

**Voss**, D. Stephen, Corrine F. Elliott, and Sherelle Roberts. 2024. "Seeing Red in the Bluegrass: How the Democratic Party Lost Kentucky Voters." *Commonwealth Review of Political Science* 7(1): Article 5. https://doi.org/10.61611/2994-0044.1053.

Marleku, Alfred, Ridvan Peshkopia, and D. Stephen Voss.  2024.  "Research-Oriented Studies in Political Science: How Research Collaboration Shapes Southeast European Student Learning Preferences." *Journal of Political Science Education* 20(1): 31-46. https://doi.org/10.1080/15512169.2023.2196023.

Marleku, Alfred, Ridvan Peshkopia, and D. Stephen **Voss**. 2023. "Using Survey Research as an Education Tool: Cross-Cultural Lessons on How to Balance Research and Teaching." In Charity Butcher, Tavishi Bhasin, Elizabeth Gordon, and Maia C. Hallward (eds.), *The Palgrave Handbook of Teaching and Research in Political Science.* New York: Palgrave Macmillan (Political Pedagogies Series). Chap. 16. Pp. 181-194. https://doi.org/10.1007/978-3-031-42887-6_16.

**Voss**, D. Stephen, and Penny Miller. 2017. "The Phantom Segregationists: Kentucky's 1996 Desegregation Amendment and the Limits of Direct Democracy." *Commonwealth Review of Political Science* 4(1): 21-38.

Peshkopia, Ridvan, and D. Stephen **Voss**. 2016. "The Role of Ethnic Divisions in People's Attitudes toward the Death Penalty: The Case of the Albanians." *Punishment and Society* 18 (December): 610-630.

Peshkopia, Ridvan, and D. Stephen **Voss**. 2016. "Attitudes toward the Death Penalty in Ethnically Divided Societies: Albania, Macedonia, and Montenegro." *Journal of Behavioral and Social Sciences* 3(1): 29-40.

Peshkopia, Ridvan, Mergin Cahani, Festim Cahani, and D. Stephen **Voss**. 2014. "SKUTHI: Developing a Tablet-Based Survey Technology and its Application in Teaching Research Methods in Social Sciences." *Applied Technologies & Innovations* 10(3): 91-100.

**Voss**, D. Stephen, Jason E. Kehrberg, and Adam M. Butz. 2013. "The Structure of Self-Interest(s): Applying Comparative Theory to U.S. Immigration Attitudes." In Gary P. Freeman, Randall Hansen, and David L. Leal (eds.), *Immigration and Public Opinion in Liberal Democracies..* New York: Routledge. Pp. 93-125. Chap. 4.

**Voss**, D. Stephen, and Donald Gross. 2011. "Poster Child for the Tea Party: Rand Paul of Kentucky." In William J. Miller and Jeremy D. Walling (eds.), *Tea Party Effects on 2010 Senate Elections: Stuck in the Middle to Lose.* Lanham, MD: Lexington Books. Pp. 141-172. Chap. 8.

Bartilow, Horace A., and D. Stephen **Voss**. 2009. "Market Rules: The Incidental Relationship between Democratic Compatibility and International Commerce." *International Studies Quarterly* 53(March): 103-124.

Bartilow, Horace A., and D. Stephen **Voss**. 2006. "[No Guns, No Butter:] International Politics and the Disaggregation of Major-Power Trade, 1962-1997." *International Politics* 43 (July): 362-383.

**Voss**, D. Stephen. 2004. "Using Ecological Inference for Contextual Research: When Aggregation Bias Is the Solution as Well as the Problem." In Gary King, Ori Rosen, and Martin Tanner (eds.), *Ecological Inference: New Methodological Strategies.* New York: Cambridge University Press. Pp. 69-96.

Lublin, David, and D. Stephen **Voss**. 2003. "The Missing Middle: Why Median-Voter Theory Can't Save Democrats from Singing the Boll-Weevil Blues." *Journal of Politics* 65(February): 227-37.

Lublin, David, and D. Stephen **Voss**. 2002. "Context and Francophone Support for Sovereignty: An Ecological Analysis." *Canadian Journal of Political Science* 35(March):75-101.

**Voss**, D. Stephen, and Penny Miller. 2001. "Following a False Trail: The Hunt for White Backlash in Kentucky's 1996 Desegregation Vote." *State Politics and Policy Quarterly* 1(March):63-82.

**Voss**, D. Stephen, and David Lublin. 2001. "Black Incumbents, White Districts: An Appraisal of the 1996 Congressional Elections." *American Politics Research* 29(March): 141-82.

**Voss**, D. Stephen. 2001. "Huddled Masses or Immigrant Menace? The Black Belt Hypothesis Did Not Emigrate." *American Review of Politics* 22(Summer):217-32.

