# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

DOROTHY NAIRNE, *et al.*

*versus*

R. KYLE ARDOIN, in his official capacity
as Secretary of State of Louisiana

CIVIL ACTION

22-178-SDD-SDJ

## RULING

Before the Court is a Motion Seeking Appointment of Special Master[1] filed by Plaintiffs Black Voters Matter Capacity Building Institute, Steven Harris, Louisiana State Conference of the NAACP, Clee E. Lowe, Dorothy Nairne, Alice Washington, and Rose Thompson (collectively, "Plaintiffs"). Defendants Nancy Landry, in her official capacity as Secretary of State of Louisiana, along with Intervenor-Defendants, the State of Louisiana, through Louisiana Attorney General Elizabeth Murrill; Phillip DeVillier, in his official capacity as Speaker of the Louisiana House of Representatives; and Cameron Henry, in his official capacity as President of the Louisiana Senate, (collectively, "Defendants") oppose the motion.[2] Plaintiffs have filed a reply.[3]

After careful consideration of the law, arguments, and submissions of the parties, the Court finds that the appointment of a Special Master under Federal Rule of Civil Procedure 53(a)(1) is unnecessary at this time. Accordingly, Plaintiffs' Motion Seeking

---

[1] Rec. Doc. 319.
[2] Rec. Doc. 321.
[3] Rec. Doc. 330.

Appointment of Special Master[4] is DENIED. Either party may reurge the motion following the Court's remedial evidentiary hearing, which is set to commence on August 25, 2025.[5]

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 1st day of July, 2025.

*[signature: Shelly D. Dick]*

SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[4] Rec. Doc. 319.
[5] *See* Rec. Doc. 279.