UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br>*Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

### DEFENDANTS' MOTION TO EXPEDITE BRIEFING AND CONSIDERATION OF JOINT MOTION TO STAY OR POSTPONE EVIDENTIARY HEARING AND TO MODIFY THE COURT'S SCHEDULING ORDER

Intervenor-Defendant, the State of Louisiana, by and through Attorney General Liz Murrill, Legislative Intervenors, and Defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana (collectively, "Defendants"), respectfully move this Court to expedite consideration of the pending Joint Motion to Stay or in the Alternative to Postpone the Evidentiary Hearing Date and for Modification of Scheduling Order ("Stay Motion"). In support thereof, Defendants state as follows:

1. The Court's current scheduling order sets a pretrial conference for August 18, 2025, and a remedial evidentiary hearing for August 25, 2025. (Rec. Doc. 318).

2. As set forth in the Stay Motion and accompanying memorandum, the remedial proceedings scheduled by this Court are likely to be directly affected by the forthcoming decision of

1

the United States Supreme Court in *Louisiana v. Callais*, No. 24-109, 606 U.S. ___ (2025), which has been restored to the Court's calendar for reargument during the 2025–2026 term.

3. The legal questions in *Callais* go to the heart of the Court's findings under Section 2 of the Voting Rights Act and the constitutional permissibility of race-based redistricting. An expedited ruling on the Stay Motion is necessary to preserve judicial resources, provide clarity to the parties, and avoid potentially moot or duplicative pretrial efforts.

4. Moreover, the deadline for completing expert discovery—July 9, 2025—has now passed, and without prompt resolution of the Stay Motion, the parties will be forced to undertake additional litigation efforts (including motions in limine, pretrial filings, and trial preparation) that may ultimately prove unnecessary depending on this Court's decision on the Stay Motion.

5. Good cause exists to expedite briefing and the Court's ruling on this matter. In light of the impending remedial trial deadlines, Defendants request that responsive briefing be expedited to 7 days, such that the deadline for Plaintiffs to respond to Defendants' Joint Motion by or on July 25, 2025.

6. There is no prejudice to Plaintiffs in resolving the motion expeditiously; indeed, resolution of the motion will provide all parties certainty on the path forward. No hearing is required under Local Rule 7(f), and Defendants waive oral argument if the Court deems it unnecessary.

WHEREFORE, Defendants respectfully request that this Court expedite briefing and consideration of the pending Joint Motion to Stay or Postpone the Evidentiary Hearing Date and for Modification of Scheduling Order, order Plaintiffs must respond to the Motion by or on July 25, 2025, and enter a ruling as promptly as the Court's docket permits.

Respectfully submitted, this the 21st day of July, 2025.

By: /s/ Elizabeth B. Murrill
Elizabeth B. Murrill (LSBA No. 20685)
Louisiana Attorney General
Carey Tom Jones (LSBA No. 07474)
Amanda M. LaGroue (LSBA No. 35509)

Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St. Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
murrille@ag.louisiana.gov
jonescar@ag.louisiana.gov
LaGroueA@ag.louisiana.gov

Jason B. Torchinsky (DC Bar No 976033)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street, NW
Suite 643A
Washington, DC 20037
Tel: 202-737-8808
Email: jtorchinsky@holtzmanvogel.com

*Counsel for Intervenor-Defendants*


By: /s/ Phillip J. Strach
Phillip J. Strach*
    Lead Counsel
Alyssa M. Riggins*
Cassie A. Holt*
Jordan A. Koonts*
NELSON MULLINS RILEY &
SCARBOROUGH LLP
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
jordan.koonts@nelsonmullins.com

/s/ John C. Walsh

3

John C. Walsh, LA Bar Roll No. 24903
Brooke R. Ydarraga, LA Bar Roll No. 41000
SHOWS, CALL & WALSH, L.L.P.
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467
john@scwllp.com
brooke@scwllp.com
*Admitted pro hac vice*

*Counsel for Defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana*

## CERTIFICATE OF SERVICE

    I certify that on July 21, 2025, this document was filed electronically on the Court's electronic case filing system. Notice of the filing will be served on all counsel of record through the Court's system. Copies of the filing are available on the Court's system.

                      <u>/s/ Jason B. Torchinsky</u>
                      Jason B. Torchinsky