UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, *et al.*,

    *Plaintiffs,*

v.                                                                  Civil Action No. 3:22-cv-00178-SDD-SDJ

R. KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana,                  Chief Judge Shelly D. Dick

    *Defendant.*

                                                                     Magistrate Judge Scott D. Johnson

## ORDER GRANTING DEFENDANTS' MOTION TO EXPEDITE

Considering Defendants' Motion to Expedite Briefing and Consideration of the Joint Motion to Stay or Postpone the Evidentiary Hearing and to Modify the Court's Scheduling Order, and finding that good cause exists for expedited consideration in light of the impending deadlines and the potential for significant developments in controlling law,

**IT IS HEREBY ORDERED** that the Motion to Expedite is **GRANTED.** Plaintiffs shall have up to and including August 1, 2025 to file a response to Defendants' Joint Motion to Stay or Postpone the Evidentiary Hearing and to Modify the Court's Scheduling Order, and the Court will give expedited consideration to the pending Joint Motion to Stay or in the Alternative to Postpone the Evidentiary Hearing and for Modification of Scheduling Order.

**IT IS FURTHER ORDERED** that the Court will rule on the Joint Motion to Stay or in the Alternative to Postpone the Evidentiary Hearing and for Modification of Scheduling Order on an expedited basis and may do so without oral argument, unless otherwise ordered.

SO ORDERED. This the ___ day of July, 2025.

                                                                        **HON. SHELLY D. DICK**
                                                                        **CHIEF UNITED STATES DISTRICT JUDGE**