(ORDER LIST: 606 U.S.)

**FRIDAY, AUGUST 1, 2025**


**ORDER IN PENDING CASES**

24-109  )  LOUISIANA V. CALLAIS, PHILLIP, ET AL.
        )
24-110  )  ROBINSON, PRESS, ET AL. V. CALLAIS, PHILLIP, ET AL.

       The parties are directed to file supplemental briefs addressing the following question raised on pages 36–38 of the Brief for Appellees:  Whether the State's intentional creation of a second majority-minority congressional district violates the Fourteenth or Fifteenth Amendments to the U. S. Constitution. Supplemental briefs for appellants are due on or before Wednesday, August 27, 2025.  Supplemental brief for appellees is due on or before Wednesday, September 17, 2025.  Reply briefs are due on or before 2 p.m., Friday, October 3, 2025.  The time to file *amicus curiae* briefs is as provided for by this Court's Rule 37.3.  Word limits and cover colors for the briefs should correspond to the provisions of this Court's Rule 33.1(g) pertaining to briefs on the merits rather than to the provision pertaining to supplemental briefs.