UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Dorothy Nairne, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Kyle Ardoin, in his official capacity as Secretary of State for Louisiana,<br><br>    Defendant. | Civil Action: 3:22-cv-00178 |

# MOTION FOR *PRO HAC VICE* ADMISSION

MAY IT PLEASE THE COURT:

In accordance with Local Rule 83 governing Visiting Attorneys of the United States District Court of Louisiana, the undersigned, Carey T. Jones, counsel for Defendants, Cameron Henry, in his official capacity as President of the Louisiana Senate, and Phillip Devillier, in his official capacity as Speaker of the Louisiana House of Representatives, and a member of the Bar of the State of Louisiana in good standing and of this court, respectfully requests this Court to permit Brandon Smith to appear and participate *pro hac vice* as additional counsel in the above captioned action.

1.

Mr. Smith is a licensed attorney admitted to practice in the State of Tennessee. Mr. Smith's practice is located at 1221 Broadway, Suite 2100, Nashville, TN 37203. Mr. Smith is a member in good standing with the Tennessee Bar.

2.

Pursuant to Local Rule 83, the Affidavit of Brandon Smith is attached hereto in support of this motion as Exhibit "A". The affidavit states that Brandon Smith is a member in good standing with the Kansas Bar and Tennessee Bar and admitted to practice before the U.S. District Court for the District of Kansas, U.S. District Court for the Eastern District of Tennessee, U.S. Court of Appeals for the Fifth Circuit, and United States Court of Appeals for the Sixth Circuit.

3.

Also, Pursuant to Local Rule 83, a Certificate of Good Standing from Tennessee is attached to Mr. Smith's Affidavit verifying that Brandon Smith is admitted to practice in that Court and is in good standing therein.

WHEREFORE, Carey T. Jones, counsel of record for Defendants Cameron Henry, in his official capacity as President of the Louisiana Senate, and Phillip Devillier, in his official capacity as Speaker of the Louisiana House of Representatives in this case and a member in good standing, prays that this court enter an Order permitting Brandon Smith to appear pro hac vice as counsel on behalf of the State of Louisiana, in the above captioned matter.

Respectfully submitted,

/s/ Carey T. Jones
Carey T. Jones (La. Bar Roll No. 07474)
Assistant Attorneys General
Louisiana Department of Justice
Civil Division
P. O. BOX 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6060
Facsimile: (225) 326-6098
Email: JonesCar@ag.louisiana.gov

Jason Torchinsky (DC 976033) *(pro hac vice)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW, Suite 643A
Washington, DC 20037
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
Email: jtorchinsky@holtzmanvogel.com

Brandon Smith (KY 25184)*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
1221 Broadway, Suite 2100.
Nashville, TN 37203
Telephone: 615-647-8528
Email: bsmith@holtzmanvogel.com

**pro hac vice pending*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 4th day of August 2025, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

*/s/ Carey T. Jones*
Carey T. Jones