UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

Dorothy Nairne, *et al.*,

    Plaintiffs,

v.                                                      Civil Action 3:22-cv-00178

Kyle Ardoin, in his official capacity as
Secretary of State for Louisiana,

    Defendant.

## AFFIDAVIT OF BRANDON SMITH

Pursuant to Local Rule 83(b)(8)(C), I, BRANDON SMITH, declare the following:

1. That I practice law at 1221 Broadway, Suite 2100, Nashville, TN 37203. That I am a member in good standing with the Kansas Bar and the Tennessee Bar and am admitted to practice before the U.S. District Court for the District of Kansas, U.S. District Court for the Eastern District of Tennessee, U.S. Court of Appeals for the Fifth Circuit, and United States Court of Appeals for the Sixth Circuit. That there have been no disciplinary proceedings or criminal charges instituted against me in any jurisdiction.

2. That I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States. I do formally swear that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; Federal Rules of Evidence; and the Local Rules of the United States District Court for the Middle District of Louisiana, and I am fully prepared to use and abide by them in my practice before this Court.

1

3. That the matters set forth in this Affidavit are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 4, 2025

_____
Brandon Smith