

# BOARD OF PROFESSIONAL RESPONSIBILITY
of the
## SUPREME COURT OF TENNESSEE

10 CADILLAC DRIVE, SUITE 220
BRENTWOOD, TENNESSEE 37027
(615) 361-7500
(800) 486-5714
FAX: (615) 367-2480
www.tbpr.org

**SANDY L. GARRETT**
CHIEF DISCIPLINARY COUNSEL
**STEVEN J. CHRISTOPHER**
DEPUTY CHIEF DISCIPLINARY COUNSEL INVESTIGATIONS
**A. RUSSELL WILLIS**
DEPUTY CHIEF DISCIPLINARY COUNSEL LITIGATION
**LAURA L. CHASTAIN**
ETHICS COUNSEL
**BEVERLY P. SHARPE**
DIRECTOR OF CONSUMER ASSISTANCE

**DOUGLAS R. BERGERON**
**R. DAVISON DOUGLAS**
**ERIC A. FULLER**
**MAUREEN F. HUGHES**
**HEATHER D. PIPER**
**EILEEN BURKHALTER SMITH**
**TIFFANY D. TANT-SHAFER**
DISCIPLINARY COUNSEL

August 4, 2025

Brandon James Smith
1831 Primrose Ave
Nashville, TN 37212-6023

Re:   Brandon James Smith
      BPR No. 037272

TO WHOM IT MAY CONCERN:

On December 18, 1975, the Tennessee Supreme Court established the Board of Professional Responsibility of the Supreme Court of Tennessee to supervise the conduct of attorneys licensed to practice law in this state.

The records of the Board of Professional Responsibility indicate that the attorney referenced above was licensed in Tennessee to practice law and sworn in on 6/4/2019. The attorney's license is currently Active and is in good standing.

Sincerely,

*Molly Leins*

Molly Leins
Registration Manager

ML/lw