UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

Dorothy Nairne, *et al.*,

    Plaintiffs,

v.                                      Civil Action 3:22-cv-00178

Kyle Ardoin, in his official capacity as
Secretary of State for Louisiana,

    Defendant.

## ORDER

CONSIDERING the foregoing Motion for Admission *Pro Hac Vice:*

IT IS ORDERED that the Motion is GRANTED, and Brandon Smith is hereby enrolled as additional counsel for Defendants Cameron Henry, in his official capacity as President of the Louisiana Senate, and Phillip Devillier, in his official capacity as Speaker of the Louisiana House of Representatives in the above captioned matter.

READ SIGNED AND DATED this _____ day of _____, 2025 in Baton Rouge, Louisiana.

_____
United States District Court, Middle District of Louisiana