## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 6, 2025
CHIEF DISTRICT JUDGE SHELLY D. DICK

DOROTHY NAIRNE, et al

versus

R. KYLE ARDOIN, in his capacity
as Secretary of State of Louisiana, et al.

CIVIL ACTION

22-178-SDD-SDJ

This matter came on this day for an evidentiary hearing on *Joint Motion to Stay or in the Alternative to Postpone the Evidentiary Hearing Date and for Modification of Scheduling Order*[1].

      PRESENT:    Sarah E. Brannon, Esq.
                          Stuart C. Naifeh, Esq.
                          Robert S. Clark, Esq.
                          Amanda Giglio, Esq.
                          Counsel for Plaintiffs

                          Phillip J. Strach, Esq.
                          John Carroll Walsh, Esq.
                          Alyssa Riggins, Esq.
                          Counsel for R. Kyle Ardoin

                          Carey T. Jones, Esq.
                          Counsel for Intervenor State of Louisiana

Counsel make appearances.

Sherri Wharton Hadskey is sworn and testifies.

Parties present argument.

---

[1] Rec. Doc. 335.

For oral reasons given, the court GRANTS the *Joint Motion to Stay*.[2] The pretrial conference set for August 18, 2025 and the remedial evidentiary hearing set for August 25, 2025 are CANCELLED pending resolution by the United States Supreme Court.

* * * * *

S. Thompson/Reporter
C:  CV 13a; T 1 hr 10 mins.

---

[2] Rec. Doc. 335.