Case 3:22-cv-00178-SDD-SDJ    Document 355    11/26/25    Page 1 of 4

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 26, 2025

No. 24-30115

Lyle W. Cayce
Clerk

DOROTHY NAIRNE, *Doctor*; CLEE E. LOWE, REVEREND; ALICE WASHINGTON, *Doctor*; BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE; LOUISIANA STATE CONFERENCE OF THE NAACP; STEVEN HARRIS, REVEREND,

*Plaintiffs—Appellees*,

versus

NANCY LANDRY, *in her official capacity as Secretary of State of Louisiana*,

*Defendant—Appellant*,

STATE OF LOUISIANA, *by and through Attorney General Elizabeth B. Murrill*; PHILLIP DEVILLIER, *in his official capacity as Speaker of the Louisiana House of Representative*; CAMERON HENRY, *in his official capacity as President of the Louisiana Senate*,

*Intervenors—Appellants*,

versus

UNITED STATES OF AMERICA,

*Intervenor—Appellee*.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-178

_____

UNPUBLISHED ORDER

Before Dennis, Haynes, and Ramirez, *Circuit Judges*.

Per Curiam:*

Appellants' Motion for Abeyance of Appeal and Suspension of Deadlines is GRANTED, pending the decision of the Supreme Court of the United States in No. 24-109, *Louisiana v. Callais*. The hold on the mandate remains in effect. The petition for rehearing en banc remains pending.

---

* Judge Dennis joins the order because the panel is not unanimous in opposing abeyance.

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 26, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30115   Nairne v. Landry
                  USDC No. 3:22-CV-178

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Rebecca L. Leto, Deputy Clerk
                      504-310-7703

Mr. John N. Adcock
Mr. Jorge Benjamin Aguinaga
Ms. Nora Ahmed
Mr. Alexander Barrett Bowdre
Mr. Brennan Bowen
Mr. E. Mark Braden
Ms. Morgan Brungard
Mr. Colin Burke
Mr. Dayton Campbell-Harris
Mr. Adriel I. Cepeda Derieux
Mr. Ming Cheung
Mr. Robert Stephen Clark
Mr. John Clifton Conine Jr.
Mr. Jared Evans
Mr. Soren Alexander Geiger
Ms. Amanda Giglio
Mr. Phillip Michael Gordon
Ms. Brianne Jenna Gorod
Mr. Daniel Hessel
Ms. Cassie Holt
Ms. Megan Christine Keenan
Ms. Sophia Lin Lakin
Mr. Jason Lee
Mr. Patrick T. Lewis
Mr. Michael L. McConnell
Ms. Katherine McKnight
Mr. Michael Warren Mengis

```
Ms. Elizabeth Baker Murrill
Mr. Garrett Muscatel
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Isabel Sara Rohani
Ms. Kathryn C. Sadasivan
Ms. Nicole A. Saharsky
Mr. Phillip Strach
Ms. Tiffany Alora Thomas
Mr. Jason Brett Torchinsky
Mr. Robert J. Tucker
Mr. John Carroll Walsh
Mr. Christopher Chen-Hsin Wang
Ms. Victoria Wenger
```