IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>     *Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>     *Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

## MOTION TO WITHDRAW AS COUNSEL

I, Megan C. Keenan, respectfully request leave to withdraw as counsel for Plaintiffs, because I am leaving my current position at the American Civil Liberties Union Foundation on January 29, 2026. Plaintiffs will continue to be represented by my colleagues Sarah Brannon, Sophia Lin Lakin, and Dayton Campbell-Harris at the American Civil Liberties Union Foundation, as well as our co-counsel at the ACLU Foundation of Louisiana, NAACP Legal Defense & Educational Fund, Cozen O'Connor, Election Law Clinic at Harvard Law School, Adcock Law LLC, and practitioner Ron Wilson.

.

Date: January 29, 2026

            Respectfully submitted,

            */s/ Megan C. Keenan*
            Megan C. Keenan
            American Civil Liberties Union Foundation
            915 15th St. NW
            Washington, DC 20005
            mkeenan@aclu.org

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>　　　　　　　　*Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel, IT IS ORDERED that the Motion is GRANTED, and Megan C. Keenan is hereby withdrawn as counsel for Plaintiffs in the above-captioned matter.

Date: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**CHIEF JUDGE SHELLY D. DICK**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　　　　　　**MIDDLE DISTRICT OF LOUISIANA**