**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, *Plaintiffs*, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, <br><br> *Defendant*. | Civil Action No. 3:22-cv-00178-SDD-SDJ |

## MOTION TO WITHDRAW AS COUNSEL

I, Daniel Hessel, respectfully request leave to withdraw as counsel for Dr. Dorothy Nairne, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Black Voters Matter Capacity Building Institute, and the Louisiana State Conference of the NAACP (collectively, "Plaintiffs"). I am leaving my current position at the Election Law Clinic at Harvard Law School. Plaintiffs will continue to be represented by counsel at the American Civil Liberties Union Foundation; ACLU Foundation of Louisiana; NAACP Legal Defense & Educational Fund; Cozen O'Connor; Adcock Law LLC; and practitioner Ron Wilson.

DATED:  April 20, 2026

/s/ *Daniel Hessel*
Daniel Hessel
ELECTION LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Ste. 4105
Cambridge, MA 02138
dhessel@law.harvard.edu

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing motion with the Clerk of Court

using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.


Date: April 20, 2026                                      */s/ Daniel Hessel*
                                                          Daniel Hessel

3