**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP, <br> *Plaintiffs*, <br><br> v. <br><br> NANCY LANDRY, in her official capacity as Secretary of State for Louisiana, <br><br> *Defendant*. | Civil Action No. 3:22-cv-00178-SDD-SDJ |

**[PROPOSED] ORDER**

Upon consideration of the motion to withdraw as counsel, it is HEREBY ORDERED that the motion is GRANTED, and Daniel Hessel is hereby withdrawn as counsel of record for Dr. Dorothy Nairne, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Black Voters Matter Capacity Building Institute, and the Louisiana State Conference of the NAACP in the above captioned matter.

Dated April \_\_\_\_\_, 2026

_____
United States District Court
Middle District of Louisiana