Case: 24-30115   Document: 386-1   Page: 1   Date Filed: 05/07/2026

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 7, 2026

Lyle W. Cayce
Clerk

———————

No. 24-30115

———————

DOROTHY NAIRNE, *Doctor*; CLEE E. LOWE, REVEREND; ALICE WASHINGTON, *Doctor*; BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE; LOUISIANA STATE CONFERENCE OF THE NAACP; STEVEN HARRIS, REVEREND,

*Plaintiffs—Appellees*,

*versus*

NANCY LANDRY, *in her official capacity as Secretary of State of Louisiana*,

*Defendant—Appellant*,

STATE OF LOUISIANA, *by and through Attorney General Elizabeth B. Murrill*; PHILLIP DEVILLIER, *in his official capacity as Speaker of the Louisiana House of Representative*; CAMERON HENRY, *in his official capacity as President of the Louisiana Senate*,

*Intervenors—Appellants*,

*versus*

UNITED STATES OF AMERICA,

*Intervenor—Appellee.*

———————————————————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-178

———————————————————

Before HAYNES and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

After our panel ruled on this case, a petition for rehearing en banc was filed. We placed the case in abeyance pending the decision of the United States Supreme Court in 24-109, *Louisiana v. Callais*. Now that the opinion has come out, we conclude that it is appropriate for the district court to consider that decision in determining its decision. Accordingly, we vacate our prior opinion, vacate the district court's decision, and remand to the district court for consideration of this case in light of the recent Supreme Court decision.

VACATE and REMAND.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5. The two judges are quorum since the third judge is now an inactive senior judge.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 07, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-30115    Nairne v. Landry
                  USDC No. 3:22-CV-178

Enclosed is the opinion entered in the case captioned above.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _Rebecca Andry_
            Rebecca Andry, Deputy Clerk
            504-310-7638

Mr. John N. Adcock
Mr. Jorge Benjamin Aguinaga
Ms. Nora Ahmed
Mr. Alexander Barrett Bowdre
Mr. Brennan Bowen
Mr. E. Mark Braden
Ms. Morgan Brungard
Mr. Colin Burke
Mr. Dayton Campbell-Harris
Mr. Adriel I. Cepeda Derieux
Mr. Ming Cheung
Mr. Robert Stephen Clark
Mr. John Clifton Conine Jr.
Mr. Jared Evans
Mr. Soren Alexander Geiger
Ms. Amanda Giglio
Mr. Phillip Michael Gordon
Ms. Brianne Jenna Gorod
Ms. Cassie Holt
Ms. Sophia Lin Lakin
Mr. Jason Lee
Mr. Patrick T. Lewis
Mr. Michael L. McConnell
Ms. Katherine McKnight
Mr. Michael Warren Mengis
Ms. Elizabeth Baker Murrill
Mr. Garrett Muscatel
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Isabel Sara Rohani

Ms. Kathryn C. Sadasivan
Ms. Nicole A. Saharsky
Mr. Phillip Strach
Ms. Tiffany Alora Thomas
Mr. Jason Brett Torchinsky
Mr. Robert J. Tucker
Mr. John Carroll Walsh
Mr. Christopher Chen-Hsin Wang
Ms. Victoria Wenger