UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana<br><br>*Defendant.* | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Defendant, NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, who respectfully requests that the following attorney be enrolled as additional counsel of record in the above numbered and captioned matter:

> Jennifer Bollinger
> La. Bar Roll No. 32349
> Executive Counsel
> Secretary of State Nancy Landry
> 8585 Archives Ave.
> Baton Rouge, LA 70809
> Telephone: (225) 362-5101
> jennifer.bollinger@sos.la.gov

Jennifer Bollinger is admitted to practice in the United States Court for the Middle District of

1

Louisiana.

WHEREFORE, Defendant, NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, prays that this Motion to Enroll Additional Counsel of Record be GRANTED.

**Respectfully submitted:**

John C. Walsh, La. Bar Roll No. 24903
SHOWS, CALI & WALSH, LLP
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
Email:  john@scwllp.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of May, 2026, a copy of the foregoing has been served upon all counsel of record via CM/ECF system and has been filed electronically with the Clerk of Court using the CM/ECF system.

John C. Walsh

2