## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,

        *Plaintiffs,*

    v.

NANCY LANDRY, in her official capacity as Secretary of State of Louisiana

        *Defendant.*

CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record for Defendant,

**IT IS ORDERED,** that the motion is GRANTED enrolling JENNIFER BOLLINGER (La. Bar Roll No. 32349) Executive Counsel for Secretary of State Nancy Landry, 8585 Archives Ave., Baton Rouge, Louisiana 70809; telephone number (225) 362-5101; jennifer.bollinger@sos.la.gov as additional counsel of record for Defendant, NANCY LANDRY, in her official capacity as Secretary of State of Louisiana.

**READ, SIGNED AND DATED** this _____ day of _____, 2026, in Baton Rouge, Louisiana.

_____
Judge, United States District Court

1