IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| DOROTHY NAIRNE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> Defendant. | Case No. 3:22-cv-178-SDD-SDJ |

**NOTICE OF APPEARANCE OF ATTORNEYS**
**REPRESENTING THE UNITED STATES OF AMERICA**

Pursuant to Local Rule 83(b)(4), the undersigned hereby notifies the Clerk of Court of the

appearance of Joseph W. Voiland as lead counsel and Bessie Blackburn as counsel for Intervenor

United States of America on behalf of the United States Department of Justice, Civil Rights

Division.  Their contact information is as follows:

Joseph W. Voiland (WI Bar No. 1041512)
Bessie S. Blackburn (TN Bar No. 42083)
U.S. Department of Justice, Civil Rights Division
Voting Section, Trial Attorneys
4 Constitution Square
Washington, DC 20002
E-mail: joseph.voiland@usdoj.gov
Telephone: (202) 202-5318
E-mail: bessie.blackburn@usdoj.gov
Telephone: (202) 598-3519

June 12, 2026

UNITED STATES OF AMERICA, by

KURT WALL
UNITED STATES ATTORNEY


/s/ Justin A. Jack
Justin A. Jack, LBN 36508
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: justin.jack@usdoj.gov

2