## UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.,* | |
| *Plaintiffs,* | |
| v. | Civil Action No. 3:22-cv-00178-SDD-SDJ |
| R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, | Chief Judge Shelly D. Dick |
| *Defendant.* | Magistrate Judge Scott D. Johnson |

## MOTION TO ENROLL COUNSEL

**NOW INTO COURT,** through undersigned counsel, comes Defendant, the State of Louisiana, through Attorney General Elizabeth B. Murrill, who respectfully requests that the following attorney be enrolled as additional counsel of record in the above numbered and captioned matter.

> Morgan Brungard
> (La. Bar Roll No. 40298)
> Deputy Solicitor General
> Louisiana Department of Justice
> P.O. Box 94005
> Baton Rouge, LA 70804
> Telephone: (225) 324-9866
> Fax: (225) 326-6098
> BrungardM@ag.louisiana.gov

Morgan Brungard is the Deputy Solicitor General licensed to practice in the State of Louisiana and in this Honorable Court.

WHEREFORE, the Defendant prays that the Motion to Enroll Counsel be GRANTED.

1

Respectfully submitted,

By:    /s/ Carey T. Jones
       Carey T. Jones (La. Bar #07474)
       Assistant Attorney General
       LOUISIANA DEPARTMENT OF JUSTICE
       1885 N. Third St.
       Post Office Box 64005
       Baton Rouge, Louisiana 70804-9005
       Telephone No. (225) 326-6766
       Fax No. (225) 326-6098
       jonescar@ag.louisiana.gov

3

## CERTIFICATE OF SERVICE

I certify that on this 25th day of June, this document was filed electronically on the

Court's electronic case filing system. Notice of the filing will be served on all counsel of record

through the Court's system. Copies of the filing are available on the Court's system.


/s/ *Carey T. Jones*]
CAREY T. JONES