IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

DR. DOROTHY NAIRNE, JARRETT
LOFTON, REV. CLEE EARNEST LOWE, DR.
ALICE WASHINGTON, STEVEN HARRIS,
ALEXIS CALHOUN, BLACK VOTERS
MATTER CAPACITY BUILDING
INSTITUTE, and THE LOUISIANA STATE
CONFERENCE OF THE NAACP,

              *Plaintiffs*,


   v.

R.  KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana

              *Defendant*.

CIVIL ACTION NO. 3:22-cv-00178
SDD-SDJ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Enroll Counsel filed by Counsel for Defendant,

IT IS ORDERED that the motion is GRANTED, enrolling Morgan Brungard as additional

counsel of record for Defendant, State of Louisiana, through Attorney General Elizabeth B.

Murrill.

**READ SIGNED AND DATED** this _____ day of _____ , 2026 in Baton Rouge,

Louisiana.


_____
Judge
United States District Court
Middle District of Louisiana