IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

DOROTHY NAIRNE, *et al.*,

        Plaintiffs,

        v.

R. KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana,

        Defendant.

Case No. 3:22-cv-178-SDD-SDJ

**NOTICE OF APPEARANCE OF ATTORNEY**
**REPRESENTING THE UNITED STATES OF AMERICA**

Pursuant to Local Rule 83(b)(4), the undersigned hereby notifies the Clerk of the Court of

the appearance of Jake T. Bachand as counsel for Intervenor United States of America on behalf

of the United States Department of Justice, Civil Rights Division.  His contact information is as

follows:

Jake T. Bachand (DC Bar No. 90028269)
U.S. Department of Justice, Civil Rights Division
Voting Section, Trial Attorney
4 Constitution Square
Washington, DC 20002
E-mail: jake.bachand@usdoj.gov
Telephone: (202) 304-8146

July 14, 2026

UNITED STATES OF AMERICA, by

KURT WALL
UNITED STATES ATTORNEY

/s/ Justin A. Jack
Justin A. Jack, LBN 36508
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: justin.jack@usdoj.gov