**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.,*<br><br>      *Plaintiffs,*<br><br>   v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,[1] *et al.,*<br><br>      *Defendants.* | Civil Action No. 3:22-cv-00178<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

## <u>DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY,</u><br><u>FOR JUDGMENT ON THE PLEADINGS</u>

The Court should dismiss the Complaint or, alternatively, for judgment on the pleadings. Plaintiffs' Complaint was drafted under a legal framework that no longer exists. In *Louisiana v. Callais*, 146 S. Ct. 1131 (2026), the Supreme Court changed the legal standards for vote-dilution claims under § 2 of the Voting Rights Act. Because the Complaint does not—and could not—attempt to state a claim under the new *Callais* framework, the Complaint no longer states a viable claim for relief and should be dismissed under Rule 12(b)(6). Alternatively, and for these same reasons, the Court should grant judgment on the pleadings in Defendants' favor. Either way, this case should be over.

Underscoring that outcome is the fact that Plaintiffs' § 2 claims challenging the State's senate districts are now moot since the Legislature has changed those

---

[1] The Secretary of State is now Nancy Landry, and the caption should be updated accordingly.

districts. At minimum, those claims should be dismissed for lack of subject matter jurisdiction under Rule 12(b)(1).

In the event the Court determines that leave to amend the Complaint is appropriate, such leave should be conditioned on filing a new complaint that, on its face, alleges facts satisfying each element required by *Callais*—including specific, non-conclusory allegations regarding race-neutral illustrative maps and analysis controlling for partisan affiliation, present-day intentional discrimination, and a strong inference of racial motivation.

Dated: July 17, 2026

*/s/ Jennifer Bollinger*
Jennifer Bollinger
La. Bar Roll No. 32349
Executive Counsel
Secretary of State Nancy Landry
8585 Archives Ave.
Baton Rouge, LA 70809
Telephone: (225) 362-5101
Jennifer.bollinger@sos.la.gov

John C. Walsh
Louisiana Bar Roll No. 24903
SHOWS, CALI & WALSH, L.L.P.
628 St. Louis St.,
P.O. Box 4225
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561
john@scwllp.com

*Counsel for the Secretary of State*

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General

CAREY TOM JONES (LA 07474)
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
(225) 324-9866
BrungardM@ag.louisiana.gov

*/s/ Jason B. Torchinsky*
JASON B. TORCHINSKY*
Holtzman Vogel Baran
Torchinsky & Josefiak PLLC
2300 N. Street NW, Suite 643
Washington, DC 20037
(540) 341-8808
jtorchinsky@holtzmanvogel.com
***Admitted pro hac vice**

*Counsel for the State of Louisiana*

2