# EXHIBIT A

2026 Regular Session

## ACT No. 955

<u>**ENROLLED**</u>

SENATE BILL NO. 25

BY SENATOR KLEINPETER AND REPRESENTATIVES ADAMS, BILLINGS, BROUSSARD, CHASSION, FISHER, KNOX, STAGNI AND WILEY

AN ACT

To amend and reenact R.S. 18:55(A)(1), (2), and (4)(b), and (C), 59(B)(1), (2), and (4)(b), and (C)(1), (2), and (4)(b), and (E), and R.S. 24:35.1(33), (34), and (35), and to enact R.S. 18:55(G) and 59(N), relative to elections; to provide for the offices of parish registrars of voters; to provide relative to compensation of registrars and their chief deputies and confidential assistants; to provide for certain election districts for the Senate of the Legislature of Louisiana; to provide for an effective date; and to provide for related matters.

Be it enacted by the Legislature of Louisiana:

Section 1. R.S. 18:55(A)(1), (2), and (4)(b), and (C), 59(B)(1), (2), and (4)(b), and (C)(1), (2), and (4)(b), and (E) are hereby amended and reenacted and R.S. 18:55(G) and 59(N) are hereby enacted to read as follows:

§55. Compensation of registrar of voters; amount and manner of payment; reduction during tenure prohibited; prohibited increase

A.(1) The annual salary of registrars of voters shall be based on the most recent population figures as shown by the latest federal decennial census, ~~the Louisiana Tech University~~ population estimates ~~for Louisiana parishes~~ **published pursuant to the United States Bureau of the Census Federal-State Cooperative Program for Population Estimates**, or as determined by the governing authority of each parish in accordance with law.

(2) The salary ranges and pay schedule for the registrars shall be as follows:

| Population Range | Step 1 | Step 2 | Step 3 | Step 4 |
|---|---|---|---|---|
| ~~0 to 40,000~~ | ~~$57,769~~ | ~~$59,502~~ | ~~$61,287~~ | ~~$63,126~~ |
| ~~40,001 to 60,000~~ | ~~$64,188~~ | ~~$66,113~~ | ~~$68,097~~ | ~~$70,140~~ |
| ~~60,001 to 100,000~~ | ~~$70,607~~ | ~~$72,725~~ | ~~$74,907~~ | ~~$77,154~~ |

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

**SB NO. 25**                                                      **ENROLLED**

| Population Range | | | | |
|---|---|---|---|---|
| ~~100,001 to 200,000~~ | ~~$77,026~~ | ~~$79,337~~ | ~~$81,717~~ | ~~$84,168~~ |
| ~~200,001 to 1,000,000~~ | ~~$83,445~~ | ~~$85,948~~ | ~~$88,526~~ | ~~$91,182~~ |
| **0 to 50,000** | **$69,597** | **$71,640** | **$73,744** | **$75,941** |
| **50,001 to 200,000** | **$83,217** | **$85,668** | **$88,193** | **$90,794** |
| **200,001 to 1,000,000** | **$90,026** | **$92,682** | **$95,418** | **$98,235** |
| Population Range | Step 5 | Step 6 | Step 7 | Step 8 |
| ~~0 to 40,000~~ | ~~$65,019~~ | ~~$66,970~~ | ~~$68,979~~ | ~~$71,049~~ |
| ~~40,001 to 60,000~~ | ~~$72,244~~ | ~~$74,441~~ | ~~$76,644~~ | ~~$78,943~~ |
| ~~60,001 to 100,000~~ | ~~$79,469~~ | ~~$81,853~~ | ~~$84,309~~ | ~~$86,838~~ |
| ~~100,001 to 200,000~~ | ~~$86,693~~ | ~~$89,294~~ | ~~$91,973~~ | ~~$94,732~~ |
| ~~200,001 to 1,000,000~~ | ~~$93,918~~ | ~~$96,735~~ | ~~$99,637~~ | ~~$102,626~~ |
| **0 to 50,000** | **$78,144** | **$80,443** | **$82,811** | **$85,251** |
| **50,001 to 200,000** | **$93,473** | **$96,232** | **$99,074** | **$102,001** |
| **200,001 to 1,000,000** | **$101,137** | **$104,126** | **$107,205** | **$110,376** |
| Population Range | Step 9 | Step 10 | ~~Step 11~~ | ~~Step 12~~ |
| ~~0 to 40,000~~ | ~~$73,180~~ | ~~$75,375~~ | ~~$77,637~~ | ~~$79,966~~ |
| ~~40,001 to 60,000~~ | ~~$81,311~~ | ~~$83,751~~ | ~~$86,263~~ | ~~$88,851~~ |
| ~~60,001 to 100,000~~ | ~~$89,443~~ | ~~$92,126~~ | ~~$94,890~~ | ~~$97,737~~ |
| ~~100,001 to 200,000~~ | ~~$97,574~~ | ~~$100,501~~ | ~~$103,516~~ | ~~$106,622~~ |
| ~~200,001 to 1,000,000~~ | ~~$105,705~~ | ~~$108,876~~ | ~~$112,143~~ | ~~$115,507~~ |
| **0 to 50,000** | **$87,763** | **$90,351** | - | - |
| **50,001 to 200,000** | **$105,016** | **$108,122** | - | - |
| **200,001 to 1,000,000** | **$113,643** | **$117,007** | - | - |

