**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.,* | |
| *Plaintiffs,* | Civil Action No. 3:22-cv-00178-SDD-SDJ |
| v. | Chief Judge Shelly D. Dick Magistrate |
| R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana | |
| *Defendant.* | Judge Scott D. Johnson |

**MOTION FOR *PRO HAC VICE* ADMISSION**

In accordance with the Local Rules of the United States District Court for the Middle District of Louisiana, I, Morgan Brungard, hereby move this Court for an Order authorizing Brandon Smith to practice *pro hac vice* as counsel for Defendant, the State of Louisiana, in the above-captioned matter.

Pursuant to the Local Rules, the following documents are attached:

1. Declaration of Brandon Smith in support of Motion for Admission Pro Hac Vice, Exhibit A;

2. Certificate of Good Standing for Brandon Smith from the Supreme Court of Tennessee, Exhibit B;

3. Proposed Order.

Respectfully submitted,

 */s/ Morgan Brungard*
MORGAN BRUNGARD (La #40298)
*Deputy Solicitor General*

OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70802
Telephone:  (225) 324-9866
BrungardM@ag.louisiana.gov

*Counsel for Defendant the State of Louisiana*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 28th day of July, 2026.

 /s/ *Morgan Brungard*
MORGAN BRUNGARD