# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

DR. DOROTHY NAIRNE, *et al.,*

                *Plaintiffs,*

    v.

R. KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana

                *Defendant.*

Civil Action No. 3:22-cv-00178-SDD-SDJ

Chief Judge Shelly D. Dick Magistrate

Judge Scott D. Johnson

## DECLARATION OF BRANDON SMITH IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

1. My name is Brandon Smith. I practice law at 1221 Broadway, Suite 2100, Nashville, TN 37203.

2. I am not a member of the Louisiana bar, nor am I eligible for admission under Local Rule 83.2.1 for admission to the Court's bar.

3. I am admitted to practice law in Tennessee and am a member in good standing of the State Bar of Tennessee. A certificate of my good standing with the Supreme Court of Tennessee is attached.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's local rules.

I declare under the penalty of perjury that each statement in this declaration is true and correct to the best of my knowledge and information. I solemnly swear that I will conduct myself as an attorney and counselor of this Court uprightly and according to law and that I will support the Constitution of the United States.

    Dated July 28, 2026                 */s/ Brandon Smith*_____