**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

DR. DOROTHY NAIRNE, *et al.,*

　　　　　　　　　　*Plaintiffs,*

v.

R. KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana

　　　　　　　　　　*Defendant.*

Civil Action No. 3:22-cv-00178-SDD-SDJ

Chief Judge Shelly D. Dick Magistrate

Judge Scott D. Johnson

## ORDER FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED that the Applicant is admitted to practice *pro hac vice*, appearing for all purposes as counsel for Defendant, the State of Louisiana, in the above captioned matter.

This _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE