# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

DR. DOROTHY NAIRNE, REV. CLEE
EARNEST LOWE, DR. ALICE
WASHINGTON, STEVEN HARRIS, BLACK
VOTERS MATTER CAPACITY BUILDING
INSTITUTE, and THE LOUISIANA STATE
CONFERENCE OF THE NAACP,

*Plaintiffs,*

v.

NANCY LANDRY, in her official capacity as
Secretary of State of Louisiana

*Defendant.*

CIVIL ACTION NO. 3:22-cv-00178
SDD-SDJ

**PLAINTIFFS' PROPOSED SCHEDULE**

**If No Amended Complaint Ordered**

| Event | Plaintiffs' Proposed Deadline |
|---|---|
| Plaintiffs' expert disclosure deadline (name(s) and CV) | Three weeks after Motion to Dismiss Ruling |
| Plaintiffs' expert report(s) deadline | Four weeks after Motion to Dismiss Ruling |
| Defendants' expert disclosure deadline (name(s) and CV) | Three weeks after Plaintiffs' Expert Report(s) |
| Defendants' expert report(s) deadline | Four weeks after Plaintiffs' Expert Report(s) |
| Plaintiffs' expert rebuttal report(s) deadline | Two weeks after Defendants' Report(s) |
| Close of discovery | Two weeks after Plaintiffs' rebuttal report(s) |
| Dispositive & Daubert motion deadline | One week after close of discovery or four weeks before hearing date |
| Expert witness and exhibit list(s) | Three weeks before hearing date |
| Proposed findings of fact & conclusions of law | One week before hearing date |

1

**If Amended Complaint Ordered**

| Event | Plaintiffs' Proposed Deadline |
|---|---|
| Second Amended Complaint filing deadline | Two weeks after Motion to Dismiss Ruling |
| Defendants' answer or response | Twenty-one days after Second Amended Complaint Filed |
| Plaintiffs' expert disclosure deadline (name(s) and CV) | Seven weeks after Motion to Dismiss Ruling |
| Plaintiffs' expert report(s) deadline | Two Months after Motion to Dismiss Ruling |
| Defendants' expert disclosure deadline (name(s) and CV) | Three weeks after Plaintiffs' Expert Report(s) |
| Defendants' expert report(s) deadline | Four weeks after Plaintiffs' Expert Report(s) |
| Plaintiffs' expert rebuttal report(s) deadline | Two weeks after Defendants' Report(s) |
| Close of discovery | Two weeks after Plaintiffs' rebuttal report(s) |
| Dispositive & Daubert motion deadline | One week after close of discovery or four weeks before hearing date |
| Expert witness and exhibit list(s) | Three weeks before hearing date |
| Proposed findings of fact & conclusions of law | One week before hearing date |