# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 7, 2026

Lyle W. Cayce
Clerk

————————

No. 24-30115

————————

DOROTHY NAIRNE, *Doctor*; CLEE E. LOWE, REVEREND; ALICE WASHINGTON, *Doctor*; BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE; LOUISIANA STATE CONFERENCE OF THE NAACP; STEVEN HARRIS, REVEREND,

*Plaintiffs—Appellees*,

*versus*

NANCY LANDRY, *in her official capacity as Secretary of State of Louisiana*,

*Defendant—Appellant*,

STATE OF LOUISIANA, *by and through Attorney General Elizabeth B. Murrill*; PHILLIP DEVILLIER, *in his official capacity as Speaker of the Louisiana House of Representative*; CAMERON HENRY, *in his official capacity as President of the Louisiana Senate*,

*Intervenors—Appellants*,

*versus*

UNITED STATES OF AMERICA,

*Intervenor—Appellee.*

————————————————————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-178

————————————————————

Before HAYNES and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

After our panel ruled on this case, a petition for rehearing en banc was filed. We placed the case in abeyance pending the decision of the United States Supreme Court in 24-109, *Louisiana v. Callais*. Now that the opinion has come out, we conclude that it is appropriate for the district court to consider that decision in determining its decision. Accordingly, we vacate our prior opinion, vacate the district court's decision, and remand to the district court for consideration of this case in light of the recent Supreme Court decision.

VACATE and REMAND.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5. The two judges are quorum since the third judge is now an inactive senior judge.

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 7, 2026

Lyle W. Cayce
Clerk

No. 24-30115
Summary Calendar

———————————

DOROTHY NAIRNE, *Doctor*; CLEE E. LOWE, REVEREND; ALICE WASHINGTON, *Doctor*; BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE; LOUISIANA STATE CONFERENCE OF THE NAACP; STEVEN HARRIS, REVEREND,

*Plaintiffs—Appellees*,

*versus*

NANCY LANDRY, *in her official capacity as Secretary of State of Louisiana*,

*Defendant—Appellant*,

STATE OF LOUISIANA, *by and through Attorney General Elizabeth B. Murrill*; PHILLIP DEVILLIER, *in his official capacity as Speaker of the Louisiana House of Representative*; CAMERON HENRY, *in his official capacity as President of the Louisiana Senate*,

*Intervenors—Appellants*,

*versus*

UNITED STATES OF AMERICA,

*Intervenor—Appellee*.

———————————————————

Appeal from the United States District Court
for the Middle District of Louisiana

No. 24-30115

USDC No. 3:22-CV-178

_____

JUDGMENT

Before Haynes and Ramirez, *Circuit Judges*.*

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

**Certified as a true copy and issued as the mandate on Aug 07, 2026**

**Attest:** *Jyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

---

* The two judges are quorum since the third judge is now an inactive senior judge.

2

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 07, 2026

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

    No. 24-30115   Nairne v. Landry
                 USDC No. 3:22-CV-178

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

              Sincerely,

              LYLE W. CAYCE, Clerk

              By: _Rebecca Andry_____
              Rebecca Andry, Deputy Clerk
              504-310-7638

cc w/encl:
    Mr. John N. Adcock
    Mr. Jorge Benjamin Aguinaga
    Ms. Nora Ahmed
    Mr. Alexander Barrett Bowdre
    Mr. Brennan Bowen
    Mr. E. Mark Braden
    Ms. Morgan Brungard
    Mr. Colin Burke
    Mr. Dayton Campbell-Harris
    Mr. Adriel I. Cepeda Derieux
    Mr. Ming Cheung
    Mr. Robert Stephen Clark
    Mr. John Clifton Conine Jr.
    Mr. Jared Evans
    Mr. Soren Alexander Geiger
    Ms. Amanda Giglio
    Mr. Phillip Michael Gordon
    Ms. Brianne Jenna Gorod
    Ms. Cassie Holt
    Ms. Sophia Lin Lakin
    Mr. Jason Lee
    Mr. Patrick T. Lewis
    Ms. Katherine McKnight

Mr. Michael Warren Mengis
Ms. Elizabeth Baker Murrill
Mr. Garrett Muscatel
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Isabel Sara Rohani
Ms. Kathryn C. Sadasivan
Ms. Nicole A. Saharsky
Mr. Phillip Strach
Ms. Tiffany Alora Thomas
Mr. Jason Brett Torchinsky
Mr. Robert J. Tucker
Mr. John Carroll Walsh
Mr. Christopher Chen-Hsin Wang
Ms. Victoria Wenger