## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>*Defendant.* | Civil Action No. 3:22-cv-00178 SDD-SDJ |

## MOTION FOR *PRO HAC VICE* ADMISSION

In accordance with the Local Rules of the United States District Court for the Middle District of Louisiana, the undersigned John Adcock, counsel of record for Plaintiffs, respectfully requests that this Court permit attorney Davin Rosborough to appear and participate *pro hac vice* as counsel on behalf of Plaintiffs.

1.      Davin Rosborough is a licensed attorney admitted to practice in the State of New York and its highest court, and a member in good standing of the Bar of the State of New York.

2.      Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Davin Rosborough is attached here as Exhibit 1 swearing that no disciplinary proceedings have ever been instituted against him and the only criminal charge that has ever been instituted against was a misdemeanor described in the declaration that was resolved

in 2003. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

3.    Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the Appellate Division, Third Department, of the Supreme Court of the State of New York attesting to the applicant's good standing in all state courts of New York is attached here as Exhibit 2.

WHEREFORE, John Adcock, member of the bar of this Court in good standing, pray that this court enter an order permitting Davin Rosborough to appear *pro hac vice* for Plaintiffs in the above-captioned matter.


Date: August 8, 2026                              Respectfully submitted,

                                                  /s/ John Adcock
                                                  John Adcock (La. Bar No. 30372)
                                                  Adcock Law LLC
                                                  3110 Canal Street
                                                  New Orleans, LA 70119
                                                  jnadcock@gmail.com