**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

DR. DOROTHY NAIRNE, JARRETT
LOFTON, REV. CLEE EARNEST
LOWE, DR. ALICE WASHINGTON,
STEVEN HARRIS, ALEXIS CALHOUN,
BLACK VOTERS MATTER CAPACITY
BUILDING INSTITUTE, and THE
LOUISIANA STATE CONFERENCE OF
THE NAACP,

*Plaintiffs,*

v.

R. KYLE ARDOIN, in his official
capacity as Secretary of State of
Louisiana,

*Defendant.*

Civil Action No. 3:22-cv-00178
SDD-SDJ

**DECLARATION OF DAVIN ROSBOROUGH**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Davin Rosborough, declare the following:

1.    I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2.    No disciplinary proceedings no disciplinary proceedings have ever been instituted against me. The only criminal charges that have been instituted against me were in 2003 in Charlottesville, Virginia. On April 25, 2003, I pled guilty to a Misdemeanor 1 - Trespassing in the Charlottesville City (VA) General District Court. My conviction stemmed from my participation in a peaceful political protest in opposition to the Iraq War. As part of the sit-in, nine other people and I chose to be

1

peacefully arrested rather than leaving a congressional office. I was arrested and detained for a few hours before being released. The penalty for my conviction was $67 in court costs, and a 30-day sentence suspended based on two years of good behavior (which were completed).

3.    A Certificate of Good Standing from the State of New York dated June 23, 2026 is attached as Exhibit 2 to the accompanying motion for admission. The Certificate confirms that I, Davin Rosborough, was duly admitted to practice in all the courts of New York State on April 14, 2011 and am in good standing as a member of the bar.

Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct.


Date: August 8, 2026                                    Respectfully submitted,

                                                                      /s/ *Davin Rosborough*
                                                                      Davin Rosborough
                                                                      AMERICAN CIVIL LIBERTIES
                                                                      UNION FOUNDATION
                                                                      125 Broad Street, Floor 18
                                                                      New York, New York 10004
                                                                      drosborough@aclu.org