**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

DR. DOROTHY NAIRNE, JARRETT
LOFTON, REV. CLEE EARNEST LOWE,
DR. ALICE WASHINGTON, STEVEN
HARRIS, ALEXIS CALHOUN, BLACK
VOTERS MATTER CAPACITY
BUILDING INSTITUTE, and THE
LOUISIANA STATE CONFERENCE OF
THE NAACP,

                    *Plaintiffs,*

v.

R. KYLE ARDOIN, in his official capacity
as Secretary of State of Louisiana,

                    *Defendant.*

Civil Action No. 3:22-cv-00178
SDD-SDJ

## ORDER FOR *PRO HAC VICE* ADMISSION

IT IS HEREBY ORDERED that the Applicant is admitted to practice pro

hac vice, appearing for all purposes as counsel for the Plaintffs in the above

captioned matter.

This _____ day of _____, 20____.


_____
UNITED STATES DISTRICT JUDGE