## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>            *Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>            *Defendant.* | Civil Action No. 3:22-cv-00178 SDD-SDJ |

## MOTION FOR *PRO HAC VICE* ADMISSION

In accordance with the Local Rules of the United States District Court for the Middle District of Louisiana, the undersigned John Adcock, counsel of record for Plaintiffs, respectfully requests that this Court permit attorney Theresa J. Lee to appear and participate *pro hac vice* as counsel on behalf of Plaintiffs.

1.     Theresa J. Lee is a licensed attorney admitted to practice in the State of New York and its highest court, and a member in good standing of the Bar of the State of New York.

2.     Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Theresa J. Lee is attached here as Exhibit 1 swearing that no disciplinary proceedings have ever been instituted against her. That declaration also contains the oath required by Local Civil Rule 83(b)(8)(D).

3.      Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the Appellate Division, First Department, of the Supreme Court of the State of New York attesting to the applicant's good standing in all state courts of New York is attached here as Exhibit 2.

WHEREFORE, John Adcock, member of the bar of this Court in good standing, pray that this court enter an order permitting Theresa J. Lee to appear *pro hac vice* for Plaintiffs in the above-captioned matter.

Date: August 8, 2026                    Respectfully submitted,

                                        /s/ John Adcock
                                        John Adcock (La. Bar No. 30372)
                                        Adcock Law LLC
                                        3110 Canal Street
                                        New Orleans, LA 70119
                                        jnadcock@gmail.com