**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>     *Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>     *Defendant.* | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**DECLARATION OF THERESA LEE**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Theresa J. Lee, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. There have been no disciplinary proceedings or criminal charges instituted against me.

3. A Certificate of Good Standing from the State of New York dated May 4, 2026 is attached as Exhibit 2 to the accompanying motion for admission. The Certificate confirms that I, Theresa J. Lee, was duly admitted to practice in all the courts of New York State on April 9, 2012, and am in good standing as a member of

1

the bar.

Furthermore, I DO SOLEMNLY SWEAR that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 8, 2026                                    Respectfully submitted,

                                                        /s/ *Theresa J. Lee*

                                                        Theresa J. Lee
                                                        AMERICAN CIVIL LIBERTIES
                                                        UNION FOUNDATION
                                                        125 Broad Street, Floor 18
                                                        New York, New York 10004
                                                        tlee@aclu.org