# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| DR. DOROTHY NAIRNE, JARRETT LOFTON, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, ALEXIS CALHOUN, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>     *Plaintiffs,*<br><br>v.<br><br>R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana,<br><br>     *Defendant.* | Civil Action No. 3:22-cv-00178 SDD-SDJ |

## ORDER FOR *PRO HAC VICE* ADMISSION

IT IS HEREBY ORDERED that the Applicant is admitted to practice pro hac vice, appearing for all purposes as counsel for the Plaintffs in the above captioned matter.

This _____ day of _____, 20____.

_____

UNITED STATES DISTRICT JUDGE