**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

DR. DOROTHY NAIRNE, *et al.,*

                *Plaintiffs,*

    v.

R. KYLE ARDOIN, in his official capacity as
Secretary of State of Louisiana,[1] *et al.,*

                *Defendants.*

Civil Action No. 3:22-cv-00178

Chief Judge Shelly D. Dick

Magistrate Judge Scott D. Johnson

## MOTION FOR LEAVE TO FILE REPLY

Defendants respectfully request leave to file the attached reply brief in support of their motion

to dismiss or, alternatively, for judgment on the pleadings. ECF 365.

Dated: August 13, 2026

NANCY LANDRY
Louisiana Secretary of State

*/s/ Jennifer Bollinger*
Jennifer Bollinger
La. Bar Roll No. 32349
Executive Counsel
Secretary of State Nancy Landry
8585 Archives Ave.
Baton Rouge, LA 70809
Telephone: (225) 362-5101
Jennifer.bollinger@sos.la.gov

John C. Walsh
Louisiana Bar Roll No. 24903
SHOWS, CALI & WALSH, L.L.P.
628 St. Louis St.
P.O. Box 4225
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561
*john@scwllp.com*

*Counsel for the Secretary of State*
Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General

CAREY TOM JONES (LA 07474)
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 324-9866
BrungardM@ag.louisiana.gov

*/s/ Jason B. Torchinsky*
JASON B. TORCHINSKY*
Holtzman Vogel Baran
Torchinsky & Josefiak PLLC
2300 N. Street NW, Suite 643
Washington, DC 20037
(540) 341-8808
jtorchinsky@holtzmanvogel.com
*Admitted pro hac vice

*Counsel for the State of Louisiana*

---

[1] The Secretary of State is now Nancy Landry, and the caption should be updated accordingly.

1