**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | Civil Action No. 3:22-cv-00178 SDD-SDJ |

**PLAINTIFFS' MOTION FOR A SCHEDULING CONFERENCE**

Plaintiffs—Dr. Dorothy Nairne, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Black Voters Matter Capacity Building Institute, and Louisiana State Conference of the NAACP—respectfully request that the Court set a conference for the purpose of setting a schedule in this action. Specifically, Plaintiffs seek a schedule that will provide them with the opportunity to pursue relief in advance of the 2027 state legislative elections.

Plaintiffs prevailed after trial in this action, with the Court finding violations of Section 2 of the Voting Rights Act (the "VRA") with respect to several Louisiana State Senate and House of Representative districts on February 8, 2024. *See* ECF No. 233. The Fifth Circuit affirmed in full on August 14, 2025, *see Nairne v. Landry*, 151 F.4th 666 (5th Cir. 2025), but after the Supreme Court's decision in *Louisiana v. Callais*, 608 U.S. 85 (2026), the Fifth Circuit vacated and remanded this case "for consideration of this case in light of the recent Supreme Court decision." *Nairne v. Landry*, No. 24-30115, 2026 WL 1255781, at *1 (5th Cir. May 7, 2026).

This case is one of several in a similar posture of vacatur of trial wins and remands in light of *Callais*. For example, in another VRA case concerning Mississippi's Supreme Court districts, the parties have engaged in supplemental discovery and are proceeding to retrial in November. *See White v. State Bd. of Elec. Comm'rs*, No. 4:22-cv-00062-SA-JMV, ECF No. 320 (N.D. Miss. July 10, 2026) (discovery and pretrial schedule), ECF No. 322 (N.D. Miss. July 13, 2026) (trial setting). In a redistricting case concerning Mississippi's state legislative districts, the three-judge court recently denied a request from defendants for a stay and granted plaintiffs' request for a scheduling order to "allow discovery and a supplemental hearing to reevaluate the 2022 lines under *Callais*," *Miss. State Conf. of the NAACP v. State Bd. of Elec. Comm'rs*, No. 3:22-cv-00734-DPJ-HSO-LHS, Doc. 331 at 2 (S.D. Miss. Oct. 14, 2026). The court issued a scheduling order reopening discovery in the case and setting a deadline for expert reports to be exchanged on October 30, 2026 for plaintiffs, and on November 30, 2026, for defendants. ("Text order," Oct. 21, 2026). The schedule allows that case to move forward in advance of Mississippi's 2027 state legislative elections.

Here, the Court held a status conference in June where it permitted Defendants an opportunity to file a Motion to Dismiss within 21 days, and afforded Plaintiffs the opportunity to file an addendum to their response with a proposed scheduling order. ECF No. 363. As of August 14, 2026, Defendants' Motion to Dismiss was fully briefed before this Court.

Like plaintiffs in other redistricting cases who prevailed at trial, Plaintiffs in this case seek a fair opportunity to supplement the record and show that they still prevail in their VRA Section 2 claims under the updated *Callais* standard. Just as in the Mississippi cases, an appropriate scheduling order for supplemental discovery, a supplemental hearing or trial, a liability finding from this Court, and remedial proceedings can ensure orderly relief in advance of Louisiana's 2027

elections. Qualifying deadlines for Louisiana's 2027 legislative primary elections are August 3 to August 5, 2027, with early voting in the elections beginning on September 25, 2027. 2027 Election Calendar, https://www.sos.la.gov/media/byfpyc5f/elections-calendar-2027.pdf. Whether this Court denies Defendants' Motion to Dismiss (which it should), or affords Plaintiffs an opportunity to amend, a scheduling conference will help ensure that Plaintiffs have a fair chance at seeking relief.

Plaintiffs respectfully request that the Court set a scheduling conference at the earliest convenient opportunity.

Date: October 23, 2026

Respectfully submitted,

*/s/ Dayton Campbell-Harris*
Dayton Campbell-Harris*†
Davin Rosborough*
Theresa J. Lee*
Garrett Muscatel*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
dcampbellharris@aclu.org
drosborough@aclu.org
tlee@aclu.org
gmuscatel@aclu.org
slakin@aclu.org

Sarah Brannon*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street, NW
Washington, D.C. 20005
(740) 632-0671
sbrannon@aclu.org

Nora Ahmed
ACLU FOUNDATION OF LOUISIANA
1340 Poydras Street, Ste. 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org

T. Alora Thomas-Lundborg*
RACE AND JUSTICE LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu

John Adcock
ADCOCK LAW LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
Fax: (504) 308-1266
jnadcock@gmail.com

Stuart Naifeh*
Victoria Wenger*
Colin Burke*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org
vwenger@naacpldf.org
cburke@naacpldf.org

I. Sara Rohani*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, D.C. 20005
(202) 682-1300
srohani@naacpldf.org

Michael de Leeuw*
Amanda Giglio*
Robert Clark
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
mdeleeuw@cozen.com
agiglio@cozen.com

Josephine Bahn*
COZEN O'CONNOR
1200 19th Street NW
Washington, D.C. 20036
jbahn@cozen.com

* *Admitted Pro Hac Vice*
† *Practice limited to federal court*