**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,

*Plaintiffs*,

v.

NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,

*Defendant*.

CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ

**NOTICE OF THE UNITED STATES' POSITION ON PLAINTIFFS' MOTION FOR A SCHEDULING CONFERENCE**

On October 22, 2026, Plaintiffs sought the position of the Parties on their Motion for a Scheduling Conference. Counsel received an out of office reply from Mr. Voiland, one of the four attorneys representing the United States in this action and did not receive a response regarding the United States' position by the time requested from any counsel representing the United States. On Saturday, October 24, 2026, Mr. Voiland emailed Plaintiffs' counsel asking that we provide the following position to the Court: "our position is the same as the state defendants."

Date: October 26, 2026

Respectfully submitted,

Nora Ahmed
ACLU FOUNDATION OF LOUISIANA
1340 Poydras Street, Ste. 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org

T. Alora Thomas-Lundborg*
RACE AND JUSTICE LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu

John Adcock
ADCOCK LAW LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
Fax: (504) 308-1266
jnadcock@gmail.com

Stuart Naifeh*
Victoria Wenger*
Colin Burke*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org
vwenger@naacpldf.org
cburke@naacpldf.org

I. Sara Rohani*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, D.C. 20005
(202) 682-1300
srohani@naacpldf.org

*/s/ Dayton Campbell-Harris*
Dayton Campbell-Harris*†
Davin Rosborough*
Theresa J. Lee*
Garrett Muscatel*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
dcampbell-harris@aclu.org
drosborough@aclu.org
tlee@aclu.org
gmuscatel@aclu.org
slakin@aclu.org

Sarah Brannon*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street, NW
Washington, D.C. 20005
(740) 632-0671
sbrannon@aclu.org

Michael de Leeuw*
Amanda Giglio*
Robert Clark
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
mdeleeuw@cozen.com
agiglio@cozen.com

Josephine Bahn*
COZEN O'CONNOR
1200 19th Street NW
Washington, D.C. 20036
jbahn@cozen.com

* *Admitted Pro Hac Vice*
† *Practice limited to federal court*