**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, and THE LOUISIANA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana,<br><br>*Defendant*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

**PLAINTIFFS' CORRECTED MOTION FOR A SCHEDULING CONFERENCE**

Pursuant to Local Civil Rule 7, Plaintiffs—Dr. Dorothy Nairne, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Black Voters Matter Capacity Building Institute, and Louisiana State Conference of the NAACP—respectfully move this Court for a scheduling conference. Plaintiffs contacted opposing counsel for their position on the motion. The State, United States, and the Secretary's position is as follows: "The State believes that Plaintiffs' request for a conference and scheduling order is unnecessary because there is nothing for the parties to schedule while the Court decides the State's pending motion to dismiss. Should the Court find a telephone or video conference helpful, however, the State would be more than happy to participate." Plaintiffs' memorandum in support of this motion is attached.

Date: October 27, 2026

Respectfully submitted,

/s/ Dayton Campbell-Harris
Dayton Campbell-Harris*†
Davin Rosborough*
Theresa J. Lee*
Garrett Muscatel*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
dcampbellharris@aclu.org
drosborough@aclu.org
tlee@aclu.org
gmuscatel@aclu.org
slakin@aclu.org

Sarah Brannon*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street, NW
Washington, D.C. 20005
(740) 632-0671
sbrannon@aclu.org

Michael de Leeuw*
Amanda Giglio*
Robert Clark
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
mdeleeuw@cozen.com
agiglio@cozen.com

Josephine Bahn*
COZEN O'CONNOR
1200 19th Street NW
Washington, D.C. 20036
jbahn@cozen.com

Nora Ahmed
ACLU FOUNDATION OF LOUISIANA
1340 Poydras Street, Ste. 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org

T. Alora Thomas-Lundborg*
RACE AND JUSTICE LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu

John Adcock
ADCOCK LAW LLC
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
Fax: (504) 308-1266
jnadcock@gmail.com

Stuart Naifeh*
Victoria Wenger*
Colin Burke*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org
vwenger@naacpldf.org
cburke@naacpldf.org

I. Sara Rohani*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, D.C. 20005
(202) 682-1300
srohani@naacpldf.org

** Admitted Pro Hac Vice*
*† Practice limited to federal court*