# LAMD Using ZoomGov as a Participant

## On Laptop: Join a meeting (use Chrome or IE)

Navigate to room URL: **https://zoomgov.com/my/**sdj20

Launching...

**Opt. 1 Download full client if computer permissions allow.**
***Allows Gallery video layout**

Please click **Open Zoom Meetings** if you see the system dialog.

If nothing prompts from browser, click here to launch the meeting, or download & run Zoom.

Please enter your name to join the meeting

Enter Your Full Name, and click Join

Your Name

Your Name

Join

---

Participant ID 493428    Conference ID 591 238 4075

This message will appear, wait for the Host to Admit you to the room.

Please wait, the meeting host will let you in soon.

OPTION 1: **Join with Computer Audio** (for best audio quality use a headset)
OPTION 2: **Join by Phone Call**







| Meeting ID | Judge |
|---|---|
| 160-0389-3634 | SDD – Chief Judge Shelly D. Dick |
| 160-0389-3692 | BAJ – Judge Brian A. Jackson |
| 160-0389-3568 | JWD – Judge John W. deGravelles |
| 160-0389-3602 | RLB – Magistrate Richard L. Bourgeois |
| 160-0389-3584 | EWD – Magistrate Erin Wilder-Doomes |
| 160-0389-3592 | SDJ – Magistrate Scott D. Johnson |
| 160-0389-3500 | LAMD Court (for testing) |

# Mute your Microphone when not speaking




# Breakout Room

When being invited to a Breakout Room, click the **Join** button on the pop-up.




To return back to the Main Session, click "Leave Breakout Room."

