Magistrate Judge Scott D. Johnson
777 Florida Street, Suite 265
Baton Rouge, LA 70801
(225) 389-3592

*Via electronic filing*

November 16, 2026

Re: *Nairne, et al. v. Ardoin, et al.*, Case No. 3:22-cv-00178

Dear Judge Johnson,

In advance of the Scheduling Conference tomorrow, November 17, 2026, Plaintiffs write to provide a potential proposed schedule. We hope that providing a proposed schedule in advance will be helpful to the discussions during the conference tomorrow.

Plaintiffs seek and are entitled to a schedule that provides a realistic opportunity for Plaintiffs to seek relief in advance of Louisiana's 2027 State Legislative elections. Plaintiffs, therefore, respectfully request that any schedule include a trial date no later than the final week of February 2027. Below is a proposed schedule that accomplishes this goal.

The schedule Plaintiffs propose here does not represent the only possible way to proceed in a timely manner, but provides one feasible option. Additionally, this schedule reflects a similar time-period and process as the one recently ordered by the three-judge court in a challenge to Mississippi's state legislative districts. *See Miss. St. Conf. of the NAACP, et al v. St. Bd. of Elec. Commr's, et al*, 3:22-cv-734-DPJ-HSO-LHS, Doc. 336, *3 (N.D. Miss. Oct. 28, 2026). The schedule in that matter does provide plaintiffs there a meaningful opportunity to obtain relief before elections in 2027. *See id.* That case is similar to the current matter because it also involves additional proceedings on remand in light of the Supreme Court's decision in *Louisiana v. Callias*, 608 U.S. 85 (2026), and Mississippi also has State Legislative elections in the fall of 2027.

| Event | Proposed Deadline |
|---|---|
| Plaintiffs' expert disclosure deadline (name(s) and CV) | December 4, 2026 |
| Plaintiffs' expert report(s) deadline | December 11, 2026 |
| Defendant's expert disclosure deadline (name(s) and CV) | January 8, 2027 |
| Defendant's expert report(s) deadline | January 15, 2027 |
| Plaintiffs' expert rebuttal report(s) deadline | January 27, 2027 |
| Close of discovery | February 10, 2027 |
| Expert witness disclosure and exhibit list(s) | February 17, 2027 |
| Proposed findings of fact & conclusions of law | February 19, 2027 |
| Trial start date | February 22, 2027 |

Plaintiffs are prepared to discuss this schedule with the Court, Defendants, and Intervenors tomorrow.

Respectfully submitted,
*-S-*
*Sarah Brannon*



| | |
|---|---|
| Sarah Brannon<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>915 15th St., NW<br>Washington, DC 20005<br>(740) 632-0671<br>sbrannon@aclu.org | John Adcock<br>ADCOCK LAW LLC<br>3110 Canal Street<br>New Orleans, LA 70119<br>Tel: (504) 233-3125<br>Fax: (504) 308-1266<br>jnadcock@gmail.com |
| Sophia Lin Lakin<br>Dayton Campbell-Harris<br>Davin Rosborough<br>Theresa Lee<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>slakin@aclu.org<br>dcampbellharris@aclu.org<br>drosborough@aclu.org<br>TLee@aclu.org | Stuart Naifeh<br>Victoria Wenger<br>Colin Burke<br>NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>(212) 965-2200<br>snaifeh@naacpldf.org<br>vwenger@naacpldf.org<br>cburke@naacpldf.org |
| T. Alora Thomas-Lundborg<br>RACE AND JUSTICE LAW CLINIC<br>HARVARD LAW SCHOOL<br>6 Everett Street, Ste. 4105<br>Cambridge, MA 02138<br>tthomaslundborg@law.harvard.edu | I. Sara Rohani<br>NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.<br>700 14th Street N.W. Ste. 600<br>Washington, DC 20005<br>(202) 682-1300<br>srohani@naacpldf.org |
| Josephine Bahn<br>COZEN O'CONNOR<br>1200 19th Street NW<br>Washington, D.C. 20036<br>JBahn@cozen.com | Michael de Leeuw<br>Amanda Giglio<br>Robert Clark<br>COZEN O'CONNOR<br>3 WTC, 175 Greenwich St., 55th Floor<br>New York, NY 10007<br>MdeLeeuw@cozen.com<br>AGiglio@cozen.com |

| | |
|---|---|
| | Nora Ahmed<br>ACLU FOUNDATION OF LOUISIANA<br>1340 Poydras St., Ste. 2160<br>New Orleans, LA 70112<br>(504) 522-0628<br>nahmed@laaclu.org |

*cc: to all counsel of record per electronic filing*