**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DOROTHY NAIRNE, et al.** | **CIVIL ACTION** |
| **VERSUS** | |
| **R. KYLE ARDOIN, et al.** | **NO. 22-178-SDD-SDJ** |

**ORDER**

A status conference was held on November 17, 2026.

| | | |
|---|---|---|
| **PRESENT:** | **Sarah E Brannon**<br>**Davin McKay Rosborough**<br>**Dayton Campbell-Harris**<br>**Garrett Muscatel**<br>**Josephine M Bahn**<br>**Victoria Wenger**<br>*Counsel for Plaintiffs* | **John Carroll Walsh**<br>*Counsel for Defendants* |
| | **Brandon Smith**<br>**Morgan Brungard**<br>**Jennifer Bollinger**<br>*Counsel for Intervenor,*<br>*State of Louisiana* | **Jake T Bachand**<br>*Counsel for Intervenor,*<br>*United States of America* |

The Court stated that it was in receipt of the letter filed by Plaintiffs on November 16, 2026, providing proposed dates for a Scheduling Order (R. Doc. 383). Prior to this conference, the undersigned briefly spoke with the District Judge, who stated she planned to issue a comprehensive case management order. The parties explained that the dates submitted by Plaintiffs are not jointly proposed dates and that the parties did not confer prior to those dates being proposed. Defense counsel requested an opportunity to confer before any scheduling order is issued. To that end, the parties were instructed to confer and to make a joint submission to the Court on or before **November 25, 2026,** that provides proposed dates, whether jointly proposed or not, for a scheduling order.

C:cv36a; T: 00:25

Accordingly,

**IT IS ORDERED** that the parties confer and jointly submit proposed dates for a scheduling order on or before **November 25, 2026**.

Signed in Baton Rouge, Louisiana, on November 17, 2026.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**