**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>R. KYLE ARDOIN,[1] in his official capacity as Secretary of State of Louisiana, *et al.*,<br><br>*Defendants*. | Civil Action No. 3:22-cv-00178<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge Scott D. Johnson |

**MOTION TO STAY THE ISSUANCE OF A SCHEDULING ORDER**

Magistrate Judge Scott Johnson recently held a status conference at which he indicated that, despite the State of Louisiana's and the Secretary of State's (together, "the State") pending Motion to Dismiss (ECF 365), the Court would issue a scheduling order allowing post-judgment discovery unless the case was stayed. He then ordered that the parties submit a joint proposed scheduling order. ECF 384.

Accordingly, the State now moves to stay the issuance of a scheduling order pending resolution of the State's Motion to Dismiss. For the reasons articulated in the accompanying memorandum, the Court should grant this motion and stay the issuance of a scheduling order pending resolution of the State's Motion to Dismiss and any related Fifth Circuit proceedings. Alternatively, the Court should adopt a schedule keyed to the resolution of the Motion to Dismiss and any related Fifth Circuit proceedings. The United States supports a stay. Plaintiffs oppose this motion.

[1] The Secretary of State is now Nancy Landry, and the caption should be updated accordingly.

Dated: November 25, 2026

Respectfully submitted,

NANCY LANDRY
Louisiana Secretary of State

*/s/ Jennifer Bollinger*
Jennifer Bollinger
La. Bar Roll No. 32349
Executive Counsel
Secretary of State Nancy Landry
8585 Archives Ave.
Baton Rouge, LA 70809
Telephone: (225) 362-5101
Jennifer.bollinger@sos.la.gov

John C. Walsh
Louisiana Bar Roll No. 24903
SHOWS, CALI & WALSH, L.L.P.
628 St. Louis St.
P.O. Box 4225
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-5561
*john@scwllp.com*

*Counsel for the Secretary of State*

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Morgan Brungard*
MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
(225) 324-9866
BrungardM@ag.louisiana.gov

JASON B. TORCHINSKY*
Holtzman Vogel Baran
Torchinsky & Josefiak PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
(540) 341-8808
jtorchinsky@holtzmanvogel.com
**Admitted pro hac vice*

*Counsel for the State of Louisiana*