**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

DR. DOROTHY NAIRNE, *et al.*,

*Plaintiffs*,

v.

R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, *et al.*,

*Defendants*.

Civil Action No. 3:22-cv-00178

Chief Judge Shelly D. Dick

Magistrate Judge Scott D. Johnson

**[PROPOSED] ORDER**

Considering the Motion to Stay the Issuance of a Scheduling Order, filed jointly by the State of Louisiana and the Louisiana Secretary of State, the Motion is hereby **GRANTED**. The issuance of any scheduling order is **STAYED** pending resolution of the Motion to Dismiss and any related proceedings in the Fifth Circuit.

Signed this _____ day of ________________, 2026

______________________________________________
Chief Judge Shelly D. Dick