**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DOROTHY NAIRNE, et al.,<br>*Plaintiffs*,<br>v.<br>NANCY LANDRY, in her official capacity as Secretary of State of Louisiana, et al.,<br>*Defendants*. | CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ |

**UNITED STATES' NON-OPPOSITION TO DEFENDANTS' REQUEST FOR STAY**

As directed by Magistrate Judge Scott Johnson (ECF 384), the parties met and conferred in an attempt to reach an agreed schedule. The parties soon will file a "joint submission" with each party's proposed scheduling order. The United States and the Defendants take the position that the items set forth in the competing, proposed schedules should be stayed, while Plaintiffs take the position that these items should proceed forthwith, culminating in a trial in February 2027.

The Defendants filed a Motion for Stay (ECF 385).

The United States submits that how it proceeds in the case is dependent upon the Court's ruling on the pending motion to dismiss (ECF 365), as well as on the Court's reconsideration of its prior ruling in light of *Louisiana v. Callais*, 608 U.S. 85 (2026), and the Fifth Circuit's mandate (ECF 369). Therefore, the United States does not oppose the Defendants' request that the Court stay this matter pending a ruling on the motion to dismiss and pending reconsideration consistent with the Fifth Circuit's mandate.

DATED: November 25, 2026

Respectfully submitted,

UNITED STATES OF AMERICA, by

KURT WALL
UNITED STATES ATTORNEY

/s/ Justin A. Jack
Justin A. Jack, LBN 36508
Assistant United States Attorney
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: justin.jack@usdoj.gov

CRAIG W. TRAINOR
Acting Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section

/s/ Joseph W. Voiland
Joseph W. Voiland
Jake T. Bachand
Bessie S. Blackburn
Civil Rights Division, Voting Section
4 Constitution Square
150 M Street N.E., 7th Floor
Washington, D.C. 20002
joseph.voiland@usdoj.gov
Tel. (202) 353-5318

*Attorneys for the United States*