Lublin, David, and D. Stephen **Voss**. 2000. "Racial Redistricting and Realignment in Southern State Legislatures." *American Journal of Political Science* 44(October):792-810.

Lublin, David, and D. Stephen **Voss**. 2000. "Boll-Weevil Blues: Polarized Congressional Delegations into the 21st Century." *American Review of Politics* 21(Fall & Winter): 427-50.

Lublin, David, and D. Stephen **Voss**. 1998. "The Partisan Impact of Voting Rights Law: A Reply to Pamela S. Karlan." *Stanford Law Review* 50(February):765-77.

**Voss**, D. Stephen. 1996. "Beyond Racial Threat: Failure of an Old Hypothesis in the New South." *Journal of Politics* 58:1156-70. [Followed by an exchange with Giles & Buckner.]

**Voss**, D. Stephen, Andrew Gelman, and Gary King. 1995. "Preelection Survey Methodology: Details 3 from Eight Polling Organizations, 1988 and 1992." *Public Opinion Quarterly* 59:98-132.

*Other Professional Publications*

**Voss**, D. Stephen. 2025. "Less White than Ever? Using Ecological Inference to Probe the Trump Coalition's Diversity in Louisiana." *The Forum* (De Gruyter). Published online on April 18. https://doi.org/10.1515/for-2025-2007. This was an invited submission, so not peer-reviewed.

**Voss**, D. Stephen.  2023.  "Assessment of Expert Witness Analysis & Reports for *Graham v. Adams* (2022)."  Lexington, KY: doubleDenny Consulting. Report #dDC 003. Post-Litigation Version.

**Voss**, D. Stephen.  2020.  "Curtailing Election Day Voting Opportunities: What Does the Research Literature Say?"  Lexington, KY: doubleDenny Consulting. Report #dDC 002.

**Voss**, D. Stephen.  2018.  "An Evaluation of Automatic Voter Registration & Fayette County Registration Rates."  Lexington, KY: doubleDenny Consulting.  Report #dDC 001.

**Voss**, D. Stephen.  2016.  "The End of Kentucky's Dual Partisanship?"  *P.S.: Political Science & Politics* 49(2): 234-235. This was an invited submission, so not peer-reviewed.

**Voss**, D. Stephen.  2016.  "Will Superdelegates Pick the Democratic Nominee?"  The *Washington Post* Monkey Cage blog (February 26).  https://www.washingtonpost.com/news/monkey-cage/wp/2016/02/26/will-superdelegates-pick-the-democratic-nominee-heres-everything-you-need-to-know

Kreis, Doug, Roy E. Sturgill, Jr., Brian K. Howell, Chris Van Dyke, and D. Steve **Voss**.  2014.  *Inland Waterway Operational Model & Simulation along the Ohio River.*  Lexington, KY: Kentucky Transportation Center.  Research Report KTC -14-13/MTIC3-14-1F.

Fiorina, Morris P., Paul E. Peterson, Bertram Johnson, D. Stephen **Voss**, and William G. Mayer. 2008. *America's New Democracy.* New York: Longman. Fourth edition.  Coauthor of the three previous versions as well.

**Voss**, D. Stephen. 2005. "Review of *The New Electoral Politics of Race*, by Matthew J. Streb." *Journal of Politics* 67(Feb.): 301-302.

**Voss**, D. Stephen. 2004. "Multicollinearity." In Kimberly Kempf-Leonard (ed.), *The Encyclopedia of Social Measurement.* San Diego, CA: Academic Press.

**Voss**, D. Stephen. 2004. "Aggregation." In Kimberly Kempf-Leonard (ed.), *The Encyclopedia of Social Measurement.* San Diego, CA: Academic Press.

Fine, Jeffrey A., and D. Stephen **Voss**. "Politics, Use of Polls In." In Kimberly Kempf-Leonard (ed.), *The Encyclopedia of Social Measurement.* San Diego, CA: Academic Press.

Fine, Jeffrey A., and D. Stephen **Voss**. "Polling Companies, History of." In Kimberly Kempf-Leonard (ed.), *The Encyclopedia of Social Measurement.* San Diego, CA: Academic Press.

Fiorina, Morris P., Paul E. Peterson, Bertram Johnson, and D. Stephen **Voss**. 2004. *The New American Democracy.* New York: Longman. Fourth edition.

**Voss**, D. Stephen. 2002. "King, Gary." In Glenn H. Utter and Charles Lockhart (eds.), *American Political Scientists: A Dictionary.* Westport, CT: Greenwood Press. Second edition. Pp. 206-209.