*     *     *

(4)(a)     *     *     *

(b) Each registrar whose salary is at the level of step one or higher shall be evaluated as to merit in January. The merit evaluation shall result in a finding of "excellent", "successful", "unsuccessful", or "not assessed". The criteria and procedure for the merit evaluation shall be determined by the secretary of state in conjunction with the Registrar of Voters Association. Each registrar shall be

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

evaluated by the secretary of state or his designee acting on his behalf. Upon a finding of "excellent" on a merit evaluation, the registrar shall receive a salary increase to the next step until the registrar's salary is equal to the highest step of the appropriate population range. **Any registrar whose salary has remained at the level of step ten for more than twelve months shall receive a five percent salary increase upon a finding of "excellent"on the merit evaluation. No registrar shall receive more than five such annual salary increases.** A registrar may appeal the finding on a merit evaluation to the State Board of Election Supervisors in accordance with rules promulgated by the board. If a member of the board participates in the merit evaluation of a registrar, the member shall not participate in an appeal of the evaluation.

*        *        *

C. The annual compensation of each registrar of voters shall be based upon the most recent ~~census taken by the United States Government, Louisiana Tech University population estimates for Louisiana parishes, or upon the population figures of each parish~~ **population figures as shown by the latest federal decennial census, population estimates published pursuant to the United States Bureau of the Census Federal-State Cooperative Program for Population Estimates, or** as determined by ~~its~~ **the** governing authority ~~as provided by~~ **of each parish in accordance with** law.

*        *        *

**G. Notwithstanding any other provisions of this Chapter to the contrary, the Department of State shall not adjust the annual salary of registrars of voters based on population changes except once decennially one year after receiving the federal census.**

*        *        *

§59. Deputies, confidential assistants, and other permanent office employees; temporary employees; appointment and compensation; prohibited increase in compensation

*        *        *

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

**SB NO. 25** **ENROLLED**

B.(1) The annual salary of the chief deputy registrar of voters in each parish shall be based on the most recent population figures as shown by the latest federal decennial census, ~~the Louisiana Tech University~~ population estimates ~~for Louisiana parishes~~ **published pursuant to the United States Bureau of the Census Federal-State Cooperative Program for Population Estimates**, or as determined by the governing authority of each parish in accordance with law.

(2) The salary ranges and pay schedule for the chief deputy shall be as follows:

| Population Range | Step 1 | Step 2 | Step 3 | Step 4 |
|---|---|---|---|---|
| ~~0 to 40,000~~ | ~~$33,697~~ | ~~$34,708~~ | ~~$35,750~~ | ~~$36,822~~ |
| ~~40,001 to 60,000~~ | ~~$40,117~~ | ~~$41,321~~ | ~~$42,560~~ | ~~$43,837~~ |
| ~~60,001 to 100,000~~ | ~~$46,537~~ | ~~$47,933~~ | ~~$49,371~~ | ~~$50,852~~ |
| ~~100,001 to 200,000~~ | ~~$52,956~~ | ~~$54,544~~ | ~~$56,181~~ | ~~$57,866~~ |
| ~~200,001 to 1,000,000~~ | ~~$59,375~~ | ~~$61,156~~ | ~~$62,991~~ | ~~$64,880~~ |
| **0 to 50,000** | **$44,060** | **$45,337** | **$46,652** | **$48,007** |
| **50,001 to 200,000** | **$57,681** | **$59,366** | **$61,102** | **$62,890** |
| **200,001 to 1,000,000** | **$64,491** | **$66,380** | **$68,327** | **$70,331** |