**Voss**, D. Stephen. 2002. "Review of *Elbridge Gerry's Salamander*, by Gary W. Cox and Jonathan N. Katz." *American Review of Politics* 23(Spring/Summer): 74-76.

Soifer, Paul, Abraham Hoffman, and D. Stephen **Voss**. 2001. *CliffsQuickReview American Government.* Indianapolis, IN: Hungry Minds.

Michie, Jonathan (ed.). 2001. *Reader's Guide to the Social Sciences.* Chicago and London: Fitzroy Dearborn. **Voss** authored entries on: Race and Politics; Civil Rights (US); Martin Luther King, Jr.; Congress; the New Deal; and Opinion Polls.

**Voss**, D. Stephen. 1999. "Racial Redistricting and the Quest for Legislative Diversity." *Extensions of Remarks: APSA Legislative Studies Section Newsletter:* 22(July):11-14.

**Voss**, D. Stephen and David Lublin. 1998. "Ecological Inference and the Comparative Method." *APSA-CP: Newsletter of the APSA Organized Section in Comparative Politics* 9(1):25-31.

Shrum, Wesley, Carl L. Bankston III, and D. Stephen **Voss**. 1995. *Science, Technology, and Society in the Third World: An Annotated Bibliography.* Metuchen, NJ: Scarecrow Press

*Selected Conference Involvement (excludes papers listed elsewhere)*

2025    Presenter (with Tasnia Symoom), "The Dangers of Denim: Attitudes toward Southern Asian Women Who Wear Western Garb," Kentucky Political Science Association.

2025    Panelist, "Elections Roundtable," Kentucky Political Science Association.

2025    Panel Chair & Discussion, Kentucky Political Science Association.

2025    Chair & Discussant, "Public Opinion about Immigration," Midwest Political Science Association

2025    Discussant, "Shaping Immigration Attitudes," Midwest Political Science Association

2024    Presenter, Kentucky Political Science Association, panel on Race, Gender, and Public Law. Paper titled, "The Siege Effect: Using Spatial Measures to Inform Group-Threat Research." With Candice Y. Wallace.

2024    Discussant, Kentucky Political Science Association, "Partisanship, the Presidency, and COVID-19."

2024    Panelist, Kentucky Political Science Association, "Election Roundtable."

2023    Discussant, Midwest Political Science Association, "Energy, Infrastructure, and Resource Politics."

2023    Panelist, Kentucky Political Science Association, "Election Roundtable."

2022    Presenter, Kentucky Political Science Association, panel on "Foreign Policy and Political Behavior." Paper titled, "How Can You Bring a Child into This?  The Effect of Triggering Threat on Ukrainian Attitudes toward Fertility." With Celeste Beasley and Rose McDermott.

2020    Panelist, Kentucky Political Science Association, "Kentucky Politics."

2018    Poster Advisor, Midwest Political Science Association, "Elections, Campaigns, and Candidates" session (April 6)

2018    Discussant, Midwest Political Science Association, "Representation" session.

2018    Presenter, Kentucky Political Science Association. Paper titled, "Why Does Education Lead to Increased Tolerance for Migrants."  With Anne Klette. Also panelist for "Roundtable on Kentucky Politics."

2018    Poster Advisor, Midwest Political Science Association. Sessions on "Political Communication II" and "Politics of Immigration."

**OTHER WORKS IN PROGRESS**

Beasley, Celeste, Rose McDermott, and D. Stephen Voss. N.d. "Benevolent Sexism and Constraints on the Social Role of Post-Soviet Women: The Case of the Ukraine."

With Rose McDermott (untitled book project): Cross-national survey research on attitudes about violence toward women.  Focuses especially on the role of religion in shaping those attitudes.

Clinger, James, Scott Lasley, Joshua Tucker, and D. Stephen **Voss** (eds.). N.d. *Kentucky Politics and Government.* Lexington: University of Kentucky Press. Second edition.

**Voss**, D. Stephen, Corrine F. Elliott, and Sherelle Roberts. Forthcoming. "Seeing Red in the Bluegrass: Voting Behavior in the First Quarter of the 21st Century [working title only]." In James Clinger, Scott Lasley, Joshua Tucker, and D. Stephen Voss (eds.), *Kentucky Politics and Government.* Lexington: University of Kentucky Press. Second edition.

**Voss**, D. Stephen, Corrine F. Elliott, and Chris Kirkwood. Forthcoming. "Redistricting in Kentucky [working title only]." In James Clinger, Scott Lasley, Joshua Tucker, and D. Stephen Voss (eds.), *Kentucky Politics and Government.* Lexington: University of Kentucky Press. Second edition.