| Population Range | Step 5 | Step 6 | Step 7 | Step 8 |
|---|---|---|---|---|
| ~~0 to 40,000~~ | ~~$37,927~~ | ~~$39,064~~ | ~~$40,236~~ | ~~$41,443~~ |
| ~~40,001 to 60,000~~ | ~~$45,152~~ | ~~$46,507~~ | ~~$47,902~~ | ~~$49,339~~ |
| ~~60,001 to 100,000~~ | ~~$52,378~~ | ~~$53,949~~ | ~~$55,568~~ | ~~$57,235~~ |
| ~~100,001 to 200,000~~ | ~~$59,602~~ | ~~$61,390~~ | ~~$63,232~~ | ~~$65,129~~ |
| ~~200,001 to 1,000,000~~ | ~~$66,827~~ | ~~$68,831~~ | ~~$70,896~~ | ~~$73,023~~ |
| **0 to 50,000** | **$49,402** | **$50,839** | **$52,319** | **$53,844** |
| **50,001 to 200,000** | **$64,732** | **$66,629** | **$68,583** | **$70,595** |
| **200,001 to 1,000,000** | **$72,396** | **$74,523** | **$76,714** | **$78,970** |

| Population Range | Step 9 | Step 10 | ~~Step 11~~ | ~~Step 12~~ |
|---|---|---|---|---|
| ~~0 to 40,000~~ | ~~$42,687~~ | ~~$43,967~~ | ~~$45,286~~ | ~~$46,645~~ |
| ~~40,001 to 60,000~~ | ~~$50,819~~ | ~~$52,344~~ | ~~$53,914~~ | ~~$55,532~~ |
| ~~60,001 to 100,000~~ | ~~$58,952~~ | ~~$60,720~~ | ~~$62,542~~ | ~~$64,418~~ |

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

SB NO. 25                                                           ENROLLED

| | | | | |
|---|---|---|---|---|
| 100,001 to 200,000 | $67,083 | $69,095 | $71,168 | $73,303 |
| 200,001 to 1,000,000 | $75,214 | $77,470 | $79,795 | $82,188 |
| **0 to 50,000** | **$55,414** | **$57,032** | - | - |
| **50,001 to 200,000** | **$72,668** | **$74,803** | - | - |
| **200,001 to 1,000,000** | **$81,295** | **$83,688** | - | - |

\*        \*        \*

(4)(a)        \*        \*        \*

(b) Each chief deputy whose salary is at the level of step one or higher shall be evaluated as to merit in January. The merit evaluation shall result in a finding of "excellent", "successful", "unsuccessful", or "not assessed". The criteria and procedure for the merit evaluation shall be determined by the Registrar of Voters Association. It shall provide that each chief deputy will be evaluated by the registrar of his parish. Upon a finding of "excellent" on a merit evaluation, the chief deputy shall receive a salary increase to the next step until his salary equals the highest step of the appropriate population range. **Any chief deputy whose salary has remained at the level of step ten for more than twelve months shall receive a five percent salary increase upon a finding of "excellent"on the merit evaluation. No chief deputy shall receive more than five such annual salary increases.**

C.(1) The annual salary of the confidential assistant to the registrar of voters in each parish shall be based on the most recent population figures as shown by the latest federal decennial census, the Louisiana Tech University population estimates for Louisiana parishes **published pursuant to the United States Bureau of the Census Federal-State Cooperative Program for Population Estimates**, or as determined by the governing authority of each parish in accordance with law.

(2) The salary ranges and pay schedule for the confidential assistant shall be as follows:

| Population Range | Step 1 | Step 2 | Step 3 | Step 4 |
|---|---|---|---|---|
| 0 to 40,000 | $27,281 | $28,099 | $28,942 | $29,810 |
| 40,001 to 60,000 | $33,699 | $34,710 | $35,751 | $36,823 |
| 60,001 to 100,000 | $40,117 | $41,321 | $42,560 | $43,837 |

Coding: Words which are struck through are deletions from existing law; words in **boldface type and underscored** are additions.