Martin, Andrew, Candice Y. Wallace, and D. Stephen **Voss**. Forthcoming. "Transportation Policy in Kentucky [working title only]." In James Clinger, Scott Lasley, Joshua Tucker, and D. Stephen Voss (eds.), *Kentucky Politics and Government.* Lexington: University of Kentucky Press. Second edition.

## RELATED WORK EXPERIENCE

**POLITICAL ANALYST, SPECTRUM ONE NEWS**                                                2023-present
Appearing both live & in recorded news segments for coverage of election-related events.

**CONSULTANT AND EXPERT WITNESS, Holtzman Vogel**                                        2024-2025
Worked on a Florida redistricting case, *Hodges v. Albritton* (originally *Hodges v. Passidomo*) analyzing reports from two witnesses, especially one by Matthew Barreto using ecological inference but also a second by Cory McCartan.

**EXPERT WITNESS, Kightlinger & Gray**                                                   2025
Worked on a civil action, *Bopp v. True the Vote*, growing out of 2020 Pennsylvania voting-rights case in which I briefly served as a non-testifying expert, *Pirkle v. Wolf*. My role initially involved evaluating and criticizing a method for trying to measure voter fraud presented by employees of TTV. In the follow-up case, I was asked to review my criticism of TTV's methodology (as well as the presentation of it) because it was relevant to the civil dispute.

**CONSULTANT AND EXPERT WITNESS, Graves Garrett Greim**                                  2024
For a federal redistricting lawsuit in Louisiana, *Callais v. Landry*. I analyzed reports from two witnesses, especially one by Cory McCartan that used simulated congressional districts. I replicated and extended McCartan's simulations.

**NON-TESTIFYING CONSULTING EXPERT, Consovoy McCarthy**                                  2023
I was approached to be a consultant and expert witness for a Wisconsin redistricting case, *Clark v. Wisconsin Elections Commission*, but didn't want to take on the work. We signed a retainer agreement just in case they needed me, but while I consulted with them a couple of times by phone, they didn't end up using me, so I didn't charge them.

**CONSULTANT AND EXPERT WITNESS, Kentucky Attorney General's office**                    2022
For a redistricting lawsuit, *Graham v. Adams*. I analyzed reports from Harvard professor Kosuke Imai and M.I.T. professor Devin Caughey for their fidelity capturing the dynamics of Kentucky elections. Involved replicating and extending both Imai's districting simulations and Caughey's efficiency gap calculations.

**CONSULTANT AND DATA ANALYST, Chris Wiest, Attorney at Law, PLLC**                      2020
For a voting-rights lawsuit, Nemes v. Bensinger. I produced a literature review outlining evidence on the effects of various election policies as well as a statistical analysis of Kentucky's 2020 primary-election voting rules to estimate the extent to which they were suppressing the vote.

**CONSULTANT AND DATA ANALYST, Fayette County Clerk**                             2018
Study of Kentucky registration and turnout data, with a focus on determining the likely impact of automatic voter registration.

**CONSULTANT AND DATA ANALYST, Kentucky Transportation Center**                  2013

**CONSULTANT AND DATA ANALYST, Zooknic, Inc.**                                   2007-2013
Specialist in matters related to Internet domain pricing and e-commerce activity:
Analyst for APTLD: Asian Internet domain sellers (Fall, 2007)
Analyst for CENTR, European Internet domain sellers (Summer 2008)
Analyst for Verisign Market (2009)
Analysis for CENTR, European Internet domain sellers (2012)

**CONSULTANT AND DATA ANALYST in Voting-Rights Cases, for Kroger, Gardis, and Regas**
*Borst v. Peterson* (Winter 2003): affidavit submitted; trial testimony given
*Dillard v. Lawrence* (Fall 2006): affidavit submitted

**METHODOLOGICAL CONSULTANT in Auto Liability Cases, for Perlman Law Offices, Lexington, KY**
• *Vaughn v. DaimlerChrysler* (Spring 2004): affidavit submitted
• *Weuchtler v. GM* (Fall 2004): affidavit submitted
• *Aldridge v. DaimlerChrysler* (Spring 2005): affidavit submitted
• *Robins v. Wayne* (Fall 2006): affidavit submitted
• *Harrison v. DaimlerChrysler* (Summer 2007): affidavit submitted

**METHODOLOGICAL CONSULTANT in Auto Liability Cases, Coben & Associates (Scottsdale, AZ)**
• *Turner v. Suburu* (Fall 2004 - Spring 2005): affidavit and phone deposition
• *Varelas v. GM* (Summer 2005): brief consultation only
• *Hinkle v. Dorel* (Fall 2005 - Spring 2006): retained, listed as rebuttal witness
• *Ricci v. Volvo* (Summer 2007): brief consultation only

**ASSISTANT PROFESSOR OF POLITICAL SCIENCE, University of KY**                   1998-2004

**TECHNICAL EDITOR, *Politics for Dummies***                                     2002

**RESEARCH ASSISTANT FOR GARY KING.** Job included: writing & editing 1992 edition of Judge-It manual, gathering data, replicating results (Budge & Hofferbert, Green & Krasno), producing graphs & charts (e.g. consulting work for Ohio redistricting case), indexing (*Designing Social Inquiry*). (1991-1995)

**CONSULTANT AND DATA ANALYST** for the **Washington**, D.C., law firm of Baker and Hostetler in New York state redistricting litigation, working under Gary King (Summer 1992).