**SB NO. 25** **ENROLLED**

| | | | | |
|---|---|---|---|---|
| ~~100,001 to 200,000~~ | ~~$46,537~~ | ~~$47,933~~ | ~~$49,371~~ | ~~$50,852~~ |
| ~~200,001 to 1,000,000~~ | ~~$52,956~~ | ~~$54,544~~ | ~~$56,181~~ | ~~$57,866~~ |
| **0 to 50,000** | **$37,251** | **$38,323** | **$39,428** | **$40,566** |
| **50,001 to 200,000** | **$50,871** | **$52,352** | **$53,878** | **$55,449** |
| **200,001 to 1,000,000** | **$57,681** | **$59,366** | **$61,102** | **$62,890** |
| Population Range | Step 5 | Step 6 | Step 7 | Step 8 |
| ~~0 to 40,000~~ | ~~$30,704~~ | ~~$31,626~~ | ~~$32,574~~ | ~~$33,552~~ |
| ~~40,001 to 60,000~~ | ~~$37,928~~ | ~~$39,066~~ | ~~$40,238~~ | ~~$41,445~~ |
| ~~60,001 to 100,000~~ | ~~$45,152~~ | ~~$46,507~~ | ~~$47,902~~ | ~~$49,339~~ |
| ~~100,001 to 200,000~~ | ~~$52,378~~ | ~~$53,949~~ | ~~$55,568~~ | ~~$57,235~~ |
| ~~200,001 to 1,000,000~~ | ~~$59,602~~ | ~~$61,390~~ | ~~$63,232~~ | ~~$65,129~~ |
| **0 to 50,000** | **$41,738** | **$42,945** | **$44,188** | **$45,469** |
| **50,001 to 200,000** | **$57,068** | **$58,735** | **$60,452** | **$62,220** |
| **200,001 to 1,000,000** | **$64,732** | **$66,629** | **$68,583** | **$70,595** |
| Population Range | Step 9 | Step 10 | ~~Step 11~~ | ~~Step 12~~ |
| ~~0 to 40,000~~ | ~~$34,558~~ | ~~$35,595~~ | ~~$36,663~~ | ~~$37,763~~ |
| ~~40,001 to 60,000~~ | ~~$42,688~~ | ~~$43,969~~ | ~~$45,288~~ | ~~$46,647~~ |
| ~~60,001 to 100,000~~ | ~~$50,819~~ | ~~$52,344~~ | ~~$53,914~~ | ~~$55,532~~ |
| ~~100,001 to 200,000~~ | ~~$58,952~~ | ~~$60,720~~ | ~~$62,542~~ | ~~$64,418~~ |
| ~~200,001 to 1,000,000~~ | ~~$67,083~~ | ~~$69,095~~ | ~~$71,168~~ | ~~$73,303~~ |
| **0 to 50,000** | **$46,788** | **$48,147** | - | - |
| **50,001 to 200,000** | **$64,042** | **$65,918** | - | - |
| **200,001 to 1,000,000** | **$72,668** | **$74,803** | - | - |

\* \* \*

(4)(a) \* \* \*

(b) Each confidential assistant whose salary is at the level of step one or higher shall be evaluated as to merit in January. The merit evaluation shall result in a finding of "excellent", "successful", "unsuccessful", or "not assessed". The criteria and procedure for the merit evaluation shall be determined by the Registrar of Voters Association. It shall provide that each confidential assistant be evaluated by the

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

registrar of his parish. Upon a finding of "excellent" on a merit evaluation, the confidential assistant shall receive a salary increase to the next step until the confidential assistant's salary is equal to the highest step of the appropriate population range. **Any confidential assistant whose salary has remained at the level of step ten for more than twelve months shall receive a five percent salary increase upon a finding of "excellent"on the merit evaluation. No confidential assistant shall receive more than five such annual salary increases.**

                              *        *        *

E. The annual compensation of each chief deputy registrar of voters and confidential assistant shall be based upon the most recent ~~census taken by the United States Government, the Louisiana Tech University population estimates for Louisiana parishes, upon the population figures of each parish~~ **population figures as shown by the latest federal decennial census, population estimates published pursuant to the United States Bureau of the Census Federal-State Cooperative Program for Population Estimates, or** as determined by its governing authority ~~as provided by~~ **of each parish in accordance with** law.