**RESEARCH ASSISTANT FOR DEREK BOK,** Harvard President Emeritus. Job included: methodological consultant for a sweeping project predicting the failure of U.S. social policies. (1992-1998)

**RESEARCH ASSISTANT FOR PAUL E. PETERSON.** Job included: out-of-sample forecasting for *Welfare Magnets* model to produce chapter 5 of *The Price of Federalism*; producing charts and graphs, preparing survey data for analysis. (1991- TBA)

**EDITOR-IN-CHIEF of *Let's Go: USA, 1992 edition***, the year's top-selling travel guide for the entire United States. (Summer 1991).

**LEGISLATIVE AIDE to Louisiana State Sen. Sydney Nelson**, D-Shreveport. Job included: legal research, legislative tracking, public relations (Spr.-Sum. 1990).

## HONORS AND AWARDS

**David Hughes Memorial Award**                                                            **2023**
Recognizes "the outstanding paper presented at the 2023 Annual Meeting of the Kentucky Political Science Association.

**A&S Summer Research Fellowship**                                                          2013

**Student Activities Board** Faculty Partner Award                                          2012

**College of Arts & Sciences Outstanding (Social Sciences) Teacher Award**   2007-2008
College-wide award granted to one faculty member each year that recognizes excellence and outstanding contribution in all aspects of teaching, not just classroom performance.

**Pi Sigma Alpha Award for Excellence in Scholarly Writing**                                2006
Award given to the best paper presented at the annual meeting of the Southern Political Science Association. Received with Jeff Fine and Mac Avery.

**Great Teacher Award**                                                                     2003
University award granted to six faculty members annually by the UK Alumni Association.

**National Science Foundation Grant, "The Federal Elections Project"**    2001-2002
Grant totaling $140,000 used to collect the 2000 federal election precinct level results and match them with demographic data from the 2000 U.S. Census. Voss portion: $50,607

**Faculty Summer Research Grant**                                                      1999, 2001
Grant awarded to outstanding faculty to allow tenure-track assistant professors without summer support to launch programs or finish a project involving their research or creative activities. Voss portion $5,000.

**Lights of Liberty Award, Advocates for Self-Government**                                  2001
Recognition for public service that advanced liberty in the United States.

**Mellon Dissertation Completion Fellowship**, Harvard University    Spr. 1995-Fall 1996
Grant given to outstanding students toward defrayment of
living costs during the pursuit of a degree.

**Mellon Dissertation Research Fellowship**, Harvard University            Summer, 1994
Grant given to outstanding students toward defrayment of
living costs during the pursuit of a degree.

**Paul Solis Top Scholar Award**, Louisiana State University                                1990
**Kappa Tau Alpha Top Scholar Award**, Louisiana State University                           1990

**THESIS ADVISING AND MENTORING**

**Primary Adviser or Mentor**

Kirkwood, Chris (Ph.D., still in program)
Symoom, Tasnia (Ph.D., 2025)
Taylor, Travis M. (Teaching Post-Doc, 2022-2023)
Kaiser, Steven J., Jr. (Ph.D., 2020)
Ledford, Chris (Ph.D., 2019)
East, Jack (Ph.D., 2014)

**Advisory Committee**

Crumrine, Chris (Ph.D., still in program)
Gantner, John (Ph.D., still in program)
Brewer, Caedmon (Ph.D., still in program)
Taylor, Travis (Ph.D., 2020)
Schoellhammer, Ralph (Ph.D., 2020)
Enjaian, Brian – Psychology (Ph.D., 2019)
Wei, Wenchi – Public Policy & Administration (Ph.D., 2019)
Poe, John (Ph.D., 2017)
Mihai Paraschiv – Economics (Ph.D., 2016)
Martin, Andrew (Ph.D., 2015)
Wallace, Candice – Geography (Ph.D., 2015)
Ouyang, Yu (Ph.D., 2015)
Morgan, Michael (Ph.D., 2014)
Ke, Yanyu (Ph.D., 2014)
Mattei, Nick – Computer Science (Ph.D., 2012)
Sharma, Ramesh (Ph.D., 2012)
Weinberg, Erik – History (Ph.D., 2012)
Peshkopia, Ridvan (Ph.D., 2011)
Kehrberg, Jason (Ph.D., 2011)
Jeong, Hanbeom (Ph.D., 2010)
Martin, Tom (Ph.D., 2008)
Bailey, Mandi Bates (Ph.D., 2007)
Fine, Jeffrey A. (Ph.D., 2006)
Bond, Maurey (M.A., 2006)
Prince, David (Ph.D., 2005)
Avery, J. Mac (Ph.D. 2004)
Eom, Kihong (Ph.D., 2003)