                              *        *        *

**N. Notwithstanding any other provisions of this Chapter to the contrary, the Department of State shall not adjust the annual salaries of the chief deputy registrars of voters and confidential assistant to the registrars of voters based on population changes except once decennially one year after receiving the federal census.**

Section 2. R.S. 24:35.1(33), (34), and (35) are hereby amended and reenacted to read as follows:

§35.1. Membership of the Senate

The Senate of the Legislature of Louisiana shall be composed of thirty-nine members. The state shall be divided into the following senatorial districts and one senator shall be chosen from each of the districts:

                              *        *        *

(33) ~~District 33 is composed of Precincts 2-1, 2-2, 2-4, 3-1, and 3-7 of~~

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

Bienville Parish; Claiborne Parish; Precincts 3-2, 3-4, 3-5, 3-6, 4-1, 4-2, 4-3, 4-4, 4-5, 5-2, and 6-2 of Lincoln Parish; Precincts 23, 26-1, 27, 29, 32, 35, 39-1, 40, 42, 45, 47, 48, and 50 of Morehouse Parish; Precincts 1, 1A, 2, 4, 6, 7, 8, 9, 35, 36, 37, 41, 43, 44, 44A, 49, 50, 51, 51A, 53, and 76 of Ouachita Parish; Union Parish; Precincts 1, 2, 2B, 3, 4, 5, 6, 9, 10, and 14 of Webster Parish; and West Carroll Parish. **District 33 is composed of Precincts 1-1, 2-1, 2-2, 3-1, 3-6 and 3-7 of Bienville Parish; Claiborne Parish; Precincts 3-2, 3-4, 3-5, 3-6, 4-1, 4-2, 4-3, 4-4, 4-5, 5-2 and 6-2 of Lincoln Parish; Precincts 21, 23, 26-1, 27, 29, 32, 35, 39-1, 40, 42, 45, 47, 48, 51, 53 and 54 of Morehouse Parish; Precincts 1, 1A, 2, 4, 6, 7, 8, 9, 36, 41, 43, 44, 44A, 49, 50, 51, 51A, 53 and 76 of Ouachita Parish; Union Parish; Precincts 1, 1A, 2, 3, 5, 6, 9, 9A, 10 and 14 of Webster Parish and West Carroll Parish.**

(34) District 34 is composed of Precincts 1-1, 1-2, 1-3, 1-4, 4-3, 4-4, 5-1, 5-2, and 5-2B of Concordia Parish; East Carroll Parish; Madison Parish; Precincts 1, 3-1, 6, 7, 8, 12, 13, 14, 16, 20, 21, 24, 31, 37, 39-2, 53, and 54 of Morehouse Parish; Precincts 3, 5, 9A, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 65, 65A, 66, 67, 68, 69, 70, 72, 73, 74, and 79 of Ouachita Parish; Precincts 1, 2, 8, 10, 11, 12, 12A, 13, 17, 18, 23, 25, 26, 27, 28, 30, 31, 32, 33, 34, and 35 of Richland Parish; and Tensas Parish. **District 34 is composed of Precincts 1-1, 1-3, 1-4, 4-3, 4-4 and 5-1 of Concordia Parish; East Carroll Parish; Madison Parish; Precincts 1, 3-1, 6, 7, 8, 12, 13, 14, 16, 20, 24, 31, 37 and 39-2 of Morehouse Parish; Precincts 3, 5, 9A, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 60, 65, 65A, 66, 67, 68, 69, 70, 72, 73, 74 and 79 of Ouachita Parish; Precincts 1, 2, 8, 10, 11, 12, 12B, 13, 17, 18, 23, 25, 26, 27, 28, 30, 31, 32, 33, 34 and 35 of Richland Parish and Tensas Parish.**

(35) District 35 is composed of Precincts 2-3, 2-5, 4-1, 4-2, 4-3, 5-1, 5-2, 5-3, 6-1, 6-2, 6-3, 6-4, 7-1, 7-2, 7-3, 7-4, 8-1, 8-2, 8-3, and 8-4 of Grant Parish; Precincts 1, 2, 3, 4, 5, 5A, 6, 6A, 7, 8, 8A, 9, 10, 10A, 11, 11A, 13, 13A, 15, and 22 of Jackson Parish; Precincts 4-6, 5-1, 5-3, 5-4, 6-1, 6-3, 7-1, 7-2, 8-1, 8-2, and 10-3 of Lincoln Parish; Precincts 27, 27A, 28, 29, 30, 31, 32, 33, 34, 38, 39, 40, 42, 45, 46, 47, 48,

Coding: Words which are struck through are deletions from existing law; words in **boldface type and underscored** are additions.