Also helped advise some students who eventually left their program: Donald Darmsteadt (primary advisor), Corey Chaise Camp, Samantha Ferrell, Jim Glenn, John Hajner, Cyrus Karimian, Hossein Motamedi, Daniel Partin, Chris White, Sean Chick (History), Matt Hall (History), Stephen Pickering (History), Will Stone (History)

### Select Undergraduate Advising

Basinic, Dalia (Honors, 2025)
Tanner, Grace (NCUR, 2025)
Everett, Mackenzie (Honors, co-advisor, 2025)
Slish, Regan (Chellgren Research, 2025)

## PROFESSIONAL AFFILIATIONS

### Kentucky Political Science Association
KPSA President (2012-2013)
Executive Board member (2011-2014)
Editorial Board member, *Commonwealth Review of Political Science* (until present)
Co-editor, *Commonwealth Review of Political Science* (first two volumes)

I also, off and on, have been a member of the following:

**American Political Science Association**
**Midwest Political Science Association**
**Southern Political Science Association**

## UNIVERSITY AND DISCIPLINARY SERVICE

### Administrator, University of Kentucky Department of Political Science
2024-present   Internship Director (also 2014-15, 2010-11, 2005)
2015-present   Publicity Director (also 1999-2002)
2012-2014      Associate Chair
2005-2013      Director of Undergraduate Studies (sabbatical 2007-2008, hiatus 2010-2011)
2004-2005      Co-Director of Undergraduate Studies
2003-2004      Assistant Director of Undergraduate Studies

### University/Faculty Senate
2025-present   Faculty Senator (one of two representing the College of Arts & Sciences)
2024-2025      Provisional Faculty Senator (sole representative of College of Arts & Sciences)
2005-2007      University Senate (social science rep for the College of Arts & Sciences)

### Arts & Sciences Educational Policy Committee
2025           Acting member
2009-2011      Member
2006-2007      Chair
2004-2006      Member (2004 - 2007, 2009-2011)
2003-2004      Member, Area B Curriculum Committee

**Faculty Advisor for campus groups**
• Phi Alpha Delta pre-law fraternity (2004-2008, 2025-present)
• UK College Democrats (2022-present)
• UK College Republicans (2024-present)
• Pi Sigma Alpha poli sci honorary (2005-2007, 2008-2010, 2011-2012)
• UK Moderates
• UK-NAACP (2001)
• UK Liberty Club (Fall 2000)

**WilDCats at the Capitol**, Steering Committee member (2024-present)

**Student Affairs/Success Task Force** (to rewrite UK's Admin Regs related to students)
    Member, 2024

**Search Committee for Associate Dean of Agriculture** & V.P. of Land-Grant Extension
    Member, 2024

**Department of Political Science Faculty Merit Evaluation Review Committee**
Member, 2024-2025
Member, 2022-2023
Member, 2010-2011
Member, 2008-2009
Member, 1999-2000

**College of Arts & Sciences, Political Science Acting Chair Search Committee**
Chair, Spring 2023

**Appeals Board Member, University of Kentucky** (2018-2020)

**Scholarship Committees**
• T. Marshall Hahn, Jr., Graduate Fellowship Selection Committee (2005, 2009-2010, 2025)
• Schwarte, Gorman, and Jewell awards committees (2019)
• Trunzo Scholars Program (2015-2017)
• Arts & Sciences Scholarship Committee (2004-2008)
• Interdisciplinary Program (IDP) Committee, American Studies Rep. (2005-2006)

**Online Colloquium Coordinator, UK Political Science Department**    2020-2021

**Department of Political Science Search Committee Member**
Judicial Politics position, Fall, 2008
American Institutions, Fall 2006
Judicial Politics, Fall, 2006
International Relations, Fall, 2006
Chair Search Fall, 2006
American Politics senior search, Fall, 2001

**Department of Political Science Field Committee** – I've been on these so many times that I decided to remove the year-by-year listings. I'm been appointed to the exam committee in Political Methodology, American Politics, Policy Studies (chairing in 2020), and Political Behavior.