SB NO. 25                                                                ENROLLED

52, 52A, 54, 55, 56, 56A, 59, 60, 61, 62, 63, 64, 71, 75, 77, and 78 of Ouachita Parish; Precincts N7, N14-A, N15, N16, N17, N18-A, N18-B, N19, and N20 of Rapides Parish; and Precincts 5-5, 6-3, 6-6, 7-2, and 7-7 of Winn Parish. **District 35 is composed of Precincts 2-3, 2-5, 2-6, 4-1, 4-2, 4-3, 5-1, 5-2, 5-3, 6-1, 6-2, 6-3, 6-4, 7-1, 7-2, 7-3, 7-5, 7-6, 8-1, 8-2, 8-3 and 8-4 of Grant Parish; Precincts 1, 2, 3, 4, 5, 5A, 6, 6A, 7, 8, 8A, 9, 10, 10A, 11, 11A, 13, 13A, 15 and 22 of Jackson Parish; Precincts 4-6, 5-1, 5-3, 5-4, 6-1, 6-3, 7-1, 7-2, 8-1, 8-2 and 10-3 of Lincoln Parish; Precincts 27, 28, 30, 31, 32, 33, 34, 35, 37, 38, 39, 40, 42, 45, 46, 47, 48, 52, 52A, 54, 55, 56, 56A, 59, 61, 62, 63, 64, 71, 75, 77 and 78 of Ouachita Parish; Precincts N7, N14-A, N15, N16, N17, N18-A, N18-B, N19 and N20 of Rapides Parish and Precincts 5-5, 6-3, 6-6, 7-2 and 7-7 of Winn Parish.**

*          *          *

Section 3.(A) The precincts referenced in Section 2 of this Act are those contained in the file named "2026 Precinct Shapefiles (1-27-2026)" available on the website of the Legislature of Louisiana on the effective date of this Section. The 2026 Precinct Shapefiles are based upon those Voting Districts (VTDs) contained in the 2020 Census Redistricting TIGER/Line Shapefiles for the State of Louisiana as those files have been modified and validated through the data verification program of the Louisiana Senate and the Louisiana House of Representatives to represent precinct changes submitted through January 27, 2026, to the Legislature of Louisiana by parish governing authorities pursuant to the provisions of R.S. 18:532 and 532.1.

(B) When a precinct referenced in Section 2 of this Act has been subdivided by action of the parish governing authority on a nongeographic basis or subdivided by action of the parish governing authority on a geographic basis in accordance with the provisions of R.S. 18:532.1, the enumeration in Section 2 of this Act of the general precinct designation shall include all nongeographic and all geographic subdivisions thereof, however such subdivisions may be designated.

(C) The territorial limits of the districts as provided in Section 2 of this Act shall continue in effect until changed by law regardless of any subsequent change made to the precincts by the parish governing authority.

Coding: Words which are ~~struck through~~ are deletions from existing law;
words in **boldface type and underscored** are additions.

**SB NO. 25** <u>**ENROLLED**</u>

Section 4. The provisions of Section 2 of this Act shall not reduce the term of office of any person holding any position or office on the effective date of this Section for which the appointment or election is based upon a Senate district as composed pursuant to R.S. 24:35.1. Any position or office that is filled by appointment or election based upon a Senate district and that is to be filled after the effective date of this Section, shall be appointed or elected based upon the district as it is described in Section 2 of this Act.

Section 5. The provisions of Section 1 of this Act shall become effective on July 1, 2026; if vetoed by the governor and subsequently approved by the legislature, Section 1 of this Act shall become effective on the day following such approval by the legislature or July 1, 2026, whichever is later.

Section 6. This provisions of this Section and Sections 2, 3, 4, and 5 of this Act shall become effective upon signature by the governor or, if not signed by the governor, upon expiration of the time for bills to become law without signature by the governor, as provided by Article III, Section 18 of the Constitution of Louisiana. If vetoed by the governor and subsequently approved by the legislature, this Act shall become effective on the day following such approval.

_____
PRESIDENT OF THE SENATE

_____
SPEAKER OF THE HOUSE OF REPRESENTATIVES

_____
GOVERNOR OF THE STATE OF LOUISIANA

APPROVED: _____

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.