**American Studies Committee**
• Acting Director (2005-2006)
• Steering Committee Member (2003-2007)

**UK President's Commission on Diversity**
• Member (2003 - 2006)
• Chair, Campus Environment Subcommittee (2004 - 2005)

**General Education U.S. Citizenship Vetting Committee**
• Chair, 2009-2010

**Award Committees and Judge Panels**
• UK Homecoming judge (2012)
• Singletary Service and Leadership Award Committee (2003-2006)
• Oswald Undergraduate Research Award Committee (2003)
• UK Homecoming Queen competition interviewer (2002)
• UK Homecoming King competition interviewer (2001)

**Section Head**
Southern Political Science Association meeting, 2009
Southern Political Science Association meeting, 2006

**V.O. Key Book Award Committee**
Chair, 2002
Member, 2001

**Peer-Reviewed Articles for (among others)**:
- *American Political Science Review*
- *American Journal of Political Science*
- *Journal of Politics*
- *Political Analysis*
- *Sociological Methods and Research*
- *American Politics Quarterly/Research*
- *American Review of Politics*
- *Comparative Politics*
- *Electoral Studies*
- *International Politics*
- *Political Behavior*
- *Politics and Polity*
- *Political Research Quarterly*
- *Social Forces*
- *State Politics and Policy Quarterly*

### INVITED TALKS & UNPAID PUBLIC APPEARANCES

Due to my focus on elections and voting behavior, and my long residence in Kentucky, I engage in extensive **media outreach** on behalf of UK. The result has been years of local, national, and international media appearances spanning TV, radio, and print journalism, a list much too long to provide here. I can list a few recurring gigs, though:

**POLITICAL ANALYST, WVLK 590AM 92.9FM**                                                                          2022-present
Weekly 45-minute appearance on the Larry Glover Live show to discuss a wide-ranging variety of topics related to politics, government, policy, and society (unpaid post).

**POLITICAL ANALYST, CINCINNATI EDITION**                                                                         2023-2025
Recurring appearances on public radio program to discuss topics related to politics and elections. Included appearances on 11 March 2025.

**POLITICAL ANALYST, KENTUCKY EDUCATIONAL TELEVISION**                                                            2023-2025
Recurring appearances on public television station to discuss topics related to politics and elections. Included appearances on 22 November 2024.

**POLITICAL ANALYST, BEHIND THE BLUE (UK PUBLIC AFFAIRS PODCAST)**                                                2014 (?) - 2024
I've recorded regular podcasts with UK public relations during election season. Appearances on 4 November 2014, 17 May 2016, 19 October 2016, 18 January 2017, 31 October 2018, 30 October 2020, 21 April 2022, 27 October 2022, 18 November 2022 9 November 2023, 29 October 2024.

**POLITICAL ANALYST, WRFL**                                                                                       ? - 2024
Appearing in studio for coverage of elections and election-related events (unpaid post). Includes appearances on 6 November 2024.

**POLITICAL ANALYST, WTVQ ABC-36**                                                                                2013-2023
Appearing in studio for coverage of elections and election-related events (unpaid post).

**OPINION COLUMNIST, THE KENTUCKY LANTERN (NEWS FROM THE STATES)**                                                2023-2024
Biweekly column on politics, elections, and policy. See https://kentuckylantern.com/author/d-stephen-voss/

**GUEST COLUMNIST, LEXINGTON HERALD-LEADER**                                                                      2023
Columns on Kentucky politics and elections (unpaid post).

**POLITICAL ANALYST, WKYT**                                                                                       2020-2021
Recurring guest on The Breakdown, a deep dive into the political topics of the day (unpaid post).

**POLITICAL ANALYST, LEX-18**                                                                                     2019
Appeared in studio for coverage of Kentucky statewide elections (unpaid post).

## Select Other Invited Appearances
- 2024    Presenter, Berkeley Immigration Workshop
- 2023    Presenter, Berkeley Immigration Workshop
- 2021    Co-presenter, annual meeting of WomanStats (virtual, Texas A&M)
- 2021    Co-presenter, Gender & Political Violence Workshop (virtual, Cornell University)
- 2020    New Leaders Council of Kentucky (18 April)
- 2019    Moderator, "Gun Control," with John Lott, UK Student Activities Board (29 Jan.)

- 2018    Bluegrass Activist Alliance: "What Went Wrong in the 6th District and Where Do Progressives Go from Here."  (18 Nov.)
- 2018    Japanese Embassy delegation, "Kentucky's 6th Congressional District Race."  (Oct. 25)
- 2018    UK College of Arts & Sciences Dean's Circle, "Undergraduate Research."  (Oct. 19)
- 2018    UK College of Arts & Sciences Ambassadors, "The Undergraduate Political Science Degree at UK."  (Oct. 1)
- 2018    Bellarmine University, "Voting Rights and Election Reforms."  (Sept. 17)
- 2018    Henry Clay Congress (May 17)
- 2018    New Leaders Council of Kentucky (April 21)
- 2018    UK College of Law Federalist Society, "Partisan Gerrymandering"
- 2018    Harvard University Center for Public Leadership, "Kentucky's Culture, Challenges, and Opportunities."
- 2018    UK Lewis Honors College, "American Social-Welfare Policy" (Aug. 22)
- 2017    Henry Clay Congress, "Polarization and Distrust in American Politics" (June 13)
- 2008    Moderator, election debate between the UK College Democrats & College Republicans (28 October)
- 2008    Moderator, election debate between the UK College Democrats & College Republicans (26 September)
- 2007    Moderator, policy debate between the UK College Democrats & College Republicans (Spring)
- 2006    Moderator, Mayoral Candidate Debate sponsored by UK Student Government Association (Fall)
- 2006    Moderator, SGA Presidential Candidate Debate, sponsored by UK's G-PAC (Spring)
- 2005    Moderator, screening of Steven Greenstreet's "This Divided State" (18 April)
- 2005    Moderator, SGA Presidential Candidate Debate, sponsored by UK's G-PAC (Spring)
- 2004    Discussant, screening of "School of the Americas, School of Assassins," sponsored by Amnesty International of UK (4 November)
- 2004    Moderator, election debate between the UK College Democrats & College Republicans (Fall)

**Moderator (selected examples)**
• Discussant, screening of Michael Moore's "Fahrenheit 9/11" sponsored by the Cats' Den (18 Oct. 2004)
• University-Affiliated Conferences and Symposia
• Presenter, "Probabilities in the Courtroom: How Expert Witnesses (Mis)Use Risk Analysis," Judith Goldsmith's UK colloquium on the psychology of probabilities (Fall 2008)
• Panelist, Diversity Dialogue (23 January 2007)
• Participant, General Education Process Planning Workshop (August 2006)
• Moderator and Discussant, "History of Race Relations in 1940s US," Fifteenth Annual Bluegrass Symposium (7-8 April 2006)

- Panelist, Diversity Dialogue, "Uses, Misuses, and Abuses: Race, Ethnicity, Diversity, and Related Concepts" (30 March 2004)
- Panelist, "Education Beyond *Brown*: Future Perspectives," UK President's Commission on Diversity and African American Studies and Research Program (26 March 2004)
- Videographer, "Affirmative Action Forum: How Brown vs. Board of Education Affected You," sponsored by UK-NAACP and UK President's Commission on Diversity (18 Nov. 2003)
- Panelist, campus NAACP forum, "Affirmative Action: Under Siege and Under Fire" (26 Feb. 2003)
- Chair and Discussant, National Council on Undergraduate Research (2001)
- Presenter, How to Express & Explain Your Results," Quantitative Methods Committee in the Social and Behavioral Sciences (7 Dec. 2000)
- Panelist, Gaines Center forum on the 2000 elections (2000)

**Guest Speaker (selected examples, service to Univ. of Kentucky only)**
- UK College of Arts & Sciences speaker series (17 Oct 2024)
- Ford Lecture panelist, UK Martin School (8 Oct 2024)
- Bourbon County High School Candidate Forum (6 Oct 2014)
- #TrendingTopics Debate: Immigration (2014)
- See Tomorrow speaker series, "UK's Partnership with the Commonwealth (9 Sept 2014)
- American University of Tirana, on online instruction (2012)
- American University of Tirana, on the presidential election (2012)
- Bellarmine University, Constitution Day address (2012)
- UK College of Arts & Sciences podcast on the presidential election (Sept 2012)
- UKC 180 course on elections taught by A&S Dean Kornbluh & Prof. Kathy Kern (2012)
- Student Activities Board Trending Topics Obamacare Debate (2012)
- National Assn. of Women Business Owners, Lexington Chapter (21 Oct 2008)
- Fayette County Chapter of UK Alumni Association (2004)
- Clark County Chapter (23 Sept 2004)
- Sorority Rush, "Surviving UK Academics" (2002)
- Guest Speaker, Lexington Catholic High School, National Honor Society Induction Ceremony (20 Feb. 2002)
- Lexington Catholic English class (2001, 2002)
- Bryan Station H.S. political science class (11 Sept. 2001)
- Emerging Leader Institute Presenter (Fall 2005, Spring 2005, Fall 2004)

## COMPUTER SOFTWARE

Microsoft Office (i.e., Excel, Word, Powerpoint, Outlook)

STATA

I have also used: R, SPSS, GAUSS, Camtasia, the Adobe suite.

Voss - 15